CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
CLARK HILL PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone:   (702) 862-8300
Facsimile:    (702) 862-8400
CCarlyon@ClarkHill.com
TOSteen@ClarkHill.com

*[Proposed] Counsel for Debtor in Possession*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC. | Case No.: BK-19-[#####]-BTB<br>Chapter 11<br><br>Hearing Date:<br>Hearing Time:<br><br>VERIFICATION OF CREDITOR MATRIX |

Pursuant to Local Bankruptcy Rule 1007-1, the above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: January 28, 2019        Signature: _____
                                          Robert A. Karmann
                                          Authorized Representative

Double Jump - Creditor Matrix.TXT

JEFF CARPOFF
2905 LAKE EAST DR., STE 150
Las Vegas, Nv 89117

PAULETTE CARPOFF
2905 LAKE EAST DR., STE 150
Las Vegas, Nv 89117

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Nevada Department of Taxation, Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

United States Attorney's Office
ATTN: Civil Process Clerk
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, NV 89101

Social Security Administration
Office of the Regional Chief Counsel, Region IX
160 Spear Street, Suite 800
San Francisco, CA 94105-1545

Secretary of the Treasury
1500 Pennsylvania Ave. NW
Washington, D.C. 20220

Securities and Exchange Commission
Los Angeles Regional Office
444 South Flower Street, Suite 900
Los Angeles, California 90071