CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
CLARK HILL PLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone:   (702) 862-8300
Facsimile:    (702) 862-8400
CCarlyon@ClarkHill.com
TOSteen@ClarkHill.com

VAN C. DURRER, II, ESQ.
(*pro hac vice pending*)
ANNIE LI, ESQ.
(*pro hac vice pending*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 S. Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone:   (213) 687-5000
Facsimile:    (213) 687-5600
Van.Durrer@Skadden.com
Annie.Li@Skadden.com

*[Proposed] Counsel for Debtors in Possession*     *[Proposed] Counsel for Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

DOUBLE JUMP, INC.

　　　　　Debtor.

| | |
|---|---|
| X | Affects ALL Debtors |
| | Affects Double Jump, Inc. |
| | Affects Dora Dog Properties, LLC |
| | Affects Dog Blue Properties, LLC |
| | Affects Brandy Boy Properties, LLC |
| | Affects 475 Channel Road, LLC |
| | Affects Park Road, LLC |
| | Affects 140 Mason Circle, LLC |
| | Affects DC Solar Solutions, Inc. |
| | Affects DC Solar Distribution, Inc. |

Lead Case No.: BK-19-50102-btb
Chapter 11

Proposed Joint Administration with:

| | |
|---|---|
| 19-50103-btb | Dora Dog Properties LLC |
| 19-50104-btb | Dog Blue Properties, LLC |
| 19-50105-btb | Brandy Boy Properties, LLC |
| 19-50106-btb | 475 Channel Road, LLC |
| 19-50108-btb | Park Road LLC |
| 19-50109-btb | 140 Mason Circle LLC |
| 19-50130-btb | DC Solar Solutions, Inc. |
| 19-50131-btb | DC Solar Distribution, Inc. |
| 19-50135-btb | DC Solar Freedom, Inc. |

**NOTICE OF FILING OF AMENDED EXHIBIT B TO DECLARATION OF SETH R. FREEMAN IN SUPPORT OF DEBTORS' EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTORS TO OBTAIN POSTPETITION SECURED FINANCING, (II) SCHEDULING FINAL HEARING, AND (III) GRANTING RELATED RELIEF**

Hearing Date: OST Requested
Hearing Time: OST Requested

　　　　PLEASE TAKE NOTICE that, on February 4, 2019, the debtors and debtors-in-possession in the above-captioned jointly administered bankruptcy cases (collectively, the "Debtors") filed that certain debtor-in-possession budget (the "DIP Budget") as Exhibit B to the Declaration of Seth R. Freeman in Support of Debtors' Emergency Motion for Entry of Interim and Final Orders (I)

-1-

Authorizing Debtors to Obtain Postpetition Secured Financing, (II) Scheduling Final Hearing, and (III) Granting Related Relief (the "DIP Declaration").

    PLEASE TAKE FURTHER NOTICE that the Debtors have revised the DIP Budget, a copy of which is attached hereto.

Respectfully submitted this 6th day of February, 2019.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/    Van C. Durrer, II
Van C. Durrer, II, Esq. (*pro hac vice pending*)
Annie Li, Esq. (*pro hac vice pending*)
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600
van.durrer@skadden.com
annie.li@skadden.com

*[Proposed] Counsel for Debtors*

-2-

**AMENDED EXHIBIT B**
**DIP BUDGET**

**DC Solar et al**

**13-Week Projected Cash Flows**     **FINAL - AMENDED**

### Consolidated DC Solar
*Cash Budget*

| | # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Wk Start | 2/4/2019 | 2/11/2019 | 2/18/2019 | 2/25/2019 | 3/4/2019 | 3/11/2019 | 3/18/2019 | 3/25/2019 | 4/1/2019 | 4/8/2019 | 4/15/2019 | 4/22/2019 | 4/29/2019 | 2/4/2019 |
| | Wk End | 2/10/2019 | 2/17/2019 | 2/24/2019 | 3/3/2019 | 3/10/2019 | 3/17/2019 | 3/24/2019 | 3/31/2019 | 4/7/2019 | 4/14/2019 | 4/21/2019 | 4/28/2019 | 5/5/2019 | 5/5/2019 |
| MSPG Operating Lease Income | | 170,000 | - | - | - | - | - | 79,800 | 79,800 | 829,800 | 79,800 | 159,600 | 159,600 | 1,258,000 | 2,816,400 |
| Equipment Sales | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Note Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| RE Sublease Income | | 30,000 | - | - | 30,000 | - | - | - | - | 30,000 | - | - | - | - | 90,000 |
| Management Fees | | 118,000 | - | - | - | 118,000 | - | - | - | - | - | 118,000 | - | - | 354,000 |
| Advertising Revenues | | - | - | - | - | - | - | 22,121 | 44,242 | 69,128 | 91,249 | 116,135 | 138,256 | 165,907 | 647,037 |
| **Total Cash Inflows** | | **318,000** | **-** | **-** | **30,000** | **118,000** | **-** | **101,921** | **124,042** | **1,046,928** | **171,049** | **275,735** | **297,856** | **1,423,907** | **3,907,437** |
| Direct Costs | | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 99,800 | 99,800 | 99,800 | 99,800 | 179,600 | 179,600 | 153,000 | 1,031,400 |
| Minimum MSPG Lease Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Office Services | | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 1,030 | 13,390 |
| Payroll & Taxes | | - | 114,320 | - | 114,320 | - | 114,320 | - | 114,320 | - | 114,320 | - | 114,320 | - | 685,920 |
| Rent | | 371,000 | - | - | - | 371,000 | - | - | - | - | 371,000 | - | - | - | 1,113,000 |
| Communications & Advertising | | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 78,000 |
| Office & Other | | 26,925 | 26,925 | 26,925 | 26,925 | 26,925 | 27,725 | 26,925 | 26,925 | 26,925 | 26,925 | 26,925 | 26,925 | 26,925 | 350,825 |
| Trailer GPS Costs | | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 319,150 |
| Travel | | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 29,250 |
| Telephone | | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 52,000 |
| Utilities | | 6,825 | 21,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 103,725 |
| Insurance | | 513,508 | - | - | - | 13,200 | - | - | 10,403 | 108,093 | 13,200 | - | - | 214,019 | 872,423 |
| Towing & Hauling | | - | - | - | 150,000 | - | 150,000 | - | 150,000 | - | 150,000 | - | 150,000 | - | 750,000 |
| **Subtotal Operations** | | **976,088** | **220,900** | **91,580** | **355,900** | **475,780** | **356,700** | **171,380** | **446,103** | **279,473** | **819,900** | **251,180** | **515,500** | **438,599** | **5,399,083** |
| Vehicle/Forklift Payments | | 22,467 | - | - | 22,467 | - | - | - | 22,467 | - | - | - | 22,467 | - | 89,868 |
| Other Taxes (NV) | | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 9,750 |
| Income Tax Payments | | - | - | - | - | - | - | - | - | - | - | - | 800 | - | 800 |
| Sales & Use Tax Payments | | - | - | - | 10,000 | - | - | - | - | 10,000 | - | - | - | 10,000 | 30,000 |
| Contingency | | 95,385 | 95,385 | 95,385 | 95,385 | 95,385 | 95,385 | 95,385 | 95,385 | 95,385 | 95,385 | 95,385 | 95,385 | 95,380 | 1,240,000 |
| **Subtotal NonOperations** | | **118,602** | **96,135** | **96,135** | **128,602** | **96,135** | **96,135** | **96,135** | **118,602** | **106,135** | **96,135** | **96,135** | **119,402** | **106,130** | **1,370,418** |
| Real Estate LLC's Operations | | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 260,000 |
| **Total Cash Outflows** | | **1,114,690** | **337,035** | **207,715** | **504,502** | **591,915** | **472,835** | **287,515** | **584,705** | **405,608** | **936,035** | **367,315** | **654,902** | **564,729** | **7,029,501** |
| **Subtotal Change in Cash** | | **(796,690)** | **(337,035)** | **(207,715)** | **(474,502)** | **(473,915)** | **(472,835)** | **(185,594)** | **(460,663)** | **641,320** | **(764,986)** | **(91,580)** | **(357,046)** | **859,178** | **(3,122,064)** |
| **Bankrutcy Related Costs** | | | | | | | | | | | | | | | |
| US Trustee Fees | | - | - | - | - | - | - | - | - | - | - | - | - | 49,598 | 49,598 |
| CRO/GlassRatner | | - | - | - | - | 216,000 | - | - | - | - | 216,000 | - | - | - | 432,000 |
| Skadden, Arps, Slate, Meagher & Flom LLP | | - | - | - | - | 315,000 | - | - | - | - | 315,000 | - | - | - | 630,000 |
| Clark Hill PLLC | | - | - | - | - | 125,000 | - | - | - | - | 125,000 | - | - | - | 250,000 |
| Independent Director | | 12,500 | - | - | - | 12,500 | - | - | - | - | 12,500 | - | - | - | 37,500 |
| Claims/Noticing Agent | | - | - | - | - | 15,000 | - | - | - | - | 15,000 | - | - | - | 30,000 |
| Creditors Committee | | - | - | - | - | 45,000 | - | - | - | - | 45,000 | - | - | - | 90,000 |
| **Subtotal** | | **12,500** | **-** | **-** | **-** | **728,500** | **-** | **-** | **-** | **-** | **728,500** | **-** | **-** | **49,598** | **1,519,098** |
| **DIP Lender** | | | | | | | | | | | | | | | |
| Receipt of Cash | | 3,000,000 | - | - | - | 1,500,000 | - | - | - | 1,500,000 | - | - | - | - | 6,000,000 |
| Interest Payments | | - | - | - | - | 30,000 | - | - | - | 45,000 | - | - | - | 60,000 | 135,000 |
| Beginning Cash | | - | 2,190,810 | 1,853,775 | 1,646,060 | 1,171,558 | 1,439,143 | 966,308 | 780,714 | 320,051 | 2,416,371 | 922,885 | 831,304 | 474,258 | - |
| **Ending Cash** | | **2,190,810** | **1,853,775** | **1,646,060** | **1,171,558** | **1,439,143** | **966,308** | **780,714** | **320,051** | **2,416,371** | **922,885** | **831,304** | **474,258** | **1,223,838** | **1,223,838** |
| DIP Lender Balance | | 3,000,000 | 3,000,000 | 3,000,000 | 3,000,000 | 4,500,000 | 4,500,000 | 4,500,000 | 4,500,000 | 6,000,000 | 6,000,000 | 6,000,000 | 6,000,000 | 6,000,000 | |

DC Solar et al  **FINAL - AMENDED**
13-Week Projected Cash Flows  Case # 19-50130

### DC Solar Solutions, Inc.
*Cash Budget*

| | # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Wk Start | 2/4/2019 | 2/11/2019 | 2/18/2019 | 2/25/2019 | 3/4/2019 | 3/11/2019 | 3/18/2019 | 3/25/2019 | 4/1/2019 | 4/8/2019 | 4/15/2019 | 4/22/2019 | 4/29/2019 | 2/4/2019 |
| | Wk End | 2/10/2019 | 2/17/2019 | 2/24/2019 | 3/3/2019 | 3/10/2019 | 3/17/2019 | 3/24/2019 | 3/31/2019 | 4/7/2019 | 4/14/2019 | 4/21/2019 | 4/28/2019 | 5/5/2019 | 5/5/2019 |
| MSPG Operating Lease Income | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Equipment Sales | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Note Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| RE Sublease Income | | 30,000 | - | - | 30,000 | - | - | - | - | 30,000 | - | - | - | - | 90,000 |
| Management Fees | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Advertising Revenues | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cash Inflows** | | **30,000** | **-** | **-** | **30,000** | **-** | **-** | **-** | **-** | **30,000** | **-** | **-** | **-** | **-** | **90,000** |
| Direct Costs | | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 260,000 |
| Minimum MSPG Lease Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Office Services | | 565 | 565 | 565 | 565 | 565 | 565 | 565 | 565 | 565 | 565 | 565 | 565 | 565 | 7,345 |
| Payroll & Taxes | | - | 64,700 | - | 64,700 | - | 64,700 | - | 64,700 | - | 64,700 | - | 64,700 | - | 388,200 |
| Rent | | 365,000 | - | - | - | 365,000 | - | - | - | - | 365,000 | - | - | - | 1,095,000 |
| Communications & Advertising | | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 26,000 |
| Office & Other | | 24,625 | 24,625 | 24,625 | 24,625 | 24,625 | 24,625 | 24,625 | 24,625 | 24,625 | 24,625 | 24,625 | 24,625 | 24,625 | 320,125 |
| Trailer GPS Costs | | | | | | | | | | | | | | | |
| Travel | | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 29,250 |
| Telephone | | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 52,000 |
| Utilities | | 6,825 | 21,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 6,825 | 103,725 |
| Insurance | | 123,725 | - | - | - | 13,200 | - | - | - | 97,325 | 13,200 | - | - | 130,208 | 377,658 |
| Towing & Hauling | | | | | | | | | | | | | | | |
| **Subtotal Operations** | | **548,990** | **139,965** | **60,265** | **124,965** | **438,465** | **124,965** | **60,265** | **124,965** | **157,590** | **503,165** | **60,265** | **124,965** | **190,473** | **2,659,303** |
| Vehicle/Forklift Payments | | 22,467 | - | - | 22,467 | - | - | - | 22,467 | - | - | - | 22,467 | - | 89,868 |
| Other - Taxes (NV) | | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 9,750 |
| Income Tax Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sales & Use Tax Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Contingency | | 95,385 | 95,385 | 95,385 | 95,385 | 95,385 | 95,385 | 95,385 | 95,385 | 95,385 | 95,385 | 95,385 | 95,385 | 115,380 | 1,260,000 |
| **Subtotal NonOperations** | | **118,602** | **96,135** | **96,135** | **118,602** | **96,135** | **96,135** | **96,135** | **118,602** | **96,135** | **96,135** | **96,135** | **118,602** | **116,130** | **1,359,618** |
| **Total Cash Outflows** | | **667,592** | **236,100** | **156,400** | **243,567** | **534,600** | **221,100** | **156,400** | **243,567** | **253,725** | **599,300** | **156,400** | **243,567** | **306,603** | **4,018,921** |
| **Subtotal Change in Cash** | | **(637,592)** | **(236,100)** | **(156,400)** | **(213,567)** | **(534,600)** | **(221,100)** | **(156,400)** | **(243,567)** | **(223,725)** | **(599,300)** | **(156,400)** | **(243,567)** | **(306,603)** | **(3,928,921)** |
| **Bankrutcy Related Costs** | | | | | | | | | | | | | | | |
| US Trustee Fees | | - | - | - | - | - | - | - | - | - | - | - | - | 24,593 | 24,593 |
| CRO/GlassRatner | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Skadden, Arps, Slate, Meagher & Flom LLP | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Clark Hill PLLC | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Independent Director | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Claims/Noticing Agent | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Creditors Committee | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Subtotal** | | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **24,593** | **24,593** |
| **DIP Lender** | | | | | | | | | | | | | | | |
| Receipt of Cash | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Beginning Cash | | - | (637,592) | (873,692) | (1,030,092) | (1,243,659) | (1,778,259) | (1,999,359) | (2,155,759) | (2,399,326) | (2,623,051) | (3,222,351) | (3,378,751) | (3,622,318) | - |
| **Ending Cash** | | **(637,592)** | **(873,692)** | **(1,030,092)** | **(1,243,659)** | **(1,778,259)** | **(1,999,359)** | **(2,155,759)** | **(2,399,326)** | **(2,623,051)** | **(3,222,351)** | **(3,378,751)** | **(3,622,318)** | **(3,953,514)** | **(3,953,514)** |
| DIP Lender Balance | | - | - | - | - | - | - | - | - | - | - | - | - | - | |

**DC Solar et al**  
13-Week Projected Cash Flows

**FINAL - AMENDED**  
Case # 19-50131

### DC Solar Distribution, Inc.
*Cash Budget*

| | # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Wk Start | 2/4/2019 | 2/11/2019 | 2/18/2019 | 2/25/2019 | 3/4/2019 | 3/11/2019 | 3/18/2019 | 3/25/2019 | 4/1/2019 | 4/8/2019 | 4/15/2019 | 4/22/2019 | 4/29/2019 | 2/4/2019 |
| | Wk End | 2/10/2019 | 2/17/2019 | 2/24/2019 | 3/3/2019 | 3/10/2019 | 3/17/2019 | 3/24/2019 | 3/31/2019 | 4/7/2019 | 4/14/2019 | 4/21/2019 | 4/28/2019 | 5/5/2019 | 5/5/2019 |
| MSPG Operating Lease Income | | 170,000 | - | - | - | - | - | 79,800 | 79,800 | 829,800 | 79,800 | 159,600 | 159,600 | 1,258,000 | 2,816,400 |
| Equipment Sales | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Note Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| RE Sublease Income | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Management Fees | | 118,000 | - | - | - | 118,000 | - | - | - | 118,000 | - | - | - | - | 354,000 |
| Advertising Revenues | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cash Inflows** | | **288,000** | **-** | **-** | **-** | **118,000** | **-** | **79,800** | **79,800** | **947,800** | **79,800** | **159,600** | **159,600** | **1,258,000** | **3,170,400** |
| Direct Costs | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Minimum MSPG Lease Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Office Services | | 465 | 465 | 465 | 465 | 465 | 465 | 465 | 465 | 465 | 465 | 465 | 465 | 465 | 6,045 |
| Payroll & Taxes | | - | 37,120 | - | 37,120 | - | 37,120 | - | 37,120 | - | 37,120 | - | 37,120 | - | 222,720 |
| Rent | | 6,000 | - | - | - | 6,000 | - | - | - | - | 6,000 | - | - | - | 18,000 |
| Communications & Advertising | | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 52,000 |
| Office & Other | | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 3,100 | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 2,300 | 30,700 |
| Trailer GPS Costs | | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 24,550 | 319,150 |
| Travel | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Telephone | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utilities | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance | | 389,783 | - | - | - | - | - | - | - | 10,403 | 10,768 | - | - | 83,811 | 494,765 |
| Towing & Hauling | | - | - | - | 150,000 | - | 150,000 | - | 150,000 | - | 150,000 | - | 150,000 | - | 750,000 |
| **Subtotal Operations** | | **427,098** | **68,435** | **31,315** | **218,435** | **37,315** | **219,235** | **31,315** | **228,838** | **42,083** | **224,435** | **31,315** | **218,435** | **115,126** | **1,893,380** |
| Vehicle/Forklift Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Taxes | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Income Tax Payments | | - | - | - | - | - | - | - | - | - | - | - | 800 | - | 800 |
| Sales & Use Tax Payments | | - | - | - | 10,000 | - | - | - | - | 10,000 | - | - | - | 10,000 | 30,000 |
| Contingency | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Subtotal NonOperations** | | **-** | **-** | **-** | **10,000** | **-** | **-** | **-** | **-** | **10,000** | **-** | **-** | **800** | **10,000** | **30,800** |
| **Total Cash Outflows** | | **427,098** | **68,435** | **31,315** | **228,435** | **37,315** | **219,235** | **31,315** | **228,838** | **52,083** | **224,435** | **31,315** | **219,235** | **125,126** | **1,924,180** |
| **Net Change in Cash** | | **(139,098)** | **(68,435)** | **(31,315)** | **(228,435)** | **80,685** | **(219,235)** | **48,485** | **(149,038)** | **895,717** | **(144,635)** | **128,285** | **(59,635)** | **1,132,874** | **1,246,220** |
| **Bankrutcy Related Costs** | | | | | | | | | | | | | | | |
| US Trustee Fees | | - | - | - | - | - | - | - | - | - | - | - | - | 12,720 | 12,720 |
| CRO/GlassRatner | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Skadden, Arps, Slate, Meagher & Flom LLP | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Clark Hill PLLC | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Independent Director | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Claims/Noticing Agent | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Creditors Committee | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Subtotal** | | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **12,720** | **12,720** |
| **DIP Lender** | | | | | | | | | | | | | | | |
| Receipt of Cash | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Beginning Cash | | - | (139,098) | (207,533) | (238,848) | (467,283) | (386,598) | (605,833) | (557,348) | (706,386) | 189,331 | 44,696 | 172,981 | 113,346 | - |
| **Ending Cash** | | **(139,098)** | **(207,533)** | **(238,848)** | **(467,283)** | **(386,598)** | **(605,833)** | **(557,348)** | **(706,386)** | **189,331** | **44,696** | **172,981** | **113,346** | **1,233,500** | **1,233,500** |
| DIP Lender Balance | | - | - | - | - | - | - | - | - | - | - | - | - | - | |

**DC Solar et al** — **FINAL - AMENDED**
**13-Week Projected Cash Flows** — Case # 19-xxxxx

### DC Solar Freedom, Inc.
*Cash Budget*

| | # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Wk Start | 2/4/2019 | 2/11/2019 | 2/18/2019 | 2/25/2019 | 3/4/2019 | 3/11/2019 | 3/18/2019 | 3/25/2019 | 4/1/2019 | 4/8/2019 | 4/15/2019 | 4/22/2019 | 4/29/2019 | 2/4/2019 |
| | Wk End | 2/10/2019 | 2/17/2019 | 2/24/2019 | 3/3/2019 | 3/10/2019 | 3/17/2019 | 3/24/2019 | 3/31/2019 | 4/7/2019 | 4/14/2019 | 4/21/2019 | 4/28/2019 | 5/5/2019 | 5/5/2019 |
| MSPG Operating Lease Income | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Equipment Sales | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Note Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| RE Sublease Income | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Management Fees | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Advertising Revenues | | - | - | - | - | - | - | 22,121 | 44,242 | 69,128 | 91,249 | 116,135 | 138,256 | 165,907 | 647,037 |
| **Total Cash Inflows** | | - | - | - | - | - | - | 22,121 | 44,242 | 69,128 | 91,249 | 116,135 | 138,256 | 165,907 | 647,037 |
| Direct Costs | | - | - | - | - | - | - | 79,800 | 79,800 | 79,800 | 79,800 | 159,600 | 159,600 | 133,000 | 771,400 |
| Minimum MSPG Lease Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Office Services | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Payroll & Taxes | | - | 12,500 | - | 12,500 | - | 12,500 | - | 12,500 | - | 12,500 | - | 12,500 | - | 75,000 |
| Rent | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Communications & Advertising | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Office & Other | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Trailer GPS Costs | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Travel | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Telephone | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utilities | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Towing & Hauling | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Subtotal Operations** | | - | 12,500 | - | 12,500 | - | 12,500 | 79,800 | 92,300 | 79,800 | 92,300 | 159,600 | 172,100 | 133,000 | 846,400 |
| Vehicle/Forklift Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Taxes | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Income Tax Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sales & Use Tax Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Contingency | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Subtotal NonOperations** | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cash Outflows** | | - | 12,500 | - | 12,500 | - | 12,500 | 79,800 | 92,300 | 79,800 | 92,300 | 159,600 | 172,100 | 133,000 | 846,400 |
| **Net Change in Cash** | | - | (12,500) | - | (12,500) | - | (12,500) | (57,679) | (48,058) | (10,672) | (1,051) | (43,465) | (33,844) | 32,907 | (199,363) |
| **Bankrutcy Related Costs** | | | | | | | | | | | | | | | |
| US Trustee Fees | | - | - | - | - | - | - | - | - | - | - | - | - | 4,875 | 4,875 |
| CRO/GlassRatner | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Skadden, Arps, Slate, Meagher & Flom LLP | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Clark Hill PLLC | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Independent Director | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Claims/Noticing Agent | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Creditors Committee | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Subtotal** | | - | - | - | - | - | - | - | - | - | - | - | - | 4,875 | 4,875 |
| **DIP Lender** | | | | | | | | | | | | | | | |
| Receipt of Cash | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest Payments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Beginning Cash | | - | - | (12,500) | (12,500) | (25,000) | (25,000) | (37,500) | (95,179) | (143,237) | (153,909) | (154,960) | (198,426) | (232,270) | - |
| **Ending Cash** | | - | (12,500) | (12,500) | (25,000) | (25,000) | (37,500) | (95,179) | (143,237) | (153,909) | (154,960) | (198,426) | (232,270) | (204,238) | (204,238) |
| DIP Lender Balance | | - | - | - | - | - | - | - | - | - | - | - | - | - | |