**DENIED**
Deny Set on regular notice



Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
February 21, 2019

NEAL JACOBSON, ESQ.
Securities and Exchange Commission
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281
Tel.: (212) 336-0095
Jacobsonn@sec.gov

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re

DOUBLE JUMP, INC.

| | |
|---|---|
| X | Affects ALL Debtors |
| | Affects Double Jump, Inc. |
| | Affects Dora Dog Properties, LLC |
| | Affects Dog Blue Properties, LLC |
| | Affects Brandy Boy Properties, LLC |
| | Affects 475 Channel Road, LLC |
| | Affects Park Road, LLC |
| | Affects 140 Mason Circle, LLC |
| | Affects DC Solar Solutions, Inc. |
| | Affects DC Solar Distribution, Inc. |
| | Affects DC Solar Freedom, Inc. |

Lead Case No.: BK-19-50102-BTB

Chapter 11

Proposed Joint Administration with:

| | |
|---|---|
| 19-50103-btb | Dora Dog Properties, LLC |
| 19-50104-btb | Dog Blue Properties, LLC |
| 19-50105-btb | Brandy Boy Properties, LLC |
| 19-50106-btb | 475 Channel Road, LLC |
| 19-50108-btb | Park Road, LLC |
| 19-50109-btb | 140 Mason Circle, LLC |
| 19-50130-btb | DC Solar Solutions, Inc. |
| 19-50131-btb | DC Solar Distribution, Inc. |
| 19-50135-btb | DC Solar Freedom, Inc. |

STIPULATION EXTENDING TIME FOR THE SECURITIES AND EXCHANGE COMMISSION TO RESPOND TO MOTION FOR ENTRY OF A FINAL ORDER (i) AUTHOHRIZING THE RETENTION OF GLASS RATNER ADVISORY & CAPITAL GROUP, LLC TO PROVIDE CHIEF RESTRUCTURING OFFICER AND CERTAIN OTHER PERSONNEL, (ii)

1

DESIGNATING SETH FREEMAN AS DEBTORS' CHIEF RESTRUCTURING OFFICER EFFECTIVE AS OF THE PETITION DATE, AND (iii) GRANTING RELATED RELIEF

Hearing Date: March 8, 2019
Hearing Time: 10:00 a.m.

WHEREAS, on February 8, 2019, the Court, from the bench, set March 8, 2019 as the date for the hearing on the Debtors' Motion for Entry of a Final Order (i) Authorizing the Retention of Glass Ratner Advisory & Capital Group, LLC to Provide Chief Restructuring Officer and Other Personnel, (ii) Designating Seth Freeman as Debtors' Chief Restructuring Officer Effective as of the Petition Date, and (iii) Granting Related Relief (the "CRO Motion"); and

WHEREAS, by motion dated February 15, 2019, the Debtors moved for an order shortening the time for hearing on certain motions previously scheduled to be heard on March 15, 2019 to March 8, 2019, and requesting that the Court set March 1, 2019 as the objection date for those motions; and

WHEREAS, the Securities and Exchange Commission ("SEC") has requested that the Debtors consent to extend the time for the SEC to respond to the CRO Motion to March 1, 2019.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the SEC shall have until March 1, 2019 to respond to the CRO Motion.

/s/ Candace c. Carlyon           -and-           /s/ Neal Jacobson

Nevada Bar No. 2666                              Securities and Exchange Commission
TRACY M. O'STEEN, ESQ.                           Brookfield Place
Nevada Bar No. 10949                             200 Vesey Street, Suite 400
CLARK HILL PLC                                   New York, NY 10281
3800 Howard Hughes Pkwy                          Tel.: (212) 336-0095

2

Suite 500  
Las Vegas, NV 89196  
Tel.: (702)862-8300  
Fax: (702)862-8400  
CCarlyon@Clarkhill.com  
TOSteen@Clarkhill.com  

Fax: (212) 336-1324  
Jacobsonn@sec.gov  

NEAL JACOBSON, ESQ.  
Securities and Exchange Commission  
Brookfield Place  
200 Vesey Street, Suite 400  
New York, NY 10281  
Tel.: (212) 336-0095  
Fax: (212) 336-1324  
Jacobsonn@sec.gov

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC. | Lead Case No.: BK-19-50102-BTB<br><br>Chapter 11<br><br>Proposed Joint Administration with:<br><br>| 19-50103-btb | Dora Dog Properties, LLC |<br>\| 19-50104-btb \| Dog Blue Properties, LLC \|<br>\| 19-50105-btb \| Brandy Boy Properties, LLC \|<br>\| 19-50106-btb \| 475 Channel Road, LLC \|<br>\| 19-50108-btb \| Park Road, LLC \|<br>\| 19-50109-btb \| 140 Mason Circle, LLC \|<br>\| 19-50130-btb \| DC Solar Solutions, Inc. \|<br>\| 19-50131-btb \| DC Solar Distribution, Inc. \|<br>\| 19-50135-btb \| DC Solar Freedom, Inc. \| |

ORDER APPROVING STIPULATION EXTENDING TIME FOR THE SECURITIES AND EXCHANGE COMMISSION TO RESPOND TO MOTION FOR ENTRY OF A FINAL ORDER (i) AUTHOHRIZING THE RETENTION OF GLASS RATNER ADVISORY & CAPITAL GROUP, LLC TO PROVIDE CHIEF RESTRUCTURING OFFICER AND CERTAIN OTHER PERSONNEL, (ii) DESIGNATING SETH FREEMAN AS DEBTORS' CHIEF RESTRUCTURING OFFICER EFFECTIVE AS OF THE PETITION DATE, AND (iii) GRANTING RELATED RELIEF

Hearing Date: March 8, 2019
Hearing Time: 10:00 a.m.

The Court having considered the Stipulation by and between the Debtor and the Securities and Exchange Commission ("SEC") to extend the deadline for the SEC to respond to Debtor's Motion for Entry of a Final Order (i) Authorizing the Retention of Glass Ratner Advisory & Capital Group, LLC to Provide Chief Restructuring Officer and Other Personnel, (ii) Designating Seth Freeman as Debtors' Chief Restructuring Officer Effective as of the Petition Date, and (iii) Granting Related Relief (the "CRO Motion"), and good cause appearing:

IT IS HEREBY ORDERED that the SEC shall have until March 1, 2019, to file any response to the CRO Motion.

Submitted by:
/s/ Neal Jacobson
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281
Counsel for the Securities and Exchange Commission

Approved:

/s/ Candace c. Carlyon

Nevada Bar No. 2666
CLARK HILL PLC
3800 Howard Hughes Pkwy
Suite 500
Las Vegas, NV 89196
[Proposed] counsel for the Debtors

###