HOLLEY DRIGGS WALCH
FINE PUZEY STEIN & THOMPSON
Richard F. Holley, Esq. (NV Bar No. 3077)
Email: rholley@nevadafirm.com
Mary Langsner, Ph.D. (NV Bar No. 13707)
Email: mlangsner@nevadafirm.com
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912

STEVENS & LEE, P.C.
Robert Lapowsky (*Pro Hac Vice* pending)
Email: rl@stevenslee.com
Evan B. Coren (*Pro Hac Vice* pending)
Email: EBC@stevenslee.com
620 Freedom Business Center, Suite 200
King of Prussia, Pennsylvania 19406
Telephone:    215-751-2866
Facsimile:    610-371-7958

*Attorneys for SolarSense DCS 1, LLC*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

DOUBLE JUMP, INC.

Debtor.

☐ Affects ALL Debtors
☒ Affects Double Jump, Inc.
☐ Affects Dora Dog Properties, LLC
☐ Affects Dog Blue Properties, LLC
☐ Affects Brandy Boy Properties, LLC
☐ Affects 475 Channel Road, LLC
☐ Affects Park Road, LLC
☐ Affects 140 Mason Circle, LLC
☒ Affects DC Solar Solutions, Inc.
☒ Affects DC Solar Distribution, Inc.
☐ Affects DC Solar Freedom, Inc.

Case No. 19-50102-BTB
Chapter 11

Jointly Administered with:

| | |
|---|---|
| 19-50103-btb | Dora Dog Properties, LLC |
| 19-50104-btb | Dog Blue Properties, LLC |
| 19-50105-btb | Brandy Boy Properties, LLC |
| 19-50106-btb | 475 Channel Road, LLC |
| 19-50108-btb | Park Road, LLC |
| 19-50109-btb | 140 Mason Circle, LLC |
| 19-50130-btb | DC Solar Solutions, Inc. |
| 19-50131-btb | DC Solar Distribution, Inc. |
| 19-50135-btb | DC Solar Freedom, Inc. |

Judge: Hon. Bruce T. Beesley

## ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME

In conformity with Local Rule of Bankruptcy Practice of the United States District Court for the District of Nevada ("LR") 9006, undersigned counsel for SolarSense DCS 1, LLC ("SolarSense") has contacted the following parties and counsel, by the means and on the dates identified below, regarding SolarSense's request that the Court shorten the time for hearing on the Motion of SolarSense DCS 1, LLC Pursuant to 11 U.S.C. § 362(d) for Relief From the Automatic Stay ("Stay Relief Motion"), to inquire of the party's or counsel's agreement or disagreement, respectively, to the time being shortened for hearing on the Stay Relief Motion. Their agreement

or disagreement to the time being shortened for hearing on the Stay Relief Motion is indicated below:

| NAME<br>*Party Represented* | How and When Contacted | Agree | Disagree |
|---|---|---|---|
| Van C. Durrer, II, Esq.<br>*Debtors* | February 19, 2019, at 12:26 p.m. prevailing Pacific Time (Email with counsel) | | *See* Comments |
| Edward M. McDonald, Esq.<br>*U.S. Trustee for Region 17* | February 19, 2019, at 12:20 p.m. prevailing Pacific Time (Telephone call with counsel) | | *"No Response"* |

**COMMENTS**: No answer regarding consent was received from counsel to the Debtors Mr. Durrer after the February 19, 2019, emails exchanged with him regarding this inquiry, and the filing of this document.

Dated this 21st day of February 2019.

HOLLEY DRIGGS WALCH
FINE PUZEY STEIN & THOMPSON

*/s/ Richard F. Holley*

Richard F. Holley, Esq. (Nevada Bar No. 3077)
Mary Langsner, Ph.D. (Nevada Bar No. 13707)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

STEVENS & LEE, P.C.
Robert Lapowsky (*Pro Hac Vice* pending)
Evan B. Coren (*Pro Hac Vice* pending)
620 Freedom Business Center, Suite 200
King of Prussia, Pennsylvania 19406

*Attorneys for SolarSense DCS 1, LLC*

13430-01/2171232_2.docx

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Holley Driggs Walch Fine Puzey Stein & Thompson, and that on the 21st day of February 2019, I caused to be served a true and correct copy of ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME in the following manner:

☒ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

/s/ [signature]

An employee of Holley Driggs Walch Fine Puzey Stein & Thompson

13430-01/2171232_2.docx

- 3 -