NVB 4001 (Rev. 12/15)

## * * § 362 INFORMATION SHEET * *

Double Jump, Inc., et al.     19-50102 lead
**DEBTOR**                    BK-              MOTION #:
International Speedway Corporation
**MOVANT**                    CHAPTER: 11

### Certification of Attempt to Resolve the Matter Without Court Action:
*Moving counsel hereby certifies that pursuant to the requirements of LR 4001(a)(2), an attempt has been made to resolve the matter without court action, but movant has been unable to do so.*
Date: February 22, 2019          Signature: /s/ Mark R. Owens
                                          *Attorney for Movant*

PROPERTY INVOLVED IN THIS MOTION: Subleases and Sponsorship Agreements
NOTICE SERVED ON: Debtor(s) [✓] ; Debtor's counsel [✓] ; Trustee [ ] ;
DATE OF SERVICE: Febuary 22, 2019

| MOVING PARTY'S CONTENTIONS: | DEBTOR'S CONTENTIONS: |
|---|---|
| The EXTENT and PRIORITY of LIENS: | The EXTENT and PRIORITY of LIENS: |
| 1st Debtors not performing under Subleases | 1st |
| 2nd Debtors not performing under Sponsors | 2nd |
| 3rd | 3rd |
| 4th | 4th |
| Other: | Other: |
| Total Encumbrances: | Total Encumbrances: |
| APPRAISAL of OPINION as to VALUE: | APPRAISAL of OPINION as to VALUE: |

| TERMS of MOVANT'S CONTRACT with the DEBTOR(S):: | DEBTOR'S OFFER of "ADEQUATE PROTECTION" for MOVANT . |
|---|---|
| Amount of Note: Various Agreements | . |
| Interest Rate: | . |
| Duration: | . |
| Payment per Month: | . |
| Date of Default: January 1, 2019 | . |
| Amount in Arrears: $5,525,000 | . |
| Date of Notice of Default: January 15, 2019 | . |
| SPECIAL CIRCUMSTANCES: 3 Subleases: $640,600 a month; 8 Sponsor Agts. $11,050,000 in 2019 | SPECIAL CIRCUMSTANCES: |
| SUBMITTED BY: International Speedway C | SUBMITTED BY: |
| /s/ Rick R. Hsu | SIGNATURE: |

RICK R. HSU, ESQ.
Nevada Bar No. 5374
MAUPIN COX LEGOY
4785 Caughlin Parkway
Reno, Nevada 89519
Telephone: (775) 827-2000
Facsimile: (775) 827-2185
Email: rhsu@mcllawfirm.com

*Attorneys for International Speedway Corporation, et al.*

MARIA ELLENA CHAVEZ-RUARK, ESQ.
*Pro Hac Vice Pending*
SAUL EWING ARNSTEIN & LEHR LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
Telephone: (410) 332-8600
Facsimile: (410) 332-8862
Email: maria.ruark@saul.com

MARK R. OWENS, ESQ.
*Pro Hac Vice Pending*
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Email: mark.owens@btlaw.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re

DOUBLE JUMP, INC.,

          Debtor.

☐ Affects All Debtors
☐ Affects Double Jump, Inc.
☐ Affects Dora Dog Properties, LLC
☐ Affects Dog Blue Properties, LLC
☐ Affects Brandy Boy Properties, LLC
☐ Affects 475 Channel Road, LLC
☐ Affects Park Road, LLC
☐ Affects 140 Mason Circle, LLC
■ Affects DC Solar Solutions, Inc.
■ Affects DC Solar Distribution, Inc.
☐ Affects DC Solar Freedom, Inc.

Lead Case No.: BK-19-50102-BTB
Chapter 11

Jointly Administered with:

| Case No. | Debtor |
|---|---|
| 19-50103-BTB | Dora Dog Properties, LLC |
| 19-50104-BTB | Dog Blue Properties, LLC |
| 19-50105-BTB | Brandy Boy Properties, LLC |
| 19-50106-BTB | 475 Channel Road, LLC |
| 19-50108-BTB | Park Road, LLC |
| 19-50109-BTB | 140 Mason Circle, LLC |
| 19-50130-BTB | DC Solar Solutions, Inc. |
| 19-50131-BTB | DC Solar Distribution, Inc. |
| 19-50135-BTB | DC Solar Freedom, Inc. |

**Hearing: March 26, 2019 at 11:00 a.m.**
**Judge: Bruce T. Beesley**

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR, IN THE ALTERNATIVE, TO COMPEL REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES FILED BY INTERNATIONAL SPEEDWAY CORPORATION, *ET AL.***

International Speedway Corporation ("ISC") and its subsidiaries Phoenix Speedway, LLC d/b/a Phoenix International Raceway (now known as ISM Raceway); Darlington Raceway of South Carolina, LLC d/b/a Darlington Raceway; Daytona International Speedway, LLC d/b/a Daytona International Speedway; California Speedway Corporation d/b/a Auto Club Speedway; Richmond International Raceway, LLC d/b/a Richmond Raceway; Talladega Superspeedway, LLC d/b/a Talladega Superspeedway; Kansas Speedway Corporation d/b/a Kansas Speedway; and Michigan International Speedway, Inc. d/b/a Michigan International Speedway (collectively, the "ISC Entities"), by and through their undersigned counsel, file this Motion for Relief from the Automatic Stay or, in the Alternative, to Compel Rejection of Executory Contracts and Unexpired Leases (the "Motion") in connection with the bankruptcy cases commenced by DC Solar Solutions, Inc. ("DC Solar") and DC Solar Distribution, Inc. ("DC Distribution" and with DC Solar, collectively, the "Debtors") for authority to immediately terminate or, alternatively, to compel immediate rejection of, the Subleases and Sponsorship Agreements (each as defined in the Memorandum). In support of this Motion, ISC and the ISC Entities refer to the Memorandum of Points and Authorities in Support of this Motion (the "Memorandum")[1] and Declaration of Joel Chitwood in Support of this Motion (the "Chitwood Declaration") which are incorporated herein by reference as if fully set forth at length. ISC and the ISC Entities respectfully state as follows:

This Motion is made and based upon the Memorandum, Chitwood Declaration, 11 U.S.C. §§ 105, 362(d) and 365(d)(2), and Federal Rule of Bankruptcy Procedure 4001. This contested matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (G). This Court has jurisdiction over this contested matter pursuant to 28 U.S.C. § 1334 and venue is proper before this Court pursuant to 28 U.S.C. § 1409.

---

[1] All capitalized, undefined terms set forth herein have the meanings ascribed to such terms in the Memorandum.

1

1  WHEREFORE, based upon the foregoing, ISC and the ISC Entities respectfully request that this Court grant ISC and the ISC Entities relief from the automatic stay for the purpose of allowing ISC and the ISC Entities to immediately terminate the Subleases and Sponsorship Agreements or, alternatively, to compel the Debtors to immediately reject the Subleases and Sponsorship Agreements, and for such other and further relief that is just and proper.

Dated: February 22, 2019

/s/ *Rick R. Hsu*
RICK R. HSU, ESQ.
Nevada Bar No. 5374
MAUPIN COX LEGOY
4785 Caughlin Parkway
Reno, Nevada 89519
Telephone: (775) 827-2000
Facsimile: (775) 827-2185
Email: rhsu@mcllawfirm.com

MARIA ELLENA CHAVEZ-RUARK, ESQ.
*Pro Hac Vice Pending*
SAUL EWING ARNSTEIN & LEHR LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
Telephone: (410) 332-8600
Facsimile: (410) 332-8862
Email: maria.ruark@saul.com

MARK R. OWENS, ESQ.
*Pro Hac Vice Pending*
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Email: mark.owens@btlaw.com

*Attorneys for International Speedway Corporation, et al.*

CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Maupin, Cox & LeGoy and that on the 22nd day of Feb. 2019, I caused to be served a true and correct copy of the within document in the following manner:

X (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

                                                  /s/Heather Motta
                                                  Employee