Julie H. Rome-Banks, Esq., California Bar No. 142364
Admitted *Pro Hac Vice*
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
T: (408) 295-1700
F: (408) 295-1531
Email: Julie@bindermalter.com

Amy N. Tirre, Esq., Nevada Bar No. 6523
Law Office of Amy N. Tirre,
A Professional Corporation
3715 Lakeside Drive, Suite A
Reno, NV 89509
T: (775) 828-0909
F: (775) 828-0914
Email: amy@amytirrelaw.com

Attorneys for Creditor
Cranbrook Realty Investment Fund LP

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>DOUBLE JUMP, INC.,<br><br>                    Debtor.<br><br>__ Affects All Debtors<br>__ Affects Double Jump, Inc.<br>__ Affects Dora Dog Properties, Inc.<br>__ Affects Dog Blue Properties, LLC<br>__ Affects Brandy Boy Properties, LLC<br>__ Affects 475 Channel Road, LLC<br>__ Affects Park Road, LLC<br>__ Affects 140 Mason Circle, LLC<br>X  Affects DC Solar Solutions, Inc.<br>__ Affects DC Solar Distribution, Inc.<br>__ Affects DC Solar Freedom, Inc. | Lead Case No.  BK-19-50102-btb<br><br>Chapter 11<br><br>Cases Jointly Administered with:<br><br>19-50103-btb; 19-50104-btb; 19-50105-btb;<br>19-50106-btb; 19-50108-btb; 19-50109-btb;<br>19-50130-btb; 19-50131-btb; 19-50135-btb<br><br>**DECLARATION OF KYLE KAMPFEN IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY FOR CAUSE OR IN THE ALTERNATIVE FOR ADEQUATE PROTECTION (11 U.S.C. §362(d)(1), (2))**<br><br>Hearing Date:  OST Requested<br>Hearing Time: |

I, Kyle Kampfen, hereby declare:

1. I am a Senior Property Manager and Systems Administrator with creditor Cranbrook Realty Investment Fund LP ("Movant") and I make this Declaration on Movant's behalf.

2. I have personal knowledge of the matters set forth within this Declaration, except as to those matters alleged herein on information and belief and as to those matters, I believe them to be true. If called upon to testify, I could competently state the following.

3. In my capacity as a Senior Property Manager and Systems Administrator to the Movant, I have access to, and I am familiar with, the books and records kept by the Movant regarding the Debtor DC Solar Solutions, Inc. ("Debtor"). These books and records have been generated, recorded and compiled in the ordinary course of business of the Movant. Further, these documents were prepared at the time, or near the time, that the information was received or the events and transactions actually took place. It is the standard operating procedure of the Movant to preserve these documents in a place of safekeeping on its business premises. I have personal access to these books and records and their continued safekeeping is maintained under my direction and supervision.

4. I make this Declaration in support of the motion to obtain relief from a stay for cause and alternatively for adequate protection of Movant's interest under the subject non-residential real property lease described below.

5. The Debtor is a tenant of Movant at the non-residential premises located at 589, 597, 631 and 635 Indiana Street, Benicia, California (collectively the "Subject Premises"). Collectively, the Subject Premises comprise approximately 168,316 square feet of prime industrial space including internal offices.

6. On or about June 28, 2016, Movant's predecessor-in-interest leased to the Debtor 597, 631 and 635 Indiana Street, Benicia, California pursuant to a written Amended and Restated Lease (as amended and extended, the "Lease"), a true and correct copy of which is

attached hereto as Exhibit "A" and incorporated herein by reference.  The Lease provided that the Debtor would lease the identified premises then consisting of approximately 127,169 square feet for a term of 120 months from the commencement date.  The Debtor as the tenant under the Lease promised to make monthly Base Rent on the first day of each calendar month as well as monthly Additional Rent consisting of an estimate of the Debtor's allocable share of operating expenses, real property taxes, insurance, common area maintenance.  Within 60 days after the end of each calendar year, Movant furnishes to the Debtor a statement of such actual expenses incurred by Movant for the calendar year together with the payments made by the Debtor and any deficiency must be paid by the Debtor within 30 days of such statement.  The monthly Additional Rent estimate is also adjusted accordingly for the next 12-month period.  Interest and late charges are also considered Additional Rent pursuant to the Lease, as well as any additional money spent by Movant pursuant to the terms thereof.  Rent is due on the first of each month and if not timely paid, a late fee is payable to Movant in an amount equal to 5% of the delinquent amount for each month or portion thereof that the delinquency remains outstanding.  Interest accrues on all unpaid sums at the rate of 18% per annum or the maximum interest rate permitted by law.  The Debtor paid a security deposit in the amount of $29,137.85 at the commencement of the Lease.

7.    On November 21, 2016, the Lease was amended pursuant to a First Amendment, a true and correct copy of which is attached hereto as Exhibit "B" and is incorporated herein by reference.  The First Amendment confirmed the expansion of the premises to also include 589 Indiana Street, Benicia, California as part of the Subject Premises and extended the term of the Lease through June 30, 2024.  The First Amendment also set forth the amount of the Annual Base Rent and Monthly Base Rent during the extended period of the Lease according to the following schedule:

| Period of Extended Term | Annual Rate per Square Foot (rounded to nearest 100th of a dollar) | Annual Base Rent | Monthly Base Rent |
|---|---|---|---|
| 12/1/16 – 2/28/17 | Existing Premises: $4.20 | Existing Premises: $534,109.80 | Existing Premises: $44,509.15 |
| | Expansion Space: $0.00 | Expansion Space: $0.00 | Expansion Space: $0.00 |
| 3/1/17 – 6/30/17 | $0.00 | $0.00 | $0.00 |
| 7/1/17 – 2/28/18 | $4.44 | $747,323.04 | $62,276.92 |
| 3/1/18 – 2/28/19 | $4.57 | $769,204.08 | $64,100.34 |
| 3/1/19 – 2/28/20 | $4.71 | $792,768.36 | $66,064.03 |
| 3/1/20 – 2/28/21 | $4.85 | $816,332.64 | $68,027.72 |
| 3/1/21 – 2/28/22 | $5.00 | $847,579.92 | $70,131.66 |
| 3/1/22 – 2/28/23 | $5.15 | $866,827.44 | $72,235.62 |
| 3/1/23 – 2/28/24 | $5.30 | $892,074.84 | $74,339.57 |
| 3/1/24 – 6/30/24 | $5.46 | $919,005.48 | $76,583.79 |

8. The Debtor failed to pay the Monthly Base Rent of $64,100.34 and Monthly Additional Rent of $18,530.00 that became due on January 1, 2019. As a result, Movant assessed the Debtor with a late charge in the amount of $4,131.52 on January 2, 2019 and thereafter applied the security deposit of $29,137.85 on January 5, 2019 in partial payment of the outstanding rental arrears. Movant thereafter notified the Debtor of the requirement to replenish the security deposit to its original amount of $29,137.85. The Debtor also failed to pay the Monthly Base Rent and Monthly Additional Rent that became due on February 1, 2019. The Debtor also failed to replenish the security deposit.

9. As a result of the aforementioned defaults, Movant served the Debtor with a three-day notice to pay rent or quit on January 11, 2019, a true and correct copy of which including a declaration of service, is attached hereto as Exhibit "C" and is incorporated herein by reference. When the Debtor failed to return possession of the Subject Premises and also failed to pay the rents then due and owing at the end of said three-day period, Movant filed a Complaint for Unlawful Detainer in Solano County Superior Court on January 29, 2019. A true and correct

copy of the Complaint for Unlawful Detainer (with exhibits omitted to avoid repetition) is attached hereto as Exhibit "D" and is incorporated herein by reference. A summons was duly issued by the Clerk of the Solano County Superior Court. A true and correct copy of the Summons is attached hereto as Exhibit "E" and is incorporated herein by reference. The Summons provided that the Debtor had 5 calendar days after service to respond to the Summons and Unlawful Detainer Complaint. The Summons and the Unlawful Detainer Complaint were served together upon the Debtor on January 30, 2019. A true and correct copy of the Proof of Service of Summons is attached hereto as Exhibit "F" and is incorporation herein by reference.

10. The Debtor did not answer or otherwise respond to the Summons and Unlawful Detainer Complaint, but instead filed for protection under chapter 11 on February 3, 2019.

11. There is now due and owing from the Debtor the following amounts as and for rent and related charges pursuant to the Lease between the parties:

| Date | Description | Amount |
|---|---|---|
| **Pre-Petition Charges** | | |
| 1/1/19 | January Base Rent | $64,100.34 |
| 1/1/19 | January Additional Rent | $18,530.00 |
| 1/2/19 | Late charge 5% of $82,630.34 for January rents | $4,131.52 |
| 1/5/19 | Applied Security Deposit | -$29,137.85 |
| | Balance of January Owing | $57,624.01 |
| 1/5/19 | Replenish Security Deposit (in February 1, 2019 statement attached hereto as Exhibit "G") | $29,137.85 |
| 2/1/19-2/2/19 | February Base Rent (pro-rated) $64,100.34 ÷ 28 days = $2,289.30 per day $2,289.30 x 2 days = | $4,578.60 |
| 2/1/19-2/2/19 | February Additional Rent (pro-rated) $18,530.00 ÷28 days = $661.79 per day $661.79 x 2 days = | $1,323.58 |
| 2/2/19 | Late charge 5% of $82,630.34 for February rents | $4,131.52 |
| 2/2/19 | Late charge 5% of $57,624.01 on balance of January rents | $2,881.20 |
| 1/29/19 | Attorneys' fees and costs for Unlawful Detainer | $5,785.00 |

| Date | Description | Amount |
|---|---|---|
| 2/1/19 | 2018 Operating Expenses Reconciliation Charge (attached hereto as Exhibit "H") | $7,600.02 |
| | **Total Pre-Petition Arrears** | $170,685.79 |
| | | |
| **Post-Petition Charges** | | |
| 2/3/19-2/28/19 | February Base Rent (pro-rated) $64,100.34 - $4,578.60 (from above) = | $59,521.74 |
| 2/3/19-2/28/19 | February Additional Rent (pro-rated) $18,350.00 - $1,323.58 (from above) = | $17,026.42 |
| 3/1/19 | March Base Rent | $66,064.03 |
| 3/1/19 | March Additional Rent | $18,530.00 |
| | **Total Post-Petition Arrears** | $161,142.19 |
| | **GRAND TOTAL ARREARS** | $331,827.98 |

Due to the fact that March rents will become due before a hearing can be held on this Motion, Movant has included those amounts in the calculation above of post-petition arrears. Base monthly rent will increase pursuant to the Lease effective March 1, 2019 to $66,064.03. The calculations above do not include post-petition attorneys' fees related to this bankruptcy case, nor post-petition late charges and interest; Movant reserves all rights to assert such amounts.

12. Movant does not have, nor has it been offered adequate protection for its interest under the Lease and in the Subject Premises. As explained above, Movant applied its security deposit toward the outstanding rental arrears during the month of January 2019 and no longer holds a security deposit. Movant demanded pre-petition that the Debtor replenish the security deposit pursuant to the Lease, which has not occurred.

13. Prior to bringing this Motion, I am informed and believe that counsel for Movant reached out to lead bankruptcy counsel for the Debtor by letter sent by email in an attempt to see if the Debtor would propose adequate protection payments. No response was received. Movant is informed and believes that the Debtor's motion to obtain post-petition debtor-in-possession financing on an emergency basis was denied by the Court following a hearing on February 8, 2019.

14. The Debtor has continued to use and enjoy the Subject Premises while this chapter 11 case has been pending without payment of rent to Movant.

15. As set forth above, Movant served the Debtor with a three-day notice to pay rent or quit on January 11, 2019. The time for the Debtor to pay rent or quit and deliver up possession of the Subject Premises therefore expired on January 14, 2019. The Debtor failed to pay the rents then due and owing and also failed to deliver possession. The three-day notice, which is attached hereto as Exhibit "C", included an election of forfeiture of the Lease. Movant then commenced an Unlawful Detainer Complaint on January 29, 2019, which civil action was stayed when this bankruptcy case was filed on February 3, 2019.

16. Movant is currently precluded from taking any steps to recover possession of the Subject Premises and mitigate its damages unless and until the Court grants relief from the automatic stay.

Executed on February 26, 2019 at Modesto, Stanislaus County, California. I declare under penalty of perjury that the foregoing is true and correct.

_____
Kyle Kampfen

**CERTIFICATE OF SERVICE**

Pursuant to FRBP 7005 and FRCP 5(b), I certify that I am an employee of Law Offices of Amy N. Tirre, APC, that I am over the age of 18 and not a party to the above-referenced case, and that on February 26, 2019 I filed and served the foregoing **DECLARATION OF KYLE KAMPFEN IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY FOR CAUSE OR IN THE ALTERNATIVE FOR ADEQUATE PROTECTION** (11 U.S.C. §362(d)(1), (2))

__X__     **BY NOTICE OF ELECTRONIC FILING**: through Electronic Case Filing System of the United States Bankruptcy Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below:

- GREG ADDINGTON     greg.addington@usdoj.gov, christi.dyer@usdoj.gov
- MEGAN M. ADEYEMO     madeyemo@gordonrees.com, asoto@grsm.com
- BRETT A. AXELROD     baxelrod@foxrothschild.com, pchlum@foxrothschild.com; mwilson@foxrothschild.com
- LOUIS M. BUBALA     lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com; cbrimm@kcnvlaw.com
- CANDACE C CARLYON     ccarlyon@clarkhill.com, CRobertson@clarkhill.com; nrodriguez@clarkhill.com;clark-hill-1221@ecf.pacerpro.com
- DAWN M. CICA     mstallsworth@mccnvlaw.com; dmcica@gmail.com;dcica@mccnvlaw.com;kfoley@mccnvlaw.com
- MICHAEL A DIGIACOMO     digiacomom@ballardspahr.com, lvdocket@ballardspahr.com; paredesr@ballardspahr.com;hartt@ballardspahr.com
- VAN C. DURRER     van.durrer@skadden.com
- CHARLES E. GIANELLONI     cgianelloni@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;jstevenson@swlaw.com;docket_las@swlaw.com
- JAMES D. GREENE     jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com; kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
- BLAKELEY E. GRIFFITH     bgriffith@swlaw.com, docket_las@swlaw.com;gkim@swlaw.com;jmath@swlaw.com;jstevenson@swlaw.com
- CAMERON M. GULDEN     cameron.m.gulden@usdoj.gov, robbin.little@usdoj.gov
- ALLEN J. GUON     aguon@foxrothschild.com, plove@foxrothschild.com
- RICHARD F. HOLLEY     rholley@nevadafirm.com, apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
- RICK R. HSU     rhsu@mclrenolaw.com, hmotta@mcllawfirm.com
- BRIAN R. IRVINE     birvine@dickinsonwright.com, mreel@dickinsonwright.com;cgrinstead@dickinsonwright.com;RN_litdocket@dickinsonwright.com
- NEAL R. JACOBSON     jacobsonn@sec.gov
- NATHAN G. KANUTE     nkanute@swlaw.com, mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;ljtaylor@swlaw.com
- ROBERT R. KINAS     rkinas@swlaw.com, jmath@swlaw.com; mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com

- ROBERT S. LARSEN    rlarsen@gordonrees.com, gangulo@gordonrees.com;wwong@gordonrees.com
- EDWARD M. MCDONALD    edward.m.mcdonald@usdoj.gov
- ALI M. M. MOJDEHI    amojdehi@btlaw.com, jgertz@btlaw.com;arego@btlaw.com
- TRACY M. O'STEEN    tosteen@clarkhill.com, crobertson@clarkhill.com;nrodriguez@clarkhill.com;ccarlyon@clarkhill.com
- JULIE HOPE ROME-BANKS    Julie@bindermalter.com
- THERESE SCHEUER    scheuert@sec.gov
- SAMUEL A. SCHWARTZ    saschwartz@bhfs.com, ECF@bhfs.com;schwartzsr45599@notify.bestcase.com;sheacr80693@notify.bestcase.com;cshea@bhfs.com
- AMY N. TIRRE    amy@amytirrelaw.com, admin@amytirrelaw.com
- U.S. TRUSTEE - RN - 11    USTPRegion17.RE.ECF@usdoj.gov
- DAVID F. WAGUESPACK    Waguespack@carverdarden.com, plaisance@carverdarden.com

XX    **BY MAIL**: by placing the document listed above in a sealed envelope with Postage thereon fully prepaid in the United States Mail at Reno, Nevada, and addressed as set forth below. I am readily familiar with my office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on 26 February 2019, with postage thereon fully prepaid in the ordinary course of business.

Van C. Durrer II  
Annie Z. Li  
Skadden, Arps, Slate, Meagher & Flom  
300 S. Grand Ave., #3400  
Los Angeles, CA 90071

Sharon Z. Weiss  
120 Broadway, Suite 300  
Santa Monica, CA 90401

Even Beck Coren  
919 North Market Street Suite 1300  
Wilmington, DE 19801

Glassratner Advisory & Capitol Group LLC  
425 California Street, Suite 900  
San Francisco, CA 94556

Robert Lapowsky  
620 Freedom Business Center Suite 200  
King of Prussia, PA 19406

Mark R. Owens  
11 S. Meridian Street  
Indianapolis, IN 46204

Maria Ellena Chavez-Ruark  
500 E. Pratt Street, Suite 900  
Baltimore, MD 21202

Americrown Daytona Speedway  
1800 West Int'l Speedway  
PO Box 2801  
Daytona Beach FL 32120-2801

| | |
|---|---|
| AT&T Mobility<br>PO Box 6463<br>Carol Stream IL  60197-6463 | CED<br>PO Box 398847<br>San Francisco CA  94139-8847 |
| Charge Point, Inc.<br>Dept LA 24014<br>Pasadena CA  91185-4104 | Chip Ganassi Racing, LLC<br>8500 Westmoreland Dr.<br>Concord, NC  28027 |
| ECI Fuel Systems<br>1794 West 11th Street<br>Upland, CA 91786 | Exide<br>c/o Exide Technologies<br>PO Box 933479<br>Atlanta GA  31193-3479 |
| Hanover Insurance Group, Inc.<br>PO Box 580045<br>Charlotte, NC  28258-0045 | Int'l Speedway Corp.<br>Attn:  Accounting Dept.<br>PO Box 2801<br>Daytona Beach, FL  32120 |
| Kansas Speedway<br>Attn:  Accounting Dept.<br>PO Box 2801<br>Daytona Beach, FL  32120 | Net Jet Sales Inc.<br>PO Box 933300<br>Atlanta, GA  31193-3300 |
| Pacific Metal Fab LLC<br>311 Chambers Street<br>PO Box 41090<br>Eugene OR  97404 | Phoenix Motor Speedway<br>7602 S. Avondale Blvd.<br>Avondale, AZ  85323 |
| Richmond Int'l Raceway<br>600 East Laburnum Ave.<br>Richmond VA 23222 | Soligent Distribution LLC<br>1500 Valley House, Drive, Suite 210<br>Rohnert Park, CA  94928 |
| Talladega Superspeedway<br>Attn:  Accounting Dept.<br>PO Box 2801<br>Daytona Beach, FL  32120 | US Tower Corp<br>1099 West Ropes Ave.<br>Woodlake, CA  93286 |
| WEX Fleet<br>PO Box 6293<br>Carol Stream, IL  60197 | Xtreme Manufacturing LLC<br>8350 Eastgate Road<br>Henderson, NV  89015 |

DATED February 26, 2019.

        /s/ Genevieve DeLucchi
An Employee of Law Offices of Amy N. Tirre, APC