Abran E. Vigil
Nevada Bar No. 7548
Michael A DiGiacomo
Nevada Bar No. 13478
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:   (702) 471-7000
Facsimile:    (702) 471-7070
E-Mail:  vigila@ballardspahr.com
E-Mail:  digiacomom@ballardspahr.com

*Attorneys for Majestic Runway Partners II, L.L.C.*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | Lead Case No. BK-19-50102-btb |
|---|---|
| DOUBLE JUMP, INC., | Chapter 11 |
| Debtor. | Cases Jointly Administered with: |

\_\_ Affects All Debtors
\_\_ Affects Double Jump, Inc.
\_\_ Affects Dora Dog Properties, Inc.
\_\_ Affects Dog Blue Properties, LLC
\_\_ Affects Brandy Boy Properties, LLC
\_\_ Affects 475 Channel Road, LLC
\_\_ Affects Park Road, LLC
\_\_ Affects 140 Mason Circle, LLC
X\_ Affects DC Solar Solutions, Inc.
\_\_ Affects DC Solar Distribution, Inc.
\_\_ Affects DC Solar Freedom, Inc.

| 19-50103-btb | Dora Dog Properties, LLC |
|---|---|
| 19-50104-btb | Dog Boy Blue Properties, LLC |
| 19-50105-btb | Brandy Boy Properties, LLC |
| 19-50106-btb | 475 Channel Road, LLC |
| 19-50108-btb | Park Road, LLC |
| 19-50109-btb | 140 Mason Circle, LLC |
| 19-50130-btb | DC Solar Solutions, Inc. |
| 19-50131-btb | DC Solar Distribution, Inc. |
| 19-50135-btb | DC Solar Freedom, Inc. |

**DECLARATION OF ROD MARTIN IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW RECOVERY OF THE PREMISES**

Date: OST Requested
Time: OST Requested

I, Rod Martin, declare as follows:

1. I am an adult and employed as Senior Vice President by Majestic Management Co. ("Majestic"), which is the managing entity for Majestic Runway Partners, II, LLC (the "Landlord"), landlord of nonresidential real property located at 3325

DMWEST #36716173 v1

W. Sunset Road, Las Vegas, Nevada (the "Premises"), which is a landlord creditor in the case entitled *In re: DC Solar Solutions, Inc.*, and bearing United States Bankruptcy Court (D. Nev.) Case No. 2:19-50130-btb (the "Case"). The following facts are of my own personal knowledge, except those stated upon information and belief, and as to all such facts stated upon information and belief, I am informed and believe that the same are true. If called as a witness, I could and would competently testify to the truth of the following facts. This declaration is made pursuant to 28 U.S.C. § 1746 and in support of Landlord's Motion for Relief from the Automatic Stay to Allow Recovery of the Premises (the "Motion").

2.  In my capacity as the Senior Vice President, I am generally familiar with the documents contained in the lease files for tenants, such as the leases and any amendments, as well as the calculations generated by the bookkeeping staff regarding past due rent and unpaid lease charges. Such documents were and are made in the ordinary course of business for Majestic, at or near the time of the event to which each document relates, and were prepared by persons employed by Majestic charged with accurately and truthfully preparing such documents.

3.  Landlord leases the Premises to DC Solar Solutions, Inc. (the "Debtor") under the terms of a Standard Industrial Real Estate Lease dated December 21, 2015 (the "Lease").

4.  True and correct copies of the Lease and the First Amendment to Lease dated October 9, 2018 are attached hereto as Exhibit 1 and Exhibit 2, respectively.

5.  Pursuant to the Lease, as amended, Debtor is obligated to pay base rent, in advance, on the first day of each month.

6.  As of the date Debtor filed its petition for relief under the Bankruptcy Code, Debtor was in default under the terms of the Lease based on its failure to pay rent for January 2019 and February 2019.

7. Based on Debtor's monetary default under the terms of the Lease, i.e. its failure to pay January 2019 rent, Landlord served Debtor with a Five Day Notice to Pay Rent or Quit pursuant to N.R.S. § 40.253 on January 8, 2019. After properly serving the five-day notice, Landlord filed an application for order granting summary eviction on January 24, 2019.

8. Prior to issue of an order for summary eviction, Debtor filed its bankruptcy petition.

9. As of the Petition Date, Debtor was in default pursuant to the terms of the Lease in the amount of $96,570.98, including applicable late fees and interest. A summary of the outstanding pre and post-petition obligations due under the Lease is attached hereto as Exhibit 3.

10. Debtor remains in possession of the Premises.

11. Since filing its bankruptcy petition, Debtor has not made any payments due under the Lease.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 1st day of March, 2019 at Las Vegas, Nevada.

_____
Rod Martin

## CERTIFICATE OF SERVICE

I hereby certify that on March 1st, 2019, I electronically transmitted the foregoing document to the Office of the Clerk of the Bankruptcy Court, using the CM/ECF System, for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants listed for this matter.

By: */s/ Caroline Wright*