**Fill in this information to identify the case**

Debtor name    **Brandy Boy Properties, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number
(if known)    **19-50105-btb**

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

1.   **Does the debtor have any cash or cash equivalents?**

    ☑ No.  Go to Part 2.
    ☐ Yes.  Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**            **Current value of debtor's interest**

2.   **Cash on hand**

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

    Name of institution (bank or brokerage firm)        Type of account        Last 4 digits of
account number

4.   **Other cash equivalents**    *(Identify all)*

    Name of institution (bank or brokerage firm)

5.   **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.        **$0.00**

### Part 2:   Deposits and prepayments

6.   **Does the debtor have any deposits or prepayments?**

    ☑ No.  Go to Part 3.
    ☐ Yes.  Fill in the information below.

03/05/2019 02:37:16pm

Debtor  **Brandy Boy Properties, LLC**                                          Case number (if known)  **19-50105-btb**
Name

**7.**  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.**  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.**  **Total of Part 2.**                                                                                                       |  $0.00  |
Add lines 7 through 8.  Copy the total to line 81.

## Part 3:  Accounts receivable

**10.**  **Does the debtor have any accounts receivable?**

☐  No.  Go to Part 4.
☑  Yes.  Fill in the information below.

Current value of
debtor's interest

**11.**  **Accounts receivable**

| 11a.  90 days old or less: | **$1,000.00** | – | **$0.00** | = ............. ➔ | **$1,000.00** |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b.  Over 90 days old: | **$282.00** | – | **$282.00** | = ............. ➔ | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | | |

**12.  Total of Part 3**                                                                                                         |  $1,000.00  |
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

## Part 4:  Investments

**13.**  **Does the debtor own any investments?**

☑  No.  Go to Part 5.
☐  Yes.  Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.  Total of Part 4**                                                                                                         |  $0.00  |
Add lines 14 through 16.  Copy the total to line 83.

## Part 5:  Inventory, excluding agriculture assets

**18.**  **Does the debtor own any inventory (excluding agriculture assets)?**

☑  No.  Go to Part 6.
☐  Yes.  Fill in the information below.

03/05/2019 02:37:16pm

Debtor **Brandy Boy Properties, LLC** _____    Case number (if known) **19-50105-btb** _____
         Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28. Crops--either planted or harvested** | | | | |
| **29. Farm animals** _Examples:_ Livestock, poultry, farm-raised fish | | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

03/05/2019 02:37:16pm

Debtor   __Brandy Boy Properties, LLC_____   Case number (if known)  __19-50105-btb__
               Name

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38.   Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.   Office furniture**

**40.   Office fixtures**

**41.   Office equipment, including all computer equipment and communication systems equipment and software**

**42.   Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.   Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| $0.00 |
|---|

**44.   Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

**46.   Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48.   Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.   Aircraft and accessories**

**50.   Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.   Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| $0.00 |
|---|

**52.   Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.   Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

03/05/2019 02:37:16pm

| Debtor | **Brandy Boy Properties, LLC** | Case number (if known) | **19-50105-btb** |
|---|---|---|---|
| | Name | | |

## Part 9:  Real property

**54.  Does the debtor own or lease any real property?**

☐  No.  Go to Part 10.
☑  Yes.  Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|---|
| 55.1. | **1619 Greenside Dr.<br>Round Rock, TX**<br>1619 Greenside Dr. | Fee Simple | $277,065.00 | Zillow | $286,719.00 |
| 55.2. | **3779 Overlook Ct.<br>South Lake Tahoe, CA**<br>3779 Overlook Ct. | Fee Simple | $1,388,594.00 | Zillow | $1,762,123.00 |
| 55.3. | **4101 Lake Tahoe Blvd. #225<br>South Lake Tahoe, CA**<br>4101 Lake Tahoe Blvd. #225 | Fee Simple | $1,663,425.00 | Zillow | $1,298,988.00 |
| 55.4. | **4101 Lake Tahoe Blvd. #217<br>South Lake Tahoe, CA**<br>4101 Lake Tahoe Blvd. #217 | Fee Simple | $1,880,127.00 | Zillow | $1,277,709.00 |
| 55.5. | **7373 Clubhouse Dr. #14<br>Scottsdale, AZ**<br>Scottsdale Condominium | Fee Simple | $976,215.00 | Zillow | $1,000,178.00 |

**56.  Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.        | $5,625,717.00 |

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
☐  No
☑  Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑  No
☐  Yes

## Part 10:  Intangibles and Intellectual Property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☑  No.  Go to Part 11.
☐  Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**60.  Patents, copyrights, trademarks, and trade secrets**

**61.  Internet domain names and websites**

03/05/2019 02:37:16pm

Debtor    **Brandy Boy Properties, LLC**                                    Case number (if known)  **19-50105-btb**
          Name

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.                                    $0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    ☒ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☒ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☒ Yes.  Fill in the information below.

                                                                            Current value of
                                                                            debtor's interest

71. **Notes receivable**

    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **Cash**                                                                              $9,689.00

    Nature of claim    **Wrongful seizure**

    Amount requested    **$9,689.00**

75. **Other contingent and unliquidated claims or causes of action of every nature,
    including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.                                   $9,689.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

03/05/2019 02:37:16pm

Debtor **Brandy Boy Properties, LLC**
Name

Case number (if known) **19-50105-btb**

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ............ ➔ | | $5,625,717.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $9,689.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $10,689.00 + 91b. | $5,625,717.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................. | | $5,636,406.00 |

Official Form 206A/B          Schedule A/B: Assets -- Real and Personal Property          page 7

03/05/2019 02:37:23pm

---

**Fill in this information to identify the case:**

Debtor name   **Brandy Boy Properties, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number   **19-50105-btb**
(if known)

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
| --- | --- | --- |

**2.1**

| Creditor's name | Describe debtor's property that is | | |
| --- | --- | --- | --- |
| **C.L. Raffey, CPA** | **subject to a lien** | $28,260.00 | $4,338,820.00 |

Creditor's mailing address
**Tax Collector**

**3779 Overlook Ct.**

Describe the lien

**PO Box 678002**

**Property Taxes / Statutory Lien**

**Is the creditor an insider or related party?**

**Placerville        CA    95667-8002**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account
number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

Do multiple creditors have an interest in
the same property?

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes.  Specify each creditor, including this
creditor, and its relative priority.

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the
Additional Page, if any.**          $37,679.00

03/05/2019 02:37:23pm

Debtor **Brandy Boy Properties, LLC**                                          Case number (if known) **19-50105-btb**

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

**2.2** Creditor's name
**Maricopa County Treasurer**

Creditor's mailing address
**PO Box 52133**

_____

**Phoenix            AZ    85072-2133**

Creditor's email address, if known
_____

Date debt was incurred    **7/1/2018**

Last 4 digits of account
number                ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes. Have you already specified the
relative priority?

    ☐ No. Specify each creditor, including this
creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**Scottsdale Condominium**

Describe the lien

**Property Taxes / Statutory Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,019.00     $1,000,178.00

**2.3** Creditor's name
**Williamson County Tax Office**

Creditor's mailing address
**904 S. Main St.**

_____

**Georgetown          TX    78626**

Creditor's email address, if known
_____

Date debt was incurred    **7/1/2018**

Last 4 digits of account
number                ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes. Have you already specified the
relative priority?

    ☐ No. Specify each creditor, including this
creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**1619 Greenside Dr.**

Describe the lien

**Property Taxes / Statutory Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,400.00     $286,719.00

---

**Fill in this information to identify the case:**

Debtor     **Brandy Boy Properties, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number
(if known)     **19-50105-btb**

☐ Check if this is an
amended filing

---

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1**   Priority creditor's name and mailing address

_____

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( _____ )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

---

03/05/2019 02:37:29pm

Debtor    **Brandy Boy Properties, LLC**                    Case number (if known)  **19-50105-btb**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 |
|---|---|---|---|

**A Valdivia Landscaping**

**1115 Juniper Ave**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**So. Lake Tahoe**          **CA**    **96150**

**Basis for the claim:**
**Services**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __
☑ No
☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $616.75 |
|---|---|---|---|

**AIG Private Client Group**

**PO Box 601148**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Pasadena**          **CA**    **91189-1148**

**Basis for the claim:**
**Insurance**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __
☑ No
☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.25 |
|---|---|---|---|

**Artisticrat Painting**

**PO Box 13322**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**South Lake Tahoe**          **CA**    **96151**

**Basis for the claim:**
**Services**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __
☑ No
☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.98 |
|---|---|---|---|

**AVD Security**

**1300 Galaxy Way, Unit 21**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Concord**          **CA**    **94520**

**Basis for the claim:**
**Services**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __
☑ No
☐ Yes

03/05/2019 02:37:29pm

| Debtor | **Brandy Boy Properties, LLC** | Case number (if known) | **19-50105-btb** |

---

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | | |
|---|---|---|
| **3.5** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |

**Boulder Exterminators**

**PO Box 17000**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **South Lake Tahoe** | **NV** | **96151** |

Basis for the claim:
**Services**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| | | |
|---|---|---|
| **3.6** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$233.45** |

**Charter Communications**

**PO Box 790086**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **St. Louis** | **MO** | **63179-0088** |

Basis for the claim:
**Utilities**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| | | |
|---|---|---|
| **3.7** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$496.46** |

**Cox Communications**

**PO Box 53248**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Phoenix** | **AZ** | **85072-3249** |

Basis for the claim:
**Utilities**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| | | |
|---|---|---|
| **3.8** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$807,430.45** |

**DC Solar Solutions, Inc.**

**4901 Park Road**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Benicia** | **CA** | **94510** |

Basis for the claim:
**Advances**

Date or dates debt was incurred

Is the claim subject to offset?
- ☐ No
- ☑ Yes

Last 4 digits of account number   __ __ __ __

**Related Debtor (Case No. 19-50130)**

03/05/2019 02:37:29pm

| Debtor | **Brandy Boy Properties, LLC** | Case number (if known) | **19-50105-btb** |
|---|---|---|---|

## Part 2:    Additional Page

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| | |
|---|---|
| **3.9**    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:    $1,923.52<br>*Check all that apply.* |

**Dog Blue Properties, LLC**

**4901 Park Road**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Benicia | CA | 94510 |
|---|---|---|

Basis for the claim:
**Trade Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __
- ☑ No
- ☐ Yes

**Related Debtor (Case No. 19-50104)**

---

| | |
|---|---|
| **3.10**    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:    $3,717.32<br>*Check all that apply.* |

**Dora Dog Properties, LLC**

**125 Mason Circle, Ste J**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Concord | CA | 94520 |
|---|---|---|

Basis for the claim:
**Trade Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __
- ☑ No
- ☐ Yes

**Related Debtor (Case No. 19-50103)**

---

| | |
|---|---|
| **3.11**    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:    $80.00<br>*Check all that apply.* |

**Fou Dog Properties**

**4901 Park Road**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Benicia | CA | 94510 |
|---|---|---|

Basis for the claim:
**Trade Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __
- ☑ No
- ☐ Yes

**Related non-debtor entity**

---

| | |
|---|---|
| **3.12**    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:    $1,000.00<br>*Check all that apply.* |

**Rosalie & Timothy Mount**

**1619 Greenside Dr.**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Round Rock | TX | 78665 |
|---|---|---|

Basis for the claim:
**Security Deposit for Rental Property**

Date or dates debt was incurred    **8/1/2017**

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __
- ☐ No
- ☑ Yes

---

03/05/2019 02:37:29pm

Debtor    **Brandy Boy Properties, LLC**                           Case number (if known)  **19-50105-btb**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address |
|---|---|

**South Tahoe Public Utility**

**1275 Meadow Crest Drive**

**South Lake Tahoe**          **CA**      **96150**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Utilities**

Is the claim subject to offset?
☑ No
☐ Yes

$1,064.02

| 3.14 | Nonpriority creditor's name and mailing address |
|---|---|

**Southwest Gas Corp.**

**PO Box 98890**

**Las Vegas**          **NV**      **89193-8890**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Utilities**

Is the claim subject to offset?
☑ No
☐ Yes

$202.89

| 3.15 | Nonpriority creditor's name and mailing address |
|---|---|

**The Boulders Casitas Condo Assn.**

**c/o CCMC - Western Region**

**PO Box 105260**

**Atlanta**          **GA**      **30348-5260**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Association fees/dues**

Is the claim subject to offset?
☑ No
☐ Yes

$405.00

03/05/2019 02:37:29pm

Debtor    **Brandy Boy Properties, LLC**                                    Case number (if known)    **19-50105-btb**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a.    **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+**    **$818,188.09** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.    **$818,188.09** |

<table>
<tr><td colspan="2" style="background-color:black;color:white">**Fill in this information to identify the case:**</td></tr>
<tr><td>Debtor name</td><td>**Brandy Boy Properties, LLC**</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>**DISTRICT OF NEVADA**</td></tr>
<tr><td>Case number<br>(if known)</td><td>**19-50105-btb**    Chapter  **11**</td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.   **List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Insurance**<br><br>**Additional information is unknown due to government seizure of records.** | **AIG Private Client Group**<br>**PO Box 601148** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Pasadena**    **VA**    **91189-1148** |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **Electric**<br><br>**Additional information is unknown due to government seizure of records.** | **APS**<br>**PO Box 2906**<br>**Phoenix, AZ**<br>**85062-2906** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | **Insurance**<br><br>**Additional information is unknown due to government seizure of records.** | **ASI Lloyds**<br>**PO Box 33018** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **St. Petersburg**    **FL**    **33733** |

03/05/2019 02:37:30pm

Debtor    **Brandy Boy Properties, LLC**                                    Case number (if known)   **19-50105-btb**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | **Security**<br><br>**Additional information is unknown due to government seizure of records.** | **AVD Security**<br>**1300 Galaxy WAy, Unit 21** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Concord**　　**CA**　　**94520** |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | **Pest Control**<br><br>**Additional information is unknown due to government seizure of records.** | **Boulder Exterminators Inc**<br>**PO Box 17000** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **South Lake Tahoe**　　**CA**　　**96151** |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | **Internet**<br><br>**Additional information is unknown due to government seizure of records.** | **Charter Communications**<br>**PO Box 790086** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **St. Louis**　　**MO**　　**63179-0088** |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | **Utilities (Water)**<br><br>**Additional information is unknown due to government seizure of records.** | **City of Scottsdale**<br>**PO Box 52799** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Phoenix**　　**AZ**　　**85072-2799** |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | **TV/Internet**<br><br>**Additional information is unknown due to government seizure of records.** | **Cox Communications**<br>**PO Box 53248** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Phoenix**　　**AZ**　　**85072-3249** |

Debtor    **Brandy Boy Properties, LLC**                              Case number (if known)  **19-50105-btb**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | **Insurance**<br><br>**Additional information is unknown due to government seizure of records.** | **Fidelity National Home Warranty**<br>**PO Box 7606** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **San Francisco**              **CA**       **94120-9885** |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | **Insurance**<br><br>**Additional information is unknown due to government seizure of records.** | **Foremost**<br>**PO Box 0915** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Carol Stream**              **IL**       **60132-0915** |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | **Electric utilities**<br><br>**Additional information is unknown due to government seizure of records.** | **Liberty Utilities**<br>**California Pacific Electric Co.**<br>**PO Box 80374** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **City of Industry**              **CA**       **91716-8374** |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | **Residential real property lease.**<br><br>**Additional information is unknown due to government seizure of records.** | **Paulette & Jeffrey Carpoff**<br>**30 Pebble Dunes Ct.**<br>**Las Vegas, NV** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | **HOA**<br><br>**Additional information is unknown due to government seizure of records.** | **Pinewild Condominium HOA**<br>**c/o First Service Residential Nevada**<br>**Processing Center** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Los Angeles**              **CA**       **90054-0089** |

03/05/2019 02:37:30pm

Debtor **Brandy Boy Properties, LLC**                          Case number (if known) **19-50105-btb**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Residential real property lease<br><br>Additional information is unknown due to government seizure of records | Rosalie & Timothy Mount |
| | | | 1619 Greenside Dr. |
| | State the term remaining | | |
| | List the contract number of any government contract | | Round Rock           TX        78665 |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Utilities (water)<br><br>Additional information is unknown due to government seizure of records. | South Tahoe Public Utility |
| | | | 1275 Meadow Crest Drive |
| | State the term remaining | | |
| | List the contract number of any government contract | | South Lake Tahoe      CA        96150 |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Utility (trash)<br><br>Additional information is unknown due to government seizure of records. | South Tahoe Refuse |
| | | | 2140 Ruth Ave. |
| | State the term remaining | | |
| | List the contract number of any government contract | | South Lake Tahoe      CA        96150 |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Utilities (Gas)<br><br>Additional information is unknown due to government seizure of records. | Southwest Gas Corp. |
| | | | PO Box 98890 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Las Vegas             NV        89193-8890 |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Insurance<br><br>Additional information is unknown due to government seizure of records. | Stone Creek Insurance Agency |
| | | | 3249 Mt Diablo Ct #211 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Lafayette             CA        94549 |

03/05/2019 02:37:30pm

Debtor   **Brandy Boy Properties, LLC**                                    Case number (if known)  **19-50105-btb**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | **HOA**<br><br>**Additional information is unknown due to government seizure of records.** | **Teravista Community Association**<br>**c/o Goodwin Processing Center**<br>**PO Box 93447** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Las Vegas**                **NV**        **89193** |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | **HOA**<br><br>**Additional information is unknown due to government seizure of records.** | **The Boulders Casitas Condo Assn.**<br>**c/o CCMC - Western Region**<br>**PO Box 105260** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Atlanta**                **GA**        **30348-5260** |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | **HOA**<br><br>**Additional information is unknown due to government seizure of records.** | **Zalanta Association**<br>**PO Box 105007** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Atlanta**                **GA**        **30348** |

03/05/2019 02:37:30pm

| Fill in this information to identify the case: |
| --- |

Debtor name      **Brandy Boy Properties, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number      **19-50105-btb**
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**
    - ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
    - ☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

03/05/2019 02:37:30pm

**Fill in this information to identify the case:**

Debtor Name  **Brandy Boy Properties, LLC**

United States Bankruptcy Court for the:  **DISTRICT OF NEVADA**

Case number (if known):  **19-50105-btb**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

**1.**   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

1a.  **Real property:**
Copy line 88 from Schedule A/B.............................................................................................    **$5,625,717.00**

1b.  **Total personal property:**
Copy line 91A from Schedule A/B..........................................................................................    **$10,689.00**

1c.  **Total of all property**
Copy line 92 from Schedule A/B.............................................................................................    **$5,636,406.00**

| Part 2: | Summary of Liabilities |
|---|---|

**2.**   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D......................    **$37,679.00**

**3.**   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

3a.  **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of Schedule E/F.....................................................    **$0.00**

3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.................................    **+   $818,188.09**

**4.**   **Total liabilities**
Lines 2 + 3a + 3b......................................................................................................................    **$855,867.09**

| Fill in this information to identify the case and this filing: |
| --- |

Debtor Name   **Brandy Boy Properties, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number   **19-50105-btb**
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/05/2019**        X **/s/ Seth R. Freeman**
          MM / DD / YYYY              Signature of individual signing on behalf of debtor

                    **Seth R. Freeman**
                    Printed name
                    **Chief Restructuring Officer**
                    Position or relationship to debtor