**Fill in this information to identify the case**

Debtor name      **Dog Blue Properties, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number      **19-50104**
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1.   **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes.  Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**                    Current value of
                                                                                          debtor's interest

2.   **Cash on hand**                                                                     _____

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of
                                                                                   account number

3.1.   **Crestmark Bank**
       **5480 Corporate Dr., Suite 350**
       **Troy, MI 48098**                                 Certificate of deposit    0  5  9  0    $806,400.00

4.   **Other cash equivalents**      *(Identify all)*

   Name of institution (bank or brokerage firm)

4.1.   **Undeposited funds**                                                              $200.00

5.   **Total of Part 1**
     Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.    $806,600.00

| Part 2: | Deposits and prepayments |
| --- | --- |

6.   **Does the debtor have any deposits or prepayments?**

   ☑ No.  Go to Part 3.
   ☐ Yes.  Fill in the information below.

Debtor    **Dog Blue Properties, LLC**
          Name                                             Case number (if known)  **19-50104**

**Current value of
debtor's interest**

**7.  Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.  Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.                                              | **$0.00** |

---

## Part 3:  Accounts receivable

**10.  Does the debtor have any accounts receivable?**

☐  No.  Go to Part 4.
☑  Yes.  Fill in the information below.

**Current value of
debtor's interest**

**11.  Accounts receivable**

| 11a.  90 days old or less: | **$36,441.33** | – | **$4,773.33** | = ............. ➔ | **$31,668.00** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b.  Over 90 days old: | **$12,669.57** | – | **$12,669.57** | = ............. ➔ | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | | |

**12.  Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                          | **$31,668.00** |

---

## Part 4:  Investments

**13.  Does the debtor own any investments?**

☑  No.  Go to Part 5.
☐  Yes.  Fill in the information below.

**Valuation method
used for current value**      **Current value of
debtor's interest**

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.  Non-publicly traded stock and interests in incorporated and unincorporated
businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

**16.  Government bonds, corporate bonds, and other negotiable and
non-negotiable instruments not included in Part 1**

Describe:

**17.  Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.                                             | **$0.00** |

---

## Part 5:  Inventory, excluding agriculture assets

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☑  No.  Go to Part 6.
☐  Yes.  Fill in the information below.

Debtor   **Dog Blue Properties, LLC**
      Name                                                   Case number (if known)  **19-50104**

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| **20.  Work in progress** | | | | |
| **21.  Finished goods, including goods held for resale** | | | | |
| **22.  Other inventory or supplies** | | | | |
| **23.  Total of Part 5** Add lines 19 through 22. Copy the total to line 84. | | | | **$0.00** |

**24.  Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27.  Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  Crops--either planted or harvested** | | | |
| **29.  Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.  Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | |
| **33.  Total of Part 6.** Add lines 28 through 32.  Copy the total to line 85. | | | **$0.00** |

**34.  Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
      ☐ No
      ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Dog Blue Properties, LLC**                                    Case number (if known)    **19-50104**
          Name

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐  No.  Go to Part 8.
☑  Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| Furniture and Fixtures (See detail attached) | **$428,880.00** | **Book value** | **$428,880.00** |
| **40.  Office fixtures** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computer equipment | **$365.97** | **Book value** | **$365.97** |

42.  **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

|  | **$429,245.97** |
|---|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☐  No
☑  Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑  No
☐  Yes

## Part 8:    Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No.  Go to Part 9.
☑  Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  GM Suburban | **$17,011.00** | **Book value** | **$17,011.00** |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.  Aircraft and accessories** | | | |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Tools and equipment | **$3,764.00** | **Bookvalue** | **$3,764.00** |

51.  **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

|  | **$20,775.00** |
|---|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☐  No
☑  Yes

Dog Blue Properties, LLC

03/06/19

Account QuickReport

All Transactions

| Type | Date | Num | Name | Memo | Amount | Balance |
|------|------|-----|------|------|--------|---------|
| 1800 · Furnitures and Fixtures | | | | | | |
| 1801 · 669 Center Avenue | | | | | | |
| Bill | 04/14/15 | 669 C... | Lester Construction | 669 Center Ave. Stackable washer and dryer replacement | 1,262.34 | 1,262.34 |
| Total 1801 · 669 Center Avenue | | | | | 1,262.34 | 1,262.34 |
| 1802 · 4810 Blum #5 | | | | | | |
| Bill | 03/02/16 | W464... | The Home Depot | #W464269409 New Refrigerator Blum #5 | 486.98 | 486.98 |
| Total 1802 · 4810 Blum #5 | | | | | 486.98 | 486.98 |
| 1803 · 2801 Villa La Estancia | | | | | | |
| General Journal | 06/26/14 | | | To record purchase of 2801 Villa La Estancia, Cabo. San Lucas | 100,000.00 | 100,000.00 |
| Bill | 06/22/15 | Fabric... | Monica Markeset | VLE 2801 | 4,705.00 | 104,705.00 |
| Total 1803 · 2801 Villa La Estancia | | | | | 104,705.00 | 104,705.00 |
| 1804 · 125 Mason Circle Suite J | | | | | | |
| Bill | 06/02/14 | 06022... | Sam's Club | TV | 1,013.79 | 1,013.79 |
| Total 1804 · 125 Mason Circle Suite J | | | | | 1,013.79 | 1,013.79 |
| 1805 · 3409 Villa La Estancia | | | | | | |
| Bill | 06/10/15 | Wire t... | Monica Markeset | Furnitures 3409 | 10,000.00 | 10,000.00 |
| Bill | 06/22/15 | Final ... | Monica Markeset | furnitures 3409 | 11,702.00 | 21,702.00 |
| Bill | 07/21/15 | 3409 ... | Monica Markeset | # 3409 | 4,780.00 | 26,482.00 |
| Bill | 09/11/15 | 3409 ... | Monica Markeset | # 3409 | 4,763.00 | 31,245.00 |
| Total 1805 · 3409 Villa La Estancia | | | | | 31,245.00 | 31,245.00 |
| 1806 · 1709 Villa Estancia | | | | | | |
| General Journal | 09/18/15 | 2015-... | | To record purchase of 1709 VLE furniture (closing costs recorded in Fi... | 55,000.00 | 55,000.00 |
| Total 1806 · 1709 Villa Estancia | | | | | 55,000.00 | 55,000.00 |
| 1807 · 1035 Marie Ave. | | | | | | |
| General Journal | 08/24/15 | | | To record purchase of appliances for Marie Ave. paid for by Dora Dog | 4,155.25 | 4,155.25 |
| Total 1807 · 1035 Marie Ave. | | | | | 4,155.25 | 4,155.25 |
| 1808 · 1605 Villa La Estancia | | | | | | |
| Bill | 03/28/17 | ASE 1... | BNF Armour Secur... | Villa 1605 Furniture Package | 50,000.00 | 50,000.00 |
| Total 1808 · 1605 Villa La Estancia | | | | | 50,000.00 | 50,000.00 |
| 1809 · 2505 Villa La Estancia | | | | | | |
| Bill | 05/04/17 | ASE 1... | BNF Armour Secur... | Villa 2505 Furniture Package | 50,000.00 | 50,000.00 |
| Total 1809 · 2505 Villa La Estancia | | | | | 50,000.00 | 50,000.00 |
| 1810 · VLE 1605 - Refrigerator | | | | | | |
| Bill | 06/21/17 | 1605 ... | Villa La Estancia | Villa La Estancia #1605 Purchase of Refrigerator | 3,489.86 | 3,489.86 |
| Total 1810 · VLE 1605 - Refrigerator | | | | | 3,489.86 | 3,489.86 |
| 1811 · 250 Arana - Washer/Dryers | | | | | | |
| Bill | 07/12/17 | 17074... | PWS | Quote #170745343 Purchase of Washer/Dryer Combo Units for Laun... | 3,316.54 | 3,316.54 |
| Bill | 07/12/17 | 17074... | PWS | Quote #170745343 Purchase of Washer/Dryer Combo Units for Laun... | 3,316.53 | 6,633.07 |
| Total 1811 · 250 Arana - Washer/Dryers | | | | | 6,633.07 | 6,633.07 |
| 1812 · 3209 Villa La Estancia | | | | | | |
| Bill | 06/01/17 | 3209 ... | Villa La Estancia | Villa La Estancia #3209 GE Microwave Oven - Model #PVM9215SKSS | 782.84 | 782.84 |
| Bill | 06/01/17 | 3209 ... | Villa La Estancia | Villa La Estancia #3209 GE Stove - Model #JS750SFSS | 2,153.15 | 2,935.99 |
| Bill | 06/01/17 | 3209 ... | Villa La Estancia | Villa La Estancia #3209 Dishwasher - Model #PDT825SSJSS | 1,327.78 | 4,263.77 |
| Bill | 06/01/17 | 3209 ... | Villa La Estancia | Villa La Estancia #3209 Refrigerator - Model #PZS22MSKSS | 3,720.16 | 7,983.93 |
| Total 1812 · 3209 Villa La Estancia | | | | | 7,983.93 | 7,983.93 |
| 1813 · 811 Brown St | | | | | | |
| Bill | 06/28/18 | 18065... | PWS | Quote # 180652846 (2) Stack Washer/Dryer 811 Brown | 6,525.32 | 6,525.32 |
| Bill | 06/28/18 | 18065... | PWS | Quote # 180652846 (4) Greenwalt Money Box | 140.00 | 6,665.32 |
| Bill | 06/28/18 | 18065... | PWS | Quote # 180652846 Discount | -200.00 | 6,465.32 |
| Bill | 06/28/18 | 18065... | PWS | Quote # 180652846 Installation | 470.00 | 6,935.32 |
| Bill | 11/05/18 | Chan... | Freds Floor Coverin... | Change Order 11.05.18 Brown Street  K Carpet | 3,000.00 | 9,935.32 |
| Bill | 11/05/18 | Chan... | Freds Floor Coverin... | Change Order 11.05.18 Brown Street  K Tile | 700.00 | 10,635.32 |
| Total 1813 · 811 Brown St | | | | | 10,635.32 | 10,635.32 |
| 1814 · 2706 Villa La Estancia | | | | | | |
| Bill | 08/30/18 | ASE18... | BNF Armour Secur... | Furniture Package | 100,000.00 | 100,000.00 |
| Total 1814 · 2706 Villa La Estancia | | | | | 100,000.00 | 100,000.00 |
| 1815 · 1108 Juniper Ave | | | | | | |

Page 1

Dog Blue Properties, LLC

Account QuickReport

All Transactions

03/06/19

| Type | Date | Num | Name | Memo | Amount | Balance |
|------|------|-----|------|------|--------|---------|
| Bill | 09/17/18 | 1108 J... | Lamps Plus | 1108 Juniper / Online Order - Lights and Lamps Lauren picked out | 2,269.76 | 2,269.76 |
| Total 1815 · 1108 Juniper Ave | | | | | 2,269.76 | 2,269.76 |
| 1800 · Furnitures and Fixtures - Other | | | | | | |
| General Journal | 06/26/14 | | | To record purchase of 2801 Villa La Estancia, Cabo. San Lucas | | 0.00 |
| Total 1800 · Furnitures and Fixtures - Other | | | | | 0.00 | 0.00 |
| Total 1800 · Furnitures and Fixtures | | | | | 428,880.30 | 428,880.30 |
| TOTAL | | | | | 428,880.30 | 428,880.30 |

Dog Blue Properties, LLC
Account QuickReport
All Transactions

03/06/19

| | Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 1875 · Computer Equipment | | | | | | | |
| | Credit Card Charge | 02/14/18 | 51003 ... | American Express | 01.23.18 Apple Online Store (For Eduardo in ... | 365.97 | 365.97 |
| Total 1875 · Computer Equipment | | | | | | 365.97 | 365.97 |
| TOTAL | | | | | | 365.97 | 365.97 |

03/08/2019 10:51:31am

Debtor  **Dog Blue Properties, LLC**
Name  

Case number (if known)  **19-50104**

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 9:  Real property

**54.  Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **1108 Juniper Ave.**<br>**South Lake Tahoe, CA 96150**<br>1108 Juniper Ave. | **Fee Simple** | **Unknown** | | **Unknown** |
| 55.2.  **4800 Blum Road #1**<br>**Martinez, CA 94553**<br>4800 Blum Road #1 | **Fee Simple** | **Unknown** | | **Unknown** |
| 55.3.  **4800 Blum Rd. #3**<br>**Martinez, CA 94553**<br>4800 Blum Rd. #3 | **Fee Simple** | **$106,486.28** | **Zillow** | **$304,501.00** |
| 55.4.  **4810 Blum Rd. #5**<br>**Martinez, CA 94553**<br>4810 Blum Rd. #5 | **Fee Simple** | **$94,858.47** | **Zillow** | **$329,566.00** |
| 55.5.  **1062 Mohr Lane Unit C**<br>**Concord, CA 94518**<br>1062 Mohr Lane Unit C | **Fee Simple** | **$54,510.03** | **Zillow** | **$323,592.00** |
| 55.6.  **1035 Marie Ave.**<br>**Martinez, CA 94553**<br>1035 Marie Ave. | **Fee Simple** | **$374,859.22** | **Zillow** | **$564,905.00** |
| 55.7.  **250 Arana Drive**<br>**Martinez, CA 94553**<br>250 Arana Drive | **Fee Simple** | **$590,257.35** | **Zillow** | **$750,000.00** |
| 55.8.  **1308 Villa La Estancia**<br>**Cabo San Lucas, Mexico**<br>1308 Villa La Estancia | **Fee Simple** | **$519,852.39** | **Zillow** | **$765,500.00** |
| 55.9.  **1605 Villa La Estancia**<br>**Cabo San Lucas, Mexico**<br>1605 Villa La Estancia | **Fee Simple** | **$588,774.18** | **Zillow** | **$800,000.00** |
| 55.10.  **1709 Villa La Estancia**<br>**Cabo San Lucas, Mexico**<br>1709 Villa La Estancia | **Fee Simple** | **$454,518.01** | **Zillow** | **$685,000.00** |
| 55.11.  **2505 Villa La Estancia**<br>**Cabo San Lucas, Mexico**<br>2505 Villa La Estancia | **Fee Simple** | **$557,752.56** | **Zillow** | **$750,000.00** |

Debtor   **Dog Blue Properties, LLC** _____   Case number (if known)   **19-50104**
Name

| | | | | |
|---|---|---|---|---|
| 55.12. **2606 Villa La Estancia** **Cabo San Lucas, Mexico** 2606 Villa La Estancia | Fee Simple | $414,153.00 | Zillow | $660,000.00 |
| 55.13. **2801 Villa La Estancia** **Cabo San Lucas, Mexico** 2801 Villa La Estancia | Fee Simple | $2,641,957.48 | Zillow | $2,350,000.00 |
| 55.14. **3209 Villa La Estancia** **Cabo San Lucas, Mexico** 3209 Villa La Estancia | Fee Simple | $341,489.01 | Zillow | $465,700.00 |
| 55.15. **2805 Villa La Estancia** **Cabo San Lucas, Mexico** 2805 Villa La Estancia | Fee Simple | $745,649.00 | Zillow | $717,000.00 |
| 55.16. **2706 Villa La Estancia** **Cabo San Lucas, Mexico** 2706 Villa La Estancia | Fee Simple | $727,559.00 | Zillow | $700,000.00 |
| 55.17. **3409 Villa La Estancia** **Cabo San Lucas, Mexico** 3409 Villa La Estancia | Fee Simple | $436,547.41 | Zillow | $650,000.00 |
| 55.18. **40 Iris Lane** **Walnut Creek, CA 94595** 40 Iris Lane | Fee Simple | $859,277.41 | Zillow | $1,189,119.00 |
| 55.19. **811 Brown Street** **Martinez, CA 94553** 811 Brown Street | Fee Simple | $3,632,289.50 | Zillow | $3,454,300.00 |

56.   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.    | **$15,459,183.00** |

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☑ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:   Intangibles and Intellectual Property**

59.   **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |
| 64.   **Other intangibles, or intellectual property** | | | |

Debtor   **Dog Blue Properties, LLC**                          Case number (if known)   **19-50104**
         Name

65. Goodwill

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.                               $0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

                                                                          Current value of
                                                                          debtor's interest

71. **Notes receivable**

Description (include name of obligor)

**Dora Dog Properties, LLC (Affiliated Debtor)**
**Antioch Mini Storage, LLC**
**(Intercompany A/R)**               $2,467.94  –   $2,467.94  = ➡        $0.00
                                     Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Cash seized by the FBI on December 18, 2018**                          $63,075.81

Nature of claim          **Wrongful Seizure**

Amount requested         **$63,075.81**

75. **Other contingent and unliquidated claims or causes of action of every nature,**
**including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**Business Loan to Halo Management, a non-debtor affiliate of Debtor.**   $498,741.30

78. **Total of Part 11.**                                                 $561,817.11
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Dog Blue Properties, LLC**                                  Case number (if known)  **19-50104**
          Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $806,600.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $31,668.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $429,245.97 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $20,775.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ............................................ ➔ | | $15,459,183.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $561,817.11 | |
| 91. **Total.** Add lines 80 through 90 for each column.  91a. | $1,850,106.08 | + 91b. $15,459,183.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ...................................................................... | | $17,309,289.08 |

**Fill in this information to identify the case:**

Debtor name  **Dog Blue Properties, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number
(if known)  **19-50104**

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

☐ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.
☑ Yes.  Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

| **2.1** | **Creditor's name** **C.L. Raffety, CPA** | **Describe debtor's property that is subject to a lien** | **$2,050.00** | **$0.00** |
| --- | --- | --- | --- | --- |

**Creditor's mailing address**
**Tax Collector**

**PO Box 678002**

**unknown**

**Describe the lien**

**Property Taxes**

**Placerville          CA    95667-8002**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Specify each creditor, including this creditor, and its relative priority.

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$2,050.00

**Fill in this information to identify the case:**

Debtor  **Dog Blue Properties, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number **19-50104**
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No.  Go to Part 2.
☐ Yes.  Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**   **Priority creditor's name and mailing address**

_____
_____
_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account
number**   ___  ___  ___  ___

**Specify Code subsection of PRIORITY unsecured
claim:**  11 U.S.C. § 507(a)( _____ )

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Dog Blue Properties, LLC**                                   Case number (if known)   **19-50104**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured
      claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$500.00** |

*Check all that apply.*

**140 Mason Circle**

**135 Mason Circle**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Concord**                       **CA      94520**          **Advance**

**Date or dates debt was incurred**                              **Is the claim subject to offset?**

**Last 4 digits of account number**    __ __ __ __       ☑ No
                                                          ☐ Yes

**Related Debtor (Case No. 19-50109)**

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$960.00** |

*Check all that apply.*

**A. Valdivia Landscaping**

**1115 Juniper Ave.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**South Lake Tahoe**              **CA      96150**          **Trade Debt**

**Date or dates debt was incurred**                              **Is the claim subject to offset?**

**Last 4 digits of account number**    __ __ __ __       ☑ No
                                                          ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$481.00** |

*Check all that apply.*

**Absolute Air**

**210 Talbart Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Martinez**                      **CA      94553**          **Trade Debt**

**Date or dates debt was incurred**                              **Is the claim subject to offset?**

**Last 4 digits of account number**    __ __ __ __       ☑ No
                                                          ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$10,249.34** |

*Check all that apply.*

**AIG Private Client Group**

**PO Box 601148**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Pasadena**                      **CA      91189-1148**     **Trade Debt**

**Date or dates debt was incurred**                              **Is the claim subject to offset?**

**Last 4 digits of account number**    __ __ __ __       ☑ No
                                                          ☐ Yes

---

Debtor    **Dog Blue Properties, LLC**                                    Case number (if known) **19-50104**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.5**    **Nonpriority creditor's name and mailing address**                    **As of the petition filing date, the claim is:**                    **$2,553.54**
*Check all that apply.*

**Alderwood Property CA**                    ☐ Contingent

**c/o Union Bank Lockbox**                    ☐ Unliquidated

**PO Box 45413**                    ☐ Disputed

**Basis for the claim:**

**San Francisco**            **CA**        **94145-0413**        **Taxes**

**Date or dates debt was incurred**                    **Is the claim subject to offset?**

**Last 4 digits of account number**    __ __ __ __        ☑ No
☐ Yes

---

**3.6**    **Nonpriority creditor's name and mailing address**                    **As of the petition filing date, the claim is:**                    **$3,730.00**
*Check all that apply.*

**Alexander & Associates**                    ☐ Contingent

**147 Old Bernal Ave., Suite 20**                    ☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Pleasanton**            **CA**        **94566**        **Trade Debt**

**Date or dates debt was incurred**                    **Is the claim subject to offset?**

**Last 4 digits of account number**    __ __ __ __        ☑ No
☐ Yes

---

**3.7**    **Nonpriority creditor's name and mailing address**                    **As of the petition filing date, the claim is:**                    **$85.89**
*Check all that apply.*

**AT&T**                    ☐ Contingent

**PO Box 5025**                    ☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Carol Stream**            **IL**        **60197-5025**        **Services**

**Date or dates debt was incurred**                    **Is the claim subject to offset?**

**Last 4 digits of account number**    __ __ __ __        ☑ No
☐ Yes

---

**3.8**    **Nonpriority creditor's name and mailing address**                    **As of the petition filing date, the claim is:**                    **$374.36**
*Check all that apply.*

**Bay Area Screen Print**                    ☐ Contingent

**4901 Park Road**                    ☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Benicia**            **CA**        **94510**        **Trade Debt**

**Date or dates debt was incurred**                    **Is the claim subject to offset?**

**Last 4 digits of account number**    __ __ __ __        ☑ No
☐ Yes

---

Debtor    **Dog Blue Properties, LLC**                    Case number (if known)  **19-50104**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address |
|---|---|

**Bertolami Engineering**

**1940 Oak Park Blvd. #20**

**Pleasant Hill**            **CA**      **94253**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,450.00**

| 3.10 | Nonpriority creditor's name and mailing address |
|---|---|

**Blue Moutain Pools LLC**

**9221 Black Wold Ave.**

**Las Vegas**            **NV**      **89178**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$125.00**

| 3.11 | Nonpriority creditor's name and mailing address |
|---|---|

**C.R. Fireline Inc.**

**108 Center Avenue**

**Pacheco**            **CA**      **94553-5610**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$379.50**

| 3.12 | Nonpriority creditor's name and mailing address |
|---|---|

**CA Construction**

**Christopher McKinney**

**127 Denormandie Way**

**Martinez**            **CA**      **94553**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,798.66**

| Debtor | **Dog Blue Properties, LLC** | | Case number (if known) | **19-50104** |
| --- | --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.13**  Nonpriority creditor's name and mailing address

$319,957.91

**California Retaining Walls**

**865 Teal Dr.**

| Benicia | CA | 94510 |
| --- | --- | --- |

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14**  Nonpriority creditor's name and mailing address

$1,205.56

**City of Martinez**

**525 Henrietta St.**

| Martinez | CA | 94553 |
| --- | --- | --- |

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15**  Nonpriority creditor's name and mailing address

$2,050.63

**Clark County Treasurer**

**500 S Grand Central Park**

| Las Vegas | NV | 89155 |
| --- | --- | --- |

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16**  Nonpriority creditor's name and mailing address

$14,300.00

**Contra Costa County**

**Department of Development**

**30 Muir Road**

| Martinez | CA | 94553 |
| --- | --- | --- |

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Dog Blue Properties, LLC**    Case number (if known)    **19-50104**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.17** Nonpriority creditor's name and mailing address | **$100.00** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Contra Costa County Fire Protection Dist**

☐ Contingent

**2010 Geary Road**

☐ Unliquidated

☐ Disputed

Basis for the claim:

**Pleasant Hill**         CA      94523         **County Services**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| | |
|---|---|
| **3.18** Nonpriority creditor's name and mailing address | **$594.18** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Contra Costa County Public Works**

☐ Contingent

**255 Glacier Drive**

☐ Unliquidated

☐ Disputed

Basis for the claim:

**Martinez**         CA      94553         **County Services**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| | |
|---|---|
| **3.19** Nonpriority creditor's name and mailing address | **$97,506.71** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Contra Costa County Tax Collector**

☐ Contingent

**PO Box 7002**

☐ Unliquidated

☐ Disputed

Basis for the claim:

**San Francisco**         CA      94120-7002         **Taxes**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| | |
|---|---|
| **3.20** Nonpriority creditor's name and mailing address | **$730.00** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Contra Costa Health Services**

☐ Contingent

**50 Douglas Dr., Suite 320C**

☐ Unliquidated

☐ Disputed

Basis for the claim:

**Martinez**         CA      94553         **Services**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

Debtor    **Dog Blue Properties, LLC**                                    Case number (if known)  **19-50104**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

| 3.21 | Nonpriority creditor's name and mailing address |

**Country Village COA**

**Union Bank**

**PO Box 15013**

**Vallejo**                          **CA**      **94591**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$505.29**

---

| 3.22 | Nonpriority creditor's name and mailing address |

**David Guihan & Adriana Casteneda**

**1270 Windemere Way**

**Concord**                        **CA**      **94520**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Security Deposit for Rental Property**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,541.20**

---

| 3.23 | Nonpriority creditor's name and mailing address |

**DC Solar Solutions, Inc.**

**4901 Park Road**

**Benicia**                        **CA**      **94510**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**Related Debtor (Case No. 19-50130)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Advances**

Is the claim subject to offset?
☑ No
☐ Yes

**$300,460.12**

---

| 3.24 | Nonpriority creditor's name and mailing address |

**Diablo Screen and Glass**

**1065-F Shary Circle**

**Concord**                        **CA**      **94521**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,180.00**

---

Debtor    **Dog Blue Properties, LLC**                    Case number (if known) **19-50104**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                                    Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: **$384.89**
*Check all that apply.*

**DirecTV**

**PO Box 6550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Greenwood Village         CO      80155**     **Trade Debt**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: **$836,584.61**
*Check all that apply.*

**Dora Dog Properties, LLC**

**4901 Park Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Benicia         CA      94510**     **Advances**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**Related Debtor (Case No. 19-50103))**

| 3.27 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: **$15.00**
*Check all that apply.*

**East Bay Rental Housing Association**

**3664 Grand Avenue, Suite B**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Oakland         CA      94610**     **Trade Debt**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: **$53.02**
*Check all that apply.*

**EBMUD**

**PO Box 1000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Oakland         CA      94649-0001**     **Utilities**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor      **Dog Blue Properties, LLC**                                  Case number (if known) **19-50104**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.29** | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**$155.65**

**Family Security Locksmith**

**40 Emshee Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Martinez**          **CA**      **94553**

Basis for the claim:
**Trade Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| | |
|---|---|
| **3.30** | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**$855.00**

**Fidelity National Home Warranty**

**PO Box 7606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**San Francisco**        **CA**      **94120-9885**

Basis for the claim:
**Trade Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| | |
|---|---|
| **3.31** | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**$350.00**

**First Renovation Services**

**6740 Flora Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Las Vegas**          **NV**      **89103**

Basis for the claim:
**Trade Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| | |
|---|---|
| **3.32** | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**$350.00**

**First Renovation Services**

**6740 Flora Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Las Vegas**          **NV**      **89103**

Basis for the claim:
**Trade Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| Debtor | **Dog Blue Properties, LLC** | Case number (if known) | **19-50104** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.33**  Nonpriority creditor's name and mailing address

Fred's Floor Coverings

5520 Michigan Blvd.

Concord                          CA      94521

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

**$10,200.00**

---

**3.34**  Nonpriority creditor's name and mailing address

Hughes Net

PO Box 96874

Chicago                          IL      60693-6874

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

**$113.88**

---

**3.35**  Nonpriority creditor's name and mailing address

Irma Morales

2317 Foothill Dr.

Antioch                          CA      94509

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

**$360.00**

---

**3.36**  Nonpriority creditor's name and mailing address

Kaz Associates

6600 Goodyear Road

Benicia                          CA      94510

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

**$1,000.00**

---

Debtor __**Dog Blue Properties, LLC**_____    Case number (if known) __**19-50104**_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.37 | **Nonpriority creditor's name and mailing address** |

**Lake Berryessa RID**

**1195 3rd St., Ste B10**

**Napa**                        **CA      94559**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Utilities**

**Is the claim subject to offset?**
☑ No
☐ Yes

$574.00

---

| 3.38 | **Nonpriority creditor's name and mailing address** |

**Lennar Masters Collection**

**11411 Southern Highlands Parkway**

**Suite 100**

**Las Vegas**                   **NV      89141**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$50.00

---

| 3.39 | **Nonpriority creditor's name and mailing address** |

**Lester Construction**

**2515 Gold Run Ct.**

**Valley Springs**              **CA      95252**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Trade Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,609.00

---

| 3.40 | **Nonpriority creditor's name and mailing address** |

**Liberty Utilities**

**California Pacific Electric Co.**

**PO Box 80374**

**City of Industry**            **CA      91716-8374**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Utilities**

**Is the claim subject to offset?**
☑ No
☐ Yes

$96.23

Debtor __**Dog Blue Properties, LLC**_____    Case number (if known) __**19-50104**_____

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | | |
|---|---|---|
| **3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**3.41**    Nonpriority creditor's name and mailing address

__**Mark Scott Construction Inc.**_____

__**2835 Contra Costa Blvd.**_____

_____

__**Pleasant Hill**_____ **CA**____ **94523**____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__**Trade Debt**_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$9,541.45**

---

**3.42**    Nonpriority creditor's name and mailing address

__**Miracle Method**_____

__**5702 Marsh Drive, Suite J**_____

_____

__**Pacheco**_____ **CA**____ **94553**____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__**Trade Debt**_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$625.00**

---

**3.43**    Nonpriority creditor's name and mailing address

__**Miramonte Company**_____

__**1225 Alpine Rd**_____

_____

__**Walnut Creek**_____ **CA**____ **94596**____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__**Trade Debt**_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$496.90**

---

**3.44**    Nonpriority creditor's name and mailing address

__**Napa County Tax Collector**_____

__**1195 Third St., Suite 108**_____

_____

__**Napa**_____ **CA**____ **94559-3050**____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__**Taxes**_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,274.34**

---

Debtor    **Dog Blue Properties, LLC**                    Case number (if known)  **19-50104**

**Part 2:    Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| | |
|---|---|
| **3.45** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Native Sons Landscaping**

**25 Beta Court, Suite L**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$36,572.00**

**San Ramon**                **CA**      **94583**

Basis for the claim:
**Trade Debt**

Date or dates debt was incurred  _____

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

- ☑ No
- ☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**Orkin Services of California, Inc.**

**PO Box 7161**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$1,040.00**

**Pasadena**                **CA**      **91109-7161**

Basis for the claim:
**Trade Debt**

Date or dates debt was incurred  _____

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

- ☑ No
- ☐ Yes

---

**3.47** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**PG&E**

**Box 997300**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$282.37**

**Sacramento**                **CA**      **95899-7300**

Basis for the claim:
**Utilities**

Date or dates debt was incurred  _____

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

- ☑ No
- ☐ Yes

---

**3.48** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**Republic Services**

**PO Box 78829**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$945.08**

**Phoenix**                **AZ**      **85062**

Basis for the claim:
**Trade Debt**

Date or dates debt was incurred  _____

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

- ☑ No
- ☐ Yes

Debtor  **Dog Blue Properties, LLC**  Case number (if known)  **19-50104**

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.49** | Nonpriority creditor's name and mailing address | | **$2,350.00** |
|---|---|---|---|

**Shaun Rang**

**861 Ruth Dr.**

**Pleasant Hill**  CA  **94523**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.50** | Nonpriority creditor's name and mailing address | | **$268.89** |
|---|---|---|---|

**South Tahoe Public Utility District**

**1275 Meadow Crest Drive**

**South Lake Tahoe**  CA  **96150-7401**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Utilities**

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.51** | Nonpriority creditor's name and mailing address | | **$138.09** |
|---|---|---|---|

**Upper Valley Disposal & Recycling**

**PO Box 45091**

**San Francisco**  CA  **04145-0091**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.52** | Nonpriority creditor's name and mailing address | | **$2,600.00** |
|---|---|---|---|

**Wei Neng Huang**

**15437 Jutland Street**

**San Leandro**  CA  **94579**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Dog Blue Properties, LLC** | Case number (if known) | **19-50104** |
| --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.53 | Nonpriority creditor's name and mailing address |
| --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

**$300.00**

**X-Scapes**

**Attn: Kenny Johnson**

**PO Box 530146**

☐ Contingent

☐ Unliquidated

☐ Disputed

| **Henderson** | **NV** | **89053** |
| --- | --- | --- |

**Basis for the claim:**

**Trade Debt**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number** ___ ___ ___ ___

☑ No

☐ Yes

03/08/2019 10:51:56am

Debtor   **Dog Blue Properties, LLC**                                           Case number (if known)   **19-50104**

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | **$0.00** |
| 5b.  **Total claims from Part 2** | 5b. **+** | **$1,685,004.29** |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,685,004.29** |

**Fill in this information to identify the case:**

Debtor name       **Dog Blue Properties, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number      **19-50104**                    Chapter      **11**
(if known)

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Residential real property lease | Alan Williams |
| | | | 811 Brown Street |
| | | | Unit A-1 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Martinez                    CA        94553 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Residential real property lease | Avalos - Shelter, Inc. |
| | | | 811 Brown Street |
| | | | Unit J |
| | State the term remaining | | |
| | List the contract number of any government contract | | Martinez                    CA        94553 |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Residential real property lease | Cedric & Sherrie Lea |
| | | | 250 Arana Drive |
| | State the term remaining | | |
| | List the contract number of any government contract | | Martinez                    CA        94553 |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Residential real property lease | Christine Lommoril |
| | | | 4800 Blum Road #1 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Martinez                    CA        94553 |

Debtor   **Dog Blue Properties, LLC**                                    Case number (if known)  **19-50104**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                         State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Residential real property lease | Darrien Campbell |
| | | | 4800 Blum Rd. #3 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Martinez                    CA      94553 |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Residential real property lease | Larry & Cynthia Frazier |
| | | | 4810 Blum Rd. #5 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Martinez                    CA      94553 |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Residential real property lease | Lauren Carpoff |
| | | | 811 Brown Street |
| | | | Unit K |
| | State the term remaining | | |
| | List the contract number of any government contract | | Martinez                    CA      94553 |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Residential real property lease | Leanne Frawley & Chris Gonzales |
| | | | 1062 Mohr Lane Unit C |
| | State the term remaining | | |
| | List the contract number of any government contract | | Concord                    CA      94518 |

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Residential real property lease | Pradip Karki |
| | | | 811 Brown Street |
| | | | Unit I |
| | State the term remaining | | |
| | List the contract number of any government contract | | Martinez                    CA      94553 |

Debtor   **Dog Blue Properties, LLC**                                    Case number (if known)   **19-50104**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | | |
|---|---|---|---|---|
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Residential real property lease | **Priscilla Amato** | |
| | | | **1035 Marie Ave.** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Martinez**   **CA**   **94553** | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Residential real property lease | **Robert Espinosa** | |
| | | | **811 Brown Street** | |
| | | | **Unit H** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Martinez**   **CA**   **84553** | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Residential real property lease | **Robert Pamplona** | |
| | | | **811 Brown Street** | |
| | | | **Unit E** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Martinez**   **CA**   **94553** | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Residential real property lease | **Scott Shepard** | |
| | | | **811 Brown Street** | |
| | | | **Unit A** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Martinez**   **CA**   **94553** | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Residential real property lease | **Sunny Quintana** | |
| | | | **811 Brown Street** | |
| | | | **Unit G** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Martinez**   **CA**   **94553** | |

Debtor __**Dog Blue Properties, LLC**_____    Case number (if known) __**19-50104**_____

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Residential real property lease | **Vickie Barcelona** |
| | | | **811 Brown Street** |
| | | | **Unit E** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Martinez**            **CA**        **94553** |

**Fill in this information to identify the case:**

Debtor name  **Dog Blue Properties, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number  **19-50104**
(if known)

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.**  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name **Dog Blue Properties, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known): **19-50104**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

**1.** *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

| | |
| --- | --- |
| 1a. **Real property:** Copy line 88 from Schedule A/B............................................................................................ | $15,459,183.00 |
| 1b. **Total personal property:** Copy line 91A from Schedule A/B...................................................................................... | $1,850,106.08 |
| 1c. **Total of all property** Copy line 92 from Schedule A/B............................................................................................ | $17,309,289.08 |

| Part 2: | Summary of Liabilities |
| --- | --- |

| | |
| --- | --- |
| **2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D) Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... | $2,050.00 |

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

| | |
| --- | --- |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of Schedule E/F.............................................................. | $0.00 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................................ | + $1,685,004.29 |

| | |
| --- | --- |
| **4.** **Total liabilities** Lines 2 + 3a + 3b.................................................................................................................. | $1,687,054.29 |

**Fill in this information to identify the case and this filing:**

Debtor Name  **Dog Blue Properties, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number   **19-50104**
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/08/2019**
　　　　　　MM / DD / YYYY

X **/s/ Seth R. Freeman**
Signature of individual signing on behalf of debtor

**Seth R. Freeman**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor