# EXHIBIT 3

# EXHIBIT 3



**Corporate Headquarters**
1400 W 62ND AVE - DENVER, CO 80221
(303) 289-6423 / FAX (303) 289-6836 / WATS (877) 600-6423

DATE: February 05, 2019

# PAYOFF QUOTE

DC SOLAR SOLUTIONS, INC.
11612068001

GOOD THROUGH: February 10, 2019

| | | | |
|---|---|---|---|
| GROSS BUYOUT: | $801,848.52 | | |
| SALES TAX: | $0.00 | | |
| PERSONAL PROPERTY TAX: | $0.00 | | |
| SECURITY DEPOSIT: | $0.00 | | |
| OTHER DEPOSITS: | $0.00 | | |
| NET BUYOUT: | $801,848.52 | ***EXISTING PAC ACCOUNT | Y*** |

| ASSET LIST | YEAR | MAKE | MODEL |
|---|---|---|---|
| 712503 | 2016 | OUTLAW | PREVOST |

**IF SOMEONE OTHER THAN THE CUSTOMER LISTED ABOVE WILL BE PAYING OFF THIS ACCOUNT, PLEASE CONTACT OUR OFFICE BEFORE REMITTING CHECK.**

THANK YOU,

CUSTOMER SERVICE