# EXHIBIT 4

# EXHIBIT 4

Home  Mail  Tumblr  News  Sports  Finance  Entertainment  Lifestyle  Answers  Groups

Search

Sports Home  Fantasy  NFL  NBA  MLB  NHL  NCAAB  Soccer  ...

Chris Haynes

Pelicans held a healthy Davis out of Monday's ...

# Solar files for apter 11 nkruptcy in wa aids

cFadln
rts • Feb 4, 2019, 5:13 PM



YAHOO! SPORTS
FANTASY BASEBALL
STEP UP TO THE PLATE
Sign up now
THE OFFICIAL FANTASY COMMISSIONER GAME OF MLB.com

DC Solar's chapter 11 bankruptcy filing provides details regarding the Dec. 18 raid on its headquarters and CEO's home by the Federal Bureau of Investigation and the Internal Revenue Service.

The filing includes a declaration by Seth Freeman proposed Chief Restructuring Officer for DC Solar former sponsor of Chip Ganassi Racing.

Freeman said the FBI and IRS raids seized "funds from all bank accounts associated with the DC So... businesses" and "hundreds of items essential" for DC Solar to continue operating. That included computer servers, computers, and hard copy files containing corporate books and records, investment agreements, lease agreements, vendor agreemer communications with investors and customers an invoices for insurance and utility providers.

Freeman also said the U.S. Securities and Exchai Commission "issued subpoenas to (DC Solar) Solutions, (DC Solar) Distribution, and certain other parties."

The company was forced to layoff approximately employees as a result of the seizures.

What to Read Next

Advance Auto Parts Clash entry list is re
NBC Sports

Ready to Meet Someone in Denver?
Match Sponsored

Home  Mail  Tumblr  News  Sports  Finance  Entertainment  Lifestyle  Answers  Groups

Sports Home  Fantasy  NFL  NBA  MLB  NHL  NCAAB  Soccer  ...

NASCAR.com

Other NASCAR entities it owes money to:

International Speedway Corp. – $1,025,000

Kansas Speedway – $750,000

ISM Raceway – $750,000

Richmond Raceway – $750,000

Talladega Superspeedway – $750,000

Freeman said the company is unaware of the "genesis of the government seizure," but that DC Solar's counsel had been told by the Department Justice that the seizures related to alleged "investment fraud" and that the "government had seized the assets in order to prevent them from be dissipated and to compensate any victims of the alleged fraud."

Freeman also said the IRS "initiated proceedings in 2017 challenging certain ... practices" involving the mobile solar power generators DC Solar produces.

The company has filed two bankruptcy cases – fo DC Solar Solutions and DC Solar Distributions – i the United States Bankruptcy Court for the District Nevada. The company is headquartered in Benec California.

Freeman said DC Solar is "finalizing debtor-in-possession financing" and began the bankruptcy cases "in order to reopen its business operations.

In order to do that, Jeff Carpoff and his wife Paule have agreed to step away from day-to-day management of the company and to use the servi of Freeman and a professional restructuring advis to lead DC Solar through the restructuring.

**Multiple Patriots players not interested in House trip, would rather celebrate with C**
Yahoo Sports

**Will Kyrie Irving Stay with the Celtics?**
Yahoo Sports Videos

**A Weekend Biking With the Kids in East**
Visit Utah  Sponsored

**Report: ESPN fired Adnan Virk after leak**