MICHAEL M. PARKER (TX BAR NO. 00788163)
**NORTON ROSE FULBRIGHT US LLP**
300 Convent Street, Suite 2100
San Antonio, Texas 78205-3792
Telephone:   (210) 224-5575
Facsimile:   (210) 270-7205
michael.parker@nortonrosefulbright.com

REBECCA J. WINTHROP (CA BAR NO. 116386)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone:   (213) 892-9200
Facsimile:   (213) 892-9494
rebecca.winthrop@nortonrosefulbright.com

Attorneys for *Progressive Casualty Insurance Company, Inc.*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>DOUBLE JUMP, INC.,<br><br>Affects:<br>☐ All Debtors<br>☐ Double Jump, Inc. (19-50102-btb)<br>☐ Dora Dog Properties, LLC (19-50103-btb)<br>☐ Dog Blue Properties, LLC (19-50104-btb)<br>☐ Brandy Boy Properties, LLC (19-50105-btb)<br>☐ 475 Channel Road, LLC (19-50106-btb)<br>☐ Park Road, LLC (19-50108-btb)<br>☐ 140 Mason Circle, LLC (19-50109-btb)<br>☐ DC Solar Solutions, Inc. (19-50130-btb)<br>☒ DC Solar Distribution, Inc. (19-50131-btb)<br>☐ DC Solar Freedom, Inc. (19-50135-btb)<br><br>Debtors. | Case No. 19-50102-btb-LEAD CASE<br><br>Chapter 11<br><br>**JOINDER OF PROGRESSIVE CASUALTY INSURANCE COMPANY, INC. TO SOLARMORE MANAGEMENT SERVICES, INC.'S OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR, IN THE ALTERNATIVE, TO COMPEL REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES FILED BY INTERNATIONAL SPEEDWAY CORPORATION, ET AL.**<br><br>Date:   March 26, 2019<br>Time:   11:00 a.m.<br>Place:   Ctrm 2<br>              300 Booth Street<br>              Reno, Nevada 89509 |

**PLEASE TAKE NOTICE** that Progressive Casualty Insurance Company, Inc. ("Progressive"), a party-in-interest in the above-referenced bankruptcy case and an investor member in certain funds related to certain of the Debtors, hereby joins in Solarmore Management Services, Inc.'s *Opposition to Motion for Relief from the Automatic Stay or in the Alternative, to Compel Rejection of Executory Contracts and Unexpired Leases Filed by International Speedway Corporation, Et Al.*, filed on March 12, 2019 [Docket No. 321].

Dated: March 12, 2019

MICHAEL M. PARKER
REBECCA J. WINTHROP
NORTON ROSE FULBRIGHT US LLP

By /s/ Rebecca J. Winthrop
REBECCA J. WINTHROP
Attorneys for Progressive Casualty
Insurance Company, Inc.

74189992.1

- 2 -

DOCUMENT PREPARED ON RECYCLED PAPER

# CERTIFICATE OF SERVICE

I, Evette M. Rodriguez, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071. On March 12, 2019, I served a copy of the within document(s): **JOINDER OF PROGRESSIVE CASUALTY INSURANCE COMPANY, INC. TO SOLARMORE MANAGEMENT SERVICES, INC.'S OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR, IN THE ALTERNATIVE, TO COMPEL REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES FILED BY INTERNATIONAL SPEEDWAY CORPORATION, ET AL.**

[X]  by electronic filing; through Electronic Case Filing System of the United States Bankruptcy Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below:

- SETH J. ADAMS    sadams@woodburnandwedge.com
- GREG ADDINGTON    greg.addington@usdoj.gov, christi.dyer@usdoj.gov
- MEGAN M. ADEYEMO    madeyemo@gordonrees.com, asoto@grsm.com
- BRETT A. AXELROD    baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com
- LOUIS M. BUBALA    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
- CANDACE C CARLYON    ccarlyon@clarkhill.com, CRobertson@clarkhill.com;nrodriguez@clarkhill.com;clark-hill-1221@ecf.pacerpro.com
- DAWN M. CICA    mstallsworth@mccnvlaw.com;dmcica@gmail.com;dcica@mccnvlaw.com;kfoley@mccnvlaw.com
- MICHAEL A DIGIACOMO    digiacomom@ballardspahr.com, lvdocket@ballardspahr.com;paredesr@ballardspahr.com;hartt@ballardspahr.com
- VAN C. DURRER    van.durrer@skadden.com
- CHARLES E. GIANELLONI    cgianelloni@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;jstevenson@swlaw.com;docket_las@swlaw.com
- JAMES D. GREENE    jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
- BLAKELEY E. GRIFFITH    bgriffith@swlaw.com, docket_las@swlaw.com;gkim@swlaw.com;jmath@swlaw.com;jstevenson@swlaw.com
- STEVEN T GUBNER    sgubner@bg.law, ecf@bg.law
- CAMERON M. GULDEN    cameron.m.gulden@usdoj.gov, robbin.little@usdoj.gov
- ALLEN J. GUON    aguon@foxrothschild.com, plove@foxrothschild.com
- RICHARD F. HOLLEY    rholley@nevadafirm.com, apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
- RICK R. HSU    rhsu@mclrenolaw.com, hmotta@mcllawfirm.com
- BRIAN R. IRVINE    birvine@dickinsonwright.com, mreel@dickinsonwright.com;cgrinstead@dickinsonwright.com;RN_litdocket@dickinsonwright.com

<table>
<tr><td>1</td><td></td></tr>
<tr><td>2</td><td></td></tr>
</table>

- NEAL R. JACOBSON    jacobsonn@sec.gov
- MATTHEW L. JOHNSON    annabelle@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com;sue@mjohnsonlaw.com
- NATHAN G. KANUTE    nkanute@swlaw.com, mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;ljtaylor@swlaw.com
- ROBERT R. KINAS    rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;nkanute@swlaw.com;jstevenson@swlaw.com
- ROBERT S. LARSEN    rlarsen@gordonrees.com, gangulo@gordonrees.com;wwong@gordonrees.com
- ANNIE Z. LI    annie.li@skadden.com
- TIMOTHY A LUKAS    ecflukast@hollandhart.com
- EDWARD M. MCDONALD    edward.m.mcdonald@usdoj.gov
- ALI M. M. MOJDEHI    amojdehi@btlaw.com, jgertz@btlaw.com;arego@btlaw.com
- TRACY M. O'STEEN    tosteen@clarkhill.com, crobertson@clarkhill.com;nrodriguez@clarkhill.com;ccarlyon@clarkhill.com
- JULIE HOPE ROME-BANKS    Julie@bindermalter.com
- THERESE SCHEUER    scheuert@sec.gov
- SAMUEL A. SCHWARTZ    saschwartz@bhfs.com, ECF@bhfs.com;schwartzsr45599@notify.bestcase.com;sheacr80693@notify.bestcase.com;cshea@bhfs.com
- DANIEL H. SLATE    dslate@buchalter.com, smartin@buchalter.com
- AMY N. TIRRE    amy@amytirrelaw.com, admin@amytirrelaw.com
- U.S. TRUSTEE - RN - 11    USTPRegion17.RE.ECF@usdoj.gov
- DAVID F. WAGUESPACK    Waguespack@carverdarden.com, plaisance@carverdarden.com

[X]  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

MARIA ELLENA CHAVEZ-RUARK
500 E. PRATT STREET, SUITE 900
BALTIMORE, MD 21202

EVEN BECK COREN
919 NORTH MARKET STREET SUITE 1300
WILMINGTON, DE 19801

GLASSRATNER ADVISORY & CAPITOL GROUP LLC
425 CALIFORNIA STREET, SUITE 900
SAN FRANCISCO, CA 94556

ROBERT LAPOWSKY
620 FREEDOM BUSINESS CENTER SUITE 200
KING OF PRUSSIA, PA 19406

DOCUMENT PREPARED ON RECYCLED PAPER

1  WILLIAM L. NOVOTNY
   1850 NORTH CENTRAL AVENUE SUITE 1400
2  PHOENIX, AZ 85004

3
   MARK R. OWENS
4  11 S. MERIDIAN STREET
   INDIANAPOLIS, IN 16204
5

6  SHARON Z. WEISS
   120 BROADWAY, SUITE 300
7  SANTA MONICA, CA 90401

8  CONSTANCE L. YOUNG
   301 S. COLLEGE ST., STE 3500
9  CHARLOTTE, NC 28202

10

11     I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

       I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

       Executed on March 12, 2019, at Los Angeles, California.

_____
Evette M. Rodriguez

- 3 -