_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
March 14, 2019

_____

CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
CLARK HILL PLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone:   (702) 862-8300
Facsimile:    (702) 862-8400
CCarlyon@ClarkHill.com
TOSteen@ClarkHill.com

*[Proposed] Counsel for Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re

DOUBLE JUMP, INC.

   Debtor.

__X__ Affects ALL Debtors
____ Affects Double Jump, Inc.
____ Affects Dora Dog Properties, LLC
____ Affects Dog Blue Properties, LLC
____ Affects Brandy Boy Properties, LLC
____ Affects 475 Channel Road, LLC
____ Affects Park Road, LLC
____ Affects 140 Mason Circle, LLC
____ Affects DC Solar Solutions, Inc.
____ Affects DC Solar Distribution, Inc.
____ Affects DC Solar Freedom, Inc.

Lead Case No.: BK-19-50102-btb
Chapter 11

Joint Administration with:

| Case No. | Debtor |
|---|---|
| 19-50103-btb | Dora Dog Properties, LLC |
| 19-50104-btb | Dog Blue Properties, LLC |
| 19-50105-btb | Brandy Boy Properties, LLC |
| 19-50106-btb | 475 Channel Road, LLC |
| 19-50108-btb | Park Road, LLC |
| 19-50109-btb | 140 Mason Circle, LLC |
| 19-50130-btb | DC Solar Solutions, Inc. |
| 19-50131-btb | DC Solar Distribution, Inc. |
| 19-50135-btb | DC Solar Freedom, Inc. |

Final Hearing Date:   March 8, 2019
Final Hearing Time:   10:00 a.m.

**FINAL ORDER (I) AUTHORIZING THE RETENTION OF GLASSRATNER ADVISORY & CAPITAL GROUP LLC TO PROVIDE CHIEF RESTRUCTURING OFFICER AND CERTAIN ADDITIONAL PERSONNEL, (II) DESIGNATING SETH R. FREEMAN AS DEBTORS' CHIEF RESTRUCTURING OFFICER EFFECTIVE AS OF THE PETITION DATE**

The Court having reviewed and considered the Debtors' Emergency Motion (the "Motion") for Entry of Interim and Final Orders (i) Approving the Retention and Employment of GlassRatner Advisory & Capital Group LLC ("GlassRatner") to Provide the Debtors with a Chief Restructuring Officer ("CRO") and Certain Additional Personnel (the "GlassRatner Personnel"), and (ii) Designating Seth R. Freeman, CIRA, CTP as CRO Effective as of the Petition Date, (iii) Setting a Final Hearing on the Motion, and (iv) Granting Related Relief [Dkt. #17], as supported by the declaration of Seth R. Freeman filed in support of the Motion (the "Freeman Declaration"), along with the First Day Declaration[1]; and the Court having held an emergency hearing on the Motion at on February 8, 2019, at which time the Motion was granted on an interim basis; and the Court having held a final hearing on the Motion at the above captioned date and time (the "Hearing"); and it appearing that the relief requested in the Motion is in the best interest of the Debtors' estates, creditors, and all parties-in-interest; and in light of the circumstances and the nature of the relief requested, and after due deliberation and sufficient cause appearing:

**IT IS HEREBY ORDERED**:

1. The Motion is GRANTED as set forth herein on a final basis.

2. The Debtors ares authorized to retain and employ GlassRatner pursuant to the terms and conditions of the Engagement Agreement effective as of the Petition Date.

3. Seth Freeman is appointed as the Responsible Person to act on behalf of the Debtors, and shall have sole control over estate funds, including cash, checks, and bank accounts.

4. The Debtors shall compensate and reimburse GlassRatner in accordance with the payment terms set forth in the Engagement Agreement for all services rendered and expenses incurred in connection with the Debtor's case, upon Court approval. Debtor shall also serve the Official Committee of Unsecured Creditors, if formed, and the Office the United States Trustee, with copies of GlassRatner's applications for compensation when filed.

---

[1] All capitalized terms not otherwise defined herein have the meaning ascribed them in the Motion.

5. Pursuant to Section 503(b)(1)(A) of the Bankruptcy Code, the fees and expenses of GlassRatner incurred pursuant to the Engagement Agreement shall be administrative expenses of the Debtors' estates.

6. Notwithstanding the terms of the engagement letter, the CRO has the authority to retain and terminate counsel for the Debtors, subject to court approval.

8. The Debtors and GlassRatner are authorized to take all actions necessary to effectuate the relief granted pursuant to this order in accordance with the Motion and the Engagement Agreement.

**IT IS SO ORDERED.**

| Submitted by: | Approved by: |
|---|---|
| CLARK HILL PLC | OFFICE OF THE U.S. TRUSTEE |
| */s/ Tracy M. O'Steen* | */s/ Cameron Gulden* |
| CANDACE C. CARLYON, ESQ.<br>Nevada Bar No. 2666<br>TRACY M. O'STEEN, ESQ.<br>Nevada Bar No. 10949<br>3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone:   (702) 862-8300<br>Facsimile:    (702) 862-8400<br>CCarlyon@ClarkHill.com<br>TOSteen@ClarkHill.com | CAMERON GULDEN, ESQ.<br>300 Booth Street<br>Reno, Nevada 89509 |

Approved by:
SECURITIES & EXCHANGE COMMISSION

*/s/ Neal Jacobson*

NEAL JACOBSON, ESQ.
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281
Tel.: (212) 336-0095
Fax: (212) 336-1324
Jacobsonn@sec.gov

**LR 9021 CERTIFICATION**

In accordance with LR 9021, an attorney submitting this document certifies as follows (check one):

    \_\_\_\_\_ The court has waived the requirement set forth in LR 9021(b)(1).

    \_\_\_\_\_ No party appeared at the hearing or filed an objection to the motion.

    __X__ I have delivered a copy of this proposed order to all attorneys who appeared at the hearing and opposed the relief, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Cameron Gulden, Esq. – Approved

Neal Jacobsen, Esq. – Approved

    \_\_\_\_\_ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###