STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone: (775) 786-7600
Facsimile: (775) 786-7764
E-Mail: steve@harrislawreno.com
Proposed Attorneys for W. Donald Gieseke, Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

IN RE:

DOUBLE JUMP, INC.

☐ AFFECTS THIS DEBTOR

☒ AFFECTS DORA DOG PROPERTIES, LLC

☒ AFFECTS DOG BLUE PROPERTIES, LLC

☒ AFFECTS BRANDY BOY PROPERTIES, LLC

☒ AFFECTS 475 CHANNEL ROAD, LLC

☒ AFFECTS PARK ROAD, LLC

☒ AFFECTS 140 MASON CIRCLE, LLC

☐ AFFECTS DC SOLAR SOLUTIONS, INC.

☐ AFFECTS DC SOLAR DISTRIBUTION, INC.

☐ AFFECTS DC SOLAR FREEDOM, INC.

☐ AFFECTS ALL DEBTORS.

_____/

Lead Case No.: BK-19-50102-btb
(Chapter 7)

Jointly Administered with:

| 19-50103-btb | Dora Dog Properties, LLC |
| 19-50104-btb | Dog Blue Properties, LLC |
| 19-50105-btb | Brandy Boy Properties, LLC |
| 19-50106-btb | 475 Channel Road, LLC |
| 19-50108-btb | Park Road, LLC |
| 19-50109-btb | 140 Mason Circle, LLC |
| 19-50130-btb | DC Solar Solutions, Inc. |
| 19-50131-btb | DC Solar Distribution, Inc. |
| 19-50135-btb | DC Solar Freedom, Inc. |

**MOTION FOR ORDER AUTHORIZING TRUSTEE TO OPERATE BUSINESSES BY RENTING REAL PROPERTIES AND PAY ONGOING ADMINISTRATIVE EXPENSES RELATED THERETO PURSUANT TO 11 U.S.C. §§363(b)(1), 721 AND 503(b)**

Hearing Date: OST Pending
Hearing Time:
Est. Time:
Set By:

W. Donald Gieseke, Trustee for the Chapter 7 bankrupt estates of six (6) of the ten (10) Jointly Administered Debtors, specifically, DORA DOG PROPERTIES, LLC; DOG BLUE PROPERTIES, LLC; BRANDY BOY PROPERTIES, LLC; 475 CHANNEL ROAD, LLC; PARK ROAD, LLC; and 140 MASON CIRCLE, LLC, by and through his proposed counsel STEPHEN R. HARRIS, ESQ. of HARRIS LAW PRACTICE LLC, requests entry of an order allowing Trustee to operate businesses by renting real properties and pay ongoing necessary administrative expenses related thereto incurred in the administration of the jointly administered estates as detailed herein ("Motion"). This request is made pursuant to 11 U.S.C. §§363(b)(1), 721 and 503(b).

## I.   BACKGROUND

1.  Debtor DORA DOG PROPERTIES, LLC; Debtor DOG BLUE PROPERTIES, LLC; Debtor BRANDY BOY PROPERTIES, LLC; Debtor 475 CHANNEL ROAD, LLC; Debtor PARK ROAD, LLC; and Debtor 140 MASON CIRCLE, LLC, each filed a Chapter 11 Petition on January 30, 2019 ("Petition Date"). On February 12, 2019, this Court entered its Order jointly administering the ten (10) related Chapter 11 cases, designating Double Jump, Inc. as the lead case. On March 22, 2019, this Court entered its Order converting the cases to Chapter 7 proceedings, and on March 22, 2019, W. Donald Gieseke was duly appointed as the Chapter 7 interim trustee ("Trustee") for six (6) of the ten (10) jointly administered cases (Case Nos. 19-50103; 19-50104; 19-50105; 19-50106; 19-50108; and 19-50109); collectively the "Real Estate Debtors").

2.  The Trustee is informed and believes that the Real Estate Debtors own approximately forty-one (41) real properties located in various states and countries, including Mexico, which detailed list of properties owned by each Real Estate Debtor is attached hereto as **Exhibit "A"** ("Real Properties"). Some of the subject Real Properties listed on the attached **Exhibit "A"** are subject to pending forfeiture action filed in U.S. District Court (United States v. Real Property Located at 725 Main Street, etc., et al., 2:19-cv-247-JAM-DB (E.D. Cal.)) (herein "Forfeiture Action"), and the Trustee does not seek authorization to operate/rent and/or sell those

properties until the forfeiture action is resolved or by mutual agreement of the parties.

3. The Trustee requests authorization from this Court to operate the Real Properties as a "business" pursuant to 11 U.S.C. §363(b) and §721 until the Real Properties are sold, or otherwise disposed of. 11 U.S.C. §363(b)(1) states as follows:

> The trustee, after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate, except that if the debtor in connection with offering a product or a service discloses to an individual a policy prohibiting the transfer of personally identifiable information about individuals to persons that are not affiliated with the debtor and if such policy is in effect on the date of commencement of the case, then the trustee may not sell or lease personally identifiable information to any person unless –
>
> (A) Such sale or such lease is consistent with such policy; or
>
> (B) After appointment of a consumer privacy ombudsman in accordance with section 332 and after notice and a hearing, the court approves such sale or such lease -
>
> …

11 U.S.C. §363(b)(1). The exceptions identified in §363(b)(1) which would prevent the Trustee from leasing the Real Properties are not applicable in this case. Additionally, 11 U.SC. §721 states as follows:

> The court may authorize the trustee to operate the business of the debtor for a limited period, if such operation is in the best interest of the estate and consistent with the orderly liquidation of the estate.

11 U.S.C. §721. The continued operation of a bankrupt estate's business is a matter within the sound discretion of the court. California State Board of Equalization v. Goggin, 191 F.2d 726 (9th Cir. 1951), citing R.J. Reynolds Tobacco Co. v. A.B. Jones, Inc., 54 F.2d 329 (8th Cir. 1931). The trustee is not empowered merely by virtue of his appointment to conduct the business of the bankrupt. Id, citing In re Richter, 40 F. Supp. 758 (D.N.Y. 1941).

4. The Trustee has not completed his review of the status of these Real Properties but

seeks approval to operate/rent any or all of the Real Properties as he deems appropriate using his best business judgment, and that renting the subject Real Properties until such time as they can be sold is in the best interests of these estates, as it will generate rental income for the benefit of the estates. Pursuant to 11 U.S.C. §704(a), the Trustee is charged with a duty to "collect and reduce to money the property of the estate for which such trustee serves, and close such estate as expeditiously as is compatible with the best interests of the parties in interest." In the instant cases, the Trustee believes that renting some or all of the Real Properties before they can be sold will result in additional proceeds for the estates. If the Trustee rents the Real Properties for a period of time, he can collect rental revenues to offset ongoing expenses required to maintain and preserve the Real Properties, and can most likely sell the Real Properties for a better profit at a later date in light of increasing real estate values nationwide. Moreover, because these Chapter 7 cases have other litigation pending and cannot be closed anyway until the litigation is resolved, renting the Real Properties will not cause the cases to remain open any longer than necessary. Additionally, the Trustee will file periodic reports and summaries of the operations of the businesses, including any receipts and disbursements pursuant to 11 U.S.C. §704(a)(8).

5. Lastly, the Trustee requests that the Court authorize payment of fees, repairs, maintenance and ongoing expenses related to the operation and/or sale of the Real Properties, as well as allowing the Trustee to expend monies of the estates consistent with the duties and responsibilities of the Trustee, including but not limited to, securing and insuring properties, accessing and securing hardcopy and electronic records, use of non-professionals to protect properties and those necessary administrative expenses including fees, repairs, maintenance and ongoing expenses related to the Real Properties, as allowed 11 U.S.C. §503(b) administrative expenses, paid regularly in the ordinary course of business not to exceed $50,000.00, without need for further approval by the Court. Trustee is requesting Court approval of the administrative expenses to comply as may be necessary by In re Cloobeck, 788 F.3d 1243 (9th Cir. 2015) after notice and hearing. The Trustee has approximately $295,000.00 on deposit with bank accounts that are mandated and directed by the Office of the United States Trustee.

**WHEREFORE**, Trustee respectfully requests that this Court enter its order: (1) to

authorize the Trustee to lease/rent/operate any or all of the Real Properties attached hereto as **Exhibit "A"** that are not part of the Forfeiture Action, pursuant to 11 U.S.C. §363(b) and §721, as he deems appropriate and necessary and to pay all expenses related thereto as administrative expenses pursuant to 11 U.S.C. §503(b); and for such other and further relief as the Court deems just under the circumstances.

Respectfully submitted this 9th day of April, 2019.

        STEPHEN R. HARRIS, ESQ.
        HARRIS LAW PRACTICE LLC

        */s/ Stephen R. Harris*
        _____
        Proposed Attorneys for W. Donald Gieseke, Trustee

<u>VERIFICATION</u>

I, W. DONALD GIESEKE, the Chapter 7 interim Trustee named in the foregoing MOTION FOR ORDER AUTHORIZING TRUSTEE TO OPERATE BUSINESSES BY RENTING REAL PROPERTIES AND PAY ONGOING ADMINISTRATIVE EXPENSES RELATED THERETO PURSUANT TO 11 U.S.C. §§363(b)(1), 721 AND 503(b) hereby swear that the statements therein contained are true according to the best of my knowledge, information, and belief.

/s/ W. Donald Gieseke
_____
W. DONALD GIESEKE
Chapter 7 Trustee

Harris Law Practice LLC
6151 Lakeside Drive
Suite 2100
Reno, Nevada 89511
(775) 786 7600

# EXHIBIT "A"

EXHIBIT "A"

| Entity | In Fed Complaint | In IDI Doc's | Address | | | |
|---|---|---|---|---|---|---|
| Dora Dog, LLC | | | | | | |
| | Yes | Yes | 820 Shell Avenue, Martinez, California 94553; | | | |
| | Yes | | 725 Main Street, Martinez, California 94553; | | | retail store |
| | Yes | Yes | 31 Morello Heights Drive, Martinez, California 94553; | | | |
| | Yes | Yes | 28 Millthwait Drive, Martinez, California 94553; | | | |
| | Yes | Yes | 1208 Roseann Drive, Martinez, California 94533; | | | |
| | Yes | | 202 Valley View Place, El Sobrante, California, 94803; | | | |
| | Yes | Yes | 207 Valley View Place, El Sobrante, California, 94803; | | | |
| | Yes | Yes | 208 Valley View Place, El Sobrante, California, 94803; | | | |
| | Yes | Yes | 214 Valley View Place, El Sobrante, California, 94803; | | | |
| | Yes | Yes | 30 Pebble Dunes Court, Las Vegas, Nevada 89141; | | | |
| | Yes | Yes | 3143 Old Tunnel Road, Lafayette, California 94549 | | | |
| | | Yes | 180 Midhill Rd., Martinez, CA 94553 | | | commercial |
| | | Yes | 2375 Yale Street, Martinez, CA 94553 | | | (1) |
| | | Yes | 838 Marie Ave., Martinez, CA 94553. | | | |
| Dog Blue Properties, LLC | | | | | | |
| | Yes | Yes | 1108 Juniper Avenue, South Lake Tahoe, California 96150; | | | |
| | Yes | Yes | 40 Iris Lane, Walnut Creek, California 94595; | | | |
| | Yes | Yes | 4800 Blum Road, Apt 3, Martinez, California 94553; | | | |
| | Yes | Yes | 4810 Blum Road, Apt 5, Martinez, California 94553; | | | |
| | Yes | Yes | 811 Brown Street, Martinez, California 94553; | | | |
| | Yes | | 2375 Yale Street, Martinez, California 94553; | | | (1) |
| | Yes | Yes | 250 Arana Drive, Martinez, California 94553 | | | |
| | | Yes | 1035 Marie Ave., Martinez CA 94553 | | | |
| | | Yes | 1062 Mohr Lane, #C, Concord, CA 94518 | | | |
| | | Yes | 1308 Villa Estancia, Cabo San Lucas, Mexico | | | |
| | | Yes | 2505 Villa La Estancia, Cabo San Lucas, Mexico | | | |
| | | Yes | 1709 Villa Estancia, Cabo San Lucas, Mexico | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Yes | 1605 Villa Estancia, Cabo San Lucas, Mexico | | | | |
| | | Yes | 2606 Villa Estancia, Cabo San Lucas, Mexico | | | | |
| | | Yes | 2706 Villa La Estancia, Cabo San Lucas, Mexico | | | | |
| | | Yes | 2801 Villa La Estancia, Cabo San Lucas, Mexico | | | | |
| | | Yes | 2805 Villa Estancia, Cabo San Lucas, Mexico | | | | |
| | | Yes | 3209 Villa Estancia, Cabo San Lucas, Mexico | | | | |
| | | Yes | 3409 Villa Estancia, Cabo San Lucas, Mexico | | | | |
| | | | | | | | |
| Brandy Boy Properties, LLC | | | | | | | |
| | Yes | Yes | 3779 Overlook Court, South Lake Tahoe, California 96150; | | | | |
| | Yes | Yes | 4101 Lake Tahoe Blvd, South Lake Tahoe, CA 96150, Unit 217; | | | | |
| | Yes | Yes | 4101 Lake Tahoe Blvd, South Lake Tahoe, CA 96150, Unit 225; | | | | |
| | Yes | Yes | 7373 E. Clubhouse Drive, #14, Scottsdale, Arizona 85266; | | | | |
| | Yes | Yes | 1619 Greenside Drive, Round Rock, Texas 78665. | | | | |
| | | | | | | | |
| 140 Mason Circle, LLC | | | | | | | |
| | Yes | Yes | 140 Mason Circle, Concord, CA 94520 | | | | |
| | | | | | | | |
| Park Road, LLC | | | | | | | |
| | Yes | Yes | 4901 Park Road, Benicia, CA 94510 | | | | |
| | | | | | | | |
| 475 Channel Road, LLC | | | | | | | |
| | | Yes | 475 E. Channel Road, Benicia, CA 94510 | | | | |