BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
AMANDA A. HUNT, ESQ.
Nevada Bar No. 12644
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
          ahunt@foxrothschild.com
*Counsel for Xtreme Manufacturing and Ahern Rentals, Inc.*

Electronically Filed April 10, 2019

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

DOUBLE JUMP, INC.,

Debtor.

☒ Affects ALL Debtors
☐ Affects Double Jump, Inc.
☐ Affects Dora Dog Properties, LLC
☐ Affects Dog Blue Properties, LLC
☐ Affects Brandy Boy Properties, LLC
☐ Affects 475 Channel Road, LLC
☐ Affects Park Road, LLC
☐ Affects 140 Mason Circle, LLC
☐ Affects DC Solar Solutions, Inc.
☐ Affects DC Solar Distribution, Inc.
☐ Affects DC Solar Freedom, Inc.

Case No. BK-19-50102-btb
Chapter 11
Proposed Joint Administration with

| 19-50103- | Dora Dog Properties, LLC |
| 19-50104- | Dog Blue Properties, LLC |
| 19-50105- | Brandy Boy Properties, LLC |
| 19-50106- | 475 Channel Road, LLC |
| 19-50108- | Park Road, LLC |
| 19-50109- | 140 Mason Circle, LLC |
| 19-50130- | DC Solar Solutions, Inc. |
| 19-50131- | DC Solar Distribution, Inc. |

**VERIFIED STATEMENT OF FOX ROTHSCHILD LLP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Fox Rothschild LLP ("Fox") hereby submits the following verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

**1.    Entities Represented:**

Fox has been engaged as counsel to represent the following multiple creditors (the "Creditors") in connection with the above-captioned cases.

1

Active\92526258.v1-4/10/19

      a. Xtreme Manufacturing, LLC
          1401 Mineral Avenue
          Las Vegas, NV 89106

      b. Ahern Rentals, Inc.
          1401 Mineral Avenue
          Las Vegas, NV 89106

**2.** **Nature and Amount of Interest:**

    a. <u>Xtreme Manufacturing</u>: is an unsecured creditor of DC Solar Solutions, Inc. holding a claim in the estimated amount of $1,156,624.00.

    b. <u>Ahern Rentals</u>: is an unsecured creditor of DC Distribution, Inc. holding a claim in the estimated amount of $1,192,310.75.

**3.** **Terms of Employment:**

Fox Rothschild is employed by the parties listed in paragraph 1 above pursuant to a formal written retention agreement at Fox Rothschild's hourly rates.

4. Fox Rothschild does not hold any claims against or interest in the above-captioned Debtor.

5. Fox Rothschild reserves the right to revise, supplement, and/or amend this verified statement as may be appropriate or necessary

Dated this 10th of April, 2019.

**FOX ROTHSCHILD LLP**

By     /s/Brett A. Axelrod
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    AMANDA A. HUNT, ESQ.
    Nevada Bar No. 12644
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
*Counsel for Xtreme Manufacturing and Ahern Rentals, Inc.*

Active\92526258.v1-4/10/19

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)