# **EXHIBIT A**



**GLASSRATNER**
a B. Riley Financial company

# RESPONSE TO CHAPTER 7 TRUSTEE REQUEST FOR INFORMATION

Date: April 8, 2019
Approved: Seth R. Freeman, CIRA, CTP, Managing Director

1. **Current status of the schedules and statements for each of the four entities, including summary of work done to date and what remains to be completed;**

|    | Entity           | Conversion Report          | SOFA & Schedules |
|----|------------------|----------------------------|------------------|
| 1  | Brandy Boy       | Done                       | Done             |
| 2  | Dog blue         | Done                       | Done             |
| 3  | 140 Mason        | Done                       | Done             |
| 4  | 147 Channel Road | Done                       | Done             |
| 5  | Park Road        | Done                       | Done             |
| 6  | Dora Dog         | Done                       | Done             |
| 7  | Double Jump      | Done                       | Done             |
| 8  | Solutions        |                            |                  |
| 9  | Distribution     | Final Editing & Assembling |                  |
| 10 | Freedom          | Final Editing & Assembling |                  |

**Summary Status:**

a) Final Reports for 9 entities 90% complete
b) Waiting only professional fee balances and entity allocations and packaging of exhibits for completed Final Reports
c) Solutions Final Report 70% complete
d) Documents required to complete all the remaining SOFA's and Schedules have been assembled
e) SOFA and Schedule information and data to be penciled and reviewed for pre-entry accuracy & completeness
f) Enter into software system
g) Quality assurance review and edits
h) Final Print and final review



GLASSRATNER
a B. Riley Financial company

2. Estimate of hours to complete the work broken down by entity, including estimate of hours by professional with rate;

|  | TO DO |  |  |  |  |
|---|---|---|---|---|---|
| **Solutions** | **Conversion Report** | **Hourly Rate** | **Total** |  | **Blended Rate** |
| Kelley | 6 | $375.00 | $2,250.00 |  |  |
| Shannon | 6 | $160.00 | $960.00 |  |  |
| George | 2 | $375.00 | $750.00 |  |  |
| Seth | 1 | $450.00 | $450.00 |  |  |
|  | 15 |  |  | $4,410.00 | 294.00 |
| **Property LLCs** | **Edit & Package Conversion Report** | **Hourly Rate** | **Total** |  |  |
| Kelley | 6 | $375.00 | $2,250.00 |  |  |
| Shannon | 6 | $160.00 | $960.00 |  |  |
| George | 3 | $375.00 | $1,125.00 |  |  |
| Seth | 3 | $450.00 | $1,350.00 |  |  |
|  | 18 |  |  | $5,685.00 | 315.83 |
| **Solutions** | **SOFA & Sch's** | **Hourly Rate** | **Total** |  |  |
| Kelley | 10 | $375.00 | $3,750.00 |  |  |
| Shannon | 8 | $160.00 | $1,280.00 |  |  |
| George | 5 | $375.00 | $1,875.00 |  |  |
| Seth | 1 | $450.00 | $450.00 |  |  |
|  | 24 |  |  | $7,355.00 | 306.46 |
| **Distribution** | **SOFA & Sch's** | **Hourly Rate** | **Total** |  |  |
| Kelley | 10 | $375.00 | $3,750.00 |  |  |
| Shannon | 8 | $160.00 | $1,280.00 |  |  |
| George | 5 | $375.00 | $1,875.00 |  |  |
| Seth | 1 | $450.00 | $450.00 |  |  |
|  | 24 |  |  | $7,355.00 | 306.46 |
| **Freedom** | **SOFA & Sch's** | **Hourly Rate** | **Total** |  |  |
| Kelley | 8 | $375.00 | $3,000.00 |  |  |
| Shannon | 5 | $160.00 | $800.00 |  |  |
| George | 2 | $375.00 | $750.00 |  |  |
| Seth | 1 | $450.00 | $450.00 |  |  |
|  | 16 |  |  | $3,750.00 | 234.38 |
|  |  |  | TOTAL | $28,555.00 |  |



3. **Estimated date of completion:** Ten days from date of engagement, or sooner.

4. **Summary of time billed during the chapter 11 (and pre-petition amounts owed, if any);**

    a) We received $375,000 in retainer.
    b) Pre-petition charges billed against retainer were $83,911.94
    c) Retainer on hand post-petition was $291,088.06
    d) Post-petition CRO services invoice was $ 175,455.00
    e) Post-petition FA services invoiced was $ 177,291.00
    f) Amount exceeding retainer, is approximately $ 91,315.79, prior to final invoicing.
    g) The total Post-Petition Chapter 11 time charges are approximately $352,746.00.
    h) The total time billed is approximately 1,060 hours

5. **Description of pre-petition relationship with any of the Debtors or parties related to the bankruptcy**

    a) GlassRatner, nor Seth R. Freeman, individually, had any prior relationship with Debtors or any related parties.

6. **Time spent post-conversion to present for each of the four entities.**

    a) We have requested a WIP report from the accounting department. Much of Seth R. Freeman time is general time but can be allocated.

    b) In the aggregate we have incurred approximately 80 hours of time broken into 4 categories:

        a. Time spent immediately after Conversion hearing in organizing for the Trustees and organizing, protecting and preserving data and information and preparation of "hand-over" information, consultation with counsel; providing information to the Trustees.

        b. Time spent on preparing to physically winding-down activities in the premises, copying and backing-up data, preparing for meeting with Trustees on site. Picking-up and sorting mail; administration/bookkeeping such as entering pre and post conversion payables to ensure accuracy of Final Reports.

        c. Preparation of Final Reports mainly by my team and SOFA/Schedules project planning.

        d. Seth Freeman specific activities, such as retention matters; on-site meeting with the Trustees. Communications by email and responding to Trustees; consultation with counsel on post-conversion matters, on-site meeting with alarm and security service; answering and forwarding tenant concerns; responding to Crestmark/Metabank MSG removal; locksmith to relocate a truck; technology and systems resources issues. Responding to various third-parties with concerns or questions.