

_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
May 02, 2019

Jeffrey L. Hartman, Esq., #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
Telephone: (775) 324-2800
Fax: (775) 324-1818
notices@bankruptcyreno.com

Attorney (proposed) for Christina Lovato, Trustee

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

IN RE:

DOUBLE JUMP, INC.

☒     AFFECTS THIS DEBTOR

☐     AFFECTS DORA DOG
        PROPERTIES, LLC

☐     AFFECTS DOG BLUE
        PROPERTIES, LLC

☐     AFFECTS BRANDY BOY
        PROPERTIES, LLC

☐     AFFECTS 475 CHANNEL ROAD,
        LLC

☐     AFFECTS PARK ROAD, LLC

☐     AFFECTS 140 MASON CIRCLE,
        LLC

☒     AFFECTS DC SOLAR
        SOLUTIONS, INC.

Lead Case No.: BK-19-50102-btb
(Chapter 7)
Jointly Administered with:

| 19-50103-btb | Dora Dog Properties, LLC |
| --- | --- |
| 19-50104-btb | Dog Blue Properties, LLC |
| 19-50105-btb | Brandy Boy Properties, LLC |
| 19-50106-btb | 475 Channel Road, LLC |
| 19-50108-btb | Park Road, LLC |
| 19-50109-btb | 140 Mason Circle, LLC |
| 19-50130-btb | DC Solar Solutions, Inc. |
| 19-50131-btb | DC Solar Distribution, Inc. |
| 19-50135-btb | DC Solar Freedom, Inc. |

**ORDER APPROVING TRUSTEE'S MOTION FOR CONTINUING RETENTION OF GLASSRATNER ADVISORY & CAPITAL GROUP LLC AND SETH FREEMAN TO PROVIDE POST CONVERSION SERVICES TO CHAPTER 7 TRUSTEE**
Date:  April 30, 2019   Time: 10:15 a.m.

Hartman & Hartman
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
(775) 324-2800

1  ☒    AFFECTS DC SOLAR
        DISTRIBUTION, INC.

2

3  ☒    AFFECTS DC SOLAR
        FREEDOM, INC.

4  ☐    AFFECTS ALL DEBTORS.

5  _____/

6          The Court having considered the Motion of Christina Lovato, Trustee for the estates

7  of Double Jump, Inc., DC Solar Solutions, Inc., DC Solar Distribution, Inc., and DC Solar

8  Freedom, Inc. (collectively, "Debtors"), seeking an order authorizing continuing retention

9  of GlassRatner Advisory & Capital Group, LLC ("GlassRatner"), and Seth Freeman ("Mr.

10 Freeman"), to provide post-conversion services to the Double Jump Estates, effective as of

11 March 22, 2019, there having been no objection to the Motion, and good cause appearing,

12         **IT IS ORDERED** that the Trustee is authorized to continue retention of

13 GlassRatner and Mr. Freeman to provide post-conversion services to the Double Jump

14 Estates, effective as of March 22, 2019; and

15         **IT IS FURTHER ORDERED** that Trustee is authorized to utilize the services of

16 Mr. Freeman and, as required, the services of GlassRatner to assist in identifying additional

17 assets, potential claims for recovery of assets and other services the Trustee deems

18 necessary and appropriate to assist her in administration of these cases; and

19         **IT IS FINALLY ORDERED** that periodically GlassRatner shall file applications

20 for approval and payment of fees and expenses incurred.

21 Submitted by:

22 **HARTMAN & HARTMAN**

23 /S/ Jeffrey L. Hartman
   _____
24 Jeffrey L. Hartman, Esq.
   Proposed Attorney for Trustee
25

26                                    # # #

27

28

Hartman & Hartman
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
(775) 324-2800

## **ALTERNATIVE METHOD Re: RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    The court has waived the requirement set forth in LR 9021(b)(1).

__X__    No party appeared at the hearing or filed an objection to the paper.

_____    I have delivered a copy of the proposed order to all counsel who appeared at the hearing, any trustee appointed in this case and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below.

### *Trustee's Counsel:*

__X__    Prepared / Approved the form of this order

_____    Waived the right to review the order and/or

_____    Appeared at the hearing, waived the right to review the order

_____    Matter unopposed, did not appear at the hearing, waived the right to review the order

_____    Disapproved the form of this order

_____    Did not respond to the paper

### *U.S. Trustee:*

_____    Approved the form of this order

_____    Disapproved the form of this order

_____    Waived the right to review the order and/or

__X__    Did not respond to the paper

_____    Did not appear at the hearing or object to the paper

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

Submitted by:

**HARTMAN & HARTMAN**

/S/ Jeffrey L. Hartman
Jeffrey L. Hartman