LAW OFFICES OF AMY N. TIRRE,  
A Professional Corporation  
AMY N. TIRRE, ESQ.  #6523  
3715 Lakeside Drive, Suite A  
Reno, NV 89509  
Telephone: (775) 828-0909  
Facsimile: (775) 828-0914  
E-mail:  amy@amytirrelaw.com  

DONNA T. PARKINSON (CA SB # 125574) (pro hac vice)  
THOMAS R. PHINNEY (CA SB #  159435) (pro hac vice)  
PARKINSON PHINNEY  
3600 American River Drive, Suite 145  
Sacramento, CA 95864  
Telephone (916) 449-1441  
Facsimile: (916) 449-1440  
E-mail: donna@parkinsonphinney.com  
E-mail: tom@parkinsonphinney.com  

Counsel for Jeff and Paulette Carpoff  

E-Filed:   October 21, 2019

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In Re:<br><br>DOUBLE JUMP, INC.,<br><br>Debtor.<br><br>__X_ Affects DC Solar Solutions, Inc.<br>__X_ Affects DC Solar Distribution, Inc.<br>__X_ Affects DC Solar Freedom, Inc.<br>__X_ Affects Double Jump, Inc. | Lead Case No.: BK-19-50102-GS<br>Chapter 7<br><br>Jointly Administered with:<br>19-50130-GS DC Solar Solutions, Inc.<br>19-50131-GS DC Solar Distributions, Inc.<br>19-50135-GS DC Solar Freedom, Inc.<br><br>**MOTION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO QUASH NOTICES OF DEPOSITION AND/OR FOR PROTECTIVE ORDERS RE DEPOSITIONS OF JEFF AND PAULETTE CARPOFF**<br><br>Hearing Date:   OST Requested<br>Hearing Time: |
|---|---|

Jeff and Paulette Carpoff (the "Carpoffs"), by and through counsel, Parkinson Phinney and Law Offices of Amy N. Tirre, A Professional Corporation, move for an order setting the hearing on the Carpoffs' Motion to Quash Notice of Depositions and/or for Protective Orders re Depositions

1

of Jeff and Paulette Carpoff ("Motion") on shortened time and prior to November 6, 2019 when the depositions are scheduled. This Motion is supported by the separately-filed Attorney Information Sheet and the attached Declaration of Amy N. Tirre, Esq.

A proposed Order is attached hereto as Exhibit 1.

WHEREFORE, the Carpoffs pray for an order shortening time for the hearing on their Motion to Quash Notice of Depositions and/or for Protective Orders re Depositions of Jeff and Paulette Carpoff prior to November 6, 2019.

DATED October 21, 2019.

        PARKINSON PHINNEY

        And

        LAW OFFICES OF AMY N. TIRRE
        A Professional Corporation

        /s/ Amy N. Tirre
        AMY N. TIRRE, ESQ.

        Counsel for Jeff Carpoff and Paulette Carpoff

### DECLARATION OF AMY N. TIRRE IN SUPPORT OF MOTION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO QUASH NOTICE OF DEPOSITIONS AND/OR FOR PROTECTIVE ORDERS RE DEPOSITIONS OF JEFF AND PAULETTE CARPOFF

I, AMY N. TIRRE, being first duly sworn, depose and say under penalty of perjury, that the following assertions of this Declaration are true as follows:

1. I am an attorney with the law firm of Law Offices of Amy N. Tirre, A Professional Corporation and admitted to practice law in Nevada and before the United States District Court in and for the District of Nevada.

2. I am co-counsel with Donna T. Parkinson, Esq. and Thomas R. Phinney, Esq. We represent Jeff Carpoff and Paulette Carpoff ("the Carpoffs") in these jointly administered bankruptcy cases.

3. The Carpoffs currently have two motions pending: (1) Motion for Disclosure of Server and Quickbooks information to Comply with Tax Requirements and Locate Estate Assets ("Quickbooks Motion") and 2) Motion for Disclosure of Audit List of Mobile Solar Generators to Assist in Locating Estate Assets ("MSG Audit List Motion"). The Quickbooks Motion and the MSG Audit List Motion are sometimes hereafter collectively referred to as the Motions. The Motions are scheduled for hearing on December 9, 2019.

4. Solarmore Management Services, Inc. ("SMS") has issued two Notice of Depositions ("Notices") for Jeff and Paulette Carpoff. The Notices were served pursuant to Federal Rules of Bankruptcy Procedure ("FRBP") 7026 and 7030, made applicable by FRBP 9014, in connection with the two Motions.

5. The depositions of Jeff and Paulette Carpoff are scheduled for November 6, 2019 (the "Depositions").

6. Ms. Parkinson has attempted to meet and confer with SMS's counsel about the Depositions and notified SMS's counsel that the Carpoffs will likely be asserting their Fifth

3

Amendment Privilege against Self-Incrimination and therefore, the Depositions will be a waste of time and money. As this Court is aware, the Carpoffs are the subject of a broad federal inquiry, relating to the debtors as well as the Carpoffs' other business and personal activities, their real estate transactions, their loans and financing activities and other transactions in which their businesses were involved. Because of the broad federal inquiry, the Carpoffs are unwilling to answer any questions that could be construed as a waiver of their Fifth Amendment Privilege. Determining which questions at the Depositions might open a door to a later argument by the United States that the Carpoffs waived their Fifth Amendment Privilege in these Depositions creates a slippery slope that they are unwilling to tread. Accordingly, they seek to quash the Deposition Notices and ask that the Court issue a Protective Order excusing them from appearing and responding to questions at the Depositions.

7. Moreover, the Carpoffs filed the Motions seeking information that the Chapter 7 Trustee is withholding. Because the Chapter 7 Trustee is the person withholding information that the Carpoffs need to locate purportedly missing assets and to complete their tax reporting requirements, she is the party who should be deposed and explain her position to SMS and not the Carpoffs. Yet, instead of noticing the Chapter 7 Trustee for deposition, SMS seeks discovery *against the movants, the Carpoffs*. It is the Carpoffs' position that there is no information that they as the movants can provide to SMS, particularly in light of their Fifth Amendment Privilege, about why the Trustee is withholding information from them that would justify their Depositions by SMS related to these Motions. The Carpoffs have been plain and direct about their need for the information, i.e., so that they can help the Trustee to locate purportedly missing assets and to complete their tax reporting requirements. SMS has failed to plainly state the purpose of the Carpoffs' Depositions in the context of the Motions. The Carpoffs assert that the Depositions are a fishing expedition by SMS and to harass the Carpoffs.

8.      Based upon the foregoing, I submit that the Court should hear this Motion to Quash Notice of Depositions and/or for Protective Orders re Depositions of Jeff and Paulette Carpoff on shortened time prior to November 6, 2019 when the Depositions are scheduled so that the parties can avoid the time and expense of these needless Depositions.

9.      As set forth in the Attorney Information Sheet, I reached out to counsel for the Chapter 7 Trustee, Jeffrey Hartman, Esq., and counsel for SMS, Nathan Kanute, Esq., about the request for shortened time and they responded as set forth therein.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed on October 21, 2019.

/s/ Amy N. Tirre
AMY N. TIRRE

LAW OFFICES OF AMY N. TIRRE
3715 Lakeside Drive, Suite A
Reno, NV 89509
(775) 828-0909 Telephone
(775) 828-0914 Facsimile
E-mail: amy@amytirrelaw.com

5

**CERTIFICATE OF SERVICE**

Pursuant to FRBP 7005 and FRCP 5(b), I certify that I am an employee of Law Offices of Amy N. Tirre, APC, that I am over the age of 18 and not a party to the above-referenced case, and that on October 21, 2019 I filed and served the foregoing **MOTION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO QUASH NOTICE OF DEPOSITIONS AND/OR FOR PROTECTIVE ORDERS RE DEPOSITIONS OF JEFF AND PAULETTE CARPOFF** as indicated:

__X__        **BY NOTICE OF ELECTRONIC FILING**: through Electronic Case Filing System of the United States Bankruptcy Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below:

- SETH J. ADAMS    sadams@woodburnandwedge.com
- GREG ADDINGTON    greg.addington@usdoj.gov, christi.dyer@usdoj.gov
- MEGAN M. ADEYEMO    madeyemo@gordonrees.com, asoto@grsm.com
- SALLIE B ARMSTRONG    sarmstrong@mcdonaldcarano.com, nhoy@mcdonaldcarano.com
- BRETT A. AXELROD    baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com
- LOUIS M. BUBALA    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
- CANDACE C CARLYON    ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;Dcica@carlyoncica.com
- JEFFREY D. CAWDREY    jcawdrey@grsm.com, jmydlandevans@grsm.com;spoteet@grsm.com;mbrookman@grsm.com;sdurazo@grsm.com
- ROBERT M. CHARLES    rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com
- MARIA ELLENA CHAVEZ-RUARK    maria.ruark@saul.com
- DAWN M. CICA    dcica@carlyoncica.com, mstallsworth@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com
- WILLIAM D COPE    william@copebklaw.com, r64042@notify.bestcase.com
- TIMOTHY S. CORY    tim.cory@corylaw.us, salexander@corylaw.us
- MARC S. CWIK    cwik@lbbslaw.com, adam.pernsteiner@lewisbrisbois.com;susan.awe@lewisbrisbois.com
- TRICIA M. DARBY    tricia@darbylawpractice.com, kad@darbylawpractice.com
- MICHAEL A DIGIACOMO    digiacomom@ballardspahr.com, saltlakedocketclerk@ballardspahr.com;paredesr@ballardspahr.com;hartt@ballardspahr.com
- VAN C. DURRER    van.durrer@skadden.com
- THOMAS H. FELL    tfell@fclaw.com, clandis@fclaw.com
- FRANCHISE TAX BOARD (cc)    BKClaimConfirmation@ftb.ca.gov, kevin.hutty@ftb.ca.gov
- DONALD L. GAFFNEY    dgaffney@swlaw.com, tapodaca@swlaw.com
- MICHAEL J GOMEZ    mgomez@frandzel.com, dmoore@frandzel.com
- REW R. GOODENOW    ecf@parsonsbehle.com, rgoodenow@parsonsbehle.com

LAW OFFICES OF AMY N. TIRRE
3715 Lakeside Drive, Suite A
Reno, NV 89509
(775) 828-0909 Telephone
(775) 828-0914 Facsimile
E-mail: amy@amytirrelaw.com

- JAMES D. GREENE    jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
- STEVEN T GUBNER    sgubner@bg.law, ecf@bg.law
- ALLEN J. GUON    aguon@foxrothschild.com, plove@foxrothschild.com
- JEFFREY R. HALL    jhall@hutchlegal.com, bbenitez@hutchlegal.com
- STEPHEN R HARRIS    steve@harrislawreno.com, hannah@harrislawreno.com;norma@harrislawreno.com
- JEFFREY L HARTMAN    notices@bankruptcyreno.com, abg@bankruptcyreno.com
- PAYMON HIFAI    phifai@hornerlawgroup.com
- ELIZABETH A. HIGH    e.high@lee-high.com, e.dendary@lee-high.com;s.ramos@lee-high.com
- RICHARD F. HOLLEY    rholley@nevadafirm.com, apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
- RICK R. HSU    rhsu@mclrenolaw.com, hmotta@mcllawfirm.com
- CHRISTOPHER D. HUGHES    chughes@nossaman.com
- BRIAN R. IRVINE    birvine@dickinsonwright.com, mreel@dickinsonwright.com;cgrinstead@dickinsonwright.com;RN_litdocket@dickinsonwright.com
- NEAL R. JACOBSON    jacobsonn@sec.gov
- MATTHEW L. JOHNSON    annabelle@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com;sue@mjohnsonlaw.com
- NATHAN G. KANUTE    nkanute@swlaw.com, mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;ljtaylor@swlaw.com
- TALIN KESHISHIAN    tkeshishian@bg.law
- MARY LANGSNER    mlangsner@nevadafirm.com, oswibies@nevadafirm.com;apestonit@nevadafirm.com;rholley@nevadafirm.com
- BART K. LARSEN    blarsen@klnevada.com, bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com
- ROBERT S. LARSEN    rlarsen@gordonrees.com, gangulo@gordonrees.com;wwong@gordonrees.com;kcaswell@grsm.com
- ANDREW V. LAYDEN    alayden@bakerlaw.com
- ANNIE Z. LI    annie.li@skadden.com
- CHRISTINA W. LOVATO    trusteelovato@att.net, NV26@ecfcbis.com
- TIMOTHY A LUKAS    ecflukast@hollandhart.com
- EDWARD M. MCDONALD    edward.m.mcdonald@usdoj.gov
- JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com
- ALI M. M. MOJDEHI    amojdehi@btlaw.com, jgertz@btlaw.com;arego@btlaw.com
- TRACY M. O'STEEN    tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com
- RICHARD A. OSHINSKI    Rick@OshinskiForsberg.com, Linda@OshinskiForsberg.com
- DONNA T PARKINSON    donna@parkinsonphinney.com
- PAUL J PASCUZZI    ppascuzzi@ffwplaw.com

LAW OFFICES OF AMY N. TIRRE
3715 Lakeside Drive, Suite A
Reno, NV 89509
(775) 828-0909 Telephone
(775) 828-0914 Facsimile
E-mail: amy@amytirrelaw.com

**LAW OFFICES OF AMY N. TIRRE**
3715 Lakeside Drive, Suite A
Reno, NV 89509
(775) 828-0909 Telephone
(775) 828-0914 Facsimile
E-mail: amy@amytirrelaw.com

- MATTHEW W. QUALL    mquall@quallcardot.com
- JACK A. RAISNER    jar@outtengolden.com
- JULIE HOPE ROME-BANKS    Julie@bindermalter.com
- RENE' S ROUPINIAN    rsr@outtengolden.com, jxh@outtengolden.com;squinonez@outtengolden.com;bkouroupas@outtengolden.com
- THERESE SCHEUER    scheuert@sec.gov
- BRIAN D. SHAFFER    brian.shaffer@msrlegal.com, karen.wigylus@msrlegal.com
- JAMES PATRICK SHEA    jshea@klnevada.com, mbarnes@klnevada.com;bankruptcy@klnevada.com
- DANIEL H. SLATE    dslate@buchalter.com, smartin@buchalter.com
- KEVIN M. SUTEHALL    ksutehall@foxrothschild.com, dloffredo@foxrothschild.com
- AMY N. TIRRE    amy@amytirrelaw.com, admin@amytirrelaw.com
- U.S. TRUSTEE - RN - 7    USTPRegion17.RE.ECF@usdoj.gov
- DAVID F. WAGUESPACK    Waguespack@carverdarden.com, plaisance@carverdarden.com
- CONSTANCE L. YOUNG    constance.young@wbd-us.com, janice.phillips@wbd-us.com

XX      **BY MAIL**: by placing the document listed above in a sealed envelope with Postage thereon fully prepaid in the United States Mail at Reno, Nevada, and addressed as set forth below. I am readily familiar with my office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on 21 October 2019, with postage thereon fully prepaid in the ordinary course of business.

| | |
|---|---|
| My Chi<br>919 Third Ave.<br>New York NY 10022 | Even Beck Coren<br>919 North Market Street Suite 1300<br>Wilmington DE 19801 |
| Sarah Coyne<br>Garrett A. Fail<br>767 Fifth Ave.<br>New York NY 10153 | Sharon Z. Weiss<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401 |
| Rollin Alexander McGhee<br>220 Uptown West Drive<br>Charlotte, NC 28208 | Felderstein Fitzgerald Willoughby & Pascuzzi LLP<br>400 Capitol Mall, Suite 1750<br>Sacramento CA 95814 |
| Robert Lapowsky<br>620 Freedom Business Center Suite 200<br>King of Prussia PA 19406 | William L. Novotny<br>1850 North Central Ave. Suite 1400<br>Phoenix AZ 85004 |
| Mark R. Owens<br>11 S. Meridian Street<br>Indianapolis IN 46204 | Michael M. Parker<br>300 Convent Street, Suite 2100<br>San Antonio TX 78205-3792 |

Erica S. Weisgerber
919 Third Ave.
New York NY 10022

Regina Stango Kelbon
Josef W. Mintz
138 North 18th Street
Philadelphia, PA 19103-6998

Andre Espinosa
Eastern District of California, Criminal
Robert T. Matsui U.S. Courthouse
501 I Street, Suite 10-100
Sacramento CA 95814-7306

Kevin Khasigian
Eastern District of California, Criminal
Robert T. Matsui U.S. Courthouse
501 I Street, Suite 10-100
Sacramento CA 95814-7306

DATED October 21, 2019.

      /s/ Genevieve DeLucchi
An Employee of Law Offices of Amy N. Tirre, APC

**LAW OFFICES OF AMY N. TIRRE**
3715 Lakeside Drive, Suite A
Reno, NV 89509
(775) 828-0909 Telephone
(775) 828-0914 Facsimile
E-mail: amy@amytirrelaw.com

9

# EXHIBIT 1

# EXHIBIT 1

LAW OFFICES OF AMY N. TIRRE,
A Professional Corporation
AMY N. TIRRE, ESQ.  #6523
3715 Lakeside Drive, Suite A
Reno, NV 89509
Telephone: (775) 828-0909
Facsimile: (775) 828-0914
E-mail:  amy@amytirrelaw.com

DONNA T. PARKINSON (CA SB # 125574) (pro hac vice)
THOMAS R. PHINNEY (CA SB #  159435) (pro hac vice)
PARKINSON PHINNEY
3600 American River Drive, Suite 145
Sacramento, CA 95864
Telephone (916) 449-1441
Facsimile: (916) 449-1440
E-mail: donna@parkinsonphinney.com
E-mail: tom@parkinsonphinney.com

Counsel for Jeff and Paulette Carpoff

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:<br><br>DOUBLE JUMP, INC.,<br><br>Debtor. | Lead Case No.: BK-19-50102-GS<br>Chapter 7<br><br>Jointly Administered with:<br>19-50130-GS DC Solar Solutions, Inc.<br>19-50131-GS DC Solar Distributions, Inc.<br>19-50135-GS DC Solar Freedom, Inc. |
| __X__ Affects DC Solar Solutions, Inc.<br>__X__ Affects DC Solar Distribution, Inc.<br>__X__ Affects DC Solar Freedom, Inc.<br>__X__ Affects Double Jump, Inc. | **ORDER GRANTING MOTION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO QUASH NOTICES OF DEPOSITION AND/OR FOR PROTECTIVE ORDERS RE DEPOSITIONS OF JEFF AND PAULETTE CARPOFF** |

1

Hearing Date:  OST Requested
Hearing Time:
Estimated Hearing Time:

    Jeff and Paulette Carpoff , having moved this Court for an order shortening time for the hearing on their Motion to Quash Notices of Deposition and/or Protective Orders re Depositions of Jeff and Paulette Carpoff, (Doc. 1336), the Court having considered the presentation with respect thereto, and for good cause shown,

    IT IS HEREBY ORDERED that the Motion for Order Shortening Time is GRANTED and that the time for notice of a hearing with respect to the Motion to Quash Notices of Deposition and for Protective Orders re Depositions of Jeff and Paulette Carpoff ("Motion"), is hereby shortened so that a hearing thereon shall occur before this Court on _____, 2019, at _____ __.m. at the U.S. Bankruptcy Court, 300 Booth Street, Reno, Nevada 89509.

    IT IS FURTHER ORDERED that any opposition to the Motion shall be filed and served by _____, 2019, and any reply to the opposition to the Motion shall be filed and served by _____, 2019.

Submitted by:

By /s/ Amy N. Tirre
AMY N. TIRRE, ESQ.

Counsel for Jeff and Paulette Carpoff

###

2