E-filed:  October 23, 2019

Nathan G. Kanute (NV Bar No. 12413)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, NV 89501
Telephone: (775) 785-5440
Facsimile: (775) 785-5441
Email: nkanute@swlaw.com

Donald L. Gaffney (*admitted pro hac vice*)
(AZ Bar No. 005717)
SNELL & WILMER L.L.P.
One Arizona Center, Suite 1900
400 East Van Buren Street
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile:  (602) 382-6070
Email: dgaffney@swlaw.com

*Attorneys for Solarmore Management Services, Inc.*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case No. 19-50102-gs – LEAD CASE |
| DOUBLE JUMP, INC., | Chapter 7 |
| Affects: | Jointly administered |
| ☒ All Debtors | |
| ☐ Double Jump, Inc. (19-50102-gs) | **CERTIFICATE OF SERVICE** |
| ☐ DC Solar Solutions, Inc. (19-50130-gs) | |
| ☐ DC Solar Distribution, Inc. (19-50131-gs) | |
| ☐ DC Solar Freedom, Inc. (19-50135-gs) | |
| Debtors. | |

I served true and correct copies of the following documents:

1.  *Joint Ex Parte Motion for Order Requiring Julie C. Muraco to Appear for Examination Pursuant to Fed. R. Bankr. P. 2004* [ECF No. 1322];

2.  *Joint Ex Parte Motion for Order Requiring Lauren Hill to Appear for Examination Pursuant to Fed. R. Bankr. P. 2004* [ECF No. 1323];

3.  *Joint Ex Parte Motion for Order Requiring Matthew Brosman to Appear for Examination Pursuant to Fed. R. Bankr. P. 2004* [ECF No. 1324];

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

4. *Joint Ex Parte Motion for Order Requiring Barry Hacker to Appear for Examination Pursuant to Fed. R. Bankr. P. 2004* [ECF No. 1325];

5. *Joint Ex Parte Motion for Order Requiring Craig Sheftell to Appear for Examination Pursuant to Fed. R. Bankr. P. 2004* [ECF No. 1326];

6. *Joint Ex Parte Motion for Order Requiring Marcelo Bermudez to Appear for Examination Pursuant to Fed. R. Bankr. P. 2004* [ECF No. 1327];

7. *Joint Ex Parte Motion for Order Requiring Patrick Moore to Appear for Examination Pursuant to Fed. R. Bankr. P. 2004* [ECF No. 1328];

8. *Joint Ex Parte Motion for Order Requiring The Person Most Knowledgeable of Alvarez & Marsal Valuation Services, LLC to Appear for Examination Pursuant to Fed. R. Bankr. P. 2004* [ECF No. 1329];

9. *Joint Ex Parte Motion for Order Requiring The Person Most Knowledgeable of Carson Trailer, Inc. to Appear for Examination Pursuant to Fed. R. Bankr. P. 2004* [ECF No. 1330];

10. *Joint Ex Parte Motion for Order Requiring The Person Most Knowledgeable of Marshall and Stevens Incorporated to Appear for Examination Pursuant to Fed. R. Bankr. P. 2004* [ECF No. 1331];

11. *Joint Ex Parte Motion for Order Requiring The Person Most Knowledgeable of Fallbrook Capital Securities Corporation to Appear for Examination Pursuant to Fed. R. Bankr. P. 2004* [ECF No. 1332];

12. *Notice of Entry of Orders* [ECF No. 1360];

for Snell & Wilmer L.L.P., attorneys for Solarmore Management Services, Inc. in the above matter, via the following means, on the date specified, to the persons as listed below:

**VIA THE COURT'S CM/ECF SYSTEM (October 21, 2019):**

See ECF filing receipt ECF No. 1322 attached as **Exhibit 1**.

See ECF filing receipt ECF No. 1323 attached as **Exhibit 2**.

See ECF filing receipt ECF No. 1324 attached as **Exhibit 3**.

See ECF filing receipt ECF No. 1325 attached as **Exhibit 4**.

4834-9050-2314

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775.785.5440

See ECF filing receipt ECF No. 1326 attached as **Exhibit 5**.

See ECF filing receipt ECF No. 1327 attached as **Exhibit 6**.

See ECF filing receipt ECF No. 1328 attached as **Exhibit 7**.

See ECF filing receipt ECF No. 1329 attached as **Exhibit 8**.

See ECF filing receipt ECF No. 1330 attached as **Exhibit 9**.

See ECF filing receipt ECF No. 1331 attached as **Exhibit 10**.

See ECF filing receipt ECF No. 1332 attached as **Exhibit 11**.

**VIA THE COURT'S CM/ECF SYSTEM (October 22, 2019):**

See ECF filing receipt ECF No. 1360 attached as **Exhibit 12**.

**VIA E-MAIL (October 23, 2019):**

| | |
|---|---|
| CANDACE CARLYON ESQ<br>TRACEY M O'STEEN ESQ<br>CARLYON CICA CHTD<br>4495 S PECOS RD<br>LAS VEGAS NV 89121 | ccarlyon@carlyoncica.com<br>tosteen@carlyoncica.com |
| VAN C DURRER II ESQ<br>ANNIE Z LI ESQ<br>SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>300 S GRAND AVE STE 3400`<br>LOS ANGELES CA 90071 | Van.durrer@skadden.com<br>annie.li@skadden.com |
| US TRUSTEE – LV – 7<br>ATTN: EDWARD M MCDONALD<br>OFFICE OF THE US TRUSTEE<br>300 S LAS VEGAS BLVD #4300<br>LAS VEGAS NV 89101-5803 | Edward.m.mcdonald@usdoj.gov |
| CHRISTINA W LOVATO<br>PO BOX 18417<br>RENO NV 89511 | trusteelovato@att.net |
| W DONALD GIESEKE<br>18124 WEDGE PKWY #518<br>RENO NV 89511 | wdg@renotrustee.com |
| PAUL J PASCUZZI ESQ<br>JENNIFER E NIEMANN ESQ<br>FELDERSTEIN FITZGERALD WILLOUGHBY<br>PASCUZZI & RIOS LLP<br>500 CAPITOL MALL STE 2250<br>SACRAMENTO CA 95814 | ppascuzzi@ffwplaw.com<br>jniemann@ffwplaw.com<br>twilloughby@ffwplaw.com |

Snell & Wilmer<br>L.L.P.<br>LAW OFFICES<br>50 West Liberty Street, Suite 510<br>Reno, Nevada 89501<br>775.785.5440

4834-9050-2314

| | |
|---|---|
| JEFFREY L HARTMAN ESQ<br>HARTMAN & HARTMAN<br>510 W PLUMB LN STE B<br>RENO NV 89509 | notices@bankruptcyreno.com |
| ANDRE ESPINOSA ESQ<br>KEVIN KHASIGIAN ESQ<br>EASTERN DISTRICT CA<br>CRIMINAL DIVIVISION<br>ROBERT T MATSUI US COURTHOUSE<br>501 I ST STE 10-100<br>SACRAMENTO CA 95814 | Andre.espinosa@usdoj.gov<br>kevin.khasigian@usdoj.gov |
| NEAL R JACOBSON ESQ<br>THERESE SCHEUER ESQ<br>US SECURITIES & EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>BROOKFIELD PL<br>200 VESEY ST STE 400<br>NEW YORK NY 10281 | jacobsonn@sec.gov<br>scheuert@sec.gov |
| HERITAGE BANK OF COMMERCE<br>ATTN: CARMEN PONCE<br>101 YGNACIA VALLEY RD STE 100<br>WALNUT CREEK CA 94596 | Carmen.ponce@herbank.com |
| CTBC BANK<br>ATTN: ALEX RODELA<br>801 S FIGUEROA ST STE 2300<br>LOS ANGELES CA 90017 | Alex.rodela@ctbcbankusa.com |
| TOYOTA MATERIAL HANDLING<br>ATTN: DAVID MILLS<br>PO BOX 660926<br>DALLAS TX 75266-0926 | dmills@tmhnc.com |
| TRANSLEASE INC<br>ATTN: JUSTIN MONTGOMERY<br>1400 W 62ND AVE<br>DENVER CO 80221 | Justin.montgomery@transleaseinc.com |
| BAY AREA DRAINAGE INC<br>86 BUCKINGHAM DR<br>MORAGA CA 94556 | mara@bayareadrainage.com |
| BRIAN D SHAFFER ESQ<br>MILLER STARR REGALIA<br>1331 N CALIFORNIA BLVD 5TH FL<br>WALNUT CREEK CA 94596 | brian.shaffer@msrlegal.com |
| BPXPRES<br>4740 E 2ND ST STE 29<br>BENICIA CA 94553 | bpxoffice@blueprintexpress.com |

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4834-9050-2314

| | | |
|---|---|---|
| 1 2 | CA CONSTRUCTION<br>127 DENORMANDIE WAY<br>MARTINEZ CA 94553 | 21techlife@gmail.com |
| 3 4 | CONTRA COSTA COUNTY TAX COLLECTOR<br>PO BOX 7002<br>SAN FRANCISCO CA 94120-7002 | taxinfo@tax.cccounty.us |
| 5 6 | DEBOLT CIVIL ENGINEERING<br>811 SAN RAMON VALLEY BLVD<br>DANVILLE CA 94526 | deboltcivil@earthlink.net |
| 7 8 | JQ YU CONSTRUCTION INC<br>1089 SHARY CIR<br>SAN FRANCISCO CA 94158 | Jqyu1089@yahoo.com |
| 9 10 | LEGACY FRAMERS INC<br>980 GARCIA AVE STE C<br>PITTSBURG CA 94565 | paiger@legacyframers.com |
| 11 12 | RB PAINTING<br>1385 PALM AVE<br>MARTINEZ CA 94553 | Rbpainting66@yahoo.com |
| 13 14 | STEVEN FERRONE & BALEY ENGINEERING CO<br>PO BOX 815<br>CONCORD CA 94522-0815 | cromero@sfandb.com |
| 15 16 | STILLWATER INS CO<br>PO BOX 45126<br>JACKSONVILLE FL 32232-5126 | ins@stillwater.com |
| 17 18 19 | CL RAFFETY CPA<br>TREASURER – TAX COLLECTOR<br>PO BOX 678002<br>PLACERVILLE CA 95667-8002 | Harry.placenti@us.army.mil |
| 20 21 | AIG PRIVATE CLIENT GROUP<br>PO BOX 601148<br>PASADENA CA 91189-1148 | Billing.help@aig.com |
| 22 23 | CITY OF MARTINEZ<br>525 HENRIETTA ST<br>MARTINEZ CA 94553 | waterbilling@cityofmartinez.org<br>jabaci@walterpistole.com |
| 24 25 | FRED'S FLOOR COVERINGS<br>5520 MICHIGAN BLVD<br>CONCORD CA 94521 | fredsfloorcovering@gmail.com |
| 26 27 28 | RAY LESTER<br>LESTER CONSTRUCTION<br>2515 GOLD RUN CT<br>VALLEY SPRINGS CA 95252 | Lesterray420@gmail.com |

Snell & Wilmer<br>L.L.P.<br>LAW OFFICES<br>50 West Liberty Street, Suite 510<br>Reno, Nevada 89501<br>775.785.5440

4834-9050-2314

| | |
|---|---|
| MARK SCOTT CONSTRUCTION INC<br>2835 CONTRA COSTA BLVD<br>PLEASANT HILL CA 94523 | ctrent@msconstruction.com |
| NAPA COUNTY TREASURER-TAX COLLECTOR<br>1195 THIRD ST STE 108<br>NAPA CA 94559-3050 | taxcollector@countyofnapa.org |
| NATIVE SONS LANDSCAPING INC<br>25 BETA CT STE L<br>SAN RAMON CA 94583 | mail@nativesonslandscaping.com |
| PACIFIC LINKS INTERNATIONAL<br>1 ROBERT TRENT JONES ST<br>LAS VEGAS NV 89141-6038` | info@southernhighlandsgolfclub.com |
| SHAUN RANG<br>861 RUTH DR<br>PLEASANT HILL CA 94523-1939 | shaunrang@sbcglobal.net |
| ALEXANDER & ASSOC<br>147 OLD BERNAL AVE STE 20<br>PLEASANTON CA 94566 | surveyor@trivalley.com |
| CONTRA COSTA DEPT OF DEVELOPMENT<br>30 MUIR RD<br>MARTINEZ CA 94553 | Kelli.zenn@dcd.cccounty.us |
| WILLIAMSON COUNTY TAX OFFICE<br>904 S MAIN ST<br>GEORGETOWN TX 78626 | proptax@wilco.org |
| EL DORADO COUNTY TAX COLLECTOR<br>CL RAFFETY CPA<br>KE COLEMAN TAX COLLECTOR<br>360 FAIR LN<br>PLACERVILLE CA 94523-2035 | taxcollector@edcgov.us |
| CHARLES LOMELI, TAX COLLECTOR<br>SOLANO COUNTY TREASURY<br>675 TEXAS ST STE 1900<br>FAIRFIELD CA 94533-6337 | ttccc@solanocounty.com |
| ORKIN SERVICES OF CALIFORNIA INC`<br>PO BOX 7161<br>PASADENA CA 91109-7161 | rcoff@orkin.com |
| CITY OF BENICIA<br>PO BOX 398515<br>SAN FRANCISCO CA 94139-8515 | bstock@bwslaw.com |

4834-9050-2314

| # | | |
|---|---|---|
| 1<br>2 | COAST LANDSCAPE MGMT CORP<br>103 CAMINO ORUGA CT<br>NAPA CA 94558-6215 | Pacific_coast_wp@att.net |
| 3<br>4 | CRS COMMERCIAL REAL ESTATE<br>1450 MARIA LN #200<br>WALNUT CREEK CA 94596 | dbg@crsrealestate.com |
| 5<br>6<br>7 | AMERICROWN DAYTONA SPEEDWAY<br>1800 W INTERNATIONAL SPEEDWAY<br>PO BOX 2801<br>DAYTONA FL 32114 | pmaddox@iscmotorsports.com |
| 8<br>9 | CHARGE POINT INC<br>C/O LEGAL DEPT<br>254 E HACIENDA AVE<br>CAMPBELL CA 95008 | Rachel.larrenaga@chargepoint.com<br>mjones@chargepoint.com<br>Jeremy.hall@chargepoint.com |
| 10<br>11 | CHIP GANASSI RACING LLC<br>8500 WESTMORELAND DR<br>CONCORD NC 28027 | jworthen@ganassi.com |
| 12<br>13<br>14<br>15 | EXIDE TECHNOLOGIES<br>C/O FOX ROTHSCHILD LLP<br>ATTN: ROBERT M FISHMAN, ESQ/ALLEN J GUON<br>ESQ<br>321 N CLARK ST STE 800<br>CHICAGO IL 60654 | rfishman@foxrothschild.com<br>aguon@foxrothschild.com<br>tbgna@exide.com |
| 16<br>17<br>18<br>19 | EXIDE TECHNOLOGIES<br>C/O FOX ROTHSCHILD LLP<br>ATTN: BRETT A AXELROD ESQ/AMANDA A HUNT,<br>ESQ<br>ONE SUMMERLIN<br>1980 FESTIVAL PLAZA DR STE 700<br>LAS VEGAS NV 89135 | baxelrod@foxrothschild.com<br>ahunt@foxrothschild.com |
| 20<br>21<br>22 | INTERNATIONAL SPEEDWAY CORP<br>ALLY BANK<br>C/O MAUPIN COX LEGOY<br>ATTN: RICK R HSU ESQ<br>4785 CAUGHLIN PKWY<br>RENO NV 89519 | rhsu@mcllawfirm.com<br>pmaddox@iscmotorsports.com |
| 23<br>24<br>25 | ALLY BANK<br>C/O MAUPIN COX LEGOY<br>ATTN: RICK R HSU ESQ<br>4785 CAUGHLIN PKWY<br>RENO NV 89519 | rhsu@mcllawfirm.com |
| 26<br>27<br>28 | KANSAS SPEEDWAY<br>PO BOX 2801<br>DAYTONA BEACH FL 32120 | dcook@kansasspeedway.com |

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

4834-9050-2314

| | |
|---|---|
| NETJET SALES INC<br>PO BOX 933300<br>ATLANTA GA 31193-3300 | jfarris@ejmjets.com |
| PACIFIC METAL FABRICATION LLC<br>311 CHAMBERS ST<br>PO BOX 41090<br>EUGENE OR 97404 | troyv@pacificmetalfab.net |
| RICHMOND INTERNATIONAL RACEWAY<br>600 E LABURNUM AVE<br>RICHMOND VA 23222 | bodom@iscmotorsports.com |
| US TOWER CORP<br>1099 W ROPES AVE<br>WOODLAKE CA 93286 | mquall@quallcardot.com<br>mgomez@frandzel.com |
| WEX FLEET<br>PO BOX 6293<br>CAROL STREAM IL 60197-6293 | Ben.nelson@wexinc.com |
| XTREME MANUFACTURING LLC<br>8350 EASTGATE RD<br>HENDERSON NV 89015 | mconnot@foxrothschild.com |
| AHERN RENTALS INC<br>PO BOX 271390<br>LAS VEGAS NV 89127 | ca@ahern.com |
| KMH SYSTEMS INC<br>PO BOX 575<br>MT PROSPECT IL 60056 | billing@kmhsystems.com |
| JG ENERGY SOLUTIONS LLC<br>1422 CHALFONT DR<br>SCHAUMBURG IL 60194-2732 | Jansen.carl9@gmail.com |
| ALPINE POWER SYSTEMS INC<br>DEPT 77783<br>PO BOX 77000<br>DETROIT MI 48277-0783 | ar@alpinepowersystems.com |
| ARMSTRONG GROUP OF COMPANIES<br>ATTN: DAVID JAMIESON<br>ONE ARMSTRONG PL<br>BUTLER PA 16001 | djamieson@agoc.com |
| PROGRESSIVE CASUALTY INS CO<br>ATTN: DAVID COFFEY, DEPUTY GENERAL<br>COUNSEL<br>6300 WILSON MILLS RD<br>MAYFIELD VILLAGE OH 44143 | David_coffey@progressive.com |

4834-9050-2314

| | | |
|---|---|---|
| 1<br>2<br>3 | EAST WEST BANCORP INC<br>ATTN: MAITA PROUT, DEPUTY GENERAL<br>COUNSEL<br>135 N LOS ROBLES AVE<br>PASADENA CA 91101 | Maita.prout@eastwestbank.com |
| 4<br>5<br>6 | EAST WEST BANCORP INC<br>ATTN: KEITH KISHIYAMA, SVP, DIRECTOR OF<br>CORP FINANCE<br>135 N LOS ROBLES AVE<br>PASADENA CA 91101 | Keith.kishiyama@eastwestbank.com |
| 7<br>8<br>9 | EAST WEST BANCORP INC<br>ATTN: KYRA LUCCHESI, SVP, SR CORP FINANCE<br>MGR<br>135 N LOS ROBLES AVE<br>PASADENA CA 91101 | Kyra.lucchesi@eastwestbank.com |
| 10<br>11<br>12 | METABANK<br>C/O DICKINSON WRIGHT PLLC<br>ATTN: BRIAN R IRVINE ESQ<br>100 W LIBERTY ST STE 940<br>RENO NV 89501 | birvine@dickinsonwright.com |
| 13<br>14<br>15<br>16 | SOLARSENSE DCS I LLC<br>C/O HOLLEY DRIGGS WALCH FINE PUZEY STEIN<br>& THOMPSON<br>ATTN: RICHARD F HOLLEY ESQ/MARY<br>LANGSNER PHD<br>400 S FOURTH ST 3RD FL<br>LAS VEGAS NV 89101 | rholley@nevadafirm.com<br>mlangsner@nevadafirm.com |
| 17<br>18<br>19<br>20 | SOLARSENSE DCS I LLC<br>C/O STEVENS & LEE<br>ATTN: ROBERT LAPOWSKY ESQ/EVAN B. COREN<br>ESQ<br>620 FREEDOM BUSINESS CTR STE 200<br>KING OF PRUSSIA PA 19406 | rl@stevenslee.com<br>ebc@stevenslee.com |
| 21<br>22<br>23 | HANCOCK WHITNEY EQUIPMENT FINANCE AND<br>LEASING LLC<br>C/O KAEMPFER CROWELL<br>ATTN: LOUIS M BUBALA III ESQ<br>50 W LIBERTY ST STE 700<br>RENO NV 89501 | lbubala@kcnvlaw.com |
| 24<br>25<br>26<br>27<br>28 | HANCOCK WHITNEY EQUIPMENT FINANCE AND<br>LEASING LLC<br>C/O CARVER DARDEN KORETZKY TESSIER FINN<br>BLOSSMAN & AREAUX LLC<br>ATTN: DAVID F WAGUESPACK ESQ<br>ENERGY CTR STE 3100<br>1100 POYDRAS ST<br>NEW ORLEANS LA 70163 | waguespack@carverdarden.com |

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

4834-9050-2314

| | |
|---|---|
| SUN TRUST EQUIPMENT FINANCE & LEASING CORP<br>C/O GORDON & REES LLP<br>ATTN: MEGAN ADEYEMO ESQ<br>555 17TH ST STE 3400<br>DENVER CO 80202 | madeyemo@gordonrees.com |
| SUN TRUST EQUIPMENT FINANCE & LEASING CORP<br>C/O GORDON REES SCULLY MANSUKHANI<br>ATTN: ROBERT S LARSEN ESQ<br>300 S 4TH ST STE 1550<br>LAS VEGAS NV 89101 | rlarsen@grsm.com |
| SUN TRUST EQUIPMENT FINANCE & LEASING CORP<br>C/O GORDON REES SCULLY MANSUKHANI<br>ATTN: JEFFREY D CAWDREY ESQ<br>101 W BROADWAY STE 2000<br>SAN DIEGO CA 92101 | jcawdrey@grsm.com |
| ISM CONNECT<br>C/O CARLYON CICA CHTD<br>ATTN: DAWN M CICA ESQ<br>4495 S PECOS RD<br>LAS VEGAS NV 89121 | dcica@carlyoncica.com |
| CRANBROOK REALTY INVESTMENT FUND LP<br>C/O AMY N TIRRE ESQ<br>3715 LAKESIDE DR STE A<br>RENO NV 89509 | amy@amytirrelaw.com |
| CRANBROOK REALTY INVESTMENT FUND LP<br>C/O BINDER & MALTER LLP<br>ATTN: JULIE H ROME-BANKS ESQ<br>2775 PARK AVE<br>SANTA CLARA CA 95050 | julie@bindermalter.com |
| MAJESTIC RUNWAY PARTNERS II LLC<br>C/O BALLARD SPAHR LLP<br>ATTN: ABRAN E VIGIL ESQ/MICHAEL A DIGIACOMO ESQ<br>19800 FESTIVAL PLAZA DR STE 900<br>LAS VEGAS NV 89135 | vigila@ballardspahr.com<br>digiacomom@ballardspahr.com |
| UNITED STATES OF AMERICA<br>C/O GREG ADDINGTON ASSIST US ATTORNEY<br>BRUCE R THOMPSON FEDERAL COURTHOUSE & BLDG<br>400 S VIRGINA ST STE 900<br>RENO NV 89501 | Greg.addington@usdoj.gov |

Snell & Wilmer<br>L.L.P.<br>LAW OFFICES<br>50 West Liberty Street, Suite 510<br>Reno, Nevada 89501<br>775-785-5440

4834-9050-2314

| | |
|---|---|
| GREEN ENERGY CONCEPTS INC<br>C/O WOMBLE BOND DICKINSON – US LLP<br>ATTN: CONSTANCE L YOUNG ESQ<br>ONE WELLS FARGO CTR STE 3500<br>301 S COLLEGE ST<br>CHARLOTTE NC 28202 | Constance.young@wbd-us.com |
| GREEN ENERGY CONCEPTS INC<br>C/O HOLLAND & HART LLC<br>ATTN: TIMOTHY A LUKAS ESQ<br>5441 KIETZKE LN 2ND FL<br>RENO NV 89511 | ecflukast@hollandhart.com |
| CTBC BANK CORP (USA)<br>C/O BRUTZKUS GUBNER<br>ATTN: STEVEN R GUBNER ESQ<br>4495 S PECOS RD<br>LAS VEGAS NV 89121 | sgubner@bg.law |
| CTBC BANK CORP (USA)<br>C/O BRUTZKUS GUBNER ROZANSKY SEROR<br>WEBER LLP<br>ATTN: TALIN KESHISHIAN ESQ<br>21650 OXNARD ST STE 500<br>WOODLAND HILLS CA 91367<br>LAS VEGAS NV 89121 | tkeshishian@bg.law |
| PROGRESSIVE CASUALTY INS CO<br>C/O BAKER & HOSTETLER LLP<br>ATTN: ELIZABETH A GREEN ESQ<br>ATTN: ANDREW V LAYDEN ESQ<br>200 S ORANGE AVE STE 2300<br>ORLANDO FL 32801-3432 | egreen@bakerlaw.com<br>alayden@bakerlaw.com<br>dmerola@bakerlaw.com |
| TIMOTHY S CORY ESQ<br>CORY READE DOWS AND SHAFER<br>1333 N BUFFALO DR STE 210<br>LAS VEGAS NV 89128 | tcory@crdslaw.com |
| ROBERT M CHARLES JR ESQ<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>ONE E LIBERTY ST STE 300<br>RENO NV 89501-2128 | rcharles@lrrc.com |
| KAREN M AYARBE ESQ<br>LEACH KERN GRUCHOW ANDERSON & SONG<br>5421 KIETZKE LN STE 200<br>RENO NV 89511 | kayarbe@lkglawfirm.com |
| HALO MANAGEMENT SERVICES<br>ATTN: MICHAEL STEPANIAN<br>2905 LAKE EAST DR STE 150<br>LAS VEGAS NV 89117 | mstepanian@sbcglobal.net |

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

4834-9050-2314

| | | |
|---|---|---|
| 1<br>2<br>3 | GREEN ENERGY CONCEPTS INC<br>INDUSTRIAL BATTERY & CHARGER INC<br>C/O MORETZ LAW GROUP<br>300 MCGILL AVE NW STE 100<br>CONCORD NC 28027 | zac@moretzlaw.com |
| 4<br>5<br>6<br>7<br>8 | CRESTMARK BANK<br>ATTN: LARY PEARCE<br>5480 CORPORATE DR STE 350<br>TROY MI 48098<br><br>WILLIAM L NOVOTNY ESQ<br>DICKINSON WRIGHT PLLC<br>1850 N CENTRAL AVE STE 1400<br>PHOENIX AZ 85004 | lpearce@crestmark.com<br>jrecker@crestmark.com<br><br><br>WNovotny@dickinson-wright.com |
| 9<br>10<br>11 | BARRY HACKER<br>C/O HOMER BONNER<br>ATTN: ADAM SCHWARTZ<br>330 S RAMPART BLVD #360C<br>LAS VEGAS NV 89145<br>C | aschwartz@homerbonner.com |
| 12<br>13<br>14 | FALLBROOK CAPITAL SECURITIES<br>ATTN: CRAIG SHEFTELL<br>26610 AGOURA RD<br>CALABASAS CA 91302-3823 | sheftell@fallbrookcapital.com |
| 15<br>16 | AMAC CONSTRUCTION<br>MCDOUGLASS GROUP INC<br>800 S BROADWAY STE 200<br>WALNUT CREEK CA 94596 | phifai@hornerlawgroup.com |
| 17<br>18<br>19 | CHIP GANASSI RACING<br>C/O VOYLES VAIANA<br>ATTN: JIM VOYLES<br>141 E WASHINGTON ST STE 300<br>INDIANAPOLIS IN 46204 | jvoyles@voyleslegal.com |
| 20<br>21<br>22<br>23 | BENICIA INVESTMENT<br>BENICIA INDUSTRIAL LLC<br>C/O HEFNER LAW<br>ATTN: KIRK GIBERSON ESQ<br>2150 RIVER PLAZA DR STE 450<br>SACRAMENTO CA 95833 | kgiberson@hsmlaw.com |
| 24<br>25<br>26 | GEICO<br>C/O MUNGER TOLLES & OLSON<br>ATTN: CHAD GOLDER ESQ<br>1155 F ST NW<br>WASHINGTON DC 20004 | Chad.golder@mto.com |
| 27<br>28 | | |

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

4834-9050-2314

| | |
|---|---|
| SMI<br>ATTN: HAYSAN GREY<br>LAS VEGAS MOTOR SPEEDWAY<br>7000 N LAS VEGAS BLVD<br>LAS VEGAS NV 89115 | ngray@lvms.com |
| SPARKS POWER<br>110 SW CENTRAL AVE<br>AMITE CITY LA 70422 | Jason.sparkspowerinc@gmail.com |
| CHARGEIT MOBILITY GMBH GERMANY<br>JEFFREY R HALL ESQ<br>HUTCHINSON & STEFFEN PLLC<br>10080 W ALTA DR STE 200<br>LAS VEGAS NV 89145 | jhall@hutchlegal.com |
| ERICA S WEISGERBER ESQ<br>MY CHI TO ESQ<br>DEBEVOISE & PLIMPTON LLP<br>919 THIRD AVE<br>NEW YORK NY 10022 | eweisgerber@debevoise.com |
| AEGD<br>1055 WESTLAKES DR STE 140<br>BERWYN PA 19312 | cfraga@aedgonline.com |
| ECI FUEL SYSTEMS<br>ATTN: DAVID MITCHELL<br>1794 W 11ST ST<br>UPLAND CA 91786 | davidmitchell@ecifuelsystems.com |
| MIRACLE METHOD OF CONTRA<br>COSTA/ALAMEDA INC<br>5702 MARSH DR STE J<br>PACHECO CA 94553 | miraclemethod@gmail.com |
| MATTHEW W QUALL<br>MATTHEW R DARDENNE<br>QUALL CARDOT LLP<br>205 E RIVER PARK CIR STE 110<br>FRESNO CA 93720 | mquall@quallcardot.com<br>mdardenne@quallcardot.com |
| KIRK E GIBERSON ESQ<br>HEFNER STARK & MAROIS<br>2150 RIVER PLAZA DR STE 450<br>SACRAMENTO CA 95821 | kgiberson@hsmlaw.com |
| TODD ROTHBARD<br>100 SARATOGA AVE #200<br>SANTA CLARA CA 95051 | office@toddrothbardlaw.com |

Snell & Wilmer<br>L.L.P.<br>LAW OFFICES<br>50 West Liberty Street, Suite 510<br>Reno, Nevada 89501<br>775-785-5440

4834-9050-2314

| | |
|---|---|
| MICHAEL SHKLOVSKY ESQ<br>DANIEL J WILSON ESQ<br>ANDERSON ZEIGLER<br>50 OLD COURTHOUSE SQ 5TH FL<br>SANTA ROSA CA 95404 | mshklovsky@andersonzeigler.com<br>dwilson@andersonzeigler.com |
| REW R GOODENOW ESQ<br>PARSONS BEHLE & LATIMER<br>50 W LIBERTY ST STE 750<br>RENO NV 89501 | rgoodenow@parsonsbehle.com |
| GARRETT FAIL ESQ<br>SARAH COYNE ESQ<br>WEIL GOTSCHAL & MANGES LLP<br>767 FIFTH AVE<br>NEW YORK NY 10153 | sarah.coyne@weil.com<br>garrett.fail@weil.com |
| JAMES PATRICK SHEA ESQ<br>KOLESAR & LEATHAM<br>400 S RAMPART BLVD STE 400<br>LAS VEGAS NV 89145 | jshea@klnevada.com |
| JEFF & PAULETTE CARPOFF<br>C/O DONNA T PARKINSON ESQ<br>PARKINSON PHINNEY<br>3600 AMERICAN RIVER DR STE 145<br>SACRAMENTO CA 95864 | donna@parkinsonphinney.com |
| JEFF CARPOFF<br>C/O MALCOLM SEGAL ESQ<br>SEGAL & ASSOC PC<br>400 CAPITOL MAIL STE 22550<br>SACRAMENTO CA 95814 | mseal@segal-pc.com |
| UNITED FINANCIAL BANCORP INC<br>UNITED BANK<br>C/O DARBY LAW PRACTICE LTD<br>4777 CAUGHLIN PKWY<br>RENO NV 89519 | tricia@darbylawpractice.com<br>kelbon@blankrome.com<br>mintz@blankrome.com |
| CHRISTOPHER D HUGHES ESQ<br>NOSSAMAN LLP<br>621 CAPITOL MALL STE 2500<br>SACRAMENTO CA 95814 | chughes@nossaman.com |
| ELIZABETH HIGH ESQ<br>LEE HIGH LTD<br>448 RIDGE ST<br>RENO NV 89501 | e.high@lee-high.com |
| WILLIAM D COPE ESQ<br>505 RIDGE ST<br>RENO NV 89501 | william@copebklaw.com |

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775.785.5440

4834-9050-2314

| | |
|---|---|
| KATHRYN HOLBERT ESQ<br>FARMER CASE & FEDOR<br>2190 E PEBBLE RD STE 205<br>LAS VEGAS NV 89123 | Kathryn.holbert@gmail.com |
| BRIGID M HIGGINS ESQ<br>BLACK & LOBELLO<br>10777 W TWAIN AVE #300<br>LAS VEGAS NV 89135<br><br>THOMAS R FAWKES ESQ<br>BRIAN J JACKIW ESQ<br>GOLDSTINE & MCCLINTOCK LLLP<br>111 W WASHINGTON ST STE 1221<br>CHICAGO IL 60602 | bhiggins@blacklobello.law<br><br><br>tomf@goldmclaw.com<br>brianj@goldmclaw.com |

**VIA U.S. MAIL (postage fully pre-paid) (October 23, 2019):**

DOUBLE JUMP INC
200 S VIRGINA 8TH FL
RENO NV 89501

DORA DOG PROPERTIES LLC
200 S VIRGINA 8TH FL
RENO NV 89501

DOG BLUE PROPERTIES LLC
4901 PARK RD
BENICIA CA 94510

BRANDY BOY PROPERTIES LLC
4901 PARK RD
BENICIA CA 94510

475 CHANNEL RD LLC
4901 PARK RD
BENICIA CA 94510

PARK ROAD LLC
4901 PARK RD
BENICIA CA 94510

140 MASON CIRCLE LLC
135 MASON CIR
CONCORD CA 94520

DC SOLAR SOLUTIONS INC
4901 PARK RD
BENICIA CA 94510

DC SOLAR DISTRIBUTION INC
4901 PARK RD
BENICIA CA 94510

4834-9050-2314

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

DC SOLAR FREEDOM INC
4901 PARK RD
BENICIA CA 94510

ALLY FINANCIAL
ATTN: TYLER LAMBERT
PO BOX 380902
BLOOMINGTON MN 55438-0902

SOLIGENT DISTRIBUTION LLC
1400 N MCDOWELL BLVD STE 201
PETALUMA CA 945954

BERTOLAMI ENGINEERING
1940 OAK PARK BLVD
PLEASANT HILL CA 94523

NATIONAL CONSTRUCTION RENTALS INC
1300 BUSINESS CTR DR
SAN LEANDRO CA 94577

FOREMOST INS
C/O STONE CREEK INS AGENCY
3249 MT DIABLO CT #211
LAFAYETTE CA 94549

LAS VEGAS VALLEY WATER DISTRICT
PO BOX 2921
PHOENIX AZ 85062

NEVADA ENERGY
PO BOX 30150
RENO NV 89520

REPUBLIC SERVICES
PO BOX 78829
PHOENIX AZ 85062

CLARK COUNTY TREASURER
500 S GRAND CENTRAL PKWY 1ST FL
LAS VEGAS NV 89155

TEXAS WORKFORCE COMMISSION
REGULATORY INTEGRITY DIV
ATTN: ERIN C REID, ACCTS EXAMINER IV
SPECIAL ACTIONS UNIT
101 E 15TH ST RM 556
AUSTIN TX 78778-0001

VINTAGE VALLEY
11411 SOUTHERN HIGHLANDS PKWY STE 120
LAS VEGAS NV 89141

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

4834-9050-2314

AIG PRIVATE CLIENT GROUP
PO BOX 601148
PASADENA CA 91189-1148

ALDERWOOD PROPERTY CONDO ASSN
C/O UNION BANK LOCKBOX
PO BOX 45413
SAN FRANCISCO CA 94145-0143

CALIFORNIA RETAINING WALLS CO
865 TEAL DR
BENICIA CA 94510

WEI NENG HAUNG
15437 JUTLAND ST
SAN LEANDRO CA 94579

MARICOPA COUNTY TREASURER
PO BOX 52133
PHOENIX AZ 85072-2133

SOUTH TAHOE PUBLIC UTILITY
1275 MEADOW CREST DR
S LAKE TAHOE CA 96150-7401

THE BOULDERS CASITAS CONDO ASSN
PO BOX 105260
ATLANTA GA 30348-5260

CITY OF SCOTTSDALE
PO BOX 52799
PHOENIX AZ 85072-2799

A VALDIVIA LANDSCAPING
1115 JUNIPER AVE
S LAKE TAHOE CA 96150-8122

AVD SECURITY
1300 GALAXY WAY UNIT 21
CONCORD CA 94520-4964`

BOULDER EXTERMINATORS INC
PO BOX 17000
S LAKE TAHOE CA 96151-7000

CHARTER COMMUNICATIONS
PO BOX 790086
ST LOUIS MO 63179-0088

GREEN LEAF A/C & HEATING
106 GREEN PASTURE
HUTTO TX 78634-4000

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

4834-9050-2314

LIBERTY UTILITIES
CALIFORNIA PACIFIC ELECTRIC CO
PO BOX 80374
CITY OF INDUSTRY CA 91716-8374

SOUTHWEST GAS CORP
ATTN: BANKRUPTCY DESK
PO BOX 1498
VICTORVILLE CA 92393-1498

INDOOR ENVIRONMENTAL SERVICES CORP
1512 SILICA AVE
SACRAMENTO CA 95815-3312

PG&E
PO BOX 997300
SACRAMENTO CA 95899-7300

AT&T
C/O BANKRUPTCY DEPT
4331 COMMUNICATIONS DR FL 4W
DALLAS TX 75211

FAMILY SECURITY LOCKSMITH
40 EMSHEE LN
MARTINEZ CA 94553

AT&T MOBILITY
PO BOX 6463
CAROL STREAM IL 60197-6463

CED
PO BOX 398847
SAN FRANCISCO CA 94139-8847

ECI FUEL SYSTEMS
1794 W 11TH ST
UPLAND CA 91786

SOLIGENT DISTRIBUTION LLC
1400 N MCDOWELL BLVD STE 201
PETALUMA CA 94952

HANOVER INS GROUP
440 LINCOLN ST
WORCESTER MA 01653

DUDLEY VENTURES
ATTN: BARB BEAUDOIN, CFO
22 E JACKSON ST
PHOENIX AZ 85004

Snell & Wilmer
L.L.P.
LAW OFFICES
510 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

4834-9050-2314

DUKE ENERGY
PO BOX 1004
CHARLOTTE NC 28201-1004

GENERATOR JOE
4723 MUIRFIELD CT
SANTA ROSA CA 95405

ALLY FINANCIAL
500 WOODWARD AVE 10TH FL
DETROIT MI 48226

CHRISTOPHER J FONG ESQ
NIXON PEABODY LLP
55 W 46TH ST
NEW YORK NY 10036

DONNA T PARKINSON ESQ
PARKINSON PHINNEY LLP
3600 AMERICAN RIVER DR STE 145
SACRAMENTO CA 95864

ROLLN ALEXANDER MCGHEE
220 UPTOWN WEST DR
CHARLOTTE NC 28208

CEMCON INC
LEGACY FRAMERS INC
MICHAEL Y MACKINNON ESQ
PYLE SIMS DUNCAN & STEVENSON
401 B ST STE 1500
SAN DIEGO CA 92101-4238

COAST BUILDING PRODUCTS
475 N WILLIAMSON BLVD
DAYTONA BEACH FL 32114-7101

STATE OF NEVADA
DEPT OF EMPLOYMENT TRAINING REHAB
EMPLOYMENT SECURITY DIVISION
500 E THIRD ST
CARSON CITY NV 89713-0002

GLASS RATNER
425 CALIFORNIA ST STE 900
SAN FRANCISCO CA 94104-2117

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

NATIONAL CONSTRUCTION RENTALS
15319 CHATSWORTH ST
MISSION HILLS CA 91345-2040

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

- 19 -

STATE OF NEVADA
DEPT OF TAXATION
BANKRUPTCY SECTION
4600 KIETZKE LN STE L-235
RENO NV 89502-5045

NEVADA POWER CO DBA NV ENERGY
ATTN: SUSANA GARCIA
PO BOX 10100
RENO NV 89520-0024

STEVEN PERRONE & BAILEY
ENGINEERING CO
PO BOX 815
CONCORD CA 94522-0815

STEVEN PERRONE & BAILEY
ENGINEERING CO
1600 WILLOW PASS CT
CONCORD CA 94520-1010

SECRETARY OF THE TREASURY
1500 PENNSYLVANIE AVE NW
WASHINGTON DC 20220-0001

US SECURITIES & EXCHANGE COMMISSION
LOS ANGELES REGIONAL OFFICE
444 S FLOWER ST STE 900
LOS ANGELES CA 90071-2934

SOCIAL SECURITY ADMINISTRATION
OFFICE OF REGIONAL CHIEF COUNSEL
160 SPEAR ST STE 800
SAN FRANCICSO CA 94105-1545

SOUTHERN HIGHLANDS COMMUNITY ASSOC
11411 SOUTHERN HIGHLANDS PKWY #100
LAS VEGAS NV 89141-3266

VINTAGE VALLEY A THE ESTATES
AT SOUTHERN HIGHLANDS GOLF CLUB
C/O MATTHEW J MCALONIS
3230 S BUFFALO DR STE 108
LAS VEGAS NV 89117-2506

CLARK COUNTY ASSESSOR
C/O BANKRUPTCY CLERK
500 S GRAND CENTRAL PKWY
BOX 551401
LAS VEGAS NV 89155-1401

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775.785.5440

4834-9050-2314

DAYSH DEVELOPMENTS INC
DBA CALIFORNIA RETA
LO THORSTEN J PRAY
2800 PLEASANT HILLS RD #100
PLEASANT HILL CA 94523-2035

MARICOPA COUNTY TREASURER
C/O PETER MUTHIG, DEPUTY COUNTY ATTORNEY
222 N CENTRAL AVENUE STE 1100
PHOENIX AZ 85004-2206

SOUTHWEST GAS CORP
PO BOX 98890
LAS VEGAS NV 89193-8890

OTIS ELEVATOR CO CORP
PO BOX 73579
CHICAGO IL 60673-7579

HARRIS & SLOAN CONSULTING ENGINEERS INC
2295 GATEWAY OAKS DR
SACRAMENTO CA 95833

WILLIAM L NOVOTNY ESQ
DICKINSON WRIGHT PLLC
1850 N CENTRAL AVE STE 1400
PHOENIX AZ 85004

CHARGEIT MOBILITY
2901 BAYVIEW DR
FREMONT CA 95438

ZALANTA ASSN
PO BOX 105007
ATLANTA GA 30348

SOLAR ECLIPSE INVESTMENT FUND IV
SOLAR ECLIPSE INVESTMENT FUND VII
SOLAR ECLIPSE INVESTMENT FUND VIII
SOLAR ECLIPSE INVESTMENT FUND XII
4901 PARK RD
BENICIA CA 94510

SOLAR ECLIPSE INVESTMENT FUND XIV
SOLAR ECLIPSE INVESTMENT FUND XVI
SOLAR ECLIPSE INVESTMENT FUND XVIII
SOLAR ECLIPSE INVESTMENT FUND XXII
4901 PARK RD
BENICIA CA 94510

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

- 21 -

4834-9050-2314

SOLAR ECLIPSE INVESTMENT FUND XXIII
SOLAR ECLIPSE INVESTMENT FUND XXIX
SOLAR ECLIPSE INVESTMENT FUND XXVI
SOLAR ECLIPSE INVESTMENT FUND XXVII
4901 PARK RD
BENICIA CA 94510

SOLAR ECLIPSE INVESTMENT FUND XXX
SOLAR ECLIPSE INVESTMENT FUND XXXII
SOLAR ECLIPSE INVESTMENT FUND XXXIII
SOLAR ECLIPSE INVESTMENT FUND XXXIV
4901 PARK RD
BENICIA CA 94510

SUNTRUST EQUIPMENT FINANCE & LEASING CORP
PO BOX 4418
ATLANTA GA 30302

TALLADEGA SUPERSPEEDWAY
PO BOX 2801
DAYTONA BEACH FL 32120

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 23rd day of October 2019.

Jessica Stevenson

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

4834-9050-2314

- 22 -