Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re

DOUBLE JUMP, INC.

    Debtor.

___X___ Affects DC Solar Solutions, Inc.
___X___ Affects DC Solar Distribution, Inc.
___X___ Affects DC Solar Freedom, Inc.
___X___ Affects Double Jump, Inc.

Lead Case No.: BK-19-50102-gs
(Chapter 7)

Jointly Administered with:

| 19-50130-gs | DC Solar Solutions, Inc. |
| 19-50131-gs | DC Solar Distribution, Inc. |
| 19-50135-gs | DC Solar Freedom, Inc. |

**DECLARATION OF CHRISTINA LOVATO IN SUPPORT OF MOTION FOR ORDERS: (1) AUTHORIZING CONSENSUAL SALE OF PERSONAL PROPERTY BY AUCTION, (2) APPROVING SALE OF ESTATE-OWNED MSGS, AND (3) RATIFYING CONTINUING EMPLOYMENT OF CA GLOBAL AS AUCTIONEER**

Hearing Date:  December 9, 2019
Hearing Time:  9:30 a.m.

    Christina Lovato, under penalty of perjury of the laws of the United States, declares:

    1.    I am the duly appointed an acting chapter 7 trustee for the jointly administered estates of Double Jump, Inc., DC Solar Solutions, Inc. ("Solutions"), DC Solar Distribution Inc. ("Distribution"), and DC Solar Freedom, Inc. ("Freedom").  I have personal knowledge of the matters stated herein.

///

///

2. I file this Declaration in support of my Motion For Orders Authorizing The Consensual Sale Of Personal Property By Auction, an Order Approving The Sale of Estate-Owned MSGs, and an Order Ratifying The Continuing Employment Of CA Global As Auctioneer ("Motion").

3. This Motion requests approval of three matters. First, the Motion requests approval of the consensual sale by auction of approximately 174 MSGs owned by USB Funds I and II, as more particularly described below. See, **Exhibit A** attached hereto. Second, the Motion requests approval of the sale by auction of 109 MSGs referred to as 'orphan' units or Estate owned units. See, **Exhibit B**, attached hereto. Finally, the Motion requests ratification of the continuing use by the Trustee of CA Global as auctioneer.

4. On January 30, 2019 (the "Petition Date"), Double Jump, Inc. filed a chapter 11 petition and on February 3, 4 and 5, 2019, respectively, DC Solar Solutions, Inc., DC Solar Distributions, Inc. and DC Solar Freedom, Inc., each, filed chapter 11 petitions. The cases were converted to chapter 7 on March 22, 2019 and I was appointed to administer each of the estates.

5. I have reviewed the documentation for the two transactions described in the following paragraphs.

6. Beginning in or about 2012, Solutions manufactured mobile solar generators ("MSGs"), for sale to various limited liability companies, touting the prospect of federal green energy tax credits which provided tax advantages to the purchasers. One of the first, purchasers was a USB Fund ("USB").

7. In October 2012, USB DC Solar Fund I, LLC ("USB I"), as buyer, entered into a Solar Equipment Purchase Agreement with Solutions as the seller, for the purchase of 100 MSGs for price of $15,000,000. USB I paid 30% of the purchase price in cash and executed a promissory note for $10,121,177 ("Note I"), for the balance of the purchase price, repayment of which was secured by a UCC-1 security interest in the MSGs and a lien in favor of DC Solar Solutions, Inc. on the Certificate of Title issued for each MSG.

8. In December 2012, USB DC Solar Fund II, LLC ("USB II"), as buyer, entered into a Solar Equipment Purchase Agreement with Solutions as the seller, for the purchase of 150 MSGs

for price of $22,500,000. USB II paid 30% of the purchase price in cash and executed a promissory note for $14,971,341 ("Note II"), for the balance of the purchase price, repayment of which was secured by a UCC-1 security interest in the MSGs and a lien in favor of DC Solar Solutions, Inc. on the Certificate of Title issued for each MSG.

9. Notes I and II are non-recourse.

10. In September 2019, Firstar Development, LLC, the investor member of USB funds I and II exercised its Investor Member Withdrawal Option which becomes effective December 16, 2019.

11. Of the 250 USB I and II MSGs, only 174 have been located. Those MSGs are located in Las Vegas, Nevada, Woodlake, California and other locations around the United States.

12. Subject to Court approval of the process, USB has agreed with me that I may conduct an auction of the USB I and II MSGs, utilizing the services of CA Global. From the proceeds of sale, USB requests that it be reimbursed for its post-petition costs of relocating and storing its MSGs. These costs total approximately $130,000.

13. Title to the USB I and II MSGs is in the name of USB I and II, respectively, and DC Solar Solutions, Inc. is identified as the lienholder. As noted elsewhere, I have yet to obtain the original Certificates of Title to the MSGs and it is unclear from the AUSA whether, or when, I will be able to reclaim those original papers. In order to be able to convey title to prospective purchasers, with my approval, CA Global is utilizing the services of an independent entity which can obtain duplicate titles for the MSGs at a cost of $125 per unit.

14. As a result of the relocation and assembling of the USB I and II MSGs, the DC solar Solutions estate has constructive possession of those MSGs and has the option of proceeding with a foreclosure of the DC Solar Solutions estate's security interest under applicable provisions of Article 9.

15. The Trustee and USB, as managing member of USB I and II, have reached an agreement for the consensual sale to of 174 MSGs, owned by USB I and II, located in Las Vegas, Nevada, Woodlake, California and in various other locations in the United States. The sale is to

be free and clear of DC Solar Solutions' liens and interests.[1]  The sale will be conducted in an online auction conducted by CA Global within approximately 30 days following Court approval of this Motion.  As with prior auctions conducted by CA Global, there will be a Buyers' Premium of 18% paid to CA Global.

16. In those instances where the storage facilities, at which the USB I and II MSGs are located, require payment of accrued storage, those amounts will be advanced by the me or by CA Global and be paid first out of the proceeds of sale. CA Global will also be reimbursed for its out-of-pocket expenditures related to obtaining duplicate titles for all MSGs sold.

17. The sale proceeds of the USB I and II MSGs will be segregated, separate and apart from the proceeds of the orphan or owned MSGs.  After reimbursement of expenses advanced by CA Global and by USB I and II, remaining proceeds will be assets of the DC Solar Solutions estate.

18. I and USB I and II have each agreed to reserve, without prejudice to either party, any issues related to USB Notes I and II.

19. In addition to the auction of the USB I and II MSGs, I have identified an additional 109 orphan, or Estate owned MSGs.  Some of those MSGs were initial identified to Fund XVI which I have determined was never actually funded.  I am requesting that CA Global also be authorized to auction the 109 orphan or Estate owned MSGs.

20. For all MSGs sold under the requested order, CA Global will be entitled to charge an 18% Buyer's premium.

///
///
///
///
///

---

[1] The interests of any of the Debtors to the MSGs under any lease, including the Master Lease, would be included in the interests released.  Any third-party lease of any of the MSGs that are the subject of this Motion were deemed rejected in May, so they would no longer be affected by any sale of the MSGs.

21. In the exercise of my business judgment, I believes that the sale of MSGs, whether subject to the security interests held by DC Solar Solutions, Inc., or owned by DC Solar Solutions, Inc., will effectively, and promptly, reduce the various assets to cash and will substantially reduce, or eliminate altogether, the administrative efforts to deal with these MSGs on a regular basis.

DATED: November 8, 2019.

                                   */s/Christina Lovato*
                                    Christina Lovato, Trustee