# EXHIBIT A

| Item # | VIN | Description | Location |
|---|---|---|---|
| 5082 | 4HXSC1620CC162387 | SCT 20 Light Tower | Charlotte Motor Speedway |
| 5076 | 4HXSC1620CC162406 | SCT 20 Light Tower | Charlotte Motor Speedway |
| 5034 | 4HXSC1620CC162440 | SCT 20 Light Tower | Charlotte Motor Speedway |
| 5043 | 4HXSC1621CC162382 | SCT 20 Light Tower | Charlotte Motor Speedway |
| 5041 | 4HXSC1621CC162429 | SCT 20 Light Tower | Charlotte Motor Speedway |
| 5053 | 4HXSC1623CC162416 | SCT 20 Light Tower | Charlotte Motor Speedway |
| 5078 | 4HXSC1624CC162392 | SCT 20 Light Tower | Charlotte Motor Speedway |
| 5002 | 4HXSC1624CC162408 | SCT 20 Light Tower | Charlotte Motor Speedway |
| 5010 | 4HXSC1624CC162411 | SCT 20 Light Tower | Charlotte Motor Speedway |
| 5058 | 4HXSC1624CC162439 | SCT 20 Light Tower | Charlotte Motor Speedway |
| 5087 | 4HXSC1624CC162442 | SCT 20 Hybrid LED EV Charger | Charlotte Motor Speedway |
| 5018 | 4HXSC1625CC162384 | SCT 20 Light Tower | Charlotte Motor Speedway |
| 5054 | 4HXSC1625CC162417 | SCT 20 Light Tower | Charlotte Motor Speedway |
| 5099 | 4HXSC1625CC162434 | SCT 20 Light Tower | Charlotte Motor Speedway |
| 5016 | 4HXSC1626CC162362 | SCT 20 Hybrid | Charlotte Motor Speedway |
| 5083 | 4HXSC1626CC162426 | SCT 20 Light Tower | Charlotte Motor Speedway |
| 5051 | 4HXSC1629CC162436 | SCT 20 Light Tower | Charlotte Motor Speedway |
| 5063 | 4HXSC1629CC162453 | SCT 20 Light Tower | Charlotte Motor Speedway |
| 5062 | 4HXSC162XCC162378 | SCT 20 Light Tower | Charlotte Motor Speedway |
| 5061 | 4HXSC162XCC162428 | SCT 20 Light Tower | Charlotte Motor Speedway |
| 5086 | 4HXSC162XCC162445 | SCT 20 Hybrid LED EV Charger | Charlotte Motor Speedway |
| 2011 | 4HXSC1622CC162424 | SCT 20 Light Tower | ISM Raceway |
| 2091 | 4HXSC1623CC162397 | SCT 20 Hybrid Light Tower | ISM Raceway |
| 2113 | 4HXSC1623CC162433 | SCT 20 Light Tower | ISM Raceway |
| 2024 | 4HXSC1624CC162456 | SCT 20 Hybrid Light Tower | ISM Raceway |
| 2036 | 4HXSC1628CC162413 | SCT 20 Light Tower | ISM Raceway |
| 9804 | 4HXSC1620CC162390 | SCT 20 | Las Vegas Speedway |
| 9829 | 4HXSC1621CC162365 | SCT 20 | Las Vegas Speedway |
| 9722 | 4HXSC1621CC162415 | SCT 20 | Las Vegas Speedway |

| ID | Serial | Model | Location |
|---|---|---|---|
| 9945 | 4HXSC1622CC162407 | SCT 20 | Las Vegas Speedway |
| 9989 | 4HXSC1623CC162447 | SCT 20 | Las Vegas Speedway |
| 9779 | 4HXSC1624CC162389 | SCT 20 | Las Vegas Speedway |
| 9730 | 4HXSC1626CC162376 | SCT 20 | Las Vegas Speedway |
| 9718 | 4HXSC1628CC162380 | SCT 20 | Las Vegas Speedway |
| 9734 | 4HXSC1628CC162394 | SCT 20 | Las Vegas Speedway |
| 9837 | 4HXSC1628CC162458 | SCT 20 | Las Vegas Speedway |
| 9728 | 4HXSC1629CC162386 | SCT 20 | Las Vegas Speedway |
| 9756 | 4HXSC162XCC162400 | SCT 20 Hybrid | Las Vegas Speedway |
| 9925 | 4HXSC162XCC162431 | SCT 20 | Las Vegas Speedway |
| 17100 | 4HXSC1621CC162396 | SCT 20 Hybrid Light Tower | No.Cal 4901 Park Rd Benicia |
| 17069 | 4HXSC1621CC162401 | SCT 20 Hybrid | No.Cal 4901 Park Rd Benicia |
| 17082 | 4HXSC1622CC162410 | SCT 20 Hybrid | No.Cal 4901 Park Rd Benicia |
| 17074 | 4HXSC1622CC162441 | SCT 20 Hybrid | No.Cal 4901 Park Rd Benicia |
| 17078 | 4HXSC1623CC162383 | SCT 20 Hybrid | No.Cal 4901 Park Rd Benicia |
| 17115 | 4HXSC1623CC162402 | SCT 20 Hybrid | No.Cal 4901 Park Rd Benicia |
| 17040 | 4HXSC1627CC162449 | SCT 20 Hybrid | No.Cal 4901 Park Rd Benicia |
| 17589 | 4HXSC1626CC162457 | SCT 20 Light Tower | No.Cal 635 Indiana St Benicia |
| 17558 | 4HXSC162XCC162459 | SCT 20 Light Tower | No.Cal 635 Indiana St Benicia |
| 1056 | 4HXSC1620CC162423 | SCT 20 Light Tower | So.Cal 6781 8th Street Buena Park CA 90620 |
| 1148 | 4HXSC1622CC162391 | SCT 20 Hybrid | So.Cal 6781 8th Street Buena Park CA 90620 |
| 1107 | 4HXSC1622CC162438 | SCT 20 Light Tower | So.Cal 6781 8th Street Buena Park CA 90620 |
| 1116 | 4HXSC1624CC162425 | SCT 20 Light Tower | So.Cal 6781 8th Street Buena Park CA 90620 |
| 1091 | 4HXSC1625CC162420 | SCT 20 Light Tower | So.Cal 6781 8th Street Buena Park CA 90620 |
| 1125 | 4HXSC1629CC162422 | SCT 20 Light Tower | So.Cal 6781 8th Street Buena Park CA 90620 |
| 1003 | 4HXSC1625CC162398 | SCT 20 Light Tower | So.Cal Silverlakes 5555 Hamner Ave. Norco CA 92860 |
| 1023 | 4HXSC1627CC162418 | SCT 20 Light Tower | So.Cal Silverlakes 5555 Hamner Ave. Norco CA 92860 |
| 8023 | 4HXSC1627CC162404 | SCT 20 Hybrid Light Tower | Sunset |
| 15124 | 4HXSC1620CC162437 | SCT 10 Propane Hybrid | US Tower - Woodlake |
| 15020 | 4HXSC1621CC162432 | SCT 10 Propane Hybrid | US Tower - Woodlake |
| 14768 | 4HXSC1622CC162388 | SCT 10 Propane Hybrid | US Tower - Woodlake |
| 15139 | 4HXSC1622CC162455 | SCT 10 Propane Hybrid | US Tower - Woodlake |
| 15014 | 4HXSC1623CC162450 | SCT 10 Propane Hybrid | US Tower - Woodlake |
| 15146 | 4HXSC1625CC162448 | SCT 10 Propane Hybrid | US Tower - Woodlake |

| | | | |
|---|---|---|---|
| 14762 | 4HXSC1626CC162393 | SCT 10 Propane Hybrid | US Tower - Woodlake |
| 14759 | 4HXSC1627CC162385 | SCT 10 Propane Hybrid | US Tower - Woodlake |
| 14857 | 4HXSC1627CC162435 | SCT 10 Propane Hybrid | US Tower - Woodlake |
| 15029 | 4HXSC1628CC162363 | SCT 10 Propane Hybrid | US Tower - Woodlake |
| 14763 | 4HXSC1628CC162427 | SCT 10 Propane Hybrid | US Tower - Woodlake |
| 15119 | 4HXSC1629CC162372 | SCT 10 Propane Hybrid | US Tower - Woodlake |
| 15093 | 4HXSC162XCC162364 | SCT 10 Propane Hybrid | US Tower - Woodlake |
| 15106 | 4HXSC162XCC162414 | SCT 10 Propane Hybrid | US Tower - Woodlake |
| 5045 | 4HXSC1621DC165221 | SCT 20 Light Tower | Charlotte Motor Speedway |
| 5088 | 4HXSC1625DC165318 | SCT 20 Hybrid LED EV Charger | Charlotte Motor Speedway |
| 5022 | 4HXSC1629DC165306 | SCT 20 Hybrid LED EV Charger | Charlotte Motor Speedway |
| 5055 | 4HXSC162XDC165203 | SCT 20 Light Tower | Charlotte Motor Speedway |
| 5059 | 4HXSC162XDC165329 | SCT 20 Light Tower | Charlotte Motor Speedway |
| 2105 | 4HXSC1622DC165227 | SCT 20 Hybrid Light Tower | ISM Raceway |
| 2037 | 4HXSC1622DC165311 | SCT 20 Hybrid Light Tower | ISM Raceway |
| 2115 | 4HXSC1624DC165228 | SCT 20 Hybrid Light Tower | ISM Raceway |
| 2004 | 4HXSC1626DC165327 | SCT 20 Hybrid | ISM Raceway |
| 2012 | 4HXSC1627DC165191 | SCT 20 Light Tower | ISM Raceway |
| 2002 | 4HXSC1628DC165300 | SCT 20 Light Tower | ISM Raceway |
| 2111 | 4HXSC1628DC165331 | SCT 20 Hybrid Light Tower | ISM Raceway |
| 2072 | 4HXSC162XDC165217 | SCT 20 Light Tower | ISM Raceway |
| 9836 | 4HXSC1620DC165288 | SCT 20 | Las Vegas Speedway |
| 9710 | 4HXSC1621DC165185 | SCT 20 | Las Vegas Speedway |
| 9994 | 4HXSC1621DC165199 | SCT 20 | Las Vegas Speedway |
| 9709 | 4HXSC1621DC165266 | SCT 20 | Las Vegas Speedway |
| 9759 | 4HXSC1622DC165292 | SCT 20 Hybrid | Las Vegas Speedway |
| 9693 | 4HXSC1623DC165236 | SCT 20 | Las Vegas Speedway |
| 9806 | 4HXSC1623DC165267 | SCT 20 Hybrid | Las Vegas Speedway |
| 9876 | 4HXSC1623DC165284 | SCT 20 | Las Vegas Speedway |
| 9839 | 4HXSC1624DC165259 | SCT 20 | Las Vegas Speedway |
| 9692 | 4HXSC1624DC165293 | SCT 20 | Las Vegas Speedway |
| 9794 | 4HXSC1624DC165312 | SCT 20 Hybrid | Las Vegas Speedway |
| 9702 | 4HXSC1625DC165237 | SCT 20 | Las Vegas Speedway |
| 9735 | 4HXSC1625DC165304 | SCT 20 | Las Vegas Speedway |

| | | | |
|---|---|---|---|
| 9950 | 4HXSC1626DC165182 | SCT 20 | Las Vegas Speedway |
| 9986 | 4HXSC1626DC165201 | SCT 20 | Las Vegas Speedway |
| 9815 | 4HXSC1626DC165229 | SCT 20 | Las Vegas Speedway |
| 9801 | 4HXSC1626DC165232 | SCT 20 | Las Vegas Speedway |
| 9741 | 4HXSC1626DC165280 | SCT 20 | Las Vegas Speedway |
| 9835 | 4HXSC1626DC165294 | SCT 20 | Las Vegas Speedway |
| 9980 | 4HXSC1627DC165241 | SCT 20 | Las Vegas Speedway |
| 9826 | 4HXSC1627DC165269 | SCT 20 | Las Vegas Speedway |
| 9883 | 4HXSC1628DC165233 | SCT 20 | Las Vegas Speedway |
| 9656 | 4HXSC1628DC165281 | SCT 20 Hybrid Light Tower | Las Vegas Speedway |
| 9944 | 4HXSC1629DC165256 | SCT 20 | Las Vegas Speedway |
| 9697 | 4HXSC1629DC165290 | SCT 20 | Las Vegas Speedway |
| 9988 | 4HXSC162XDC165248 | SCT 20 | Las Vegas Speedway |
| 9700 | 4HXSC162XDC165301 | SCT 20 | Las Vegas Speedway |
| 4608 | 4HXSC1623DC165298 | SCT 20 Hybrid | Mills College |
| 4610 | 4HXSC1623DC165320 | SCT 20 Hybrid Light Tower | Mills College |
| 17204 | 4HXSC1623DC165186 | SCT 10 | No.Cal 4901 Park Rd Benicia |
| 17217 | 4HXSC1623DC165219 | SCT 20 Hybrid | No.Cal 4901 Park Rd Benicia |
| 17030 | 4HXSC1623DC165303 | SCT 20 Hybrid LED EV Charger | No.Cal 4901 Park Rd Benicia |
| 17101 | 4HXSC1624DC165309 | SCT 20 Hybrid Light Tower | No.Cal 4901 Park Rd Benicia |
| 17098 | 4HXSC1625DC165299 | SCT 20 Hybrid Light Tower | No.Cal 4901 Park Rd Benicia |
| 17087 | 4HXSC1626DC165196 | SCT 20 Hybrid | No.Cal 4901 Park Rd Benicia |
| 17378 | 4HXSC1626DC165215 | SCT 20 | No.Cal 4901 Park Rd Benicia |
| 17091 | 4HXSC1626DC165330 | SCT 20 Hybrid | No.Cal 4901 Park Rd Benicia |
| 17104 | 4HXSC1627DC165224 | SCT 10 Propane Hybrid | No.Cal 4901 Park Rd Benicia |
| 17122 | 4HXSC1628DC165197 | SCT 20 | No.Cal 4901 Park Rd Benicia |
| 17357 | 4HXSC1628DC165202 | SCT 10 | No.Cal 4901 Park Rd Benicia |
| 17172 | 4HXSC1628DC165216 | SCT 10 | No.Cal 4901 Park Rd Benicia |
| 17363 | 4HXSC1628DC165295 | SCT 10 | No.Cal 4901 Park Rd Benicia |
| 17107 | 4HXSC1628DC165314 | SCT 20 Hybrid | No.Cal 4901 Park Rd Benicia |
| 17105 | 4HXSC1629DC165211 | SCT 20 | No.Cal 4901 Park Rd Benicia |
| 17532 | 4HXSC1621DC165297 | SCT 20 | No.Cal 635 Indiana St Benicia |
| 17671 | 4HXSC1622DC165194 | SCT 20 | No.Cal 635 Indiana St Benicia |
| 17619 | 4HXSC1623DC165205 | SCT 20 | No.Cal 635 Indiana St Benicia |

| | | | |
|---|---|---|---|
| 17761 | 4HXSC1624DC165195 | SCT 20 | No.Cal 635 Indiana St Benicia |
| 17539 | 4HXSC1624DC165200 | SCT 20 | No.Cal 635 Indiana St Benicia |
| 17594 | 4HXSC1624DC165214 | SCT 20 | No.Cal 635 Indiana St Benicia |
| 17747 | 4HXSC1625DC165190 | SCT 20 | No.Cal 635 Indiana St Benicia |
| 17542 | 4HXSC1628DC165183 | SCT 20 | No.Cal 635 Indiana St Benicia |
| 17585 | 4HXSC1629DC165192 | SCT 20 Light Tower | No.Cal 635 Indiana St Benicia |
| 17547 | 4HXSC162XDC165279 | SCT 20 | No.Cal 635 Indiana St Benicia |
| 1042 | 4HXSC1620DC165212 | SCT 20 Hybrid Light Tower | So.Cal 6781 8th Street Buena Park CA 90620 |
| 1145 | 4HXSC1620DC165274 | SCT 20 Hybrid | So.Cal 6781 8th Street Buena Park CA 90620 |
| 1110 | 4HXSC1620DC165310 | SCT 20 Hybrid Light Tower | So.Cal 6781 8th Street Buena Park CA 90620 |
| 1046 | 4HXSC1621DC165252 | SCT 20 Hybrid Light Tower | So.Cal 6781 8th Street Buena Park CA 90620 |
| 1120 | 4HXSC1622DC165230 | SCT 20 Hybrid | So.Cal 6781 8th Street Buena Park CA 90620 |
| 1141 | 4HXSC1622DC165275 | SCT 20 Hybrid Light Tower | So.Cal 6781 8th Street Buena Park CA 90620 |
| 1059 | 4HXSC1625DC165223 | SCT 20 | So.Cal 6781 8th Street Buena Park CA 90620 |
| 1036 | 4HXSC1625DC165240 | SCT 20 Hybrid Light Tower | So.Cal 6781 8th Street Buena Park CA 90620 |
| 1146 | 4HXSC1625DC165254 | SCT 20 Hybrid Light Tower | So.Cal 6781 8th Street Buena Park CA 90620 |
| 1126 | 4HXSC162XDC165184 | SCT 20 Light Tower | So.Cal 6781 8th Street Buena Park CA 90620 |
| 8057 | 4HXSC1623DC165317 | SCT 20 Hybrid | Sunset |
| 15025 | 4HXSC1620DC165243 | SCT 10 Propane Hybrid | US Tower - Woodlake |
| 15129 | 4HXSC1620DC165260 | SCT 10 Propane Hybrid | US Tower - Woodlake |
| 15121 | 4HXSC1620DC165291 | SCT 10 Propane Hybrid | US Tower - Woodlake |
| 15065 | 4HXSC1621DC165204 | SCT 10 Propane Hybrid | US Tower - Woodlake |
| 15104 | 4HXSC1622DC165213 | SCT 10 Propane Hybrid | US Tower - Woodlake |
| 15126 | 4HXSC1622DC165258 | SCT 10 Propane Hybrid | US Tower - Woodlake |
| 15061 | 4HXSC1622DC165289 | SCT 10 Propane Hybrid | US Tower - Woodlake |
| 14847 | 4HXSC1623DC165222 | SCT 10 Propane Hybrid | US Tower - Woodlake |
| 15024 | 4HXSC1623DC165253 | SCT 10 Propane Hybrid | US Tower - Woodlake |
| 15107 | 4HXSC1625DC165187 | SCT 10 Propane Hybrid | US Tower - Woodlake |
| 15026 | 4HXSC1626DC165246 | SCT 10 Propane Hybrid | US Tower - Woodlake |
| 15037 | 4HXSC1626DC165313 | SCT 10 Propane Hybrid | US Tower - Woodlake |
| 14774 | 4HXSC1627DC165207 | SCT 10 Propane Hybrid | US Tower - Woodlake |
| 15067 | 4HXSC1627DC165238 | SCT 10 Propane Hybrid | US Tower - Woodlake |
| 15086 | 4HXSC1627DC165255 | SCT 10 Propane Hybrid | US Tower - Woodlake |
| 15127 | 4HXSC1627DC165272 | SCT 10 Propane Hybrid | US Tower - Woodlake |

| | | | |
|---|---|---|---|
| 15027 | 4HXSC1627DC165286 | SCT 10 Propane Hybrid | US Tower - Woodlake |
| 15066 | 4HXSC1627DC165305 | SCT 10 Propane Hybrid | US Tower - Woodlake |
| 15045 | 4HXSC1628DC165247 | SCT 10 Propane Hybrid | US Tower - Woodlake |
| 15140 | 4HXSC1628DC165278 | SCT 10 Propane Hybrid | US Tower - Woodlake |
| 15008 | 4HXSC1629DC165242 | SCT 10 Propane Hybrid | US Tower - Woodlake |
| 15030 | 4HXSC1629DC165273 | SCT 10 Propane Hybrid | US Tower - Woodlake |
| 14023 | 4HXSC162XDC165198 | SCT 20 Hybrid Light Tower | US Tower - Woodlake |
| 14771 | 4HXSC162XDC165234 | SCT 10 Propane Hybrid | US Tower - Woodlake |
| 15090 | 4HXSC162XDC165265 | SCT 10 Propane Hybrid | US Tower - Woodlake |
| 130527 | 4HXSC1623DC165270 | SCT 10 Propane Hybrid | US Tower - Woodlake |