# EXHIBIT B

DC Solar
US Tower - Fund Owner Unknown Detail
As of 11/6/2019
Sorted by Fund then Description

| # | SMS / Non-SMS / Non-SMS Investor | Fund | Fund Owner | VIN # | Carson Trailer Production # | Description | Location | Found/Missing |
|---|---|---|---|---|---|---|---|---|
| 1 | Fund NA | Fund XXV | Unknown | 4HXSC1726GC183734 | 156488 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 2 | Fund NA | Fund XXV | Unknown | 4HXSC172XGC183719 | 156473 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 3 | Fund NA | Fund XXV | Unknown | 4HXSC1723GC183660 | 156413 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 4 | Fund NA | Fund XXV | Unknown | 4HXSC172XGC183722 | 156476 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 5 | Fund NA | Fund XXV | Unknown | 4HXSC1721GC183642 | 156395 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 6 | Fund NA | Fund XXV | Unknown | 4HXSC1723GC183724 | 156478 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 7 | Fund NA | Fund XXV | Unknown | 4HXSC172XGC183610 | 156311 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 8 | Fund NA | Fund XXV | Unknown | 4HXSC1720GC183731 | 156485 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 9 | Fund NA | Fund XXV | Unknown | 4HXSC1723GC183710 | 156464 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 10 | Fund NA | Fund XXV | Unknown | 4HXSC1725GC183725 | 156479 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 11 | Fund NA | Fund XXV | Unknown | 4HXSC1725GC183756 | 156510 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 12 | Fund NA | Fund XXV | Unknown | 4HXSC1721GC183737 | 156491 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 13 | Fund NA | Fund XXV | Unknown | 4HXSC1725GC183711 | 156465 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 14 | Fund NA | Fund XXV | Unknown | 4HXSC1722GC183729 | 156483 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 15 | Fund NA | Fund XXV | Unknown | 4HXSC1724GC183683 | 156437 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 16 | Fund NA | Fund XXV | Unknown | 4HXSC1722GC183665 | 156418 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 17 | Fund NA | Fund XXV | Unknown | 4HXSC1725GC183739 | 156493 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 18 | Fund NA | Fund XXV | Unknown | 4HXSC1721GC183740 | 156494 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 19 | Fund NA | Fund XXV | Unknown | 4HXSC1727GC183578 | 156279 | Trailer | US Tower - Woodlake | Found |
| 20 | Fund NA | Fund XXV | Unknown | 4HXSC1723GC183562 | 156263 | Trailer | US Tower - Woodlake | Found |
| 21 | Fund NA | Fund XXV | Unknown | 4HXSC1725GC183563 | 156264 | Trailer | US Tower - Woodlake | Found |
| 22 | Fund NA | Fund XXV | Unknown | 4HXSC1723GC183576 | 156277 | Trailer | US Tower - Woodlake | Found |
| 23 | Fund NA | Fund XXV | Unknown | 4HXSC1720GC183583 | 156284 | Trailer | US Tower - Woodlake | Found |
| 24 | Fund NA | Fund XXV | Unknown | 4HXSC1724GC183571 | 156272 | Trailer | US Tower - Woodlake | Found |
| 25 | Fund NA | Fund XXV | Unknown | 4HXSC1729GC183565 | 156266 | Trailer | US Tower - Woodlake | Found |
| 26 | Fund NA | Fund XXV | Unknown | 4HXSC1727GC183581 | 156282 | Trailer | US Tower - Woodlake | Found |
| 27 | Fund NA | Fund XXV | Unknown | 4HXSC1728GC183573 | 156274 | Trailer | US Tower - Woodlake | Found |
| 28 | Fund NA | Fund XXV | Unknown | 4HXSC1725GC183742 | 156496 | Trailer | US Tower - Woodlake | Found |
| 29 | Fund NA | Fund XXV | Unknown | 4HXSC1728GC183654 | 156407 | Trailer | US Tower - Woodlake | Found |
| 30 | Fund NA | Fund XXV | Unknown | 4HXSC1722GC183732 | 156486 | Trailer | US Tower - Woodlake | Found |
| 31 | Fund NA | Fund XXV | Unknown | 4HXSC1728GC183718 | 156472 | Trailer | US Tower - Woodlake | Found |
| 32 | Fund NA | Fund XXV | Unknown | 4HXSC1720GC183728 | 156482 | Trailer | US Tower - Woodlake | Found |
| 33 | Fund NA | Fund XXV | Unknown | 4HXSC1728GC183752 | 156506 | Trailer | US Tower - Woodlake | Found |
| 34 | Fund NA | Fund XXV | Unknown | 4HXSC1721GC183575 | 156276 | Trailer | US Tower - Woodlake | Found |
| 35 | Fund NA | Fund XXV | Unknown | 4HXSC1724GC183585 | 156286 | Trailer | US Tower - Woodlake | Found |
| 36 | Fund NA | Fund XXV | Unknown | 4HXSC1729GC183579 | 156280 | Trailer | US Tower - Woodlake | Found |
| 37 | Fund NA | Fund XXV | Unknown | 4HXSC1727GC183564 | 156265 | Trailer | US Tower - Woodlake | Found |
| 38 | Fund NA | Fund XXV | Unknown | 4HXSC1720GC183695 | 156449 | Trailer | US Tower - Woodlake | Found |

DRAFT - Subject to Change                Page 1 of 3                Privileged and Confidential

DC Solar
US Tower - Fund Owner Unknown Detail
As of 11/6/2019
Sorted by Fund then Description

| # | SMS / Non-SMS / Non-SMS Investor | Fund | Fund Owner | VIN # | Carson Trailer Production # | Description | Location | Found/Missing |
|---|---|---|---|---|---|---|---|---|
| 39 | Fund NA | Fund XXV | Unknown | 4HXSC1722GC183696 | 156450 | Trailer | US Tower - Woodlake | Found |
| 40 | Fund NA | Fund XXV | Unknown | 4HXSC1723GC183707 | 156461 | Trailer | US Tower - Woodlake | Found |
| 41 | Fund NA | Fund XXV | Unknown | 4HXSC1723GC183688 | 156442 | Trailer | US Tower - Woodlake | Found |
| 42 | Fund NA | Fund XXV | Unknown | 4HXSC1723GC183657 | 156410 | Trailer | US Tower - Woodlake | Found |
| 43 | Fund NA | Fund XXV | Unknown | 4HXSC1721GC183639 | 156392 | Trailer | US Tower - Woodlake | Found |
| 44 | Fund NA | Fund XXV | Unknown | 4HXSC1726GC183670 | 156423 | Trailer | US Tower - Woodlake | Found |
| 45 | Fund NA | Fund XXV | Unknown | 4HXSC172XGC183641 | 156394 | Trailer | US Tower - Woodlake | Found |
| 46 | Fund NA | Fund XXV | Unknown | 4HXSC1721GC183656 | 156409 | Trailer | US Tower - Woodlake | Found |
| 47 | Fund NA | Fund XXV | Unknown | 4HXSC1726GC183622 | 156375 | Trailer | US Tower - Woodlake | Found |
| 48 | Fund NA | Fund XXV | Unknown | 4HXSC1729GC183646 | 156399 | Trailer | US Tower - Woodlake | Found |
| 49 | Fund NA | Fund XXV | Unknown | 4HXSC1721GC183625 | 156378 | Trailer | US Tower - Woodlake | Found |
| 50 | Fund NA | Fund XXV | Unknown | 4HXSC1726GC183619 | 156372 | Trailer | US Tower - Woodlake | Found |
| 51 | Fund NA | Fund XXV | Unknown | 4HXSC1728GC183623 | 156376 | Trailer | US Tower - Woodlake | Found |
| 52 | Fund NA | Fund XXV | Unknown | 4HXSC172XGC183624 | 156377 | Trailer | US Tower - Woodlake | Found |
| 53 | Fund NA | Fund XXV | Unknown | 4HXSC1724GC183599 | 156300 | Trailer | US Tower - Woodlake | Found |
| 54 | Fund NA | Fund XXV | Unknown | 4HXSC1724GC183666 | 156419 | Trailer | US Tower - Woodlake | Found |
| 55 | Fund NA | Fund XXV | Unknown | 4HXSC1722GC183634 | 156387 | Trailer | US Tower - Woodlake | Found |
| 56 | Fund NA | Fund XXV | Unknown | 4HXSC1723GC183674 | 156427 | Trailer | US Tower - Woodlake | Found |
| 57 | Fund NA | Fund XXV | Unknown | 4HXSC1720GC183664 | 156417 | Trailer | US Tower - Woodlake | Found |
| 58 | Fund NA | Fund XXV | Unknown | 4HXSC1723GC183612 | 156313 | Trailer | US Tower - Woodlake | Found |
| 59 | Fund NA | Fund XXV | Unknown | 4HXSC1728GC183668 | 156421 | Trailer | US Tower - Woodlake | Found |
| 60 | Fund NA | Fund XXV | Unknown | 4HXSC1728GC183671 | 156424 | Trailer | US Tower - Woodlake | Found |
| 61 | Fund NA | Fund XXV | Unknown | 4HXSC1729GC183596 | 156297 | Trailer | US Tower - Woodlake | Found |
| 62 | Fund NA | Fund XXV | Unknown | 4HXSC1727GC183628 | 156381 | Trailer | US Tower - Woodlake | Found |
| 63 | Fund NA | Fund XXV | Unknown | 4HXSC1727GC183595 | 156296 | Trailer | US Tower - Woodlake | Found |
| 64 | Fund NA | Fund XXV | Unknown | 4HXSC1723GC183626 | 156379 | Trailer | US Tower - Woodlake | Found |
| 65 | Fund NA | Fund XXV | Unknown | 4HXSC1723GC183643 | 156396 | Trailer | US Tower - Woodlake | Found |
| 66 | Fund NA | Fund XXV | Unknown | 4HXSC1728GC183637 | 156390 | Trailer | US Tower - Woodlake | Found |
| 67 | Fund NA | Fund XXV | Unknown | 4HXSC1722GC183620 | 156373 | Trailer | US Tower - Woodlake | Found |
| 68 | Fund NA | Fund XXV | Unknown | 4HXSC1724GC183652 | 156405 | Trailer | US Tower - Woodlake | Found |
| 69 | Fund NA | Fund XXV | Unknown | 4HXSC172XGC183753 | 156507 | Trailer | US Tower - Woodlake | Found |
| 70 | Fund NA | Fund XXV | Unknown | 4HXSC1725GC183661 | 156414 | Trailer | US Tower - Woodlake | Found |
| 71 | Fund NA | Fund XXV | Unknown | 4HXSC1726GC183748 | 156502 | Trailer | US Tower - Woodlake | Found |
| 72 | Fund NA | Fund XXV | Unknown | 4HXSC1729GC183758 | 156512 | Trailer | US Tower - Woodlake | Found |
| 73 | Fund NA | Fund XXV | Unknown | 4HXSC1725GC183658 | 156411 | Trailer | US Tower - Woodlake | Found |
| 74 | Fund NA | Fund XXV | Unknown | 4HXSC1727GC183662 | 156415 | Trailer | US Tower - Woodlake | Found |
| 75 | Fund NA | Fund XXV | Unknown | 4HXSC1726GC183636 | 156389 | Trailer | US Tower - Woodlake | Found |
| 76 | Fund NA | Fund Unknown | Unknown | 4HXSC1725FC180113 | 150950 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |

DRAFT - Subject to Change

Page 2 of 3

Privileged and Confidential

DC Solar
US Tower - Fund Owner Unknown Detail
As of 11/6/2019
Sorted by Fund then Description

| # | SMS / Non-SMS / Non-SMS Investor | Fund | Fund Owner | VIN # | Carson Trailer Production # | Description | Location | Found/Missing |
|---|---|---|---|---|---|---|---|---|
| 77 | Fund NA | Fund Unknown | Unknown | 4HXSC1726FC178838 | 149977 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 78 | Fund NA | Fund Unknown | Unknown | 4HXSC1729FC180115 | 150952 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 79 | Fund NA | Fund Unknown | Unknown | 4HXSC1723FC178800 | 149519 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 80 | Fund NA | Fund Unknown | Unknown | 4HXSC1728FC173964 | 141510 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 81 | Fund NA | Fund Unknown | Unknown | 4HXSC1728FC172264 | 149150 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 82 | Fund NA | Fund Unknown | Unknown | 4HXSC1722FC180117 | 150954 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 83 | Fund NA | Fund Unknown | Unknown | 4HXSC1623DC165950 | 133290 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 84 | Fund NA | Fund Unknown | Unknown | NO VIN | N/A | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 85 | Fund NA | Fund Unknown | Unknown | NO VIN | N/A | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 86 | Fund NA | Fund Unknown | Unknown | NO VIN | N/A | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 87 | Fund NA | Fund Unknown | Unknown | NO VIN | N/A | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 88 | Fund NA | Fund Unknown | Unknown | 4HXSC1720FC180195 | 151032 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 89 | Fund NA | Fund Unknown | Unknown | 4HXSC1722FC180067 | 150904 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 90 | Fund NA | Fund Unknown | Unknown | 4HXSC1726FC180220 | 151633 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 91 | Fund NA | Fund Unknown | Unknown | 4HXSC1724FC180068 | 150905 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 92 | Fund NA | Fund Unknown | Unknown | 4HXSC1729FC180101 | 150938 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 93 | Fund NA | Fund Unknown | Unknown | 4HXSC1724FC180054 | 150891 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 94 | Fund NA | Fund Unknown | Unknown | 4HXSC1727FC180081 | 150918 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 95 | Fund NA | Fund Unknown | Unknown | 4HXSC1727FC178802 | 149521 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 96 | Fund NA | Fund Unknown | Unknown | 4HXSC1720FC178799 | 149518 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 97 | Fund NA | Fund Unknown | Unknown | 4HXSC1721FC180111 | 150948 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 98 | Fund NA | Fund Unknown | Unknown | 4HXSC1729FC180132 | 150969 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 99 | Fund NA | Fund Unknown | Unknown | 4HXSC1729FC180129 | 150966 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 100 | Fund NA | Fund Unknown | Unknown | 4HXSC1724FC180118 | 150955 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 101 | Fund NA | Fund Unknown | Unknown | 4HXSC1720FC180133 | 150970 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 102 | Fund NA | Fund Unknown | Unknown | 4HXSC1728FC180221 | 151364 | SCT 10 Propane Hybrid | US Tower - Woodlake | Found |
| 103 | Fund NA | Fund Unknown | Unknown | 4HXSC1628CC160143 | N/A | EV Charger | US Tower - Woodlake | Found |
| 104 | Fund NA | Fund Unknown | Unknown | 4HXSC1627CC160135 | 125222 | EV Charger | US Tower - Woodlake | Found |
| 105 | Fund NA | Fund Unknown | Unknown | 4HXSC1623AC165348 | N/A | EV Charger | US Tower - Woodlake | Found |
| 106 | Fund NA | Fund Unknown | Unknown | 4HXSC1621CC160132 | 125219 | EV Charger | US Tower - Woodlake | Found |
| 107 | Fund NA | Fund Unknown | Unknown | 4HXSC1625CC160148 | 125235 | EV Charger | US Tower - Woodlake | Found |
| 108 | Fund NA | Fund Unknown | Unknown | 4HXSC1620CC160137 | 125224 | EV Charger | US Tower - Woodlake | Found |
| 109 | Fund NA | Fund Unknown | Unknown | 4HXSC1620CC160140 | 125227 | EV Charger | US Tower - Woodlake | Found |