1   Jeffrey L. Hartman, Esq.
    Nevada Bar No. 1607
2   **HARTMAN & HARTMAN**
    510 W. Plumb Lane, Suite B
3   Reno, NV 89509
    Telephone: (775) 324-2800
4   Fax: (775) 324-1818
    notices@bankruptcyreno.com
5   Attorney for Christina Lovato, Chapter 7 Trustee

6

7                **UNITED STATES BANKRUPTCY COURT**

8                     **DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Lead Case No.: BK-19-50102-gs (Chapter 7) |
| DOUBLE JUMP, INC. | |
| Debtor. | Jointly Administered with: |

| | |
|---|---|
| 19-50130-gs | DC Solar Solutions, Inc. |
| 19-50131-gs | DC Solar Distribution, Inc. |
| 19-50135-gs | DC Solar Freedom, Inc. |

   _X_ Affects DC Solar Solutions, Inc.
   _X_ Affects DC Solar Distribution, Inc.
   _X_ Affects DC Solar Freedom, Inc.
   _X_ Affects Double Jump, Inc.

**CERTIFICATE OF SERVICE**

**Hearing Date:  December 9, 2019**
**Hearing Time: 9:30 a.m.**

     I certify that I am an employee of Hartman & Hartman, and that on November 8 and 9, 2019, I caused to be served the following document(s):

     **MOTION FOR ORDER APPROVING COORDINATION AGREEMENT BETWEEN THE UNITED STATES AND THE CHAPTER 7 TRUSTEE FOR THE ESTATES OF DOUBLE JUMP, INC., DC SOLAR SOLUTIONS, INC., DC SOLAR DISTRIBUTION, INC., AND DC SOLAR FREEDOM, INC. [ECF no. 1388]**

     **DECLARATION OF TRUSTEE CHRISTINA LOVATO IN SUPPORT OF MOTION FOR ORDER APPROVING COORDINATION AGREEMENT BETWEEN THE UNITED STATES AND THE CHAPTER 7 TRUSTEE FOR THE ESTATES OF DOUBLE JUMP, INC., DC SOLAR SOLUTIONS, INC., DC SOLAR DISTRIBUTION, INC., AND DC SOLAR FREEDOM, INC. [ECF no. 1389]**

     **NOTICE OF HEARING ON MOTION FOR ORDER APPROVING COORDINATION AGREEMENT BETWEEN THE UNITED STATES**

1

AND THE CHAPTER 7 TRUSTEE FOR THE ESTATES OF DOUBLE JUMP, INC., DC SOLAR SOLUTIONS, INC., DC SOLAR DISTRIBUTION, INC., AND DC SOLAR FREEDOM, INC. [ECF no. 1390]

MOTION FOR ORDER APPROVING CONSENSUAL LIQUIDATION OF ESTATE'S INTEREST IN PROPERTY AND APPROVING COMPROMISE OF DISPUTED CLAIMS [ECF no. 1391]

DECLARATION OF CHRISTINA LOVATO TRUSTEE IN SUPPORT OF MOTION FOR ORDER APPROVING CONSENSUAL LIQUIDATION OF ESTATE'S INTEREST IN PROPERTY AND APPROVING COMPROMISE OF DISPUTED CLAIMS; RATIFICATION OF EMPLOYMENT OF CA GLOBAL AS AUCTIONEER [ECF no. 1393]

NOTICE OF HEARING ON MOTION FOR ORDER APPROVING CONSENSUAL LIQUIDATION OF ESTATE'S INTEREST IN PROPERTY AND APPROVING COMPROMISE OF DISPUTED CLAIMS; RATIFICATION OF EMPLOYMENT OF CA GLOBAL AS AUCTIONEER [ECF no. 1394]

TRUSTEE'S MOTION FOR ORDERS: (1) AUTHORIZING CONSENSUAL SALE OF PERSONAL PROPERTY BY AUCTION, (2) APPROVING SALE OF ESTATE-OWNED MSGS, AND (3) RATIFYING CONTINUING EMPLOYMENT OF CA GLOBAL AS AUCTIONEER [ECF no. 1395]

DECLARATION OF CHRISTINA LOVATO IN SUPPORT OF MOTION FOR ORDERS: (1) AUTHORIZING CONSENSUAL SALE OF PERSONAL PROPERTY BY AUCTION, (2) APPROVING SALE OF ESTATE-OWNED MSGS, AND (3) RATIFYING CONTINUING EMPLOYMENT OF CA GLOBAL AS AUCTIONEER [ECF no. 1397]

NOTICE OF HEARING ON TRUSTEE'S MOTION FOR ORDERS: (1) AUTHORIZING CONSENSUAL SALE OF PERSONAL PROPERTY BY AUCTION, (2) APPROVING SALE OF ESTATE-OWNED MSGS, AND (3) RATIFYING CONTINUING EMPLOYMENT OF CA GLOBAL AS AUCTIONEER [ECF no. 1398]

I caused to be served the above-named document(s) as indicated below:

✔ a.  Via ECF to:

SETH J. ADAMS
sadams@woodburnandwedge.com

GREG ADDINGTON
greg.addington@usdoj.gov, christi.dyer@usdoj.gov

MEGAN M. ADEYEMO
madeyemo@gordonrees.com, asoto@grsm.com

SALLIE B ARMSTRONG
sarmstrong@mcdonaldcarano.com, nhoy@mcdonaldcarano.com

BRETT A. AXELROD
baxelrod@foxrothschild.com,
pchlum@foxrothschild.com;mwilson@foxrothschild.com

LOUIS M. BUBALA, III
lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com

CANDACE C CARLYON
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;Dcica@carlyon
cica.com

JEFFREY D. CAWDREY
jcawdrey@grsm.com,
jmydlandevans@grsm.com;spoteet@grsm.com;mbrookman@grsm.com;sdura
zo@grsm.com

ROBERT M. CHARLES, JR.
rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com

MARIA ELLENA CHAVEZ-RUARK
maria.ruark@saul.com

DAWN M. CICA
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.c
om;dcica@carlyoncica.com;tosteen@carlyoncica.com

WILLIAM D COPE
william@copebklaw.com, r64042@notify.bestcase.com

TIMOTHY S. CORY
tim.cory@corylaw.us, salexander@corylaw.us

MARC S. CWIK
cwik@lbbslaw.com,
adam.pernsteiner@lewisbrisbois.com;susan.awe@lewisbrisbois.com

TRICIA M. DARBY
tricia@darbylawpractice.com, kad@darbylawpractice.com

MICHAEL A DIGIACOMO
digiacomom@ballardspahr.com,
saltlakedocketclerk@ballardspahr.com;paredesr@ballardspahr.com;hartt@ba
llardspahr.com

VAN C. DURRER, II
van.durrer@skadden.com

3

THOMAS H. FELL
tfell@fclaw.com, clandis@fclaw.com

FRANCHISE TAX BOARD (cc)
BKClaimConfirmation@ftb.ca.gov, kevin.hutty@ftb.ca.gov

DONALD L. GAFFNEY
dgaffney@swlaw.com, tapodaca@swlaw.com

MICHAEL J GOMEZ
mgomez@frandzel.com, dmoore@frandzel.com

REW R. GOODENOW
ecf@parsonsbehle.com, rgoodenow@parsonsbehle.com

ELIZABETH A. GREEN
egreen@bakerlaw.com

JAMES D. GREENE
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@gree
neinfusolaw.com

STEVEN T GUBNER
sgubner@bg.law, ecf@bg.law

ALLEN J. GUON
aguon@foxrothschild.com, plove@foxrothschild.com

JEFFREY R. HALL
jhall@hutchlegal.com, bbenitez@hutchlegal.com

STEPHEN R HARRIS
steve@harrislawreno.com,
hannah@harrislawreno.com;norma@harrislawreno.com

JEFFREY L HARTMAN
notices@bankruptcyreno.com, abg@bankruptcyreno.com

PAYMON HIFAI
phifai@hornerlawgroup.com

ELIZABETH A. HIGH
e.high@lee-high.com, e.dendary@lee-high.com;s.ramos@lee-high.com

RICHARD F. HOLLEY
rholley@nevadafirm.com,
apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafir
m.com;mlangsner@nevadafirm.com

RICK R. HSU
rhsu@mclrenolaw.com, hmotta@mcllawfirm.com

4

1    CHRISTOPHER D. HUGHES
     chughes@nossaman.com
2
     BRIAN R. IRVINE
3    birvine@dickinsonwright.com,
     mreel@dickinsonwright.com;cgrinstead@dickinsonwright.com;RN_litdocket
4    @dickinsonwright.com

5    NEAL R. JACOBSON
     jacobsonn@sec.gov
6
     MATTHEW L. JOHNSON
7    annabelle@mjohnsonlaw.com,
     mjohnson@mjohnsonlaw.com;sue@mjohnsonlaw.com
8
     NATHAN G. KANUTE
9    nkanute@swlaw.com,
     mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@
10   swlaw.com;ljtaylor@swlaw.com
11
     TALIN KESHISHIAN
12   tkeshishian@bg.law

13   MARY LANGSNER
     mlangsner@nevadafirm.com,
14   oswibies@nevadafirm.com;apestonit@nevadafirm.com;rholley@nevadafirm.
     com
15
     BART K. LARSEN
16   BLARSEN@KLNEVADA.COM,
     MBARNES@KLNEVADA.COM;bankruptcy@klnevada.com
17
     ROBERT S. LARSEN
18   rlarsen@gordonrees.com,
     gangulo@gordonrees.com;wwong@gordonrees.com;kcaswell@grsm.com
19
     ANDREW V. LAYDEN
20   alayden@bakerlaw.com
21
     CECILIA LEE
22   e.high@lee-high.com, e.dendary@lee-high.com;s.ramos@lee-high.com
23
     ANNIE Z. LI
24   annie.li@skadden.com

25   CHRISTINA W. LOVATO
     trusteelovato@att.net, NV26@ecfcbis.com
26
     TIMOTHY A LUKAS
27   ecflukast@hollandhart.com

28   EDWARD M. MCDONALD
     edward.m.mcdonald@usdoj.gov

1   JEANETTE E. MCPHERSON
    bkfilings@s-mlaw.com
2
    EDMOND BUDDY MILLER
3   bmiller@buddymillerlaw.com, jepker@buddymillerlaw.com

4   ALI M. M. MOJDEHI
    amojdehi@btlaw.com, jgertz@btlaw.com;arego@btlaw.com
5
    TRACY M. O'STEEN
6   tosteen@carlyoncica.com,
7   crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyo
    ncica.com
8
    RICHARD A. OSHINSKI
9   Rick@OshinskiForsberg.com, Linda@OshinskiForsberg.com

10  DONNA T PARKINSON
    donna@parkinsonphinney.com
11
    PAUL J PASCUZZI
12  ppascuzzi@ffwplaw.com

13  MATTHEW W. QUALL
    mquall@quallcardot.com
14
    JACK A. RAISNER
15  jar@outtengolden.com

16  JULIE HOPE ROME-BANKS
    Julie@bindermalter.com
17
    RENE' S ROUPINIAN
18  rsr@outtengolden.com,
19  jxh@outtengolden.com;squinonez@outtengolden.com;bkouroupas@outtengo
    lden.com
20
    THERESE SCHEUER
21  scheuert@sec.gov

22  BRIAN D. SHAFFER
    brian.shaffer@msrlegal.com, karen.wigylus@msrlegal.com
23
    JAMES PATRICK SHEA
24  jshea@klnevada.com, mbarnes@klnevada.com;bankruptcy@klnevada.com

25  DANIEL H. SLATE
    dslate@buchalter.com, smartin@buchalter.com
26
    KEVIN M. SUTEHALL
27  ksutehall@foxrothschild.com, dloffredo@foxrothschild.com

28  AMY N. TIRRE
    amy@amytirrelaw.com, admin@amytirrelaw.com

6

U.S. TRUSTEE - RN - 7, 7
USTPRegion17.RE.ECF@usdoj.gov

DAVID F. WAGUESPACK
Waguespack@carverdarden.com, plaisance@carverdarden.com

CONSTANCE L. YOUNG
constance.young@wbd-us.com, janice.phillips@wbd-us.com

✔  b.  Via U. S. Mail, postage prepaid, November 9, 2019, **Notices of Hearing only**

**[ECF nos. 1390, 1394 and 1398]**, addressed to all those persons/entities listed on the attached list

of creditors maintained by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: November 13, 2019.


 */s/ Angie Gerbig*
Angie Gerbig

7

Label Matrix for local noticing
0978-3
Case 19-50102-gs
District of Nevada
Reno
Thu Nov  7 17:06:00 PST 2019

AHERN RENTALS, INC.
C/O FOX ROTHSCHILD LLP
ATTN: BRETT A. AXELROD
1980 FESTIVAL PLAZA DRIVE
SUITE 700
LAS VEGAS, NV 89135-2961

ALLY BANK
PO BOX 130424
ROSEVILLE, MN 55113-0004

B.H. CAPTIAL VENTURES, LLC
C/O SAMUEL SCHWARTZ / BROWNSTEIN HYATT..
100 N CITY PKWY, STE 1600
LAS VEGAS, NV 89106-4614

CHARGEIT MOBILITY GMBH, GERMANY

CLARK HILL PLLC
3800 HOWARD HUGHES PARKWAY
Suite 500
LAS VEGAS, NV 89169-5914

CRANBROOK REALTY INVESTMENT FUND LP
C/O LAW OFFICES OF AMY N TIRRE, APC
3715 LAKESIDE DR, STE A
RENO, NV 89509-5349

DC SOLAR DISTRIBUTION, INC.
4901 PARK ROAD
BENICIA, CA 94510-1190

DC SOLAR FREEDOM, INC.
4901 PARK ROAD
BENICA, CA 94510-1190

DC SOLAR SOLUTIONS, INC.
4901 PARK ROAD
BENICIA, CA 94510-1190

DOUBLE JUMP, INC.
200 S. VIRGINIA, 8TH FLOOR
RENO, NV 89501-2403

EXIDE TECHNOLOGIES
130000 DEEFIELD PKWY, BLDG 200
MILTON, GA 30004-8532

FEI INVESTORS I, LLC
C/O TIMOTHY S. CORY
1333 NORTH BUFFALO DRIVE, SUITE 210
LAS VEGAS, NV 89128-3636

FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI
500 CAPITOL MALL, SUITE 2250
SACRAMENTO, CA 95814-4760

FRANCHISE TAX BOARD (cc)
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

GLASSRATNER ADVISORY & CAPITOL GROUP LLC
425 CALIFORNIA STREET, SUITE 900
SAN FRANCISCO, CA 94104-2117

GREEN ENERGY CONCEPTS, INC.
ATTN: TIM EARNHARD, VP
5831 ORR ROAD
CHARLOTTE, NC 28213-6319

HANCOCK WHITNEY EQUIPMENT FINANCE AND LEASIN
C/O LOUIS M. BUBALA III
50 W. LIBERTY ST., STE 700
RENO, NV 89501-1947

HARRIS LAW PRACTICE LLC
6151 LAKESIDE DR., STE 2100
RENO, NV 89511-8541

HERITAGE BANK OF COMMERCE
C/O SETH ADAMS / WOODBURN AND WEDGE
PO BOX 2311
RENO, NV 89505-2311

INTERNATIONAL SPEEDWAY CORPORATION
C/O BARNES & THORNBURG LLP
655 W. BROADWAY, STE 900
SAN DIEGO, CA 92101-8484

ISM CONNECT
MUSHKIN CICA COPPEDGE / DAWN CICA
4495 S. PECOS RD.
LAS VEGAS, NV 89121-5082

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY
BART K LARSEN / KOLESAR & LEATHAM
400 SO RAMPART BLVD, STE 400
LAS VEGAS, NV 89145-5725

PS BUSINESS PARKS, L.P.
C/O ADAM PERNSTEINER / LEWSI BRIABOIS...
6385 S. RAINBOW BLVD., STE 600
LAS VEGAS, NV 89118-3201

SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE
200 VESEY ST, STE 400
NEW YORK, NY 10281-8004

SKADDEN, ARPS, MEAGHER, SLATE & FLOM LLP
300 S. GRANVE AVENUE, SUITE 3400
LOS ANGELES, CA 90071

SOLARMORE MANAGEMENT SERVICES, INC.
C/O NATHAN G. KANUTE
50 W. LIBERTY ST., STE 510
RENO, NV 89501-1961

SOLARSENSE DCS I, LLC
C/O HOLLEY DRIGGS WALCH / R. HOLLEY
400 S 4TH ST, FLR 3
LAS VEGAS, NV 89101-6201

SUN TRUST EQUIPMENT FINANCE & LEASING CORP.
C/O MEGAN N. ADEYEMO
2200 ROSS AVE., SUITE 4100W
DALLAS, TX 75201-7902

TRANS LEASE, INC.
c/o JOHNSON & GUBLER, P.C.
8831 W. SAHARA AVE
LAS VEGAS, NV 89117-5865

U.S. TRUSTEE - RN - 7 7
300 BOOTH STREET, STE 3009
RENO, NV 89509-1362

UNITED BANK
C/O TRICIA M. DARBY
4777 CAUGHLIN PARKWAY
RENO, NV 89519-0906

UNITED FINANCIAL BANCORP, INC.
C/O TRICIA M. DARBY
4777 CAUGHLIN PARKWAY
RENO, NV 89519-0906

UNITED STATES OF AMERICA
C/O GREG ADDINGTON
ASSISTANT U.S. ATTORNEY
400 SOUTH VIRGINIA ST., STE 900
RENO, NV 89501-2121

VALLEY NATIONAL BANK
C/O ROBERT M. CHARLES JR.
ONE EAST LIBERTY ST., SUITE 300
RENO, NV 89501-2128

XTREME MANUFACTURING, LLC
c/o FOX ROTHSCHILD LLP / B AXELROD
1980 FESTIVAL PLAZA DR, STE 700
LAS VEGAS, NV 89135-2961

ZALANTA RESORT AT THE VILLAGE ASSOCIATION
C/O EDMOND BUDDY MILLER
1610 MONTCLAIR AVENUE, SUITE C
RENO, NV 89509-3453

United States Bankruptcy Court
300 Booth Street
Reno, NV 89509-1360

140 Mason Circle, LLC
135 Mason Circle
Concord, CA 94520-8543

2190 BROOKWOOD AVENUE
SANTA ROSA, CA 95404-7018

25274 NETWORK PLACE
CHICAGO, IL 60673-1252

254 E. Hacienda Ave.
ChargePoint, Inc.
c/o General Counsel
254 E. Hacienda Ave.
Campbell, CA 95008-6617

39209 TREASURY CENTER
CHICAGO, IL 60694-9200

4533 ANDREWS ST SUITE A
N LAS VEGAS, NV 89081-2708

475 Channel Road, LLC
4901 Park Road
Benicia, CA 94510-1190

4901 PARK ROAD
BENICIA, CA 94510-1190

929 COLORADO AVE
SANTA MONICA, CA 90401-2716

A Valdivia Landscaping
1115 Juniper Ave.
South Lake Tahoe, CA 96150-8122

ABS National Auto Services Inc
9000 Executive Park Drive
Suite A-115
Knoxville, TN 37923-4653

ACE
436 Walnut Street
Philadelphia, PA 19106-3703

AEDG
1055 Westlakes Drive, Suite 140
Berwyn, PA 19312-2404

AHERN RENTALS, INC.
C/O ROX ROTHSCHILD LLP
AMANDA A. HUNT
1980 FESTIVAL PLAZA DRIVE, SUITE 700
LAS VEGAS, NV 89135-2961

AIG Inc.
PO Box 601148
Pasadena, CA 91189-1148

AIG Private Client Group
PO Box 601148
Pasadena, CA 91189-1148

ALHAMBRA SIERRA SPRINGS
P.O. BOX 660579
DALLAS, TX 75266-0579

ALLY BANK
C/O RICK R. HSU
4785 CAUGHLIN PARKWAY
RENO, NV 89519-0906

AMAC Construction and Restoration
Horner Law Group, P.C.
800 S. Broadway
Suite 200
Walnut Creek, CA 94596-5227

AMAC Construction/ McDouglass Group, Inc.
800 S. Broadway, Suite 200
Walnut Creek, California 94596-5227

APS
PO Box 2906
Phoenix, AZ  85062-2906

ARIZONA DEPT OF REVENUE
1600 WEST MONROE STREET
PHOENIX, AZ 85007-2650

ASI Lloyds
PO Box 33018
Saint Petersburg, FL 33733-8018

AT&T
PO Box 5025
Carol Stream, IL 60197-5025

AT&T
c/o Bankruptcy
4331 Communications Dr., Floor 4W
Dallas, TX 75211-1300

AT&T Mobility
PO Box 6463
Carol Stream, IL  60197-6463

AVD Security
1300 Galaxy Way, Unit 21
Concord, CA 94520-4964

Advanced Voice & Data Inc
1300 Galaxy Way
Suite 21
Concord CA 94520-4964

Ahern Rentals, Inc.
PO Box 271390
Las Vegas, NV 89127-1390

Alderwood Property Condo Association
c/o Union Bank Lockbox
PO Box 45413
San Francisco, CA 94145-0143

Alexander & Associates
147 Old Bernal Ave., Suite 20
Pleasanton, CA 94566-7013

Ally Financial
Tyler Lambert
PO Box 360902
Bloomington, MN 55436-0902

Alpine Power Systems, Inc.
Dept 77783
PO Box 77000
Detroit, MI 48277-0783

AmTrust North America
800 Superior Ave
Cleveland, H 44114-2613

AmTrust North America Inc
PO Box 6939
Cleveland, OH 44101-1939

Americrown Daytona Speedway
1800 West International Speedway
Po Box 2801
Daytona, FL 32114-1216

Andre Espinosa
Eastern District of California, Criminal
Robert T. Matsui United States Courthous
501 I Street, Suite 10-100
Sacramento, CA 95814-7306

Andrew Raber
2546 Alabaster Avenue
Orlando, FL 32833-4309

Annie Z. Li
Skadden Arps, Slate, Meagher
& Flom LLP & Affiliates
300 South Grand Avenue
Los Angeles, CA 90071-3109

Antara Ltd
Jerry Sprecher
11155 Pentland Downs Street
Las Vegas, NV 89141-4361

Anthony Brunson
2025 S 84th Avenue
Tolleson, AZ 85353-8924

BEI Construction Inc
1101 Marina Village Parkway
Suite 100
Alameda CA 94501-6475

BPXpress
4740 E. 2nd St., Ste. #29
Benicia, CA 94510-1024

Barry Hacker
c/o Adam Schwartz
Homer Bonner
330 South Rampart Boulevard, #360
Las Vegas, NV 89145-5754

Bay Area Drainage, Inc.
86 Buckingham Drive
Moraga, CA 94556-2407

Bayliss Innovative Services Inc
2873 Richard Court
Concord, CA 94520-5515

Bayliss Innovative Services Inc
825 Westview Court
Martinez, CA 94553-3372

Benicia Investment LLC
Benicia Industrial LLC
c/o Kirk Giberson
Hefner Law
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-4136

Bertolami Engineering
1940 Oak Park Blvd.
Pleasant Hill, CA 94523

Big Ass Fans
PO Box 638767
Cincinnatti, OH 45263-8767

Boulder Exterminators, Inc.
PO Box 17000
South Lake Tahoe, CA 96151-7000

Brandon Spencer
2407 W. Darrow St.
Phoenix, AZ 85041-6420

Brandy Boy Properties, LLC
4901 Park Road
Benicia, CA 94510-1190

Brent Reckert
5269 Bindewald Road
Torrance, CA 90505-4314

Brett Stubbs
3104 Marsala Drive
Bay Point, CA 94565-7993

Burns & Wilcox
101 California Street
Suite 975
San Francisco, CA 94111-5839

C. L. Raffety CPA K.E. Coleman, MBA
Tax Collector
PO Box 678002
Placerville, CA 95667-8002

C. L. Raffety, CPA
Treasurer - Tax Collector
PO Box 678002
Placerville, CA 95667-8002

CA Construction
127 DeNormandie Way
Martinez, CA 94553-3006

CAT5 RESOURCES LLC
PO BOX 202056
DALLAS, TX 75320-2056

CCWD
PO Box 1430
Suisun City, CA  94585-4430

CED
PO Box 398847
San Francsisco, CA 94139-8847

CHARLOTTE MOTOR SPEEDWAY LLC
5555 CONCORD PARKWAY SOUTH
CONCORD, NC 28027-4600

CHRISTOPHER J. FONG, ESQ.
NIXON PEABODY LLP
55 WEST 46TH ST.
NEW YORK, NY 10036-4277

CITY OF BENICIA
250 EAST L STREET
BENICIA, CA 94510-3285

CITY WIDE PEST CONTROL INC
22405 N 18TH DRIVE
PHOENIX , AZ 85027-1355

CRS Commercial Real Estate
1450 Maria Lane, #200
Walnut Creek, CA 94596-5362

CSE Insurance Group
PO Box 60289
Los Angeles, CA 90060-0289

CTBC Bank
Alex Rodela
801 S. Figueroa St., Ste 2300,
Los Angeles, CA 90017-5657

California Choice
PO Box 7088
Orange CA 92863-7088

California Retaining Walls Co.
865 Teal Drive
Benicia, CA 94510-1249

Cameron M. Gulden
Office of the U.S. Trustee
300 Booth Street, #3009
Reno, NV 89101
Edward M. McDonald
Office of the U.S. Trustee  89509-1362

Candace Carlyon
Clark Hill PLC
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169-5914

Cellco Partnership dba Verizon Wireless
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147-6105

Charge Point, Inc.
c/o Legal Department
254 East Hacienda Ave.
Campbell, CA 95008-6617

ChargeIt Mobility
2901 Bayview Dr.
Fremont, CA 94538-6520

Chargepoint Inc
Dept LA 24104
Padadena CA 91185-4104

Charles Lomeli, Tax Collector
Solano County Treasury
675 Texas Street, Suite 1900
Fairfield, CA 94533-6337

Charter Communications
PO Box 790086
St. Louis, MO 63179-0086

Chip Ganassi Racing
c/o Jim Voyles
Voyles Vaiana
141 E. Washington Street, Suite 300
Indianapolis, Indiana 46204-3676

Chip Ganassi Racing, LLC
8500 Westmoreland Drive
Concord, NC 28027-7571

Choice Builder
PO Box 7405
Orange, CA 92863-7405

Christopher Helms
42 2nd Street NW
Concord, NC 28027-6279

Christopher Soper
1909 E Ray Road, Suite 9-181
Chandler, AZ 85225-8724

Cintas Uniforms
PO Box 29059
Phoenix, AZ 85038-9059

City of Benicia
PO Box 398515
San Francisco, CA 94139-8515

City of Martinez
525 Henrietta St.
Martinez, CA 94553-2394

City of Scottsdale
PO Box 52799
Phoenix, AZ 85072-2799

Clark County Treasurer
500 S Grand Central Pkwy, 1st Floor
Las Vegas, NV 89155-4502

Coast Building Products
PO Box 534446
Atlanta, GA 30353-4446

Coast Landscape Management Corp.
103 Camino Oruga
Napa, CA 94558-6215

Cody Pepper
3267 Phantom Rock St.
Las Vegas, NV 89135-2138

Comcast Business
PO Box 34744
Seattle, WA 98124-1744

Concept Services Inc
2710 Tam Oshanter Drive
El Dorado Hills CA 95762
Ally Detroit Center
500 Woodward Ave
Detroit, MI 48226-3416

Contra Costa County Tax Collector
PO Box 7002
San Francisco, CA 94120-7002

Contra Costa Dept. of Development
30 Muir Road
Martinez, CA 94553-4601

Cox Communications
6205-B Peachtree Dunwoody Road NE
Atlanta, GA 30328-4524

Cox Communications
PO Box 53248
Phoenix, AZ 85072-3248

Cox Communications
PO Box 53262
Phoenix, AZ 85072-3262

Cox Communications
PO Box 79175
Phoenix, AZ 85062-9175

Cranbrook Realty Investment Fund LP
Amy N. Tirre, Esq.
3715 Lakeside Drive, Suite A
Reno, NV 89509
Cranbrook Realty Investment Fund LP
Binder & Malter, LLP   89509-5349

Crestmark Bank Corp
Attn: Larry Pearce
5480 Corporate Drive, Suite 350
Troy, MI 48098-2642

DC Solar Freedom, Inc.
4901 Park Road
Benicia, CA 94510-1190

DISH
Box 94063
Palatine, IL  60094-4063

DMV
PO Box 825393
Sacramento CA 94232-5393

Dan N. Schneringer
6 Sunset Way Suite 108
Henderson, NV 89014-2050

Dan Schneringer
1005 Ferry Street #4
Martinez, CA 94553-1656

Daniel Briggs
2206 Versailles Ct.
Henderson, NV 89074-5301

Daniel Briggs
291 Saddle Run
Henderson, NV 89012-2645

Daniel Ramirez
1591 Ellis Street #118
Concord, CA 94520-2762

Daniel Ruiz
322 Shoreline Dr.
Pittsburg, CA 94565-2282

David Johnson
8 Corte Del Sol
Benicia, CA 94510-2209

DeBolt Civil Engineering
811 San Ramon Vallet Blvd.
Danville, CA 94526-4025

Dept. of Employment Training & Rehab
Employment Security Division
500 E Third Street
Carson City, NV 89713-0002

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713-0002

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

Distribution Funding II LLC
300 S Orange Ave
Suite 1110
Orlando, FL 32801-5400

Dog Blue Properties, LLC
4901 Park Road
Benicia, CA 94510-1190

Donald Bailey
3926 Rocky Point Dr.
Antioch, CA 94509-6902

Dora Dog Properties, LLC
200 S. Virginia, 8th Floor
Reno, NV 89501-2403

Dudley Ventures
Barb Beaudoin, CFO
22 E. Jackson Street
Phoenix, AZ 85004-2442

Duke Energy
P.O. Box 1004
Charlotte NC 28201-1004

EBMUD
PO Box 1000
Oakland, CA 94649-0001

ECI Fuel Systems
1794 West 11th Street
Upland, CA 91786-3504

ECI Fuel Systems
David Mitchell
1794 W. 11th Street
Upland, CA 91786-3504

EXIDE TECHNOLOGIES
C/O ALLEN J. GUON
321 N. CLARK STREET, SUITE 800
CHICAGO, IL 60654-4766

EXIDE TECHNOLOGIES
C/O BRETT A. AXELROD
1980 FESTIVAL PLAZA DR., SUITE 700
LAS VEGAS, NV 89135-2961

Exide Technologies
Robert M. Fishman
Allen J. Guon
Fox Rothschild LLP
321 N. Clark Street, Suite 800
Chicago, IL 60654-4766

FLORIDA DEPARTMENT OF REVENUE
5050 W TENNESSEE ST
TALLAHASSEE, FL 32399-0125

Fallbrook Capital Securities
Craig Sheftell
26610 Agoura Road
Calabasas, California 91302-3823

Family Security Locksmith
40 Emshee Lane
Martinez, CA 94553-3610

Fastenal 0579
PO Box 1286
Winona, MN 55987-7286

Fastenal 0580-Vending
Po Box 1286
Winona, MN 55987-7286

Felicia Shepard
811 Brown St. #A
Martinez, CA 94553-2567

Fernando Cruz
118 Sharon Pl
Bay Point CA 94565-1542

Ferrellgas
PO Box 88086
Chicago,IL 60680-1086

Floyd Johnson
15670 W Carmen Drive
Surprise, AZ 85374-8800

Foremost
PO Box 0915
Carol Stream, IL 60132-0915

Foremost Insurance
3249 Mt. Diablo Ct. #211
Lafayette, CA 94549-4000

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento CA 95812-2952

Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0501

Fred?s Floor Coverings
5520 Michigan Blvd.
Concord, CA 94521-4045

GEICO
c/o Chad Golder
Munger Tolles & Olson
1155 F Street, NW
Washington, D.C. 20004-1343

GREEN ENERGY CONCEPTS, INC.
C/O CONSTANCE L. YOUNG
ONE WELLS FARGO CENTER, SUITE 3500
301 SOUTH COLLEGE ST.
CHARLOTTE, NC 28202-6000

GREEN ENERGY CONCEPTS, INC.
C/O ROBERT KINAS
3883 HOWARD HUGHES PARKWAY, STE 1100
LAS VEGAS, NV 89169-0965

GlassRatner
425 California Street
Suite 900
San Francisco, CA 94104-2117

Great American Insurance Group
301 E 4th Street
Cincinnatti, OH 45202-4278

Green Energy Concepts, Inc.
Constance L. Young
Womble Bond Dickinson ? US, LLP
One Wells Fargo Center, Suite 3500
301 S. College Street
Charlotte, NC 28202-6000

Green Energy Concepts, Inc.
Industrial Battery & Charger, Inc.
Moretz Law Group
300 McGill Ave NW, Suite 100
Concord, NC 28027-6150

Green Leaf A/C & Heating
106 Green Pasture
Hutto, TX 78634-4000

Guile Mosher
2838 McClellan Court
Martinez, CA 94553-3475

HANCOCK WHITNEY EQUIPMENT FINANCE
AND LEASING, LLC
C/O DAIVD F. WAGUESPACK
ENERGY CENTRE - 1100 POYDRAS ST., STE 31
NEW ORLEANS, LA 70163

Halo Management Services
Attn: Michael Stepanian
2905 Lake East Dr., Ste 150
Las Vegas, NV 89117-2384

Hancock Whitney Equipment Finance and Leasin
Kaempfer Crowell
Attn: Louis M. Bubala, III
50 W. Liberty Street
Suite 700
Reno, NV 89501-1947

Hanover Insurance Group
440 Lincoln Street
Worcester, MA 01653-0001

Hanover Insurance Group
PO Box 580045
Charlotte, NC 28258-0045

Harris & Sloan Consulting Engineers, Inc.
2295 Gateway Oaks Drive
Sacramento, CA 95833-4211

Heritage Bank of Commerce
Carmen Ponce
101 Ygnacio Valley Road, Ste 100
Walnut Creek, CA 94596-7025

(p)THE HERTZ CORPORATION
8501 WILLIAMS ROAD
ESTERO FL 33928-3325

Hireright LLC
PO Box 847891
Dallas, TX 75284-7891

Hughes Net
PO BOX 96874
Chicago,IL 60693-6874

INTERNATIONAL SPEEDWAY CORPORATION, ET AL.
C/O RICK R. HSU
4785 CAUGHLIN PARKWAY
RENO, NV 89519-0906

ISM Connect
Mushkin Cica Coppedge
Attn: Dawn M. Cica, Esq.
4495 S. Pecos Rd.
Las Vegas, NV 89121-5082

Indoor Environmental Services Corp.
1512 Silica Avenue
Sacramento, CA 95815-3312

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

International Speedway Corp
PO Box 2801
Daytona Beach, FL 32120-2801

International Speedway Corporation
Rick R. Hsu
4785 Caughlin Parkway
Reno, NV 89519-0906

Irma Morales
2317 Foothill Dr.
Antioch CA 94509-5858

Iteknique
1850 Gateway Blvd
Suite 1090
Concord, CA 94520-8465

JAMES PATRICK SHEA, ESQ.
BART K. LARSEN, ESQ.
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145-5725

JEANETTE E. MCPHERSON, ESQ.
SCHWARTZER & MCPHERSON LAW FIRM
2850 S JONES BLVD., STE. 1
LAS VEGAS, NV 89146-5640

JEFF CARPOFF
2905 LAKE EAST DR., STE 150
Las Vegas, Nv 89117-2384

JG ENERGY SOLUTIONS LLC
1422 CHALFONT DR
SCHAUMBURG, IL 60194-2732

JQ Yu Construction, Inc.
1089 Shary Circle
San Francisco, CA 94158

Jason Rieger
5172 Equestrian Way
Antioch, CA 94531-8459

Jeff Price
PO Box 2036
Martinez, CA 94553-0203

John Teal
116 Bascom Court
Greet, SC 29650-5338

Jonathan Booth
PO Box 53
Lafayette CA 94549-0053

Jorge Cordova Martinez
47 Delta Drive
Bay Point CA 94565-1412

Joseph Garrett
14610 Freeman Ave.
Lawndale CA 90260-1608

Juan Manuel Garcia
2208 Mount Whitney Dr.
Pittsburg CA 94565-4458

(p)KMH SYSTEMS INC
ATTN ACCOUNTS RECEIVABLE
PO BOX 575
MOUNT PROSPECT IL 60056-0575

Kansas Speedway
PO Box 2801
Daytona Beach, FL 32120-2801

Ken Carpoff
1901 Yardley Court
Concord, CA 94521-1633

Kevin Khasigian
Eastern District of California, Criminal
Robert T. Matsui United States Courthous
501 I Street, Suite 10-100
Sacramento, CA 95814-7306

Kirk E. Giberson
Hefner Stark & Marois
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-4136

LSV Production Services
628 Middlegate Road
Henderson, NV 89011-4622

LVWD
PO Box 2921
Phoenix, AZ 85062-2921

Las Vegas Valley Water District
PO Box 2921
Phoenix, AZ 85062-2921

Legacy Framers, Inc.
980 Garcia Avenue, Suite C
Pittsburg, CA 94565-5046

Les Schwab
625 Contra Costa Blvd.
Concord, CA 94523-1514

Lester Construction
2515 Gold Run Ct.
Valley Springs, CA 95252-9218

Lexington Insurance Company
99 High Street
Floor 24
Boston, MA 02110-2320

Liberty Mutual Insurance
PO Box 85834
San Diego, CA 92186-5834

Liberty Utilities
California Pacific Electric Co.
PO Box 80374
City of Industry, CA 91716-8374

Lithia of Concord Inc
PO Box 1647
Medford, OR 97501-0249

Lloyds of London (USA)
42 West 54th Street
14th Floor
New York, NY 10019-5405

Majestic Runway Partners II LLC
13191 Crossroads Parkway
Sixth Floor
City of Industry CA 91746-3421

Maricopa County Treasurer
PO Box 52133
Phoenix, AZ 85072-2133

Mark Prest
1907 Winsted Court
Charlotte NC 28262-9126

Mark Prest
848 Ainsley Place SE
Concord, NC 28025-0065

Mark Scott Construction, Inc.
2835 Contra Costa Blvd.
Pleasant Hill, CA 94523-4221

Marriott
10400 Fernwood road
Bethesda MD 20817-1118

Matthew W. Quall
Matthew R. Dardenne
Quall Cardot LLP
205 East River Park Circle, Suite 110
Fresno, CA 93720-1572

MetaBank
Dickinson Wright PLLC
Attn: Brian R. Irvine
100 West Liberty Street
Suite 940
Reno, NV 89501-1991

Michael James Horan
7436 Rainford Street
Las Vegas, NV 89148-1833

Michael Lawrence
205 W Main Street
Warsaw, KY 41095-9303

Michael Newell
8840 Country Scene Way #202
Las Vegas, NV 89117-5556

Mike Huie
1120 Buchanan Rd.
Antioch, CA 94509-4221

Miracle Method of Contra Costa
Alameda, Inc.
5702 Marsh Drive, Suite J
Pacheco, CA 94553-5646

Montage Services Inc
41 West Shore Road
Belvedere, CA 94920-2461

Montage Services, Inc.
41 West Shore Road
Tiburon, CA 94920-2461

NASCAR Media Group LLC
PO Box 2875
Daytona Beach, FL 32120-2875

NV Energy
6226 W Sahara Ave,
Las Vegas, NV 89146-3060

NV Energy
PO Box 30150
Reno, NV 89520-3150

Napa County - Lake Berryessa RID
1195 3rd St. Ste B10
Napa, CA 94559-3035

Napa County Tax Collector
1195 Third St., Ste. 108
Napa, CA 94559-3050

Napa Valley Media
127 Summerbrooke Circle
Napa, CA 94558-7022

National Construction Rentals, Inc.
1300 Business Center Drive
San Leandro, CA 94577-2242

Native Sons Landscaping, Inc.
25 Beta Court, Suite L
San Ramon, CA 94583-1245

Neal Jacobson
Securities and Exchange Commission
New York Regional Office
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-8004

NetJet Sales, Inc.
PO Box 933300
Atlanta, GA 31193-3300

Network Solutions
12808 Gran Bay Parkway
West Jacksonville, FL 32258-4468

Nevada Department of Taxation
Bankruptcy Section
4600 Kietzke Ln
Suite L-235
Reno, NV 89502-5045

Nevada Department of Taxation, Bankruptcy Se
555 E. Washington Ave., #1300
Las Vegas, NV 89101-1046

Nevada Energy
PO Box 30150
Reno, NV 89520-3150

Nicholas Esno
6560 Darby Ave.
Las Vegas, NV 89146-6518

Novogradac & Company LLP
PO Box 7833
San Francisco, CA 94120-7833

O'Reilly Auto Enterprises LLC
PO Box 9464
Springfield, MO 65801-9464

Oakhurst Country Club
1001 Peacock Creek Drive
Clayton, CA 94517-2201

Orkin Services of California, Inc.
PO Box 7161
Pasadena, CA 91109-7161

Oscar Jimenez
4051 Calimesa Street
Las Vegas, NV 89115-2334

P.O. BOX 21415
PASADENA, CA 91185-1415

P.O. BOX 409211
ATLANTA, GA 30384-9211

P.O. BOX 631025
CINCINNATI, OH 45263-1025

PAULETTE CARPOFF
2905 LAKE EAST DR., STE 150
Las Vegas, Nv 89117-2384

PDM Steel Services Centers Inc
PO Box 740967
Los Angeles, CA 90074-0967

(p)PACIFIC GAS & ELECTRIC COMPANY
PO BOX 8329
STOCKTON CA 95208-0329

PG&E
PO Box 997300
Sacramento, CA 95899-7300

PO BOX 650690
DALLAS, TX 75265-0690

PO BOX 9001036
LOUISVILLE, KY 40290-1036

PO BOX 936257
ATLANTA, GA 31193-6257

PROGRESSIVE CASUALTY INSURANCE
C/O MICHAEL M. PARKER
300 CONVENT STREET, SUITE 2100
SAN ANTONIO, TX 78205-3720

PS Business Parks LP-Southern California
PO Box 849407
Los Angeles CA 90084-9407

Pacific Links International
1 Robert Trent Jones Street
Las Vegas, NV 89141-6038

Pacific Metal Fabrication LLC
311 Chambers Street
Eugene, OR 97402-4487

Pacific States Petroleum Inc
PO Box 2389
Pleasant Hill, CA 94523-0089

Park Road LLC
4901 Park Road
Benicia, CA 94510-1190

Paulette Carpoff
1901 Yardly Ct.
Concord, CA 94521-1633

Paymon Hifai, Esq.
Horner Law Group, P.C.
800 S. Broadway, Suite 200
Walnut Creek, CA 94596-5227

Peter Schaaf
35 E Lakeview Ave
Columbus, OH 43202-1214

Phoenix Motor Speedway
7602 S Avondale Blvd
Avondale AZ 85323

Priscilla Amato
135 Marie Ave
Martinez CA 94553

RB Painting
1385 Palm Ave.
Martinez, CA 94553-2070

REED SMITH LLP
101 SECOND STREET, SUITE 1800
SAN FRANCISCO, CA 94105-3659

ROLLIN ALEXANDER MCGHEE
220 UPTOWN WEST DRIVE
CHARLOTTE, NC 28208-3553

Radian Generation LLC
5821 Fairview Road
Suite 201
Charlotte, NC 28209-3649

Reed Smith LLP
PO Box 39000
San Francisco, CA 94139-0001

Republic Service
PO Box 78829
Phoenix, AZ 85062-8829

Republic Services Inc
PO Box 78829
Phoenix, AZ 85062-8829

Richard Strafella
2306 Reading Hills Ave
Henderson NV 89052-5836

Richmond International Raceway
600 East Laburnum Avenue
Richmond, VA 23222-2253

Ricky Proctor
5132 S McMinn Drive
Gilbert AZ 85298-0628

Robert Amato
838 Marie Avenue
Martinez, CA 94553-3517

Robert Salazar
The Tax Solutions Group
1123 Olive Drive
Davis, CA 95616-4720


Rollin Alexander McGhee
120 Steinbeck Way F
Mooresville, NC 28117-6558

Ronald Stier
4601 W 142nd St.
Hawthorne CA 90250-6834

Ryan Guidry
521 Boyd Rd.
Pleasant Hill, CA 94523-3210


SMI
Naysan Grey
Las Vegas Motor Speedway
7000 Las Vegas Blvd. N.
Las Vegas, NV 89115-1708

SOLARSENSE DCS I, LLC
C/O ROBERT LAPOWSKY
620 FREEDOM BUSINESS CENTER, SUITE 200
KING OF PRUSSIA, PA 19406-1330

SOLIGENT DISTRIBUTION LLC
1400 N MCDOWELL BLVD., SUITE 201
PETALUMA, CA 94954-6553


SPARKS POWER INC
110 SW CENTRAL AVE.
AMITE CITY, LA 70422-2711

SRP
PO Box 80062
Prescott, AZ  86304-8062

Schenker Inc
150 Albany Avenue
Freeport, NY 11520-4702


(p)SCHENKER INC
ATTN LEGAL COLLECTIONS
1305 EXECUTIVE BLVD SUITE 200
CHESAPEAKE VA 23320-3676

Scottsdale Insurance Company
8877 N Gainey Center Drive
Scottsdale, AZ 85258-2108

Sean Cutolo
9623 Grapeland Ave
Las Vegas NV 89148-4206


Sean Macias
908 Estudillo Street
Martinez, CA 94553-1620

Secretary of the Treasury
1500 Pennsylvania Ave NW
Washington, DC 20220-0001

Secretary of the Treasury
1500 Pennsylvania Ave. NW
Washington, D.C. 20220-0001


Securities and Exchange Commission
Los Angeles Regional Office
444 South Flower Street
Suite 900
Los Angeles, CA 90071-2934

Securities and Exchange Commission
Los Angeles Regional Office
444 South Flower Street, Suite 900
Los Angeles, California 90071-2934

Shadd A. Wade, Esq.
ZBS Law, LLP
9435 West Russell Road, Suite 120
Las Vegas, Nevada 89148-5608


Shaun Rang
861 Ruth Dr.
Pleasant Hill, CA 94523-1939

Sherwin Williams
1241 Diamond Way
Concord, CA 94520-5209

Simon Teed
1145 N. Hight Street #703
Columbus, OH 43201-2488


Snap On Tools
2203 Center Avenue
Martinez, CA 94553-5408

Social Security Administration
Office of the REgional Chief Counsel
Region IX
160 spear St, Ste 800
San Francisco, CA 94105-1545

Social Security Administration
Office of the Regional Chief Counsel, Re
160 Spear Street, Suite 800
San Francisco, CA 94105-1545


Solano County Dept of Resource Mgmt
675 Texas Street
Suite 5500
Fairfield, CA 94533-6341

Solar Eclipse Fund IX, LLC
c/o James Patrick Shea & Bart K. Larsen
Kolesar & Leatham
400 South Rampart Blvd., Suite 400
Las Vegas, NV 89145-5725

Solar Eclipse Investment Fund IV
4901 Park Road
Benicia, CA 94510-1190

Solar Eclipse Investment Fund VII
4901 Park Road
Benicia, CA 94510-1190

Solar Eclipse Investment Fund VIII
4901 Park Road
Benicia, CA 94510-1190

Solar Eclipse Investment Fund XII
4901 Park Road
Benicia, CA 94510-1190

Solar Eclipse Investment Fund XIV
4901 Park Road
Benicia, CA 94510-1190

Solar Eclipse Investment Fund XVI
4901 Park Road
Benicia, CA 94510-1190

Solar Eclipse Investment Fund XVIII
4901 Park Road
Benicia, CA 94510-1190

Solar Eclipse Investment Fund XXII
4901 Park Road
Benicia, CA 94510-1190

Solar Eclipse Investment Fund XXIII
4901 Park Road
Benicia, CA 94510-1190

Solar Eclipse Investment Fund XXIX
4901 Park Road
Benicia, CA 94510-1190

Solar Eclipse Investment Fund XXVI
4901 Park Road
Benicia, CA 94510-1190

Solar Eclipse Investment Fund XXVII
4901 Park Road
Benicia, CA 94510-1190

Solar Eclipse Investment Fund XXX
4901 Park Road
Benicia, CA 94510-1190

Solar Eclipse Investment Fund XXX II
4901 Park Road
Benicia, CA 94510-1190

Solar Eclipse Investment Fund XXX III
4901 Park Road
Benicia, CA 94510-1190

Solar Eclipse Investment Fund XXXIV
4901 Park Road
Benicia, CA 94510-1190

Solarmore Management Services, Inc.
Snell & Wilmer, LLP
Attn: Nathan G. Kanute, Esq.
50 West Liberty Street
Suite 510
Reno, NV 89501-1961

South Tahoe Public Utility
1275 Meadow Crest Drive
South Lake Tahoe, CA 96150-7401

South Tahoe Refuse
2140 Ruth Ave
South Lake Tahoe, CA 96150-4357

Southern California Edison
PO Box 300
Rosmead, CA 91770-0300

Southern Nevada Pest Control
4301 Production Way
Las Vegas, NV 89115-0183

Southwest Gas Corporation
Attn: Bankruptcy Desk
P.O. Box 1498
Victorville, CA 92393-1498

Sparks Power Inc
PO Box 1048
Independence, LA 70443-1048

Spray Net USA
37105 Galileo Lane
Murrieta, CA 92563-2828

Star Coach Race Tours LLC
4010 Albritton Road
St. Cloud FL 34772-7730

Steve Thompson
204 Sheldon Lake Dr.
Georgetown, TX 78633-5453

Steven Sanderson
2310 N Crest Ave.
Martinez, CA 94553-2813

Steven, Ferrone & Bailey Engineering Co.
PO Box 815
Concord, CA 94522-0815

Stillwater Insurance Company
PO Box 45123
Jacksonville, FL 32232-5123

Stillwater Insurance Company
PO Box 45126
Jacksonville, FL 32232-5126

Sun Trust Equipment Finance & Leasing Corp.
Gordon & Rees LLP
Attn: Megan Adeyemo
555 Seventeenth Street, Suite 3400
Denver, CO 80202-3937

Suntrust Equipment Finance & Leasing Corp
PO BOX 4418
Atlanta, GA 30302-4418

Suntrust Equipment Finance & Leasing Corp
PO BOX 79194
Baltimore, MD 21279-0194

TAMMY MORRIS
3668 HOWE ROAD
FILMORE, CA 93015-9722

TEMPE CHRYSLER JEEP DODGE RAM
7975 S AUTOPLEX LOOP RD
TEMPE, AZ 85284-1023

TOWBIN DODGE RAM
275 AUTOMALL DRIVE
HENDERSON, NV 89014-6707

TPX Communications
PO Box 509013
San Diego, CA  92150-9013

Talladega Superspeedway
PO Box 2801
Daytona Beach, FL 32120-2801

Tamra Hardin
90 Windhover Way Unit B
Martinez CA 94553

Tara Farnsworth
1934 E Camelback Road, Suite 120-493
Phoenix, AZ 85016-4126

Terrell Battery Corp
PO Box 21365
Phoenix, AZ 85036-1365

Tesla Solar
PO Box 3500
Draper, UT 84020-3500

Texas Workforce Commission
Regulatory Integrity Division
Erin C. Reid, Accounts Examiner IV
Special Actions Unit
101 E. 15th Street, Room 556
Austin, TX 78778-0001

The Boulders Casitas Condo Assoc.
PO Box 105260
Atlanta, GA 30348-5260

The Hartford
PO Box 660916
Dallas, TX 75266-0916

Therese Scheuer
Securities and Exchange Commission
New York Regional Office
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-8004

Timothy A. Lukas, Esq.
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511-2094

Todd Rasmussen
1224 Deerpark Dr. #44
Fullerton, CA 92831-2245

Todd Rothbard
100 Saratoga Avenue #200
Santa Clara CA 95051-7337

Toyota Industries Commercial Finance Inc
PO Box 660926
Dallas, TX 75266-0926

Toyota Material Handling
David Mills
PO Box 660926
Dallas, TX 75266-0926

Tracy M. O?Steen
Clark Hill PLC
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169-5914

Trans Lease Inc
PO Box 172686
Denver CO 80217-2686

Translease, Inc.
Justin Montgomery
1400 W 62nd Avenue
Denver, CO 80221-2400

Travelers Personal Insurance
PO Box 660307
Dallas, TX 75266-0307

Tutt's Truck Outfitters Inc
2691 East Leland road
Pittsburg, CA 94565-5106

ULINE Inc
PO Box 88741
Chicago, IL 60680-1741

UNITED BANK
C/O BLANK ROME LLP
ONE LOGAN SQUARE
130 NORTH 18TH STREET
PHILADELPHIA, PA 19103-2768

UNITED FINANCIAL BANCORP, INC.
C/O BLANK ROME LLP
ONE LOGAN SQUARE
130 NORTH 18TH STREET
PHILADELPHIA, PA 19103-2768

US Tower Corp.
1099 West Ropes Ave.
Woodlake, CA 93286-1806

USLI
3160 Crow Canyon Road
Suite 330
San Ramon, CA 94583-1159

United States Attorney
100 W. Liberty Street #600
Reno, NV 89501-1930

United States Attorney's Office
ATTN: Civil Process Clerk
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, NV 89101-6521

United States Trustee
300 Las Vegas Blvd South #4300
Las Vegas, NV 89101-5803

United States of America
Greg Addington, Assistant U.S. Attorney
Bruce R. Thompson Federal Courthouse and
400 South Virginia Street, Suite 900
Reno, NV 89501-2121

Upper Valley Disposal & Recycling
PO Box 45091
San Francisco, CA 94145-0091

VALLEY NATIONAL BANK
C/O CHRISTOPHER J. FONG
55 WEST 46TH STREET
NEW YORK, NY 10036-4276

VALLEY NATIONAL BANK
C/O JEANETTE E. MCPHERSON
SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BLVD., SUITE 1
LAS VEGAS, NV 89146-5640

Van C. Durrer, II
Skadden Arps, Slate, Meagher
& Flom LLP & Affiliates
300 South Grand Avenue
Los Angeles, CA 90071-3109

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

Vintage Valley
11411 Southern Highlands Pkwy, Ste 120
Las Vegas, NV 89141-3266

WEX Fleet
PO Box 6293
Carol Stream, IL 60197-6293

Wei Neng Huang
15437 Jutland Street
San Leandro, CA 94579-2224

Wei-Lun Huang
1473 Morton Ave
Los Altos, CA 94024-6828

West Unified Communications
PO Box 281866
Atlanta, GA 30384-1866

Western State Petroleum Inc
450 S 15th Ave
Phoenix AZ 85007-3398

William Anderson
615 D Street
Martinez CA 94553-3205

Williamson County Tax Office
904 S. Main St.
Georgetown, TX 78626-5829

Xtreme Manufacturing LLC
8350 Eastgate Rd.
Henderson, NV 89015-0104

Zach Christman
21891 Constancia
Mission Viejo, CA 92692-1017

Zalanta
PO Box 105007
Atlanta, GA 30348-5007

Zalanta Association
PO Box 105007
Atlanta, GA 30348-5007

ANNIE Z. LI
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
300 S GRAND AVE., STE 3400
LOS ANGELES, CA 90071-3137

CANDACE C CARLYON
CARLYON CICA CHTD.
265 E. WARM SPRINGS RD, STE 107
LAS VEGAS, NV 89119-4230

CHRISTINA W. LOVATO
P.O. BOX 18417
RENO, NV 89511-0417

JEFF CARPOFF
C/O SEGAL & ASSOCIATES
400 CAPITOL MALL, SUITE 2550
SACRAMENTO, CA 95814-4410

JEFF & PAULETTE CARPOFF
C/O PARKINSON PHINNEY, LLP
3600 AMERICAN RIVER DR, STE 145
SACRAMENTO, CA 95864-5921

PAULETTE CARPOFF
c/o LAW OFFICE OF WILLIAM PORTANOVA
400 CAPITOL MALL #1100
SACRAMENTO, CA 95814-4434

SETH FREEMAN
425 CALIFORNIA STREET SUITE 900
SAN FRANCISCO, CA 94104-2117

TRACY M. O'STEEN
CARLYON CICA CHTD.
265 E. Warm Springs Suite 107
LAS VEGAS, NV 89119-4230

VAN C. DURRER II
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
300 S. GRAND AVE., STE. 3400
LOS ANGELES, CA 90071-3137

```
W. DONALD GIESEKE
18124 WEDGE PKWY
STE 518
RENO, NV 89511-8134
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Direct TV<br>PO Box 6550<br>GreenWood Village, CO 80155 | Hertz<br>8501 Williams Road<br>Estero, FL 33928 | KMH Systems, Inc.<br>PO Box 575<br>Mount Prospect, IL 60056 |
| PG&E<br>P O BOX 8329<br>C/O BANKRUPTCY/C2HX<br>STOCKTON, CA 95208 | Schenker, Inc.<br>Attn. Carline Dewey<br>1305 Executive Blvd., Suite 200<br>Chesapeake, VA 23320 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AMAC CONSTRUCTION AND RESTORATION | (u)BAY AREA DRAINAGE, INC. | (u)BAYLISS INNOVATIVE SOLUTIONS, INC. |
| (u)BENICIA INDUSTRIAL PARK, LLC | (u)BENICIA INVESTMENT, LLC | (u)CA GLOBAL PARTNERS, INC. |
| (u)CTBC BANK CORP. (USA) | (u)DFA, LLC | (u)EAST WEST BANK |
| (u)MAJESTIC RUNWAY PARTNERS II, LLC | (u)METABANK<br>DICKINSON WRIGHT PLLC<br>100 W LIBERTY, STE 940<br>RENO | (u)PROGRESSIVE CASUALTY INSURANCE COMPANY |
| (u)SHERWIN WILLIAMS | (u)SOLAR ECLIPSE FUND IX, LLC | (u)U.S. TOWER CORP. |

(u)1098 FOSTER CITY BLVD
SUITE 106-806

(u)2200 ADELINE STREET #335

(u)4555 E. ELWOOD STREET
SUITE 105


(u)ALLSTATE FIRE EQUIPMENT
5040 SOBB AVENUE

(u)APPLE VALLEY, CA 92307

(u)AT&T UVERSE - BUENA PARK
PO BOX 5014


(u)ATLANTA, GA 30384-1866

(u)B.H. Capital Ventures, LLC
Brownstein Hyatt Farber Schreck, LLP
Attn:  Samuel A. Schwartz, Esq.
Attn:  Connor H. Shea, Esq.
100 North City Parkway
Suite 1600

(u)BAY ALARM COMPANY


(u)BERKELEY, CA 94710

(u)BERWYN, PA 19312

(u)BIG LIFT MATERIAL HANDLING
1315 E GIBSON LANE
BUILDING E-2


(u)CALABASAS, CA 91302-3823

(u)CALIFORNIA DEPARTMENT OF TAX AND FEE ADMIN
PO BOX 942879

(u)CAROL STREAM, IL 60197-5014


(u)CARSON CITY, NV  89706

(u)CINTAS FIRST AID

(u)CORNELIUS, NC 28031


(u)CROSS CAMPUS INC

(d)Contra Costa County Tax Collector
PO box 7002
San Francisco, CA 94120-7002

(d)DC Solar Distribution, Inc.
4901 Park Road
Benicia, CA 94510-1190


(d)DC Solar Solutions, Inc.
4901 Park Road
Benicia, CA 94510-1190

(u)DEPT 11-6900870236

(u)DEPT LA


(u)DOS HERNANS LLC

(d)Double Jump, Inc.
200 S. Virginia, 8th Floor
Reno, NV 89501-2403

(u)EAST BAY TIRE CO.
2200 HUNTINGTON DR.
UNIT C


(u)EMEDCO

(u)EVENTWRIGHT

(u)Exide Technologies
Brett A. Axelrod
Amanda A. Hunt
Fox Rothschild LLP
One Summerlin
1980 Festival Plaza Drive, Suite 700

(u)FAIRFIELD, CA 94533

(u)FEDEX

(u)FEI INVESTORS I LLC
26610 AGOURA HILLS
SUITE 120

(u)FOSTER CITY, CA 94404

(u)Green Energy Concepts, Inc.
Robert R. Kinas
Blakeley E. Griffith
Charles E. Gianelloni
Snell & Wilmer, L.L.P.
3883 Howard Hughes Parkway, Suite 1100

(u)HANCOCK WHITNEY EQUIPMENT FINANCING
228 ST. CHARLES AVE

(u)HERC RENTALS INC

(u)Hancock Whitney Equipment Finance and Leas
Carver Darden Koretzky Tessier Finn Blos
Attn: David F. Waguespack
Energy Centre
1100 Poydras Street
Suite 3100

(d)Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(d)JG Energy Solutions, LLC
1422 Chalfont Dr.
Schaumburg, IL 60194-2732

(d)Jeff Carpoff
2905 Lake East Dr
Suite 150
Las Vegas, NV 89117-2384

(u)LAS VEGAS, NV 89109

(u)LAS VEGAS, NV 89118

(u)LAW OFFICES OF ARI J. LAUER
2125 OAK GROVE ROAD

(u)MARTINEZ, CA 94553-0709

(u)MILWAUKEE, WI 53201-2182

(u)Majestic Runway Partners II, LLC
Ballard Spahr LLP
Attn: Abran E. Vigil
Michael A. DiGiacomo
1980 Festival Plaza Drive
Suite 900

(u)NEVADA DEPARTMENT OF TAXATION
1550 COLLEGE PARKWAY

(u)NEW ORLEANS, LA 70130

(u)NORTHWESTERN MUTUAL LIFE INS CO.
PO BOX 578

(u)OAKLAND, CA 94607

(u)OFFICE DEPOT

(u)P.O. BOX 7137

(u)PALATINE, IL 60055

(u)PHOENIX, AZ 85034

(u)PHOENIX, AZ 85040

(u)PLATEPASS LLC

(u)PLDSPE LLC

(u)PO BOX 1709

(u)PO BOX 5

(u)PROFESSIONAL ACCOUNT MANAGEMENT LLC
PO BOX 2182

(d)PROGRESSIVE CASUALTY INSURANCE COMPANY
C/O MICHAEL M. PARKER
300 CONVENT STREET, SUITE 2100
SAN ANTONIO, TX 78205-3720

(d)Paulette Carpoff
2905 Lake East Dr
Suite 150
Las Vegas, NV 89117-2384

(u)SACRAMENTO, CA  94279-7072

(u)SAN FRANCISCO, CA 94120-7137

(u)SCHAER DESIGN

(u)SHADY HARBOUR LLC
19810 WEST CATAWBA AVE
SUITE G

(u)SOLARSENSE DCS I LLC
1055 WESTLAKES DRIVE
SUITE 140

(u)SOMAY HOLDINGS LLC
360 EAST DESERT INN RD
UNIT #1802

(u)SP AUTOMOTIVE

(u)STANLEY SECURITY SOLUTIONS
DEPT CH 10651

(u)STE 210

(u)SUITE 115

(u)SUITE 312

(u)SUNBELT RENTALS

(d)Shaun Rang
861 Ruth Drive
Pleasant Hill CA 94523-1939

(u)SolarSense DCS I, LLC
Holley Driggs Walch Fine Puzey Stein & T
Attn: Richard F. Holley, Esq.
Mary Langsner, Ph.D.
400 South Fourth Street
Third Floor

(u)SolarSense DCS I, LLC
Stevens & Lee
Attn: Robert Lapowsky
Evan B. Coren
620 Freedom Business Center
Suite 200

(d)Soligent Distribution, LLC
1400 N McDowell Blvd., Suite 201
Petaluma, CA 94954-6553

(d)Sparks Power
110 SW Central Ave.
Amite City, LA 70422-2711

(u)UNITED RENTALS

(u)UPS FREIGHT INC

(u)USB FUND I

(u)USB FUND II

(d)United States Attorney's Office
ATTN: civil Process Clerk
501 Las Vegas Blvd South
Suite 1100
Las Vegas, NV 89101-6521

(d)United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101-5803

(u)VERDUCCI ENTERTAINMENT
1013 PARDEE STREET
SUITE 3

(u)WALNUT CREEK, CA 94598

(u)WB PHOTOGRAPHY

(u)WEST UNIFIED COMMUNICATIONS SERVICES, INC
PO BOX 281866

(u)ZEPHYR COVE, NV 89448

(u)GEORGE CUNNINGHAM

(u)JOSEPH BAYLISS

(d)ROLLIN ALEXANDER MCGHEE
220 UPTOWN WEST DRIVE
CHARLOTTE, NC 28208-3553

End of Label Matrix
Mailable recipients    420
Bypassed recipients    109
Total                  529