*Mary A Schott*
_____
Mary A. Schott
Clerk of Court

Entered on Docket
April 13, 2020

HOLLEY DRIGGS
Richard F. Holley, Esq. (NV Bar No. 3077)
Email: rholley@nevadafirm.com
Mary Langsner, Ph.D. (NV Bar No. 13707)
Email: mlangsner@nevadafirm.com
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:   702/791-0308
Facsimile:    702/791-1912
*Attorneys for SolarSense DCS I, LLC*

STEVENS & LEE, P.C.
Robert Lapowsky (Admitted *Pro Hac Vice*)
Email: rl@stevenslee.com
620 Freedom Business Center, Suite 200
King of Prussia, Pennsylvania 19406
Telephone:   215-751-2866
Facsimile:    610-371-7958

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

DOUBLE JUMP, INC.

Debtor.

☑ Affects Double Jump, Inc.
☑ Affects DC Solar Solutions, Inc.
☑ Affects DC Solar Distribution, Inc.
☑ Affects DC Solar Freedom, Inc.

Case No. 19-50102-GS
Chapter 7

Jointly Administered with:

| 19-50130-gs | DC Solar Solutions, Inc. |
| 19-50131-gs | DC Solar Distribution, Inc. |
| 19-50135-gs | DC Solar Freedom, Inc. |

**ORDER GRANTING EX PARTE MOTION FOR 2004 EXAMINATION OF FIRST REPUBLIC BANK**

Judge: Hon. Gary Spraker

The Court having reviewed the Ex Parte Motion For 2004 Examination of First Republic Bank ("Motion") filed by creditor SolarSense DCS I, LLC ("SolarSense"), by and through its counsel of record Richard F. Holley, Esq. and Mary Langsner, Ph.D. of the law firm Holley Driggs and Robert Lapowsky, Esq. of the law firm Stevens & Lee, P.C., and for good cause appearing:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

13430-01/2432591.docx

**IT IS FURTHER ORDERED** that **First Republic Bank** shall appear for an examination under oath before a certified court reporter at a time, place, and date to be mutually agreed upon by the parties, or if no such agreement is reached, upon no less than fourteen (14) calendar days' written notice by SolarSense, pursuant to FED. R. BANKR. P. 2004, and relating to the acts, conduct, property, liabilities, and financial condition of the Debtors; as to any matter which may affect the administration of the Debtors' estate(s); and as to any matter permitted by FED. R. BANKR. P. 2004, including but not limited to the matters specifically enumerated in the Motion.

**IT IS FURTHER ORDERED** that oral examination shall continue from day to day, as necessary until completed.

**IT IS SO ORDERED**.

Prepared and submitted by:

**HOLLEY DRIGGS**

　/s/ Mary Langsner
Richard F. Holley, Esq. (Nevada Bar No. 3077)
Mary Langsner, Ph.D. (Nevada Bar No. 13707)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

STEVENS & LEE, P.C.
Robert Lapowsky (Admitted *Pro Hac Vice*)
620 Freedom Business Center, Suite 200
King of Prussia, Pennsylvania 19406

*Attorneys for SolarSense DCS I, LLC*

# # #