HOLLEY DRIGGS
Richard F. Holley, Esq. (NV Bar No. 3077)
Email: rholley@nevadafirm.com
Mary Langsner, Ph.D. (NV Bar No. 13707)
Email: mlangsner@nevadafirm.com
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912
*Attorneys for SolarSense DCS I, LLC*

STEVENS & LEE, P.C.
Robert Lapowsky (Admitted *Pro Hac Vice*)
Email: rl@stevenslee.com
620 Freedom Business Center, Suite 200
King of Prussia, Pennsylvania 19406
Telephone:    215-751-2866
Facsimile:    610-371-7958

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>DOUBLE JUMP, INC.<br><br>Debtor.<br><br>☑ Affects Double Jump, Inc.<br>☑ Affects DC Solar Solutions, Inc.<br>☑ Affects DC Solar Distribution, Inc.<br>☑ Affects DC Solar Freedom, Inc. | Case No. 19-50102-GS<br>Chapter 7<br><br>Jointly Administered with:<br><br>\| 19-50130-gs \| DC Solar Solutions, Inc. \|<br>\| 19-50131-gs \| DC Solar Distribution, Inc. \|<br>\| 19-50135-gs \| DC Solar Freedom, Inc. \|<br><br>**FOURTH AMENDED NOTICE OF TAKING RULE 2004 EXAMINATION OF T-MOBILE USA, INC.**<br><br>Judge: Hon. Gary Spraker |

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Bankr. P. 2004, Local Rules of Bankruptcy Practice of the United States District Court for the District of Nevada 2004, Fed. R. Civ. P. 45(a)(4) (made applicable through Fed. R. Bankr. P. 9016), and the Order Granting Ex Parte Motion for 2004 Examination of T-Mobile USA, Inc. [ECF No. 1590],[1] SolarSense DCS I, LLC ("SolarSense"), by and through its counsel of record, Richard F. Holley, Esq. and Mary Langsner, Ph.D. of the law firm Holley Driggs, and Robert Lapowsky, Esq. of the law firm Stevens & Lee, P.C., intends to take the examination of **T-MOBILE USA, INC.** on **Wednesday, June**

---

[1] All references to "ECF No." are to the numbers assigned to the documents filed in the lead jointly administered bankruptcy case of *In re* Double Jump, Inc., Bankr. D. Nev. 19-50102-BTB ("Lead Case") as they appear on the Lead Case docket maintained by the Clerk of the Court of the United States Bankruptcy Court for the District of Nevada.

13430-01/2460809.docx

1   **17, 2020, at 10:00 a.m. (Pacific)** at **Veritext Legal Solutions**, upon oral examination, before a
2   Notary Public or other officer authorized by law to administer oaths.
3         The examination will occur by videoconference using Veritext Legal Solutions
4   ("Veritext") and in accord with the Court's Order Granting Motion to Establish Protocols to Safely,
5   Fairly and Efficiently Conduct F.R.B.P. 2004 Oral Examinations As a Result of Covid-19
6   [ECF No. 1831].
7         Notice is further given that unless the parties agree or the Court orders otherwise, the
8   deposition will be recorded by videotape and stenographic means pursuant to Fed. R. Civ. P. 30.
9   In the event the deposition is recorded by means other than written transcription, at the time of
10  introduction and/or filing of such recording, a written transcription of the deposition shall be
11  presented to the Court.
12        Oral examination will continue from day to day until completed.
13        DATED this 20th day of May 2020.

**HOLLEY DRIGGS**

 /s/ Mary Langsner
Richard F. Holley, Esq. (Nevada Bar No. 3077)
Mary Langsner, Ph.D. (Nevada Bar No. 13707)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

STEVENS & LEE, P.C.
Robert Lapowsky (Admitted *Pro Hac Vice*)
620 Freedom Business Center, Suite 200
King of Prussia, Pennsylvania 19406

*Attorneys for SolarSense DCS I, LLC*

13430-01/2460809.docx

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Holley Driggs, and that on the 20th day of May 2020, I caused to be served a true and correct copy of FOURTH AMENDED NOTICE OF TAKING RULE 2004 EXAMINATION OF T MOBILE USA, INC. in the following manner:

☒ (ELECTRONIC SERVICE) Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

/s/ Olivia Swibies
An employee of Holley Driggs

13430-01/2460809.docx