Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com

*Attorney for Christina Lovato, Chapter 7 Trustee*

Michael S. Budwick, Esq.
Florida Bar No. 938777 (*admitted pro hac*)
mbudwick@melandrussin.com
Solomon B. Genet, Esq.
Florida Bar No. 617911(*admitted pro hac*)
sgenet@melandrussin.com
Gil Ben-Ezra, Esq.
Florida Bar No. 118089 (*admitted pro hac*)
gbenezra@melandrussin.com
**MELAND RUSSIN AND BUDWICK, P.A.**
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
T: (305) 358-6363
F: (305) 358-1221

*Attorneys for Christina Lovato, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>    Debtor.<br><br> X Affects DC Solar Solutions, Inc.<br> X Affects DC Solar Distribution, Inc.<br> X Affects DC Solar Freedom, Inc.<br> X Affects Double Jump, Inc. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br><br>Jointly Administered with:<br><br>{{TABLE}}<br><br>**STIPULATION AND PROTECTIVE ORDER REGARDING PRODUCTION OF DOCUMENTS**<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

| | |
|---|---|
| 19-50130-gs | DC Solar Solutions, Inc. |
| 19-50131-gs | DC Solar Distribution, Inc. |
| 19-50135-gs | DC Solar Freedom, Inc. |

    This stipulation (the "**Stipulation**") is dated this 29th day of July, 2020 (the "**Stipulation Date**") and entered into between and among each of the following: (i) CTBC Bank Corp. (USA), a California banking corporation ("**CTBC**"); and (ii) Christine Lovato, chapter 7 trustee (the "**Trustee**" and together with CTBC, the "**Parties**"). The Bankruptcy Court (the "**Court**") order approving the Stipulation (the "**Protective Order**") is entered on the date as noted above by the

1

clerk of the Court (the "**Effective Date**"). Both the Stipulation and the Protective Order are with respect to the following:

    A. The Trustee is the duly appointed and acting chapter 7 trustee with respect to the non-real estate assets of the above-captioned debtors in chapter 7 bankruptcy cases (collectively, the "**Debtors**").

    B. On January 23, 2020, the Trustee filed a motion entitled "*Ex Parte* Motion for Rule 2004 Examination of CTBC Bank Corp. (USA)" (Docket No. 1568) (the "**2004 Motion**").

    C. On January 24, 2020, the Court entered an order entitled "Order Granting *Ex Parte* Motion for Rule 2004 Examination of CTBC Bank Corp. (USA)" (Docket No. 1577) (the "**2004 Order**").

    D. On January 30, 2020, the Trustee filed a notice of issuance of subpoena (the "**Subpoena**") (Docket No. 1594).

    E. The 2004 Motion, the 2004 Order and the Subpoena are referred to collectively as the "**Discovery Requests**."

    F. The Subpoena makes it clear that in the Discovery Requests, the Trustee seeks both oral testimony and certain documents as more particularly set forth in the Subpoena (collectively, the "**Account Documents**"):

    G. CTBC in good faith believes that each of the Account Documents is (i) confidential, sensitive or potentially invasive of individual or corporate privacy interests; (ii) not generally known; (iii) not normally revealed to the public or third parties, or if disclosed to third parties, would require such third parties to maintain the information in confidence; and (iv) protected by the federal common law office information privilege.

    H. For the following reasons, all Account Documents are referred to collectively as "**Confidential Account Documents**." The Trustee is not and never has been a signatory on the deposit accounts associated with the Account Documents (collectively, the "**Identified Accounts**").

2

I.  CTBC is concerned that the Confidential Account Documents may be protected under the laws of the State of California or Federal privacy statutes (collectively, the "**Privacy Laws**").

and

J.  CTBC shall produce to the Trustee with the non-privileged Confidential Account Documents responsive to the Discovery Requests, but only on condition that the Trustee shall strictly comply with the terms of this Stipulation and the Protective Order.

Based upon the foregoing, it is hereby agreed (and, upon entry of the Protective Order, it is hereby ordered) as follows:

1. <u>Disclosure of Identified Accounts</u>.  Within five business days of the Effective Date, as to each signatory on each of the Identified Accounts of the Discovery Requests, CTBC shall advise the signatory (i) of the Discovery Requests, and (ii) that unless, within 15 business days of the Effective Date, an order is entered by the Court that directs CTBC to the contrary, CTBC will comply with the Discovery Requests and produce in accordance with the terms of this Stipulation and Protective Order.  To the extent no such order is obtained timely, then, within 20 business days of the Effective Date, CTBC shall provide to counsel for the Trustee non-privileged Account Documents in its possession that are responsive to the Discovery Requests.  All of the Confidential Account Documents, whether or not separately marked, shall be designated as protected and confidential.

2. <u>Limited Disclosure from Unidentified Accounts</u>.  CTBC will, in good faith, review its books and records to attempt to determine whether there are any deposit accounts with account holders that are debtors in the above-captioned cases, or affiliates of such debtors.  As and when it is determined that any such deposit accounts exist (collectively, the "**Unidentified Accounts**"), and within ten business days thereafter, CTBC shall inform each signatory that unless an order of the Court is entered within 15 business days after such notice on each of the Unidentified Accounts of the Discovery Requests which order directs CTBC to the contrary, then CTBC will produce in

accordance with the terms of this Stipulation and Protective Order. All of the Confidential Account Documents, whether or not separately marked, shall be designated as protected and confidential.

3. <u>Maintenance of Confidentiality</u>. In accordance with the terms of this stipulation, counsel for the Trustee shall hold confidential (i) the Confidential Account Documents and (ii) all of the information contained in the Confidential Account Documents whether such information summarizes the contents of the Confidential Account Documents or is abstracted from the Confidential Account Documents.

4. <u>Effort to Make Public Information from Confidential Account Documents</u>. If counsel for the Trustee seeks to make public any information from any of the Confidential Account Documents, before disclosing and making public any such information, counsel shall, by electronic mail, notify counsel for CTBC and provide the scope of the proposed disclosure (the "**Requested Disclosure**").

5. Counsel for CTBC shall have no less than ten business days within which to seek an order from the Court extending protection with respect to the information that the Trustee seeks to disclose. If such an order is entered, then the Trustee shall comply with the terms of such order. If no such order has been entered after six business days from the date CTBC files papers seeking such order, then the Trustee may disclose and make public the information to the extent described in the Requested Disclosure. Nothing is this Stipulation limits the filing parties' obligations to comply with Federal laws regarding filing of financial information.

6. <u>Scope of Protections</u>. The protections conferred by this Stipulation and the Protective Order cover not only the Confidential Account Documents, but also (1) any information copied or extracted from Confidential Account Documents; (2) all copies, excerpts, summaries, or compilations of Confidential Account Statements; and (3) any testimony, conversations, or presentations by Parties or their Counsel that might reveal Confidential Account Documents.

7. However, the protections conferred by this Protective Order do not cover the following documents or information: (a) that is in the public domain at the time of disclosure to the Trustee or which becomes part of the public domain after its disclosure to the Trustee as a

4

result of publication not involving a violation of this Protective Order or Federal law, including becoming part of the public record through trial or otherwise; and (b) known to the Trustee prior to the disclosure or obtained by the Trustee after the disclosure from a source who obtained the information lawfully and under no obligation of confidentiality to CTBC.  Any use of Confidential Account Documents at trial shall be governed by a separate agreement or order.

8. <u>Maintenance of Confidential Account Documents</u>.  The Trustee may disclose the Confidential Account Documents only under the conditions described in this Protective Order.  All Confidential Account Documents must be stored and maintained by the Trustee at a location and in a secure manner that ensures that access is limited to the persons authorized under this Protective Order.  Unless otherwise ordered by the Court or permitted by CTBC, the Trustee may disclose and entrust any information from the Confidential Account Documents only to the following individuals, each of whom shall be bound to the terms in this Stipulation and Protective Order:  (a) the Trustee and her staff; and (b) professionals for the Trustee.

9. <u>Response to Later Subpoena</u>.  If the Trustee is served with a subpoena, discovery request or court order for disclosure of any information from the Confidential Account Documents, the Trustee must:  (a) within five days after receiving such subpoena, discovery request, or court order notify CTBC in writing that some of the material sought is subject to this Protective Order; and (b) cooperate with respect to all reasonable procedures sought to be pursued by CTBC with respect to any disclosure.

10. <u>Termination of Obligation to Preserve Confidentiality</u>.  The confidentiality obligations imposed by this Protective Order shall remain in effect until CTBC agrees otherwise in writing or a Court order otherwise directs.  All Confidential Account Documents and materials produced pursuant to this Protective Order shall "**Rendered Inaccessible**," which means either (i) destroyed, (ii) returned to CTBC in a manner in which counsel will be able to reasonably verify that all documents were returned, or (iii) rendered inaccessible through security features that prohibit reviewing any of the information contained within the Confidential Account Documents.  All Parties agree to ensure that all Confidential Account Documents or materials that were

5

disclosed to others shall be Rendered Inaccessible.  The Court shall (a) make such amendments, modifications and additions to this Protective Order as it may deem appropriate upon good cause shown; and, (b) adjudicate any dispute arising under it.

11.    This Stipulation is signed and entered into as of the Stipulation Date.

12.    The Court shall have exclusive jurisdiction over matters related to this Stipulation.

| | |
|---|---|
| By:/s Mark. R. McDonald<br>　Mark R. McDonald, Esq.<br>　Morrison & Foerster LLP<br>　707 Wilshire Boulevard<br>　Los Angeles, CA 90017-3543<br>　Tel: (213) 892-5810<br>　Fax: (213) 892-5454<br>　mmcdonald@mofo.com<br><br>　*Attorneys for CTBC Bank Corp. (USA)* | By:/s Solomon B. Genet<br>　Solomon B. Genet, Esq.<br>　Meland Russin & Budwick, P.A.<br>　200 S. Biscayne Blvd., Suite 3200<br>　Miami, FL 33131<br>　Tel: (305) 358-6363<br>　Fax: (305) 358-1221<br>　sgenet@melandrussin.com<br><br>　*Attorneys for Christina Lovato,*<br>　*Chapter 7 Trustee* |

## CERTIFICATE OF SERVICE

I certify that on July 29, 2020, I caused to be served the above-named document as indicated below:

✔ a. Via ECF to upon the parties listed on the attached <u>Exhibit 1</u>: and

✔ b. Via Direct Email to the following:

mara@bayareadrainage.com;
taxinfo@tax.cccounty.us;
deboltcivil@earthlink.net;
jqyu1089@yahoo.com;
lesterray420@gmail.com;
rbpainting66@yahoo.com;
cromero@sfandb.com;
ins@stillwater.com;
billing.help@iag.com;
harry.placenti@us.army.mil;
21techlife@gmail.com;
waterbilling@cityofmartinez.org;
fredsfloorcovering@gmail.com;
ctrent@msconstruction.com;
taxcollector@countyofnapa.org;
mail@nativesonslandscaping.com;
shaunrang@sbcglobal.net;
ttccc@solanocounty.com;
rcoff@orkin.com;
pacific_coast_wp@att.net;
dbg@crsrealestate.com;
ar@alpinepowersystems.com;
billing@kmhsystems.com;
ca@ahern.com;
jansen.carl9@gmail.com;
pmaddox@iscmotorsports.com;
erossi@cedantioch.com;
rachel.larrenaga@chargepoint.com;
jworthen@ganassi.com;
tbgna@exide.com;
dcook@kansasspeedway.com;
jfarris@ejmjets.com;
troyv@pacificmetalfab.net;
chassen@richmondraceway.com;
erivera@talladegasuperspeedway.com;
mquall@quallcardot.com;
ben.nelson@wexinc.com;

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 29, 2020.

                                       */s/ Solomon B. Genet*
                                       Solomon B. Genet, Esq.

# EXHIBIT 1

## Mailing Information for Case 19-50102-gs

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **SETH J. ADAMS**    sadams@woodburnandwedge.com, jgoff@woodburnandwedge.com
- **GREG ADDINGTON**    greg.addington@usdoj.gov, christi.dyer@usdoj.gov
- **MEGAN M. ADEYEMO**    madeyemo@gordonrees.com, asoto@grsm.com
- **SALLIE B ARMSTRONG**    sarmstrong@mcdonaldcarano.com, mhale@mcdonaldcarano.com
- **BRETT A. AXELROD**    baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com
- **GIL BEN-EZRA**    gbenezra@melandrussin.com
- **LOUIS M. BUBALA**    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
- **MICHAEL S BUDWICK**    mbudwick@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;ltannenbaum@ecf.courtdrive.com
- **CANDACE C CARLYON**    ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com
- **JEFFREY D. CAWDREY**    jcawdrey@grsm.com, sdurazo@grsm.com;madeyemo@grsm.com
- **ROBERT M. CHARLES**    rcharles@lrrc.com, BankruptcyNotices@LRRLaw.com,robert-charles-1072@ecf.pacerpro.com
- **MARIA ELLENA CHAVEZ-RUARK**    maria.ruark@saul.com
- **DAWN M. CICA**    dcica@carlyoncica.com, nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.c
- **WILLIAM D COPE**    william@copebklaw.com, r64042@notify.bestcase.com
- **TIMOTHY S. CORY**    tcory@crdslaw.com, creade@crdslaw.com
- **TRICIA M. DARBY**    tricia@darbylawpractice.com, kad@darbylawpractice.com
- **MICHAEL A DIGIACOMO**    digiacomom@ballardspahr.com, saltlakedocketclerk@ballardspahr.com;paredesr@ballardspahr.com;hartt@ballardspahr.com
- **VAN C. DURRER**    van.durrer@skadden.com
- **THOMAS H. FELL**    tfell@fclaw.com, clandis@fclaw.com
- **MARTIN L FINEMAN**    martinfineman@dwt.com
- **KIAH T. FORD**    chipford@parkerpoe.com
- **FRANCHISE TAX BOARD (cc)**    BKClaimConfirmation@ftb.ca.gov, kevin.hutty@ftb.ca.gov
- **DONALD L. GAFFNEY**    dgaffney@swlaw.com, tapodaca@swlaw.com
- **SOLOMON B. GENET**    sgenet@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;ltannenbaum@ecf.courtdrive.com
- **MICHAEL J GOMEZ**    mgomez@frandzel.com, dmoore@frandzel.com
- **REW R. GOODENOW**    ecf@parsonsbehle.com, rgoodenow@parsonsbehle.com
- **ELIZABETH A. GREEN**    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- **JAMES D. GREENE**    jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
- **ALLEN J. GUON**    aguon@foxrothschild.com, plove@foxrothschild.com
- **STEPHEN R HARRIS**    steve@harrislawreno.com, hannah@harrislawreno.com;norma@harrislawreno.com;alyse@harrislawreno.com
- **JEFFREY L HARTMAN**    notices@bankruptcyreno.com, abg@bankruptcyreno.com
- **PAYMON HIFAI**    phifai@hornerlawgroup.com
- **ELIZABETH A. HIGH**    e.high@lee-high.com, e.dendary@lee-high.com;s.ramos@lee-high.com
- **RICHARD F. HOLLEY**    rholley@nevadafirm.com, apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
- **RICK R. HSU**    rhsu@mclrenolaw.com, hmotta@mcllawfirm.com
- **CHRISTOPHER D. HUGHES**    chughes@nossaman.com
- **BRIAN R. IRVINE**    birvine@dickinsonwright.com, mreel@dickinsonwright.com;cgrinstead@dickinsonwright.com;RN_litdocket@dickinsonwright.com
- **NEAL R. JACOBSON**    jacobsonn@sec.gov
- **MATTHEW L. JOHNSON**    annabelle@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com;sue@mjohnsonlaw.com
- **NATHAN G. KANUTE**    nkanute@swlaw.com, mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;ljtaylor@swlaw.com
- **GREGORY ALAN KRAEMER**    GKRAEMER@COOPERLEVENSON.COM
- **MARY LANGSNER**    mlangsner@nevadafirm.com, oswibies@nevadafirm.com;apestonit@nevadafirm.com;rholley@nevadafirm.com
- **BART K. LARSEN**    BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com;support@shea.law
- **ROBERT S. LARSEN**    rlarsen@grsm.com, gangulo@grsm.com;wwong@grsm.com;WL_LVSupport@grsm.com;sowens@grsm.com;jzhao@grsm.com;kkao@grsm.com
- **ANDREW V. LAYDEN**    alayden@bakerlaw.com, orlbankruptcy@bakerlaw.com
- **CECILIA LEE**    e.high@lee-high.com, e.dendary@lee-high.com;s.ramos@lee-high.com
- **ANNIE Z. LI**    annie.li@skadden.com
- **CHRISTINA W. LOVATO**    trusteelovato@att.net, NV26@ecfcbis.com
- **TIMOTHY A LUKAS**    ecflukast@hollandhart.com
- **EDWARD M. MCDONALD**    edward.m.mcdonald@usdoj.gov
- **JEANETTE E. MCPHERSON**    bkfilings@s-mlaw.com
- **EDMOND BUDDY MILLER**    bmiller@buddymillerlaw.com, jepker@buddymillerlaw.com
- **ALI M. M. MOJDEHI**    amojdehi@btlaw.com, jgertz@btlaw.com;arego@btlaw.com
- **ASHLEY C NIKKEL**    anikkel@parsonsbehle.com, tbrown@parsonsbehle.com
- **WILLIAM M. NOALL**    bknotices@gtg.legal, wnoall@gtg.legal
- **TRACY M. O'STEEN**    tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com
- **RICHARD A. OSHINSKI**    Rick@OshinskiForsberg.com, Linda@OshinskiForsberg.com
- **DONNA T PARKINSON**    donna@parkinsonphinney.com
- **PAUL J PASCUZZI**    ppascuzzi@ffwplaw.com
- **MATTHEW W. QUALL**    mquall@quallcardot.com
- **JACK A. RAISNER**    jar@outtengolden.com
- **R. CHRISTOPHER READE**    creade@crdslaw.com, lalderman@crdslaw.com;assistant@crdslaw.com;jshafer@crdslaw.com
- **JULIE HOPE ROME-BANKS**    Julie@bindermalter.com
- **RENE' S ROUPINIAN**    rsr@raisnerroupinian.com, Jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com
- **THERESE SCHEUER**    scheuert@sec.gov
- **BRIAN D. SHAFFER**    brian.shaffer@msrlegal.com, karen.wigylus@msrlegal.com
- **CONNOR H. SHEA**    cshea@bhfs.com, mabarnes@bhfs.com
- **JAMES PATRICK SHEA**    jshea@shea.law, blarsen@shea.law;support@shea.law
- **DANIEL H. SLATE**    dslate@buchalter.com, smartin@buchalter.com
- **PETER J. SMITH**    peterjsmith@att.net

- **STEPHEN PAUL SORENSEN**    ssorensen@tafsattorneys.com
- **HOLLY S STOBERSKI**    hstoberski@duanemorris.com, jrreeder@duanemorris.com;AutoDocketLV@duanemorris.com;jldailey@duanemorris.com
- **KEVIN M. SUTEHALL**    ksutehall@foxrothschild.com, dloffredo@foxrothschild.com
- **T-MOBILE USA, INC. (sb)**    BankruptcyGroup@T-Mobile.com
- **AMY N. TIRRE**    amy@amytirrelaw.com, admin@amytirrelaw.com
- **U.S. TRUSTEE - RN - 7**    USTPRegion17.RE.ECF@usdoj.gov
- **DAVID F. WAGUESPACK**    Waguespack@carverdarden.com, plaisance@carverdarden.com
- **CONSTANCE L. YOUNG**    clyoung2014@gmail.com
- **MATTHEW C. ZIRZOW**    mzirzow@lzlawnv.com, carey@lzlawnv.com;trish@lzlawnv.com;sara@lzlawnv.com