TIMOTHY A. LUKAS, ESQ.
Nevada Bar No. 4678
**HOLLAND & HART LLP**
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Tel: (775) 327-3000/Fax: (775) 786-7169
Email: ecflukast@hollandhart.com

*Attorneys for the Receivership Funds*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>DOUBLE JUMP, INC.,<br><br>Affects:<br>☒ All Debtors<br>☒ Double Jump, Inc. (19-50102-gs)<br>☒ DC Solar Solutions, Inc. (19-50130-gs)<br>☒ DC Solar Distribution, Inc. (19-50131-gs)<br>☒ DC Solar Freedom, Inc. (19-50135-gs)<br><br>Debtors. | Case No. 19-50102-gs<br>Chapter 7<br><br>Jointly administered with<br>DC Solar Solutions, Inc. (19-50130-gs)<br>DC Solar Distribution, Inc. (19-50131-gs)<br>DC Solar Freedom, Inc. (19-50135-gs)<br><br>**STIPULATION EXTENDING REPLY DATE ON TRUSTEE'S MOTION FOR ORDER APPROVING COMPROMISE AND SETTLEMENT AGREEMENT AND AWARD OF CONTINGENCY FEE [First Request]**<br><br>Hearing Date: February 16, 2021<br>Hearing Time: 9:30 am |

Solar Eclipse Investment Fund IV, LLC; Solar Eclipse Investment Fund V, LLC; Solar Eclipse Investment Fund VI, LLC; Solar Eclipse Investment Fund X, LLC; Solar Eclipse Investment Fund XI, LLC; Solar Eclipse Investment Fund XII, LLC; Solar Eclipse Investment Fund XV, LLC; Solar Eclipse Investment Fund XVI, LLC; Solar Eclipse Investment Fund XVII, LLC; Solar Eclipse Investment Fund XVIII, LLC; Solar Eclipse Investment Fund XIX, LLC; Solar Eclipse Investment Fund XXI, LLC; Solar Eclipse Investment Fund XXII, LLC; Solar Eclipse Investment Fund XXIII, LLC; Solar Eclipse Investment Fund XXIV, LLC; Solar Eclipse Investment Fund XXVI, LLC; Solar Eclipse Investment Fund XXVIII, LLC Solar Eclipse Investment Fund XXIX, LLC; Solar Eclipse Investment Fund XXX, LLC; Solar Eclipse Investment Fund XXXI, LLC; Solar Eclipse Investment Fund XXXIII, LLC; and, Solar Eclipse Investment

Fund XXXIV, LLC (collectively, the "**Receivership Funds**"), International Speedway Corporation ("**ISC**"), and SEIF Fund VII, LLC, SEIF Fund XIV, LLC, SEIF Fund XXXII, LLC and SEIF Fund XXXV LLC, SEIF Fund VIII and SEIF Fund XXVII (together, the "**East West Bank/ADHI Funds**"), by and through their undersigned respective counsel, hereby stipulate and agree to an extension of the deadline for the Receivership Funds and East West Bank/ADHI Funds to file their replies to ISC's objection [ECF No. 2530] to the Trustee's *Motion for Order for Approving Compromise and Settlement Agreement and Award of Contingency Fee* [ECF No. 2481] to February 11, 2021 at 1:00 p.m PT.

DATED this 10th day of February, 2021.

By:  Sallie Armstrong
Sallie Armstrong, Esq.
McDONALD CARANO
100 W. Liberty Street, 10th Floor
Reno, NV 89501
(775) 788-2000
(775)788-2020
sarmstrong@mcdonaldcarano.com

Counsel for East West Bank/ADHI Funds

By:  Rick Hsu
Rick R. Hsu, Esq. (NV Bar No. 5374)
MAUPIN COX LEGOY
4785 Caughlin Parkway
Reno, NV 89519
(775) 827-2000 (phone)
(775) 827-2185 (fax)
rhsu@mcllawfirm.com

Counsel for ISC

By: */s/ Timothy A. Lukas*
Timothy A. Lukas, Esq. (NV Bar No. 4678)
HOLLAND & HART LLP
5441 Kietzke Lane, 2nd Floor
Reno, NV 89511
Telephone: (775)327-3023
Facsimile: (775)786-6179
ecflukast@hollandhart.com

*Counsel for the Receivership Funds*

2

# EXHIBIT LIST

**Exhibit 1:**  Proposed Order Granting Stipulation.

16148759_v2

HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Tel: (775) 327-3000/Fax: (775) 786-6179