_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
July 20, 2021

_____

Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com

Michael S. Budwick, Esq. #938777 – Admitted *Pro Hac Vice*
Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice*
Gil Ben-Ezra, Esq. #118089 – Admitted *Pro Hac Vice*
Kevin Paule, Esq. #125276 – Admitted *Pro Hac Vice*
**MELAND BUDWICK, P.A.**
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
T: (305) 358-6363
F: (305) 358-1221
mbudwick@melandbudwick.com
sgenet@melandbudwick.com
gbenezra@melandbudwick.com
kpaule@melandbudwick.com

Attorneys for Christina W. Lovato, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>    Debtor.<br><br> X Affects DC Solar Solutions, Inc.<br> X Affects DC Solar Distribution, Inc.<br> X Affects DC Solar Freedom, Inc.<br> X Affects Double Jump, Inc. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br><br>Substantively Consolidated with:<br><br>  19-50130-gs  \| DC Solar Solutions, Inc.<br>  19-50131-gs  \| DC Solar Distribution, Inc.<br>  19-50135-gs  \| DC Solar Freedom, Inc.<br><br>**ORDER GRANTING TRUSTEE'S MOTION TO EXTEND DEADLINES UNDER 11 U.S.C. §§ 108 AND 546**<br><br>**Hearing Date:**  July 19, 2021<br>**Hearing Time:**  9:30 a.m. |

1

THIS MATTER came before the Honorable Gary A. Spraker at a telephonic hearing conducted on July 19, 2021, at 9:30 a.m. upon the Trustee's Motion to Extend Deadlines Under 11 U.S.C. §§ 108 and 546 [ECF No. 2744] (*"Motion"*) seeking an order extending the time period under 11 U.S.C §§ 108(a) and 546(a). Jeffrey Hartman, Michael Budwick, and Solomon Genet appeared on behalf of Trustee Christina W. Lovato.

The Court considered the Motion, the docket activity in these substantively consolidated cases, and the presentations of counsel. Based upon the record, and good cause appearing,

**IT IS ORDERED** that the Motion is Granted;

**IT IS FURTHER AND FINALLY ORDERED** that the time limitations set forth in 11 U.S.C. §§ 108 and 546(a) for the commencement of avoidance actions and other actions on behalf of the Estate, and thus the time limitations for filing any actions subject to the time limitations of 11 U.S.C. §§ 108 and 546(a), as well as for amending any pending complaints, are extended through and including October 28, 2021. The extensions apply to any and all parties against whom the Trustee and the Estate may hold any type of claim. This Order is without prejudice to the Trustee seeking a further extension.

Submitted by:

**HARTMAN & HARTMAN**

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq.

**MELAND BUDWICK, P.A.**

*/s/ Michael S. Budwick*
Michael S. Budwick, Esq.

# # #

**ALTERNATIVE METHOD Re: RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_  The court has waived the requirement set forth in LR 9021(b)(1).

__X__  No party appeared at the hearing or filed an objection to the paper.

\_\_\_\_\_  I have delivered a copy of the proposed order to all counsel who appeared at the hearing, any trustee appointed in this case and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below.

*Trustee's Counsel:*

__X__  Prepared / Approved the form of this order

\_\_\_\_\_  Waived the right to review the order and/or

\_\_\_\_\_  Appeared at the hearing, waived the right to review the order

\_\_\_\_\_  Matter unopposed, did not appear at the hearing, waived the right to review the order

\_\_\_\_\_  Disapproved the form of this order

\_\_\_\_\_  Did not respond to the paper

*U.S. Trustee:*

\_\_\_\_\_  Approved the form of this order

\_\_\_\_\_  Disapproved the form of this order

\_\_\_\_\_  Waived the right to review the order and/or

\_\_\_\_\_  Did not respond to the paper

__X__  Did not appear at the hearing or object to the paper

\_\_\_\_\_  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

Submitted by:

**HARTMAN & HARTMAN**

/s/ *Jeffrey L. Hartman*
Jeffrey L. Hartman