# EXHIBIT B

# EXHIBIT B

# AGREEMENT TO COMPLY WITH ORDER ESTABLISHING PROTOCOL FOR PRODUCTION OF DOCUMENTS

1. I represent and am authorized to execute this Agreement on behalf of _____.

2. I have reviewed the Bankruptcy Court for the District of Nevada's Order Establishing Protocol For Production Of Documents, entered in the bankruptcy case No. BK-19-50102-gs, D.E. _____ (the "*Order*").

3. _____ hereby agrees to be bound by, and shall comply with, the Order in all respects.

4. The Bankruptcy Court shall have jurisdiction to adjudicate all disputes arising out of this Agreement.

Executed on: [DATE]

By_____

*Authorized Representative For*

_____