Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, NV 89509
Telephone: (775) 324-2800
Fax: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>Debtor. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br><br>Substantively Consolidated with: |

| 19-50130-gs | DC Solar Solutions, Inc. |
|---|---|
| 19-50131-gs | DC Solar Distribution, Inc. |
| 19-50135-gs | DC Solar Freedom, Inc. |

**CERTIFICATE OF SERVICE**

**Hearing Date:  October 26, 2021**
**Hearing Time: 9:30 a.m.**

I certify that I am an employee of Hartman & Hartman, and that on July 22 and 23, 2021, I caused to be served the following document(s), pursuant to Local Rule 2002(g):

> **MOTION TO ESTABLISH PROTOCOL FOR PRODUCTION OF DOCUMENTS – ECF No. 2796**

> **DECLARATION OF SETH R. FREEMAN IN SUPPORT OF TRUSTEE CHRISTINA LOVATO'S MOTION TO ESTABLISH PROTOCOL FOR PRODUCTION OF DOCUMENTS – ECF No. 2797**

> **NOTICE OF HEARING ON MOTION TO ESTABLISH PROTOCOL FOR PRODUCTION OF DOCUMENTS – ECF No. 2798**

I caused to be served the above-named document(s) as indicated below:

✔ a. Via ECF on July 22, 2021 to the parties listed on the attached service list, **Exhibit A**.

1

✔ b.  Via U. S. Mail, postage prepaid, on July 23, 2021, **Notice of Hearing [ECF No. 2798] only**, addressed to all those persons/entities listed on the attached list of:

- creditors[1] maintained by the Court, **Exhibit B.**
- adversary defendants in pending adversary proceedings, **Exhibit C**.
- litigation parties, **Exhibit D**.
- tolling agreement parties, **Exhibit E**.
- former employees of the Debtors, **Exhibit F**.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 27, 2021.

         *_/s/ Angie Gerbig_____*
         Angie Gerbig

---

[1]"BAD" - known bad address; not served by mail.
"CHNG" - address changed.
"DUP" - address appears more than once and is served only one time by mail.
"ECF" - CM/ECF subscriber or user – receives email notification of case activity; not served by mail.
"INC" - incomplete address; not served by mail.
"N-RMV" - party requested removal; not served by mail.

# EXHIBIT A

# EXHIBIT A

**Mailing Information for Case 19-50102-gs**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- SETH J. ADAMS    sadams@woodburnandwedge.com, jgoff@woodburnandwedge.com
- GREG ADDINGTON    greg.addington@usdoj.gov, christi.dyer@usdoj.gov;danielle.bleecker@usdoj.gov
- MEGAN M. ADEYEMO    madeyemo@gordonrees.com, asoto@grsm.com
- SALLIE B ARMSTRONG    sarmstrong@mcdonaldcarano.com, mhale@mcdonaldcarano.com
- SIMON ARON    saron@wrslawyers.com
- BRETT A. AXELROD    baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com
- GIL BEN-EZRA    gbenezra@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- OGONNA M. BROWN    OBrown@lrrc.com, KPimentel@lrrc.com,nlord@lewisroca.com,ogonna-brown-4984@ecf.pacerpro.com
- LOUIS M. BUBALA    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
- MICHAEL S BUDWICK    mbudwick@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;ltannenbaum@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com
- CHRISTOPHER PATRICK BURKE    attycburke@charter.net
- CANDACE C CARLYON    ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com
- JEFFREY D. CAWDREY    jcawdrey@grsm.com, sdurazo@grsm.com;madeyemo@grsm.com
- ROBERT M. CHARLES    rcharles@lewisroca.com, BankruptcyNotices@lewisroca.com,robert-charles-1072@ecf.pacerpro.com
- DAWN M. CICA    dcica@carlyoncica.com, nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com
- WILLIAM D COPE    william@copebklaw.com, r64042@notify.bestcase.com
- EDWARD A. CORMA    ecorma@cooperlevenson.com
- TIMOTHY S. CORY    tcory@crdslaw.com, creade@crdslaw.com
- TRICIA M. DARBY    tricia@darbylawpractice.com, kad@darbylawpractice.com
- MICHAEL A DIGIACOMO    digiacomom@ballardspahr.com, saltlakedocketclerk@ballardspahr.com;paredesr@ballardspahr.com;hartt@ballardspahr.com
- JAMIE P. DREHER    jdreher@downeybrand.com, mfrazier@downeybrand.com;reno@downeybrand.com
- VAN C. DURRER    van.durrer@skadden.com
- RICHARD W. ESTERKIN    resterkin@morganlewis.com
- LARS EVENSEN    lkevensen@hollandhart.com, cabowman@hollandhart.com;krcole@hollandhart.com
- THOMAS H. FELL    tfell@fclaw.com, clandis@fclaw.com;CourtFilings@fennemorelaw.com
- ASHLEY N. FELLONA    ashley.fellona@saul.com, Janice.Mast@saul.com
- MARTIN L FINEMAN    martinfineman@dwt.com, ExternalForwardUSBC_NEVADA@dwt.com
- ELIZABETH A. FLETCHER    efletcher@fletcherlawgroup.com, edendary@fletcherlawgroup.com
- ROBERT C. FOLLAND    rob.folland@btlaw.com
- KIAH T. FORD    chipford@parkerpoe.com
- FRANCHISE TAX BOARD (cc)    BKClaimConfirmation@ftb.ca.gov, kevin.hutty@ftb.ca.gov
- DONALD L. GAFFNEY    dgaffney@swlaw.com

1

- SOLOMON B. GENET    sgenet@melandbudwick.com,
  ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;ltannenbaum@ecf.courtdrive.com
- FRANK C. GILMORE    fgilmore@rssblaw.com, mdavis@rssblaw.com
- MICHAEL J GOMEZ    mgomez@frandzel.com, dmoore@frandzel.com
- REW R. GOODENOW    ecf@parsonsbehle.com, rgoodenow@parsonsbehle.com
- TALITHA B. GRAY KOZLOWSKI    tgray@brg.legal, bknotices@gtg.legal
- ELIZABETH A. GREEN    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- JAMES D. GREENE    jgreene@greeneinfusolaw.com,
  fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
- ALLEN J. GUON    aguon@cozen.com, allen-guon-6333@ecf.pacerpro.com;cknez@cozen.com
- STEPHEN R HARRIS    steve@harrislawreno.com,
  hannah@harrislawreno.com;norma@harrislawreno.com
- JEFFREY L HARTMAN    notices@bankruptcyreno.com, abg@bankruptcyreno.com
- PAYMON HIFAI    phifai@hornerlawgroup.com
- RICHARD F. HOLLEY    rholley@nevadafirm.com,
  apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
- RICK R. HSU    rhsu@mclrenolaw.com, hmotta@mcllawfirm.com
- CHRISTOPHER D. HUGHES    chughes@nossaman.com
- BRIAN R. IRVINE    birvine@dickinsonwright.com,
  mreel@dickinsonwright.com;cgrinstead@dickinsonwright.com;RN_litdocket@dickinsonwright.com
- NEAL R. JACOBSON    jacobsonn@sec.gov
- MATTHEW L. JOHNSON    annabelle@mjohnsonlaw.com,
  mjohnson@mjohnsonlaw.com;maria@mjohnsonlaw.com;sbode@mjohnsonlaw.com
- PAUL J. JOHNSON    pjohnson@diemerwei.com
- NATHAN G. KANUTE    nkanute@swlaw.com,
  mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;ljtaylor@swlaw.com
- GREGORY ALAN KRAEMER    GKRAEMER@COOPERLEVENSON.COM,
  gdillingham@cooperlevenson.com
- BORIS KUKSO    boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- MARY LANGSNER    mlangsner@nevadafirm.com,
  oswibies@nevadafirm.com;apestonit@nevadafirm.com;rholley@nevadafirm.com;mvanheuvelen@nevadafirm.com
- BART K. LARSEN    BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com
- ROBERT S. LARSEN    rlarsen@grsm.com,
  gangulo@grsm.com;wwong@grsm.com;WL_LVSupport@grsm.com;sowens@grsm.com;kkao@grsm.com;jschneringer@grsm.com
- ANDREW V. LAYDEN    alayden@bakerlaw.com, orlbankruptcy@bakerlaw.com
- CECILIA LEE    efletcher@fletcherlawgroup.com, edendary@fletcherlawgroup.com
- ALEXANDER J. LEWICKI    alewicki@diemerwei.com
- CHRISTINA W. LOVATO    trusteelovato@att.net, NV26@ecfcbis.com
- TIMOTHY A LUKAS    ecflukast@hollandhart.com
- EDWARD M. MCDONALD    edward.m.mcdonald@usdoj.gov
- JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com
- EDMOND BUDDY MILLER    bmiller@buddymillerlaw.com, jepker@buddymillerlaw.com
- ALI M. M. MOJDEHI    amojdehi@btlaw.com, jgertz@btlaw.com;arego@btlaw.com
- JAMES C. MOON    jmoon@melandbudwick.com,
  ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;ltannenbaum@ecf.courtdrive.com
- MELANIE D MORGAN    Melanie.morgan@akerman.com, akermanlas@akerman.com
- ASHLEY C NIKKEL    anikkel@parsonsbehle.com, rshaffer@parsonsbehle.com

- WILLIAM M. NOALL    bknotices@gtg.legal, wnoall@gtg.legal
- TRACY M. O'STEEN    tosteen@carlyoncica.com,
  crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com
- RICHARD A. OSHINSKI    Rick@OshinskiForsberg.com, Linda@OshinskiForsberg.com
- DONNA T PARKINSON    donna@parkinsonphinney.com
- PAUL J PASCUZZI    ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- KEVIN C. PAULE    kpaule@melandbudwick.com,
  ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;ltannenbaum@ecf.courtdrive.com
- MICHAEL RYAN PINKSTON    rpinkston@seyfarth.com,
  jmcdermott@seyfarth.com;sfocalendar@seyfarth.com
- MATTHEW W. QUALL    mquall@quallcardot.com
- JACK A. RAISNER    jar@outtengolden.com
- DONALD A. REA    don.rea@saul.com
- R. CHRISTOPHER READE    creade@crdslaw.com,
  agilbreath@crdslaw.com;earthur@crdslaw.com;jshafer@crdslaw.com
- JULIE HOPE ROME-BANKS    Julie@bindermalter.com
- RENE' S ROUPINIAN    rsr@raisnerroupinian.com,
  Jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com
- JOHN M. SAMBERG    jsamberg@wrslawyers.com, efilingjms@wrslawyers.com
- THERESE SCHEUER    scheuert@sec.gov
- SAMUEL A. SCHWARTZ    saschwartz@nvfirm.com,
  ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com
- BRIAN D. SHAFFER    brian.shaffer@msrlegal.com, karen.wigylus@msrlegal.com
- CONNOR H. SHEA    cshea@bhfs.com, wcosby@bhfs.com
- JAMES PATRICK SHEA    jshea@shea.law, blarsen@shea.law;support@shea.law
- PATRICK J SHEEHAN    psheehan@fclaw.com, tday@fclaw.com
- PAUL STEVEN SINGERMAN    singerman@bergersingerman.com
- DANIEL H. SLATE    dslate@buchalter.com, smartin@buchalter.com
- PETER J. SMITH    peterjsmith@att.net
- STEPHEN PAUL SORENSEN    ssorensen@tafsattorneys.com
- HOLLY S STOBERSKI    hstoberski@duanemorris.com,
  AutoDocketLV@duanemorris.com;jldailey@duanemorris.com
- KEVIN M. SUTEHALL    ksutehall@foxrothschild.com, dloffredo@foxrothschild.com
- T-MOBILE USA, INC. (sb)    BankruptcyGroup@T-Mobile.com
- AMY N. TIRRE    amy@amytirrelaw.com, admin@amytirrelaw.com
- U.S. TRUSTEE - RN - 7    USTPRegion17.RE.ECF@usdoj.gov
- DAVID F. WAGUESPACK    Waguespack@carverdarden.com, plaisance@carverdarden.com
- MARTIN L. WELSH    mwelsh@lvlaw.com,
  k.bratton@hayesandwelsh.onmicrosoft.com;nv.ecf@aislegaltrac.com
- HANNAH E. WINSTON    hwinston@rssblaw.com, cobrien@rssblaw.com
- RYAN A. WITTHANS    rwitthans@fhlawllp.com
- CONSTANCE L. YOUNG    clyoung2014@gmail.com
- MATTHEW C. ZIRZOW    mzirzow@lzlawnv.com,
  carey@lzlawnv.com;trish@lzlawnv.com;allison@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

# EXHIBIT B

# EXHIBIT B

Label Matrix for local noticing
0978-3
Case 19-50102-gs
District of Nevada
Reno
Thu Jul 22 15:32:17 PDT 2021

AHERN RENTALS, INC.
C/O FOX ROTHSCHILD LLP  ECF
ATTN: BRETT A. AXELROD
1980 FESTIVAL PLAZA DRIVE
SUITE 700
LAS VEGAS, NV 89135-2961

ALLY BANK
PO BOX 130424
ROSEVILLE, MN 55113-0004

B.H. CAPTIAL VENTURES, LLC  ECF
C/O SAMUEL SCHWARTZ / BROWNSTEIN HYATT..
100 N CITY PKWY, STE 1600
LAS VEGAS, NV 89106-4614

CAL PROCESS SERVERS
14271 JEFFREY ROAD, #308
IRVINE, CA 92620-3405

CHARGEIT MOBILITY GMBH, GERMANY
INC

CHARLOTTE MOTOR SPEEDWAY, LLC  ECF
C/O KIAH T. FORD IV
401 SOUTH TRYON ST., SUITE 3000
CHARLOTTE, NC 28202-1942

CLARK HILL PLLC  CHNG
3800 HOWARD HUGHES PARKWAY
Suite 500
LAS VEGAS, NV 89169-5914

CRANBROOK REALTY INVESTMENT FUND LP
C/O LAW OFFICES OF AMY N TIRRE, APC
3715 LAKESIDE DR, STE A  ECF
RENO, NV 89509-5349

DC SOLAR DISTRIBUTION, INC.  BAD
4901 PARK ROAD
BENICIA, CA 94510-1190

DC SOLAR FREEDOM, INC.  BAD
4901 PARK ROAD
BENICA, CA 94510-1190

DC SOLAR SOLUTIONS, INC.  BAD
4901 PARK ROAD
BENICIA, CA 94510-1190

DOUBLE JUMP, INC.  BAD
200 S. VIRGINIA, 8TH FLOOR
RENO, NV 89501-2403

ECI FUEL SYSTEMS  ECF
C/O JEANETTE E. MCPHERSON
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas, NV 89146-5640

EXIDE TECHNOLOGIES  BAD
130000 DEEFIELD PKWY, BLDG 200
MILTON, GA 30004-8532

FEI INVESTORS I, LLC  ECF
C/O TIMOTHY S. CORY
1333 NORTH BUFFALO DRIVE, SUITE 210
LAS VEGAS, NV 89128-3636

FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI
500 CAPITOL MALL, SUITE 2250  ECF
SACRAMENTO, CA 95814-4760

FIRST REPUBLIC BANK
INC

FRANCHISE TAX BOARD (cc)
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

GLASSRATNER ADVISORY & CAPITOL GROUP LLC
425 CALIFORNIA STREET, SUITE 900  DUP
SAN FRANCISCO, CA 94104-2117

GREEN ENERGY CONCEPTS, INC.
ATTN: TIM EARNHARD, VP
5831 ORR ROAD
CHARLOTTE, NC 28213-6319

HANCOCK WHITNEY EQUIPMENT FINANCE AND LEASIN
C/O LOUIS M. BUBALA III  ECF
50 W. LIBERTY ST., STE 700
RENO, NV 89501-1947

HARRIS LAW PRACTICE LLC  ECF
6151 LAKESIDE DR., STE 2100
RENO, NV 89511-8541

HERITAGE BANK OF COMMERCE
C/O SETH ADAMS / WOODBURN AND WEDGE
PO BOX 2311  ECF
RENO, NV 89505-2311

INTERNATIONAL SPEEDWAY CORPORATION
C/O BARNES & THORNBURG LLP
655 W. BROADWAY, STE 900
SAN DIEGO, CA 92101-8484

ISM CONNECT  BAD
MUSHKIN CICA COPPEDGE / DAWN CICA
4495 S. PECOS RD.
LAS VEGAS, NV 89121-5082

JLE ENTERPRISES, LLC  ECF
C/O LAW OFFICE OF HAYES & WELSH
199 N. ARROYO GRANDE BLVD, STE 200
HENDERSON, NV 89074-1609

LONE OAK FUND, LLC  ECF
c/o John Samberg
Wolf Rifkin Shapiro Schulman &Rabkin
200 S. Virginia St. Ste. 470
Reno, NV 89501-2402

MANDALAY BAY, LLC
3950 Las Vegas Boulevard
LAS VEGAS, NV 89119-1006

MELAND BUDWICK, P.A.  ECF
3200 SOUTHEAST FINANCIAL CTR
200 SO BISCAYNE BLVD
MIAMI, FL 33131-5340

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY
BART K LARSEN / KOLESAR & LEATHAM
400 SO RAMPART BLVD, STE 400    ECF
LAS VEGAS, NV 89145-5725

PARDEE SOLAR 1, LLC
C/O RICHARD ESTERKIN / MORGAN LEWIS.....
300 S GRAND AVE, 22ND FLR
LOS ANGELES, CA 90071-3132

PS BUSINESS PARKS, L.P.
C/O ADAM PERNSTEINER / LEWSI BRIABOIS...
6385 S. RAINBOW BLVD., STE 600
LAS VEGAS, NV 89118-3201

SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE
200 VESEY ST, STE 400
NEW YORK, NY 10281-1004

SKADDEN, ARPS, MEAGHER, SLATE & FLOM LLP
300 S. GRANVE AVEENUE, SUITE 3400
LOS ANGELES, CA 90071    ECF

SMISC HOLDINGS, LLC    ECF
C/O KIAH T. FORD IV
401 SOUTH TRYON ST., SUITE 2000
CHARLOTTE, NC 28202-1934

SOLAR ECLIPSE INVESTMENT FUND (IV, V, VI, X,
C/O HOLLAND & HARt LLP / TIMOTHY A LUKAS
5441 KIETZKE LN, 2ND FLR    ECF
RENO, NV 89511-3026

SOLARMORE MANAGEMENT SERVICES, INC.
C/O MEGAN N. KANUTE
50 W. LIBERTY ST., STE 510    ECF
RENO, NV 89501-1961

SOLARSENSE DCS I, LLC
C/O HOLLEY DRIGGS WALCH / R. HOLLEY
400 S 4TH ST, FLR 3    ECF
LAS VEGAS, NV 89101-6201

STERLING MADISON COMPANY
871 COLEMAN AVE., STE 102
SAN JOSE, CA 95110-1831

SUN TRUST EQUIPMENT FINANCE & LEASING CORP.
C/O MEGAN N. ADEYEMO    ECF
2200 ROSS AVE., SUITE 4100W
DALLAS, TX 75201-7902

T-MOBILE USA, INC. (sb)
T-MOBILE USA, INC.
PO BOX 53410
BELLEVUE, WA 98015-3410

THE SHERWIN-WILLIAMS COMPANY    ECF
C/O ASHLEY C. NIKKEL
PARSONS BEHLE & LATIMER
50 W. LIBERTY ST., SUITE 750
RENO, NV 89501-1970

TRANS LEASE, INC.
c/o JOHNSON & GUBLER, P.C.
8831 W. SAHARA AVE
LAS VEGAS, NV 89117-5865

U.S. TRUSTEE - RN - 7 7    ECF
300 BOOTH STREET, STE 3009
RENO, NV 89509-1362

UNITED BANK    ECF
C/O TRICIA M. DARBY
4777 CAUGHLIN PARKWAY
RENO, NV 89519-0906

UNITED FINANCIAL BANCORP, INC.
C/O TRICIA M. DARBY    ECF
4777 CAUGHLIN PARKWAY
RENO, NV 89519-0906

UNITED STATES OF AMERICA    ECF
C/O GREG ADDINGTON
ASSISTANT U.S. ATTORNEY
400 SOUTH VIRGINIA ST., STE 900
RENO, NV 89501-2121

VALLEY NATIONAL BANK    ECF
C/O ROBERT M. CHARLES JR.
ONE EAST LIBERTY ST., SUITE 300
RENO, NV 89501-2128

WERTLIEB LAW CORP    DUP
15332 ANTIOCH STREET, UNIT 802
PACIFIC PALISADES, CA 90272-3603

XTREME MANUFACTURING, LLC    ECF
c/o FOX ROTHSCHILD LLP / B AXELROD
1980 FESTIVAL PLAZA DR, STE 700
LAS VEGAS, NV 89135-2961

ZALANTA RESORT AT THE VILLAGE ASSOCIATION
C/O EDMOND BUDDY MILLER    ECF
1610 MONTCLAIR AVENUE, SUITE C
RENO, NV 89509-3453

United States Bankruptcy Court
300 Booth Street    ECF
Reno, NV 89509-1360

140 Mason Circle, LLC    BAD
135 Mason Circle
Concord, CA 94520-8542

2190 BROOKWOOD AVENUE    DUP
SANTA ROSA, CA 95404-7018

25274 NETWORK PLACE    DUP
CHICAGO, IL 60673-1252

254 E. Hacienda Ave.
ChargePoint, Inc.
c/o General Counsel
254 E. Hacienda Ave.
Campbell, CA 95008-6617

2750 MAXWELL WAY, LLC
By and through its Officers/Directors
Jeff Carpoff and Paulette Carpoff    DUP
30 Pebble Dunes Ct.
Las Vegas, NV 89141-6069

39209 TREASURY CENTER
CHICAGO, IL 60694-9200    DUP

4021 PIKE LANE, LLC
By and through its Officers/Directors
Jeff Carpoff and Paulette Carpoff
30 Pebble Dunes Ct.    DUP
Las Vegas, NV 89141-6069

4533 ANDREWS ST SUITE A    **DUP**
N LAS VEGAS, NV 89081-2708

475 Channel Road, LLC    **BAD**
4901 Park Road
Benicia, CA 94510-1190

4901 PARK ROAD    **BAD**
BENICIA, CA 94510-1190

7975 Orchestra Ave
1401 Mineral Ave.
7975 Orchestra Ave
Las Vegas, NV 89123-0401

929 COLORADO AVE    **DUP**
SANTA MONICA, CA 90401-2716

A Valdivia Landscaping
1115 Juniper Ave.
South Lake Tahoe, CA 96150-8122

ABS National Auto Services Inc
9000 Executive Park Drive
Suite A-115
Knoxville, TN 37923-4653

ACE
436 Walnut Street
Philadelphia, PA 19106-3703

ACE SIERRA TOW
ACE SIERRA CORP.
4579 PACHECO BLVD
MARTINEZ, CA 94553-2233

ADHI-Solar, LLC    **ECF**
c/o Sallie Armstrong, Esq.
McDonald Carano LLP
100 W. Liberty Street, 10th Floor
Reno, NV 89501-1989

ADVANCED MONITORING INC.
1354 S. PARKSIDE PLACE
ONTARIO CA 91761-4555

AEDG    **BAD**
1055 Westlakes Drive, Suite 140
Berwyn, PA 19312-2404

AHERN RENTALS, INC.    **ECF**
C/O FOX ROTHSCHILD LLP
ATTN: BRETT A. AXELROD
1980 FESTIVAL PLAZA DR, #700
LAS VEGAS, NV 89135-2961

AHERN RENTALS, INC.
C/O FOX ROTHSCHILD LLP
AMANDA A. HUNT
1980 FESTIVAL PLAZA DRIVE, SUITE 700
LAS VEGAS, NV 89135-2961

AIG Inc.    **DUP**
PO Box 601148
Pasadena, CA 91189-1148

AIG Private Client Group
PO Box 601148
Pasadena, CA 91189-1148

ALHAMBRA SIERRA SPRINGS
P.O. BOX 660579
DALLAS, TX 75266-0579

ALLY BANK    **ECF**
C/O RICK R. HSU
4785 CAUGHLIN PARKWAY
RENO, NV 89519-0906

AMAC Construction and Restoration
Horner Law Group, P.C.    **ECF**
800 S. Broadway
Suite 200
Walnut Creek, CA 94596-5227

AMAC Construction/ McDouglass Group, Inc.
800 S. Broadway, Suite 200    **DUP**
Walnut Creek, California 94596-5227

ANNIE Z. LI
THE WALT DISNEY COMPANY
500 S BUENA VISTA ST
BURBANK, CA 91521-1245

APS
PO BOX 60015
PRESCOTT, AZ 86304-6015

APS    **CHNG**
PO Box 2906
Phoenix, AZ  85062-2906

ARIZONA DEPARTMENT OF REVENUE
Office of the Arizona Attorney General
c/o Tax, Bankruptcy and Collection Sct
2005 N Central Ave, Suite 100
Phoenix, AZ 85004-1546

ARIZONA DEPT OF REVENUE
1600 WEST MONROE STREET
PHOENIX, AZ 85007-2650

ASI Lloyds
PO Box 33018
Saint Petersburg, FL 33733-8018

AT&T
PO Box 5025
Carol Stream, IL 60197-5025

AT&T
c/o Bankruptcy
4331 Communications Dr., Floor 4W
Dallas, TX 75211-1300

AT&T Mobility
PO Box 6463
Carol Stream, IL  60197-6463

AT&T Mobility II LLC
C/O AT&T SERVICES INC.
KAREN A. CAVAGNARO PARALEGAL
ONE AT&T WAY, SUITE 3A104
BEDMINSTER, NJ 07921-2693

AT&T UVERSE - Buena Park
PO Box 5014
Carol Stream, IL 60197-5014

ATLANTA MOTOR SPEEDWAY, LLC
By and through its Registered Agent
David M. Waldroup
2200 Keys Ferry Court
McDonough, GA 30253-3372

AVD Security          DUP
1300 Galaxy Way, Unit 21
Concord, CA 94520-4964

AX Transportation LLC
8350 Eastgate Rd.
Henderson, NV 89015-0104

Advanced Voice & Data Inc
1300 Galaxy Way
Suite 21
Concord CA 94520-4964

Aguilera, Daniel      DUP
362 Willowcreek Ln
Martinez, CA 94553-4135

Ahern Rentals, Inc.
1401 Mineral Ave.
Las Vegas, NV 89106-4342

Ahern Rentals, Inc.
PO Box 271390
Las Vegas, NV 89127-1390

(p)STATE OF ALABAMA DEPARTMENT OF REVENUE
P O BOX 320001
MONTGOMERY AL 36132-0001

Alderwood Property Condo Association
c/o Union Bank Lockbox    N-RMV
PO Box 45413
San Francisco, CA 94145-0143

Alexander & Associates
147 Old Bernal Ave., Suite 20
Pleasanton, CA 94566-7013

Allstate Fire Equipment
5040 Sobb Ave
Las Vegas, NV 89118-2816

Ally Detroit Center
500 Woodward Ave
Detroit, MI 48226-3416

Ally Financial       BAD
Tyler Lambert
PO Box 360902
Bloomington, MN 55436-0902

Alpine Power Systems, Inc.
Dept 77783
PO Box 77000
Detroit, MI 48277-0783

AmTrust North America
800 Superior Ave
Cleveland, H 44114-2601

AmTrust North America    DUP
800 Superior Ave
Cleveland, OH 44114-2601

AmTrust North America Inc
PO Box 6939
Cleveland, OH 44101-1939

Amato, Lance M.    DUP
1035 Marie Ave
Martinez, CA 94553-3520

Amato, Priscilla    DUP
1035 Marie Ave
Martinez, CA 94553-3520

Americrown Daytona Speedway
1800 West International Speedway
PO Box 2801
Daytona, FL 32114-1216

Andre Espinosa
Eastern District of California, Criminal
Robert T Matsui United States Courthouse
501 I Street, Suite 10-100
Sacramento, CA 95814-7306

Andre Espinosa
Eastern District of California, Criminal
Robert T. Matsui United States Courthous
501 I Street, Suite 10-100
Sacramento, CA 95814-7306

Andrew Raber      DUP
2546 Alabaster Avenue
Orlando, FL 32833-4309

Annie Z. Li
Skadden Arps, Slate, Meagher
& Flom LLP & Affiliates    DUP
300 South Grand Avenue
Los Angeles, CA 90071-3109

Antara Ltd
Jerry Sprecher
11155 Pentland Downs Street
Las Vegas, NV 89141-4361

Anthony Brunson
2025 S 84th Avenue
Tolleson, AZ 85353-8924

Anthony Paoli
15 Pheasant Ridge Drive
Henderson, NV 89014-2110

B RILEY ADVISORY SERVICES
GLASSRATNER ADVISORY & CAPITOL GROUP LLC
425 CALIFORNIA STREET, SUITE 900
SAN FRANCISCO, CA 94104-2117

BAKER & HOSTETLER LLP
200 SOUTH ORANGE AVENUE
SUITE 2300
ORLANDO, FL 32801-3432

BAY AREA SCREENPRINT, INC.
By and through its Officers/Directors
Jeff Carpoff and Paulette Carpoff
30 Pebble Dunes Ct.
Las Vegas, NV 89141-6069                    DUP

BEI Construction Inc
1101 Marina Village Parkway
Suite 100
Alameda CA 94501-6475

BENICIA INDUSTRIAL PARK, LLC
C/O MATTHEW C. ZIRZOW          ECF
LARSON & ZIRZOW, LLC
850 E. BONNEVILLE AVE.
LAS VEGAS, NV 89101-7031

BENICIA INVESTMENT, LLC       ECF
C/O MATTHEW C. ZIRZOW
LARSON & ZIRZOW, LLC
850 E. BONNEVILLE AVE.
LAS VEGAS, NV 89101-7031

BPXpress
4740 E. 2nd St., Ste. #29
Benicia, CA 94510-1024

BRETT STUBBS                    DUP
3104 MARSALA DRIVE
PITTSBURG CA 94565-7993

BRIAN T. PETERSON
925 4TH AVE., SUITE 2900
SEATTLE, WA 98104-1158

BRISTOL MOTOR SPEEDWAY, LLC
By and through its Registered Agent
CT Corporation System
300 Montvue Road
Knoxville, TN 37919-5510

Barry Hacker
c/o Adam Schwartz
Homer Bonner
330 South Rampart Boulevard, #360
Las Vegas, NV 89145-5754

Bay Alarm Company
PO Box 7137
San Francisco, CA 94120-7137

Bay Area Drainage, Inc.
86 Buckingham Drive
Moraga, CA 94556-2407

Bayliss Innovative Services Inc
2873 Richard Court
Concord, CA 94520-5515

Bayliss Innovative Services Inc
825 Westview Court
Martinez, CA 94553-3372

Beal, Steven P.               DUP
1 Vintage Ct
Port Chester, NY 10573-5504

Bello, Robert W.              DUP
821 W Kristal Way
Phoenix, AZ 85027-5516

Benecia Police Department Alarm Program
PO Box 398902
San Francisco, CA 94139-8902

Benicia Investment LLC
Benicia Industrial LLC
c/o Kirk Giberson
Hefner Law
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-4136

Bertolami Engineering
1940 Oak Park Blvd.
Pleasant Hill, CA 94523

Big Ass Fans
PO Box 638767
Cincinnatti, OH 45263-8767

Black, Alexavier G.           DUP
146 Fig Tree Ln Apt 8c
Martinez, CA 94553-6836

Boulder Exterminators, Inc.
PO Box 17000
South Lake Tahoe, CA 96151-7000

Brandon Spencer
2407 W. Darrow St.
Phoenix, AZ 85041-6420

Brandy Boy Properties, LLC    BAD
4901 Park Road
Benicia, CA 94510-1190

Brent Reckert
1722 Dixon St.
Redondo Beach, CA 90278-2823

Brent Reckert                 CHNG
5269 Bindewald Road
Torrance, CA 90505-4314

Brett Stubbs                  DUP
3104 Marsala Drive
Bay Point, CA 94565-7993

Briones, Aniceto T.
1716 Andrews Circle
Suisun City, CA 94585-6315

Briones, Eugene T.            DUP
917 Hareiqun Way
Suisun City, CA 94585-2917

Buenrostro, Jessica M.        BAD
501 Danrose Dr
American Cyn, CA 94503-1326

Buhler, Benjamin F.           DUP
106 Moss Ln
Napa, CA 94558-1973

Burns & Wilcox
101 California Street
Suite 975
San Francisco, CA 94111-5839

C. L. Raffety CPA K.E. Coleman, MBA
Tax Collector
PO Box 678002
Placerville, CA 95667-8002

C. L. Raffety, CPA
Treasurer - Tax Collector
PO Box 678002
Placerville, CA 95667-8002

CA Construction
127 DeNormandie Way
Martinez, CA 94553-3006

CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINIS
SPECIAL OP BRANCH, MIC: 55
PO BOX 942879
SACRAMENTO, CA 94279-0001

CANDACE C CARLYON    **ECF**
CARLYON CICA CHTD.
265 E. WARM SPRINGS RD, STE 107
LAS VEGAS, NV 89119-4230

CARRIE SUE BODEN-CARPOFF aka    **DUP**
CAROLINE SUE BODEN-CARPOFF, et al.
15 Cascada
Rancho Santa Margarita, CA 92688-3040

CAT5 RESOURCES LLC
PO BOX 202056
DALLAS, TX 75320-2056

CCWD
PO Box 1430
Suisun City, CA  94585-4430

CDRL NUTRITIONAL, INC.
By and through its Registered Agent
Peter Rosselli
140 Mason Circle, Suite K
Concord, CA 94520-1260

CED
PO Box 398847
San Francsisco, CA 94139-8847

CHARLOTTE MOTOR SPEEDWAY LLC
5555 CONCORD PARKWAY SOUTH
CONCORD, NC 28027-4600

CHARTER COMMUNICATIONS
PO BOX 94188
PALATINE IL 60094-4188

CHERYL M. LOTT
1000 WILSHIRE BLVD., SUITE 1500
LOS ANGELES, CA 90017-1730

CHIP GANASSI RACING LLC    **ECF**
C/O RICK R. HSU
4785 CAUGHLIN PARKWAY
RENO, NV 89519-0906

CHIP GANASSI RACING WITH FELIX SABATES, INC.
C/O RICK R. HSU
4785 CAUGHLIN PARKWAY    **ECF**
RENO, NV 89519-0906

CHRISTINA W. LOVATO    **ECF**
PO BOX 18417
RENO, NV 89511-0417

CHRISTOPHER J. FONG, ESQ.
NIXON PEABODY LLP
55 WEST 46TH ST.
NEW YORK, NY 10036-4277

CITY OF BENICIA
250 EAST L STREET
BENICIA, CA 94510-3285

CITY WIDE PEST CONTROL INC
22405 N 18TH DRIVE
PHOENIX , AZ 85027-1355

CLARK HILL PLC    **DUP**
130 E. Randolph Street, Suite 3900
Chicago, IL 60601-6317

CODY PEPPER    **BAD**
3413 CHINACANDLE CT
N LAS VEGAS, NV 89032

CODY PEPPER
3415 CHINACANDLE CT
N LAS VEGAS, NV 89032-7878

COMCAST BUSINESS
PO BOX 60533
CITY INDUSTRY, CA 91716-0533

CRAIG WEINER, ESQ.
REENA JAIN, ESQ.
1251 Avenue of the Americas, 37th Floor
New York, New York 10020-1104

CRANBROOK REALTY INVESTMENT FUND L.P.
4701 SISK ROAD
SUITE 101
MODESTO, CA 95356-9320

CROSS CAMPUS INC
929 COLORADO AVE
SANTA MONICA, CA 90401-2716

CRS Commercial Real Estate
1450 Maria Lane, #200
Walnut Creek, CA 94596-5362

CSE Insurance Group
PO Box 60289
Los Angeles, CA 90060-0289

CTBC Bank    **BAD**
Alex Rodela
801 S. Figueroa St., Ste 2300,
Los Angeles, CA 90017-5657

California Choice
PO Box 7088
Orange CA 92863-7088

California Retaining Walls Co.
865 Teal Drive
Benicia, CA 94510-1249

California Speedway, LLC  **DUP**
Mark R. Owens, Esq.
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204-3535

(p)OFFICE OF THE UNITED STATES TRUSTEE  **ECF**
300 BOOTH STREET
SUITE 3009
RENO NV 89509-1360

Candace Carlyon  **ECF**
Clark Hill PLC
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169-5914

Carpoff, Jeffrey P.  **DUP**
30 Pebble Dunes Ct
Las Vegas, NV 89141-6069

Carpoff, Lauren
315 Summerhill Ln
Martinez, CA 94553-9718

Carpoff, Matthew P.  **DUP**
84 Carolina Cherry Dr
Las Vegas, NV 89141-6091

Carpoff, Paulette L.  **DUP**
30 Pebble Dunes Ct
Las Vegas, NV 89141-6069

Cellco Partnership dba Verizon Wireless
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147-6122

Central Florida Expressway Authority
PO Box 585070
Orlando, FL 32858-5070

Charge It Spot LLC
111 S Independence Mall E Ste 920
Philadelphia, PA 19106-2549

Charge Point, Inc.
c/o Legal Department
254 East Hacienda Ave.
Campbell, CA 95008-6617

ChargeIt Mobility  **BAD**
2901 Bayview Dr.
Fremont, CA 94538-6520

ChargePoint, Inc.
c/o General Counsel
254 E. Hacienda Ave.
Campbell, CA 95008-6617

Chargepoint Inc
Dept LA 24104
Padadena CA 91185-4104

Charles Lomeli, Tax Collector
Solano County Treasury
675 Texas Street, Suite 1900
Fairfield, CA 94533-6337

Charter Communications  **CHNG**
PO Box 790086
St. Louis, MO 63179-0086

Chip Ganassi Racing  **BAD**
c/o Jim Voyles
Voyles Vaiana
141 E. Washington Street, Suite 300
Indianapolis, Indiana 46204-3676

Chip Ganassi Racing With Felix Sabates, Inc.  **DUP**
Mark R. Owens, Esq.
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204-3535

Chip Ganassi Racing, LLC
8500 Westmoreland Drive
Concord, NC 28027-7571

Choice Builder
PO Box 7405
Orange, CA 92863-7405

Christopher Helms  **DUP**
42 2nd Street NW
Concord, NC 28027-6279

Christopher Soper  **DUP**
1909 E Ray Road, Suite 9-181
Chandler, AZ 85225-8724

Church, Ian B.  **DUP**
125 Near Ct # 706
Walnut Creek, CA 94596-5674

Cintas First Aid
PO BOX 631025
CINCINNATI, OH 45263-1025

Cintas Uniforms
PO Box 29059
Phoenix, AZ 85038-9059

City of Benicia
PO Box 398515
San Francisco, CA 94139-8515

City of Buena Park
PO Box 5009
Buena Park, CA 90622-5009

City of Martinez
525 Henrietta St.
Martinez, CA 94553-2394

City of Scottsdale
PO Box 52799
Phoenix, AZ 85072-2799

Clark County Treasurer
500 S Grand Central Pkwy, 1st Floor
Las Vegas, NV 89155-4502

Clark Hill PLC
Attn: Scott N. Schreiber, Esq.
130 E. Randolph Street
Suite 3900
Chicago, IL 60601-6317

Coast Building Products
PO Box 534446
Atlanta, GA 30353-4446

Coast Landscape Management Corp.     **BAD**
103 Camino Oruga
Napa, CA 94558-6215

Cody Pepper     **BAD**
3267 Phantom Rock St.
Las Vegas, NV 89135-2138

Cole, William L.     **DUP**
117 St Nazaire Ct
Martinez, CA 94553-7210

Comcast Business     **BAD**
PO Box 34744
Seattle, WA 98124-1744

Concept Services Inc     **BAD**
2710 Tam Oshanter Drive
El Dorado Hills CA 95762
Ally Detroit Center     **DUP**
500 Woodward Ave
Detroit, MI 48226-3416

Contra Costa County Tax Collector
PO Box 7002
San Francisco, CA 94120-7002

Contra Costa Dept. of Development
30 Muir Road
Martinez, CA 94553-4601

Cox Communications
6205-B Peachtree Dunwoody Road NE
Atlanta, GA 30328-4524

Cox Communications     **BAD**
PO Box 53248
Phoenix, AZ 85072-3248

Cox Communications     **BAD**
PO Box 53262
Phoenix, AZ 85072-3262

Cox Communications
PO Box 79175
Phoenix, AZ 85062-9175

Cranbrook Realty Investment Fund LP     **ECF**
Amy N. Tirre, Esq.
3715 Lakeside Drive, Suite A
Reno, NV 89509
Cranbrook Realty Investment Fund LP
Binder & Malter, LLP   89509-5349

Cranbrook Realty Investment Fund LP
Julie Rome-Banks, Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050-6004

Crestmark Bank Corp
Attn: Larry Pearce
5480 Corporate Drive, Suite 350
Troy, MI 48098-2642

DANIEL RAMIREZ
5450 CONCORD BLVD APT P1
CONCORD, CA 94521-2401

DAVID C. NEU
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WA 98104-1158

DC Solar Freedom, Inc.     **BAD**
4901 Park Road
Benicia, CA 94510-1190

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

DISH
Box 94063
Palatine, IL  60094-4063

DMV
PO Box 825393
Sacramento CA 94232-5393

DV VNB Community Renewables Fund III, LLC
c/o Valley National Bank
Attn: Ronald H. Janis, Esq.
1455 Valley Road
Wayne, NJ 07470-8448

DV VNB Community Renewables Fund, LLC
c/o Valley National Bank
Attn: Ronald H. Janis, Esq.
1455 Valley Road
Wayne, NJ 07470-8448

Dan N. Schneringer
6 Sunset Way Suite 108
Henderson, NV 89014-2050

Dan Schneringer
1005 Ferry Street #4
Martinez, CA 94553-1656

Daniel Briggs
2206 Versailles Ct.
Henderson, NV 89074-5301

Daniel Briggs     **CHNG**
291 Saddle Run
Henderson, NV 89012-2645

Daniel Ramirez    **BAD**
1591 Ellis Street #118
Concord, CA 94520-2762

Daniel Ruiz    **BAD**
322 Shoreline Dr.
Pittsburg, CA 94565-2282

Darlington Raceway of South Carolina,LLC    **DUP**
Mark R. Owens, Esq.
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204-3535

David Johnson    **DUP**
8 Corte Del Sol
Benicia, CA 94510-2209

Daytona International Speedway, LLC
Mark R. Owens, Esq.
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204-3535

DeBolt Civil Engineering
811 San Ramon Vallet Blvd.
Danville, CA 94526-4025

Dept. of Employment Training & Rehab
Employment Security Division
500 E Third Street
Carson City, NV 89713-0002

Dept. of Employment, Training & Rehab    **DUP**
Employment Security Division
500 East Third Street
Carson City, NV 89713-0002

Desvernine, Kenneth G.    **DUP**
2640 Carondelet Ct
Concord, CA 94518-3509

Direct Line Tele Response
2847 Shattuck Ave
Berkeley, CA 94705-1037

Distribution Funding II LLC
300 S Orange Ave
Suite 1110
Orlando, FL 32801-5400

Distribution Funding II, LLC    **DUP**
Marita S. Erbeck, Faegre Drinker
600 Campus Drive
Florham Park, NJ 07932-1044

Do, Michael A.    **DUP**
2206 Versailles Ct
Henderson, NV 89074-5301

Dog Blue Properties, LLC    **BAD**
4901 Park Road
Benicia, CA 94510-1190

Donald Bailey    **BAD**
3926 Rocky Point Dr.
Antioch, CA 94509-6902

Dora Dog Properties, LLC    **BAD**
200 S. Virginia, 8th Floor
Reno, NV 89501-2403

Dudley Ventures    **BAD**
Barb Beaudoin, CFO
22 E. Jackson Street
Phoenix, AZ 85004-2442

Duke Energy
P.O. Box 1004
Charlotte NC 28201-1004

Dwulet & Dwulet
1343 Locust St Ste 206
Walnut Creek, CA 94596-4521

Dwulet Family Partners
1343 Locust St
Walnut Creek, CA 94596-4521

EBMUD
PO Box 1000
Oakland, CA  94649-0001

ECI FUEL SYSTEMS
C/O SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BLVD., SUITE 1
LAS VEGAS, NV 89146-5640

ECI Fuel Systems    **DUP**
1794 West 11th Street
Upland, CA 91786-3504

ECI Fuel Systems
David Mitchell
1794 W. 11th Street
Upland, CA 91786-3504

EDCO
PO Box 5398
Buena Park, CA 90622-5398

EFFICIENT ENERGY DISTRIBUTION, INC.
By and through its Registered Agent
Patrick Moore
5048 Wittenmeger Ct.
Antioch, CA 94531-7810

EMEDCO
39209 TREASURY CENTER
CHICAGO, IL 60694-9200

EMERGING SOLAR TECHNOLOGY LLC
by and through its Registered Agent
Thomas Godfrey
3 Bristol Drive
Michigan City, IN 46360-1977

ERIC A. BROWNDORF    **DUP**
1125 ATLANTIC AVENUE, THIRD FLOOR
ATLANTIC CITY, NJ 08401-4806

ERICA S. WEISGERBER
919 THIRD AVE
NEW YORK, NY 10022-3902

EVAN AHERN
C/O WILLIAM M. NOALL
GARMAN TURNER GORDON LLP
7251 AMIGO STREET, SUITE 210
LAS VEGAS, NV 89119-4302

**ECF**

EVEN BECK COREN
919 NORTH MARKET STREET SUITE 1300
WILMINGTON, DE 19801-3092

EVENTWRIGHT
1098 FOSTER CITY BLVD
SUITE 106-806
FOSTER CITY, CA 94404-2300

EVENTWRIGHT, LLC
By and Through its Registered Agent
Rick Belgarde
301 8th Street Suite 250
San Francisco, CA 94103-4426

EXIDE TECHNOLOGIES
C/O ALLEN J. GUON
321 N. CLARK STREET, SUITE 800
CHICAGO, IL 60654-4766

**ECF**

EXIDE TECHNOLOGIES
C/O BRETT A. AXELROD
1980 FESTIVAL PLAZA DR., SUITE 700
LAS VEGAS, NV 89135-2961

**ECF**

EXIDE TECHNOLOGIES
PO BOX 933479
ATLANTA, GA 31193-3479

**BAD**

East West Bancorp, Inc.
c/o Sallie Armstrong, Esq.
McDonald Carano LLP
100 W. Liberty Street, 10th Floor
Reno, NV 89501-1989

**ECF**

East West Bank
c/o Sallie Armstrong, Esq.
McDonald Carano LLP
100 W. Liberty Street, 10th Floor
Reno, NV 89501-1989

**ECF**

Elvidge, Ron
1343 Locust St Ste 204
Walnut Creek, CA 94596-4521

Endres, David W.
501 E N St Spc 28
Benicia, CA 94510-3585

**BAD**

Exide Technologies
Robert M. Fishman
Allen J. Guon
Fox Rothschild LLP
321 N. Clark Street, Suite 800
Chicago, IL 60654-4766

**ECF**

Exide Technologies
dba GNB Industrial Power
Allen Guon, Fox Rothschild LLP
321 N. Clark St, Suite 1600
Chicago, IL 60654-4614

**ECF**

FEI INVESTORS I, LLC
c/o Cory Reade Dows and Shafer
1333 North Buffalo Drive, Suite 210
Las Vegas, NV 89128-3636

**ECF**

FLORIDA DEPARTMENT OF REVENUE
5050 W TENNESSEE ST
TALLAHASSEE, FL 32399-0125

FOLIUM BIOSCIENCES, LLC
C/O Ricardo Calzada II, Registered Agent
615 Wooten Rd., Suite 100
Colorado Springs, CO 80915-3523

FOU DOG PROPERTIES, LLC
c/o Members and Managers
Jeffrey and Paulette Carpoff
30 Pebble Dunes Ct.
Las Vegas, NV 89141-6069

**DUP**

Fallbrook Capital Securities
Craig Sheftell
26610 Agoura Road
Calabasas, California 91302-3823

Family Security Locksmith
40 Emshee Lane
Martinez, CA 94553-3610

Fastenal 0579
PO Box 1286
Winona, MN 55987-7286

**DUP**

Fastenal 0579-0580-Vending
PO Box 1286
Winona, MN 55987-7286

Fastenal 0580-Vending
Po Box 1286
Winona, MN 55987-7286

**DUP**

Fastenal Company
2001 Theurer Blvd.
Winona, MN 55987-9902

Fastrak
PO Box 26925
San Francisco, CA 94126-6925

FedEx
Dept LA
PO BOX 21415
PASADENA, CA 91185-1415

Felicia Shepard
811 Brown St. #A
Martinez, CA 94553-2567

**N-RMV**

Fernando Cruz
118 Sharon Pl
Bay Point CA 94565-1542

**DUP**

Ferrellgas
PO Box 88086
Chicago,IL 60680-1086

Firstar Development, LLC
Jill L. Nicholson, Esq.
Foley & Lardner LLP
321 N. Clark St., Suite 3000
Chicago, IL 60654-4762

Floyd Johnson
15670 W Carmen Drive
Surprise, AZ 85374-8800

**CHNG**

Floyd Johnson
17746 W. Post Dr.
Surprise, AZ 85388-3112

Foremost
PO Box 0915
Carol Stream, IL 60132-0915

Foremost Insurance
3249 Mt. Diablo Ct. #211
Lafayette, CA 94549-4000

Franchise Tax Board          **DUP**
Bankruptcy Section MS A340
PO Box 2952
Sacramento CA 95812-2952

Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0501

Fred's Floor Coverings
5520 Michigan Blvd.
Concord, CA 94521-4045

GAVIN C. GAUKROGER
350 E. LAS OLAS BLVD., SUITE 1000
FORT LAUDERDALE, FL 33301-4215

GEICO                        **BAD**
c/o Chad Golder
Munger Tolles & Olson
1155 F Street, NW
Washington, D.C. 20004-1343

GEICO Corporation
Attn: Jonathan Shafner
5260 Western Avenue
Chevy Chase, MD 20815-3799

GEORGE CUNNINGHAM           **ECF**
C/O LARSON & ZIRZOW, LLC
850 E. BONNEVILLE AVE.
LAS VEGAS, NV 89101-7031

GO GREEN STUDIO RENTALS, INC.
By and through its Officers
Matthew Carpoff and Lauren Carpoff
11920 S. Highlands Parkway, Suite 103
Las Vegas, NV 89141-3273

GREEN ENERGY CONCEPTS, INC.  **ECF**
C/O CONSTANCE L. YOUNG
ONE WELLS FARGO CENTER, SUITE 3500
301 SOUTH COLLEGE ST.
CHARLOTTE, NC 28202-6000

GREEN ENERGY CONCEPTS, INC.  **N-RMV**
C/O ROBERT KINAS
3883 HOWARD HUGHES PARKWAY, STE 1100
LAS VEGAS, NV 89169-0965

Gehring III, William J.      **DUP**
5509 Southbrook Dr
Clayton, CA 94517-1030

Generator Joe, Inc.
Carle, Mackie, Power & Ross, LLP
100 B Street, Suite 400
Santa Rosa, CA 95401-6376

Genze Bike Trailer           **BAD**
2901 Bayview Dr
Fremont, CA 94538-6520

GlassRatner                  **DUP**
425 California Street
Suite 900
San Francisco, CA 94104-2117

Grant, Perry L.              **DUP**
403 Saddle Rock Ln
Rio Vista, CA 94571-2278

Graybar Electric Co., Inc.
11505 Dublin Blvd.
Dublin, CA 94568-2854

Great American Insurance Group
301 E 4th Street
Cincinnatti, OH 45202-4245

Green Energy Concepts, Inc.  **ECF**
Constance L. Young
Womble Bond Dickinson ? US, LLP
One Wells Fargo Center, Suite 3500
301 S. College Street
Charlotte, NC 28202-6000

Green Energy Concepts, Inc.
Industrial Battery & Charger, Inc.
Moretz Law Group
300 McGill Ave NW, Suite 100
Concord, NC 28027-6150

Green Leaf A/C & Heating
106 Green Pasture
Hutto, TX 78634-4000

Guile Mosher                 **DUP**
2838 McClellan Court
Martinez, CA 94553-3475

HALO MANAGEMENT SERVICES, LLC
By and through Officer, Peter Rosselli
140 Mason Circle, Suite K     **DUP**
Concord, CA 94520-1260

HANCOCK WHITNEY EQUIPMENT FINANCE
AND LEASING, LLC
C/O DAIVD F. WAGUESPACK       **ECF**
ENERGY CENTRE - 1100 POYDRAS ST., STE 31
NEW ORLEANS, LA 70163

HANCOCK WHITNEY EQUIPMENT FINANCE
AND LEASING, LLC
C/O DAIVD F. WAGUESPACK       **ECF**
ENERGY CENTRE-1100 POYDRAS ST, #310
NEW ORLEANS, LA 70163

HCI SYSTEMS, INC.
1354 S. PARKSIDE PLACE
ONTARIO CA 91761-4555

HEADWAYS HAIR AND DAY SPA, INC.
By and through its Officers/Directors
Jeff Carpoff and Paulette Carpoff
30 Pebble Dunes Ct.          **DUP**
Las Vegas, NV 89141-6069

(p)HERC RENTALS INC
ATTN BANKRUPTCY
27500 RIVERVIEW CENTER BLVD 2ND FLOOR
BONITA SPRINGS FL 34134-4328

Halo Management Services
Attn: Michael Stepanian                **BAD**
2905 Lake East Dr., Ste 150
Las Vegas, NV 89117-2384

Hancock Whitney Equipment Finance and Leasin
Kaempfer Crowell                      **ECF**
Attn: Louis M. Bubala, III
50 W. Liberty Street
Suite 700
Reno, NV 89501-1947

Hanover Insurance Group               **BAD**
440 Lincoln Street
Worcester, MA 01653-0001

Hanover Insurance Group
PO Box 580045
Charlotte, NC 28258-0045

Harris & Sloan Consulting Engineers, Inc.
2295 Gateway Oaks Drive               **BAD**
Sacramento, CA 95833-4211

Hendrick Automotive Group
7630 Hendrick Auto Plz Nw
Concord, NC 28027-8334

Heritage Bank of Commerce
1990 N California Blvd #100
Walnut Creek CA 94596-3711

Heritage Bank of Commerce             **CHNG**
Carmen Ponce
101 Ygnacio Valley Road, Ste 100
Walnut Creek, CA 94596-7025

(p)THE HERTZ CORPORATION
8501 WILLIAMS ROAD
ESTERO FL 33928-3325

Hireright LLC
PO Box 847891
Dallas, TX 75284-7891

Horan, Michael J.
304 S Jones Blvd. #7436
Las Vegas, NV 89107-2623

Hughes Net
PO BOX 96874
Chicago,IL 60693-6874

ILYSE M HOMER
1450 BRICKELL AVE., STE 1900
MIAMI, FL 33131-3453

INTERNATIONAL SPEEDWAY CORPORATION, ET AL.
C/O RICK R. HSU                       **ECF**
4785 CAUGHLIN PARKWAY
RENO, NV 89519-0906

ISM CONNECT
MUSHKIN & COPPEDGE
6070 S EASTERN AVE, STE 270
LAS VEGAS, NV 89119-3169

ISM Connect                           **BAD**
Mushkin Cica Coppedge
Attn: Dawn M. Cica, Esq.
4495 S. Pecos Rd.
Las Vegas, NV 89121-5083

Indoor Environmental Services Corp.
1512 Silica Avenue
Sacramento, CA 95815-3312

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

International Speedway Corp
PO Box 2801
Daytona Beach, FL 32120-2801

International Speedway Corporation
Mark R. Owens, Esq.
Barnes & Thornburg LLP               **DUP**
11 South Meridian Street
Indianapolis, IN 46204-3535

International Speedway Corporation
Rick R. Hsu                           **ECF**
4785 Caughlin Parkway
Reno, NV 89519-0906

Irma Morales                          **BAD**
2317 Foothill Dr.
Antioch CA 94509-5858

Iteknique
1850 Gateway Blvd
Suite 1090
Concord, CA 94520-8465

JAMES PATRICK SHEA, ESQ.              **ECF**
BART K. LARSEN, ESQ.
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145-5725

JCB CONSULTING, INC.                  **DUP**
fka J&C CONSULTING, INC.
By and through its Registered Agent
Adam I. Miller
18301 Von Karman Avenue, Suite 950
Irvine, CA 92612-0190

JEANETTE E. MCPHERSON, ESQ.           **ECF**
SCHWARTZER & MCPHERSON LAW FIRM
2850 S JONES BLVD., STE. 1
LAS VEGAS, NV 89146-5640

JEFF & PAULETTE CARPOFF
C/O PARKINSON PHINNEY, LLP
3600 AMERICAN RIVER DR, STE 145
SACRAMENTO, CA 95864-5960

JEFF CARPOFF                          **BAD**
2905 LAKE EAST DR., STE 150
Las Vegas, Nv 89117-2384

JEFF CARPOFF
C/O SEGAL & ASSOCIATES
400 CAPITOL MALL, SUITE 2550
SACRAMENTO, CA 95814-4410

JG ENERGY SOLUTIONS LLC
1422 CHALFONT DR
SCHAUMBURG, IL 60194-2732

JQ Yu Construction, Inc.    **BAD**
1089 Shary Circle
San Francisco, CA 94158

JULIE E. RAVIS
STEVENS & LEE
111 NORTH SIXTH STREET
READINGS, PA 19601-3501

Jason Rieger    **DUP**
5172 Equestrian Way
Antioch, CA 94531-8459

Jeff Price    **DUP**
PO Box 2036
Martinez, CA 94553-0203

Jimenez, Wilkyns G.    **DUP**
5383 Stonehurst Dr.
Martinez, CA 94553-9642

John Teal    **DUP**
116 Bascom Court
Greer, SC 29650-5338

John Teal    **DUP**
116 Bascom Court
Greet, SC 29650-5338

Johnson Jr, Anthony P.
1100 Farmington Dr Apt 68
Vacaville, CA 95687-6789

Jonathan Booth
PO Box 53
Lafayette CA 94549-0053

Jonathon K Ray
PO BOX 2569
Davidson, NC 28036-2569

Jordan, Paula J.    **DUP**
186 Farm Ln
Martinez, CA 94553-4137

Jorge Cordova Martinez
47 Delta Drive
Bay Point CA 94565-1412

Joseph Garrett    **DUP**
14610 Freeman Ave.
Lawndale CA 90260-1608

Juan Manuel Garcia
2208 Mount Whitney Dr.
Pittsburg CA 94565-4458

KATHRYN S. DIEMER    **DUP**
55 S MARKET STREET, SUITE 1420
SAN JOSE, CA 95113-2365

KENTUCKY MOTOR SPEEDWAY, LLC
By and through its Registered Agent
Matthew Hinton CPA    **BAD**
2315 Mayfair Drive #28
Owensboro, KY 42301

KEYBANK NATIONAL ASSOCIATION
C/O HOLLY S. STOBERSKI    **ECF**
DUANE MORRIS LLP
100 NORTH CITY PARKWAY, SUITE 1560
LAS VEGAS, NV 89106-4617

KEYBANK NATIONAL ASSOCIATION
C/O J. COLIN KNISLEY
DUANE MORRIS LLP
30 SOUTH 17TH STREET
PHILADELPHIA, PA 19103-4196

KEYBANK NATIONAL ASSOCIATION
C/O JONATHAN M. PETRAKIS
DUANE MORRIS LLP
30 SOUTH 17TH STREET
PHILADELPHIA, PA 19103-4196

KEYBANK NATIONAL ASSOCIATION
C/O LAWRENCE J. KOTLER
DUANE MORRIS LLP
30 SOUTH 17TH STREET
PHILADELPHIA, PA 19103-4196

(p)KMH SYSTEMS INC
ATTN ACCOUNTS RECEIVABLE
PO BOX 575
MOUNT PROSPECT IL 60056-0575

KMH SYSTEMS, INC.    **DUP**
By and through its Receiver, Sandor Jaco
c/o Adam Phillip Silverman, Esq.
Adelman & Gettleman, Ltd.
53 West Jackson Boulevard, Suite 1050
Chicago, IL 60604-3786

Kaempfer Crowell
1980 Festival Plaza Dr Ste 650
Las Vegas, NV 89135-2958

Kansas Department of Revenue
PO Box 12005
Topeka, KS 66601-2005

Kansas Speedway
PO Box 2801
Daytona Beach, FL 32120-2801

Kansas Speedway Corporation
Mark R. Owens, Esq.    **DUP**
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204-3535

Karmann, Jordan A.    **DUP**
114 Jeffry Ranch Ct
Clayton, CA 94517-1022

Karmann, Robert A.    **DUP**
114 Jeffry Ranch Ct
Clayton, CA 94517-1022

Ken Carpoff
1901 Yardley Court
Concord, CA 94521-1633

Kennick, David E.    **DUP**
129 Hilltop Dr
Vallejo, CA 94591-4271

Kevin Khasigian **DUP**
Eastern District of California, Criminal
Robert T Matsui United States Courthouse
501 I Street, Suite 10-100
Sacramento, CA 95814-7306

Kevin Khasigian
Eastern District of California, Criminal
Robert T. Matsui United States Courthouse
501 I Street, Suite 10-100
Sacramento, CA 95814-7306

Kirk E. Giberson **DUP**
Hefner Stark & Marois
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-4136

Krotov, Vladyslav S. **DUP**
217 Lucinda Ln
Pleasant Hill, CA 94523-4565

(p)LAW OFFICES OF ARI J LAUER
2125 OAK GROVE ROAD
SUITE 210
WALNUT CREEK CA 94598-2521

LOAN OAK FUND, LLC **ECF**
C/O SIMON ARON
WOLF, RIFKIN, SHAPIRO ET AL.
11400 WEST OLYMPIC BLVD., 9TH FL.
LOS ANGELES, CA 90064-1582

LSV Production Services **BAD**
628 Middlegate Road
Henderson, NV 89011-4618

LUMINARY DIFFUSION SYSTEMS, LLC
By and through its Registered Agent
Kevin Liske
10593 Sunblower Ave
Las Vegas, NV 89135-2306

LV STADIUM EVENTS COMPANY, LLC **DUP**
c/o Michael Bernstein, Esq.
Arnold & Porter
601 Massachusetts Ave., NW
Washington, DC 20001-5369

LVWD **DUP**
PO Box 2921
Phoenix, AZ 85062-2921

Las Vegas Valley Water District
PO Box 2921
Phoenix, AZ 85062-2921

Legacy Framers, Inc.
980 Garcia Avenue, Suite C
Pittsburg, CA 94565-5046

Leiw, Yaophuong
824 Scaulp Lane
Suisun City, CA 94585-2014

Les Schwab
625 Contra Costa Blvd.
Concord, CA 94523-1514

Lester Construction
2515 Gold Run Ct.
Valley Springs, CA 95252-9218

Lexington Insurance Company
99 High Street
Floor 24
Boston, MA 02110-2320

Liberty Mutual Insurance
PO Box 2839
New York, NY 10116-2839

Liberty Mutual Insurance **BAD**
PO Box 85834
San Diego, CA 92186-5834

Liberty Utilities
California Pacific Electric Co.
PO Box 80374
City of Industry, CA 91716-8374

Lithia of Concord Inc
PO Box 1647
Medford, OR 97501-0249

Lloyds of London (USA)
42 West 54th Street
14th Floor
New York, NY 10019-5405

Lopez, Jonathan **DUP**
5660 Rosscommon Way
Antioch, CA 94531-8646

MARTINEZ CLIPPERS BASEBALL CORP.
By and through its Officers/Directors
Jeff Carpoff and Paulette Carpoff
30 Pebble Dunes Ct. **DUP**
Las Vegas, NV 89141-6069

MARTINEZ EDUCATION FOUNDATION
Attn: Rochelle Badgley
PO Box 933
Martinez, CA 94553-0093

MICHAEL B. NISHIYAMA **DUP**
39510 PASEO PADRE PARKWAY, SUITE 300
FREMONT, CA 94538-4741

MICHAEL I. GOLDBERG, ESQ.
201 E. Las Olas, Suite 1800
Fort Lauderdale, FL 33301-4442

MIKE HUIE
2795 DESERT FOOTHILLS BLVD, APT 317
BULLHEAD, AZ 86429-5861

MY CHI
919 THIRD AVE
NEW YORK, NY 10022-3902

Majestic Runway Partners II LLC
13191 Crossroads Parkway
Sixth Floor
City of Industry CA 91746-3421

Majestic Runway Partners II, LLC
Michael DiGiacomo
1 E. Washington Street, Suite 2300
Phoenix, AZ 85004-2555

Marajo, James J.
714 W 2nd St Apt 3
Antioch, CA 94509-1170

Maricopa County Treasurer
PO Box 52133
Phoenix, AZ 85072-2133

Marieiro, David J.    **DUP**
2609 Star Tree Ct
Martinez, CA 94553-4349

Mark Prest    **CHNG**
1907 Winsted Court
Charlotte NC 28262-9126

Mark Prest
848 Ainsley Place SE
Concord, NC 28025-0065

Mark Scott Construction, Inc.
2835 Contra Costa Blvd.
Pleasant Hill, CA 94523-4221

Marriott    **BAD**
10400 Fernwood road
Bethesda MD 20817-1118

Matthew W. Quall    **ECF**
Matthew R. Dardenne
Quall Cardot LLP
205 East River Park Circle, Suite 110
Fresno, CA 93720-1572

Media Temple
8520 National Blvd # A
Culver City, CA 90232-2418

Mertz, Rick A.    **DUP**
2398 Shady Lane Ave Ext
Kannapolis, NC 28081-3012

MetaBank    **ECF**
Dickinson Wright PLLC
Attn: Brian R. Irvine
100 West Liberty Street
Suite 940
Reno, NV 89501-1991

MetaBank
c/o William Novotny
Dickson Wright PLLC
1850 North Central Ave. #1400
Phoenix, AZ 85004-4568

Michael James Horan    **CHNG**
7436 Rainford Street
Las Vegas, NV 89148-1833

Michael Lawrence    **DUP**
205 W Main Street
Warsaw, KY 41095-9303

Michael Newell    **BAD**
8840 Country Scene Way #202
Las Vegas, NV 89117-5556

Michigan Business Tax
430 W Allegan St
Lansing, MI 48933-1592

Michigan International Speedway, LLC
Mark R. Owens, Esq.    **DUP**
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204-3535

Midwest-REA TCF, LLC and CRA TCF 16, LLC
c/o Sallie Armstrong, Esq.    **ECF**
McDonald Carano LLP
100 W. Liberty Street, 10th Floor
Reno, NV 89501-1989

Mike Huie    **BAD**
1120 Buchanan Rd.
Antioch, CA 94509-4221

Miracle Method of Contra Costa
Alameda, Inc.
5702 Marsh Drive, Suite J
Pacheco, CA 94553-5646

Miranda, John    **DUP**
819 Park Ave Apt 1
S Pasadena, CA 91030-2775

Montage Services Inc    **DUP**
41 West Shore Road
Belvedere, CA 94920-2461

Montage Services, Inc.    **DUP**
41 West Shore Road
Tiburon, CA 94920-2461

Montage Services, Inc.
Scott S. Wentz
41 West Shore Road
Tiburon, CA 94920-2461

Moreno, Christian V.    **BAD**
4152 Camelback Dr.
Vallejo, CA 94589

Muller, Blake A.    **DUP**
598 Falls Way
Fairfield, CA 94534-6654

NASCAR Media Group LLC
PO Box 2875
Daytona Beach, FL 32120-2875

NEIL WERTLIEB
15332 ANTIOCH STREET, UNIT 802
PACIFIC PALISADES, CA 90272-3603

NEVADA SPEEDWAY, LLC
By and through its Registered Agent
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801-1196

NEW HAMPSHIRE MOTOR SPEEDWAY, INC.
By and through its Registered Agent
CT Corporation System
2 1/2 Beacon Street
Concord, NH 03301-4447

NIXON PEABODY LLP
ATTN:  DIANE GERARD
50 JERICHO QUADRANGLE SUITE 300
JERICHO NY 11753-2728

NORTHWESTERN MUTUAL LIFE INS CO.
PO BOX 578
APPLE VALLEY, CA 92307-0010

NULEAF CAPITAL INVESTORS GROUP LLC
By and through its Registered Agent
Puoy K. Premsrirut, Esq., Inc.
Attn: Kami DeSavio
520 S Fourth St 2nd FL
Las Vegas, NV 89101-6520

NV Energy
6226 W Sahara Ave
Las Vegas, NV 89146-3060

NV Energy
PO Box 30150
Reno, NV 89520-3150

Napa County - Lake Berryessa RID
1195 3rd St. Ste B10
Napa, CA 94559-3035

Napa County Tax Collector    **DUP**
1195 Third St., Ste. 108
Napa, CA 94559-3050

Napa County Treasurer-Tax Collector
1195 Third St Ste 108
Napa, CA 94559-3035

Napa Valley Media    **DUP**
127 Summerbrooke Circle
Napa, CA 94558-7022

Napa Valley Media
Attn: James Raymond
127 Summerbrooke Circle
Napa, CA 94558-7022

National Construction Rentals, Inc.
1300 Business Center Drive
San Leandro, CA 94577-2242

Native Sons Landscaping, Inc.
25 Beta Court, Suite L
San Ramon, CA 94583-1245

Neal Jacobson    **ECF**
Securities and Exchange Commission
New York Regional Office
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1004

NetJet Sales, Inc.
PO Box 933300
Atlanta, GA 31193-3300

Network Solutions    **BAD**
12808 Gran Bay Parkway
West Jacksonville, FL 32258-4468

Nevada Department of Taxation
Bankruptcy Section
4600 Kietzke Ln
Suite L-235
Reno, NV 89502-5045

Nevada Department of Taxation
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101-1046

Nevada Department of Taxation, Bankruptcy Se
555 E. Washington Ave., #1300    **DUP**
Las Vegas, NV 89101-1046

Nevada Energy    **DUP**
PO Box 30150
Reno, NV 89520-3150

Nevada Power Company dba NV Energy
Attn: Susana Garcia
PO Box 10100
Reno, NV 89520-0024

Nicholas Esno    **DUP**
6560 Darby Ave.
Las Vegas, NV 89146-6518

No Drugs Inc.
3225 Seldon Ct
Fremont, CA 94539-5625

Northwestern Mutual Life Insurance Company
Shea Larsen, c/o Bart K. Larsen, Esq.
1731 Village Center Circle, Suite 150
Las Vegas, NV 89134-0517

Novogradac & Company LLP    **BAD**
PO Box 7833
San Francisco, CA 94120-7833

O'Reilly Auto Enterprises LLC
PO Box 9464
Springfield, MO 65801-9464

OAKHURST GOLF, LLC dba    **DUP**
OAKHURST COUNTRY CLUB,
By and Through its Manager CourseCo., In
Attn: Michael Sharp, Registered Agent
5341 Old Redwood Hwy, Ste 202
Petaluma, CA 94954-7127

OFFICE DEPOT
DEPT 11-6900870236
PO BOX 9001036
LOUISVILLE, KY 40290-1036

OREILLY AUTOMOTIVE STORES INC.
ATTN: CREDIT
POB 1156
SPRINGFIELD MO 65801-1156

Oakhurst Country Club    **DUP**
1001 Peacock Creek Drive
Clayton, CA 94517-2201

Obel, Heidi A.    **DUP**
2271 Yale St
Martinez, CA 94553-3361

Ontario Refrigeration Services Inc.
635 S Mountain Ave
Ontario, CA 91762-4114

Orkin Services of California, Inc.
PO Box 7161
Pasadena, CA 91109-7161

Oscar Jimenez                    **DUP**
4051 Calimesa Street
Las Vegas, NV 89115-2334

P.O. BOX 21415                   **DUP**
PASADENA, CA 91185-1415

P.O. BOX 409211                  **DUP**
ATLANTA, GA 30384-9211

P.O. BOX 631025                  **DUP**
CINCINNATI, OH 45263-1025

(p)PACIFIC GAS & ELECTRIC COMPANY
PO BOX 8329
STOCKTON CA 95208-0329

PACIFIC STATES PETROLEUM
C/O CONTINENTAL COMMERCIAL GROUP
1111 N BRAND BLVD STE 401
GLENDALE, CA 91202-3071

PACIFIC STATES PETROLEUM          **CHNG**
C/O CONTINENTAL COMMERCIAL GROUP
317 S. BRAND BLVD
GLENDALE CA 91204-1701

PANDA BEAR INTERNATIONAL, LIMITED
By and through its Officer/Director
Jeff Carpoff                     **DUP**
30 Pebble Dunes Ct.
Las Vegas, NV 89141-6069

PANDA SOLAR SOLUTIONS, LLC
By and through its Officers/Directors
Jeff Carpoff and Paulette Carpoff
30 Pebble Dunes Ct.              **DUP**
Las Vegas, NV 89141-6069

PATRICIA M. ADCROFT
620 SOUTH TRYON STREET, SUITE 800
CHARLOTTE, NC 28202-1842

PATRICK MOORE
2810 Lone Tree Way, Suite 8     **DUP**
Antioch, CA 94509-4956

PAULETTE CARPOFF                 **BAD**
2905 LAKE EAST DR., STE 150
Las Vegas, Nv 89117-2384

PAULETTE CARPOFF
c/o LAW OFFICE OF WILLIAM PORTANOVA
400 CAPITOL MALL #1100
SACRAMENTO, CA 95814-4434

PDM Steel Services Centers Inc
PO Box 740967
Los Angeles, CA 90074-0967

PG&E
PO Box 997300
Sacramento, CA 95899-7300

PLATEPASS LLC
25274 NETWORK PLACE
CHICAGO, IL 60673-1252

PLDSPE LLC
Marita S. Erbeck, Faegre Drinker
600 Campus Drive                **DUP**
Florham Park, NJ 07932-1044

PLDSPE LLC
NATALIE EDWARDS, PROLOGIS
1800 WAZEE STREET, SUITE 500
DENVER CO 80202-2526

PO BOX 650690                    **DUP**
DALLAS, TX 75265-0690

PO BOX 9001036                   **DUP**
LOUISVILLE, KY 40290-1036

PO BOX 936257                    **DUP**
ATLANTA, GA 31193-6257

PROGRESSIVE CASUALTY INSURANCE
C/O MICHAEL M. PARKER
111 W HOUSTON ST, STE 1800
SAN ANTONIO, TX 78205-1111

PROGRESSIVE CASUALTY INSURANCE   **CHNG**
C/O MICHAEL M. PARKER
300 CONVENT STREET, SUITE 2100
SAN ANTONIO, TX 78205-3720

PS Business Parks LP-Southern California
PO Box 849407
Los Angeles CA 90084-9407

Pacific Coast Propane, LLC
PO Box 353
Ontario, CA 91762-8353

Pacific Links International
1 Robert Trent Jones Street
Las Vegas, NV 89141-6038

Pacific Metal Fab, LLC
c/o Lance LeFever
Thorp, Purdy, Jewett, Urness & Wilk
1011 Harlow Road, Suite 300
Springfield, OR 97477-1187

Pacific Metal Fabrication LLC
311 Chambers Street
Eugene, OR 97402-4487

Pacific States Petroleum Inc **BAD**
PO Box 2389
Pleasant Hill, CA 94523-0089

Pardee Solar 1 LLC **DUP**
Thomas, Alexander, Forrester & Sorensen
14 27th Avenue
Venice, CA 90291-4304

Park Road LLC **BAD**
4901 Park Road
Benicia, CA 94510-1190

Partida, Andres A. **DUP**
2801 Point Reyes Ct
Antioch, CA 94531-7101

Paulette Carpoff
1901 Yardly Ct.
Concord, CA 94521-1633

Paymon Hifai, Esq. **ECF**
Horner Law Group, P.C.
800 S. Broadway, Suite 200
Walnut Creek, CA 94596-5227

Peoples United Bank, N.A. Peoples United
Josef Mintz, Blank Rome LLP
130 N. 18th Street - One Logan Square
Philadelphia, PA 19103-2768

Perriera, Shannon L. **BAD**
77 Solano Sq # 335
Benicia, CA 94510-2712

Peter Schaaf **DUP**
35 E Lakeview Ave
Columbus, OH 43202-1214

Phoenix Motor Speedway **BAD**
7602 S Avondale Blvd
Avondale AZ 85323

Phoenix Speedway, LLC **DUP**
Mark R. Owens, Esq.
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204-3535

Premier Waste Services Inc.
2454 S 7th Ave
Phoenix, AZ 85007-4314

Priscilla Amato **BAD**
135 Marie Ave
Martinez CA 94553

Professional Account Management LLC
PO Box 2182
Milwaukee, WI 53201-2182

Progressive Casualty Insurance Company
c/o Andrew Layden, Esq. **ECF**
200 S. Orange Avenue, Suite 2300
Orlando, FL 32801-3455

RB Painting
1385 Palm Ave.
Martinez, CA 94553-2070

REED SMITH LLP
101 SECOND STREET, SUITE 1800
SAN FRANCISCO, CA 94105-3659

RENEWABLE MANAGEMENT SERVICES, INC.
By and through its Officers/Directors
Jeff Carpoff and Paulette Carpoff
30 Pebble Dunes Ct. **DUP**
Las Vegas, NV 89141-6069

RENEWABLE WASTE SOLUTIONS, LLC
By and through its Registered Agent
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801-1196

ROLLIN ALEXANDER MCGHEE
220 UPTOWN WEST DRIVE
CHARLOTTE, NC 28208-3553

RYAN A. WITTHANS **ECF**
FINESTONE HAYES LLP
456 MONTGOMERY ST, FLR 20
SAN FRANCISCO, CA 94104-1233

Radian Generation LLC
5821 Fairview Road
Suite 201
Charlotte, NC 28209-3649

Radian Generation LLC
c/o Trodella & Lapping LLLP
540 Pacific Ave.
San Francisco, CA 94133-4608

Reed Smith LLP **BAD**
PO Box 39000
San Francisco, CA 94139-0001

Renkert, Brent T.
5269 Blindewald Rd
Torrance, CA 90505-4314

Republic Service **DUP**
PO Box 78829
Phoenix, AZ 85062-8829

Republic Services Inc
PO Box 78829
Phoenix, AZ 85062-8829

Richard A. Lapping
Trodella & Lapping LLP
540 Pacific Ave.
San Francisco, CA 94133-4608

Richard Strafella **BAD**
2306 Reading Hills Ave
Henderson NV 89052-5836

Richmond International Raceway
600 E Laburnum Ave **DUP**
Richmond, VA 23222-2253

Richmond International Raceway
600 East Laburnum Avenue
Richmond, VA 23222-2253

Richmond International Speedway, LLC
Mark R. Owens, Esq.          DUP
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204-3535

Ricky Proctor          DUP
5132 S McMinn Drive
Gilbert AZ 85298-0628

Rideout, Justin M.
100 E Lake Dr
Antioch, CA 94509-2044

Rieger, Nichole T.     DUP
5172 Equestrian Way
Antioch, CA 94531-8459

Robert Amato          BAD
838 Marie Avenue
Martinez, CA 94553-3517

Robert N. H. Christmas, Esq.
Nixon Peabody LLP
55 West 46th St., 25th Fl.
New York, NY 10036-4277

Robert Salazar
The Tax Solutions Group
1123 Olive Drive
Davis, CA 95616-4720

Rollin Alexander McGhee     CHNG
120 Steinbeck Way F
Mooresville, NC 28117-6558

Ronald Stier          DUP
4601 W 142nd St.
Hawthorne CA 90250-6834

Ryan Guidry          DUP
521 Boyd Rd.
Pleasant Hill, CA 94523-3210

Ryan Snyder Productions
1521 Colwood Dr
Petaluma, CA 94954-3713

SANDRA SARKISSIAN, SUCCESSOR TTEE
OF THE SAM SARKASSIAN AND SANDRA
SARKASSIAN LIVING TRUST DATED
SEPTEMBER 4, 1997
7047 Vista Del Mar Ln
Playa Del Rey, CA 90293-7636

(p)SCHENKER INC
ATTN LEGAL COLLECTIONS
1305 EXECUTIVE BLVD SUITE 200
CHESAPEAKE VA 23320-3676

SETH FREEMAN
425 CALIFORNIA STREET SUITE 900
SAN FRANCISCO, CA 94104-2117

SHARON Z. WEISS
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386

SIRIUS LIGHT TOWERS, LLC
By and through its Managers
Jeff Carpoff and Paulette Carpoff
30 Pebble Dunes Ct.          DUP
Las Vegas, NV 89141-6069

SKADDEN, ARPS, MEAGHER, SLATE & FLOM LLP
300 S. GRAND AVENUE, SUITE 3400
LOS ANGELES, CA 90071-3137

SMA SOLAR TECHNOLOGY AMERICA LLC.
HUIGIN XY, FINANCE DIRECTOR
6020 WEST OAKS BLVD STE 300
ROCKLIN CA 95765-5472

SMI
Naysan Grey
Las Vegas Motor Speedway
7000 Las Vegas Blvd. N.
Las Vegas, NV 89115-1708

SMISC HOLDINGS, LLC
By and through its Registered Agent
CT Corporation System
160 Mine Lake Ct, Suite 200
Raleigh, NC 27615-6417

SOLARMORE INVESTMENTS, INC.
By and through its Officer/Director
c/o Patrick Moore
2810 Lone Tree Way, Suite 8          DUP
Antioch, CA 94509-4956

SOLARSENSE DCS I, LLC
C/O ROBERT LAPOWSKY
620 FREEDOM BUSINESS CENTER, SUITE 200
KING OF PRUSSIA, PA 19406-1330

SOLIGENT DISTRIBUTION LLC
1400 N MCDOWELL BLVD., SUITE 201
PETALUMA, CA 94954-6553

SOLIGENT DISTRIBUTION LLC     BAD
1500 VALLEY HOUSE DR
SUITE 210
ROHNERT PARK, CA 94928-4938

SOUTH CAROLINA DEPARTMENT OF REVENUE
POB 12265
COLUMBIA SC 29211-2265

SOUTHERN CALIFORNIA EDISON COMPANY
1551 W. SAN BERNARDINO RD
COVINA CA 91722-3407

SPARKS POWER INC          BAD
110 SW CENTRAL AVE.
AMITE CITY, LA 70422-2711

SPARKS POWER INC.
By and through its Registered Agent
United States Corporation Agents, Inc.
1100 Poydras Street, Suite 2900
New Orleans, LA 70163-2900

SPARKS POWER, INC.
14280 WALL RD
INDEPENDENCE, LA 70443-2166

SPEEDWAY SONOMA, LLC
By and through its Registered Agent
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801-1196

SRP
PO Box 80062
Prescott, AZ  86304-8062

SRP - CUSTOMER CREDIT SERV. ISB232
PO BOX 52025
PHOENIX, AZ 85072-2025

STATE OF FLORIDA - DEPARTMENT OF REVENUE
FREDERICK F. RUDZIK, ESQ
PO BOX 6668
TALLAHASSEE, FL 32314-6668

SUNTRUST BANK NOW TRUST
ATTN: WILLIAM KRUEGER
401 E. JACKSON STREET SUITE 2000
TAMPA FL 33602-5248

SUSTAINABLE CAPITAL FINANCE, INC.
By and through its Registered Agent
Dan Holloway
99 Almaden Boulevard, Suite 720
San Jose, CA 95113-1605

Sandoval, Lucas **DUP**
2004 Smith Peak Ct
Antioch, CA 94531-8332

Saravia, Oscar D. **DUP**
62 Entrada Cir
American Cyn, CA 94503-3111

Schaaf, Peter **DUP**
35 E Lakeview Ave
Columbus, OH 43202-1214

Schaer Design
2200 Adeline St Ste 335
Oakland, CA 94607-2321

Schenker Inc **CHNG**
150 Albany Avenue
Freeport, NY 11520-4702

Scottsdale Insurance Company
8877 N Gainey Center Drive
Scottsdale, AZ 85258-2108

Sean Cutolo **DUP**
9623 Grapeland Ave
Las Vegas NV 89148-4206

Sean Macias **DUP**
908 Estudillo Street
Martinez, CA 94553-1620

Secretary of the Treasury **DUP**
1500 Pennsylvania Ave NW
Washington, DC 20220-0001

Secretary of the Treasury
1500 Pennsylvania Ave. NW
Washington, D.C. 20220-0001

Securities and Exchange Commission
Los Angeles Regional Office **DUP**
444 South Flower Street
Suite 900
Los Angeles, CA 90071-2934

Securities and Exchange Commission
Los Angeles Regional Office
444 South Flower Street, Suite 900
Los Angeles, California 90071-2934

Shadd A. Wade, Esq.
ZBS Law, LLP
9435 West Russell Road, Suite 120
Las Vegas, Nevada 89148-5608

Shaun Rang **BAD**
861 Ruth Dr.
Pleasant Hill, CA 94523-1939

Sherwin Williams
1241 Diamond Way
Concord, CA 94520-5209

Simon Teed **DUP**
1145 N. Hight Street #703
Columbus, OH 43201-2488

Snap On Tools
2203 Center Avenue
Martinez, CA 94553-5408

Social Security Administration
Office of the REgional Chief Counsel
Region IX
160 spear St, Ste 800
San Francisco, CA 94105-1545

Social Security Administration
Office of the Regional Chief Counsel, Re
160 Spear Street, Suite 800 **DUP**
San Francisco, CA 94105-1545

Solano County Dept of Resource Mgmt
675 Texas Street
Suite 5500
Fairfield, CA 94533-6341

Solar Eclipse Fund Holding IX, LLC **DUP**
c/o Lisa Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006-1404

Solar Eclipse Fund IX, LLC **ECF**
c/o James Patrick Shea & Bart K. Larsen
Kolesar & Leatham
400 South Rampart Blvd., Suite 400
Las Vegas, NV 89145-5725

Solar Eclipse Fund IX, LLC
c/o Lisa Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006-1404

Solar Eclipse Inv Fund X LLC; -XV; -XXII
Steven Thomas **DUP**
14 27th Avenue
Venice, CA 90291-4304

Solar Eclipse Inv Fund XXVI -XXX -XXXIV  **DUP**
Gonzalo Dorta
334 Minorca Avenue
Miami, FL 33134-4304

Solar Eclipse Investment Fund III, LLC  **DUP**
Steven W. Thomas, Esq.
14 27th Avenue
Venice, CA 90291-4304

Solar Eclipse Investment Fund IV  **BAD**
4901 Park Road
Benicia, CA 94510-1190

Solar Eclipse Investment Fund VII  **BAD**
4901 Park Road
Benicia, CA 94510-1190

Solar Eclipse Investment Fund VII, LLC and  **DUP**
Solar Eclipse Investment Fund XIV, LLC
c/o Curtis C. Jung, Manager
888 S. Figueroa Street, Suite 720
Los Angeles, CA 90017-5306

Solar Eclipse Investment Fund VIII  **BAD**
4901 Park Road
Benicia, CA 94510-1190

Solar Eclipse Investment Fund VIII, LLC  **DUP**
c/o Curtis C. Jung
Jung & Yuen
888 S. Figueroa Street, Suite 720
Los Angeles, CA 90017-5306

Solar Eclipse Investment Fund XII  **BAD**
4901 Park Road
Benicia, CA 94510-1190

Solar Eclipse Investment Fund XIV  **BAD**
4901 Park Road
Benicia, CA 94510-1190

Solar Eclipse Investment Fund XVI  **BAD**
4901 Park Road
Benicia, CA 94510-1190

Solar Eclipse Investment Fund XVII, LLC  **DUP**
Thomas, Alexander, Forrester & Sorensen
14 27th Avenue
Venice, CA 90291-4304

Solar Eclipse Investment Fund XVIII  **BAD**
4901 Park Road
Benicia, CA 94510-1190

Solar Eclipse Investment Fund XVIII, LLC  **DUP**
Steven Thomas
Thomas, Alexander, Forrester & Sorensen
14 27th Avenue
Venice, CA 90291-4304

Solar Eclipse Investment Fund XX, LLC
c/o Renewable Energy Alternatives, LLC
P.O. Box 639
Dexter, MO 63841-0639

Solar Eclipse Investment Fund XXII  **BAD**
4901 Park Road
Benicia, CA 94510-1190

Solar Eclipse Investment Fund XXIII  **BAD**
4901 Park Road
Benicia, CA 94510-1190

Solar Eclipse Investment Fund XXIX  **BAD**
4901 Park Road
Benicia, CA 94510-1190

Solar Eclipse Investment Fund XXVI  **BAD**
4901 Park Road
Benicia, CA 94510-1190

Solar Eclipse Investment Fund XXVII  **BAD**
4901 Park Road
Benicia, CA 94510-1190

Solar Eclipse Investment Fund XXVII, LLC
c/o Curtis C. Jung
Jung & Yuen, LLP
888 S. Figueroa Street, Suite 720
Los Angeles, CA 90017-5306

Solar Eclipse Investment Fund XXX  **BAD**
4901 Park Road
Benicia, CA 94510-1190

Solar Eclipse Investment Fund XXX II  **BAD**
4901 Park Road
Benicia, CA 94510-1190

Solar Eclipse Investment Fund XXX III  **BAD**
4901 Park Road
Benicia, CA 94510-1190

Solar Eclipse Investment Fund XXXII, LLC  **DUP**
c/o Curtis C. Jung
Jung & Yuen, LLP
888 S. Figueroa Street, Suite 720
Los Angeles, CA 90017-5306

Solar Eclipse Investment Fund XXXIV  **BAD**
4901 Park Road
Benicia, CA 94510-1190

Solar Eclipse Investment Fund XXXV, LLC  **DUP**
c/o Curtis C. Jung, Manager
Jung & Yuen, LLP
888 S. Figueroa Street, Suite 720
Los Angeles, CA 90017-5306

Solar Eclipse Investment Funds VI, XII, and  **DUP**
Steven Thomas
Thomas, Alexander, Forrester & Sorrenson
14 27th Avenue
Venice, CA 90291-4304

Solarmore Management Services, Inc.  **ECF**
Snell & Wilmer, LLP
Attn: Nathan G. Kanute, Esq.
50 West Liberty Street
Suite 510
Reno, NV 89501-1961

South Tahoe Public Utility
1275 Meadow Crest Drive
South Lake Tahoe, CA 96150-7401

South Tahoe Refuse
2140 Ruth Ave
South Lake Tahoe, CA 96150-4357

Southern California Edison
PO Box 300
Rosmead, CA 91770-0300

Southern Nevada Pest Control
4301 Production Way
Las Vegas, NV 89115-0183

Southwest Gas Corporation
Attn: Bankruptcy Desk
P.O. Box 1498
Victorville, CA 92393-1498

Sparks Power Inc **BAD**
PO Box 1048
Independence, LA 70443-1048

Spray Net USA **BAD**
37105 Galileo Lane
Murrieta, CA 92563-2828

Stanford, Charles L. **DUP**
431 Gonzaga Ave
Vallejo, CA 94589-2138

Star Coach Race Tours LLC
4010 Albritton Road
St. Cloud FL 34772-7730

Stat Med Urgent Care
839 Cowan Rd
Burlingame, CA 94010-1204

Steve Thompson
204 Sheldon Lake Dr.
Georgetown, TX 78633-5453

Steven Sanderson **DUP**
2310 N Crest Ave.
Martinez, CA 94553-2813

Steven, Ferrone & Bailey Engineering Co.
PO Box 815
Concord, CA 94522-0815

Stillwater Insurance Company **BAD**
PO Box 45123
Jacksonville, FL 32232-5123

Stillwater Insurance Company
PO Box 45126
Jacksonville, FL 32232-5126

Strafella, Richard J. **DUP**
2306 Reading Hills Ave
Henderson, NV 89052-5836

Strickland, Brian R. **DUP**
1556 Beechwood Dr
Martinez, CA 94553-5304

Suburban Propane LP
PO Box 12027
Fresno, CA 93776-2027

Sun Trust Equipment Finance & Leasing Corp.
Gordon & Rees LLP **ECF**
Attn: Megan Adeyemo
555 Seventeenth Street, Suite 3400
Denver, CO 80202-3937

SunTrust Equipment Finance & Leasing Corp.
Jeffrey R. Dutson - King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309-3531

Sunbelt Rentals
PO BOX 409211
ATLANTA, GA 30384-9211

Suntrust Equipment Finance & Leasing Corp
PO BOX 4418
Atlanta, GA 30302-4418

Suntrust Equipment Finance & Leasing Corp
PO BOX 79194
Baltimore, MD 21279-0194

Superior Court of California, Napa County
1111 Third St
Napa, CA 94559-3001

Synter Resource Group LLC
5935 Rivers Ave Ste 102
N Charleston, SC 29406-6071

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
4515 N. Santa Fe Ave
Oklahoma City, OK 73118-7901

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
PO Box 248848
Oklahoma City, OK  73124-8848

TAMMY MORRIS
3668 HOWE ROAD
FILMORE, CA 93015-9722

TEMPE CHRYSLER JEEP DODGE RAM
7975 S AUTOPLEX LOOP RD
TEMPE, AZ 85284-1023

TERROIR WINERY FUND, L.P.,
by and through its Registered Agent
CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808-1674

TERSUDA, LLC **DUP**
By and through its Registered Agent,
Hendrix Investment Group, LLC
Attn: Alisha Hendrix
7135 W Ann Rd, Ste 120
Las Vegas, NV 89130-3871

TEXAS MOTOR SPEEDWAY, INC
By and through its Registered Agent
Lewis Smith
5135 North Freeway **BAD**
Houston, TX 77022-1736

TOWBIN DODGE RAM
275 AUTOMALL DRIVE
HENDERSON, NV 89014-6707

TPX Communications
PO Box 509013
San Diego, CA  92150-9013

TRACY M. O'STEEN **ECF**
CARLYON CICA CHTD.
265 E. WARM SPRINGS STE 107
LAS VEGAS, NV 89119-4230

TRENT ECHARD
4773 WILLIAM FLYNN HIGHWAY
ALLISON PARK, PA 15101-2401

Talladega Superspeedway
PO Box 2801
Daytona Beach, FL 32120-2801

Talladega Superspeedway, LLC
Mark R. Owens, Esq.  **DUP**
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204-3535

Tamra Hardin  **BAD**
90 Windhover Way Unit B
Martinez CA 94553

Tara Farnsworth
1934 E Camelback Road, Suite 120-493
Phoenix, AZ 85016-4126

Terrell Battery Corp
PO Box 21365
Phoenix, AZ 85036-1365

Tesla Solar
PO Box 3500
Draper, UT 84020-3500

Texas Workforce Commission
Regulatory Integrity Division
Erin C. Reid, Accounts Examiner IV
Special Actions Unit
101 E. 15th Street, Room 556
Austin, TX 78778-0001

The Boulders Casitas Condo Assoc.
PO Box 105260
Atlanta, GA 30348-5260

The Hartford
PO Box 660916
Dallas, TX 75266-0916

The Sherwin-Williams Company
c/o Rew R. Goodenow  **ECF**
Parsons Behle & Latimer
50 W. Liberty St., Suite 750
Reno, NV 89501-1970

Therese Scheuer  **ECF**
Securities and Exchange Commission
New York Regional Office
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1004

Timothy A. Lukas, Esq.  **ECF**
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511-2094

Todd Rasmussen  **BAD**
1224 Deerpark Dr. #44
Fullerton, CA 92831-2245

Todd Rothbard
100 Saratoga Avenue #200
Santa Clara CA 95051-7337

Total Quality Logistics, LLC
Attn: Joseph B. Wells, Asst. Corp. Couns
4289 Ivy Pointe Blvd.
Cincinnati, OH 45245-0002

Toyota Industries Commercial Finance Inc
PO Box 660926
Dallas, TX 75266-0926

Toyota Industries Commercial Finance, Inc.
Charles S. Stahl, Jr.
Swanson, Martin & Bell, LLP
2525 Cabot Drive, Suite 204
Lisle, IL 60532-3628

Toyota Material Handling
David Mills
PO Box 660926
Dallas, TX 75266-0926

Tracy M. O?Steen  **ECF**
Clark Hill PLC
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169-5914

Trans Lease Inc
PO Box 172686
Denver CO 80217-2686

Translease, Inc.
Justin Montgomery
1400 W 62nd Avenue
Denver, CO 80221-2400

Travelers Personal Insurance
PO Box 660307
Dallas, TX 75266-0307

Tutt's Truck Outfitters Inc
2691 East Leland Road
Pittsburg, CA 94565-5106

ULINE Inc
PO Box 88741
Chicago, IL 60680-1741

UNITED BANK  **DUP**
C/O BLANK ROME LLP
ONE LOGAN SQUARE
130 NORTH 18TH STREET
PHILADELPHIA, PA 19103-2768

UNITED FINANCIAL BANCORP, INC.
C/O BLANK ROME LLP
ONE LOGAN SQUARE
130 NORTH 18TH STREET
PHILADELPHIA, PA 19103-2768

UNITED RENTALS                          **DUP**
4533 ANDREWS ST SUITE A
N LAS VEGAS, NV 89081-2708

UNITED RENTALS, INC.
6125 LAKEVIEW ROAD #300
CHARLOTTE, NC 28269-2616

UNITED RENTALS, INC.
CYNTHIA HUDDLESTON
10330 DAVID TAYLOR DR
CHARLOTTE NC 28262-2334

UNITED RENTALS, INC.          **CHNG**
CYNTHIA HUDDLESTON
6125 LAKEVIEW ROAD #300
CHARLOTTE, NC 28269-2616

UPS Freight Inc
PO BOX 650690
DALLAS, TX 75265-0690

US Tower Corp.
1099 West Ropes Ave.
Woodlake, CA 93286-1806

USB DC SOLAR FUND I, LLC
By and through its Officer/Director
Jeffrey Carpoff             **DUP**
30 Pebble Dunes Ct.
Las Vegas, NV 89141-6069

USB DC SOLAR FUND II, LLC
By and through its Officer/Director
Jeffrey Carpoff             **DUP**
30 Pebble Dunes Ct.
Las Vegas, NV 89141-6069

USLI
3160 Crow Canyon Road
Suite 330
San Ramon, CA 94583-1159

Uline Shipping Supplies
12575 Uline Drive
Pleasant Prairie, WI 53158-3686

United Parcel Service
28013 Network Pl
Chicago, IL 60673-1280

United States Attorney       **BAD**
100 W. Liberty Street #600
Reno, NV 89501-1930

United States Attorney's Office
ATTN: Civil Process Clerk
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, NV 89101-6521

United States Trustee        **ECF**
300 Las Vegas Blvd South #4300
Las Vegas, NV 89101-5803

United States of America     **ECF**
Greg Addington, Assistant U.S. Attorney
Bruce R. Thompson Federal Courthouse and
400 South Virginia Street, Suite 900
Reno, NV 89501-2121

Upper Valley Disposal & Recycling
PO Box 45091
San Francisco, CA 94145-0091

VALLEY NATIONAL BANK         **BAD**
C/O CHRISTOPHER J. FONG
55 WEST 46TH STREET
NEW YORK, NY 10036-4276

VALLEY NATIONAL BANK         **ECF**
C/O JEANETTE E. MCPHERSON
SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BLVD., SUITE 1
LAS VEGAS, NV 89146-5640

VAN C. DURRER II             **ECF**
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
300 S. GRAND AVE., STE. 3400
LOS ANGELES, CA 90071-3137

Van C. Durrer, II            **ECF**
Skadden Arps, Slate, Meagher
& Flom LLP & Affiliates
300 South Grand Avenue
Los Angeles, CA 90071-3109

Verducci Event Productions
2824 8th St.
Berkeley, CA 94710-2707

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

Vintage Valley
11411 Southern Highlands Pkwy, Ste 120
Las Vegas, NV 89141-3266

Virginia Department of Taxation
1957 Westmoreland St
Richmond, VA 23230-3225

W. DONALD GIESEKE            **ECF**
18124 WEDGE PKWY
STE 518
RENO, NV 89511-8134

WB PHOTOGRAPHY
2190 BROOKWOOD AVENUE
SANTA ROSA, CA 95404-7018

WEX Fleet
PO Box 6293
Carol Stream, IL 60197-6293

WHOLE HEMP COMPANY, LLC
C/O Ricardo Calzada II, Registered Agent
615 Wooten Rd., Suite 100
Colorado Springs, CO 80915-3523

WILLIAM P. RUBLEY            **DUP**
1415 MARLTON PIKE EAST
CHERRY HILL PLAZE, STE 205
CHERRY HILL, NJ 08034-2210

WaterLogic USA Inc.
PO Box 31001-2417
Pasadena, CA 91110-2417

Wei Neng Huang
15437 Jutland Street
San Leandro, CA 94579-2224

Wei-Lun Huang
1473 Morton Ave
Los Altos, CA 94024-6828

West Unified Communications
PO Box 281866
Atlanta, GA  30384-1866

Western State Petroleum Inc
450 S 15th Ave
Phoenix AZ 85007-3398

Wilde, Steven R.                **DUP**
127 Macklin Dr
Cotati, CA 94931-5382

William Anderson               **DUP**
615 D Street
Martinez CA 94553-3205

William Novotny                **DUP**
Dickson Wright PLLC
1850 North Central Avenue
Suite 1400
Phoenix, AZ 85004-4568

Williamson County Tax Office
904 S. Main St.
Georgetown, TX 78626-5829

Xtreme Manufacturing LLC
8350 Eastgate Rd.
Henderson, NV 89015-0104

Zach Christman                 **DUP**
21891 Constancia
Mission Viejo, CA 92692-1017

Zalanta                        **DUP**
PO Box 105007
Atlanta, GA 30348-5007

Zalanta Association
PO Box 105007
Atlanta, GA 30348-5007


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Alabama Department of Revenue
50 N Ripley St
Montgomery, AL 36130-1001

Cameron M. Gulden
Office of the U.S. Trustee
300 Booth Street, #3009
Reno, NV 89101
Edward M. McDonald
Office of the U.S. Trustee

DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

(d)Direct TV
PO Box 6550
GreenWood Village, CO 80155

HERC RENTALS INC
ATTN BANKRUPTCY
27500 RIVERVIEW CENTER BLVD
2ND FLOOR
BONITA SPRINGS FL 34134-4328

Hertz
8501 Williams Road
Estero, FL 33928

KMH SYSTEMS INC
ATTN ACCOUNTS RECEIVABLE
PO BOX 575
MOUNT PROSPECT IL 60056-0575

(d)KMH Systems, Inc.
6900 Poe Avenue
Dayton, OH 45414

(d)KMH Systems, Inc.
PO Box 575
Mount Prospect, IL 60056

LAW OFFICES OF ARI J  LAUER
2125 OAK GROVE ROAD
SUITE 210
WALNUT CREEK CA 94598-2521

PACIFIC GAS & ELECTRIC COMPANY
PO BOX 8329
STOCKTON CA 95208-0329

(d)PG&E
P O BOX 8329
C/O BANKRUPTCY/C2HX
STOCKTON, CA 95208

(d)PG&E
P O BOX 8329
C/O BANKRUPTCY/C2HX
STOCKTON, CA 95208

SCHENKER INC
ATTN LEGAL COLLECTIONS
1305 EXECUTIVE BLVD SUITE 200
CHESAPEAKE VA 23320-3676

(d)Schenker, Inc.
Attn. Carline Dewey
1305 Executive Blvd., Suite 200
Chesapeake, VA 23320

```
(d)THE HERTZ CORPORATION
8501 WILLIAMS ROAD
ESTERO FL 33928-3325
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ADHI-SOLAR, LLC | (u)AMAC CONSTRUCTION AND RESTORATION | (u)BAY AREA DRAINAGE, INC. |
| (u)BAYLISS INNOVATIVE SOLUTIONS, INC. | (u)BENICIA INDUSTRIAL PARK, LLC | (u)BENICIA INVESTMENT, LLC |
| (u)CA GLOBAL PARTNERS, INC. | (u)CHIP GANASSI RACING LLC | (u)CHIP GANASSI RACING WITH FELIX SABATES, IN |
| (u)CTBC BANK CORP. (USA) | (u)DFA, LLC | (u)EAST WEST BANK |
| (u)EVANS, NELSON & COMPANY, CPA'S | (u)FALLBROOK CAPITAL SECURITIES | (u)KEYBANK NATIONAL ASSOCIATION<br>c/o Duane Morris LLP |
| (u)KING SOLARMAN (INDION) FUND I, LLC<br>NA, NA 0 | (u)KING SOLARMAN (INDION) FUND II, LLC<br>NA, NA 0 | (u)KING SOLARMAN, INC.<br>NA, NA 0 |
| (u)MAJESTIC RUNWAY PARTNERS II, LLC | (u)MARTINEZ EDUCATION FOUNDATION | (u)METABANK<br>DICKINSON WRIGHT PLLC<br>100 W LIBERTY, STE 940<br>RENO |
| (u)Nevada Speedway, LLC | (u)PROGRESSIVE CASUALTY INSURANCE COMPANY | (u)SOLAR ECLIPSE FUND IX, LLC |

(u)SOLAR ECLIPSE INVESTMENT FUND XXVI, XXVIII

(u)SUSTAINABLE CAPITAL FINANCE

(u)TIMOTHY NELSON, CPA

(u)U.S. TOWER CORP.

(u)WINSHESTER CONSULTING GROUP, LLC

(u)1098 FOSTER CITY BLVD
SUITE 106-806

(u)2200 ADELINE STREET #335

(u)4555 E. ELWOOD STREET
SUITE 105

(d)A Valdivia Landscaping
1115 Juniper Ave.
South Lake Tahoe, CA 96150-8122

(d)ABS National Auto Services Inc
9000 Executive Park Drive
Suite A-115
Knoxville, TN 37923-4653

(d)ACE
436 Walnut Street
Philadelphia, PA 19106-3703

(d)ADHI-Solar, LLC
c/o Sallie Armstrong, Esq.
McDonald Carano LLP
100 W. Liberty Street, 10th Floor
Reno, NV 89501-1989

(d)ALHAMBRA SIERRA SPRINGS
PO BOX 660579
DALLAS, TX 75266-0579

(u)ALLSTATE FIRE EQUIPMENT
5040 SOBB AVENUE

(d)ALLY BANK
C/O RICK R. HSU
4785 CAUGHLIN PARKWAY
RENO, NV 89519-0906

(d)ALLY BANK
PO BOX 130424
ROSEVILLE, MN 55113-0004

(d)AMAC Construction and Restoration
Horner Law Group, P.C.
800 S. Broadway
Suite 200
Walnut Creek, CA 94596-5227

(u)APPLE VALLEY, CA 92307

(d)ARIZONA DEPT OF REVENUE
1600 WEST MONROE STREET
PHOENIX, AZ 85007-2650

(d)ASI Lloyds
PO Box 33018
Saint Petersburg, FL 33733-8018

(d)AT&T
c/o Bankruptcy
4331 Communications Dr., Floor 4W
Dallas, TX 75211-1300

(u)AT&T UVERSE - BUENA PARK
PO BOX 5014

(u)ATLANTA, GA 30384-1866

(d)Advanced Voice & Data Inc
1300 Galaxy Way
Suite 21
Concord CA 94520-4964

(d)Ahern Rentals, Inc.
PO Box 271390
Las Vegas, NV 89127-1390

(d)Alexander & Associates
147 Old Bernal Ave., Suite 20
Pleasanton, CA 94566-7013

(d)AmTrust North America Inc
PO Box 6939
Cleveland, OH 44101-1939

(d)Americrown Daytona Speedway
1800 West International Speedway
Po Box 2801
Daytona, FL 32114-1216

(d)Andrew Raber
2546 Alabaster Avenue
Orlando, FL 32833-4309

(d)Antara Ltd
Jerry Sprecher
11155 Pentland Downs Street
Las Vegas, NV 89141-4361

(d)Anthony Brunson
2025 S 84th Avenue
Tolleson, AZ 85353-8924

(d)B.H. CAPTIAL VENTURES, LLC
C/O SAMUEL SCHWARTZ
BROWNSTEIN HYATT..
100 N CITY PKWY, STE 1600
LAS VEGAS, NV 89106-4614

(u)B.H. Capital Ventures, LLC
Brownstein Hyatt Farber Schreck, LLP
Attn:  Samuel A. Schwartz, Esq.
Attn:  Connor H. Shea, Esq.
100 North City Parkway
Suite 1600

(u)BAY ALARM COMPANY

(d)BEI Construction Inc
1101 Marina Village Parkway
Suite 100
Alameda CA 94501-6475

(d)BENICIA INDUSTRIAL PARK, LLC
C/O MATTHEW C. ZIRZOW
LARSON & ZIRZOW, LLC
850 E. BONNEVILLE AVE.
LAS VEGAS, NV 89101-7031

(d)BENICIA INVESTMENT, LLC
C/O MATTHEW C. ZIRZOW
LARSON & ZIRZOW, LLC
850 E. BONNEVILLE AVE.
LAS VEGAS, NV 89101-7031

(u)BERKELEY, CA 94710

(u)BERWYN, PA 19312

(u)BIG LIFT MATERIAL HANDLING
1315 E GIBSON LANE
BUILDING E-2

(d)BPXpress
4740 E. 2nd St., Ste. #29
Benicia, CA 94510-1024

(d)BRETT STUBBS
3104 MARSALA DRIVE
PITTSBURG CA 94565-7993

(d)Barry Hacker
c/o Adam Schwartz
Homer Bonner
330 South Rampart Boulevard, #360
Las Vegas, NV 89145-5754

(d)Bay Area Drainage, Inc.
86 Buckingham Drive
Moraga, CA 94556-2407

(d)Bayliss Innovative Services Inc
2873 Richard Court
Concord, CA 94520-5515

(d)Bayliss Innovative Services Inc
825 Westview Court
Martinez, CA 94553-3372

(d)Benicia Investment LLC
Benicia Industrial LLC
c/o Kirk Giberson - Hefner Law
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-4136

(d)Boulder Exterminators, Inc.
PO Box 17000
South Lake Tahoe, CA 96151-7000

(d)Brandon Spencer
2407 W. Darrow St.
Phoenix, AZ 85041-6420

(d)Burns & Wilcox
101 California Street
Suite 975
San Francisco, CA 94111-5839

(d)CA Construction
127 DeNormandie Way
Martinez, CA 94553-3006

(d)CAL PROCESS SERVERS
14271 JEFFREY ROAD, #308
IRVINE, CA 92620-3405

(u)CALABASAS, CA 91302-3823

(u)CALIFORNIA DEPARTMENT OF TAX AND FEE ADMIN
PO BOX 942879

(u)CAROL STREAM, IL 60197-5014

(u)CARSON CITY, NV  89706

(d)CHARLOTTE MOTOR SPEEDWAY LLC
5555 CONCORD PARKWAY SOUTH
CONCORD, NC 28027-4600

(d)CHARLOTTE MOTOR SPEEDWAY, LLC
C/O KIAH T. FORD IV
401 SOUTH TRYON ST., SUITE 3000
CHARLOTTE, NC 28202-1942

(d)CHIP GANASSI RACING WITH FELIX SABATES, IN
C/O RICK R. HSU
4785 CAUGHLIN PARKWAY
RENO, NV 89519-0906

(d)CHRISTOPHER J. FONG, ESQ.
NIXON PEABODY LLP
55 WEST 46TH ST.
NEW YORK, NY 10036-4277

(u)CINTAS FIRST AID

(d)CITY OF BENICIA
250 EAST L STREET
BENICIA, CA 94510-3285

(d)CITY WIDE PEST CONTROL INC
22405 N 18TH DRIVE
PHOENIX, AZ 85027-1355

(d)CLARK HILL PLC
130 E. Randolph Street, Suite 3900
Chicago, IL 60601-6317

(u)CORNELIUS, NC 28031

(d)CRANBROOK REALTY INVESTMENT FUND LP
C/O LAW OFFICES OF AMY N TIRRE, APC
3715 LAKESIDE DR, STE A
RENO, NV 89509-5349

(u)CROSS CAMPUS INC

(d)CRS Commercial Real Estate
1450 Maria Lane, #200
Walnut Creek, CA 94596-5362

(d)California Retaining Walls Co.
865 Teal Drive
Benicia, CA 94510-1249

(d)Cellco Partnership dba Verizon Wireless
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147-6122

(d)Charge Point, Inc.
c/o Legal Department
254 East Hacienda Ave.
Campbell, CA 95008-6617

(d)Charles Lomeli, Tax Collector
Solano County Treasury
675 Texas Street, Suite 1900
Fairfield, CA 94533-6337

(d)Chip Ganassi Racing, LLC
8500 Westmoreland Drive
Concord, NC 28027-7571

(d)Christopher Helms
42 2nd Street NW
Concord, NC 28027-6279

(d)Christopher Soper
1909 E Ray Road, Suite 9-181
Chandler, AZ 85225-8724

(d)City of Benicia
PO Box 398515
San Francisco, CA 94139-8515

(d)City of Martinez
525 Henrietta St.
Martinez, CA 94553-2394

(d)Clark County Treasurer
500 S Grand Central Pkwy, 1st Floor
Las Vegas, NV 89155-4502

(d)Contra Costa County Tax Collector
PO box 7002
San Francisco, CA 94120-7002

(d)Contra Costa Dept. of Development
30 Muir Road
Martinez, CA 94553-4601

(d)Cox Communications
6205-B Peachtree Dunwoody Road NE
Atlanta, GA 30328-4524

(d)Cox Communications
PO Box 79175
Phoenix, AZ 85062-9175

(d)Crestmark Bank Corp
Attn: Larry Pearce
5480 Corporate Drive, Suite 350
Troy, MI 48098-2642

(d)DC Solar Distribution, Inc.
4901 Park Road
Benicia, CA 94510-1190

(d)DC Solar Solutions, Inc.
4901 Park Road
Benicia, CA 94510-1190

(u)DEPT 11-6900870236

(u)DEPT LA

(u)DOS HERNANS LLC

(d)DV VNB Community Renewables Fund III, LLC
c/o Valley National Bank
Attn: Ronald H. Janis, Esq.
1455 Valley Road
Wayne, NJ 07470-8448

(d)DV VNB Community Renewables Fund, LLC
c/o Valley National Bank
Attn: Ronald H. Janis, Esq.
1455 Valley Road
Wayne, NJ 07470-8448

(d)Dan N. Schneringer
6 Sunset Way Suite 108
Henderson, NV 89014-2050

(d)David Johnson
8 Corte Del Sol
Benicia, CA 94510-2209

(d)DeBolt Civil Engineering
811 San Ramon Vallet Blvd.
Danville, CA 94526-4025

(d)Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713-0002

(d)Distribution Funding II LLC
300 S Orange Ave
Suite 1110
Orlando, FL 32801-5400

(d)Double Jump, Inc.
200 S. Virginia, 8th Floor
Reno, NV 89501-2403

(d)Duke Energy
PO Box 1004
Charlotte NC 28201-1004

(u)EAST BAY TIRE CO.
2200 HUNTINGTON DR.
UNIT C

(d)ECI FUEL SYSTEMS
C/O JEANETTE E. MCPHERSON
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas, NV 89146-5640

(d)ECI FUEL SYSTEMS
C/O SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BLVD., SUITE 1
LAS VEGAS, NV 89146-5640

(d)ECI Fuel Systems
David Mitchell
1794 W. 11th Street
Upland, CA 91786-3504

(u)EMEDCO

(u)EVENTWRIGHT

(d)EXIDE TECHNOLOGIES
C/O ALLEN J. GUON
321 N. CLARK STREET, SUITE 800
CHICAGO, IL 60654-4766

(d)EXIDE TECHNOLOGIES
C/O BRETT A. AXELROD
1980 FESTIVAL PLAZA DR., SUITE 700
LAS VEGAS, NV 89135-2961

(d)East West Bancorp, Inc.
c/o Sallie Armstrong, Esq.
McDonald Carano LLP
100 W. Liberty Street, 10th Floor
Reno, NV 89501-1989

(d)East West Bank
c/o Sallie Armstrong, Esq.
McDonald Carano LLP
100 W. Liberty Street, 10th Floor
Reno, NV 89501-1989

(u)Exide Technologies
Brett A. Axelrod
Amanda A. Hunt
Fox Rothschild LLP
One Summerlin
1980 Festival Plaza Drive, Suite 700

(u)FAIRFIELD, CA 94533

(u)FEDEX

(u)FEI INVESTORS I LLC
26610 AGOURA HILLS
SUITE 120

(d)FEI INVESTORS I, LLC
C/O TIMOTHY S. CORY
1333 NORTH BUFFALO DRIVE, SUITE 210
LAS VEGAS, NV 89128-3636

(d)FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZ
500 CAPITOL MALL, SUITE 2250
SACRAMENTO, CA 95814-4760

(u)FOSTER CITY, CA 94404

(d)FRANCHISE TAX BOARD (cc)
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

(d)Family Security Locksmith
40 Emshee Lane
Martinez, CA 94553-3610

(d)Fernando Cruz
118 Sharon Pl
Bay Point CA 94565-1542

(d)Foremost Insurance
3249 Mt. Diablo Ct. #211
Lafayette, CA 94549-4000

(d)Fred?s Floor Coverings
5520 Michigan Blvd.
Concord, CA 94521-4045

(d)GEICO Corporation
Attn: Jonathan Shafner
5260 Western Avenue
Chevy Chase, MD 20815-3799

(d) GREEN ENERGY CONCEPTS, INC.
ATTN: TIM EARNHARD, VP
5831 ORR ROAD
CHARLOTTE, NC 28213-6319

(d) Great American Insurance Group
301 E 4th Street
Cincinnatti, OH 45202-4245

(d) Green Energy Concepts, Inc.
Constance L. Young
Womble Bond Dickinson ? US, LLP
One Wells Fargo Center, Suite 3500
301 S. College Street
Charlotte, NC 28202-6000

(d) Green Energy Concepts, Inc.
Industrial Battery & Charger, Inc.
Moretz Law Group
300 McGill Ave NW, Suite 100
Concord, NC 28027-6150

(u) Green Energy Concepts, Inc.
Robert R. Kinas
Blakeley E. Griffith
Charles E. Gianelloni
Snell & Wilmer, L.L.P.
3883 Howard Hughes Parkway, Suite 1100

(d) Green Leaf A/C & Heating
106 Green Pasture
Hutto, TX 78634-4000

(d) Guile Mosher
2838 McClellan Court
Martinez, CA 94553-3475

(d) HANCOCK WHITNEY EQUIPMENT FINANCE AND LEAS
C/O LOUIS M. BUBALA III
50 W. LIBERTY ST., STE 700
RENO, NV 89501-1947

(u) HANCOCK WHITNEY EQUIPMENT FINANCING
228 ST. CHARLES AVE

(d) HARRIS LAW PRACTICE LLC
6151 LAKESIDE DR., STE 2100
RENO, NV 89511-8541

(u) HERC RENTALS INC

(d) HERITAGE BANK OF COMMERCE
C/O SETH ADAMS / WOODBURN AND WEDGE
PO BOX 2311
RENO, NV 89505-2311

(d) Halo Management Services
Attn: Michael Stepanian
2905 Lake East Dr., Ste 150
Las Vegas, NV 89117-2384

(u) Hancock Whitney Equipment Finance and Leas
Carver Darden Koretzky Tessier Finn Blos
Attn: David F. Waguespack
Energy Centre
1100 Poydras Street
Suite 3100

(d) Heritage Bank of Commerce
1990 N California Blvd #100
Walnut Creek CA 94596-3711

(d) INTERNATIONAL SPEEDWAY CORPORATION
C/O BARNES & THORNBURG LLP
655 W. BROADWAY, STE 900
SAN DIEGO, CA 92101-8484

(d) INTERNATIONAL SPEEDWAY CORPORATION, ET AL.
C/O RICK R. HSU
4785 CAUGHLIN PARKWAY
RENO, NV 89519-0906

(d) Indoor Environmental Services Corp.
1512 Silica Avenue
Sacramento, CA 95815-3312

(d) Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(d) International Speedway Corp
PO Box 2801
Daytona Beach, FL 32120-2801

(d) Iteknique
1850 Gateway Blvd
Suite 1090
Concord, CA 94520-8465

(d) JEANETTE E. MCPHERSON, ESQ.
SCHWARTZER & MCPHERSON LAW FIRM
2850 S JONES BLVD., STE. 1
LAS VEGAS, NV 89146-5640

(d) JG Energy Solutions, LLC
1422 Chalfont Dr.
Schaumburg, IL 60194-2732

(d) JLE ENTERPRISES, LLC
C/O LAW OFFICE OF HAYES & WELSH
199 N. ARROYO GRANDE BLVD, STE 200
HENDERSON, NV 89074-1609

(d) Jason Rieger
5172 Equestrian Way
Antioch, CA 94531-8459

(d) Jeff Carpoff
2905 Lake East Dr
Suite 150
Las Vegas, NV 89117-2384

(d) Jeff Price
PO Box 2036
Martinez, CA 94553-0203

(d) Jonathan Booth
PO Box 53
Lafayette CA 94549-0053

(d) Jorge Cordova Martinez
47 Delta Drive
Bay Point CA 94565-1412

(d) Joseph Garrett
14610 Freeman Ave.
Lawndale CA 90260-1608

(d)Juan Manuel Garcia
2208 Mount Whitney Dr.
Pittsburg CA 94565-4458

(d)KEYBANK NATIONAL ASSOCIATION
C/O J. COLIN KNISLEY
DUANE MORRIS LLP
30 SOUTH 17TH STREET
PHILADELPHIA, PA 19103-4196

(d)KEYBANK NATIONAL ASSOCIATION
C/O JONATHAN M. PETRAKIS
DUANE MORRIS LLP
30 SOUTH 17TH STREET
PHILADELPHIA, PA 19103-4196

(d)KEYBANK NATIONAL ASSOCIATION
C/O LAWRENCE J. KOTLER
DUANE MORRIS LLP
30 SOUTH 17TH STREET
PHILADELPHIA, PA 19103-4196

(d)Kansas Speedway
PO Box 2801
Daytona Beach, FL 32120-2801

(d)Ken Carpoff
1901 Yardley Court
Concord, CA 94521-1633

(u)LAS VEGAS, NV 89109

(u)LAS VEGAS, NV 89118

(u)LAW OFFICES OF ARI J. LAUER
2125 OAK GROVE ROAD

(d)LOAN OAK FUND, LLC
C/O SIMON ARON
WOLF, RIFKIN, SHAPIRO ET AL.
11400 WEST OLYMPIC BLVD., 9TH FL.
LOS ANGELES, CA 90064-1582

(d)LONE OAK FUND, LLC
c/o John Samberg
Wolf Rifkin Shapiro Schulman &Rabkin
200 S. Virginia St. Ste. 470
Reno, NV 89501-2402

(d)Las Vegas Valley Water District
PO Box 2921
Phoenix, AZ 85062-2921

(d)Legacy Framers, Inc.
980 Garcia Avenue, Suite C
Pittsburg, CA 94565-5046

(d)Les Schwab
625 Contra Costa Blvd.
Concord, CA 94523-1514

(d)Lester Construction
2515 Gold Run Ct.
Valley Springs, CA 95252-9218

(d)Lexington Insurance Company
99 High Street
Floor 24
Boston, MA 02110-2320

(d)Lloyds of London (USA)
42 West 54th Street
14th Floor
New York, NY 10019-5405

(d)MANDALAY BAY, LLC
3950 Las Vegas Boulevard
LAS VEGAS, NV 89119-1006

(u)MARTINEZ, CA 94553-0709

(d)MELAND BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CTR
200 SO BISCAYNE BLVD
MIAMI, FL 33131-5340

(u)MILWAUKEE, WI 53201-2182

(d)Majestic Runway Partners II LLC
13191 Crossroads Parkway
Sixth Floor
City of Industry CA 91746-3421

(u)Majestic Runway Partners II, LLC
Ballard Spahr LLP
Attn: Abran E. Vigil
Michael A. DiGiacomo
1980 Festival Plaza Drive
Suite 900

(d)Mark Prest
848 Ainsley Place SE
Concord, NC 28025-0065

(d)Mark Scott Construction, Inc.
2835 Contra Costa Blvd.
Pleasant Hill, CA 94523-4221

(d)Matthew W. Quall
Matthew R. Dardenne
Quall Cardot LLP
205 East River Park Circle, Suite 110
Fresno, CA 93720-1572

(d)MetaBank
Dickinson Wright PLLC
Attn: Brian R. Irvine
100 West Liberty Street
Suite 940
Reno, NV 89501-1991

(d)Michael Lawrence
205 W Main Street
Warsaw, KY 41095-9303

(d)Midwest-REA TCF, LLC and CRA TCF 16, LLC
c/o Sallie Armstrong, Esq.
McDonald Carano LLP
100 W. Liberty Street, 10th Floor
Reno, NV 89501-1989

(d)Miracle Method of Contra Costa
Alameda, Inc.
5702 Marsh Drive, Suite J
Pacheco, CA 94553-5646

(d)Montage Services, Inc.
41 West Shore Road
Tiburon, CA 94920-2461

(u)NEVADA DEPARTMENT OF TAXATION
1550 COLLEGE PARKWAY

(u)NEW ORLEANS, LA 70130

(u)NORTHWESTERN MUTUAL LIFE INS CO.
PO BOX 578

(d)NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY
BART K LARSEN / KOLESAR & LEATHAM
400 SO RAMPART BLVD, STE 400
LAS VEGAS, NV 89145-5725

(d)NV Energy
6226 W Sahara Ave,
Las Vegas, NV 89146-3060

(d)Napa County - Lake Berryessa RID
1195 3rd St. Ste B10
Napa, CA 94559-3035

(d)Napa Valley Media
127 Summerbrooke Circle
Napa, CA 94558-7022

(d)National Construction Rentals, Inc.
1300 Business Center Drive
San Leandro, CA 94577-2242

(d)Native Sons Landscaping, Inc.
25 Beta Court, Suite L
San Ramon, CA 94583-1245

(d)Neal Jacobson
Securities and Exchange Commission
New York Regional Office
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1004

(d)Nevada Department of Taxation
Bankruptcy Section
4600 Kietzke Ln
Suite L-235
Reno, NV 89502-5045

(d)Nicholas Esno
6560 Darby Ave.
Las Vegas, NV 89146-6518

(u)OAKLAND, CA 94607

(u)OFFICE DEPOT

(d)OFFICE OF THE UNITED STATES TRUSTEE
300 BOOTH STREET
SUITE 3009
RENO NV 89509-1360

(d)Oakhurst Country Club
1001 Peacock Creek Drive
Clayton, CA 94517-2201

(d)Oscar Jimenez
4051 Calimesa Street
Las Vegas, NV 89115-2334

(u)P.O. BOX 7137

(u)PALATINE, IL 60055

(u)PHOENIX, AZ 85034

(u)PHOENIX, AZ 85040

(u)PLATEPASS LLC

(u)PLDSPE LLC

(u)PO BOX 1709

(u)PO BOX 5

(u)PROFESSIONAL ACCOUNT MANAGEMENT LLC
PO BOX 2182

(d)PROGRESSIVE CASUALTY INSURANCE COMPANY
C/O MICHAEL M. PARKER
300 CONVENT STREET, SUITE 2100
SAN ANTONIO, TX 78205-3720

(d)PS BUSINESS PARKS, L.P.
C/O ADAM PERNSTEINER / LEWSI BRIABOIS...
6385 S. RAINBOW BLVD., STE 600
LAS VEGAS, NV 89118-3201

(d)Pacific Links International
1 Robert Trent Jones Street
Las Vegas, NV 89141-6038

(d)Pacific Metal Fabrication LLC
311 Chambers Street
Eugene, OR 97402-4487

(d)Pardee Solar 1 LLC
Thomas, Alexander, Forrester & Sorensen
14 27th Avenue
Venice, CA 90291-4304

(d)Paulette Carpoff
1901 Yardly Ct.
Concord, CA 94521-1633

(d)Paulette Carpoff
2905 Lake East Dr
Suite 150
Las Vegas, NV 89117-2384

(d)Paymon Hifai, Esq.
Horner Law Group, P.C.
800 S. Broadway, Suite 200
Walnut Creek, CA 94596-5227

(d)Peoples United Bank, N.A. Peoples United
Josef Mintz, Blank Rome LLP
130 N. 18th Street – One Logan Square
Philadelphia, PA 19103-2768

(d)Progressive Casualty Insurance Company
c/o Andrew Layden, Esq.
200 S. Orange Avenue, Suite 2300
Orlando, FL 32801-3455

(d)RB Painting
1385 Palm Ave.
Martinez, CA 94553-2070

(d)REED SMITH LLP
101 SECOND STREET, SUITE 1800
SAN FRANCISCO, CA 94105-3659

(d)ROLLIN ALEXANDER MCGHEE
220 UPTOWN WEST DRIVE
CHARLOTTE, NC 28208-3553

(d)Radian Generation LLC
5821 Fairview Road
Suite 201
Charlotte, NC 28209-3649

(d)Richmond International Raceway
600 East Laburnum Avenue
Richmond, VA 23222-2253

(d)Ricky Proctor
5132 S McMinn Drive
Gilbert AZ 85298-0628

(d)Robert Salazar
The Tax Solutions Group
1123 Olive Drive
Davis, CA 95616-4720

(d)Ronald Stier
4601 W 142nd St.
Hawthorne CA 90250-6834

(d)Ryan Guidry
521 Boyd Rd.
Pleasant Hill, CA 94523-3210

(u)SACRAMENTO, CA  94279-7072

(u)SAN FRANCISCO, CA 94120-7137

(u)SCHAER DESIGN

(d)SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE
200 VESEY ST, STE 400
NEW YORK, NY 10281-1004

(u)SHADY HARBOUR LLC
19810 WEST CATAWBA AVE
SUITE G

(d)SMI
Naysan Grey
Las Vegas Motor Speedway
7000 Las Vegas Blvd. N.
Las Vegas, NV 89115-1708

(d)SOLAR ECLIPSE INVESTMENT FUND-IV, V, VI, X
C/O HOLLAND & HART LLP / TIMOTHY A LUKAS
5441 KIETZKE LN, 2ND FLR
RENO, NV 89511-3026

(d)SOLARMORE MANAGEMENT SERVICES, INC.
C/O NATHAN G. KANUTE
50 W. LIBERTY ST., STE 510
RENO, NV 89501-1961

(u)SOLARSENSE DCS I LLC
1055 WESTLAKES DRIVE
SUITE 140

(d)SOLARSENSE DCS I, LLC
C/O HOLLEY DRIGGS WALCH / R. HOLLEY
400 S 4TH ST, FLR 3
LAS VEGAS, NV 89101-6201

(d)SOLARSENSE DCS I, LLC
C/O ROBERT LAPOWSKY
620 FREEDOM BUSINESS CENTER, SUITE 200
KING OF PRUSSIA, PA 19406-1330

(d)SOLIGENT DISTRIBUTION LLC
1400 N MCDOWELL BLVD., SUITE 201
PETALUMA, CA 94954-6553

(u)SOMAY HOLDINGS LLC
360 EAST DESERT INN RD
UNIT #1802

(u)SP AUTOMOTIVE

(u) STANLEY SECURITY SOLUTIONS
DEPT CH 10651

(u) STE 210

(d) STERLING MADISON COMPANY
871 COLEMAN AVE., STE 102
SAN JOSE, CA 95110-1831


(u) SUITE 115

(u) SUITE 312

(d) SUN TRUST EQUIPMENT FINANCE & LEASING CORP
C/O MEGAN N. ADEYEMO
2200 ROSS AVE., SUITE 4100W
DALLAS, TX 75201-7902


(u) SUNBELT RENTALS

(d) Sean Cutolo
9623 Grapeland Ave
Las Vegas NV 89148-4206

(d) Sean Macias
908 Estudillo Street
Martinez, CA 94553-1620


(d) Secretary of the Treasury
1500 Pennsylvania Ave. NW
Washington, D.C. 20220-0001

(d) Securities and Exchange Commission
Los Angeles Regional Office
444 South Flower Street, Suite 900
Los Angeles, California 90071-2934

(d) Shadd A. Wade, Esq.
ZBS Law, LLP
9435 West Russell Road, Suite 120
Las Vegas, Nevada 89148-5608


(d) Shaun Rang
861 Ruth Drive
Pleasant Hill CA 94523-1939

(d) Sherwin Williams
1241 Diamond Way
Concord, CA 94520-5209

(d) Simon Teed
1145 N. Hight Street #703
Columbus, OH 43201-2488


(d) Snap On Tools
2203 Center Avenue
Martinez, CA 94553-5408

(d) Social Security Administration
Office of the Regional Chief Counsel
Region IX
160 Spear St, Ste 800
San Francisco, CA 94105-1545

(d) Solano County Dept of Resource Mgmt
675 Texas Street
Suite 5500
Fairfield, CA 94533-6341


(d) Solar Eclipse Fund Holding IX, LLC
c/o Lisa Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006-1404

(d) Solar Eclipse Fund IX, LLC
c/o Lisa Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006-1404

(d) Solar Eclipse Inv Fund X LLC; -XV; -XXII
Steven Thomas
14 27th Avenue
Venice, CA 90291-4304


(d) Solar Eclipse Inv Fund XXVI -XXX -XXXIV
Gonzalo Dorta
334 Minorca Avenue
Miami, FL 33134-4304

(d) Solar Eclipse Investment Fund III, LLC
Steven W. Thomas, Esq.
14 27th Avenue
Venice, CA 90291-4304

(d) Solar Eclipse Investment Fund VII, LLC and
Solar Eclipse Investment Fund XIV, LLC
c/o Curtis C. Jung, Manager
888 S. Figueroa Street, Suite 720
Los Angeles, CA 90017-5306


(d) Solar Eclipse Investment Fund VIII, LLC
c/o Curtis C. Jung
Jung & Yuen
888 S. Figueroa Street, Suite 720
Los Angeles, CA 90017-5306

(d) Solar Eclipse Investment Fund XVII, LLC
Thomas, Alexander, Forrester & Sorensen
14 27th Avenue
Venice, CA 90291-4304

(d) Solar Eclipse Investment Fund XVIII, LLC
Steven Thomas
Thomas, Alexander, Forrester & Sorensen
14 27th Avenue
Venice, CA 90291-4304


(d) Solar Eclipse Investment Fund XX, LLC
c/o Renewable Energy Alternatives, LLC
PO Box 639
Dexter, MO 63841-0639

(d) Solar Eclipse Investment Fund XXVII, LLC
c/o Curtis C. Jung
Jung & Yuen, LLP
888 S. Figueroa Street, Suite 720
Los Angeles, CA 90017-5306

(d) Solar Eclipse Investment Fund XXXII, LLC
c/o Curtis C. Jung
Jung & Yuen, LLP
888 S. Figueroa Street, Suite 720
Los Angeles, CA 90017-5306

(d)Solar Eclipse Investment Fund XXXV, LLC
c/o Curtis C. Jung, Manager
Jung & Yuen, LLP
888 S. Figueroa Street, Suite 720
Los Angeles, CA 90017-5306

(d)Solar Eclipse Investment Funds VI, XII, an
Steven Thomas
Thomas, Alexander, Forrester & Sorrenson
14 27th Avenue
Venice, CA 90291-4304

(u)SolarSense DCS I, LLC
Holley Driggs Walch Fine Puzey Stein & T
Attn: Richard F. Holley, Esq.
Mary Langsner, Ph.D.
400 South Fourth Street
Third Floor

(u)SolarSense DCS I, LLC
Stevens & Lee
Attn: Robert Lapowsky
Evan B. Coren
620 Freedom Business Center
Suite 200

(d)Soligent Distribution, LLC
1400 N McDowell Blvd., Suite 201
Petaluma, CA 94954-6553

(d)South Tahoe Public Utility
1275 Meadow Crest Drive
South Lake Tahoe, CA 96150-7401

(d)South Tahoe Refuse
2140 Ruth Ave
South Lake Tahoe, CA 96150-4357

(d)Southern California Edison
PO Box 300
Rosmead, CA 91770-0300

(d)Southern Nevada Pest Control
4301 Production Way
Las Vegas, NV 89115-0183

(d)Southwest Gas Corporation
Attn: Bankruptcy Desk
PO Box 1498
Victorville, CA 92393-1498

(d)Sparks Power
110 SW Central Ave.
Amite City, LA 70422-2711

(d)Star Coach Race Tours LLC
4010 Albritton Road
St. Cloud FL 34772-7730

(d)Steve Thompson
204 Sheldon Lake Dr.
Georgetown, TX 78633-5453

(d)Steven Sanderson
2310 N Crest Ave.
Martinez, CA 94553-2813

(d)Sun Trust Equipment Finance & Leasing Corp
Gordon & Rees LLP
Attn: Megan Adeyemo
555 Seventeenth Street, Suite 3400
Denver, CO 80202-3937

(d)Suntrust Equipment Finance & Leasing Corp
PO BOX 4418
Atlanta, GA 30302-4418

(d)T-MOBILE USA, INC. (sb)
T-MOBILE USA, INC.
PO BOX 53410
BELLEVUE, WA 98015-3410

(d)TAMMY MORRIS
3668 HOWE ROAD
FILMORE, CA 93015-9722

(d)TEMPE CHRYSLER JEEP DODGE RAM
7975 S AUTOPLEX LOOP RD
TEMPE, AZ 85284-1023

(d)THE SHERWIN-WILLIAMS COMPANY
C/O ASHLEY C. NIKKEL
PARSONS BEHLE & LATIMER
50 W. LIBERTY ST., SUITE 750
RENO, NV 89501-1970

(d)TOWBIN DODGE RAM
275 AUTOMALL DRIVE
HENDERSON, NV 89014-6707

(d)TRANS LEASE, INC.
c/o JOHNSON & GUBLER, P.C.
8831 W. SAHARA AVE
LAS VEGAS, NV 89117-5865

(d)Talladega Superspeedway
PO Box 2801
Daytona Beach, FL 32120-2801

(d)Tara Farnsworth
1934 E Camelback Road, Suite 120-493
Phoenix, AZ 85016-4126

(d)Terrell Battery Corp
PO Box 21365
Phoenix, AZ 85036-1365

(d)Tesla Solar
PO Box 3500
Draper, UT 84020-3500

(d)The Sherwin-Williams Company
c/o Rew R. Goodenow
Parsons Behle & Latimer
50 W. Liberty St., Suite 750
Reno, NV 89501-1970

(d)Therese Scheuer
Securities and Exchange Commission
New York Regional Office
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1004

(d)Todd Rothbard
100 Saratoga Avenue #200
Santa Clara CA 95051-7337

(d)Translease, Inc.
Justin Montgomery
1400 W 62nd Avenue
Denver, CO 80221-2400

(d)Travelers Personal Insurance
PO Box 660307
Dallas, TX 75266-0307

(d)Tutt's Truck Outfitters Inc
2691 East Leland road
Pittsburg, CA 94565-5106

(d)U.S. TRUSTEE - RN - 7 7
300 BOOTH STREET, STE 3009
RENO, NV 89509-1362

(d)ULINE Inc
PO Box 88741
Chicago, IL 60680-1741

(d)UNITED FINANCIAL BANCORP, INC.
C/O BLANK ROME LLP
ONE LOGAN SQUARE
130 NORTH 18TH STREET
PHILADELPHIA, PA 19103-2768

(d)UNITED FINANCIAL BANCORP, INC.
C/O TRICIA M. DARBY
4777 CAUGHLIN PARKWAY
RENO, NV 89519-0906

(u)UNITED RENTALS

(d)UNITED STATES OF AMERICA
C/O GREG ADDINGTON
ASSISTANT U.S. ATTORNEY
400 SOUTH VIRGINIA ST., STE 900
RENO, NV 89501-2121

(u)UPS FREIGHT INC

(d)US Tower Corp.
1099 West Ropes Ave.
Woodlake, CA 93286-1806

(u)USB FUND I

(u)USB FUND II

(d)USLI
3160 Crow Canyon Road
Suite 330
San Ramon, CA 94583-1159

(d)United States Attorney's Office
ATTN: Civil Process Clerk
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, NV 89101-6521

(d)United States Attorney's Office
ATTN: civil Process Clerk
501 Las Vegas Blvd South
Suite 1100
Las Vegas, NV 89101-6521

(d)United States Bankruptcy Court
300 Booth Street
Reno, NV 89509-1360

(d)United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101-5803

(d)Upper Valley Disposal & Recycling
PO Box 45091
San Francisco, CA 94145-0091

(d)VALLEY NATIONAL BANK
C/O JEANETTE E. MCPHERSON
SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BLVD., SUITE 1
LAS VEGAS, NV 89146-5640

(u)VERDUCCI ENTERTAINMENT
1013 PARDEE STREET
SUITE 3

(d)Vintage Valley
11411 Southern Highlands Pkwy, Ste 120
Las Vegas, NV 89141-3266

(u)WALNUT CREEK, CA 94598

(u)WB PHOTOGRAPHY

(d)WERTLIEB LAW CORP
15332 ANTIOCH STREET, UNIT 802
PACIFIC PALISADES, CA 90272-3603

(u)WEST UNIFIED COMMUNICATIONS SERVICES, INC
PO BOX 281866

(d)Wei Neng Huang
15437 Jutland Street
San Leandro, CA 94579-2224

(d)Wei-Lun Huang
1473 Morton Ave
Los Altos, CA 94024-6828

(d)Western State Petroleum Inc
450 S 15th Ave
Phoenix AZ 85007-3398

(d)William Anderson
615 D Street
Martinez CA 94553-3205

(d)Williamson County Tax Office
904 S. Main St.
Georgetown, TX 78626-5829

(d)XTREME MANUFACTURING, LLC
c/o FOX ROTHSCHILD LLP / B AXELROD
1980 FESTIVAL PLAZA DR, STE 700
LAS VEGAS, NV 89135-2961

(d)Xtreme Manufacturing LLC
8350 Eastgate Rd.
Henderson, NV 89015-0104

(d)ZALANTA RESORT AT THE VILLAGE ASSOCIATION
C/O EDMOND BUDDY MILLER
1610 MONTCLAIR AVENUE, SUITE C
RENO, NV 89509-3453

(u)ZEPHYR COVE, NV 89448

(d)Zach Christman
21891 Constancia
Mission Viejo, CA 92692-1017

(d)Zalanta Association
PO Box 105007
Atlanta, GA 30348-5007

(d)ANNIE Z. LI
THE WALT DISNEY COMPANY
500 S BUENA VISTA ST
BURBANK, CA 91521-1245

(d)CANDACE C CARLYON
CARLYON CICA CHTD.
265 E. WARM SPRINGS RD, STE 107
LAS VEGAS, NV 89119-4230

(d)CHRISTINA W. LOVATO
P.O. BOX 18417
RENO, NV 89511-0417

(d)EVAN AHERN
C/O WILLIAM M. NOALL
GARMAN TURNER GORDON LLP
7251 AMIGO STREET, SUITE 210
LAS VEGAS, NV 89119-4302

(u)GEORGE CUNNINGHAM

(d)GEORGE CUNNINGHAM
C/O LARSON & ZIRZOW, LLC
850 E. BONNEVILLE AVE.
LAS VEGAS, NV 89101-7031

(d)JEFF CARPOFF
C/O SEGAL & ASSOCIATES
400 CAPITOL MALL, SUITE 2550
SACRAMENTO, CA 95814-4410

(d)JEFF & PAULETTE CARPOFF
C/O PARKINSON PHINNEY, LLP
3600 AMERICAN RIVER DR, STE 145
SACRAMENTO, CA 95864-5960

(u)JOHN I. SALOMON

(u)JOSEPH BAYLISS

(d)NEIL WERTLIEB
15332 ANTIOCH STREET, UNIT 802
PACIFIC PALISADES, CA 90272-3603

(d)PAULETTE CARPOFF
c/o LAW OFFICE OF WILLIAM PORTANOVA
400 CAPITOL MALL #1100
SACRAMENTO, CA 95814-4434

(d)ROLLIN ALEXANDER MCGHEE
220 UPTOWN WEST DRIVE
CHARLOTTE, NC 28208-3553

(d)RYAN A. WITTHANS
FINESTONE HAYES LLP
456 MONTGOMERY ST, FLR 20
SAN FRANCISCO, CA 94104-1233

(d)SETH FREEMAN
425 CALIFORNIA STREET SUITE 900
SAN FRANCISCO, CA 94104-2117

(d)TRACY M. O'STEEN
CARLYON CICA CHTD.
265 E. WARM SPRINGS STE 107
LAS VEGAS, NV 89119-4230

(d)VAN C. DURRER II
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
300 S. GRAND AVE., STE. 3400
LOS ANGELES, CA 90071-3137

(d)W. DONALD GIESEKE
18124 WEDGE PKWY
STE 518
RENO, NV 89511-8134

End of Label Matrix
Mailable recipients    731
Bypassed recipients    378
Total                 1109

# EXHIBIT C

# EXHIBIT C

Adversary Proceeding Defendant Service List

Christina W. Lovato
**ECF**
c/o Jeffrey L. Hartman, Esq.
510 West Plumb Lane, Ste B
Reno, NV 89509

Christina W. Lovato
**ECF**
c/o Michael S. Budwick, Esq., Kevin C.
Paule, Esq., and Solomon B. Genet, Esq.
200 S. Biscayne Blvd., Suite 3200
Miami, FL 33131

John Miranda
**ECF**
c/o James D. Greene, Esq.
330 South Jones Blvd., Ste 101
Las Vegas, NV 89146

John Miranda
**ECF**
c/o Jack A. Raisner, Esq.
685 3rd Avenue, 25th Flr
New York, NY 10017

John Miranda
**ECF**
c/o Rene's Roupinian, Esq.
270 Madison Avenue, Suite 1801
New York, NY 10016

DC Solar Solutions, Inc., Double Jump,
Inc., DC Solar Distribution, Inc.
c/o Jeffrey L. Hartman, Esq.
**ECF**
510 West Plumb Lane, Ste B
Reno, NV 89509

Dora Dog Properties, LLC
**BAD**
200 S. Virginia, 8th Floor
Reno, NV 89051

Dog Blue Properties, LLC, Brandy Boy
Properties, LLC, 475 Channel Road, LLC,
Park Road, LLC
**BAD**
4901 Park Road
Benicia, CA 94510

140 Mason Circle, LLC
**BAD**
135 Mason Circle
Concord, CA 94520

Mandalay Bay, LLC
c/o Eric A. Browndorf, Esq.
1125 Atlantic Avenue, Third Fl
Atlantic City, NJ 08401

Mandalay Bay, LLC
c/o Edward A. Corma, Esq., and William P.
Rubley, Esq.
1415 Marlton Pike East
Cherry Hill Plaza, Ste 205
Cherry Hill, NJ 08034

Mandalay Bay, LLC
**ECF**
c/o Gregory Alan Kraemer, Esq.
3016 W. Charleston Blvd., Suite 195
Las Vegas, NV 89102

Fou Dog Properties, LLC
c/o Jeffrey and Paulette Carpoff
30 Pebble Dunes Ct.
**DUP**
Las Vegas, NV 89141

Oakhurts Golf, LLC
By and Through its Manager CourseCo.,
Inc. Attn: Michael Sharp, Registered Agent
5341 Old Redwood Hwy, Ste 202
Petaluma, CA 94954

Oakhurts Golf, LLC
By and Through, any Officer/Director
Attn: Michael Sharp, Registered Agent
1001 Peacock Creek Drive
Clayton, CA 94517

Martinez Education Foundation
c/o Jeanette E. McPherson
**ECF**
2850 S. Jones Blvd., # 1
Las Vegas, NV 89146

Halo Management Services, LLC
By and through Officer, Peter Rosselli
140 Mason Circle, Suite K
Concord, CA 94520

Solarmore Investments, Inc.
By and through its Officer/Director
c/o Patrick Moore
2810 Lone Tree Way, Suite 8
Antioch, CA 94509

Patrick Moore
**DUP**
2810 Lone Tree Way, Suite 8
Antioch, CA 94509

Renewable Management Services, Inc.
By and through its Officers/Directors
Jeff Carpoff and Paulette Carpoff
30 Pebble Dunes Ct.
**DUP**
Las Vegas, NV 89141

Nuleaf Capital Investors Group LLC
Ogonna M. Brown, Esq.
**ECF**
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169

Renewable Waste Solutions, LLC
By and through its Manager Jeff Carpoff
30 Pebble Dunes Ct.
**DUP**
Las Vegas, NV 89141

Sustainable Capital Finance, Inc.
**ECF**
c/o Lars Evensen, Esq.
9555 Hillwood Dr., 2nd Flr
Las Vegas, NV 89134

Folium Biosciences, LLC
Whole Hemp Company, LLC
**ECF**
c/o Melanie D. Morgan, Esq.
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

United States of America et al.
c/o Boris Kukso, Esq.
**ECF**
US Dept. of Justice, Tax Division
PO Box 683
Washington, DC 20044

SMISC Holdings, LLC, et al.
**ECF**
c/o Thomas H. Fell, Esq., Patrick J. Shea
200 So Fourth St, Ste 1400
Las Vegas, NV 89101

Sandra Sarkissian, Successor Trustee et al.
c/o Louis M. Bubala, III
**ECF**
50 W Liberty St., Suite 700
Reno, NV 89501

LBA Realty Fund II-Company I, LLC
c/o M. Ryan Pinkston, Esq.and Michael
Ryan Pinkston, Esq.
**ECF**
560 Mission St., Ste 3100
San Francisco, CA 94105

LBA Realty Fund II-Company I, LLC
c/o Talitha B. Gray Kozlowski, Esq.
**ECF**
7251 Amigo Street, Ste 210
Las Vegas, NV 89119

King Solarman, Inc., King Solarman
(Indion) Fund I, LLC, King Solarman
(Indion) Fund II, LLC
c/o Christopher Patrick Burke, Esq.
702 Plumas St
**ECF**
Reno, NV 89509

King Solarman, Inc., King Solarman (Indion)
Fund I, LLC, King Solarman (Indion) Fund II,
LLC c/o Kathryn S. Diemer, Esq. and Alexander
J. Lewicki, et al.
55 S. Market Street, Ste 1420
San Jose, CA 95113

Chiang Lian Cung **ECF**
c/o Christopher Patrick Burke, Esq.
702 Plumas St
Reno, NV 89509

Chiang Lian Cung
c/o Michael B. Nishiyama, Esq.
39510 Paseo Padre Parkway, Ste 300
Freemont, CA 94538

DCT Valley Drive CA LP **ECF**
c/o Jamie P. Dreher, Esq.
201 W. Liberty Street, Suite 203
Reno, NV 89501

DCT Valley Drive CA LP
c/o Marita S. Erbeck, Esq.
600 Campus Drive
Florham Park, NJ 07932

KMH Systems, Inc.
By and through its Registered Agent
Registered Agents, Inc.
1900 E. Golf Road, Suite 950A
Schaumberg, IL 60173

KMH Systems, Inc.
By and through its Receiver, Sandor
Jacobson, c/o Adam Phillip Silverman, Esq.
53 West Jackson Blvd., Suite 1050
Chicago, IL 60604

Matthew Carpoff - Lauren Carpoff
c/o Samuel A. Schwartz, Esq.
601 East Bridger Avenue **ECF**
Las Vegas, NV 89101

Priscilla Amato - Robert Amato - Paula
Jordan
c/o Samiel A. Schwartz, Esq. **ECF**
601 East Bridger Avenue
Las Vegas, NV 89101

Sirius Light Towers, LLC
By and through its Registered Agent
Corporate Capital Inc. **BAD**
7848 W. Sahara Avenue
Las Vegas, NV 89117

Siruis Light Towers, LLC
By and through its Managers Jeff Carpoff
and Paulette Carpoff **DUP**
30 Pebble Dunes Ct.
Las Vegas, NV 89141

Lone Oak Fund, LLC **ECF**
c/o Simon Aron, Esq.
11400 W Olympic Blvd., 9th Fl
Los Angeles, CA 90064

Lone Oak Fund, LLC **ECF**
c/o John M. Samberg, Esq.
200 S Virginia St, Ste 470
Reno, NV 89501

JCB Consulting, Inc.
By and through its Registered Agent
Adam I. Miller
18301 Von Karman Avenue, Suite 950
Irvine, CA 92612

Carrie Sue Boden-Carpoff
15 Cascada
Rancho Santa Margarita, CA 92688

Bayshore Select Insurance **INC**

Champion Select Insurance **INC**

Enenstein Pham & Glass
c/o Frank C. Gilmore, Esq., Hannah E.
Winston, Esq.
71 Washington Street **ECF**
Reno, NV 89503

LV Stadium Events Company, LLC
c/o Michael Bernstein, Esq.
601 Massachusetts Ave., NW
Washington, DC 20001

Tersuda, LLC
By and through its Registered Agent,
Hendrix Investment Group, LLC, Attn:
Alisha Hendrix
7135 W Ann Rd, Ste 120
Las Vegas, NV 89130

Tersuda, LLC
Elliot S. Blut, Esq.
Blut Law Group, APC
300 S. 4th St, #701
Las Vegas, NV 89101

Priscilla Amato
2 Southport Lane
Bella Vista, Arkansas 72715

N. Stephen Vokshori, Esq.
Vokshori Law Group
1010 Wilshire Blvd., Suite 1404
Los Angeles, CA 90017

Eric Yaeckel, Esq.
Sullivan & Yaeckel Law Group
2330 3rd Avenue
San Diego, CA 92101

# EXHIBIT D

# EXHIBIT D

Litigation Parties Service List

Solarmore Management Services, Inc.
c/o Nathaniel Guy Kanute, Esq.
50 W. Liberty St., Suite 510    **ECF**
Reno, NV 89501

Steve Wilde
c/o Evan S. Nadel, Esq.
44 Montgomery St., 36th Floor
San Francisco, CA 94104

Halo Management Services LLC
c/o Frank Scott Moore, Esq.
235 Montgomery St., Suite 440
San Francisco, CA 94104

Scott Wentz
Raina Yee
c/o Dennis Justin Kelly, Esq.
225 Bush Street, Sixth Floor
San Francisco, CA 94104

Diana Kershaw
c/o Charles L. Hastings, Esq.
4568 Feather River Dr., Suite A
Stockton, CA 95219

Diana Kershaw
c/o Susan Lynn Appleton, Esq.
P.O. Box 799
Diablo, CA 94528

Carson Trailer, Inc.
c/o Jennifer T. Taggart, Esq.
915 Wilshire Blvd., Suite 2000
Los Angeles, CA 90017

Alvarez & Marsal Valuation Services, LLC
c/o Michael John Proctor, Esq.
Andrew Abram Esbenshade, Esq.
William Henry Huttinger, Esq.
953 East 3rd St
Los Angeles, CA 90017

Alvarez & Marsal Valuation Services,
c/o Joyce C. Li, Esq.
Ragesh K. Tangri, Esq.
217 Leidesdorff St.
San Francisco, CA 94111

Barry Hacker
c/o Adam L. Schwartz, Esq.
1200 Four Seasons Tower
1441 Brickell Avenue , Suite 1800
Miami, FL 33131

Barry Hacker
c/o Landon David Bailey, Esq.
641 Fulton Avenue, Suite 200
Sacramento, CA 95825

Vistra International Expansion (USA) Inc.
c/o Terry L. Wit, Esq.    **DUP**
50 California Street, 22nd Floor
San Francisco, CA 94111

Radius GGE (USA), Inc.
c/o Terry L. Wit, Esq.
50 California Street, 22nd Floor
San Francisco, CA 94111

Montage Services, Inc.
c/o Dennis Justin Kelly, Esq.
225 Bush Street, Sixth Floor
San Francisco, CA 94111

Heritage Bank of Commerce
c/o Robert S. Addison, Esq.
Cheryl M. Lott, Esq.
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

Ahern Rentals Inc.
c/o Dwight Craig Donovan, Esq.
Jaemin Chang, Esq.
345 California Street, Suite 2200
San Francisco, CA 94104

Ahern Rentals Inc.
c/o Joseph A. Milano, Esq.
10250 Constellation Boulevard, Suite 900
Los Angeles, CA 94104

Carrie Carpoff-Boden
c/o Corey Aaron Miller, Esq.
18301 Von Karman Avenue, Suite 950
Irvine, CA 92612

Marshall & Stevens, Inc.
c/o James R. Felton, Esq.
16000 Ventura Blvd., Suite 1000
Encino, CA 91436

CohnReznick Capital Markets, LLC
c/o Lauren Deeb, Esq.
1919 S Vermont Ave, Suite 900
Torrance, CA 90502

Fallbrook Capital Securities Corporation
c/o Patrick J. Somers, Esq., Priya D.
Srivivasan, Esq., Robert E. Dugdale, Esq.,
Shauna E. Woods, Esq.
10100 Santa Monica Boulevard, Suite 1725
Los Angeles, CA 90067

Nixon Peabody, LLC
c/o Eric H. MacMichael, Esq.
633 Battery St.
San Francisco, CA 94111

Forrest David Miller
c/o Eric H. MacMichael, Esq.
633 Battery St.
San Francisco, CA 94111

Solar Eclipse Investment Fund III, LLC,et al
c/o Emily Alexander, Esq., and Mark
Forrester, Esq., Luke Martin, Esq., Stephen
Sorensen, Esq., Steven Thomas, Esq.
14 27th Avenue
Venice, CA 90291

CohnReznick LLP
c/o Efren Compean, Esq
and Trang Tran, Esq.
225 South Lake Avenue, Suite 1400
Pasadena, CA 91101

CohnReznick LLP
c/o Stephen Tully, Esq.
4165 East Thousand Oaks Boulevard,
Suite 201
Westlake Village, CA 91362

CohnReznick Capital Markets Securities
LLC    **DUP**
c/o Lauren Deeb, Esq.
19191 South Vermont Avenue, Suite 900
Torrance, CA 90502

CohnReznick Capital Markets Securities
LLC
c/o Josh Lewin, Esq.
and Scott Sherman, Esq.
201 17th Street NW, Suite 1700
Atlanta, GA 30363

Alvarez & Marsal Valuation Services, LLC
c/o Kerrin Klein, Esq.
and John Moon, Esq.
1325 Avenue of the Americas
New York, NY 10019

Forrest David Milder
Nixon Peabody LLP
c/o Nicole Allan, Esq. and Bailey Heaps, Esq.,
Eric MacMichael, Esq., Elliot Peters, Esq.
Benjamin Rothstein, Esq., Deeva Shah, Esq.
633 Battery Street
San Francisco, CA 94111

Foley & Lardner LLP
c/o Negah Daily, Esq.
and Scott Garner, Esq.
Adam Le Berthon, Esq.
555 South Flower Street, 29th Floor
Los Angeles, CA 90071

Miles & Stockbridge, P.C.
c/o T. John Fitzgibbons, Esq.
and Edith Matthai, Esq.
350 South Grand Avenue, Suite 3950
Los Angeles, CA 90071

Radius GGE, Inc.
c/o Terry Wit, Esq.
50 California Street, 22nd Floor
San Francisco, CA 94111

Marshall & Stevens, Inc.
c/o James Felton, Esq.
and Yi Sun Kim, Esq.
16000 Ventura Boulevard, Suite 1000
Encino, CA 91436

Ahern Rentals, Inc.
c/o Dwight Donovan, Esq.
345 California Street, Suite 2200
San Francisco, CA 94104

Solar Eclipse Investment Fund III, LLC
c/o Alfonso L. Poire, Esq.
1411 Oliver Road, Suite 300
Fairfield, CA 94534-3433

Neil Luria, as receiver for,
Solar Eclipse Investment Fund IV, LLC and
Solar Eclipse Investment Fund V, LLC, Solar
Eclipse Investment Fund VI, LLC, et al.
2745 Ponce de Leon Boulevard
Coral Gables, FL 33134

Vista International Expansion (USA) Inc.
c/o Terry L. Wit, Esq.
50 California Street, 22nd Floor
San Francisco, CA 94111

Novogradac & Company LLP
c/o Christopher W. Lee, Esq.
100 Southeast Second Street, Suite 2100
Miami, FL 33131

Ahem Rentals, Inc.
c/o Jaemin Chang, Esq.
345 California Street, Suite 2200
San Francisco, CA 94104

Bryan Cave Leighton Paisner LLP
c/o Casey McCracken, Esq.
and Kevin Rosen, Esq.
333 South Grand Avenue
Los Angeles, CA 90071

Fallbrook Capital Securities Corporation
Fallbrook Credit Finance LL
c/o Robert Dugdale, Esq., and  Patrick
Somers, Esq., Shauna Woods, Esq.
10100 Santa Monica Boulevard, Suite 1725
Los Angeles, CA 90067

Radius GGE, Inc.
c/o Phillip Jobe, Esq.
51 Madison Avenue, 22nd Floor
New York, NY 10010

Ahern Rentals, Inc.
c/o Mhare Mouradian, Esq.
and Joseph Ungaro, II, Esq.
10250 Constellation Boulevard, Suite 900
Los Angeles, CA 90067

Montage Services, Inc.
c/o Dennis Kelly, Esq.
and Matthew Lerner, Esq.
601 Montgomery Street, Suite 1900
San Francisco, CA 94111

Heritage Bank of Commerce
c/o James M. Neudecker, Esq.
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111-3813

Solar Eclipse Invest. Fund III, LLC, and Solar
Eclipse Invest. Fund VII, LLC, Solar Eclipse
Investment Fund VIII, LLC, Solar Eclipse
Investment Fund XIV, LLC, et al.
14 Twenty-seventh Avenue
Venice, CA 90291

CohnReznik Capital Markets Securities LLC
c/o Daniel S. Newman, Esq.
and Megan Kilissanly, Esq.
One Biscayne Tower
2 South Biscayne Boulevard, 21st Floor
Miami, FL 33131

Barry Hacker
c/o Adam L. Schwartz, Esq., and Andrew R.
Herron, Esq., Andrew Vitali, III, Esq.
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, FL 33131

CohnReznick LLP
c/o Efren A. Compean, Esq
and Trang T. Tran, Esq.
225 South Lake Avenue, Suite 1400
Pasadena, CA 91101

Bryan Cave Leighton Paisner LLP
c/o Matthew Kahn, Esq.
555 Mission Street, Suite 3000
San Francisco, CA 94105

Radius GGE, Inc.
c/o Karen Bobrow, Esq
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Novogradac & Company LLP
c/o Amy Choe, Esq.
and David Eisen, Esq.
Adam Le Berthon, Esq.
555 South Flower Street, 29th Floor
Los Angeles, CA 90071

Ahern Rentals, Inc.    **ECF**
c/o Kevin Sutehall, Esq.
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135

Solar Eclipse Investment Fund III, LLC
c/o Stephen Sorensen. Esq.
14 27th  Avenue    **DUP**
Venice, CA 90291

CTBC Bank Corp. (USA)
c/o Mark R. McDonald, Esq.
707 Wilshire Boulevard
Los Angeles, CA 90017-3543

Vista International Expansion (USA) Inc.
c/o James Lee, Esq
100 Southeast Second Street, Suite 2800
Miami, FL 33131

CohnReznik Capital Markets Securities LLC
c/o Scott N. Sherman, Esq.
Alantic Station
201 Seventeeth Street NW, Suite 1700
Atlanta, GA 30363

Ahem Rentals, Inc.
c/o Adam Lamb, Esq.
and Joseph A. DeMaria, Esq.
One Biscayne Tower, Suite 2750
2 South Biscayne Boulevard
Miami, FL 33131

CohnReznick LLP
c/o Gary R. Shendell, Esq.
and Matt Tornincasa, Esq.
2700 N Military Trail, Suite 150
Boca Raton, FL 33431

CohnReznick LLP
c/o Stephen J. Tully, Esq.
4165 East Thousand Oaks Boulevard,
Suite 201
Westlake Village, CA 91361

Alvarez & Marsal Valuation Services, LLC
c/o John G. Moon, Esq. and Kyle C
Bisceglie, Esq., Kerrin T. Klein, Esq.
Tara S. Richelo, Esq.
1325 Avenue of the Americas
New York, NY 10019

People's United Bank, N.A. and
People's United Financial, Inc
c/o Linda S. Roth
and Rocco A. Cavaliere
1350 Broadway
New York, NY 10018

Solar Eclipse Investment Fund VII, LLC and
Solar Eclipse Investment Fund VIII, LLC, Solar
Eclipse Investment Fund XIV, LLC, Solar
Eclipse Investment Fund XXVII, LLC, et al.
599 Lexington Avenue
New York, NY 10022-7650

DV VNB Community Renewables Fund,
LLC and DV VNB Community Renewables
Fund III, LLC
c/o Linda S. Roth and Rocco A. Cavaliere
1350 Broadway
New York, NY 10018

Solar Eclipse Investment Fund III, LLC, and
Solar Eclipse Investment Fund IV, LLC, Solar
Eclipse Investment Fund V, LLC, Solar Eclipse
Investment Fund VI, LLC, et al.
1350 Broadway
New York, NY 10018

International Speedway Corporation
c/o Robert C. Folland
4540 PGA Boulevard, Suite 208
Palm Beach Gardens, FL 33418

International Speedway Corporation
c/o Mark R. Owens
11 South Meridian Street
Indianapolis, IN 46204-3535

International Speedway Corporation
c/o Donald A. Rea
and Ashley N. Fellona
500 East Pratt Street, Suite 900
Baltimore, MD 21202-3133

Neil Luria, as receiver for,
Solar Eclipse Investment Fund IV, LLC,
and Solar Eclipse Investment Fund V, LLC,
Solar Eclipse Investment Fund VI, LLC, et al
2745 Ponce de Leon Boulevard
Coral Gables, FL 33134

Solar Eclipse Investment Fund VII, LLC, and
Solar Eclipse Investment Fund VIII, LLC, Solar
Eclipse Investment Fund XIV, LLC, Solar
Eclipse Investment Fund XXVII, LLC, et al.
14 27th Avenue
Venice, CA 90291

International Speedway Corporation
c/o Robert C. Folland
4540 PGA Boulevard, Suite 208
Palm Beach Gardens, FL 33418

International Speedway Corporation
c/o Mark R. Owens
11 South Meridian Street
Indianapolis, IN 46204-3535

International Speedway Corporation
c/o Donald A. Rea
and Ashley N. Fellona
500 East Pratt Street, Suite 900
Baltimore, MD 21202-3133

Geico Corporation et al.
c/o Hector J. Lombana, Esq.
2745 Ponce de Leon Boulevard
Coral Gables, FL 33134

Neil Luria, Receiver
c/o Gavin C. Gaukroger, Esq.
Paul Steven Singerman, Esq.
1450 Brickell Avenue, Suite 1900
Miami, FL 33131

Solar Eclipse Investment Fund, III, LLC et al.
c/o Gonzalo R. Dorta, Esq.
Matias R. Dorta, Esq.
334 Minorca Avenue
Coral Gables, FL 33134

Steven W. Thomas
c/o Stephen Sorensen
14 27th Avenue
Venice, CA 90403

International Speedway Corporation
c/o Robert C. Folland, Esq.
4540 PGA Blvd., Suite 208
Palm Beach Gardens, FL 33418

Suntrust Equipment Finance & Leasing Corp.
c/o Aaron Parks, Esq., Benjamin B. Watson,
Esq., Jeffrey R. Dutson, Esq.,
Lawrence A. Slovensky, Esq.
1180 Peachtree Street, N.E.
Atlanta, GA 32801

Suntrust Equipment Finance & Leasing
Corp.
c/o Daniel Jay Gerber, Esq.
Suzanne Barto Hill, Esq.
300  S Orange Avenue, Ste 1400
Orlando, FL 32801

Suntrust Equipment Finance & Leasing
Corp.
c/o Lennette Lee, Esq.
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071

International Speedway Corporation
c/o Ashley N. Fellona, Esq.
Donald A. Rea, Esq
500 E. Pratt Street, Suite 900
Baltimore, MD 21202

International Speedway Corporation
c/o Mark R. Owens, Esq.
11 South Meridian Street
Indianapolis, IN 46204

International Speedway Corporation
c/o Robert Christopher Folland, Esq.
4540 PGA Blvd., Ste. 208
Palm Beach Gardens, FL 33418



# EXHIBIT E

# EXHIBIT E

List of Tolling Agreement Parties

Access Capital Partners
c/o Adam L. Schwartz, Esq.,Andrew Herron,Esq.
Homer Bonner Jacobs Ortiz, P.A.
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, FL 33131

AEC Digital Solutions, LLC
c/o Nathan Kanute, Esq.  **ECF**
Snell & Wilmer L.L.P.
50 W. Liberty Street, Suite 510
Reno, NV 89501

Ahern Ad, LLC
c/o William M. Noall, Esq.  **ECF**
Garman Turner Gordon LLP
7251 Amigo Street, Suite 210
Las Vegas, NV 89119

Ahern Rentals, Inc.
c/o Mark J. Connot, Esq.  **ECF**
Kevin M. Sutehall, Esq.
Fox Rothschild LLP
1980 Festival Plaza Dr., Suite 700
Las Vegas, NV 89135

Ahern, Evan
c/ William M. Noall, Esq.  **ECF**
Garman Turner Gordon LLP
7251 Amigo Street, Suite 210
Las Vegas, NV 89119

Alvarez & Marsal Valuation Services, LLC
c/o John C. Goodchild, III, Esq.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

Bayliss Innovative Services, Inc.
c/o Christopher D. Hughes, Esq.  **ECF**
Nossaman LLP
621 Capitol Mall, Suite 2500
Sacramento, CA 95814

Bayliss, Joseph W.
c/o Christopher D. Hughes, Esq.  **ECF**
Nossaman LLP
621 Capitol Mall, Suite 2500
Sacramento, CA 95814

Benicia Investment, LLC
c/o Matthew C. Zirzow, Esq.  **ECF**
850 E. Bonneville Avenue
Las Vegas, NV 89101

Bermudez, Marcelo  **DUP**
c/o Adam L. Schwartz, Esq.,Andrew Herron, Esq
Homer Bonner Jacobs Ortiz, P.A.
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, FL 33131

Carpoff, Jeffrey
c/o Malcolm Segal, Esq.
Segal & Associates, PC
400 Capitol Mall, Suite 2550
Sacramento, CA 95814

Carpoff, Paulette
c/o William J. Portanova, Esq.
400 Capitol Mall, Suite 1100
Sacramento, CA 95814

Chip Ganassi Racing With Felix Sabates,
Inc. (and CGR Affiliates)
c/o Mark R. Owens, Esq.  **DUP**
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204

Cityzenith Holdings, Inc.
c/o Michael Jansen
2506 N. Clark Street
Chicago, IL 60614

CohnReznick Capital Market Securities,
LLC
c/o Scott N. Sherman
201 17th Street NW, Suite 1700
Atlanta, GA 30363

CohnReznick LLP
c/o Stephen J. Tully, Esq.
Trang T. Tran, Esq.
Garret & Tully
225 S. Lake Ave., Suite 1400
Pasadena, CA 91101

CTBC Bank Corp. (USA)
c/o Mark McDonald, Esq.
Morrison & Foerster LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543

Dudley Ventures Advisory Services, LLC
c/o Jack Yoskowitz, Esq.
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

Dudley Ventures, L.L.C.
c/o Jack Yoskowitz, Esq.
Seward & Kissel LLP  **DUP**
One Battery Park Plaza
New York, NY 10004

Fastenal Company
c/o John Milek
2001 Theurer Blvd.
Winona, MN 55987

Guidry, Ryan
c/o Robert M. Wilson, Esq.
Law Offices of Robert M. Wilson
770 L Street, Suite 950
Sacramento, CA 95814

Hacker, Barry
c/o Adam L. Schwartz, Esq.,Andrew Herron, Esq
Homer Bonner Jacobs Ortiz, P.A.
1200 Four Seasons Tower  **DUP**
1441 Brickell Avenue
Miami, FL 33131

Hamilton Captive Management, LLC
c/o David Overstreet, Esq.
Earhart Overstreet LLC
P.O. Box 22528
Charleston, SC 29413

Hamilton Captive Management, Ltd.
c/o David Overstreet, Esq.  **DUP**
Earhart Overstreet LLC
P.O. Box 22528
Charleston, SC 29413

Hansen Management & Consulting, LLC
2107 Mecca Ct.
Fairfield, CA 94534

Hansen, Alan
2107 Mecca Ct.
Fairfield, CA 94534

Hartford Fire Insurance Company
Mark G. Ledwin, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
1133 Westchester Avenue
White Plains, NY 10605

Hendrick Automotive Group
c/o Christopher J. Derrenbacher, Esq.
Lewis Brisbois
4101 Lake Boone Trail, Suite 514
Raleigh, NC 27607

Hidden Oaks Investors, LLC
c/o Lee A. Peifer, Esq.
Eversheds Sutherland LLP
999 Peachtree St NE #2300
Atlanta, GA 30309

International Speedway Corporation, et al.
(ISC Parties)
c/o Mark R. Owens, Esq.
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204

Jansen, Carl                    ECF
c/o Nathan Kanute, Esq.
Snell & Wilmer L.L.P.
50 W. Liberty Street, Suite 510
Reno, NV 89501

Karmann, Robert
c/o Katharine Kates, Esq.
Ramsey & Ehrlich, LLP
803 Hearst Avenue
Berkeley, CA 94710

Live in the Vineyard, LLC
c/o Theodore J. Hartl, Esq.
Ballard Spahr LLP
1225 17th Street, Suite 2300
Denver, CO 80202

Mark Scott Construction Company
c/o Scott E. Jenny, Esq.
736 Ferry Street
Martinez, CA 94553

Nixon Peabody LLP
c/o Elliot R. Peters, Esq., Eric H. MacMichael, Esq.
Deeva Shah, Esq.
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111

Praeditis Group, LLC
c/o Adam L. Schwartz, Esq.,Andrew Herron,Esq
Homer Bonner Jacobs Ortiz, P.A.
1200 Four Seasons Tower          DUP
1441 Brickell Avenue
Miami, FL 33131

Rick Hendrick Jeep Chrysler Dodge Ram
c/o Christopher J. Derrenbacher, Esq.
Lewis Brisbois
4101 Lake Boone Trail, Suite 514
Raleigh, NC 27607

Skadden, Arps, Slate, Meagher & Flom LLP
c/o Lawrence S. Spiegel, Esq.
Julie A. Turner, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001-8602

Strauss Law Firm, LLC
c/o David Overstreet, Esq.
Earhart Overstreet LLC          DUP
P.O. Box 22528
Charleston, SC 29413

Jano, Sebastian
c/o Raymond M. Sarola, Esq.
Cohen Milstein Sellers & Toll PLLC
1717 Arch Street, Suite 3610
Philadelphia, PA 19103

Jansen, Michael                 ECF
c/o Nathan Kanute, Esq.
Snell & Wilmer L.L.P.
50 W. Liberty Street, Suite 510
Reno, NV 89501

Lauer, Ari J.
2125 Oak Grove Road, Suite 210
Walnut Creek, CA 94598

Madison First Property and Casualty, Ltd.
SAC
c/o David Overstreet, Esq.      DUP
Earhart Overstreet LLC
P.O. Box 22528
Charleston, SC 29413

Montage Services, Inc.          DUP
c/o Dennis J. Kelly, Esq.
Dillingham & Murphy, LLP
601 Montgomery Street, Suite 1900
San Francisco, CA 94111

Novogradac & Company LLP
c/o Sheri Thome, Esq.
Wilson Elser Moskowitz Edelman & Dicker
LLP
6689 Las Vegas Blvd. South, Suite 2000
Las Vegas, NV 89119

Pyrad International, LLC
c/o Scott L. Silver, Esq.
Silver Law Group
11780 W. Sample Road
Coral Springs, FL 33065

Roach, Ronald
c/o Christian E. Picone, Esq.
Berliner Cohen, LLP
10 Almaden Blvd., 11th Floor
San Jose, CA 95113

Solar Eclipse Investment Fund XX, LLC
c/o Natalie Riley
718 W. Business Highway 60
Dexter, MO 63841

Strauss, Peter J.
c/o David Overstreet, Esq.
Earhart Overstreet LLC          DUP
P.O. Box 22528
Charleston, SC 29413

Jansen, Barbara                 ECF
c/o Nathan Kanute, Esq.
Snell & Wilmer L.L.P.
50 W. Liberty Street, Suite 510
Reno, NV 89501

JG Energy Solutions LLC         ECF
c/o Nathan Kanute, Esq.
Snell & Wilmer L.L.P.
50 W. Liberty Street, Suite 510
Reno, NV 89501

Law Office of Ari J. Lauer      DUP
2125 Oak Grove Road, Suite 210
Walnut Creek, CA 94598

Mark J. Jansen as Trustee of the Mia Dynasty
Trust under trust agreement dated March 7, 2019
c/o Nathan Kanute, Esq.         ECF
Snell & Wilmer L.L.P.
50 W. Liberty Street, Suite 510
Reno, NV 89501

Muraco, Julie
c/o Adam L. Schwartz, Esq.,Andrew Herron,Esq
Homer Bonner Jacobs Ortiz, P.A.
1200 Four Seasons Tower         DUP
1441 Brickell Avenue
Miami, FL 33131

Port Royal Insurance Company Ltd. SAC
c/o David Overstreet, Esq.      DUP
Earhart Overstreet LLC
P.O. Box 22528
Charleston, SC 29413

Radian Generation, LLC
c/o Nathan T. DeLoach
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308

Shokunin, Inc.
c/o Adam L. Schwartz, Esq,Andrew Herron, Esq
Homer Bonner Jacobs Ortiz, P.A.
1200 Four Seasons Tower         DUP
1441 Brickell Avenue
Miami, FL 33131

Solarmore Management Services, Inc.
Snell & Wilmer L.L.P.           ECF
50 W. Liberty Street, Suite 510
Reno, NV 89501

Sun Trust Equipment Finance & Leasing
Corp.
c/o Jeffrey R. Dutson, Esq.
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309

T-Mobile USA, Inc.
c/o Michael H. Weiss, Esq.
12920 SE 38th Street
Bellevue, WA 98006

Vistra International Expansion (USA), Inc.
fka Radius GGE (USA), Inc.
c/o Terry L. Wit, Esq.
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, CA 94111

Wentz, Scott
c/o Dennis J. Kelly, Esq.
Dillingham & Murphy, LLP
601 Montgomery Street, Suite 1900
San Francisco, CA 94111

Worldwide Property and Casualty Ltd.
c/o David Overstreet, Esq.
Earhart Overstreet LLC          **DUP**
P.O. Box 22528
Charleston, SC 29413

Xtreme Manufacturing, LLC
c/o Mark J. Connot, Esq.
Kevin M. Sutehall, Esq.          **ECF**
Fox Rothschild LLP
1980 Festival Plaza Dr., Suite 700
Las Vegas, NV 89135

Yee, Raina                          **DUP**
c/o Dennis J. Kelly, Esq.
Dillingham & Murphy, LLP
601 Montgomery Street, Suite 1900
San Francisco, CA 94111

# EXHIBIT F

# EXHIBIT F

**DC Solar Solutions, Inc. - employees**

Adam N. Rodriguez
280 Franklin Ave
Bay Point, CA 94565

Adam S. Elhady
2443 Fair Oaks Blvd #217
Sacramemto, CA 95825

Alan C. Hansen
125 Laurel St
Vacaville, CA 95688

Alberto B. Fuentes
116 Kimberly Dr.
American Canyon, CA 94503

Alexavier G. Black
146 Figtree Lane Apt 8C
Martinez, CA 94553

Alton E. Pete
101 Kapalua Bay Circle
Pittsburg, CA 94565

Andrea Bajzat
206 E 2nd Street
Benicia, CA 94510

Andrea R. Vaughn
1005 1/2 7th Street
Antioch, CA 94509

Andres A. Partida
2801 Point Reyes Ct
Antioch, CA 94531

Andrew J. Raber
2546 Alabaster Ave
Orlando, FL 32833

Angela O. Bueno
3514 Straightwood Court
Antioch, CA 94531

Anthony M. Garcia
3504 Nightingale Dr
Antioch, CA 94509

April L Richardson
1070 San Miguel Rd
Concord, CA 94518

Arthur J Androyna
151 Arthur Road Unit B
Martinez, CA 94553

Avelino C. Ancheta Jr.
2451 Olivera Rd #A-12
Concord, CA 94520

Belkis D. Leal Hernandez
1690 Detroit Ave Apt. # 32
Concord, CA 94520

Benjamin F. Buhler
106 Moss Lane
Napa, CA 94558

Blake A. Muller
598 Falls Way
Fairfield, CA 94534

Brandon J Leingang
2220 Bridgeport Way
Martinez, CA 94553

Brent L. King
201 Patrick Dr
Pacheco, CA 94553

Brent T. Reckert     **CHNG**
4603 Bindewald Rd
Torrance, CA 90505

Brett S. Stubbs
3104 Marsala Dr.
Bay Point, CA 94565

Brian L. Medina
477 Jade Circle
Vallejo, CA 94590

Brian P. Caffrey
1555 2nd Avenue
Walnut Creek, CA 94597

Brian R. Strickland
1556 Beechwood Drive
Martinez, CA 94553

Bryan B. Bushnell
424 Vine Hill Way
Martinez, CA 94553

Carey L. Toman
5034 Claremont Ct.
Oakley, CA 94561

Carrie S. Carpoff-Boden
15 Cascada
Rancho Santa Margarita, CA 92688

Charlene M. Avarbock
567 Primrose Ln
Benicia, CA 94510

Charles L. Stanford
431 Gonzaga Ave
Vallejo, CA 94589

Christian V. Moreno **BAD**
4152 Camelback Dr.
Fairfield, CA 94533

Clifton E. Lacy
2314 Manderon Way
Antioch, CA 94509

Cole E. Adams
1962 Vista Del Rio
Crocket, CA 94525

Dan N. Schneringer **CHNG**
1005 Ferry Street #4
Martinez, CA 94553

Dana E. Lucas
1620 Castro Street
Martinez, CA 94553

Dana L. Weeks
322 East L Street
Benicia, CA 94510

Daniel E. Howarter
1667 Walnut Place
Concord, CA 94519

Daniel J. Mendes
4311 Redwood Dr
Oakley, CA 94561

Daniel L. Aguilera
362 Willow Creek Ln
Martinez, CA 94553

Daniel M. Logan
132 School St
Pittsburg, CA 94565

Daniel P. Ramirez **CHNG**
1591 Ellis Street #118
Concord, CA 94520

Daniel R. Ruiz **BAD**
332 Shorline Dr
Pittsburg, CA 94565

Daniel S. Briggs Jr.
2206 Versailles Ct
Henderson, NV 89074

Danny J. Olgeirson
1790 Ellis St Apt# 48
Concord, CA 94520

Darin L. Meadows
3141 Fitzpatrick Dr
Concord, CA 94519

Darren K. Beising
2061 Sherman Dr
Pleasant Hill, CA 94523

David A. Kleven
312 Pebble Beach Drive
Brentwood, CA 94513

David B. Ingmire
1050 Oak Grove Rd #10
Concord, CA 94518

David E. Bennett
7757 Radcliff Street
Las Vegas, NV 89123

David E. Kennick
129 Hilltop Dr
Vallejo, CA 94591

David J. Marieiro
2609 Star Tree Court
Martinez, CA 94553

David W. Endres **BAD**
501 E. N. Street #28
Benicia, CA 94510

Dennis M Salva
914 Pinion Dr
Martinez, CA 94553

Dominic C. Arnold
535 Parker Ave
Rodeo, CA 94572

Donald O. Bailey **BAD**
3926 Rocky Point Dr.
Antioch, CA 94509

Douglas W. Schramm
308 Lodgepole Ct
Martinez, CA 94553

Dylan A. Kleven
1220 Hookston Rd.
Concord, CA 94518

Edwin J. Allen
2205 A Emeric Ave
San Pablo, CA 94806

Eric P. Sawyer
129 Grubstake Pl
Vallejo, CA 94591

Eric T. Simmers
911 Marie Ave.
Martinez, CA 94553

Fernando S. Cruz
118 Sharon Pl
Bay Point, CA 94565

Geoffrey A. Warren III
280 Franklin Ave
Bay Point, CA 94565

Gerry T. Chain
486 Morello Ave #149
Martinez, CA 94553

Gilbert J. Lucero
451 Blubell Pl
Vallejo, CA 94591

Greg S. Nelson
1227 Condor Ct
Concord, CA 94521

Guile E. Mosher
2838 McClellan Court
Martinez, CA 94553

Guy L. Frank
3515 Moraga Blvd
Lafayette, CA 94549

Hannah J. Christopher
685 Windsor Dr.
Benicia, CA 94510

Hector Lopez Jr.
2251 Putter Ct
Brentwood, CA 94513

Heidi A. Obel
2271 Yale St.
Martinez, CA 94553

Hung T. Nguyen
1001 Highland Ave
Vallejo, CA 94590

Ian B. Church
125 Near Ct Apt. 706
Walnut Creek, CA 94596

Jaime S. Guzman
2193 Overlook Dr
Walnut Creek, CA 94597

James E. Marasco
480 N Civic Dr Apt 206
Walnut Creek, CA 94596

James J. Majaro
714 West 2nd Street Apt #3
Antioch, CA 94509

Jarrett P. Taylor
1008 Springfield Dr
Walnut Creek, CA 94598

Jason D. Rieger
5172 Equestrian Way
Antioch, CA 94531

Jason E. Lawson-St. Hill
1948 Magnolia Way
Walnut Creek, CA 94595

Jason L Carriger
1741 Detroit Ave Apt 26
Concord, CA 94520

Jason L. Eldefonso
2471 El Tambor Drive
Bay Point, CA 94565

Jason T Schuitemaker
1780 Chestnut St
Brentwood, CA 94513

Javan M. Bowyer
166 N 18th St
San Jose, CA 95112

Jeffrey B. Gresham
26905 Flo Lane #224
Santa Clarita, CA 91351

Jeffrey D. Mason
5799 Alhambra Valley Rd
Martinez, CA 94553

Jeffrey J Simmons
3917 MacMurtry Ct
Martinez, CA 94553

Jeffrey L. Price
PO Box 2036
Martinez, CA 94553

Jeffrey P. Carpoff
30 Pebble Dunes Ct
Las Vegas, NV 89141

Jennifer J. Schroeder-Jelich
1715 West St
Concord, CA 94521

Jerry J Clay
485 E. Santa Fe Ave
Pittsburg, CA 94565

Jessica M. Buenrostro     **BAD**
501 Danrose Drive
American Canyon, CA 94509

Jesus I. Leal Huerta
1690 Detroit Ave #32
Concord, CA 94520

John A Lyden
2620 Pine Run Rd
Las Vegas, NV 89135

John A. Garcia
272 Kuwait Way
Pacheco, CA 94553

John C. Miranda
819 Park Avenue, APT 1
South Pasadena, CA 91030

John C. Retta
137 Costanza Dr
Martinez, CA 94553

John M. Lemanski
1020 Stonybrook Dr
Napa, CA 94558

John P. Alvarez
207 W. Buchanan Rd
Pittsburg, CA 94565

Jonathan D. Lopez
5660 Rosscommon Way
Antioch, CA 94531

Jordan A. Eagle
5525 Rathdrum Way
Antioch, CA 94531

Jordan A. Karmann
114 Jeffrey Ranch Court
Clayton, CA 94517

Jordan M. Valerga
4109 Cabrillo Dr
Martinez, CA 94553

Joseph H. Rea
137 Dardanelle Ct
Martinez, CA 94553

Joseph J. Baier
780 Oak Grove Rd Apt. C213
Concord, CA 94518

Joshua J. Daggs
1240 Golden Springs Lane
Concord, CA 94521

Julia M. Clack
187 High Street
Martinez, CA 94553

Julian A. Rochin
2701 Pacific St
Concord, CA 94518

Julio C. Prieto
814 Rose Dr
Benicia, CA 94510

Justin M Ridout
100 East Lake Drive
Antioch, CA 94509

Kaitlin L LaPoint
734 First St
Rodeo, CA 94572

Kalani A Ventimiglio
3235 Rockett Dr
Fremont, CA 94538

Keri A. Eagle
5525 Rathdrum Way
Antioch, CA 94531

Kimberly J. Linares
3200 Northwood Dr Apt 308
Concord, CA 94520

Kyle A. Lowe
4281 McDermott Dr
Pittsburg, CA 94565

Lance M. Amato
1035 Marie Ave
Martinez, CA 94553

Lance M.. Amato    **DUP**
1035 Marie Ave
Martinez, CA 94553

Lance P Barahona
26579 Chrishom Ct Apt J
Hayward, CA 94544

Lauren A. Carpoff
30 Pebble Dunes Ct
Las Vegas, NV 89141

Lisa J Douglas
3643 Granzotto Dr.
Concord, CA 94519

Lori A. Stewart
1393 Bynum Way
Oakley, CA 94561

Lorne C Ray
1841 S. Starling Dr.
Gilbert, AZ 85295

Louis L. Jordan
186 Farm Ln
Martinez, CA 94553

Lucas Sandoval
2004 Smith Peak Ct
Antioch, CA 94531

Manual J. Aldana
9262 Picadilly Way Apt A
Anaheim, CA 92801

Marcel A. Murray-Avers
109 Yolo Court
Bay Point, CA 94565

Marcus A. Perry
106 W. 9th Street
Antioch, CA 94509

Mark J. Sullivan
962 Podva Rd
Danville, CA 94526

Mark R. Hughes
4530 Haag Rd
Martinez, CA 94553

Marques M. Scanlan
2986 Chevy Way
San Pablo, CA 94806

Mary C. Walsh
300 Shadowfalls Circle
Martinez, CA 94553

Matthew P. Carpoff
84 Carolina Cherry Dr
Las Vegas, NV 89141

Mauro E. Aguilar
700 Jane Ct
Martinez, CA 94553

Michael C. Krous
989 Rose Dr
Benicia, CA 94510

Michael C. Morano
6801 South Mariposa Ln
Dublin, CA 94568

Michael D. Feliciano
6605 Azorella Ct
Las Vegas, NV 89149

Michael D. Huie    **CHNG**
1120 Buchanan Rd
Antioch, CA 94509

Michael J. Horan    **CHNG**
7436 Rainford Street
Las Vegas, NV 89148

Michael P McCain
445 Edwards St
Crockett, CA 94525

Michael U. Chapman
1461 Astes Dr. Apt 5
Antioch, CA 94509

Miles D. Klein
3647 Walnut Ave
Concord, CA 94519

Mitchell A. Cook
3521 Geneva St
Martinez, CA 94553

Molly L. Hardin
498 Edgefield Pl.
Brentwood, CA 94513

Monica B. Castro
280 Franklin Avenue
Bay Point, CA 94565

Nancy L. Randolph
12550 Marsh Creek Road
Clayton, CA 94517

Nicholas R. DeCarlo
4162 Rita Drive
Martinez, CA 94553

Nichole J. Crawford
4064 Forestview Ave
Concord, CA 94521

Nichole T. Rieger
5172 Equestrian Way
Antioch, CA 94531

Nicole D. Schramm
224 Riverwood Circle
Martinez, CA 94553

Omar M. Yasin
2206 Spyglass Dr.
Brentwood, CA 94513

Oscar D. Saravia
62 Entrada Circle
American Canyon, CA 94503

Patrick J. Rea
137 Dardanelle Ct
Martinez, CA 94553

Paul J. Retta
415 Susana St
Martinez, CA 94553

Paula J. Jordan
186 Farm Lane
Martinez, CA 94553

Paulette L Carpoff
30 Pebble Dunes Ct
Las Vegas, NV 89141

Paulo C. Silva
19 Sodaro Drive
Martinez, CA 94553

Perry L. Grant
403 Saddle Rock Ln.
Rio Vista, CA 94571

Priscilla Amato
1035 Marie Ave
Martinez, CA 94553

Rachel M. Kruger
341 Kingston Ave
Martinez, CA 94553

Rafael O. Ramirez
2 Hill Ct
Hercules, CA 94547

Rafael P Ochoa
2032 Sierra Rd
Concord, CA 94518

Rebecca L. Luthi
3983 Seagull Ct
Discovery Bay, CA 94505

Richard J. Strafella
217 Centocelle Ave
Las Vegas, NV 89183

Richard P. Ficaro
2800 Pacheco St
Concord, CA 94519

Rick A. Mertz
2398 Shady Lane Ave Ext
Kannapolis, NC 28081

Robert A. Karmann
114 Jeffrey Ranch Ct
Clayton, CA 94517

Robert A. Murray
241 Riverwood Circle
Martinez, CA 94553

Robert D Lucero
4808 Meadowbrook Dr
El Sobrante, CA 94803

Robert L. Bennett
4260 Irene Dr
Martinez, CA 94553

Robert L. Bucey
5450 Concord Blvd #P2
Concord, CA 94521

Robert P. Saye III
3023 Brockshire Way
Duluth, GA 30096

Robert V. Amato
1208 Roseann Dr
Martinez, CA 94553

Rollin A. McGhee                    **CHNG**
120 Steinbeck Way Apt. F
Mooresville, NC 28117

Ron C. Fhurong
1801 Castrol St
Martinez, CA 94553

Ryan J. Guidry
980 Oasis Dr.
Concord, CA 94518

Ryon C. Siverling
1290 Brookview Circle
Concord, CA 94520

Samual R. Vargen
269 Donegal Way
Martinez, CA 94553

Samuel D. Barnachia
1302 Waterfall Way
Concord, CA 94521

Sarah E. Creel
250 Arana Drive Apt. C
Martinez, CA 94553

Sean A. Sinderbrand
206 E 2nd Street
Benicia, CA 94510

Sean C. Macias
908 Estudillo St
Martinez, CA 94553

Sebastian Jano
7020 Alder Creek Road
Vallejo, CA 94591

Seth A Lubkeman
5 Foster St
Martinez, CA 94553

Shannon L. Perriera    **BAD**
77 Solano Square #335
Benicia, CA 94510

Shayla M. Hoang
1909 Canyon Oaks Circle
Pittsburg, CA 94565

Sherry L Shirk
3010 Hayman Ave
Vallejo, CA 94591

Sienna J. Strickland
975 Morello Ave
Martinez, CA 94553

Stacy M. Lambott
2922 Soscol Ave Apt 21
Napa, CA 94558

Stephanie A. Adams
900 Roanoake Dr
Martinez, CA 94553

Stephen G. Pelayo-Theressen
5604 White Mountain Ct.
Martinez, CA 94553

Stephen L Martin
55 Havenwood Avenue #A205
Brentwood, CA 94513

Steven J. Sanderson
2310 N. Crest Ave.
Martinez, CA 94553

Steven P. Beal
1 Vintage Ct
Rye Brook, NY 10573

Steven R. Wilde
127 Macklin Dr
Cotati, CA 94931

Terrell J. Hall
279 Crowley Ave
Pittsburg, CA 94565

Theodor M. Karn
19 Marla Dr
American Canyon, CA 94503

Thomas J. Blazer
208 Clifford Ct
Clayton, CA 94517

Thomas M Wimmer
1360 E. 7th Street
Benicia, CA 94510

Thomas W. Briggs
5383 Stonehurst Dr
Martinez, CA 94553

Tracy M. Taylor
212 Tamarisk Circle
Suisun City, CA 94585

Troy A Taliaferro
1057 Veterans Court
Martinez, CA 94553

Tyler M. Aires
1424 Estudillo St
Martinez, CA 94553

Veronica M Tyler
6 Inlet Dr
Bay Point, CA 94565

Vladyslav S. Krotov
217 Lucinda Ln
Pleasant Hill, CA 94523

William Beam III
7763 Radcliff St
Las Vegas, NV 89123

William D. Ivy
2566 Holly View Ct
Martinez, CA 94553

William J. Gehring III
5509 Southbrook Dr
Clayton, CA 94517

William L. Cole
117 St. Nazaire Ct.
Martinez, CA 94553

William T. Anderson
615 D Street
Martinez, CA 94553

Yolanda Miranda
6104 Bellas Artes Circle
San Ramon, CA 94582

**DC Solar Distribution, Inc. - employees**

Alan C. Hansen
754 Sunflower St
Vacaville, CA 95687

Aniceto T. Briones
1716 Andrews Circle
Suisun City, CA 94585

Anthony D. Brunson
2025 S 84th Ave
Tolleson, AZ 85353

Anthony P. Johnson Jr.
1100 Farmington Dr. Apt.# 68
Vacaville, CA 95686

Anthony V. Paoli
15 Pheasant Ridge Dr.
Henderson, NV 89014

Austin K. Barber
437 Orchard View Ave
Martinez, CA 94553

Brandon P. Spencer
2407 W. Darrow St.
Phoenix, AR 85041

Brent T. Reckert  **CHNG**
5269 Bindewald Rd
Torrance, CA 90505

Byron R. Smith
143 Hilborn St #143
Vallejo, CA 94590

Carrie S. Boden  **DUP**
15 Cascada Rancho
Santa Margarita, CA 92688

Charles L. Stanford  **DUP**
431 Gonzaga Ave
Vallejo, CA 94590

Charley E. Etchieson
1015 Feather Court
Cooperopilis, CA 95228

Christopher J. Soper
1909 E. Ray Rd Suite 9-181
Chandler, AZ 85225

Christopher S. Helms
42 2nd Street NW
Concord, NC 28027

Cody C. Pepper  **CHNG**
3267 Phantom Rock St
Las Vegas, NV 89135

Dan N. Schneringer  **CHNG**
1005 Ferry Street #4
Martinez, CA 94553

Daniel P. Ramirez  **CHNG**
1591 Ellis Street #118
Concord, CA 94520

Daniel R. Ruiz  **BAD**
332 Shorline Dr.
Pittsburg, CA 94565

David W. Johnson
8 Corte Del Sol
Benicia, CA 94510

Eugene T. Briones
917 Hareiqun Way
Suisun City, CA 94585

Floyd L. Johnson  **CHNG**
15670 W. Carmen Drive
Surprise, AZ 85374

Hugo A. Paredes
67 Arthur Rd
Martinez, CA 94553

Ian B. Church  **DUP**
125 Near Ct Apt.706
Walnut Creek, CA 94596

Jason D. Rieger  **DUP**
5172 Equestrian Way
Antioch, CA 94531

Jeff L. Price  **DUP**
PO Box 2036
Martinez, CA 94553

John S. Teal
116 Bascom Ct
Greer, SC 29650

Jonathan K. Ray
107 Blue Ridge Trail
Mooresville, NC 28117

Josef W. Pierce
310 Robinson St.
Martinez, CA 94553

Joseph C. Garrett
14610 Freeman Ave
Lawndale, CA 90260

Joseph S. Kupovits
733 Forest Haven Way
Henderson, NV 89011

Justin M. Ridout **DUP**
100 East Lake Drive
Antioch, CA 94509

Kenneth G. Desvernine
2640 Carondelet Court
Concord, CA 94518

Lance M. Amato **DUP**
1035 Marie Ave
Martinez, CA 94553

Mark A. Prest **CHNG**
1907 Winsted Ct
Charlotte, NC 28262-9126

Michael A. Do
2206 Versailles Ct
Las Vegas, NV 89074

Michael A. Newell **BAD**
8840 Country Scene Way #202
Las Vegas, NV 89117

Michael D. Huie **CHNG**
1120 Buchanan Rd
Antioch, CA 94509

Michael E. Lawrence
205 W. Main St
Warsaw, KY 41095

Michael P. Riley II
8777 W. Maule Ave Unit 1157
Las Vegas, NV 89148

Nicholas Al. Esno
6560 Darby Ave
Las Vegas, NV 89146

Oscar A. Jimenez
4051 Calimesa St.
Las Vegas, NV 89115

Paul J. Retta **DUP**
415 Susana St
Martinez, CA 94553

Paulette Carpoff **DUP**
30 Pebble Dunes Ct
Las Vegas, NV 89141

Peter J. Schaaf
35 E. Lakeview Ave
Columbus, OH 43202

Richard J. Strafella
2306 Reading Hills Ave
Henderson, NV 89052

Ricky A. Proctor
5132 S. McMinn Dr
Gilbert, AZ 85298

Robert V. Amato **DUP**
1208 Roseann Dr
Martinez, CA 94553

Robert W. Bello
821 W. Kristal Way
Phoenix, AZ 85027

Ronald H. Stier
4601 W. 142nd St
Hawthorne, CA 90250

Ryan J. Guidry
521 Boyd Rd
Pleasant Hill, CA 94523

Sean C. Macias **DUP**
908 Estudillo St
Martinez, CA 94553

Sean R. Cutolo
9623 Grapeland Ave
Las Vegas, NV 89148

Simon H. Teed
1145 N. Hight Street #703
Columbus, OH 43201

Terrence D. Southern
13808 W. Palo Verde Dr.
Litchfield Park, AZ 85340

Todd L. Rasmussen 
1224 Deerpark Dr #44
Fullerton, CA 92831

Tristan K. Kreager
910 D Street #151383
San Rafael, CA 94915

Wilkyns G. Jimenez
5383 Stonehurst Dr.
Martinez, CA 94553

William T. Anderson **DUP**
615 D Street
Martinez, CA 94553

Yaophuong Liew
824 Scaulp Ln
Suisun City, CA 94585

Zachary T. Christman
21891 Constancia
Mission Viejo, CA 92691

Brent King
**INC**

Dave Bennett
**INC**

Joe Garrett
**INC**

Justin Ridout {WT_7273}
**INC**

Robert Amato {WT_7264}
**INC**

Steve Therssen
**INC**