Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>Debtor. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br><br>Substantively consolidated with:<br><br>\| 19-50130-gs \| DC Solar Solutions, Inc. \|<br>\| 19-50131-gs \| DC Solar Distribution, Inc. \|<br>\| 19-50135-gs \| DC Solar Freedom, Inc. \|<br><br>**DISCLOSURE OF ADDITIONAL CONSULTANT EMPLOYED BY WINCHESTER COUNSULTING GROUP, LLC AS EXPERT CONSULTANT AND WITNESS**<br><br>Hearing Date:  N/A<br>Hearing Time: |

On June 3, 2021, Christina Lovato, chapter 7 trustee ("**Trustee**"), filed her Application to Employ John I. Salomon and Winchester Consulting Group, LLC as Expert Consultant and Witness ("Application"), **[ECF No. 2726]**. The Application was supported by the separately filed Declaration of John I Salomon, **[ECF No. 2727]**. The Application was approved by the Court on July 19, 2021, **[ECF No. 2781]**. Out of an abundance of caution, and pursuant to F.R.Bankr.P. 2014, Winchester Consulting Group, LLC ("**Winchester**") makes the following disclosure.

Lisa B. Penz is a Certified Public Account and a Certified Fraud Examiner with extensive forensic and accounting experience in complex matters and charges $220.00 per hour. The C.V. of Ms. Penz is attached as **Exhibit A**. Ms. Penz has no connections with the Debtors, the Debtors'

1

creditors, any other party in interest or their respective attorneys and accountants, the United States Trustee or any person employed by the office of the United States Trustee.

DATED: September 29, 2021.

**HARTMAN & HARTMAN**

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq., Attorney for
Christina Lovato, Trustee

# EXHIBIT A

# EXHIBIT A

Curriculum Vitae

## LISA B. PENZ
WINCHESTER CONSULTING GROUP, LLC
600 Third Avenue, Second Floor
New York, NY 10016
Direct: 847-217-0477
lpenz@wincongroup.com

### EXPERIENCE

Ms. Penz is an independent contractor and has over 15 years of experience in the areas of accounting, damages, and other fraud and forensic accounting matters. Currently, she provides consulting services to both large and boutique expert consulting firms in Chicago, Illinois. She has extensive forensic and accounting experience in complex matters involving the interpretation and application of accounting and auditing standards (GAAP and GAAS). She has consulted on investigations with complex matters such as revenue recognition, lost profits, and alter-ego indicia that required in depth analyses of financial data and records. She has assisted in the preparation of several expert reports, schedules, and depositions.

In addition to her contracting consulting services, Ms. Penz is an Adjunct Accounting Instructor at Harper College in Palatine, Illinois. In over eight years with Harper College, Ms. Penz has taught numerous accounting courses such as Financial, Managerial, Cost, Auditing, Payroll, and Quickbooks.

Prior to conducting contract consulting services, Ms. Penz was an Associate Director of a national consulting firm in its forensic accounting and litigation consulting practice. She also served as an auditor in the assurance practice of a Big Four accounting firm for a number of years. Her experience includes developing and executing audits for SEC registrants, private companies, and not-for-profit institutions, including internal controls. She has experience with Generally Accepted Government Auditing Standards (GAGAS) including Office of Management and Budget (OMB) Circular A-133, Audits of States, Local Governments, and Non-Profit Organizations. In addition, she has performed agreed upon procedures for multiple non-profit organizations.

Ms. Penz is a Certified Public Accountant and a Certified Fraud Examiner.

### PROFESSIONAL AFFILIATIONS

Accounting Advisory Board, Harper College
Association of Certified Fraud Examiners
National Education Association

### EDUCATION

| | |
|---|---|
| M.S. | Accountancy, University of Illinois, Champaign-Urbana |
| B.S. (with Honors) | Accountancy, University of Illinois, Champaign-Urbana |