| | |
|---|---|
| Jeffrey L. Hartman, Esq. | Michael S. Budwick, Esq. # 938777 - *Admitted Pro Hac Vice* |
| Nevada Bar No. 1607 | Solomon B. Genet, Esq. #617911 - *Admitted Pro Hac Vice* |
| **HARTMAN & HARTMAN** | Gil Ben-Ezra, Esq. #118089 - *Admitted Pro Hac Vice* |
| 510 W. Plumb Lane, Suite B | Alexander E. Brody #1025332 - *Admitted Pro Hac Vice* |
| Reno, NV 89509 | mbudwick@melandbudwick.com |
| T: (775) 324-2800 | sgenet@melandbudwick.com |
| F: (775) 324-1818 | gbenezra@melandbudwick.com |
| notices@bankruptcyreno.com | abrody@melandbudwick.com |
| | **MELAND BUDWICK, P.A.** |
| | 3200 Southeast Financial Center |
| | 200 South Biscayne Boulevard |
| | Miami, Florida 33131 |
| | T: (305) 358-6363 |
| | F: (305) 358-1221 |

*Attorneys for Christina Lovato, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>    Debtor.<br><br>_X_ Affects DC Solar Solutions, Inc.<br>_X_ Affects DC Solar Distribution, Inc.<br>_X_ Affects DC Solar Freedom, Inc.<br>_X_ Affects Double Jump, Inc. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br><br>Substantively consolidated with:<br><br>  19-50130-gs    DC Solar Solutions, Inc.<br>  19-50131-gs    DC Solar Distribution, Inc.<br>  19-50135-gs    DC Solar Freedom, Inc.<br><br>**NOTICE OF ISSUANCE OF SUBPOENA TO PRODUCE DOCUMENTS TO ARI LAUER** |

**TO: ALL INTERESTED PARTIES AND THEIR RESPECTIVE COUNSEL:**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 45(a)(4), Meland Budwick, P.A., attorneys for Christina Lovato, the duly appointed and acting chapter 7 trustee ("***Trustee***"), intends to serve a Subpoena to Produce Documents, Information, or Objects or to Permit

1

1  Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) on Ari Lauer in the form
2  attached as **Exhibit 1**.
3      Dated: October 13, 2021.

                                                          */s/ Alexander E. Brody*
                                                          Alexander E. Brody, Esq., Attorney for
                                                          Christina Lovato, Trustee

# CERTIFICATE OF SERVICE

I certify that on October 13, 2021, I caused to be served the above-named document as indicated below:

✔ a. Via Email on Eugene Illovsky, Esq., at eugene@boersch-illovsky.com;
✔ b. Via ECF to upon the parties listed on the attached **Exhibit 2**; and
✔ b. Via Direct Email to the following parties:

mara@bayareadrainage.com;
taxinfo@tax.cccounty.us;
deboltcivil@earthlink.net;
jqyu1089@yahoo.com;
lesterray420@gmail.com;
rbpainting66@yahoo.com;
cromero@sfandb.com;
ins@stillwater.com;
billing.help@iag.com;
harry.placenti@us.army.mil;
21techlife@gmail.com;
waterbilling@cityofmartinez.org;
fredsfloorcovering@gmail.com;
ctrent@msconstruction.com;
taxcollector@countyofnapa.org;
mail@nativesonslandscaping.com;
shaunrang@sbcglobal.net;
ttccc@solanocounty.com;
rcoff@orkin.com;
pacific_coast_wp@att.net;
dbg@crsrealestate.com;
ar@alpinepowersystems.com;
billing@kmhsystems.com;
ca@ahern.com;
jansen.carl9@gmail.com;
pmaddox@iscmotorsports.com;
erossi@cedantioch.com;
rachel.larrenaga@chargepoint.com;
jworthen@ganassi.com;
tbgna@exide.com;
dcook@kansasspeedway.com;
jfarris@ejmjets.com;
troyv@pacificmetalfab.net;
chassen@richmondraceway.com;
erivera@talladegasuperspeedway.com;
mquall@quallcardot.com; ben.nelson@wexinc.com;

I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 13, 2021.

                               /s/ Alexander E. Brody
                               Alexander E. Brody, Esq.

Case 19-50102-gs    Doc 2899    Entered 10/13/21 13:22:01    Page 4 of 17

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case of Adversary Proceeding (12/15)

# UNITED STATES BANKRUPTCY COURT
District of Nevada

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>Debtor.<br><br>_X_ Affects DC Solar Solutions, Inc.<br>_X_ Affects DC Solar Distribution, Inc.<br>_X_ Affects DC Solar Freedom, Inc.<br>_X_ Affects Double Jump, Inc. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br><br>Substantively consolidated with:<br><br><table><tr><td>19-50130-gs</td><td>DC Solar Solutions, Inc.</td></tr><tr><td>19-50131-gs</td><td>DC Solar Distribution, Inc.</td></tr><tr><td>19-50135-gs</td><td>DC Solar Freedom, Inc.</td></tr></table> |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)**

Ari Lauer
c/o Eugene Illovsky, Esq.
Boersch & Illovsky LLP
1611 Telegraph Avenue, Suite 806
Oakland, CA 94612

☒ *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: **See attached Exhibit A**.

| PLACE:<br>Meland Budwick, P.A.<br>200 S. Biscayne Blvd., Suite 3200<br>Miami, FL 33131 | DATE AND TIME:<br><br>**October 27, 2021 at 10:00 a.m. (ET)** |
|---|---|

☐ *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land or other property possessed or controlled by you at the time, date, location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE: | DATE AND TIME: |
|---|---|

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: October 13, 2021.    CLERK OF COURT         OR

_____       *s/ Alexander E. Brody*
*Signature of Clerk of Deputy Clerk*         *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *Christina Lovato, Chapter 7 Trustee*, who issues or requests this subpoena, is: Alexander E. Brody, Esquire, Florida Bar No. 1025332, abrody@melandbudwick.com MELAND BUDWICK, P.A., 3200 Southeast Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131, Telephone: (305) 358-6363, Telecopy: (305) 358-1221.

Notice to the person who issues or requests this subpoena                    **EXHIBIT 1**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## PROOF OF SERVICE

### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: _____

on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named person as follows:
**VIA EMAIL**
Eugene Illovsky, Esq.
Boersch & Illovsky LLP
1611 Telegraph Avenue, Suite 806
Oakland, CA 94612
eugene@boersch-illovsky.com

☐ I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

  I declare under penalty of perjury that this information is true and correct.

Date:  October 13, 2021.

*s/ Alexander E. Brody*
*Server's signature*

Alexander E. Brody, Attorney
*Printed name and title*

200 S. Biscyane Blvd., Suite 3200, Miami, FL 33131
*Server's address*

Additional information concerning attempted service, etc.:

# Federal Rule of Civil Procedure 45(c), (d), (e), and (g) (Effective 12/1/13)
## (made applicable in bankruptcy cases by Rule 9016, Federal Rules of Bankruptcy Procedure)

**(c) Place of compliance.**

  *(1) For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
      (i) is a party or a party's officer; or
      (ii) is commanded to attend a trial and would not incur substantial expense.

  *(2) For Other Discovery.* A subpoena may command:
    (A) production of documents, or electronically stored information, or things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    (B) inspection of premises, at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  *(1) Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

  *(2) Command to Produce Materials or Permit Inspection.*
    (A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    (B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  *(3) Quashing or Modifying a Subpoena.*
    (A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      (i) fails to allow a reasonable time to comply;
      (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
      (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      (iv) subjects a person to undue burden.
    (B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      (i) disclosing a trade secret or other confidential research, development, or commercial information; or
      (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    (C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      (ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  *(1) Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
    (A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    (B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    (C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    (D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  *(2) Claiming Privilege or Protection.*
    (A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      (i) expressly make the claim; and
      (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    (B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.
…

**(g) Contempt.** The court for the district where compliance is required – and also, after a motion is transferred, the issuing court – may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013)

# EXHIBIT A

## DEFINITIONS AND INSTRUCTIONS

1. All references to any Person (as defined below) shall have the broadest possible interpretation, including all persons and entities, and includes his/her/its employees, agents, servants, subsidiaries, parent company, affiliated company and any other person or entity or Representative (as defined below) acting or purporting to act on behalf or under his/her control.

2. All references to the singular include the plural, and vice versa.

3. "*Debtors*" shall mean those certain debtors in bankruptcy in the Bankruptcy Case, including but not limited to Double Jump, Inc., DC Solar Solutions, Inc., DC Solar Distribution, Inc. and DC Solar Freedom, Inc., and their agents, representatives and professionals including but not limited to Jeff Carpoff, Paulette Carpoff, You in Your capacity as Debtors' counsel, Barry Hacker, Ronald Roach and Robert Karmann.

4. "*Bankruptcy Case*" shall mean the following lead case and all jointly administered cases: *In re Double Jump, Inc.*, Case No. BK-N-19-50102 (Bankr. D. Nev.).

5. "*Communication*" means any oral or written statement, dialogue, colloquy, discussion or conversation, and includes any transfer of thoughts or ideas or data or information, between persons or locations by means of any Documents or by any other means, including but not limited to electronic or similar means.

6. "*Control*" means in Your possession, custody or control or under Your direction, and includes in the possession, custody or control of those under the direction of You or Your employees, subordinates, counsel, accountant, consultant, expert, parent or affiliated corporation, and any person purporting to act on Your behalf.

7.  "*Document*" means any written or graphic matter and other means of preserving thought or expression and all tangible things from which information can be processed or transcribed, <u>including the originals and all non-identical copies</u>, whether different from the original by reason of any notation made on such copy or otherwise, including, but not limited to, correspondence, emails, memoranda, notes, messages, letters, telegrams, teletype, telefax, bulletins, meetings or other communications, inter-office and intra-office telephone calls, diaries, chronological data, minutes, books, reports, studies, summaries, pamphlets, bulletins, printed matter, charts, ledgers, invoices, worksheets, receipts, returns, computer printouts, prospectuses, financial statements, schedules, affidavits, contracts, canceled checks, statements, transcripts, statistics, surveys, magazine or newspaper articles, releases (<u>and any and all drafts, alterations or modifications, changes and amendments of any of the foregoing</u>), graphic or aural records or representations of any kind (including without limitation, photographs, microfiche, microfilm, videotape, records and motion pictures) and electronic, mechanical or electric records or representations of any kind (including without limitation, tapes, cassettes, discs and records). For the avoidance of doubt, Document includes but is not limited to all Communications.

8.  The terms "*Related to*", "*Relate to*", or "*Relating to*" shall mean directly or indirectly, refer to, reflect, describe, pertain to, arise out of or in connection with, or in any way legally, logically, or factually be connected with the matter discussed.

9.  "*Representative*" means any and all agents, employees, servants, officers, directors, attorneys, or other persons acting or purporting to act on behalf of the person in question.

10. The words "*and*" and "*or*" as used herein shall be construed either disjunctively or conjunctively as required by the context to bring within the scope of these Requested Documents any answer that might be deemed outside their scope by another construction.

11. "*You*" or "*Your*" refers to Ari Lauer including his employees, agents, servants, and other persons acting or purporting to act on his behalf, including his Representative (as defined above).

12. "*Funds*" refers to:

   a. Solar Eclipse Investment Fund, LLC;
   b. Solar Eclipse Investment Fund III, LLC;
   c. Solar Eclipse Investment Fund IV, LLC
   d. Solar Eclipse Investment Fund V, LLC;
   e. Solar Eclipse Investment Fund VI, LLC;
   f. Solar Eclipse Investment Fund VII, LLC;
   g. Solar Eclipse Investment Fund VIII, LLC;
   h. Solar Eclipse Investment Fund IX, LLC;
   i. Solar Eclipse Investment Fund X, LLC;
   j. Solar Eclipse Investment Fund XI, LLC;
   k. Solar Eclipse Investment Fund XII, LLC;
   l. Solar Eclipse Investment Fund XIII, LLC;
   m. Solar Eclipse Investment Fund XIV, LLC;
   n. Solar Eclipse Investment Fund XV, LLC;
   o. Solar Eclipse Investment Fund XVI, LLC;
   p. Solar Eclipse Investment Fund XVII, LLC;
   q. Solar Eclipse Investment Fund XVIII, LLC;
   r. Solar Eclipse Investment Fund XIX, LLC;
   s. Solar Eclipse Investment Fund XX, LLC;
   t. Solar Eclipse Investment Fund XXI, LLC;
   u. Solar Eclipse Investment Fund XXII, LLC;
   v. Solar Eclipse Investment Fund XXIII, LLC;
   w. Solar Eclipse Investment Fund XXIV, LLC;
   x. Solar Eclipse Investment Fund XXV, LLC;
   y. Solar Eclipse Investment Fund XXVI, LLC;
   z. Solar Eclipse Investment Fund XXVII, LLC;
   aa. Solar Eclipse Investment Fund XXVIII, LLC;
   bb. Solar Eclipse Investment Fund XXIX, LLC;
   cc. Solar Eclipse Investment Fund XXX, LLC;
   dd. Solar Eclipse Investment Fund XXXI, LLC;
   ee. Solar Eclipse Investment Fund XXXII, LLC;
   ff. Solar Eclipse Investment Fund XXXIII, LLC;

     gg. Solar Eclipse Investment Fund XXXIV, LLC;
     hh. Solar Eclipse Investment Fund XXXV, LLC;
     ii. USB DC Solar Fund I, LLC;
     jj. USB DC Solar Fund II, LLC;
     kk. King Solarman (Indion) Fund I, LLC;
     ll. King Solarman (Indion) Fund II, LLC;
     mm. King Solarman (Indion) Fund III, LLC;
     nn. King Solarman (Indion) Fund IV, LLC;
     oo. Site Solar (FedOK) Fund I, LLC; and
     pp. Site Solar (FedOK) Fund II, LLC;

or any other investment fund, joint venture, project, or entity created, established, or used for the purpose of purchasing mobile solar generators from, or leasing or subleasing mobile solar generators to, the Debtors.

13. When producing the Documents, please keep all Documents segregated by the file in which the Documents are contained and indicate the name of the file in which the Documents are contained, and the name of the Documents being produced.

14. When producing the required Documents, please produce all other Documents that are clipped, stapled or otherwise attached to any requested Document.

15. In the event such file(s) or Document(s) has (have) been removed, either for the purpose of this action or for some other purpose, please state the name and address of the person who removed the file, the title of the file and each subfile, if any, maintained within the file, and the present location of the file.

16. If any Document to be produced has been destroyed or is otherwise incapable of production, state: (a) the date, place and means of the destruction; (b) the name and address of each person deciding upon, participating in and having knowledge of the destruction; (c) the reason for the destruction; and (d) if not destroyed, the reason why the Document is incapable of production.

17. Each draft, final Document, original, reproduction, and each signed and unsigned Document and every additional copy of such Document where such copy contains any commentary, note, notation or other change whatsoever that does not appear on the original or on the copy of the one Document produced shall be deemed and considered to constitute a separate Document.

18. If any of the Documents encompassed by the attached request for production of Documents is/are deemed by You to be privileged, furnish all non-privileged Documents and provide a log outlining all Documents claimed as privileged which includes: (a) the type of privilege claimed for each Document; (b) a brief description of the Document; (c) the author of the Document sufficient to identify it; (d) the recipient (if any); (e) the date of the Document.

19. When appropriate, the singular form of a word should be interpreted in the plural as may be necessary to bring within the scope hereof any Documents which might otherwise be construed to be outside the scope hereof.

20. In addition to Documents currently in Your possession, custody or control, You are to produce all Documents within the scope of these requests that are not currently in Your possession, custody or control but can be obtained through reasonable effort.

21. This request calls for the production of all electronic Documents and electronically stored information (ESI) responsive to the requests below, including but not limited to e-mails and any related attachments, electronic files, or other data compilations that relate to the categories of Documents requested below. Your search for these electronically stored Documents shall include all of Your computer hard drives, floppy discs, compact discs, backup and archival tapes, removable media such as zip drives, password protected and encrypted files, databases, electronic calendars, personal digital assistants, iPhones, smart

phones, tablets, iPads, proprietary software, and inactive or unused computer disc storage areas.

Unless otherwise specified in a specific request, all ESI shall be produced in the format described below:

## Production of Electronically Stored Information (ESI)
## FORM OF PRODUCTION

The Trustee requests that all ESI (electronically stored information) be produced as single-page Tagged Image File Format ("TIFF" or ".tiff") images with accompanying load files as reflected below:

ESI is to be produced (printed and loaded) in 300DPI resolution or greater, Group IV Monochrome Tagged Image File Format (.TIFF or .tiff) files in single-page format, with native files and word searchable OCR/extracted text (Optical Character Recognized – *i.e.* searchable text). Load files will be provided in a Concordance-type (.DAT) format including a separate load file for loading of OCR/Extracted text files. The text file containing the OCR/Extracted Text shall be produced in single page format with the name corresponding to its associated image. It should also be in the same folder as the tiff images. Color pages should be produced as color JPEG images.

Redacted Documents shall be produced in 300DPI Group IV Monochrome Tagged Image File Format (.TIFF or .tiff) files without native files or redacted information. Metadata for redacted files shall be produced. Metadata which discloses the content of redacted information may be withheld.

**General Deliverable Requirements**

- **Load File Names:** All load files should be named with a consistent naming convention
- **Directory Counts:** All folders should have a maximum file count of 1,000 files per folder

**Data Load File**

- **Load File Type:** .DAT
- **Header:** First line should be a header row identifying the fields contained in the file
- **Fields:** May contain any number of metadata fields
- **Dates:** Date Fields should be provided as MM/DD/YYYY
- **File Paths:** May contain Native or Text File Paths where available*[1]
- **Encoding:**

---

[1] A Native Load File is unnecessary if paths are embedded in the Data Load File.

    ASCII
    Unicode
    Unicode (Big-Endian)
    Unicode (UTF-8)

- **Delimiters:**

| Delimiter | Character | ASCII Value |
|---|---|---|
| Comma |  | (020) |
| Quote | Þ | (254) |
| Newline | ® | (174) |
| Multi-Value | ; | (059) |

- **Example File:**

**Image Load File**
- **Load File Type:** .OPT
- **Image File Type:**
    Black and White: Single Page Group IV TIFF
    Color: JPEG
- **File Naming:** Image Files should be named to match the Page Identifier
- **Fields:** Not all of the below fields are required, but each must be represented in the file

| Field | Is Required | Details |
|---|---|---|
| ImageID | Yes | Image Page Identifier |
| Volume | No | Image Page Identifier |
| Image File Path | Yes | Path to the Image File |
| Document Break | Yes | Populated with a Y wherever a new Document begins |
| Folder Break | No |  |
| Box Break | No |  |
| PageCount | Yes |  |

- **Example File:**

**Native Files**
- **Load File Type:** .CSV
- **File Naming:** Native files should be named to match the Document Identifier
- **Fields:** Document Identifier and Native File Path
- **Example File:**

**Text Files**
- **Load File Type:** No load file required
- **Text File Type:** Extracted Text or OCR text files at a Document level or Page Level

- **File Naming:**
    Document Level Files – Text files should be named to match the Document Identifier
    Page Level Files – Text files should be named to match the Page Identifier

The following fields, including metadata, will be produced: (Metadata is defined as "unaltered metadata that exists at the time of collection").

| Field | Field Description |
|---|---|
| BEGDOC | Beginning Bates or Document id |
| ENDDOC | Ending Bates or Document id |
| BEGATTACH | Beginning Bates or Document id of attachment |
| ENDATTACH | Ending Bates or Document id of attachment |
| Name | Document name |
| FileTypeDescription | Document Type Description |
| Extension | File extension |
| Author | Document author |
| Custodian Name | Custodian (Last, First) |
| Source | Source |
| DateCreated | Date created |
| DateModified | Date Modified |
| Document Type | Document Type |
| Email Recipient To | To (Name + email) |
| Email Recipient Cc | CC (Name + email) |
| Email Recipient Bcc | BCC (Name + email) |
| Email Sender | Sender (Name + email) |
| Email Sent Time | Date email sent (Sort field) |
| Email Subject | Subject of email |
| MD5Hash | Hash_Code |
| Native Relative Path | Native link |

## **DOCUMENTS REQUESTED**

1. All Documents and Communications, other than privileged communications with Your personal counsel, Related to the Debtors.

2. All Communications between You and each of the Debtors and any of the Debtors' representatives and agents, including but not limited to Debtors' internal and external professionals such as attorneys, accountants, advisors, and consultants.

3. All Documents and Communications Related to Jeff or Paulette Carpoff or any members of their family.

4. All Documents and Communications You produced (i) to any party in any litigation, court proceeding, or (ii) in response to any subpoena from December 18, 2018 to present.

5. All of the Debtors' client materials and property, including correspondence, pleadings, deposition transcripts, experts' reports and other writings, exhibits, and physical evidence, whether in tangible, electronic or other form, and other items reasonably necessary to the Debtors' representation, whether the Debtors have paid for them or not.

# Mailing Information for Case 19-50102-gs

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **SETH J. ADAMS** sadams@woodburnandwedge.com, mlopez@woodburnandwedge.com
- **GREG ADDINGTON** greg.addington@usdoj.gov, christi.dyer@usdoj.gov;danielle.bleecker@usdoj.gov
- **MEGAN M. ADEYEMO** madeyemo@gordonrees.com, asoto@grsm.com
- **SALLIE B ARMSTRONG** sarmstrong@mcdonaldcarano.com, mhale@mcdonaldcarano.com
- **SIMON ARON** saron@wrslawyers.com
- **BRETT A. AXELROD** baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com
- **GIL BEN-EZRA** gbenezra@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **ALEXANDER E. BRODY** abrody@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com;mrbnefs@yahoo.com
- **OGONNA M. BROWN** OBrown@lrrc.com, nlord@lewisroca.com,ogonna-brown-4984@ecf.pacerpro.com,pgrijalva@lewisroca.com
- **LOUIS M. BUBALA** lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com;tcarpitcher@kcnvlaw.com
- **MICHAEL S. BUDWICK** mbudwick@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com
- **CHRISTOPHER PATRICK BURKE** attycburke@charter.net
- **CANDACE C CARLYON** ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com
- **JEFFREY D. CAWDREY** jcawdrey@gordonrees.com
- **ROBERT M. CHARLES** rcharles@lewisroca.com, BankruptcyNotices@lewisroca.com,robert-charles-1072@ecf.pacerpro.com
- **DAVID ERNESTO CHAVEZ** chavezd@ballardspahr.com, LitDocket_West@ballardspahr.com
- **DAWN M. CICA** dcica@carlyoncica.com, nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.c
- **WILLIAM D COPE** william@copebklaw.com, r64042@notify.bestcase.com
- **EDWARD A. CORMA** ecorma@cooperlevenson.com
- **TIMOTHY S. CORY** tcory@crdslaw.com, creade@crdslaw.com
- **TRICIA M. DARBY** tricia@darbylawpractice.com, kad@darbylawpractice.com
- **MICHAEL A DIGIACOMO** saltlakedocketclerk@ballardspahr.com;paredesr@ballardspahr.com;hartt@ballardspahr.com
- **JAMIE P. DREHER** jdreher@downeybrand.com, mfrazier@downeybrand.com;reno@downeybrand.com
- **VAN C. DURRER** van.durrer@skadden.com
- **RICHARD W. ESTERKIN** resterkin@morganlewis.com
- **LARS EVENSEN** lkevensen@hollandhart.com, vlarsen@hollandhart.com;krcole@hollandhart.com
- **THOMAS H. FELL** tfell@fclaw.com, clandis@fclaw.com;CourtFilings@fennemorelaw.com
- **ASHLEY N. FELLONA** ashley.fellona@saul.com, Janice.Mast@saul.com
- **MARTIN L FINEMAN** martinfineman@dwt.com, ExternalForwardUSBC_NEVADA@dwt.com
- **ELIZABETH A. FLETCHER** efletcher@fletcherlawgroup.com, edendary@fletcherlawgroup.com
- **ROBERT C. FOLLAND** rob.folland@btlaw.com
- **KIAH T. FORD** chipford@parkerpoe.com
- **FRANCHISE TAX BOARD (cc)** BKClaimConfirmation@ftb.ca.gov, kevin.hutty@ftb.ca.gov
- **DONALD L. GAFFNEY** dgaffney@swlaw.com
- **SOLOMON B. GENET** sgenet@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com
- **FRANK C. GILMORE** fgilmore@rssblaw.com, mdavis@rssblaw.com
- **MICHAEL J GOMEZ** mgomez@frandzel.com, dmoore@frandzel.com
- **REW R. GOODENOW** ecf@parsonsbehle.com, rgoodenow@parsonsbehle.com
- **TALITHA B. GRAY KOZLOWSKI** tgray@brg.legal, bknotices@gtg.legal
- **ELIZABETH A. GREEN** egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- **JAMES D. GREENE** jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
- **ALLEN J. GUON** aguon@cozen.com, allen-guon-6333@ecf.pacerpro.com;cknez@cozen.com
- **STEPHEN R HARRIS** steve@harrislawreno.com, hannah@harrislawreno.com;norma@harrislawreno.com
- **JEFFREY L HARTMAN** notices@bankruptcyreno.com, abg@bankruptcyreno.com
- **PAYMON HIFAI** phifai@hornerlawgroup.com
- **RICHARD F. HOLLEY** rholley@nevadafirm.com, apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
- **RICK R. HSU** rhsu@mclrenolaw.com, hmotta@mcllawfirm.com
- **CHRISTOPHER D. HUGHES** chughes@nossaman.com
- **BRIAN R. IRVINE** birvine@dickinsonwright.com, mreel@dickinsonwright.com;cgrinstead@dickinsonwright.com;RN_litdocket@dickinsonwright.com
- **NEAL R. JACOBSON** jacobsonn@sec.gov
- **MATTHEW L. JOHNSON** annabelle@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com;kelcie@mjohnsonlaw.com
- **PAUL J. JOHNSON** pjohnson@diemerwei.com
- **NATHAN G. KANUTE** nkanute@swlaw.com, mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;ljtaylor@swlaw.com
- **GREGORY ALAN KRAEMER** GKRAEMER@COOPERLEVENSON.COM, gdillingham@cooperlevenson.com
- **BORIS KUKSO** boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- **MARY LANGSNER** mlangsner@nevadafirm.com, oswibies@nevadafirm.com;apestonit@nevadafirm.com;rholley@nevadafirm.com;mvanheuvelen@nevadafirm.com
- **BART K. LARSEN** BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com
- **ROBERT S. LARSEN** rlarsen@grsm.com, gangulo@grsm.com;wwong@grsm.com;WL_LVSupport@grsm.com;sowens@grsm.com;kkao@grsm.com;jschneringer@grsm.com
- **ANDREW V. LAYDEN** alayden@bakerlaw.com, orlbankruptcy@bakerlaw.com
- **CECILIA LEE** efletcher@fletcherlawgroup.com, edendary@fletcherlawgroup.com
- **ALEXANDER J. LEWICKI** alewicki@diemerwei.com
- **CHRISTINA W. LOVATO** trusteelovato@att.net, NV26@ecfcbis.com
- **TIMOTHY A LUKAS** ecflukast@hollandhart.com
- **EDWARD M. MCDONALD** edward.m.mcdonald@usdoj.gov
- **JEANETTE E. MCPHERSON** bkfilings@s-mlaw.com
- **EDMOND BUDDY MILLER** bmiller@buddymillerlaw.com, jepker@buddymillerlaw.com
- **ALI M. M. MOJDEHI** amojdehi@btlaw.com, jgertz@btlaw.com;arego@btlaw.com
- **JAMES C. MOON** jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com
- **MELANIE D MORGAN** Melanie.morgan@akerman.com, akermanlas@akerman.com

**EXHIBIT 2**

- **ASHLEY C NIKKEL**  anikkel@parsonsbehle.com, rshaffer@parsonsbehle.com
- **WILLIAM M. NOALL**  bknotices@gtg.legal, wnoall@gtg.legal
- **TRACY M. O'STEEN**  tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com
- **RICHARD A. OSHINSKI**  Rick@OshinskiForsberg.com, Linda@OshinskiForsberg.com
- **DONNA T PARKINSON**  donna@parkinsonphinney.com
- **PAUL J PASCUZZI**  ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- **KEVIN C. PAULE**  kpaule@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com
- **MICHAEL RYAN PINKSTON**  rpinkston@seyfarth.com, jmcdermott@seyfarth.com;sfocalendar@seyfarth.com
- **MATTHEW W. QUALL**  mquall@quallcardot.com
- **JACK A. RAISNER**  jar@outtengolden.com
- **DONALD A. REA**  don.rea@saul.com
- **R. CHRISTOPHER READE**  creade@crdslaw.com, agilbreath@crdslaw.com;earthur@crdslaw.com;jshafer@crdslaw.com
- **JULIE HOPE ROME-BANKS**  Julie@bindermalter.com
- **RENE' S ROUPINIAN**  rsr@raisnerroupinian.com, Jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com
- **JOHN M. SAMBERG**  jsamberg@wrslawyers.com, efilingjms@wrslawyers.com
- **THERESE SCHEUER**  scheuert@sec.gov
- **SAMUEL A. SCHWARTZ**  saschwartz@nvfirm.com, ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com
- **BRIAN D. SHAFFER**  brian.shaffer@msrlegal.com, karen.wigylus@msrlegal.com
- **CONNOR H. SHEA**  cshea@bhfs.com, wcosby@bhfs.com
- **JAMES PATRICK SHEA**  jshea@shea.law, blarsen@shea.law;support@shea.law
- **PATRICK J SHEEHAN**  psheehan@fclaw.com, tday@fclaw.com
- **PAUL STEVEN SINGERMAN**  singerman@bergersingerman.com
- **DANIEL H. SLATE**  dslate@buchalter.com, smartin@buchalter.com
- **PETER J. SMITH**  peterjsmith@att.net
- **STEPHEN PAUL SORENSEN**  ssorensen@tafsattorneys.com
- **HOLLY S STOBERSKI**  hstoberski@duanemorris.com, AutoDocketLV@duanemorris.com;jldailey@duanemorris.com
- **KEVIN M. SUTEHALL**  ksutehall@foxrothschild.com, dloffredo@foxrothschild.com
- **T-MOBILE USA, INC. (sb)**  BankruptcyGroup@T-Mobile.com
- **AMY N. TIRRE**  amy@amytirrelaw.com, admin@amytirrelaw.com
- **U.S. TRUSTEE - RN - 7**  USTPRegion17.RE.ECF@usdoj.gov
- **DAVID F. WAGUESPACK**  Waguespack@carverdarden.com, plaisance@carverdarden.com
- **MARTIN L. WELSH**  mwelsh@lvlaw.com, k.bratton@hayesandwelsh.onmicrosoft.com;nv.ecf@aislegaltrac.com
- **HANNAH E. WINSTON**  hwinston@rssblaw.com, cobrien@rssblaw.com
- **RYAN A. WITTHANS**  rwitthans@fhlawllp.com
- **CONSTANCE L. YOUNG**  clyoung2014@gmail.com
- **MATTHEW C. ZIRZOW**  mzirzow@lzlawnv.com, carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com