DIEMER & WEI, LLP
Kathryn S. Diemer (Admitted *Pro Hac Vice*)
55 S Market Street Suite 1420
San Jose, CA 95113
Telephone: 408-971-6270
Facsimile: 408-971-6271
Email: kdiemer@diemerwei.com

CHRISTOPHER P. BURKE & ASSOCIATES
Christopher P. Burke (NV Bar No. 4093)
702 Plumas St.
Reno, NV 89509
Telephone: 775-333-9277
Fascimile: 702-385-7986
Email: attycburke@charter.net

*Counsel for King Solarman, Inc.*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>Debtor.<br><br>_X_ Affects DC Solar Solution, Inc.<br>_X_ Affects DC Solar Distribution, Inc.<br>_X_ Affects DC Solar Freedom, Inc.<br>_X_ Affects Double Jump, Inc. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br><br>Substantively consolidated with:<br><br>\| 19-50130-gs \| DC Solar Solutions, Inc. \|<br>\| 19-50131-gs \| DC Solar Distribution, Inc. \|<br>\| 19-50135-gs \| DC Solar Freedom, Inc. \|<br><br>**CERTIFICATE OF SERVICE OF OPPOSITION TO TRUSTEE'S MOTION TO ESTABLISH PROTOCOL FOR PRODUCTION OF DOCUMENTS**<br><br>**Hearing Date: October 26, 2021**<br>**Hearing Time: 9:30 a.m.** |

**CERTIFICATE OF SERVICE**

I certify that on October 12, 2021, I caused to be served the documents titled "OPPOSITION TO TRUSTEE'S MOTION TO ESTABLISH PROTOCOL FOR PRODUCTION OF DOCUMENTS" and "DECLARATION OF KATHRYN DIEMER IN SUPPORT OF KING SOLARMAN, INC.'S OPPOSITION TO TRUSTEE'S MOTION TO ESTABLISH PROTOCOL FOR PRODUCTION OF DOCUMENTS" via ECF to the Parties listed below:

- SETH J. ADAMS    sadams@woodburnandwedge.com, jgoff@woodburnandwedge.com
- GREG ADDINGTON greg.addington@usdoj.gov, christi.dyer@usdoj.gov;danielle.bleecker@usdoj.gov
- MEGAN M. ADEYEMO    madeyemo@gordonrees.com, asoto@grsm.com
- SALLIE B ARMSTRONG    sarmstrong@mcdonaldcarano.com, mhale@mcdonaldcarano.com
- SIMON ARON    saron@wrslawyers.com
- BRETT A. AXELROD    baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com
- GIL BEN-EZRA    gbenezra@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.c ourtdrive.com
- OGONNA M. BROWN    OBrown@lrrc.com, KPimentel@lrrc.com,nlord@lewisroca.com,ogonna-brown- 4984@ecf.pacerpro.com
- LOUIS M. BUBALA lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
- MICHAEL S BUDWICK    mbudwick@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;ltannenbaum@ecf.courtdrive.com;ltannenbaum@ ecf.courtdrive.com
- CHRISTOPHER PATRICK BURKE    attycburke@charter.net
- CANDACE C CARLYON    ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@c arlyoncica.com
- JEFFREY D. CAWDREY    jcawdrey@grsm.com, sdurazo@grsm.com;madeyemo@grsm.com
- ROBERT M. CHARLES    rcharles@lewisroca.com, BankruptcyNotices@lewisroca.com,robert-charles- 1072@ecf.pacerpro.com
- DAWN M. CICA    dcica@carlyoncica.com, nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tost een@carlyoncica.com;3342887420@filings.docketbird.com
- WILLIAM D COPE    william@copebklaw.com, r64042@notify.bestcase.com
- EDWARD A. CORMA    ecorma@cooperlevenson.com
- TIMOTHY S. CORY tcory@crdslaw.com, creade@crdslaw.com
- TRICIA M. DARBY    tricia@darbylawpractice.com, kad@darbylawpractice.com
- MICHAEL A DIGIACOMO    digiacomom@ballardspahr.com, saltlakedocketclerk@ballardspahr.com;paredesr@ballardspahr.com;hartt@ballardspahr.com
- JAMIE P. DREHER    jdreher@downeybrand.com, mfrazier@downeybrand.com;reno@downeybrand.com

1
CERTIFICATE OF SERVICE FOR OPPOSITION TO MOTION TO ESTABLISH PROTCOL FOR PRODUCTION OF DOCUMENTS

- VAN C. DURRER    van.durrer@skadden.com
- RICHARD W. ESTERKIN    resterkin@morganlewis.com
- LARS EVENSEN    lkevensen@hollandhart.com, cabowman@hollandhart.com;krcole@hollandhart.com
- THOMAS H. FELL    tfell@fclaw.com, clandis@fclaw.com;CourtFilings@fennemorelaw.com
- ASHLEY N. FELLONA    ashley.fellona@saul.com, Janice.Mast@saul.com
- MARTIN L FINEMAN    martinfineman@dwt.com, ExternalForwardUSBC_NEVADA@dwt.com
- ELIZABETH A. FLETCHER    efletcher@fletcherlawgroup.com, edendary@fletcherlawgroup.com
- ROBERT C. FOLLAND    rob.folland@btlaw.com
- KIAH T. FORD    chipford@parkerpoe.com
- FRANCHISE TAX BOARD (cc)    BKClaimConfirmation@ftb.ca.gov, kevin.hutty@ftb.ca.gov
- DONALD L. GAFFNEY    dgaffney@swlaw.com
- SOLOMON B. GENET    sgenet@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;ltannenbaum@ecf.courtdrive.com
- FRANK C. GILMORE    fgilmore@rssblaw.com, mdavis@rssblaw.com
- MICHAEL J GOMEZ mgomez@frandzel.com, dmoore@frandzel.com
- REW R. GOODENOW    ecf@parsonsbehle.com, rgoodenow@parsonsbehle.com
- TALITHA B. GRAY KOZLOWSKI tgray@brg.legal, bknotices@gtg.legal
- ELIZABETH A. GREEN    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- JAMES D. GREENE    jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
- ALLEN J. GUON    aguon@cozen.com, allen-guon-6333@ecf.pacerpro.com;cknez@cozen.com
- STEPHEN R HARRIS    steve@harrislawreno.com, hannah@harrislawreno.com;norma@harrislawreno.com
- JEFFREY L HARTMAN    notices@bankruptcyreno.com, abg@bankruptcyreno.com
- PAYMON HIFAI    phifai@hornerlawgroup.com
- RICHARD F. HOLLEY    rholley@nevadafirm.com, apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm. com
- RICK R. HSU rhsu@mclrenolaw.com, hmotta@mcllawfirm.com
- CHRISTOPHER D. HUGHES    chughes@nossaman.com
- BRIAN R. IRVINE    birvine@dickinsonwright.com, mreel@dickinsonwright.com;cgrinstead@dickinsonwright.com;RN_litdocket@dickinsonwright.com
- NEAL R. JACOBSON    jacobsonn@sec.gov
- MATTHEW L. JOHNSON    annabelle@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com;maria@mjohnsonlaw.com;sbode@mjohnsonlaw.com
- PAUL J. JOHNSON    pjohnson@diemerwei.com
- NATHAN G. KANUTE    nkanute@swlaw.com, mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;jstevenson@swlaw.com;ljtaylor@swlaw.co m
- GREGORY ALAN KRAEMER    GKRAEMER@COOPERLEVENSON.COM, gdillingham@cooperlevenson.com
- BORIS KUKSO    boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov

CERTIFICATE OF SERVICE FOR OPPOSITION TO MOTION TO ESTABLISH PROTCOL FOR PRODUCTION OF DOCUMENTS

- MARY LANGSNER  mlangsner@nevadafirm.com, oswibies@nevadafirm.com;apestonit@nevadafirm.com;rholley@nevadafirm.com;mvanheuvelen@nevadafir m.com
- BART K. LARSEN    BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com
- ROBERT S. LARSEN    rlarsen@grsm.com, gangulo@grsm.com;wwong@grsm.com;WL_LVSupport@grsm.com;sowens@grsm.com;kkao@grsm.com;j schneringer@grsm.com
- ANDREW V. LAYDEN    alayden@bakerlaw.com, orlbankruptcy@bakerlaw.com
- CECILIA LEE    efletcher@fletcherlawgroup.com, edendary@fletcherlawgroup.com
- ALEXANDER J. LEWICKI  alewicki@diemerwei.com
- CHRISTINA W. LOVATO    trusteelovato@att.net, NV26@ecfcbis.com
- TIMOTHY A LUKAS    ecflukast@hollandhart.com
- EDWARD M. MCDONALD  edward.m.mcdonald@usdoj.gov
- JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com
- EDMOND BUDDY MILLER    bmiller@buddymillerlaw.com, jepker@buddymillerlaw.com
- ALI M. M. MOJDEHI    amojdehi@btlaw.com, jgertz@btlaw.com;arego@btlaw.com
- JAMES C. MOON    jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;ltannenbaum@ecf.courtdrive.com
- MELANIE D MORGAN    Melanie.morgan@akerman.com, akermanlas@akerman.com
- ASHLEY C NIKKEL  anikkel@parsonsbehle.com, rshaffer@parsonsbehle.com
- WILLIAM M. NOALL    bknotices@gtg.legal, wnoall@gtg.legal
- TRACY M. O'STEEN    tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com
- RICHARD A. OSHINSKI    Rick@OshinskiForsberg.com, Linda@OshinskiForsberg.com
- DONNA T PARKINSON    donna@parkinsonphinney.com
- PAUL J PASCUZZI    ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- KEVIN C. PAULE    kpaule@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;ltannenbaum@ecf.courtdrive.com
- MICHAEL RYAN PINKSTON    rpinkston@seyfarth.com, jmcdermott@seyfarth.com;sfocalendar@seyfarth.com
- MATTHEW W. QUALL    mquall@quallcardot.com
- JACK A. RAISNER  jar@outtengolden.com
- DONALD A. REA    don.rea@saul.com
- R. CHRISTOPHER READE  creade@crdslaw.com, agilbreath@crdslaw.com;earthur@crdslaw.com;jshafer@crdslaw.com
- JULIE HOPE ROME-BANKS    Julie@bindermalter.com
- RENE' S ROUPINIAN    rsr@raisnerroupinian.com, Jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com
- JOHN M. SAMBERG    jsamberg@wrslawyers.com, efilingjms@wrslawyers.com
- THERESE SCHEUER    scheuert@sec.gov
- SAMUEL A. SCHWARTZ    saschwartz@nvfirm.com, ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com
- BRIAN D. SHAFFER brian.shaffer@msrlegal.com, karen.wigylus@msrlegal.com
- CONNOR H. SHEA  cshea@bhfs.com, wcosby@bhfs.com

3
CERTIFICATE OF SERVICE FOR OPPOSITION TO MOTION TO ESTABLISH PROTCOL FOR PRODUCTION OF DOCUMENTS

- JAMES PATRICK SHEA    jshea@shea.law, blarsen@shea.law;support@shea.law
- PATRICK J SHEEHAN    psheehan@fclaw.com, tday@fclaw.com
- PAUL STEVEN SINGERMAN    singerman@bergersingerman.com
- DANIEL H. SLATE    dslate@buchalter.com, smartin@buchalter.com
- PETER J. SMITH    peterjsmith@att.net
- STEPHEN PAUL SORENSEN    ssorensen@tafsattorneys.com
- HOLLY S STOBERSKI    hstoberski@duanemorris.com, AutoDocketLV@duanemorris.com;jldailey@duanemorris.com
- KEVIN M. SUTEHALL    ksutehall@foxrothschild.com, dloffredo@foxrothschild.com
- T-MOBILE USA, INC. (sb)    BankruptcyGroup@T-Mobile.com
- AMY N. TIRRE    amy@amytirrelaw.com, admin@amytirrelaw.com
- U.S. TRUSTEE - RN - 7    USTPRegion17.RE.ECF@usdoj.gov
- DAVID F. WAGUESPACK    Waguespack@carverdarden.com, plaisance@carverdarden.com
- MARTIN L. WELSH    mwelsh@lvlaw.com, k.bratton@hayesandwelsh.onmicrosoft.com;nv.ecf@aislegaltrac.com
- HANNAH E. WINSTON    hwinston@rssblaw.com, cobrien@rssblaw.com
- RYAN A. WITTHANS    rwitthans@fhlawllp.com
- CONSTANCE L. YOUNG    clyoung2014@gmail.com
- MATTHEW C. ZIRZOW    mzirzow@lzlawnv.com, carey@lzlawnv.com;trish@lzlawnv.com;allison@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.co m

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 13, 2021

/s/ Kathryn S. Diemer

Kathryn S. Diemer

4
CERTIFICATE OF SERVICE FOR OPPOSITION TO MOTION TO ESTABLISH PROTCOL FOR PRODUCTION OF DOCUMENTS