Rick R. Hsu (NV Bar No. 5374)
Maupin Cox LeGoy
4785 Caughlin Parkway
Reno, Nevada 89519
Tel.: (775) 827-2000
Fax: (775) 827-2185
Email: rhsu@mcllawfirm.com

*Attorneys for International Speedway Corporation*

Donald A. Rea (admitted *pro hac vice*)
Ashley N. Fellona (admitted *pro hac vice*)
Saul Ewing Arnstein & Lehr LLP
500 East Pratt Street, Suite 900
Baltimore, MD 21202
Tel.:   (410) 332-8680
        (410) 332-8701
Fax:   (410) 332-8862
Email: don.rea@saul.com
        ashley.fellona@saul.com

Mark R. Owens (admitted *pro hac vice*)
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Tel.:   (317) 236-1313
Fax:   (317) 231-7433
Email: mark.owens@btlaw.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>DOUBLE JUMP, INC.,<br><br>Debtors.<br><br>■  Affects All Debtors<br>☐  Affects Double Jump, Inc.<br>☐  Affects DC Solar Solutions, Inc.<br>☐  Affects DC Solar Distribution, Inc.<br>☐  Affects DC Solar Freedom, Inc. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br><br>Jointly Administered with:<br><br>{table}|

| 19-50130-gs | DC Solar Solutions, Inc. |
|---|---|
| 19-50131-gs | DC Solar Distribution, Inc. |
| 19-50135-gs | DC Solar Freedom, Inc. |

**MOTION FOR EXTENSION OF DEADLINE TO FILE REPLY BRIEF IN SUPPORT OF TRUSTEE'S MOTION TO ESTABLISH PROTOCOL FOR PRODUCTION OF DOCUMENTS (DKT. NO. 2796)**

International Speedway Corporation ("**ISC**"), by and through its counsel, hereby respectfully requests an extension of time, up to and including October 26, 2021, to file a brief reply in support of the Motion to Establish Protocol for Production of Documents (Dkt. No. 2796) (the "Motion") filed by Christina W. Lovato, in her capacity as the chapter 7 trustee ("Trustee")

to be heard at the hearing scheduled for October 28, 2021. ISC wishes to address in its brief reply, and to be heard at the hearing set for October 28, 2021, how the Motion, and the protocol proposed therein, ensures compliance with the Stipulation and Protective Order Regarding Production of Documents (Dkt. 1787) between ISC and the Trustee. This Motion is not imposed for purposes of delay and will not otherwise effect any filings regarding the Motion or the hearing to be held October 28, 2021.

ISC respectfully requests that it be granted an extension up to and including October 26, 2021, to file a brief reply in support of the Motion.

Dated: October 21, 2021                    Respectfully Submitted,

/s/ *Rick R. Hsu*
Rick R. Hsu (NV Bar No. 5374)
Maupin Cox LeGoy
4785 Caughlin Parkway
Reno, Nevada 89519
Tel.: (775) 827-2000
Fax: (775) 827-2185
Email: rhsu@mcllawfirm.com

Donald A. Rea (admitted *pro hac vice*)
Ashley N. Fellona (admitted *pro hac vice*)
Saul Ewing Arnstein & Lehr LLP
500 East Pratt Street, Suite 900
Baltimore, MD 21202
Tel.: (410) 332-8680
(410) 332-8701
Fax: (410) 332-8862
Email: don.rea@saul.com
ashley.fellona@saul.com

Mark R. Owens (admitted *pro hac vice*)
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Tel.: (317) 236-1313
Fax: (317) 231-7433
Email: mark.owens@btlaw.com

CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Maupin, Cox & LeGoy and that on the 21st day of October 2021, I caused to be served a true and correct copy of the within document in the following manner:

    X (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

    ☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

    ☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

    ☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

                                                                                       */s/Heather Motta*
                                                                                                  Employee