NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:  
DOUBLE JUMP, INC.

BK−19−50102−gs  
CHAPTER 7

Debtor(s)

NOTICE OF DOCKETING ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *2928* – Verified Petition for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court. Jeffrey R. Dutson Fee Amount $250. VP Follow−up Date 11/12/2021 Filed by MEGAN M. ADEYEMO on behalf of TRUIST EQUIPMENT FINANCE CORP. FKA SUNTRUST EQUIPMENT FINANCE & LEASING CORP. (Attachments: # 1 Good Standing) (ADEYEMO, MEGAN) |
| | *2929* – Designation of Local Counsel Filed by MEGAN M. ADEYEMO, ROBERT S. LARSEN on behalf of TRUIST EQUIPMENT FINANCE CORP. FKA SUNTRUST EQUIPMENT FINANCE & LEASING CORP. (Related document(s)2928 Verified Petition/Pro Hac Vice filed by Creditor TRUIST EQUIPMENT FINANCE CORP. FKA SUNTRUST EQUIPMENT FINANCE & LEASING CORP.) (ADEYEMO, MEGAN) |
| | *2930* – Verified Petition for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court. Mark M. Maloney Fee Amount $250. VP Follow−up Date 11/12/2021 Filed by MEGAN M. ADEYEMO on behalf of TRUIST EQUIPMENT FINANCE CORP. FKA SUNTRUST EQUIPMENT FINANCE & LEASING CORP. (Attachments: # 1 Good Standing) (ADEYEMO, MEGAN) |
| | *2931* – Designation of Local Counsel Filed by MEGAN M. ADEYEMO, ROBERT S. LARSEN on behalf of TRUIST EQUIPMENT FINANCE CORP. FKA SUNTRUST EQUIPMENT FINANCE & LEASING CORP. (Related document(s)2930 Verified Petition/Pro Hac Vice filed by Creditor TRUIST EQUIPMENT FINANCE CORP. FKA SUNTRUST EQUIPMENT FINANCE & LEASING CORP.) (ADEYEMO, MEGAN) |
| Filed On: | 10/28/21 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:

\*   Bankruptcy Debtor(s)
\*   Case Number(s)

Dated: 10/29/21

*Mary A. Schott*
Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at <u>https://www.nvb.uscourts.gov</u>**