NVB 10–2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–19–50102–gs |
| DOUBLE JUMP, INC. | CHAPTER 7 |
| Debtor(s) | ORDER GRANTING VERIFIED PETITION |

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by JEFFREY R. DUTSON is **GRANTED**.

Dated: 10/29/21

*/s/ Mary A. Schott*

Mary A. Schott
Clerk of Court