Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com

*Attorney for Christina Lovato, Chapter 7 Trustee*

Michael S. Budwick, Esq.
Florida Bar No. 938777 (admitted pro hac)
mbudwick@melandbudwick.com
Solomon B. Genet, Esq.
Florida Bar No. 617911(admitted pro hac)
sgenet@melandbudwick.com
Gil Ben-Ezra, Esq.
Florida Bar No. 118089 (admitted pro hac)
gbenezra@melandbudwick.com
Alexander E. Brody, Esq.
Florida Bar No. 1025332 (admitted pro hac)
abrody@melandbudwick.com
**MELAND BUDWICK, P.A.**
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
T: (305) 358-6363
F: (305) 358-1221

*Attorneys for Christina Lovato, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>Debtor.<br><br>_X_ Affects DC Solar Solutions, Inc.<br>_X_ Affects DC Solar Distribution, Inc.<br>_X_ Affects DC Solar Freedom, Inc.<br>_X_ Affects Double Jump, Inc. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br><br>Jointly Administered with:<br><br>\| 19-50130-gs \| DC Solar Solutions, Inc. \|<br>\| 19-50131-gs \| DC Solar Distribution, Inc. \|<br>\| 19-50135-gs \| DC Solar Freedom, Inc. \|<br><br>**RE-NOTICE OF VIDEOTAPED RULE 2004 EXAMINATION OF AHERN RENTALS, INC.** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 2004 and the *Order Granting Ex Parte Motion for Rule 2004 Examination of Ahern Rentals, Inc.* [ECF No. 1673], Christina Lovato, Chapter 7 trustee ("***Trustee***"), will, by agreement, take the examination of AHERN RENTALS, INC. through Cory Rosencranse, its designated representative, who consents to testify on its behalf with respect to the topics set forth in Exhibit

1

on <u>November 30, 2021 at 9:00 am PST / 12:00 pm EST</u> via Veritext Legal Solutions, upon oral examination, before a Notary Public or other officer authorized by law to administer oaths ("**2004 Examination**").

Unless otherwise indicated in a subsequent court filing, the 2004 Examination shall take place remotely via video-conference pursuant to the terms described in the *Order Granting Motion to Establish Protocols to Safely, Fairly and Efficiently Conduct F.R.B.P. 2004 Oral Examinations as a Result of COVID-19* ("**Protocol Order**") [ECF No. 1831] (a copy of which is attached as Exhibit 2).[1]

The Trustee shall be responsible for scheduling the 2004 Examination with Veritext Legal Solutions. All parties shall take all reasonable steps to ensure compliance with the terms set forth in the Protocol Order.

Notice is further given that unless the parties agree or the court orders otherwise, the deposition will be recorded by video and stenographic means pursuant to FRCP 30. In the event the deposition is recorded by means other than written transcription, at the time of introduction and/or filing of such recording, a written transcription of the deposition shall be presented to the Court.

Counsel for the Trustee shall use his best efforts to limit the 2004 Examination of its witness to 1 day for 7 hours (exclusive of off-the-record breaks); however, the oral examination will continue from day-to-day until completed if necessary.

Dated: November 10, 2021.

/s/ Solomon B. Genet (Admitted Pro Hac Vice)
Solomon B. Genet, Esq., (FL Bar 617911)
200 S. Biscayne Blvd., Suite 3200
Miami, FL 33131
Telephone: (305) 358-6363
Facsimile: (305) 358-1221
*Attorney for Christina Lovato, Chapter 7 Trustee*

---

[1] Counsel for Examinee was served a copy of the Protocol Order.

2

# CERTIFICATE OF SERVICE

I certify that on November 10, 2021, I caused to be served the above-named document as indicated below:

✔ a. Via ECF to upon the parties listed on the attached <u>Exhibit 3</u>:

✔ b. Via Direct Email to Mark J. Connot, Esq., mconnot@foxrothschild.com and the following:

mara@bayareadrainage.com;
taxinfo@tax.cccounty.us;
deboltcivil@earthlink.net;
jqyu1089@yahoo.com;
lesterray420@gmail.com;
rbpainting66@yahoo.com;
cromero@sfandb.com;
billing.help@iag.com;
harry.placenti@us.army.mil;
21techlife@gmail.com;
waterbilling@cityofmartinez.org;
fredsfloorcovering@gmail.com;
ctrent@msconstruction.com;
taxcollector@countyofnapa.org;
mail@nativesonslandscaping.com;
shaunrang@sbcglobal.net;
ttccc@solanocounty.com;
rcoff@orkin.com;
pacific_coast_wp@att.net;
dbg@crsrealestate.com;
ar@alpinepowersystems.com;
billing@kmhsystems.com;
ca@ahern.com;
jansen.carl9@gmail.com;
pmaddox@iscmotorsports.com;
erossi@cedantioch.com;
rachel.larrenaga@chargepoint.com;
jworthen@ganassi.com;
tbgna@exide.com;
dcook@kansasspeedway.com;
jfarris@ejmjets.com;
troyv@pacificmetalfab.net;
chassen@richmondraceway.com;
erivera@talladegasuperspeedway.com;
mquall@quallcardot.com;
ben.nelson@wexinc.com;

I declare under penalty of perjury that the foregoing is true and correct.

DATED: November 10, 2021.

    */s/ Solomon B. Genet*
Solomon B. Genet, Esq.

# **<u>EXHIBIT 1</u>**

# TOPICS
(all capitalized terms are defined Below)

1. The relationship between You and DC Solar, including but not limited to transactions and contemplated transactions, limited to the time frame from January 1, 2014 through February 3, 2019.

2. The transfer of monies between You and DC Solar, including the purpose of those transfers, limited to the time frame from January 1, 2014 through February 3, 2019.

3. The relationship between You and (1) Solar Eclipse Fund IX and (2) Efficient Energy Distribution, Inc., limited to the time frame from January 1, 2014 through February 3, 2019.

4. Your knowledge of interactions between Your employees' affiliated entities, including but not limited to Ahern AD, LLC and Xtreme Manufacturing, LLC, and DC Solar, the Funds or Jeffrey Carpoff, limited to the time frame from January 1, 2014 through February 3, 2019.

5. Evan Ahern's role with You and his interactions with DC Solar, the Funds or Jeffrey Carpoff.

**Definitions**

1. All references to any person shall have the broadest possible interpretation, including all persons and entities, and includes his/her/its employees, agents, servants, subsidiaries, parent company, affiliated company and any other person or entity or Representative (as defined below) acting or purporting to act on behalf or under his/her control.

2. All references to the singular include the plural, and vice versa.

3. "*Debtors*" or "*DC Solar*" shall mean those certain debtors in bankruptcy in the Bankruptcy Case, including but not limited to Double Jump, Inc., DC Solar Solutions, Inc., DC Solar Distribution, Inc. and DC Solar Freedom, Inc., and their agents, representatives and professionals including but not limited to Jeffrey Carpoff, Paulette Carpoff, Ronald Roach, Mike Horan, Dan Briggs and Robert Karmann.

4. "*Bankruptcy Case*" shall mean the following lead case and all jointly administered cases: *In re Double Jump, Inc.*, Case No. BK-N-19-50102 (Bankr. D. Nev.).

5. "*Communication*" means any oral or written statement, dialogue, colloquy, discussion or conversation, and includes any transfer of thoughts or ideas or data or information, between persons or locations by means of any Documents or by any other means, including but not limited to electronic or similar means.

6. "*Control*" means in your possession, custody or control or under your direction, and includes in the possession, custody or control of those under the direction of you or your employees, subordinates, counsel, accountant, consultant, expert, parent company or affiliated corporation, and any person purporting to act on your behalf.

7. "*Document*" means any written or graphic matter and other means of preserving thought or expression and all tangible things from which information can be processed or

transcribed, <u>including the originals and all non-identical copies</u>, whether different from the original by reason of any notation made on such copy or otherwise, including, but not limited to, correspondence, emails, memoranda, notes, messages, letters, telegrams, teletype, telefax, bulletins, meetings or other communications, inter-office and intra-office telephone calls, diaries, chronological data, minutes, books, reports, studies, summaries, pamphlets, bulletins, printed matter, charts, ledgers, invoices, worksheets, receipts, returns, computer printouts, prospectuses, financial statements, schedules, affidavits, contracts, canceled checks, statements, transcripts, statistics, surveys, magazine or newspaper articles, releases (<u>and any and all drafts, alterations or modifications, changes and amendments of any of the foregoing</u>), graphic or aural records or representations of any kind (including without limitation, photographs, microfiche, microfilm, videotape, records and motion pictures) and electronic, mechanical or electric records or representations of any kind (including without limitation, tapes, cassettes, discs and records). For the avoidance of doubt, Document includes but is not limited to all Communications.

8. The terms "***Related to***", "***Relate to***", or "***Relating to***" shall mean directly or indirectly, refer to, reflect, describe, pertain to, arise out of or in connection with, or in any way legally, logically, or factually be connected with the matter discussed.

9. "***Representative***" means any and all agents, employees, servants, officers, directors, attorneys, or other persons acting or purporting to act on behalf of the person in question.

10. The words "***and***" and "***or***" as used herein shall be construed either disjunctively or conjunctively as required by the context to bring within the scope of this 2004 Examination any answer that might be deemed outside their scope by another construction.

11. "***You***" or "***Your***" or "***Ahern Rentals, Inc***." refers to Ahern Rentals, Inc., including any person or entity employed by or acting as an agent of Ahern Rentals, Inc., its employees,

agents, servants, and other persons acting or purporting to act on behalf of Ahern Rentals, Inc., including any Representative (as defined above).

    12.    "***Funds***" refers to:

    a. Solar Eclipse Investment Fund, LLC;
    b. Solar Eclipse Investment Fund III, LLC;
    c. Solar Eclipse Investment Fund IV, LLC
    d. Solar Eclipse Investment Fund V, LLC;
    e. Solar Eclipse Investment Fund VI, LLC;
    f. Solar Eclipse Investment Fund VII, LLC;
    g. Solar Eclipse Investment Fund VIII, LLC;
    h. Solar Eclipse Investment Fund IX, LLC;
    i. Solar Eclipse Investment Fund X, LLC;
    j. Solar Eclipse Investment Fund XI, LLC;
    k. Solar Eclipse Investment Fund XII, LLC;
    l. Solar Eclipse Investment Fund XIII, LLC;
    m. Solar Eclipse Investment Fund XIV, LLC;
    n. Solar Eclipse Investment Fund XV, LLC;
    o. Solar Eclipse Investment Fund XVI, LLC;
    p. Solar Eclipse Investment Fund XVII, LLC;
    q. Solar Eclipse Investment Fund XVIII, LLC;
    r. Solar Eclipse Investment Fund XIX, LLC;
    s. Solar Eclipse Investment Fund XX, LLC;
    t. Solar Eclipse Investment Fund XXI, LLC;
    u. Solar Eclipse Investment Fund XXII, LLC;
    v. Solar Eclipse Investment Fund XXIII, LLC;
    w. Solar Eclipse Investment Fund XXIV, LLC;
    x. Solar Eclipse Investment Fund XXV, LLC;
    y. Solar Eclipse Investment Fund XXVI, LLC;
    z. Solar Eclipse Investment Fund XXVII, LLC;
    aa. Solar Eclipse Investment Fund XXVIII, LLC;
    bb. Solar Eclipse Investment Fund XXIX, LLC;
    cc. Solar Eclipse Investment Fund XXX, LLC;
    dd. Solar Eclipse Investment Fund XXXI, LLC;
    ee. Solar Eclipse Investment Fund XXXII, LLC;
    ff. Solar Eclipse Investment Fund XXXIII, LLC;
    gg. Solar Eclipse Investment Fund XXXIV, LLC;
    hh. Solar Eclipse Investment Fund XXXV, LLC;
    ii. USB DC Solar Fund I, LLC;
    jj. USB DC Solar Fund II, LLC;
    kk. King Solarman (Indion) Fund I, LLC;
    ll. King Solarman (Indion) Fund II, LLC;
    mm. King Solarman (Indion) Fund III, LLC;
    nn. King Solarman (Indion) Fund IV, LLC;

    oo. Site Solar (FedOK) Fund I, LLC; and
    pp. Site Solar (FedOK) Fund II, LLC;

_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
May 08, 2020

_____

| | |
|---|---|
| Jeffrey L. Hartman, Esq.<br>Nevada Bar No. 1607<br>**HARTMAN & HARTMAN**<br>510 W. Plumb Lane, Suite B<br>Reno, NV 89509<br>T: (775) 324-2800<br>F: (775) 324-1818<br>notices@bankruptcyreno.com<br>Attorney for Christina Lovato,<br>Chapter 7 Trustee | Michael S. Budwick (Admitted *Pro Hac Vice*)<br>Solomon B. Genet (Admitted *Pro Hac Vice*)<br>**Meland Russin & Budwick, P.A.**<br>200 S. Biscayne Blvd, Suite 3200<br>Miami, FL 33131<br>T: (305) 358-6363<br>F: (305) 358-1221<br>mbudwick@melandrussin.com<br>sgenet@melandrussin.com |

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>      Debtor.<br><br>X Affects DC Solar Solutions, Inc.<br>X Affects DC Solar Distribution, Inc.<br>X Affects DC Solar Freedom, Inc.<br>X Affects Double Jump, Inc. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br><br>Jointly Administered with:<br><br>\| 19-50130-gs \| DC Solar Solutions, Inc. \|<br>\| 19-50131-gs \| DC Solar Distribution, Inc. \|<br>\| 19-50135-gs \| DC Solar Freedom, Inc. \|<br><br>**ORDER GRANTING MOTION TO ESTABLISH PROTOCOLS TO SAFELY, FAIRLY AND EFFICIENTLY CONDUCT F.R.B.P. 2004 ORAL EXAMINATIONS AS A RESULT OF COVID-19**<br><br>**Hearing Date:** April 30, 2020<br>**Hearing Time:** 9:30 a.m. |

1

**EXHIBIT 2**

  This matter came before the Court on April 30, 2020 at 9:30 a.m. The Court reviewed the Omnibus Motion to Establish Protocols to Safely, Fairly, and Efficiently Conduct Federal Rules of Bankruptcy Procedure Rule 2004 Oral Examinations as a Result of COVID-19, filed by Christina Lovato ("Trustee"), as chapter 7 trustee ("Motion") **[ECF No. 1734]**; the Trustee's reply in support of the Motion ("Reply") **[ECF No. 1795]**; Solarmore's[1] joinder in support of the Motion **[ECF No. 1790]**; the oppositions to the Motion filed by KeyBank and SolarSense[2] (together, the "Oppositions") **[ECF Nos. 1770 & 1778]**; T-Mobile's[3] response to the Motion **[ECF No. 1781]**; and SolarSense's limited response to T-Mobile's response **[ECF No. 1788]**. In addition, the Court has been advised that the Trustee, SolarSense, and KeyBank have reached a consensual resolution regarding the Oppositions. Finding good cause exists to grant the requested relief, pursuant to this Court's inherent authority and Section 105 of the Bankruptcy Code:

  **IT IS ORDERED** that the Motion is **GRANTED**, the Oppositions are **OVERRULED AS RESOLVED**, and the following protocols ("R. 2004 Protocols") for the Trustee's taking of oral R. 2004 examinations shall apply in these Bankruptcy Cases:

1. The Trustee shall state in the notice of taking the oral R. 2004 Examination ("2004 Examination") that (a) the 2004 Examination will occur by video-conference; and (b) the Trustee will be responsible for scheduling the proposed 2004 Examination with Veritext. The Trustee shall have primary responsibility for arrangements for the 2004 Examination with Veritext.

2. The Trustee shall serve a copy of this Order on the examinee, except where the examinee has communicated in writing to the Trustee that counsel should be served in the examinee's stead.

3. Within five (5) business days of service of the Rule 2004 subpoena, the Trustee and the examinee (through counsel if appropriate) shall meet and confer ("Conference") to discuss and resolve: (1) a date and time for the 2004 Examination, which shall not be unilaterally

---

[1] "Solarmore" shall mean Solarmore Management Services, Inc.

[2] "KeyBank" shall mean KeyBank National Association. "SolarSense" shall mean SolarSense DCS I, LLC.

[3] "T-Mobile" shall mean T-Mobile USA, Inc.

2

set prior to the Conference; (2) any logistical issues; and (3) coordination with Veritext to utilize its remote-deposition platform.[4]

4. Each party to the 2004 Examination shall, at a reasonable time prior to the scheduled 2004 Examination, take steps to ensure that its visual and audio connection to Veritext's remote-deposition platform is sufficient on the day of examination, including by ensuring that it has access to (1) a computer with: (i) an internet connection with no less than 5 Mega-bit-per-second upload and download speed; and (ii) functioning web-camera; and (2) a land-line telephone to transmit audio to the Veritext platform during the 2004 Examination. However, if a land-line is unavailable then a mobile phone connection will suffice.

5. At least one week before the scheduled 2004 Examination, each party and its counsel shall test its ability to connect, and upload exhibits, to the Veritext remote-deposition platform. The Trustee shall cause instructions to be provided for such a test, upon a party's request.

6. All parties shall act in good faith to fulfill the letter and spirit of these R. 2004 Protocols. In the event that any issues in connection with a specific 2004 Examination or these R. 2004 Protocols cannot be resolved consensually, subject to the Court's availability, the parties shall have the right to seek a telephonic hearing with this Court on an expedited basis.

7. In the event that an examinee's camera stops working, the Trustee shall have the right to decide whether to continue to conduct the 2004 Examination solely via telephone or reschedule. The date for any such re-scheduling shall be coordinated with the examinee's counsel. Any decision by the Trustee to continue with an examination by telephone only shall not be cause for taking a second examination of the examinee.

8. The examinee shall take all reasonable steps to ensure its attorney is able to access the remote-deposition platform. And while examinees and their counsel are required to cooperate in obtaining access to and usage of the Veritext platform, if they encounter difficulties in doing so, the Trustee will be responsible to assist in addressing and resolving such difficulties.

9. Veritext's remote-deposition platform provides counsel with the opportunity to engage in private communications with their clients. Neither the examinee nor its counsel may use that private-communication mechanism or any other electronic means of communication while the 2004 Examination is ongoing to confer except during a recess, and only to the extent and subject to the parameters allowable by law. Counsel for an examinee may make reasonable requests for recesses, including those to discuss whether a question is subject to privilege, as customary in non-remote Rule 2004 examinations, which recesses shall be granted, as customary in non-remote Rule 2004 examinations.

---

[4] The Trustee and T-Mobile have agreed on May 27, 2020 as the date for the T-Mobile examination. If for any reason the examination date is changed, the parties will mutually work in good faith to agree on a new date and will not unilaterally serve a new notice of examination or subpoena.

3

10. Subject to confidentiality or other restrictions on the subject matter of any specific 2004 Examination, a creditor may remotely participate in a 2004 Examination for the sole purpose of observing. Any creditor seeking to do so must advise Trustee's counsel and the examinee (through counsel if appropriate) at least ten (10) days prior to the date of the scheduled 2004 Examination. Any such creditor shall bear sole responsibility for ensuring that it has the technical capacity to attend and may attend as a passive observer, not an active participant.

11. For the avoidance of doubt, all other matters related to the 2004 Examinations shall be governed by the Federal Rules of Bankruptcy Procedure.

Further, if a party other than the Trustee seeks to take a 2004 Examination, the R. 2004 Protocols would equally apply to that party, subject to applicable law including that party's right to utilize R. 2004.

Further, any 2004 Examination conducted in accord with these R. 2004 Protocols will have been conducted before an appropriate officer so long as that officer attended the 2004 Examination via the same remote means (e.g., telephone conference call or video conference) used to connect all other remote participants, and so long as all participants (including the officer) can clearly hear and be heard by all other participants.

Further, nothing in the R. 2004 Protocols prevents an examinee and its counsel from electing to be in the same location for a 2004 Examination, including at such time when social distancing restrictions, formal or informal, are lifted or modified.

Further, this Court grants T-Mobile's requests #11, 12, 13 and 14 contained in T-Mobile's response to the Motion, as follows:

12. Any party who files a paper affecting the Rule 2004 examination of T-Mobile shall serve such paper on its counsel, Martin L. Fineman, Davis Wright Tremaine LLP, 505 Montgomery Street, Suite 800, San Francisco, California 94111-6533, telephone: (415) 276-6500, e-mail: martinfineman@dwt.com, or through the Court's ecf system.

13. In keeping with Fed. R. Bank. P. 2004, Fed. R. Bank. P. 9016, and Fed. R. Civ. P. 45, the Trustee shall pay all witness, mileage, and other requested fees to T-Mobile in connection with the Rule 2004 examination of T-Mobile, subject to a reasonableness standard, and shall pay any increased expenses of T-Mobile resulting from the examination proceeding via Veritext rather than in-person, subject to a reasonableness standard.

14. Unless otherwise stipulated or ordered by the Court, the Rule 2004 Examination of T-Mobile is limited to one day of not more than seven hours of examination.

1    Further, this Court has exclusive jurisdiction to hear and decide matters related to the application of and compliance with the R. 2004 Protocols.

Further, the oral 2004 Examination of SolarSense shall take place on July 14, 2020 in Valley Forge, Pennsylvania and the oral 2004 Examination of KeyBank shall take place on July 16, 2020 in Philadelphia, Pennsylvania. These 2004 Examinations shall take place remotely in the event social distancing restrictions remain in place at the time.

Further, unless otherwise stipulated by SolarSense or ordered by the Court, counsel for the Trustee shall use his best efforts to limit the 2004 Examinations of its witness to 1 day of 7 hours (exclusive of off-the-record breaks) and unless otherwise stipulated by KeyBank or ordered by the Court, counsel for the Trustee shall use his best efforts to limit the 2004 Examinations of its witness to 1 day of 7 hours (exclusive of off-the-record breaks).

Respectfully Submitted By:

Michael S. Budwick, Esquire (Admitted *Pro Hac Vice*)
(FL Bar No. 938777)
**Meland Russin & Budwick, P.A.**
200 S. Biscayne Blvd, Suite 3200
Miami, FL 33131
T: (305) 358-6363
F: (305) 358-1221
mbudwick@melandrussin.com


Approved By:

**Stevens & Lee, P.C.**
Robert Lapowsky, Esq.
Attorneys for SolarSense DCS I, LLC

**Duane Morris LLP**
Holly S. Stoberski, Esq.
Attorneys for KeyBank National Association

**Davis Wright Tremaine LLP**
Martin L. Fineman, Esq.
Attorneys for Non-Party T-Mobile USA, Inc.

####

5

**ALTERNATIVE METHOD Re: RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_ The court has waived the requirement set forth in LR 9021(b)(1).

\_\_\_\_\_ No party appeared at the hearing or filed an objection to the paper.

__X__ I have delivered a copy of the proposed order to all counsel who appeared at the hearing, any trustee appointed in this case and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below.

*Trustee's Counsel:*

__X__ Prepared / Approved the form of this order

\_\_\_\_\_ Waived the right to review the order and/or

\_\_\_\_\_ Appeared at the hearing, waived the right to review the order

\_\_\_\_\_ Matter unopposed, did not appear at the hearing, waived the right to review the order

\_\_\_\_\_ Disapproved the form of this order

\_\_\_\_\_ Did not respond to the paper

*U.S. Trustee:*

\_\_\_\_\_ Approved the form of this order

\_\_\_\_\_ Disapproved the form of this order

\_\_\_\_\_ Waived the right to review the order and/or

\_\_\_\_\_ Did not respond to the paper

__X__ Did not appear at the hearing or object to the paper

\_\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

Submitted by:
**Meland Russin & Budwick, P.A.**
/s/ *Michael S. Budwick*
Michael S. Budwick, Esquire (Admitted *Pro Hac Vice*)
(FL Bar No. 938777)

6

## Mailing Information for Case 19-50102-gs

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **SETH J. ADAMS**    sadams@woodburnandwedge.com, mlopez@woodburnandwedge.com
- **GREG ADDINGTON**    greg.addington@usdoj.gov, christi.dyer@usdoj.gov;danielle.bleecker@usdoj.gov
- **MEGAN M. ADEYEMO**    madeyemo@gordonrees.com, asoto@grsm.com
- **SALLIE B ARMSTRONG**    sarmstrong@mcdonaldcarano.com, mhale@mcdonaldcarano.com
- **SIMON ARON**    saron@wrslawyers.com
- **BRETT A. AXELROD**    baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com
- **GIL BEN-EZRA**    gbenezra@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **ALEXANDER E. BRODY**    abrody@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com;mrbnefs@yahoo.com
- **OGONNA M. BROWN**    OBrown@lrrc.com, nlord@lewisroca.com,ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com
- **LOUIS M. BUBALA**    lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;bsheehan@kcnvlaw.com
- **MICHAEL S. BUDWICK**    mbudwick@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com
- **CHRISTOPHER PATRICK BURKE**    attycburke@charter.net
- **CANDACE C CARLYON**    ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com
- **JEFFREY D. CAWDREY**    jcawdrey@gordonrees.com
- **ROBERT M. CHARLES**    rcharles@lewisroca.com, BankruptcyNotices@lewisroca.com,robert-charles-1072@ecf.pacerpro.com
- **DAVID ERNESTO CHAVEZ**    chavezd@ballardspahr.com, LitDocket_West@ballardspahr.com
- **DAWN M. CICA**    dcica@carlyoncica.com, nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.c
- **WILLIAM D COPE**    william@copebklaw.com, r64042@notify.bestcase.com
- **EDWARD A. CORMA**    ecorma@cooperlevenson.com
- **TIMOTHY S. CORY**    tcory@crdslaw.com, creade@crdslaw.com
- **TRICIA M. DARBY**    tricia@darbylawpractice.com, kad@darbylawpractice.com
- **MICHAEL A DIGIACOMO**    saltlakedocketclerk@ballardspahr.com;paredesr@ballardspahr.com;hartt@ballardspahr.com
- **JAMIE P. DREHER**    jdreher@downeybrand.com, mfrazier@downeybrand.com;reno@downeybrand.com
- **VAN C. DURRER**    van.durrer@skadden.com
- **RICHARD W. ESTERKIN**    resterkin@morganlewis.com
- **LARS EVENSEN**    lkevensen@hollandhart.com, vlarsen@hollandhart.com;krcole@hollandhart.com
- **THOMAS H. FELL**    tfell@fclaw.com, clandis@fclaw.com;CourtFilings@fennemorelaw.com
- **ASHLEY N. FELLONA**    ashley.fellona@saul.com, Janice.Mast@saul.com
- **MARTIN L FINEMAN**    martinfineman@dwt.com, ExternalForwardUSBC_NEVADA@dwt.com
- **ELIZABETH A. FLETCHER**    efletcher@fletcherlawgroup.com, edendary@fletcherlawgroup.com
- **ROBERT C. FOLLAND**    rob.folland@btlaw.com
- **KIAH T. FORD**    chipford@parkerpoe.com
- **FRANCHISE TAX BOARD (cc)**    BKClaimConfirmation@ftb.ca.gov, kevin.hutty@ftb.ca.gov
- **DONALD L. GAFFNEY**    dgaffney@swlaw.com
- **SOLOMON B. GENET**    sgenet@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com
- **FRANK C. GILMORE**    fgilmore@rssblaw.com, mdavis@rssblaw.com
- **MICHAEL J GOMEZ**    mgomez@frandzel.com, dmoore@frandzel.com
- **REW R. GOODENOW**    ecf@parsonsbehle.com, rgoodenow@parsonsbehle.com
- **TALITHA B. GRAY KOZLOWSKI**    tgray@brg.legal, bknotices@gtg.legal
- **ELIZABETH A. GREEN**    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- **JAMES D. GREENE**    jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
- **ALLEN J. GUON**    aguon@cozen.com, allen-guon-6333@ecf.pacerpro.com;cknez@cozen.com
- **STEPHEN R HARRIS**    steve@harrislawreno.com, hannah@harrislawreno.com;norma@harrislawreno.com
- **JEFFREY L HARTMAN**    notices@bankruptcyreno.com, abg@bankruptcyreno.com
- **PAYMON HIFAI**    phifai@hornerlawgroup.com
- **RICHARD F. HOLLEY**    rholley@nevadafirm.com, apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
- **RICK R. HSU**    rhsu@mclrenolaw.com, hmotta@mcllawfirm.com
- **CHRISTOPHER D. HUGHES**    chughes@nossaman.com
- **BRIAN R. IRVINE**    birvine@dickinsonwright.com, mreel@dickinsonwright.com;cgrinstead@dickinsonwright.com;RN_litdocket@dickinsonwright.com
- **NEAL R. JACOBSON**    jacobsonn@sec.gov
- **MATTHEW L. JOHNSON**    annabelle@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com;kelcie@mjohnsonlaw.com
- **PAUL J. JOHNSON**    pjohnson@diemerwei.com
- **NATHAN G. KANUTE**    nkanute@swlaw.com, mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;ljtaylor@swlaw.com
- **GREGORY ALAN KRAEMER**    GKRAEMER@COOPERLEVENSON.COM, gdillingham@cooperlevenson.com
- **BORIS KUKSO**    boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- **MARY LANGSNER**    mlangsner@nevadafirm.com, oswibies@nevadafirm.com;rholley@nevadafirm.com;mvanheuvelen@nevadafirm.com
- **BART K. LARSEN**    BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com
- **ROBERT S. LARSEN**    rlarsen@grsm.com, gangulo@grsm.com;wwong@grsm.com;WL_LVSupport@grsm.com;sowens@grsm.com;kkao@grsm.com;jschneringer@grsm.com
- **ANDREW V. LAYDEN**    alayden@bakerlaw.com, orlbankruptcy@bakerlaw.com
- **CECILIA LEE**    efletcher@fletcherlawgroup.com, edendary@fletcherlawgroup.com
- **ALEXANDER J. LEWICKI**    alewicki@diemerwei.com
- **CHRISTINA W. LOVATO**    trusteelovato@att.net, NV26@ecfcbis.com
- **TIMOTHY A LUKAS**    ecflukast@hollandhart.com
- **EDWARD M. MCDONALD**    edward.m.mcdonald@usdoj.gov
- **JEANETTE E. MCPHERSON**    bkfilings@s-mlaw.com
- **EDMOND BUDDY MILLER**    bmiller@buddymillerlaw.com, jepker@buddymillerlaw.com
- **ALI M. M. MOJDEHI**    amojdehi@btlaw.com, jgertz@btlaw.com;arego@btlaw.com
- **JAMES C. MOON**    jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com
- **MELANIE D MORGAN**    Melanie.morgan@akerman.com, akermanlas@akerman.com
- **ASHLEY C NIKKEL**    anikkel@parsonsbehle.com, rshaffer@parsonsbehle.com

**EXHIBIT 3**

- **WILLIAM M. NOALL**  bknotices@gtg.legal, wnoall@gtg.legal
- **TRACY M. O'STEEN**  tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com
- **RICHARD A. OSHINSKI**  Rick@OshinskiForsberg.com, Linda@OshinskiForsberg.com
- **DONNA T PARKINSON**  donna@parkinsonphinney.com
- **PAUL J PASCUZZI**  ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- **KEVIN C. PAULE**  kpaule@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com
- **MICHAEL RYAN PINKSTON**  rpinkston@seyfarth.com, jmcdermott@seyfarth.com;sfocalendar@seyfarth.com
- **MATTHEW W. QUALL**  mquall@quallcardot.com
- **JACK A. RAISNER**  jar@outtengolden.com
- **DONALD A. REA**  don.rea@saul.com
- **R. CHRISTOPHER READE**  creade@crdslaw.com, agilbreath@crdslaw.com;earthur@crdslaw.com;jshafer@crdslaw.com
- **JULIE HOPE ROME-BANKS**  Julie@bindermalter.com
- **RENE' S ROUPINIAN**  rsr@raisnerroupinian.com, Jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com
- **JOHN M. SAMBERG**  jsamberg@wrslawyers.com, efilingjms@wrslawyers.com
- **THERESE SCHEUER**  scheuert@sec.gov
- **SAMUEL A. SCHWARTZ**  saschwartz@nvfirm.com, ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com
- **BRIAN D. SHAFFER**  brian.shaffer@msrlegal.com, karen.wigylus@msrlegal.com
- **CONNOR H. SHEA**  cshea@bhfs.com, wcosby@bhfs.com
- **JAMES PATRICK SHEA**  jshea@shea.law, blarsen@shea.law;support@shea.law
- **PATRICK J SHEEHAN**  psheehan@fclaw.com, tday@fclaw.com
- **PAUL STEVEN SINGERMAN**  singerman@bergersingerman.com
- **DANIEL H. SLATE**  dslate@buchalter.com, smartin@buchalter.com
- **PETER J. SMITH**  peterjsmith@att.net
- **STEPHEN PAUL SORENSEN**  ssorensen@tafsattorneys.com
- **HOLLY S STOBERSKI**  hstoberski@duanemorris.com, AutoDocketLV@duanemorris.com;jldailey@duanemorris.com
- **KEVIN M. SUTEHALL**  ksutehall@foxrothschild.com, dloffredo@foxrothschild.com
- **T-MOBILE USA, INC. (sb)**  BankruptcyGroup@T-Mobile.com
- **AMY N. TIRRE**  amy@amytirrelaw.com, admin@amytirrelaw.com
- **U.S. TRUSTEE - RN - 7**  USTPRegion17.RE.ECF@usdoj.gov
- **DAVID F. WAGUESPACK**  Waguespack@carverdarden.com, plaisance@carverdarden.com
- **MARTIN L. WELSH**  mwelsh@lvlaw.com, k.bratton@hayesandwelsh.onmicrosoft.com;nv.ecf@aislegaltrac.com
- **HANNAH E. WINSTON**  hwinston@rssblaw.com, cobrien@rssblaw.com
- **RYAN A. WITTHANS**  rwitthans@fhlawllp.com
- **CONSTANCE L. YOUNG**  clyoung2014@gmail.com
- **MATTHEW C. ZIRZOW**  mzirzow@lzlawnv.com, carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com