| | |
|---|---|
| Jeffrey L. Hartman, Esq.<br>Nevada Bar No. 1607<br>**HARTMAN & HARTMAN**<br>510 W. Plumb Lane, Suite B<br>Reno, NV 89509<br>T: (775) 324-2800<br>F: (775) 324-1818<br>notices@bankruptcyreno.com | Michael S. Budwick, Esq. Bar No. 938777<br>mbudwick@melandbudwick.com<br>Solomon B. Genet, Esq. Bar No. 617911<br>sgenet@melandbudwick.com<br>Gil Ben-Ezra, Esq. Bar No. 118089<br>gbenezra@melandbudwick.com<br>Alexander E. Brody, Esq. Bar No. 1025332<br>abrody@melandbudwick.com<br>(all admitted pro hac vice)<br>**MELAND BUDWICK, P.A.**<br>3200 Southeast Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida 33131<br>T: (305) 358-6363<br>F: (305) 358-1221 |

*Attorneys for Christina Lovato, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>Debtor.<br><br>  X  Affects DC Solar Solutions, Inc.<br>  X  Affects DC Solar Distribution, Inc.<br>  X  Affects DC Solar Freedom, Inc.<br>  X  Affects Double Jump, Inc. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br><br>Substantively Consolidated with:<br><br>| 19-50130-gs | DC Solar Solutions, Inc. |<br>\| 19-50131-gs \| DC Solar Distribution, Inc. \|<br>\| 19-50135-gs \| DC Solar Freedom, Inc. \|<br><br>**EX PARTE MOTION TO CONTINUE STATUS CONFERENCE**<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

Christina Lovato, the trustee ("*Trustee*") for the chapter 7 estates of DC Solar Solutions, Inc., DC Solar Distribution, Inc., DC Solar Freedom, Inc., and Double Jump, Inc. (together, "*DC Solar*" or the "*Debtors*") files her *ex parte* motion to continue the February 18, 2022 status conference set in the above captioned Main Bankruptcy Case and in the Pending APs (defined below) to March 31, 2022, or as otherwise convenient to the Court.

1

The Motion is based upon the Memorandum of Points and Authorities below, and other items which the Court may consider including those matters referenced below, and those admissible under F.R.E. 201.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. Requested Relief

1. On November 15, 2021, this Court held a status conference in the Main Bankruptcy Case and the pending adversary proceedings initiated by the Trustee ("**Pending APs**").[1]

2. At the November 15th status conference, the Court announced it would set a further status conference for February 18, 2022 ("**Status Conference**") (*see also* ECF No. 3003).

3. The Trustee respectfully requests that the Court continue the Status Conference to March 31, 2022, or as otherwise convenient for the Court.

### II. General Background

4. On December 18, 2018, law enforcement executed a raid on the Debtors' offices and other locations.[2]

5. Since then, some of the Debtors' former insiders have pled guilty to crimes, with their plea agreements describing their pre-petition wrongdoing; moreover, federal law enforcement has filed a declaration in this Bankruptcy Case.[3] These court papers generally describe the Debtors' pre-petition business operations as well as a massive and complex Ponzi scheme perpetrated by Jeff Carpoff and others ("**Carpoff Ponzi Scheme**") through the Debtors and other entities.

6. According to federal law enforcement, the Carpoff Ponzi Scheme began by no later than 2011 and involved the movement of many hundreds of millions of dollars.[4] The U.S.A.'s criminal investigation is ongoing.

7. In late January and early February 2019, the Debtors filed for chapter 11 relief before this Court, commencing these bankruptcy cases.

---

[1] ECF No. 2843 & 2941.
[2] ECF No. 2613 at ¶ 16.
[3] *See e.g., U.S.A. v. Jeff Carpoff*, Case No. 20-00017-JAM (E.D. Ca.) [ECF No. 10]; *see also* Declaration of Special Agent Christopher Phillips [Main Case, ECF No. 106-2].
[4] *See, e.g.,* ECF No. 2613.

2

8. On March 22, 2019, this Court converted the Bankruptcy Cases to cases under chapter 7 and appointed the Trustee as chapter 7 trustee of the Debtors' estates.[5] The Debtors' estates have been substantively consolidated.[6]

### III. The Trustee's Diligent Efforts to Administer the Debtors' Estate

9. Pursuant to her statutory duties to identify and recover assets for the benefit of the Debtors' estate, the Trustee continues to diligently investigate the facts, and investigate, analyze, and evaluate litigation claims.

10. The Trustee has retained general counsel, forensic accountants, and special litigation counsel, among other persons and entities.[7] The Trustee has gathered and reviewed documents: (1) in the Debtors' possession; (2) produced informally by third parties; and (3) produced formally in response to Rule 2004 document subpoenas.[8] The Trustee has (1) interviewed witnesses; and (2) conducted sworn oral Rule 2004 examinations pursuant to her Omnibus Motion to Establish Protocols to Safely, Fairly and Efficiently Conduct F.R.B.P. 2004 Oral Examinations as a Result of Covid-19 and this Court's Order granting same.[9]

11. The Trustee has filed dozens of adversary proceedings. The Trustee has consensually resolved certain claims both prior to commencing an adversary proceeding and after commencing an adversary proceeding. To facilitate this process, the Trustee sought and obtained an Order from this Bankruptcy Court directing mediation[10] and has communicated in good faith with all (or nearly all) estate litigation targets.

### IV. The Trustee Has Faced Challenges in Administering these Bankruptcy Cases

12. The Trustee has faced challenges in administering these Bankruptcy Cases, including those related to (1) the U.S.A.'s ongoing criminal investigation and prosecutions; (2) the

---

[5] ECF Nos. 439-40.
[6] ECF No. 2613.
[7] *See e.g.,* ECF Nos. 518 & 689, 611 & 665, 1490 & 1502.
[8] *See generally* docket.
[9] *See generally* docket; *see also* ECF Nos. 1781 & 1831.
[10] ECF No. 2761 & 2836.

3

complex nature of the Debtors' pre-petition business; and (3) the complex nature of Jeff Carpoff's criminal activities and movement of monies.

13. The global COVID-19 pandemic has created additional challenges. This Court can take judicial notice of COVID-19 and its effect on matters. *See George v. Diaz*, 2020 WL 2542020, *2 (N.D. Cal. May 19, 2020).

14. The COVID-19 pandemic is a well-established basis for the movement of litigation deadlines. *See e.g., Herrera v. Aramark Servs., Inc.*, 2021 WL 304554, *2 (D. Nev. Jan. 29, 2021) ("[M]oving the discovery deadlines back as requested herein is a reasonable request as COVID-19 is continuing to slow down and/or impact almost every aspect of life and it has delayed completion of discovery on the current schedule despite the recent relaxing of certain restrictions and practices by both the Courts and state government.").

## V.    The Status Conference

15. The next Status Conference will present an opportunity for the Trustee, the defendants in the Pending APs, and other parties in interest, to continue to communicate with the Court, and to receive direction from the Court, regarding the orderly advancement of the Main Case and the Pending APs.

16. The Trustee believes a continuance to March 31, 2022 will make the Status Conference more productive, further the advancement of these Bankruptcy Cases, and not prejudice any party in interest.

17. On January 5, 2022, at ECF No. 3089, the Trustee filed an application ("**Expert Application**") to retain an expert who may opine and testify in support of a motion for partial summary judgment related to the Carpoff Ponzi Scheme, an item at least some defendants appear to challenge. While the Trustee has retained GlassRatner as a consulting expert and, among other things, to provide forensic support, the Trustee in her business judgment believes it is appropriate to retain a separate expert to consult, issue an opinion, and/or provide supporting testimony. The determination that Jeff Carpoff perpetrated a Ponzi scheme would be significant due to the Ponzi Presumptions of actual intent and insolvency.[11]

---

[11] *In re Nat'l Consumer Mortg., LLC*, 2013 WL 164247, *11 (D. Nev. Jan. 14, 2013).

18. At the November status conference, the Court indicated that at the February status conference it would set a date by when the Trustee would file such a motion for partial summary judgment and address discovery of individuals who pled guilty to participating in the scheme. So far, only Jeff Carpoff and Joseph Bayliss have been sentenced. While the Trustee does not know with certainty, it is her expectation that the other participants will likely invoke their 5th amendment privileges, at least through their sentencing. Robert Karmann and Ronald Roach are scheduled to be sentenced on February 15, 2022; Paulette Carpoff on March 22, 2022; and Ryan Guidry and Alan Hansen on March 29, 2022.

19. Further, in recent weeks, many of the Trustee's professionals and/or their household family members have contracted COVID-19, resulting in illness and quarantine. This has been disruptive and caused previously unforeseen delays and difficulties.

20. Nevertheless, since the November status conference the Trustee has worked diligently to advance these Bankruptcy Cases. For example, the Trustee reached a multi-party settlement following a mediation spanning multiple weeks and other complexities, between and among (1) the Trustee; (2) chapter 7 bankruptcy trustee Don Gieseke; (3) Matthew and Lauren Carpoff (Jeff Carpoff's children); (4) Paula Jordan (Paulette Carpoff's mother); and (5) other parties.[12] Following months of negotiations, the Trustee reached two settlements (with a professional firm and NASCAR) that will yield significant recoveries for the estate and are set to be heard on January 13, 2022.[13] The Trustee has also advanced settlement discussions with other parties. And the Trustee completed a Rule 2004 examination of a major avoidance target and expects to file a significant avoidance action in January.

21. At a March 2022 status conference, the Trustee expects to have a better estimate of the timing of the preparation of her supporting expert's report, and the Trustee's summary judgment motion, which together will make the status conference more productive. The parties will also have a better understanding of the sentencing status of the various criminal defendants.

---

[12] ECF No. 3040.
[13] *See* ECF Nos. 3050, 3053, 3054 and 3056.

22. In the event the Trustee's Expert Application is approved relatively expeditiously, the Trustee expects to propose to file her motion directed to Ponzi scheme issues on or about Friday April 29, 2022.

23. At a March status conference, the Court and the parties are likely to be better informed to discuss a scheduling order for briefing and a hearing as well as depositions (if necessary) of the criminal defendants. Of course, the Trustee does not know and cannot predict whether the current February and March criminal sentencing hearings will be continued, when the criminal defendants will surrender to their designated institutions, or the timeframe for depositions given the potential need to coordinate logistics with and secure approvals from multiple wardens.

24. Depending on whether the Court determines that there indeed is a need for some of the criminal defendants to be deposed as a precursor to determining whether a Ponzi scheme was perpetrated through the Debtors, as well as the realistic time-frame by which these depositions would likely occur, the Trustee potentially may suggest that the Court consider, as an alternative, establishing a traditional uniform scheduling track for the pending avoidance actions. This could include a deadline to conduct all fact and then expert discovery, followed by a period to seek and litigate all potential summary judgment issues. This would enable the parties to advance discovery on the specific transfers at issue in each adversary, including facts related to Section 548(c) affirmative defenses of good faith and value.

**WHEREFORE**, the Trustee seeks entry of an order on an *ex parte* basis, (1) granting the Motion; (2) continuing the Status Conference to March 31, 2022, or as otherwise convenient for the Court; and (3) awarding such other relief the Court deems just and proper.

DATED: January 7, 2022.

**HARTMAN & HARTMAN**

s/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq.,
Attorney for Christina W. Lovato, Trustee

**MELAND BUDWICK, P.A.**

s/ *Michael S. Budwick*
Michael S. Budwick, Esq.
Solomon B. Genet, Esq.

Gil Ben-Ezra, Esq.
Alexander E. Brody, Esq.
Attorneys for Christina W Lovato, Trustee

### **CERTIFICATE OF SERVICE**

I certify that on January 7, 2022, I caused to be served the above-named document as indicated below:

✔ a. On January 7, 2022, Via ECF upon the parties listed on the attached <u>Exhibit 1</u>.
✔ b. On January 7, 2022, Via Direct Email to the following:

mara@bayareadrainage.com;
taxinfo@tax.cccounty.us;
deboltcivil@earthlink.net;
jqyu1089@yahoo.com;
lesterray420@gmail.com;
rbpainting66@yahoo.com;
cromero@sfandb.com;
21techlife@gmail.com;
waterbilling@cityofmartinez.org;
fredsfloorcovering@gmail.com;
ctrent@msconstruction.com;
taxcollector@countyofnapa.org;
mail@nativesonslandscaping.com;
shaunrang@sbcglobal.net;
ttccc@solanocounty.com;
pacific_coast_wp@att.net;
ar@alpinepowersystems.com;
billing@kmhsystems.com;
ca@ahern.com;
jansen.carl9@gmail.com;
pmaddox@iscmotorsports.com;
erossi@cedantioch.com;
rachel.larrenaga@chargepoint.com;
jworthen@ganassi.com;
dcook@kansasspeedway.com;
jfarris@ejmjets.com;
troyv@pacificmetalfab.net;
erivera@talladegasuperspeedway.com;
mquall@quallcardot.com;
ben.nelson@wexinc.com;

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 7, 2022.     /s/ Michael S. Budwick
                            Michael S. Budwick, Esq., Attorney for
                            Christina W. Lovato, Trustee

## Mailing Information for Case 19-50102-gs

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **SETH J. ADAMS**  sadams@woodburnandwedge.com, mlopez@woodburnandwedge.com
- **GREG ADDINGTON**  greg.addington@usdoj.gov, christi.dyer@usdoj.gov;danielle.bleecker@usdoj.gov
- **MEGAN M. ADEYEMO**  madeyemo@gordonrees.com, asoto@grsm.com
- **SALLIE B ARMSTRONG**  sarmstrong@mcdonaldcarano.com, mhale@mcdonaldcarano.com
- **SIMON ARON**  saron@wrslawyers.com
- **BRETT A. AXELROD**  baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com
- **GIL BEN-EZRA**  gbenezra@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **ALEXANDER E. BRODY**  abrody@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com;mrbnefs@yahoo.com
- **OGONNA M. BROWN**  OBrown@lrrc.com, nlord@lewisroca.com,ogonna-brown-4984@ecf.pacerpro,dberhanu@lewisroca.com
- **LOUIS M. BUBALA**  lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;bsheehan@kcnvlaw.com
- **MICHAEL S. BUDWICK**  mbudwick@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com
- **CHRISTOPHER PATRICK BURKE**  attycburke@charter.net
- **CANDACE C CARLYON**  ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com
- **JEFFREY D. CAWDREY**  jcawdrey@gordonrees.com
- **ROBERT M. CHARLES**  rcharles@lewisroca.com, BankruptcyNotices@lewisroca.com,robert-charles-1072@ecf.pacerpro.com
- **DAVID ERNESTO CHAVEZ**  chavezd@ballardspahr.com, LitDocket_West@ballardspahr.com
- **DAWN M. CICA**  dcica@carlyoncica.com, nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.c
- **WILLIAM D COPE**  william@copebklaw.com, r64042@notify.bestcase.com
- **EDWARD A. CORMA**  ecorma@cooperlevenson.com
- **TIMOTHY S. CORY**  tcory@crdslaw.com, creade@crdslaw.com
- **TRICIA M. DARBY**  tricia@darbylawpractice.com, kad@darbylawpractice.com
- **MICHAEL A DIGIACOMO**  saltlakedocketclerk@ballardspahr.com;paredesr@ballardspahr.com;hartt@ballardspahr.com
- **JAMIE P. DREHER**  jdreher@downeybrand.com, mfrazier@downeybrand.com;reno@downeybrand.com
- **VAN C. DURRER**  van.durrer@skadden.com
- **RICHARD W. ESTERKIN**  resterkin@morganlewis.com
- **LARS EVENSEN**  lkevensen@hollandhart.com, vlarsen@hollandhart.com;blschroeder@hollandhart.com;intaketeam@hollandhart.com
- **THOMAS H. FELL**  tfell@fclaw.com, clandis@fclaw.com;CourtFilings@fennemorelaw.com
- **ASHLEY N. FELLONA**  ashley.fellona@saul.com, Janice.Mast@saul.com
- **MARTIN L FINEMAN**  martinfineman@dwt.com, ExternalForwardUSBC_NEVADA@dwt.com
- **ELIZABETH A. FLETCHER**  efletcher@fletcherlawgroup.com, edendary@fletcherlawgroup.com
- **ROBERT C. FOLLAND**  rob.folland@btlaw.com
- **KIAH T. FORD**  chipford@parkerpoe.com
- **FRANCHISE TAX BOARD (cc)**  BKClaimConfirmation@ftb.ca.gov, kevin.hutty@ftb.ca.gov
- **DONALD L. GAFFNEY**  dgaffney@swlaw.com
- **SOLOMON B. GENET**  sgenet@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com
- **FRANK C. GILMORE**  fgilmore@rssblaw.com, mdavis@rssblaw.com
- **MICHAEL J GOMEZ**  mgomez@frandzel.com, dmoore@frandzel.com
- **REW R. GOODENOW**  ecf@parsonsbehle.com, rgoodenow@parsonsbehle.com
- **TALITHA B. GRAY KOZLOWSKI**  tgray@brg.legal, bknotices@gtg.legal
- **ELIZABETH A. GREEN**  egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- **JAMES D. GREENE**  jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
- **ALLEN J. GUON**  aguon@cozen.com, allen-guon-6333@ecf.pacerpro.com;cknez@cozen.com
- **STEPHEN R HARRIS**  steve@harrislawreno.com, hannah@harrislawreno.com;norma@harrislawreno.com
- **JEFFREY L HARTMAN**  notices@bankruptcyreno.com, abg@bankruptcyreno.com
- **PAYMON HIFAI**  phifai@hornerlawgroup.com
- **RICHARD F. HOLLEY**  rholley@nevadafirm.com, apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com
- **RICK R. HSU**  rhsu@mclrenolaw.com, hmotta@mcllawfirm.com
- **CHRISTOPHER D. HUGHES**  chughes@nossaman.com
- **BRIAN R. IRVINE**  birvine@dickinsonwright.com, mreel@dickinsonwright.com;cgrinstead@dickinsonwright.com;RN_litdocket@dickinsonwright.com
- **NEAL R. JACOBSON**  jacobsonn@sec.gov
- **MATTHEW L. JOHNSON**  annabelle@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com;kelcie@mjohnsonlaw.com
- **PAUL J. JOHNSON**  pjohnson@diemerwei.com
- **NATHAN G. KANUTE**  nkanute@swlaw.com, mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;ljtaylor@swlaw.com
- **GREGORY ALAN KRAEMER**  GKRAEMER@COOPERLEVENSON.COM, gdillingham@cooperlevenson.com
- **BORIS KUKSO**  boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- **MARY LANGSNER**  mlangsner@nevadafirm.com, oswibies@nevadafirm.com;rholley@nevadafirm.com;dhigh@nevadafirm.com
- **BART K. LARSEN**  BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com
- **ROBERT S. LARSEN**  rlarsen@grsm.com, gangulo@grsm.com;wwong@grsm.com;WL_LVSupport@grsm.com;sowens@grsm.com;kkao@grsm.com;jschneringer@grsm.com
- **ANDREW V. LAYDEN**  alayden@bakerlaw.com, orlbankruptcy@bakerlaw.com
- **CECILIA LEE**  efletcher@fletcherlawgroup.com, edendary@fletcherlawgroup.com
- **ALEXANDER J. LEWICKI**  alewicki@diemerwei.com
- **CHRISTINA W. LOVATO**  trusteelovato@att.net, NV26@ecfcbis.com
- **TIMOTHY A LUKAS**  ecflukast@hollandhart.com
- **EDWARD M. MCDONALD**  edward.m.mcdonald@usdoj.gov
- **JEANETTE E. MCPHERSON**  bkfilings@s-mlaw.com
- **EDMOND BUDDY MILLER**  bmiller@buddymillerlaw.com, jepker@buddymillerlaw.com
- **ALI M. M. MOJDEHI**  amojdehi@btlaw.com, jgertz@btlaw.com;arego@btlaw.com
- **JAMES C. MOON**  jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com
- **MELANIE D MORGAN**  Melanie.morgan@akerman.com, akermanlas@akerman.com
- **ASHLEY C NIKKEL**  anikkel@parsonsbehle.com, rshaffer@parsonsbehle.com

**EXHIBIT 1**

- WILLIAM M. NOALL     bknotices@gtg.legal, wnoall@gtg.legal
- TRACY M. O'STEEN     tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com
- RICHARD A. OSHINSKI     Rick@OshinskiForsberg.com, Linda@OshinskiForsberg.com
- DONNA T PARKINSON     donna@parkinsonphinney.com
- PAUL J PASCUZZI     ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- KEVIN C. PAULE     kpaule@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com
- MICHAEL RYAN PINKSTON     rpinkston@seyfarth.com, jmcdermott@seyfarth.com;sfocalendar@seyfarth.com
- MATTHEW W. QUALL     mquall@quallcardot.com
- JACK A. RAISNER     jar@outtengolden.com
- DONALD A. REA     don.rea@saul.com
- R. CHRISTOPHER READE     creade@crdslaw.com, agilbreath@crdslaw.com;earthur@crdslaw.com;jshafer@crdslaw.com
- JULIE HOPE ROME-BANKS     Julie@bindermalter.com
- RENE' S ROUPINIAN     rsr@raisnerroupinian.com, Jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com
- JOHN M. SAMBERG     jsamberg@wrslawyers.com, efilingjms@wrslawyers.com
- THERESE SCHEUER     scheuert@sec.gov
- MICHAEL L. SCHUSTER     schusterm@ballardspahr.com
- SAMUEL A. SCHWARTZ     saschwartz@nvfirm.com, ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com
- BRIAN D. SHAFFER     brian.shaffer@msrlegal.com, karen.wigylus@msrlegal.com
- CONNOR H. SHEA     cshea@bhfs.com, wcosby@bhfs.com
- JAMES PATRICK SHEA     jshea@shea.law, blarsen@shea.law;support@shea.law
- PATRICK J SHEEHAN     psheehan@fclaw.com, tday@fclaw.com
- PAUL STEVEN SINGERMAN     singerman@bergersingerman.com
- DANIEL H. SLATE     dslate@buchalter.com, smartin@buchalter.com
- PETER J. SMITH     peterjsmith@att.net
- STEPHEN PAUL SORENSEN     ssorensen@tafsattorneys.com
- HOLLY S STOBERSKI     hstoberski@duanemorris.com, AutoDocketLV@duanemorris.com;jldailey@duanemorris.com
- KEVIN M. SUTEHALL     ksutehall@foxrothschild.com, dloffredo@foxrothschild.com
- T-MOBILE USA, INC. (sb)     BankruptcyGroup@T-Mobile.com
- AMY N. TIRRE     amy@amytirrelaw.com, admin@amytirrelaw.com
- U.S. TRUSTEE - RN - 7     USTPRegion17.RE.ECF@usdoj.gov
- DAVID F. WAGUESPACK     Waguespack@carverdarden.com, plaisance@carverdarden.com
- MARTIN L. WELSH     mwelsh@lvlaw.com, k.bratton@hayesandwelsh.onmicrosoft.com;nv.ecf@aislegaltrac.com
- HANNAH E. WINSTON     hwinston@rssblaw.com, cobrien@rssblaw.com
- RYAN A. WITTHANS     rwitthans@fhlawllp.com
- CONSTANCE L. YOUNG     clyoung2014@gmail.com
- MATTHEW C. ZIRZOW     mzirzow@lzlawnv.com, carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com