1

2

_____
Honorable Gary Spraker
United States Bankruptcy Judge

3

4 Entered on Docket
January 11, 2022

5

6   Jeffrey L. Hartman, Esq.              Michael S. Budwick, Esq. #938777 – Admitted *Pro Hac Vice*
    Nevada Bar No. 1607                   Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice*
7   **HARTMAN & HARTMAN**               Gil Ben-Ezra, Esq. #118089 – Admitted *Pro Hac Vice*
    510 W. Plumb Lane, Suite B            Alexander E. Brody, Esq. #1025332 – Admitted *Pro Hac Vice*
8   Reno, NV 89509                        **MELAND BUDWICK, P.A.**
    T: (775) 324-2800                     3200 Southeast Financial Center
9   F: (775) 324-1818                     200 South Biscayne Boulevard
    notices@bankruptcyreno.com            Miami, Florida 33131
10                                        T: (305) 358-6363
                                          F: (305) 358-1221
11                                        mbudwick@melandbudwick.com
                                          sgenet@melandbudwick.com
12                                        gbenezra@melandbudwick.com
                                          abrody@melandbudwick.com
13

14

15  Attorneys for Christina W. Lovato, Chapter 7 Trustee

16                      **UNITED STATES BANKRUPTCY COURT**
                              **DISTRICT OF NEVADA**
17

18   In re                                Lead Case No.: BK-19-50102-gs
                                           (Chapter 7)
19   DOUBLE JUMP, INC.
                                           Substantively consolidated with:
20           Debtor.

21  _____       | 19-50130-gs | DC Solar Solutions, Inc.    |
    Affects:                          | 19-50131-gs | DC Solar Distribution, Inc. |
22   ☒ DC Solar Solutions, Inc.       | 19-50135-gs | DC Solar Freedom, Inc.      |
23   ☒ DC Solar Distribution, Inc.
     ☒ DC Solar Freedom, Inc.          **ORDER GRANTING EX PARTE MOTION**
24   ☒ Double Jump, Inc.               **TO CONTINUE STATUS CONFERENCE**
                                       **[ECF No. 3094]**
25
                                       Hearing Date: N/A
26                                     Hearing Time: N/A

27

28          The Court having considered the Ex Parte Motion to Continue Status Conference [ECF No.

1

3094] ("**Motion**") filed by Christina W. Lovato, the duly appointed and acting trustee ("**Trustee**") for the substantively consolidated chapter 7 estates of DC Solar Solutions, Inc., DC Solar Distribution, Inc., DC Solar Freedom, Inc., and Double Jump, Inc. (together, "**DC Solar**" or the "**Estate**"), and good cause appearing,

  **IT IS ORDERED** that the Trustee's Motion is granted; and

  **IT IS FINALLY ORDERED** that the February 18, 2022 status conference set in the above captioned Main Bankruptcy Case is continued to March 31, 2022 at 9:30 a.m.

Respectfully submitted by:

**HARTMAN & HARTMAN**

*/s/* Jeffrey L. Hartman, Esq.
Jeffrey L. Hartman, Esq.
Attorney for Christina W. Lovato, Trustee


**MELAND BUDWICK, P.A.**

*/s/* Michael S. Budwick, Esq.
Michael S. Budwick, Esq., Admitted Pro Hac Vice
Solomon B. Genet, Esq., Admitted Pro Hac Vice
Gil Ben-Ezra, Esq., Admitted Pro Hac Vice
Alexander E. Brody, Esq., Admitted Pro Hac Vice
Attorneys for Christina W. Lovato, Trustee

              ####

### ALTERNATIVE METHOD Re: RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ The court has waived the requirement set forth in LC 9021(b)(1).

X _____ No party appeared at the hearing or filed an objection to the paper.

_____ I have delivered a copy of the proposed order to all counsel who appeared at the hearing, any trustee appointed in this case and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below.

*Trustee's Counsel:*

X _____ Prepared / Approved the form of this order

_____ Waived the right to review the order and/or

_____ Appeared at the hearing, waived the right to review the order

_____ Matter unopposed, did not appear at the hearing, waived the right to review the order

_____ Disapproved the form of this order

_____ Did not respond to the paper

*U.S. Trustee:*

_____ Approved the form of this order

_____ Disapproved the form of this order

_____ Waived the right to review the order and/or

_____ Did not respond to the paper

 X _____ Did not appear at the hearing or object to the paper

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

Submitted by:

**MELAND BUDWICK, P.A.**

*/s/ Michael S. Budwick*
Michael S. Budwick, Esq., Attorney for Christina W. Lovato, Trustee

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28