Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com

Michael S. Budwick, Esq. #938777 – Admitted *Pro Hac Vice*
Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice*
Meaghan E. Murphy, Esq. #102770 – Admitted *Pro Hac Vice*
Gil Ben-Ezra, Esq. #118089 – Admitted *Pro Hac Vice*
Alexander E. Brody, Esq. # 1025332 – Admitted *Pro Hac Vice*
**MELAND BUDWICK, P.A.**
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
T: (305) 358-6363
F: (305) 358-1221
mbudwick@melandbudwick.com
sgenet@melandbudwick.com
mmurphy@melandbudwick.com
gbenezra@melandbudwick.com
abrody@melandbudwick.com

Attorneys for Christina W. Lovato, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re

DOUBLE JUMP, INC.

Debtor.

Lead Case No.: BK-19-50102-gs
(Chapter 7)

Substantively consolidated with:

| 19-50130-gs | DC Solar Solutions, Inc. |
| 19-50131-gs | DC Solar Distribution, Inc. |
| 19-50135-gs | DC Solar Freedom, Inc. |

**MOTION FOR TURNOVER OF DOCUMENTS FROM ARI LAUER AND THE LAW OFFICE OF ARI J. LAUER**

Hearing Date: March 10, 2022
Hearing Time: 9:30 a.m.

Christina W. Lovato, as the chapter 7 trustee ("*Trustee*" or "*Plaintiff*") for the bankruptcy estates of DC Solar Solutions, Inc. ("*DCSS*"), DC Solar Distribution, Inc. ("*DCSD*"), DC Solar Freedom, Inc. ("*DCSF*", and with DCSD and DCSS, "*DC Solar*") and Double Jump, Inc. ("*DJ*," and with DC Solar, the "*Debtors*"), files this *Motion for Turnover of Documents From Ari Lauer and the Law Office of Ari J. Lauer* ("*Motion*") pursuant to 11 U.S.C. § 542(e). In support, the Trustee states as follows.

1

1. On December 18, 2018, law enforcement executed a raid on the Debtors' offices and other locations. Since then, certain of the Debtors' former insiders have pled guilty to crimes, with their plea agreements describing certain pre-petition wrongdoing; also, federal law enforcement has filed a declaration in the above captioned Main Bankruptcy Case.[1] These court papers describe the Debtors' pre-petition business operations as well as a massive and complex Ponzi scheme perpetrated by Jeff Carpoff and others ("**Carpoff Ponzi Scheme**") through the Debtors and other entities. The criminal investigation is ongoing.

2. In late January and early February 2019, the Debtors filed for chapter 11 relief before this Court, commencing these bankruptcy cases ("**Bankruptcy Case(s)**").

3. On March 22, 2019, this Court converted the Bankruptcy Cases to cases under chapter 7 and appointed the Trustee as chapter 7 trustee of the Debtors' estates.[2] Upon the Trustee's request, the Main Bankruptcy Cases have been substantively consolidated.[3]

4. Ari Lauer ("**Mr. Lauer**") is a licensed attorney in the state of California and operates through the Law Office of Ari J. Lauer ("**Law Office**," and together with Mr. Lauer, "**Lauer**"). Lauer was one of the Debtors' outside legal counsel and is in possession of the Debtors' client files and certain other documents and records.

5. On October 13, 2021, the Trustee filed and served Lauer with a Notice of Issuance of Subpoena to Produce Documents ("**Subpoena**") [ECF No. 2899].

6. The Subpoena contained five requests for documents, which in sum requested the Debtor's client files and communications between the Debtors and Lauer as well as Lauer's communications with third parties ("**Requested Documents**").

7. Pursuant to the Subpoena, the documents were to be produced on October 27, 2021.

---

[1] *See e.g., U.S.A. v. Jeff Carpoff*, Case No. 20-00017-JAM (E.D. Ca.) [ECF No. 10]; *see also* Declaration of Special Agent Christopher Phillips [Main Case, ECF No. 106-2].
[2] ECF Nos. 439-40.
[3] ECF No. 2613.

2

8.  Since that time, the Trustee has, through counsel, discussed the Trustee's request for the Requested Documents with Lauer's counsel, who has objected and (to date) has not produced a single document to the Trustee.

9.  The Trustee respectfully requests that the Court enter an order compelling turnover of the Requested Documents pursuant to 11 U.S.C. § 542(e):

> Subject to any applicable privilege, after notice and a hearing, the court may order an attorney, accountant, or other person that holds recorded information, including books, documents, records, and papers, relating to the debtor's property or financial affairs, to turn over or disclose such recorded information to the trustee.

10. The Trustee has the power to waive any attorney client privilege Lauer may have ever had with any of the Debtors, which she has done and has repeatedly so-advised Lauer. *See, e.g., CFTC v. Weintraub*, 471 U.S. 343, 358 (1985).

11. As property of the estate, the Trustee is entitled to turnover of the Debtors' files and related communications. *See Weintraub*, 471 U.S. at 351 (Congress specifically designed 542(e) to restrict the ability of attorneys, among others, to withhold items from the trustee); *In re Black Diamond Min. Co., LLC*, 507 B.R. 209, 214 (E.D. Ky. 2014) (542(e) empowers courts to order turnover of relevant documents to the trustee); *In re Hotels Nevada, LLC*, 458 B.R. 560, 567 (Bankr. D. Nev. 2011) ("[C]lients such as the debtors have a property right in their attorneys' files."); *In re C.W. Mining Co.*, 442 B.R. 44, 47 (Bankr. D. Utah 2010) ("As a matter of law, documents prepared while representing a debtor-corporation are property of the estate, as are documents, records, or papers relating to property of the estate.").

**WHEREFORE**, the Trustee respectfully requests this Court to enter an order compelling Lauer to turn over the Requested Documents, and for all other relief this Court deems just and proper.

DATED: January 21, 2022.

**HARTMAN & HARTMAN**

*/s/ Jeffrey L. Hartman, Esq.*
Jeffrey L. Hartman, Esq., Attorney for Trustee Christina W. Lovato

**MELAND BUDWICK, P.A.**

*/s/ Solomon B. Genet, Esq.*
Michael S. Budwick, Esq., Admitted Pro Hac Vice
Solomon B. Genet, Esq., Admitted Pro Hac Vice
Meaghan E. Murphy, Esq., Admitted Pro Hac Vice
Gil Ben-Ezra, Esq., Admitted Pro Hac Vice
Alexander E. Brody, Esq., Admitted Pro Hac Vice
Attorneys for Trustee Christina W. Lovato

# CERTIFICATE OF SERVICE

I certify that on January 21, 2022, I caused the document listed below to be served:

**MOTION FOR TURNOVER OF DOCUMENTS FROM ARI LAUER AND THE LAW OFFICE OF ARI J. LAUER**

- ✔ a. Via ECF upon the parties listed on the attached Exhibit 1;
- ✔ b. Via Direct Email to:
    mara@bayareadrainage.com;
    taxinfo@tax.cccounty.us;
    deboltcivil@earthlink.net;
    jqyu1089@yahoo.com;
    lesterray420@gmail.com;
    rbpainting66@yahoo.com;
    cromero@sfandb.com;
    21techlife@gmail.com;
    waterbilling@cityofmartinez.org;
    fredsfloorcovering@gmail.com;
    ctrent@msconstruction.com;
    taxcollector@countyofnapa.org;
    mail@nativesonslandscaping.com;
    shaunrang@sbcglobal.net;
    ttccc@solanocounty.com;
    pacific_coast_wp@att.net;
    ar@alpinepowersystems.com;
    billing@kmhsystems.com;
    ca@ahern.com;
    jansen.carl9@gmail.com;
    pmaddox@iscmotorsports.com;
    erossi@cedantioch.com;
    rachel.larrenaga@chargepoint.com;
    jworthen@ganassi.com;
    dcook@kansasspeedway.com;
    jfarris@ejmjets.com;
    troyv@pacificmetalfab.net;
    erivera@talladegasuperspeedway.com;
    mquall@quallcardot.com;
    ben.nelson@wexinc.com;

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 21, 2022.

                                   */s/ Solomon B. Genet*
                                   Solomon B. Genet, Esquire

# Mailing Information for Case 19-50102-gs

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **SETH J. ADAMS**    sadams@woodburnandwedge.com, mlopez@woodburnandwedge.com
- **GREG ADDINGTON**    greg.addington@usdoj.gov, christi.dyer@usdoj.gov;danielle.bleecker@usdoj.gov
- **MEGAN M. ADEYEMO**    madeyemo@gordonrees.com, asoto@grsm.com
- **SALLIE B ARMSTRONG**    sarmstrong@mcdonaldcarano.com, mhale@mcdonaldcarano.com
- **SIMON ARON**    saron@wrslawyers.com
- **BRETT A. AXELROD**    baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com
- **GIL BEN-EZRA**    gbenezra@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **ALEXANDER E. BRODY**    abrody@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com;mrbnefs@yahoo.com
- **OGONNA M. BROWN**    OBrown@lrrc.com, nlord@lewisroca.com,ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com
- **LOUIS M. BUBALA**    lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com
- **MICHAEL S. BUDWICK**    mbudwick@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com
- **CHRISTOPHER PATRICK BURKE**    attycburke@charter.net
- **CANDACE C CARLYON**    ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com
- **JEFFREY D. CAWDREY**    jcawdrey@gordonrees.com
- **ROBERT M. CHARLES**    rcharles@lewisroca.com, BankruptcyNotices@lewisroca.com,robert-charles-1072@ecf.pacerpro.com
- **DAVID ERNESTO CHAVEZ**    chavezd@ballardspahr.com, LitDocket_West@ballardspahr.com
- **DAWN M. CICA**    dcica@carlyoncica.com, nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.c
- **WILLIAM D COPE**    william@copebklaw.com, r64042@notify.bestcase.com
- **EDWARD A. CORMA**    ecorma@cooperlevenson.com
- **TIMOTHY S. CORY**    tcory@crdslaw.com, creade@crdslaw.com
- **TRICIA M. DARBY**    tricia@darbylawpractice.com, kad@darbylawpractice.com
- **MICHAEL A DIGIACOMO**    saltlakedocketclerk@ballardspahr.com;paredesr@ballardspahr.com;hartt@ballardspahr.com
- **JAMIE P. DREHER**    jdreher@downeybrand.com, mfrazier@downeybrand.com;reno@downeybrand.com
- **VAN C. DURRER**    van.durrer@skadden.com
- **RICHARD W. ESTERKIN**    resterkin@morganlewis.com
- **LARS EVENSEN**    lkevensen@hollandhart.com, vlarsen@hollandhart.com;blschroeder@hollandhart.com;intaketeam@hollandhart.com
- **THOMAS H. FELL**    tfell@fclaw.com, clandis@fclaw.com;CourtFilings@fennemorelaw.com
- **ASHLEY N. FELLONA**    ashley.fellona@saul.com, Janice.Mast@saul.com
- **MARTIN L FINEMAN**    martinfineman@dwt.com, ExternalForwardUSBC_NEVADA@dwt.com
- **ELIZABETH A. FLETCHER**    efletcher@fletcherlawgroup.com, edendary@fletcherlawgroup.com
- **ROBERT C. FOLLAND**    rob.folland@btlaw.com
- **KIAH T. FORD**    chipford@parkerpoe.com
- **FRANCHISE TAX BOARD (cc)**    BKClaimConfirmation@ftb.ca.gov, kevin.hutty@ftb.ca.gov
- **DONALD L. GAFFNEY**    dgaffney@swlaw.com
- **SOLOMON B. GENET**    sgenet@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com
- **FRANK C. GILMORE**    fgilmore@rssblaw.com, mdavis@rssblaw.com
- **MICHAEL J GOMEZ**    mgomez@frandzel.com, dmoore@frandzel.com
- **REW R. GOODENOW**    ecf@parsonsbehle.com, rgoodenow@parsonsbehle.com
- **TALITHA B. GRAY KOZLOWSKI**    tgray@brg.legal, bknotices@gtg.legal
- **ELIZABETH A. GREEN**    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- **JAMES D. GREENE**    jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
- **ALLEN J. GUON**    aguon@cozen.com, allen-guon-6333@ecf.pacerpro.com;cknez@cozen.com
- **STEPHEN R HARRIS**    steve@harrislawreno.com, hannah@harrislawreno.com;norma@harrislawreno.com
- **JEFFREY L HARTMAN**    notices@bankruptcyreno.com, abg@bankruptcyreno.com
- **PAYMON HIFAI**    phifai@hornerlawgroup.com
- **RICHARD F. HOLLEY**    rholley@nevadafirm.com, oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com;dhigh@nevadafirm.com
- **RICK R. HSU**    rhsu@mclrenolaw.com, hmotta@mcllawfirm.com
- **CHRISTOPHER D. HUGHES**    chughes@nossaman.com
- **BRIAN R. IRVINE**    birvine@dickinsonwright.com, mreel@dickinsonwright.com;cgrinstead@dickinsonwright.com;RN_litdocket@dickinsonwright.com
- **NEAL R. JACOBSON**    jacobsonn@sec.gov
- **MATTHEW L. JOHNSON**    annabelle@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com;kelcie@mjohnsonlaw.com
- **PAUL J. JOHNSON**    pjohnson@diemerwei.com
- **NATHAN G. KANUTE**    nkanute@swlaw.com, mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;ljtaylor@swlaw.com;credd@swlaw.com
- **GREGORY ALAN KRAEMER**    GKRAEMER@COOPERLEVENSON.COM, gdillingham@cooperlevenson.com
- **BORIS KUKSO**    boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- **MARY LANGSNER**    mlangsner@nevadafirm.com, oswibies@nevadafirm.com;rholley@nevadafirm.com;dhigh@nevadafirm.com
- **BART K. LARSEN**    BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com
- **ROBERT S. LARSEN**    rlarsen@grsm.com, gangulo@grsm.com;wwong@grsm.com;WL_LVSupport@grsm.com;sowens@grsm.com;kkao@grsm.com;jschneringer@grsm.com
- **ANDREW V. LAYDEN**    alayden@bakerlaw.com, orlbankruptcy@bakerlaw.com
- **CECILIA LEE**    efletcher@fletcherlawgroup.com, edendary@fletcherlawgroup.com
- **ALEXANDER J. LEWICKI**    alewicki@diemerwei.com
- **CHRISTINA W. LOVATO**    trusteelovato@att.net, NV26@ecfcbis.com
- **TIMOTHY A LUKAS**    ecflukast@hollandhart.com
- **EDWARD M. MCDONALD**    edward.m.mcdonald@usdoj.gov
- **JEANETTE E. MCPHERSON**    bkfilings@s-mlaw.com
- **EDMOND BUDDY MILLER**    bmiller@buddymillerlaw.com, jepker@buddymillerlaw.com
- **ALI M. M. MOJDEHI**    amojdehi@btlaw.com, jgertz@btlaw.com;arego@btlaw.com
- **JAMES C. MOON**    jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com

**EXHIBIT 1**

- **MELANIE D MORGAN**   Melanie.morgan@akerman.com, akermanlas@akerman.com
- **ASHLEY C NIKKEL**   anikkel@parsonsbehle.com, rshaffer@parsonsbehle.com
- **WILLIAM M. NOALL**   bknotices@gtg.legal, wnoall@gtg.legal
- **TRACY M. O'STEEN**   tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com
- **RICHARD A. OSHINSKI**   Rick@OshinskiForsberg.com, Linda@OshinskiForsberg.com
- **DONNA T PARKINSON**   donna@parkinsonphinney.com
- **PAUL J PASCUZZI**   ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- **KEVIN C. PAULE**   kpaule@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com
- **MICHAEL RYAN PINKSTON**   rpinkston@seyfarth.com, jmcdermott@seyfarth.com;sfocalendar@seyfarth.com
- **MATTHEW W. QUALL**   mquall@quallcardot.com
- **JACK A. RAISNER**   jar@outtengolden.com
- **DONALD A. REA**   don.rea@saul.com
- **R. CHRISTOPHER READE**   creade@crdslaw.com, agilbreath@crdslaw.com;earthur@crdslaw.com;jshafer@crdslaw.com
- **JULIE HOPE ROME-BANKS**   Julie@bindermalter.com
- **RENE' S ROUPINIAN**   rsr@raisnerroupinian.com, Jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com
- **JOHN M. SAMBERG**   jsamberg@wrslawyers.com, efilingjms@wrslawyers.com
- **THERESE SCHEUER**   scheuert@sec.gov
- **MICHAEL L. SCHUSTER**   schusterm@ballardspahr.com
- **SAMUEL A. SCHWARTZ**   saschwartz@nvfirm.com, ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com
- **BRIAN D. SHAFFER**   brian.shaffer@msrlegal.com, karen.wigylus@msrlegal.com
- **CONNOR H. SHEA**   cshea@bhfs.com, wcosby@bhfs.com
- **JAMES PATRICK SHEA**   jshea@shea.law, blarsen@shea.law;support@shea.law
- **PATRICK J SHEEHAN**   psheehan@fclaw.com, tday@fclaw.com
- **PAUL STEVEN SINGERMAN**   singerman@bergersingerman.com
- **DANIEL H. SLATE**   dslate@buchalter.com, smartin@buchalter.com
- **PETER J. SMITH**   peterjsmith@att.net
- **STEPHEN PAUL SORENSEN**   ssorensen@tafsattorneys.com
- **HOLLY S STOBERSKI**   hstoberski@duanemorris.com, AutoDocketLV@duanemorris.com;jldailey@duanemorris.com
- **KEVIN M. SUTEHALL**   ksutehall@foxrothschild.com, dloffredo@foxrothschild.com
- **T-MOBILE USA, INC. (sb)**   BankruptcyGroup@T-Mobile.com
- **AMY N. TIRRE**   amy@amytirrelaw.com, admin@amytirrelaw.com
- **U.S. TRUSTEE - RN - 7**   USTPRegion17.RE.ECF@usdoj.gov
- **DAVID F. WAGUESPACK**   Waguespack@carverdarden.com, plaisance@carverdarden.com
- **MARTIN L. WELSH**   mwelsh@lvlaw.com, k.bratton@hayesandwelsh.onmicrosoft.com;nv.ecf@aislegaltrac.com
- **HANNAH E. WINSTON**   hwinston@rssblaw.com, cobrien@rssblaw.com
- **RYAN A. WITTHANS**   rwitthans@fhlawllp.com
- **CONSTANCE L. YOUNG**   clyoung2014@gmail.com
- **MATTHEW C. ZIRZOW**   mzirzow@lzlawnv.com, carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com