Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com

Michael S. Budwick, Esq. #938777 – Admitted *Pro Hac Vice*
Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice*
Meaghan E. Murphy, Esq. #102770 – Admitted *Pro Hac Vice*
Gil Ben-Ezra, Esq. #118089 – Admitted *Pro Hac Vice*
Alexander E. Brody, Esq. #1025332 – Admitted *Pro Hac Vice*
**MELAND BUDWICK, P.A.**
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
T: (305) 358-6363
F: (305) 358-1221
mbudwick@melandbudwick.com
sgenet@melandbudwick.com
gbenezra@melandbudwick.com
abrody@melandbudwick.com

Attorneys for Christina W. Lovato, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>Debtor. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br><br>Substantively Consolidated with:<br><br>19-50130-gs  \|  DC Solar Solutions, Inc.<br>19-50131-gs  \|  DC Solar Distribution, Inc.<br>19-50135-gs  \|  DC Solar Freedom, Inc.<br><br>**TRUSTEE'S SECOND SUPPLEMENT TO STATUS REPORT**<br><br>Hearing Date: March 31, 2022<br>Hearing Time: 9:30 a.m. |

Christina W. Lovato, as chapter 7 trustee ("***Trustee***") for the bankruptcy estates of DC Solar Solutions, Inc., DC Solar Distribution, Inc., DC Solar Freedom, Inc. and Double Jump, Inc. ("***DC Solar***" or the "***Debtors***"), files her Second Supplement to Status Report ("***Second Supplement to Status Report***") in the above-captioned bankruptcy case ("***Bankruptcy Case***") in advance of the Status Conference ("***Status Conference***") set for March 31, 2022 at 9:30 a.m.

The Trustee filed her first status report on November 1, 2021 [ECF No. 2941], a supplement

1

on November 15, 2021 [ECF No. 2971], and her ex parte motion to continue status conference on January 7, 2022 [ECF No. 3094] which was granted by this Court's Order dated January 11, 2022 [ECF No. 3101].

I. **NOTICE**

The Trustee will file this Second Supplement to Status Report in the Main Case and in each pending adversary proceeding and will serve it as reflected on the Certificate of Service.

II. **RESERVATION**

The Trustee reserves all rights given her ongoing investigation as well as the inherently fluid nature of litigation. Nothing in this Second Supplement to Status Report waives the Trustee's attorney-client, work-product, or other privileges or confidentiality. Nor does anything contained in this Second Supplement to Status Report bind the Trustee on any matter of fact or law.

III. **THE PLEA AGREEMENTS AND CRIMINAL SENTENCING**

The criminal investigation related to the Carpoff Ponzi Scheme is ongoing. Seven persons: (1) & (2) Jeff and Paulette Carpoff (husband and wife, and senior executives); (3) Robert Karmann (CFO and controller) (4) Ryan Guidry (senior operating executive); (5) Ron Roach (outside CPA) (6) Joseph Bayliss (outside electrician and purported engineer); and (7) Alan Hansen (a T-Mobile employee who was bribed by Carpoff and later hired by DC Solar); have pled guilty and stipulated to plea agreements and factual proffers ("***Plea Agreements***") with the United States of America discussing their particular roles, the roles of others, and some of the factual circumstances regarding the Carpoff Ponzi Scheme.

The dockets in these criminal cases reflect that:

- Jeff Carpoff was sentenced on November 9, 2021 and was taken into custody on January 18, 2022;
- Joseph Bayliss was sentenced on November 16, 2021 and is set to be taken into custody on June 7, 2022;
- Robert Karman is to be sentenced on April 12, 2022;
- Alan Hansen is to be sentenced on April 26, 2022;
- Ronald Roach is to be sentenced on May 3, 2022;

2

- Paulette Carpoff is to be sentenced on May 10, 2022; and
- Ryan Guidry is to be sentenced on June 7, 2022.

Each sentencing date has been continued multiple times, and the Trustee does not know whether there will be further continuances or other activity arising from the United States of America's ongoing criminal investigation.

### IV. PROPOSED TOPICS TO DISCUSS AT STATUS CONFERENCE

The Status Conference provides an opportunity for the Court, the Trustee, and parties-in-interest to discuss the Bankruptcy Case, the pending adversary proceedings, and related matters. The Trustee proposes that at least the following topics be discussed: (1) overview of the Trustee's litigation claims and adversary proceedings in this Bankruptcy Case; and (2) the Trustee's intent to seek a Ponzi scheme determination, in accordance with this Court's directive.

**1. Overview of the Trustee's Litigation Claims and Disposition**

To date, the Trustee has filed forty-five adversary proceedings in the Bankruptcy Case and has asserted and resolved a series of claims pre-suit. Attached are the following exhibits:

- **Exhibit A** – Pending adversary proceedings, with some information regarding (i) pleading status; (ii) settlement (including mediation) status; and (iii) motion practice.
- **Exhibit B** – Adversary proceedings that have been resolved by settlement, stipulation, final judgment, or dismissal.
- **Exhibit C** – Estate litigation claims that have been settled pre-suit.

The Trustee's pending adversary proceedings primarily assert claims for avoidance and recovery of transfers, with one adversary sounding primarily in tort but also including claims for avoidance.[1] The Trustee may file one or more additional adversary proceedings by the time of the Status Conference. To date, the Trustee has recovered (either received or due to be received) over $50 million through the consensual resolution of litigation claims and approval of this Court pursuant to F.R.B.P. 9019.

---

[1] The latter is *Lovato v. Nixon Peabody, LLP*, Adv. No. 21-05072 (Bankr. D. Nev.).

3

**2. Determination of a Ponzi Scheme**

As directed by the Court, the Trustee expects to file a motion for partial summary judgment ("**MPSJ**") seeking a determination that a Ponzi scheme was perpetrated through DC Solar, in connection with the Ponzi Presumptions.[2] The Trustee expects to file this MPSJ on an omnibus basis, in all pending adversary proceedings which primarily seek avoidance and recovery of fraudulent transfers, by no later than April 29, 2022 or a later date directed by the Court at or after the Status Conference. The Trustee expects to utilize one expert witness in support of her MPSJ.

Promptly following the Trustee's filing of her MPSJ, the Trustee intends to engage the applicable adversary defendants in a meet-and-confer process with the goal of a coordinated discovery and briefing schedule. For efficiency purposes, the Trustee intends to propose a single deposition of her expert witness, in a consolidated process, with: (1) one defendant acting as a lead examiner; and (2) other defendants having an adequate opportunity to examine.

DATED: March 28, 2022.

**HARTMAN & HARTMAN**

/s/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq.
Attorney for Christina W. Lovato, Trustee

**MELAND BUDWICK, P.A.**

/s/ Solomon B. Genet
Michael S. Budwick, Esq.
Solomon B. Genet, Esq.
Meaghan E. Murphy, Esq.
Gil Ben-Ezra, Esq.
Alexander E. Brody, Esq.
Attorneys for Christina W. Lovato, Trustee

---

[2] "**Ponzi Presumptions**" means the presumption of "actual intent" and "insolvency" in connection with avoidance claims where it is determined that a Ponzi scheme was perpetrated through the debtor. *See e.g., In re Nat'l Consumer Mortg., LLC*, 2013 WL 164247, *11 (D. Nev. Jan. 14, 2013).

## CERTIFICATE OF SERVICE

I certify that on March 28, 2022, I caused to be served the above-named document as indicated below:

✔ a. Via ECF to the parties listed on the attached Exhibit 1:
✔ b. Via Direct Email to the following:

mara@bayareadrainage.com;
taxinfo@tax.cccounty.us;
deboltcivil@earthlink.net;
jqyu1089@yahoo.com;
lesterray420@gmail.com;
rbpainting66@yahoo.com;
cromero@sfandb.com;
21techlife@gmail.com;
waterbilling@cityofmartinez.org;
fredsfloorcovering@gmail.com;
ctrent@msconstruction.com;
taxcollector@countyofnapa.org;
mail@nativesonslandscaping.com;
shaunrang@sbcglobal.net;
ttccc@solanocounty.com;
pacific_coast_wp@att.net;
ar@alpinepowersystems.com;
billing@kmhsystems.com;
ca@ahern.com;
jansen.carl9@gmail.com;
pmaddox@iscmotorsports.com;
erossi@cedantioch.com;
rachel.larrenaga@chargepoint.com;
jworthen@ganassi.com;
dcook@kansasspeedway.com;
jfarris@ejmjets.com;
troyv@pacificmetalfab.net;
erivera@talladegasuperspeedway.com;
mquall@quallcardot.com;
ben.nelson@wexinc.com;

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 28, 2022.

                                          */s/ Solomon B. Genet*
                                          Solomon B. Genet, Esq.

**Pending - Adversary Proceedings**

| # | Case Number | Party/Entity | Status |
|---|---|---|---|
| 1 | 21-05037 | Bayshore Select Insurance<br>Champion Select Insurance | Clerk's defaults entered. Supplemental briefing on motions for default judgment pending. |
| 2 | 21-05029 | DCT Valley Drive CA LP | Answer filed. |
| 3 | 21-05020 | Internal Revenue Service | Parties engaged in settlement discussions. |
| 4 | 21-05030 | KMH Systems, Inc. | Abated due to receivership (since been closed). |
| 5 | 21-05027 | LBA Realty Fund II-Company I, LLC | Answer filed. |
| 6 | 19-05032 | Mandalay Bay, LLC (First Adversary Complaint) | Answer filed. Continued mediation scheduled for 4/18/22. |
| 7 | 21-05070 | Mandalay Bay, LLC (Consolidated with First Adversary Complaint) | Motion to dismiss filed. Continued mediation scheduled for 4/18/22. |
| 8 | 21-05032 | Priscilla Amato<br>Robert Amato<br>Paula Jordan | Priscilla Amato: Clerk's default entered<br>Robert Amato: Dismissed<br>Paula Jordan: Settled. |
| 9 | 21-05026 | Sandra Sarkissian, Successor Trustee of the Sam Sarkissian and Sandra Sarkissian Living Trust dated September 4, 1997 | Answer filed. |
| 10 | 21-05025 | SMISC Holdings, LLC,<br>Atlanta Motor Speedway, LLC,<br>Bristol Motor Speedway, LLC,<br>Kentucky Motor Speedway, LLC,<br>Nevada Motor Speedway, LLC,<br>New Hampshire Motor Speedway, Inc.,<br>Speedway Sonoma, LLC,<br>Texas Motor Speedway, Inc. | Answer filed. |
| 11 | 21-05009 | Patrick Moore | Set for hearing on 3/31. |
| 12 | 21-05028 | King Solarman, Inc., Chiang Lian Cung a/k/a Michael Cung, King Solarman (Indion) Fund I, LLC, and King Solarman (Indion) Fund II, LLC | Answer filed. Mediation ongoing. |
| 13 | 21-05072 | Nixon Peabody LLP | Motion to Dismiss filed. |
| 14 | 21-05001 | Ahern Rentals, Inc.<br>Xtreme Manufacturing, LLC | Motion to dismiss filed. |
| 15 | 21-05073 | Chip Ganassi Racing with Felix Sabates, Inc. | Answer filed. |

**EXHIBIT A**

## Resolved - Adversary Proceedings

| | Case Number | Party/Entity | Status |
|---|---|---|---|
| 1 | 21-05018 | Renewable Waste Solutions, LLC and Sustainable Capital Finance, Inc. | Renewable Waste Solutions, LLC: Final Judgment. Sustainable Capital Finance, Inc.: Settled. |
| 2 | 21-05005 | Martinez Education Foundation | Settled. |
| 3 | 21-05042 | LV Stadium Events Company, LLC | Settled. |
| 4 | 21-05014 | NuLeaf Capital Investors Group, LLC | Settled. |
| 5 | 21-05044 | Tersuda, LLC | Settled. |
| 6 | 21-05040 | Enenstein Pham & Glass | Settled. |
| 7 | 21-05012 | 2750 Maxwell Way, LLC | Final Judgment. |
| 8 | 21-05011 | 4021 Pike Lane, LLC | Final Judgment. |
| 9 | 21-05017 | Bay Area ScreenPrint, Inc. Go Green Studio Rentals, Inc. CDRL Nutritional, Inc. and Headways Hair and Day Spa, Inc. | Final Judgment. |
| 10 | 21-05022 | Efficient Energy Distribution, Inc. | Final Judgment. |
| 11 | 21-05008 | Emerging Solar Technology LLC | Final Judgment. |
| 12 | 21-05001 | EventWright, LLC | Final Judgment. |
| 13 | 21-05007 | Halo Management Services, LLC | Final Judgment. |
| 14 | 21-05006 | Luminary Diffusion Systems, LLC | Final Judgment. |
| 15 | 21-05013 | Martinez Clippers Baseball Corp. | Final Judgment. |
| 16 | 21-05002 | Oakhurst Golf, LLC dba Oakhurst Country Club | Voluntarily dismissed. |
| 17 | 21-05035 | Panda Bear International, Limited Panda Solar Solutions, LLC | Final Judgment. |
| 18 | 21-05010 | Renewable Management Services, Inc. | Final Judgment. |
| 19 | 21-05033 | Sirius Light Towers, LLC | Final Judgment. |
| 20 | 21-05003 | Sparks Power Inc. | Final Judgment. |
| 21 | 21-05004 | Terroir Winery Fund, L.P. | Final Judgment. |
| 22 | 21-05024 | USB DC Solar Fund I, LLC and USB DC Solar Fund II, LLC | Final Judgment. |

**EXHIBIT B**

| | | | |
|---|---|---|---|
| 23 | 21-05021 | Hancock Whitney Equipment Finance and Leasing, LLC | Voluntarily dismissed. |
| 24 | 21-05016 | Main Street Martinez, Inc. | Voluntarily dismissed. |
| 25 | 21-05023 | The Yountville Chamber of Commerce | Voluntarily dismissed. |
| 26 | 21-05019 | Folium Biosciences, LLC and Whole Hemp Company, LLC | Settlement, documentation ongoing. |
| 27 | 21-05036 | JCB Consulting, Inc. f/k/a J&C Consulting, Inc. Carrie Sue Boden-Carpoff a/k/a Caroline Sue Boden-Carpoff a/k/a Carrie Carpoff a/k/a Carrie Boden | Carrie Sue Boden-Carpoff a/k/a Caroline Sue Boden-Carpoff a/k/a Carrie Carpoff a/k/a Carrie Boden: Dismissed. JCB Consulting, Inc. f/k/a J&C Consulting, Inc.: Final Judgment pending. |
| 28 | 21-05034 | Lone Oak Fund, LLC | Settled. |
| 29 | 21-05031 | Matthew and Lauren Carpoff | Settled. |
| 30 | 21-05009 | Solarmore Investments, Inc. | Final Judgment. |

**Pre-Suit Settlements**

| | Party/Entity | Status of Settlement (Approved/Pending) |
|---|---|---|
| 1 | Solar Eclipse Investment Fund III, LLC | Approved. |
| 2 | Solar Eclipse Investment Fund IV, LLC | Approved. |
| 3 | Solar Eclipse Investment Fund V, LLC | Approved. |
| 4 | Solar Eclipse Investment Fund VI, LLC | Approved. |
| 5 | Solar Eclipse Investment Fund VII, LLC | Approved. |
| 6 | Solar Eclipse Investment Fund VIII, LLC | Approved. |
| 7 | Solar Eclipse Investment Fund X, LLC | Approved. |
| 8 | Solar Eclipse Investment Fund XI, LLC | Approved. |
| 9 | Solar Eclipse Investment Fund XII, LLC | Approved. |
| 10 | Solar Eclipse Investment Fund XIV, LLC | Approved. |
| 11 | Solar Eclipse Investment Fund XXXII, LLC | Approved. |
| 12 | Solar Eclipse Investment Fund XXXV, LLC | Approved. |
| 13 | Solar Eclipse Investment Fund XXXVII, LLC | Approved. |
| 14 | Progressive Casualty Insurance Company | Approved. |
| 15 | The Sherwin-Williams Company | Approved. |
| 16 | Geico Corporation | Approved. |
| 17 | People's United Bank, N.A. | Approved. |
| 18 | People's United Financial, Inc. | Approved. |
| 19 | DV VNB Community Renewables Fund LLC | Approved. |
| 20 | DV VNB Community Renewables Fund III LLC | Approved. |
| 21 | Pardee Solar 1, LLC | Approved. |
| 22 | SolarSense DCS I, LLC | Approved. |
| 23 | Alternative Energy Infrastructure Projects Fund I, LP | Approved. |
| 24 | KeyBank N.A. | Approved. |
| 25 | Heritage Bank of Commerce | Approved. |
| 26 | Solar Eclipse Fund IX, LLC | Approved. |
| 27 | Crestmark, a division of MetaBank, N.A. | Approved. |
| 28 | Radian Generation, LLC | Approved. |
| 29 | Wheels Up Partners, LLC | Approved. |
| 30 | Fallbrook Securities Corporation | Approved. |
| 31 | FEI Investors I, LLC | Approved. |
| 32 | Electrification Coalition | Approved. |
| 33 | Consolidated Electrical Distributors, Inc. | Approved. |
| 34 | Vistra International Expansion (USA) Inc. | Approved. |
| 35 | ISC Parties | Approved. |
| 36 | Truist Equipment Finance Corp. f/k/a Sun Trust Equipment Finance & leasing Corp. | Approved. |
| 37 | Hartford Fire Insurance Company | Agreement, documentation ongoing. |

**EXHIBIT C**

| 38 | CohnReznick Capital Markets Securities, LLC | Approved. |
| 39 | Live in the Vineyard, LLC | Approved. |
| 40 | Novogradac & Company LLP | Agreement, documentation ongoing. |

**Mailing Information for Case 19-50102-gs**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **SETH J. ADAMS**    sadams@woodburnandwedge.com, jheston@woodburnandwedge.com
- **GREG ADDINGTON**    greg.addington@usdoj.gov, christi.dyer@usdoj.gov;danielle.bleecker@usdoj.gov
- **MEGAN M. ADEYEMO**    madeyemo@gordonrees.com, asoto@grsm.com
- **SALLIE B ARMSTRONG**    sarmstrong@mcdonaldcarano.com, mhale@mcdonaldcarano.com
- **SIMON ARON**    saron@wrslawyers.com
- **BRETT A. AXELROD**    baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com
- **GIL BEN-EZRA**    gbenezra@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **ALEXANDER E. BRODY**    abrody@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com;mrbnefs@yahoo.com
- **OGONNA M. BROWN**    OBrown@lrrc.com, nlord@lewisroca.com,ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com
- **ERIC A. BROWNDORF**    ebrowndorf@cooperlevenson.com, cwild@cooperlevenson.com
- **LOUIS M BUBALA**    lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com
- **MICHAEL S. BUDWICK**    mbudwick@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com
- **CHRISTOPHER PATRICK BURKE**    attycburke@charter.net
- **CANDACE C CARLYON**    ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com
- **JEFFREY D. CAWDREY**    jcawdrey@gordonrees.com
- **ROBERT M. CHARLES**    rcharles@lewisroca.com, BankruptcyNotices@lewisroca.com,robert-charles-1072@ecf.pacerpro.com
- **DAVID ERNESTO CHAVEZ**    chavezd@ballardspahr.com, LitDocket_West@ballardspahr.com
- **DAWN M. CICA**    dcica@carlyoncica.com, nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.co
- **MARK J. CONNOT**    mconnot@foxrothschild.com, dloffredo@foxrothschild.com
- **WILLIAM D COPE**    william@copebklaw.com, r64042@notify.bestcase.com
- **EDWARD A. CORMA**    ecorma@cooperlevenson.com
- **TIMOTHY S. CORY**    tcory@crdslaw.com, creade@crdslaw.com
- **TRICIA M. DARBY**    tricia@darbylawpractice.com, kad@darbylawpractice.com
- **MICHAEL A DIGIACOMO**    saltlakedocketclerk@ballardspahr.com;paredesr@ballardspahr.com;hartt@ballardspahr.com
- **JAMIE P. DREHER**    jdreher@downeybrand.com, mfrazier@downeybrand.com;reno@downeybrand.com
- **VAN C. DURRER**    van.durrer@skadden.com
- **RICHARD W. ESTERKIN**    resterkin@morganlewis.com
- **LARS EVENSEN**    lkevensen@hollandhart.com, blschroeder@hollandhart.com;intaketeam@hollandhart.com
- **THOMAS H. FELL**    tfell@fclaw.com, clandis@fclaw.com;CourtFilings@fennemorelaw.com
- **ASHLEY N. FELLONA**    ashley.fellona@saul.com, Janice.Mast@saul.com
- **MARTIN L FINEMAN**    martinfineman@dwt.com, ExternalForwardUSBC_NEVADA@dwt.com
- **ELIZABETH A. FLETCHER**    efletcher@fletcherlawgroup.com, edendary@fletcherlawgroup.com
- **ROBERT C. FOLLAND**    rob.folland@btlaw.com
- **KIAH T. FORD**    chipford@parkerpoe.com
- **FRANCHISE TAX BOARD (cc)**    BKClaimConfirmation@ftb.ca.gov, kevin.hutty@ftb.ca.gov
- **DONALD L. GAFFNEY**    dgaffney@swlaw.com
- **SOLOMON B. GENET**    sgenet@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com
- **FRANK C. GILMORE**    fgilmore@rssblaw.com, mdavis@rssblaw.com
- **MICHAEL J GOMEZ**    mgomez@frandzel.com, dmoore@frandzel.com
- **REW R. GOODENOW**    ecf@parsonsbehle.com, rgoodenow@parsonsbehle.com
- **TALITHA B. GRAY KOZLOWSKI**    tgray@brg.legal, bknotices@gtg.legal
- **ELIZABETH A. GREEN**    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- **JAMES D. GREENE**    jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
- **ALLEN J. GUON**    aguon@cozen.com, allen-guon-6333@ecf.pacerpro.com;cknez@cozen.com
- **STEPHEN R HARRIS**    steve@harrislawreno.com, hannah@harrislawreno.com;norma@harrislawreno.com
- **JEFFREY L HARTMAN**    notices@bankruptcyreno.com, abg@bankruptcyreno.com
- **PAYMON HIFAI**    phifai@hornerlawgroup.com
- **RICHARD F. HOLLEY**    rholley@nevadafirm.com, oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com;dhigh@nevadafirm.com
- **RICK R. HSU**    rhsu@mclrenolaw.com, hmotta@mcllawfirm.com
- **CHRISTOPHER D. HUGHES**    chughes@nossaman.com
- **BRIAN R. IRVINE**    birvine@dickinsonwright.com, mreel@dickinsonwright.com;cgrinstead@dickinsonwright.com;RN_litdocket@dickinsonwright.com
- **NEAL R. JACOBSON**    jacobsonn@sec.gov
- **MATTHEW L. JOHNSON**    annabelle@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com;kelcie@mjohnsonlaw.com;danielle@mjohnsonlaw.com
- **PAUL J. JOHNSON**    pjohnson@diemerwei.com
- **NATHAN G. KANUTE**    nkanute@swlaw.com, mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;ljtaylor@swlaw.com;credd@swlaw.com
- **GREGORY ALAN KRAEMER**    GKRAEMER@COOPERLEVENSON.COM, gdillingham@cooperlevenson.com
- **BORIS KUKSO**    boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- **MARY LANGSNER**    mlangsner@nevadafirm.com, oswibies@nevadafirm.com;rholley@nevadafirm.com;dhigh@nevadafirm.com
- **BART K. LARSEN**    BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com
- **ROBERT S. LARSEN**    rlarsen@grsm.com, gangulo@grsm.com;wwong@grsm.com;WL_LVSupport@grsm.com;sowens@grsm.com;kkao@grsm.com;jschneringer@grsm.com
- **ANDREW V. LAYDEN**    alayden@bakerlaw.com, orlbankruptcy@bakerlaw.com
- **CECILIA LEE**    efletcher@fletcherlawgroup.com, edendary@fletcherlawgroup.com
- **ALEXANDER J. LEWICKI**    alewicki@diemerwei.com
- **CHRISTINA W. LOVATO**    trusteelovato@att.net, NV26@ecfcbis.com
- **TIMOTHY A LUKAS**    ecflukast@hollandhart.com
- **EDWARD M. MCDONALD**    edward.m.mcdonald@usdoj.gov
- **JEANETTE E. MCPHERSON**    bkfilings@s-mlaw.com
- **EDMOND BUDDY MILLER**    bmiller@buddymillerlaw.com, jepker@buddymillerlaw.com
- **ALI M. M. MOJDEHI**    amojdehi@btlaw.com, jgertz@btlaw.com;arego@btlaw.com
- **JAMES C. MOON**    jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com



**EXHIBIT 1**

- **MEAGHAN E. MURPHY**    mmurphy@melandbudwick.com
- **WILLIAM M. NOALL**    bknotices@gtg.legal, wnoall@gtg.legal
- **TRACY M. O'STEEN**    tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com
- **RICHARD A. OSHINSKI**    Rick@OshinskiForsberg.com, Linda@OshinskiForsberg.com
- **DONNA T PARKINSON**    donna@parkinsonphinney.com
- **PAUL J PASCUZZI**    ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- **KEVIN C. PAULE**    kpaule@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com
- **MICHAEL RYAN PINKSTON**    rpinkston@seyfarth.com, jmcdermott@seyfarth.com;sfocalendar@seyfarth.com
- **MATTHEW W. QUALL**    mquall@quallcardot.com
- **JACK A. RAISNER**    jar@outtengolden.com
- **DONALD A. REA**    don.rea@saul.com
- **R. CHRISTOPHER READE**    creade@crdslaw.com, earthur@crdslaw.com;jshafer@crdslaw.com;lharrison@crdslaw.com;adavid@crdslaw.com
- **JULIE HOPE ROME-BANKS**    Julie@bindermalter.com
- **RENE' S ROUPINIAN**    rsr@raisnerroupinian.com, Jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com
- **WILLIAM P. RUBLEY**    wrubley@cooperlevenson.com
- **JOHN M. SAMBERG**    jsamberg@wrslawyers.com, efilingjms@wrslawyers.com
- **THERESE SCHEUER**    scheuert@sec.gov
- **MICHAEL L. SCHUSTER**    schusterm@ballardspahr.com
- **SAMUEL A. SCHWARTZ**    saschwartz@nvfirm.com, ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com
- **BRIAN D. SHAFFER**    brian.shaffer@msrlegal.com, karen.wigylus@msrlegal.com
- **CONNOR H. SHEA**    cshea@bhfs.com, wcosby@bhfs.com
- **JAMES PATRICK SHEA**    jshea@shea.law, blarsen@shea.law;support@shea.law
- **PATRICK J SHEEHAN**    psheehan@fclaw.com, tday@fclaw.com
- **PAUL STEVEN SINGERMAN**    singerman@bergersingerman.com
- **DANIEL H. SLATE**    dslate@buchalter.com, smartin@buchalter.com
- **PETER J. SMITH**    peterjsmith@att.net
- **STEPHEN PAUL SORENSEN**    ssorensen@tafsattorneys.com
- **HOLLY S STOBERSKI**    hstoberski@duanemorris.com, AutoDocketLV@duanemorris.com;jldailey@duanemorris.com
- **KEVIN M. SUTEHALL**    ksutehall@foxrothschild.com, dloffredo@foxrothschild.com
- **T-MOBILE USA, INC. (sb)**    BankruptcyGroup@T-Mobile.com
- **AMY N. TIRRE**    amy@amytirrelaw.com, admin@amytirrelaw.com
- **U.S. TRUSTEE - RN - 7**    USTPRegion17.RE.ECF@usdoj.gov
- **DAVID F. WAGUESPACK**    Waguespack@carverdarden.com, plaisance@carverdarden.com
- **MARTIN L. WELSH**    mwelsh@lvlaw.com, k.bratton@hayesandwelsh.onmicrosoft.com;nv.ecf@aislegaltrac.com
- **HANNAH E. WINSTON**    hwinston@rssblaw.com, cobrien@rssblaw.com
- **RYAN A. WITTHANS**    rwitthans@fhlawllp.com
- **CONSTANCE L. YOUNG**    clyoung2014@gmail.com
- **MATTHEW C. ZIRZOW**    mzirzow@lzlawnv.com, carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com