Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com

Michael S. Budwick, Esq. #938777 – Admitted *Pro Hac Vice*
Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice*
**MELAND BUDWICK, P.A.**
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
T: (305) 358-6363
F: (305) 358-1221
mbudwick@melandbudwick.com
sgenet@melandbudwick.com

Attorneys for Christina W. Lovato, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re

DOUBLE JUMP, INC.

Debtor.

Lead Case No.: BK-19-50102-gs
(Chapter 7)
Substantively Consolidated with:

| 19-50130-gs | DC Solar Solutions, Inc. |
| 19-50131-gs | DC Solar Distribution, Inc. |
| 19-50135-gs | DC Solar Freedom, Inc. |

**NOTICE OF HEARING ON MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FOR TURNOVER OF DOCUMENTS BY AND FROM NIXON PEABODY LLP**

Hearing Date: June 3, 2022
Hearing Time: 9:30 a.m.

**NOTICE IS HEREBY GIVEN** that Christina Lovato, chapter 7 trustee for the substantively consolidated estates of Double Jump, Inc., DC Solar Solutions, Inc., DC Solar Distribution, Inc. and DC Solar Freedom, Inc. ("***Trustee***"), requests an order granting the Motion to Compel Production of Documents and for Turnover of Documents by and from Nixon Peabody LLP.

**NOTICE IS FURTHER GIVEN** that a hearing has been scheduled before a United States Bankruptcy Judge, telephonically or via Zoom, on **June 3, 2022 at 9:30 a.m.** Parties intending to

1

appear at this hearing need to check the Court's website for updates to the Court's instructions regarding appearances prior to the hearing.

**NOTICE IS FURTHER GIVEN** that any opposition must be filed pursuant to the time limits set forth in Local Rule 9014 for oppositions to a motion. Local Rule 9014(d) provides as follows:

> [A]ny opposition to a motion must be filed with the Clerk of the court, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.

If you do object to the relief requested, you must file a **WRITTEN** response with the court. You *must* also serve your written response on the person who sent you this notice. If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FINALLY GIVEN** that a copy of the Motion can be obtained upon request from Hartman & Hartman, 510 West Plumb Lane, Suite B, Reno, NV 89509, by calling Hartman & Hartman at 1-775-324-2800, or from the United States Bankruptcy Court Clerk's Office, 300 Booth Street, Reno, NV 89509, during the office hours of 9:00 a.m. to 3:30 p.m. weekdays.

DATED: May 3, 2022.

**HARTMAN & HARTMAN**

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq.
*Attorney for Plaintiff Christina W. Lovato*

**MELAND BUDWICK, P.A.**

*/s/ Michael S. Budwick*
Michael S. Budwick, Esq.
Solomon B. Genet, Esq.

*Attorneys for Plaintiff Christina W. Lovato*

**CERTIFICATE OF SERVICE**

I certify that on May 3, 2022, I caused the document listed above to be served:

✔ a. Via ECF upon the parties listed on the attached Exhibit 1;

✔ b. On May 3, 2022, Via Direct Email to Eric H. MacMichael, Esq. at emacmichael@keker.com, Elliot R. Peters, Esq. at epeters@keker.com and Louis M. Bubala III, Esq., at lbubala@kcnvlaw.com and to those parties listed below:

mara@bayareadrainage.com;
taxinfo@tax.cccounty.us;
deboltcivil@earthlink.net;
jqyu1089@yahoo.com;
lesterray420@gmail.com;
rbpainting66@yahoo.com;
cromero@sfandb.com;
21techlife@gmail.com;
waterbilling@cityofmartinez.org;
fredsfloorcovering@gmail.com;
ctrent@msconstruction.com;
taxcollector@countyofnapa.org;
mail@nativesonslandscaping.com;
shaunrang@sbcglobal.net;
ttccc@solanocounty.com;
pacific_coast_wp@att.net;
ar@alpinepowersystems.com;
ca@ahern.com;
jansen.carl9@gmail.com;
pmaddox@iscmotorsports.com;
erossi@cedantioch.com;
rachel.larrenaga@chargepoint.com;
jworthen@ganassi.com;
dcook@kansasspeedway.com;
jfarris@ejmjets.com;
troyv@pacificmetalfab.net;
erivera@talladegasuperspeedway.com;
mquall@quallcardot.com;
ben.nelson@wexinc.com;
billing@kmhsystems.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 3, 2022.

/s/ Michael S. Budwick
Michael S. Budwick, Esquire

# Mailing Information for Case 19-50102-gs

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **SETH J. ADAMS**   sadams@woodburnandwedge.com, jheston@woodburnandwedge.com
- **GREG ADDINGTON**   greg.addington@usdoj.gov, christi.dyer@usdoj.gov;danielle.bleecker@usdoj.gov
- **MEGAN M. ADEYEMO**   madeyemo@gordonrees.com, asoto@grsm.com
- **SALLIE B ARMSTRONG**   sarmstrong@mcdonaldcarano.com, mhale@mcdonaldcarano.com
- **SIMON ARON**   saron@wrslawyers.com
- **BRETT A. AXELROD**   baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com
- **GIL BEN-EZRA**   gbenezra@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **ALEXANDER E. BRODY**   abrody@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com;mrbnefs@yahoo.com
- **OGONNA M. BROWN**   OBrown@lrrc.com, nlord@lewisroca.com,ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com
- **ERIC A. BROWNDORF**   ebrowndorf@cooperlevenson.com, cwild@cooperlevenson.com
- **LOUIS M BUBALA**   lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com
- **MICHAEL S. BUDWICK**   mbudwick@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com
- **CHRISTOPHER PATRICK BURKE**   attycburke@charter.net
- **CANDACE C CARLYON**   ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com
- **JEFFREY D. CAWDREY**   jcawdrey@gordonrees.com
- **ROBERT M. CHARLES**   rcharles@lewisroca.com, BankruptcyNotices@lewisroca.com,robert-charles-1072@ecf.pacerpro.com
- **DAVID ERNESTO CHAVEZ**   chavezd@ballardspahr.com, LitDocket_West@ballardspahr.com
- **DAWN M. CICA**   dcica@carlyoncica.com, nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.c
- **MARK J. CONNOT**   mconnot@foxrothschild.com, dloffredo@foxrothschild.com
- **WILLIAM D COPE**   william@copebklaw.com, r64042@notify.bestcase.com
- **EDWARD A. CORMA**   ecorma@cooperlevenson.com
- **TIMOTHY S. CORY**   tcory@crdslaw.com, creade@crdslaw.com
- **TRICIA M. DARBY**   tricia@darbylawpractice.com, kad@darbylawpractice.com
- **MICHAEL A DIGIACOMO**   saltlakedocketclerk@ballardspahr.com;paredesr@ballardspahr.com;hartt@ballardspahr.com
- **JAMIE P. DREHER**   jdreher@downeybrand.com, mfrazier@downeybrand.com;reno@downeybrand.com
- **VAN C. DURRER**   van.durrer@skadden.com
- **RICHARD W. ESTERKIN**   resterkin@morganlewis.com
- **LARS EVENSEN**   lkevensen@hollandhart.com, blschroeder@hollandhart.com;intaketeam@hollandhart.com
- **THOMAS H. FELL**   tfell@fennemorelaw.com, clandis@fennemorelaw.com;CourtFilings@fennemorelaw.com
- **ASHLEY N. FELLONA**   ashley.fellona@saul.com, Janice.Mast@saul.com
- **MARTIN L FINEMAN**   martinfineman@dwt.com, ExternalForwardUSBC_NEVADA@dwt.com
- **ELIZABETH A. FLETCHER**   efletcher@fletcherlawgroup.com, edendary@fletcherlawgroup.com
- **ROBERT C. FOLLAND**   rob.folland@btlaw.com
- **KIAH T. FORD**   chipford@parkerpoe.com
- **FRANCHISE TAX BOARD (cc)**   BKClaimConfirmation@ftb.ca.gov, kevin.hutty@ftb.ca.gov
- **DONALD L. GAFFNEY**   dgaffney@swlaw.com
- **SOLOMON B. GENET**   sgenet@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com
- **FRANK C. GILMORE**   fgilmore@rssblaw.com, mdavis@rssblaw.com
- **MICHAEL J GOMEZ**   mgomez@frandzel.com, dmoore@frandzel.com
- **REW R. GOODENOW**   ecf@parsonsbehle.com, rgoodenow@parsonsbehle.com
- **TALITHA B. GRAY KOZLOWSKI**   tgray@brg.legal, bknotices@gtg.legal
- **ELIZABETH A. GREEN**   egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- **JAMES D. GREENE**   jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
- **ALLEN J. GUON**   aguon@cozen.com, allen-guon-6333@ecf.pacerpro.com;cknez@cozen.com
- **STEPHEN R HARRIS**   steve@harrislawreno.com, hannah@harrislawreno.com;norma@harrislawreno.com
- **JEFFREY L HARTMAN**   notices@bankruptcyreno.com, abg@bankruptcyreno.com
- **PAYMON HIFAI**   phifai@hornerlawgroup.com
- **RICHARD F. HOLLEY**   rholley@nevadafirm.com, oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com;dhigh@nevadafirm.com
- **RICK R. HSU**   rhsu@mclrenolaw.com, hmotta@mcllawfirm.com
- **CHRISTOPHER D. HUGHES**   chughes@nossaman.com
- **BRIAN R. IRVINE**   birvine@dickinsonwright.com, mreel@dickinsonwright.com;cgrinstead@dickinsonwright.com;RN_litdocket@dickinsonwright.com
- **NEAL R. JACOBSON**   jacobsonn@sec.gov
- **MATTHEW L. JOHNSON**   annabelle@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com;kelcie@mjohnsonlaw.com;danielle@mjohnsonlaw.com
- **PAUL J. JOHNSON**   pjohnson@diemerwei.com
- **NATHAN G. KANUTE**   nkanute@swlaw.com, mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;ljtaylor@swlaw.com;credd@swlaw.com
- **GREGORY ALAN KRAEMER**   GKRAEMER@COOPERLEVENSON.COM, gdillingham@cooperlevenson.com
- **BORIS KUKSO**   boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- **MARY LANGSNER**   mlangsner@nevadafirm.com, oswibies@nevadafirm.com;rholley@nevadafirm.com;dhigh@nevadafirm.com;khalsey@nevadafirm.com
- **BART K. LARSEN**   BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com
- **ROBERT S. LARSEN**   rlarsen@grsm.com, gangulo@grsm.com;wwong@grsm.com;WL_LVSupport@grsm.com;sowens@grsm.com;kkao@grsm.com;jschneringer@grsm.com
- **ANDREW V. LAYDEN**   alayden@bakerlaw.com, orlbankruptcy@bakerlaw.com
- **CECILIA LEE**   efletcher@fletcherlawgroup.com, edendary@fletcherlawgroup.com
- **ALEXANDER J. LEWICKI**   alewicki@diemerwei.com
- **CHRISTINA W. LOVATO**   trusteelovato@att.net, NV26@ecfcbis.com
- **TIMOTHY A LUKAS**   ecflukast@hollandhart.com
- **EDWARD M. MCDONALD**   edward.m.mcdonald@usdoj.gov
- **JEANETTE E. MCPHERSON**   bkfilings@s-mlaw.com
- **EDMOND BUDDY MILLER**   bmiller@buddymillerlaw.com, jepker@buddymillerlaw.com

**EXHIBIT 1**

- ALI M. M. MOJDEHI    amojdehi@btlaw.com, jgertz@btlaw.com;arego@btlaw.com
- JAMES C. MOON    jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com
- MEAGHAN E. MURPHY    mmurphy@melandbudwick.com
- WILLIAM M. NOALL    bknotices@gtg.legal, wnoall@gtg.legal
- TRACY M. O'STEEN    tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com
- RICHARD A. OSHINSKI    Rick@OshinskiForsberg.com, Linda@OshinskiForsberg.com
- DONNA T PARKINSON    donna@parkinsonphinney.com
- PAUL J PASCUZZI    ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- KEVIN C. PAULE    kpaule@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com
- MICHAEL RYAN PINKSTON    rpinkston@seyfarth.com, jmcdermott@seyfarth.com;sfocalendar@seyfarth.com
- MATTHEW W. QUALL    mquall@quallcardot.com
- JACK A. RAISNER    jar@outtengolden.com
- DONALD A. REA    don.rea@saul.com
- R. CHRISTOPHER READE    creade@crdslaw.com, earthur@crdslaw.com;jshafer@crdslaw.com;mrodriguez@crdslaw.com;adavid@crdslaw.com
- JULIE HOPE ROME-BANKS    Julie@bindermalter.com
- RENE' S ROUPINIAN    rsr@raisnerroupinian.com, Jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com
- WILLIAM P. RUBLEY    wrubley@cooperlevenson.com
- JOHN M. SAMBERG    jsamberg@wrslawyers.com, efilingjms@wrslawyers.com
- THERESE SCHEUER    scheuert@sec.gov
- MICHAEL L. SCHUSTER    schusterm@ballardspahr.com
- SAMUEL A. SCHWARTZ    saschwartz@nvfirm.com, ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com
- BRIAN D. SHAFFER    brian.shaffer@msrlegal.com, karen.wigylus@msrlegal.com
- CONNOR H. SHEA    cshea@bhfs.com, wcosby@bhfs.com
- JAMES PATRICK SHEA    jshea@shea.law, blarsen@shea.law;support@shea.law
- PATRICK J SHEEHAN    psheehan@fclaw.com, tday@fclaw.com
- PAUL STEVEN SINGERMAN    singerman@bergersingerman.com
- DANIEL H. SLATE    dslate@buchalter.com, smartin@buchalter.com
- PETER J. SMITH    peterjsmith@att.net
- STEPHEN PAUL SORENSEN    ssorensen@tafsattorneys.com
- HOLLY S STOBERSKI    hstoberski@duanemorris.com, AutoDocketLV@duanemorris.com;jldailey@duanemorris.com
- KEVIN M. SUTEHALL    ksutehall@foxrothschild.com, dloffredo@foxrothschild.com
- T-MOBILE USA, INC. (sb)    BankruptcyGroup@T-Mobile.com
- AMY N. TIRRE    amy@amytirrelaw.com, admin@amytirrelaw.com
- U.S. TRUSTEE - RN - 7    USTPRegion17.RE.ECF@usdoj.gov
- DAVID F. WAGUESPACK    Waguespack@carverdarden.com, plaisance@carverdarden.com
- MARTIN L. WELSH    mwelsh@lvlaw.com, k.bratton@hayesandwelsh.onmicrosoft.com;nv.ecf@aislegaltrac.com
- HANNAH E. WINSTON    hwinston@rssblaw.com, cobrien@rssblaw.com
- RYAN A. WITTHANS    rwitthans@fhlawllp.com
- CONSTANCE L. YOUNG    clyoung2014@gmail.com
- MATTHEW C. ZIRZOW    mzirzow@lzlawnv.com, carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com