Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, NV 89509
Telephone: (775) 324-2800
Fax: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Lead Case No.: BK-19-50102-gs |
|---|---|

In re

DOUBLE JUMP, INC.

Debtor.

Lead Case No.: BK-19-50102-gs
(Chapter 7)

Substantively Consolidated with:

| 19-50130-gs | DC Solar Solutions, Inc. |
|---|---|
| 19-50131-gs | DC Solar Distribution, Inc. |
| 19-50135-gs | DC Solar Freedom, Inc. |

**NOTICE OF MONTHLY FEES AND COSTS FOR HARTMAN & HARTMAN [MARCH 2022 AND APRIL 2022]**

**Hearing Date:  N/A**
**Hearing Time:**

    **HARTMAN & HARTMAN** represents Chapter 7 Trustee Christina Lovato for the substantively consolidated cases Double Jump, Inc., DC Solar Solutions, Inc. ("Solutions"), DC Solar Distribution, Inc. ("Distribution"), and DC Solar Freedom, Inc. ("Freedom"). Pursuant to the Order Establishing Monthly Compensation Procedures For Trustee Lovato's Counsel, **ECF No. 901**, as amended by Order **[ECF No. 1373]**, the fees incurred for the combined months of March 2022 and April 2022, total **$53,775.00**. Costs and expenses advanced total **$3,152.84**. Fees and costs incurred during the month of **March 2022** are as follows:

Expense and billing statements are attached hereto as **Exhibits A-1 through A-6:**

///

///

1

| Task Category | | Hours | Amount |
|---|---|---|---|
| A-1 | Expenses | | $ 938.82 |
| A-2 | Asset Disposition | 1.00 | $ 450.00 |
| A-3 | Case Administration | 4.00 | $ 1,800.00 |
| A-4 | Claims Administration & Obj. | 10.30 | $ 4,635.00 |
| A-5 | Fee/Employment | 4.20 | $ 1,890.00 |
| A-6 | Litigation | 39.50 | $17,775.00 |

Fees and costs incurred during the month of **April 2022** are as follows:

Expense and billing statements are attached hereto as **Exhibits A-7 through A-11:**

| Task Category | | Hours | Amount |
|---|---|---|---|
| A-7 | Expenses | | $ 2,214.02 |
| A-8 | Asset Disposition | 10.20 | $ 4,590.00 |
| A-9 | Claims Administration & Obj. | 6.50 | $ 2,925.00 |
| A-10 | Fee/Employment | 9.90 | $ 4,455.00 |
| A-11 | Litigation | 33.90 | $15,255.00 |

**Each Notice Party will have ten (10) days after service of a Fee Notice to object thereto (the "Objection Deadline").** Upon the expiration of the Objection Deadline, the Trustee is authorized to pay Hartman an amount (the "Actual Interim Payment") equal to eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to an objection. If any Notice Party objects to Hartman's Fee Notice, it must file with the Court and serve on Hartman and each of the Notice Parties a written objection, which must be filed with the Court and received by Hartman and the Notice Parties on or before the Objection Deadline.

DATED: May 18, 2022.                **HARTMAN & HARTMAN**

_/s/ Jeffrey L. Hartman_
Jeffrey L. Hartman, Esq., Attorney for Trustee

2

# HARTMAN & HARTMAN
## *A PROFESSIONAL CORPORATION*

## 510 WEST PLUMB LANE, SUITE B
## RENO, NEVADA 89509
### TELEPHONE  (775) 324-2800
### TELECOPIER  (775) 324-1818

# DC SOLAR SOLUTIONS, INC.

**Summary of Monthly Fees & Expenses - March 1, 2022 through April 30, 2022**

| Inv. # | Matter # | Hours | Rate | Fees | Expenses | Sub-Total |
|--------|----------|-------|------|------|----------|-----------|
| 7802 | 11131000 | 0.00 | 0.00 | 0.00 | 938.82 | 938.82 |
| 7809 | 11131000 | 0.00 | 0.00 | 0.00 | 2,214.02 | 3,152.84 |
| 7807 | 11131002 | 1.00 | 450.00 | 450.00 | 0.00 | 3,602.84 |
| 7813 | 11131002 | 10.20 | 450.00 | 4,590.00 | 0.00 | 8,192.84 |
| 7803 | 11131004 | 4.00 | 450.00 | 1,800.00 | 0.00 | 9,992.84 |
| 7805 | 11131005 | 10.30 | 450.00 | 4,635.00 | 0.00 | 14,627.84 |
| 7811 | 11131005 | 6.50 | 450.00 | 2,925.00 | 0.00 | 17,552.84 |
| 7804 | 11131007 | 4.20 | 450.00 | 1,890.00 | 0.00 | 19,442.84 |
| 7810 | 11131007 | 9.90 | 450.00 | 4,455.00 | 0.00 | 23,897.84 |
| 7806 | 11131010 | 39.50 | 450.00 | 17,775.00 | 0.00 | 41,672.84 |
| 7812 | 11131010 | 33.90 | 450.00 | 15,255.00 | 0.00 | 56,927.84 |
|  |  | 119.50 |  | 53,775.00 | 3,152.84 | 56,927.84 |

| | Fees | Expenses | Sub-Total |
|---|------|----------|-----------|
| Total Fees & Expenses for March/April 2022 | 53,775.00 | 3,152.84 | 56,927.84 |
| Requested 80% Payment of Fees | <43,020.00> |  | 13,907.84 |
| Requested 100% Payment of Expenses |  | <3,152.84> | 10,755.00 |
|  | 10,755.00 | 0.00 | 10,755.00 |

| | | Sub-Total |
|---|---|-----------|
| Remaining 20% Fee Balance Due for March/April 2022 Following Court Approval | | 10,755.00 |

# HARTMAN & HARTMAN
## *A PROFESSIONAL CORPORATION*

## 510 WEST PLUMB LANE, SUITE B
## RENO, NEVADA 89509
### TELEPHONE  (775) 324-2800
### TELECOPIER  (775) 324-1818

# DC SOLAR SOLUTIONS, INC.

**Summary of Monthly Fees & Expenses - March 1, 2022 through March 31, 2022**

| Inv. # | Matter # | Hours | Rate | Fees | Expenses | Sub-Total |
|--------|----------|-------|------|------|----------|-----------|
| 7802 | 11131000 | 0.00 | 0.00 | 0.00 | 938.82 | 938.82 |
| 7807 | 11131002 | 1.00 | 450.00 | 450.00 | 0.00 | 1,388.82 |
| 7803 | 11131004 | 4.00 | 450.00 | 1,800.00 | 0.00 | 3,188.82 |
| 7805 | 11131005 | 10.30 | 450.00 | 4,635.00 | 0.00 | 7,823.82 |
| 7804 | 11131007 | 4.20 | 450.00 | 1,890.00 | 0.00 | 9,713.82 |
| 7806 | 11131010 | 39.50 | 450.00 | 17,775.00 | 0.00 | 27,488.82 |
|  |  | 59.00 |  | 26,550.00 | 938.82 | 27,488.82 |

| | Fees | Expenses | Sub-Total |
|---|------|----------|-----------|
| Total Fees & Expenses for March 2022 | 26,550.00 | 938.82 | 27,488.82 |
| Requested 80% Payment of Fees | <21,240.00> |  | 6,248.82 |
| Requested 100% Payment of Expenses |  | <938.82> | 5,310.00 |
|  | 5,310.00 | 0.00 | 5,310.00 |

| | | | |
|---|---|---|---|
| Remaining 20% Fee Balance Due for March 2022 Following Court Approval |  |  | 5,310.00 |

# HARTMAN & HARTMAN
## *A PROFESSIONAL CORPORATION*

## 510 WEST PLUMB LANE, SUITE B
## RENO, NEVADA 89509
### TELEPHONE  (775) 324-2800
### TELECOPIER  (775) 324-1818

# DC SOLAR SOLUTIONS, INC.

**Summary of Monthly Fees & Expenses - April 1, 2022 through April 30, 2022**

| Inv. # | Matter # | Hours | Rate | Fees | Expenses | Sub-Total |
|---|---|---|---|---|---|---|
| 7809 | 11131000 | 0.00 | 0.00 | 0.00 | 2,214.02 | 2,214.02 |
| 7813 | 11131002 | 10.20 | 450.00 | 4,590.00 | 0.00 | 6,804.02 |
| 7811 | 11131005 | 6.50 | 450.00 | 2,925.00 | 0.00 | 9,729.02 |
| 7810 | 11131007 | 9.90 | 450.00 | 4,455.00 | 0.00 | 14,184.02 |
| 7812 | 11131010 | 33.90 | 450.00 | 15,255.00 | 0.00 | 29,439.02 |
| | | 60.50 | | 27,225.00 | 2,214.02 | 29,439.02 |

| | Fees | Expenses | Sub-Total |
|---|---|---|---|
| Total Fees & Expenses for April 2022 | 27,225.00 | 2,214.02 | 29,439.02 |
| Requested 80% Payment of Fees | <21,780.00> | | 7,659.05 |
| Requested 100% Payment of Expenses | | <2,214.02> | 5,445.00 |
| | 5,445.00 | 0.00 | 5,445.00 |

| | |
|---|---|
| Remaining 20% Fee Balance Due for April 2022 Following Court Approval | 5,445.00 |

# EXHIBIT A-1

# EXHIBIT A-1

### HARTMAN & HARTMAN
#### a Professional Corporation

**510 West Plumb Lane, Suite B**
**Reno, Nevada 89509**
Telephone: (775) 324-2800
Telecopier: (775) 324-1818

May 17, 2022

STATEMENT OF ACCOUNT THROUGH        March 31, 2022

Invoice #:    7802

Christina W Lovato, Trustee

File #:    11131000        DC Solar Solutions, Inc. - GENERAL / EXPENSES

LEGAL SERVICES THROUGH        March 31, 2022

| | | |
|---|---|---|
| 03 /31/22 | March 2022 PACER | $31.40 |
| | AllConferencing - 1/24/22 - 2/20/22 conference call charges | $56.60 |
| | Legal Research - March 2022 LexisNexis | $128.76 |
| | Photocopies | $482.50 |
| | Postage | $239.56 |

**TOTAL AMOUNT DUE THIS STATEMENT        $938.82**

**TOTAL AMOUNT DUE THIS STATEMENT        $938.82**

Payments Received After "Account Through" Date Will Be Reflected On Next Statement.

# EXHIBIT A-2

# EXHIBIT A-2

### *HARTMAN & HARTMAN*
### *a Professional Corporation*

*510 West Plumb Lane, Suite B*
*Reno, Nevada  89509*
*Telephone: (775) 324-2800*

*Telecopier:  (775) 324-1818*

May 17, 2022

STATEMENT OF ACCOUNT THROUGH      March 31, 2022

Invoice #:    7807

Christina W Lovato, Trustee

File #:11131002      DC Solar Solutions, Inc. - ASSET DISPOSITION

LEGAL SERVICES THROUGH      March 31, 2022

| 03 /18/22 | JLH | E-mail from Sallie Armstrong with the bill of sale executed by Curtis Jung for ADHI and East West Bank for 12/21 MSG sale.  Forward to Trustee Lovato. | 0.20 | $90.00 |
|---|---|---|---|---|
| 03 /21/22 | JLH | E-mail exchanges with Trustee Lovato and George Cunningham re:  additional 33 MSGs in Phoenix, need to inventory the final batch with VINs, etc. | 0.80 | $360.00 |

|  |  | TOTAL HOURS | 1.00 |  |
|---|---|---|---|---|
|  |  | TOTAL FEES |  | $450.00 |

**TOTAL AMOUNT DUE THIS STATEMENT**      **$450.00**

| SUMMARY OF FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|

Invoice #:          7807                                                    Page          2

Jeffrey L. Hartman          1.00                    $450.00          $450.00

**TOTAL AMOUNT DUE THIS STATEMENT**                    **$450.00**

Payments Received After "Account Through" Date Will Be Reflected On Next Statement.

Statement Amount Is Due Upon Receipt. Any Balance Not Paid Within Thirty Days Of Statement Date,
Will Be Charged Interest At The Rate Of 12% Per Annum.

Please Make Checks Payable To: HARTMAN & HARTMAN (EIN 88-0461897)

510 West Plumb Lane, Suite B, Reno, Nevada  89509
Thank You

# EXHIBIT A-3

# EXHIBIT A-3

*HARTMAN & HARTMAN*
*a Professional Corporation*

*510 West Plumb Lane, Suite B*
*Reno, Nevada  89509*
*Telephone: (775) 324-2800*

*Telecopier:  (775) 324-1818*

May 17, 2022

STATEMENT OF ACCOUNT THROUGH        March 31, 2022

Invoice #:    7803

Christina W Lovato, Trustee

File #:11131004      DC Solar Solutions, Inc. - CASE ADMINISTRATION

LEGAL SERVICES THROUGH        March 31, 2022

| | | | | |
|---|---|---|---|---|
| 03 /16/22 | JLH | E-mail to Tim Nelson re:  2018 tax returns for the estate.  Telephone conference with Jesse McClellan re:  coordination of any tax returns for 2018 to parallel the California Department of Tax & Fee Administration issues. | 0.30 | $135.00 |
| 03 /22/22 | JLH | E-mail from David Dirisamer for ISC re:  its request to continue to use the charging station tables at several race courses.  Foward same to Trustee Lovato.  Suggested abandonment would be the best approach.  Work on 554 motion. | 1.20 | $540.00 |
| 03 /23/22 | JLH | Telephone conferences with/from David Dirisamer re:  personal property items.  E-mail from David Dirisamer at Barnes & Thornburg re:  120 charging station tables at ISC facilities.  E-mail exchange with Trustee Lovato re:  disposition and decision to abandon based upon expense associated with recovery v. value.  Draft motion to abandon the 120 | 2.50 | $1,125.00 |

Invoice #:           7803                                                    Page          2

charging station tables to ISC and supporting
declaration by Trustee Lovato.

|  | TOTAL HOURS | 4.00 | |
|---|---|---|---|
|  | TOTAL FEES | | $1,800.00 |

**TOTAL AMOUNT DUE THIS STATEMENT**                    **$1,800.00**

| SUMMARY OF FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Jeffrey L. Hartman | 4.00 | $450.00 | $1,800.00 |

**TOTAL AMOUNT DUE THIS STATEMENT**                    **$1,800.00**

Payments Received After "Account Through" Date Will Be Reflected On Next Statement.

Statement Amount Is Due Upon Receipt. Any Balance Not Paid Within Thirty Days Of Statement Date,
Will Be Charged Interest At The Rate Of 12% Per Annum.

Please Make Checks Payable To: HARTMAN & HARTMAN (EIN 88-0461897)

510 West Plumb Lane, Suite B, Reno, Nevada  89509
Thank You

# EXHIBIT A-4

# EXHIBIT A-4

### *HARTMAN & HARTMAN*
### *a Professional Corporation*

*510 West Plumb Lane, Suite B*
*Reno, Nevada 89509*
*Telephone: (775) 324-2800*

*Telecopier: (775) 324-1818*

May 17, 2022

STATEMENT OF ACCOUNT THROUGH        March 31, 2022

Invoice #:    7805

Christina W Lovato, Trustee

File #:11131005      DC Solar Solutions, Inc. - CLAIMS ADMINISTRATION AND
OBJECTIONS

LEGAL SERVICES THROUGH        March 31, 2022

| | | | | |
|---|---|---|---|---|
| 03 /06/22 | JLH | Review the docket from prior to Trustee Lovato's appointment for the MetaBank/Crestmark transaction. Forward declaration of Larry Pearce and the transaction documentation to Jesse McClellan for part of his analysis on the MSGs actually manufactured. | 0.50 | $225.00 |
| | JLH | E-mail exchange with Seth Freeman and Jesse McClellan re: the sale-leaseback transaction with MetaBank/Crestmark, question as to whether Solutions collected sales taxes when sold outright to customer. | 0.20 | $90.00 |
| 03 /09/22 | JLH | Review transmission and Excel spreadsheet from Jesse McClellan in his submission to the California Department of Fee and Tax Administration on the MSGs produced outside of California and actual consideration paid. | 0.70 | $315.00 |

Invoice #:          7805                                    Page          2

| 03 /15/22 | JLH | Conference call with Jesse McClellan and his partner James Dumlar re:  the CDTFA sales tax developments, additional information needed, etc. Follow up with search of information related to JLE move of certain units in Las Vegas from the Ahern/Xtreme location, other data points to achieve greater specificity for MSGs manufactured in Las Vegas and stored at Mary Crest, Sunset Road and LV Speedway.  E-mail to Michael Gomez, counsel for US Tower, requesting declaration from US Tower. | 2.50 | $1,125.00 |
|---|---|---|---|---|
| 03 /16/22 | JLH | Work on collecting earlier information related to numbers of MSGs manufactured and stored in Las Vegas when Trustee Lovato was appointed. | 2.20 | $990.00 |
| 03 /17/22 | JLH | Work with Trustee Lovato on the MSG count for Las Vegas originated units, cross referencing Carson Trailer VINs, Xtreme printout provided early by Mark Connot for Ahern/Xtreme, Mary Crest inventory, Sunset road inventory, and Las Vegas Speedway. | 2.70 | $1,215.00 |
| 03 /21/22 | JLH | Research HG Makelin status in California related to the Generator Joe proof of claim and the substitute generator issues. | 1.50 | $675.00 |

TOTAL HOURS          10.30

TOTAL FEES                          $4,635.00

**TOTAL AMOUNT DUE THIS STATEMENT          $4,635.00**

SUMMARY OF FEES          HOURS          RATE          AMOUNT

Jeffrey L. Hartman          10.30                    $450.00          $4,635.00

**TOTAL AMOUNT DUE THIS STATEMENT          $4,635.00**

Payments Received After "Account Through" Date Will Be Reflected On Next Statement.

Statement Amount Is Due Upon Receipt. Any Balance Not Paid Within Thirty Days Of Statement Date,
Will Be Charged Interest At The Rate Of 12% Per Annum.

Please Make Checks Payable To: HARTMAN & HARTMAN (EIN 88-0461897)

510 West Plumb Lane, Suite B, Reno, Nevada  89509
Thank You

# EXHIBIT A-5

# EXHIBIT A-5

# HARTMAN & HARTMAN
## a Professional Corporation

**510 West Plumb Lane, Suite B**
**Reno, Nevada 89509**
Telephone: (775) 324-2800

Telecopier: (775) 324-1818

May 17, 2022

STATEMENT OF ACCOUNT THROUGH        March 31, 2022

Invoice #:    7804

Christina W Lovato, Trustee

File #:11131007    DC Solar Solutions, Inc. - FEE / EMPLOYMENT
APPLICATIONS

LEGAL SERVICES THROUGH        March 31, 2022

| | | | | |
|---|---|---|---|---|
| 03 /07/22 | JLH | E-mail from Scott Schreiber at Clark Hill in Chicago re:  the settlement agreement reached with East West Bank in the South Carolina litigation.  Review the terms and how they relate to the Clark Hill fee order in the Double Jump Chapter 11.  Request from Scott Schreiber to arrange a conference call  with Steve Harris on the inter-connection with the real estate cases. | 0.50 | $225.00 |
| | JLH | E-mail exchange with Michael Budwick re:  the employment of Paul Pascuzzi in California for assistance in collection of judgments. | 0.20 | $90.00 |
| 03 /23/22 | JLH | Begin work on Hartman & Hartman's fee statement for January 2022. | 2.00 | $900.00 |
| 03 /25/22 | JLH | Revise and finalize Hartman & Hartman's fee statement for January 2022 Knudsen filing. | 1.50 | $675.00 |

Invoice #:          7804                                                    Page          2

|  | TOTAL HOURS | 4.20 |  |
|---|---|---|---|
|  | TOTAL FEES |  | $1,890.00 |

**TOTAL AMOUNT DUE THIS STATEMENT**          **$1,890.00**

| SUMMARY OF FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Jeffrey L. Hartman | 4.20 | $450.00 | $1,890.00 |

**TOTAL AMOUNT DUE THIS STATEMENT**          **$1,890.00**

Payments Received After "Account Through" Date Will Be Reflected On Next Statement.

Statement Amount Is Due Upon Receipt. Any Balance Not Paid Within Thirty Days Of Statement Date,
Will Be Charged Interest At The Rate Of 12% Per Annum.

Please Make Checks Payable To: HARTMAN & HARTMAN (EIN 88-0461897)

510 West Plumb Lane, Suite B, Reno, Nevada  89509
Thank You

# EXHIBIT A-6

# EXHIBIT A-6

# HARTMAN & HARTMAN
## a Professional Corporation

**510 West Plumb Lane, Suite B**
**Reno, Nevada  89509**
Telephone: (775) 324-2800

Telecopier:  (775) 324-1818

May 17, 2022

STATEMENT OF ACCOUNT THROUGH        March 31, 2022

Invoice #:    7806

Christina W Lovato, Trustee

File #:11131010      DC Solar Solutions, Inc. - LITIGATION

LEGAL SERVICES THROUGH        March 31, 2022

| 03 /01/22 | JLH | Weekly conference call with litigation team, Trustee Lovato, Michael Budwick, Sol Genet and others re: Melissa Davis information needed for analysis, status of various settlement agreements, motion practice on other matters, Mandalay, Nixon, Ahern, IRS, Montage, Novogradac. etc. | 1.00 | $450.00 |
| --- | --- | --- | --- | --- |
|  | JLH | Receive and review the confidential settlement statement for Judge Cox on the Folium BioSciences matter from Sol Genet. | 0.60 | $270.00 |
|  | JLH | E-mail exchange with Sol Genet re:  possible appellate counsel specialist to engage if necessary. | 0.20 | $90.00 |
|  | JLH | E-mail from case manager for Robert Meier re:  the Novogradac mediation set for March 7th.  Review the 25 page mediation statement from Sol Genet for the Novogradac mediation. | 1.00 | $450.00 |

Invoice #:          7806                                    Page          2

| | JLH | E-mail from Sol Genet re: a conference call on various issues related to the Nixon adversary. | 0.10 | $45.00 |
|---|---|---|---|---|
| 03 /02/22 | JLH | E-mail exchanges with Rene Roupinian on the Miranda adversary. | 0.30 | $135.00 |
| | JLH | Telephone conference with Michael Budwick and Sol Genet re: appeal issues. Raised issue of direct appeal to the Circuit under 28 USC 158(d). Research and forward PG&E v. FERC information. | 1.20 | $540.00 |
| 03 /03/22 | JLH | E-mail from Illuminada Starzyk re: the stipulation about the Mandalay continuance and direction from Judge Spraker re: same. E-mail exchange with Meaghan Murphy from Meland Budwick with the Local Rule provision on stipulations. | 0.20 | $90.00 |
| 03 /07/22 | JLH | E-mail from Alex Brody with the Mandalay adversary settlement conference engagement agreement/confidentiality agreement. | 0.10 | $45.00 |
| | JLH | Prepare for and attend Novogradac mediation by Zoom. | 6.00 | $2,700.00 |
| | JLH | E-mail from Meaghan Murphy at Meland Budwick re: the Folium BioSciences settlement offer. | 0.20 | $90.00 |
| | JLH | E-mail from Tim Lukas re: the proposed material settlement terms for the Receivership claims against the real estate cases, cash on cash losses. Review the materials and forward to Trustee Lovato. E-mail from Sallie Armstrong with her proposed material terms for the settlement as they relate to her clients, East West Bank and ADHI, and the issue of whether the claimant is the Fund or the Investor. | 1.00 | $450.00 |
| 03 /08/22 | JLH | Weekly litigation conference call with Trustee Lovato, Michael Budwick, Sol Genet and B. Riley team re: status of various settlement discussions, agreements and adversaries. | 1.00 | $450.00 |
| 03 /09/22 | JLH | E-mail from Alex Brody re: the Folium BioSciences settlement conference, offer to and counteroffer from Folium. | 0.20 | $90.00 |

| 03 /10/22 | JLH | Work on Miranda. | 2.00 | $900.00 |
| 03 /11/22 | JLH | E-mail from Michael Budwick re:  an issue of potential preliminary injunction.  Responding e-mail re:  Nevada law requirements for issuing pre-judgment writ, and injunction standards.  Follow up telephone call with Gil Ben-Ezra re:  a federal court in Nevada issuing an injunction regarding property held outside Nevada.  Reviewed Rule 64 and potentially applicable case law. | 0.50 | $225.00 |
| | JLH | Telephone conference with Ken Desvernine, former Solutions employee, updating address and asking for status.  Brief summary and forward his updated contact information to Rene Roupinian. | 0.20 | $90.00 |
| 03 /14/22 | JLH | E-mail from Gil Ben-Ezra re:  negotiations with J.M. and possible settlement of claims currently under a tolling agreement.  Review the background issues developed over the past 12 months and respond, subject to Trustee Lovato's with approval of the settlement parameters. | 0.50 | $225.00 |
| 03 /15/22 | JLH | Telephone conference with Michael Budwick and Gil Ben-Ezra re:  the Nixon litigation discussions.  Forward signatures to Cecilia Lee for Mandalay settlement discussions. | 0.60 | $270.00 |
| | JLH | Continue work on Miranda. | 1.50 | $675.00 |
| 03 /16/22 | JLH | Continue work on Miranda issues | 2.00 | $900.00 |
| | JLH | Read the Mandalay mediation statement in advance of March 22 date. | 1.00 | $450.00 |
| 03 /17/22 | JLH | Review the Mandalay confidential settlement statement to Cecilia Lee. | 0.70 | $315.00 |
| | JLH | Work on the Miranda issues as to which employees voluntarily left the company during 2018 unrelated to | 1.20 | $540.00 |

Invoice #:          7806                                        Page          4

the December raid and Rene Roupinian including them in the analysis.

| | | | | |
|---|---|---|---|---|
| 03 /21/22 | JLH | Weekly litigation conference call with Trustee Lovato, Michael Budwick, Sol Genet, Meaghan Murphy, Gil-Ben-Ezra, Alex Brody, Bernadette Lombardo, Carol Fox, and Seth Freeman. | 0.70 | $315.00 |
| | JLH | Conference call with Trustee Lovato, Michael Budwick, Sol Genet, Meaghan Murphy and Alex Brody to prepare for Mandalay Bay mediation scheduled for March 28 with Cecilia Lee. | 1.00 | $450.00 |
| | JLH | Continue work Miranda Cal WARN Act issues. | 2.50 | $1,125.00 |
| 03 /22/22 | JLH | Attend the Zoom settlement conference on Mandalay Bay fraudulent transfer litigation. | 5.00 | $2,250.00 |
| 03 /23/22 | JLH | E-mail from Michael Budwick re: discussions with counsel for Scott Wentz. | 0.10 | $45.00 |
| | JLH | E-mail exchange with Trustee Lovato and Michael Budwick re: discussions with counsel for Scott Wentz on litigation claims aganist Wentz and Montage and Michael Budwick requesting authority to respond with number. E-mail to Trustee Lovato and Michael Budwick with condition. | 0.30 | $135.00 |
| | JLH | E-mail from Alex Brody with communication from Mandalay counsel, Eric Browndorf, following settlement effort on Tuesday March 22, response re: subpoena to Carpoff, etc. | 0.30 | $135.00 |
| 03 /24/22 | JLH | E-mail from Eric Browndorf, counsel for Mandalay, re: the Tuesday settlement conference. | 0.10 | $45.00 |
| 03 /28/22 | JLH | Weekly litigation conference call with Trustee Lovato, Michael Budwick and Meland Budwick team and B. Riley team. | 1.00 | $450.00 |
| | JLH | Review and approve draft ex parte motion to extend page length of brief in the Nixon adversary, local rule re: same. | 0.20 | $90.00 |

Invoice #:          7806                                    Page          5

| | JLH | Review the supplemental brief for the March 31st status hearing. | 0.20 | $90.00 |
|---|---|---|---|---|
| | JLH | Review the dockets in two civil actions pending in the Eastern District of California involving Solarmore and Nixon Peabody.  Track second filed action removed from Los Angeles County Superior Court to Central District and then transferred to Eastern District of California as a case related to the action filed by Snell & Wilmer in December 2019 involving Solarmore v. Nixon Peabody. Brief research on the issue of settlement agreement enforcement.  Telephone conference with Trustee Lovato re:  same.  Follow up e-mail to Michael Budwick and Sol Genet re: same. | 1.50 | $675.00 |
| | JLH | Review draft settlement agreement relating to the claims filed by Trustee Lovato in the real estate cases administered by Trustee Gieseke.  Forward to Trustee Lovato with comments. | 0.40 | $180.00 |
| 03 /29/22 | JLH | E-mail from Sol Genet with Solarmore and Jansen matters and the 'cross-over' issues related to the Funds' litigation in the Eastern District against Solarmore and the potential impact on Trustee Lovato's proposed settlement with Jansen and Solarmore in the Double Jump case. Lengthy e-mail from Michael Budwick and Sol Genet re:  their conversation with Nathan Kanute and Mark Schultz re:  the Solarmore / Jansen issues. | 0.70 | $315.00 |
| | JLH | E-mail exchange with Sol Genet re:  the draft settlement agreement from the Receiver for the dispute in the real estate cases.  E-mail from Sol Genet with suggested revisions to the document. E-mail to Tim Lukas re:  same.  Confirming e-mail from Tim Lukas that I will prepare the Rule 9019 motion for Trustee Lovato case. | 0.40 | $180.00 |
| | JLH | Read the draft response to Nixon's motion to dismiss the complaint and its request for judicial notice. | 1.00 | $450.00 |
| 03 /30/22 | JLH | Edits to proposed settlement agreement resulting from settlement conference with Judge Cox re:  the claims in the real estate cases.  Revert to Tim Lukas. | 0.80 | $360.00 |

Invoice #:          7806                                                    Page          6

| | | |
|---|---|---|
| TOTAL HOURS | 39.50 | |
| TOTAL FEES | | $17,775.00 |

**TOTAL AMOUNT DUE THIS STATEMENT          $17,775.00**

| SUMMARY OF FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Jeffrey L. Hartman | 39.50 | $450.00 | $17,775.00 |

**TOTAL AMOUNT DUE THIS STATEMENT          $17,775.00**

Payments Received After "Account Through" Date Will Be Reflected On Next Statement.

Statement Amount Is Due Upon Receipt. Any Balance Not Paid Within Thirty Days Of Statement Date, Will Be Charged Interest At The Rate Of 12% Per Annum.

Please Make Checks Payable To: HARTMAN & HARTMAN (EIN 88-0461897)

510 West Plumb Lane, Suite B, Reno, Nevada  89509
Thank You

# EXHIBIT A-7

# EXHIBIT A-7

### HARTMAN & HARTMAN
#### a Professional Corporation

**510 West Plumb Lane, Suite B**
**Reno, Nevada  89509**
Telephone: (775) 324-2800
Telecopier:  (775) 324-1818

May 18, 2022

STATEMENT OF ACCOUNT THROUGH          April 30, 2022

Invoice #:     7809

Christina W Lovato, Trustee

File #:      11131000         DC Solar Solutions, Inc. - GENERAL / EXPENSES

LEGAL SERVICES THROUGH          April 30, 2022

| | | |
|---|---|---|
| 04 /29/22 | U.S. Bankruptcy Court - Motion to Abandon filing fee re:  tables to ISC | $188.00 |
| 04 /30/22 | April 2022 PACER | $81.30 |
| | Photocopies | $1,468.25 |
| | Postage | $476.47 |

**TOTAL AMOUNT DUE THIS STATEMENT     $2,214.02**

**TOTAL AMOUNT DUE THIS STATEMENT          $2,214.02**

Payments Received After "Account Through" Date Will Be Reflected On Next Statement.

# EXHIBIT A-8

# EXHIBIT A-8

# HARTMAN & HARTMAN
## a Professional Corporation

**510 West Plumb Lane, Suite B**
**Reno, Nevada  89509**
Telephone: (775) 324-2800

Telecopier:  (775) 324-1818

May 18, 2022

STATEMENT OF ACCOUNT THROUGH        April 30, 2022

Invoice #:    7813

Christina W Lovato, Trustee

File #:11131002        DC Solar Solutions, Inc. - ASSET DISPOSITION

LEGAL SERVICES THROUGH        April 30, 2022

| | | | | |
|---|---|---|---|---|
| 04 /04/22 | JLH | Track down various bills of sale and release documents for sending complete packages to various interested parties. | 0.80 | $360.00 |
| | JLH | Continue work on tracking signatures from bill of sale #2 to CA Global in late 2020. | 1.20 | $540.00 |
| 04 /05/22 | JLH | Telephone conference with Sallie Armstrong re:  one early bill of sale to be executed by Curtis Jung. | 0.20 | $90.00 |
| 04 /07/22 | JLH | Begin work on the sale motion for 33 MSGs to George Cunningham. | 1.50 | $675.00 |
| 04 /08/22 | JLH | Continue work on the sale to George Cunningham, tracking prior sales, Excel spreadsheet from Trustee Lovato, MSGs owned by Dudley Fund XII and GEICO Fund XXIII, each entitled to separate percentage allocation based upon earlier Court | 4.70 | $2,115.00 |

Invoice #:          7813                                                    Page          2

approved structure.  Draft Trustee Lovato's declaration.  Forward motion and declaration for her review and comment.  Work on the bills of sale and release.  E-mail from Trustee Lovato with suggested revisions to the draft motion.

| | | | | |
|---|---|---|---|---|
| 04 /11/22 | JLH | Make revisions to the 33 MSG sale motion and supporting declaration per Trustee Lovato's request. Prepare notice and bills of sale. | 1.00 | $450.00 |
| | JLH | Search for bill of sale #2 from August-September 2020.  E-mails to Stephanie Schwarderer at CA Global re:  same. | 0.40 | $180.00 |
| 04 /28/22 | JLH | E-mail from George Cunningham re:  Arizona MSG purchase. | 0.20 | $90.00 |
| 04 /29/22 | JLH | E-mail exchanges with Trustee Lovato and George Cunningham re:  the MSGs in Phoenix. | 0.20 | $90.00 |

TOTAL HOURS          10.20

TOTAL FEES                          $4,590.00

**TOTAL AMOUNT DUE THIS STATEMENT          $4,590.00**

| SUMMARY OF FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Jeffrey L. Hartman | 10.20 | $450.00 | $4,590.00 |

**TOTAL AMOUNT DUE THIS STATEMENT          $4,590.00**

Payments Received After "Account Through" Date Will Be Reflected On Next Statement.

# EXHIBIT A-9

# EXHIBIT A-9

## *HARTMAN & HARTMAN*
### *a Professional Corporation*

**510 West Plumb Lane, Suite B**
**Reno, Nevada  89509**
*Telephone: (775) 324-2800*

*Telecopier:  (775) 324-1818*

May 18, 2022

STATEMENT OF ACCOUNT THROUGH        April 30, 2022

Invoice #:    7811

Christina W Lovato, Trustee

File #:11131005        DC Solar Solutions, Inc. - CLAIMS ADMINISTRATION AND
                       OBJECTIONS

                       LEGAL SERVICES THROUGH        April 30, 2022

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04 /04/22 | JLH | E-mail to Trustee Lovato and Jesse McClellan with the proposed form of declaration executed by US Tower representative re:  the number of MSGs actually manufactured at the US Tower location in Woodlands CA.  Follow up e-mail to Mike Gomez re:  clarification on one issue. | 0.40 | $180.00 |
| 04 /11/22 | JLH | Review claim 36 filed by Generator Joe, Inc. for $3.3 million.  E-mails to Chris Maizza and Jeff Terry requesting any discovery exchanged in the California litigation.  Responses from both counsel with follow up.  Begin research on the breach of contract issues raised in the Sonoma County litigation.  E-mails from Chris Maizza with copies of discovery propounded to DC Solar.  Review same. | 3.50 | $1,575.00 |
| 04 /22/22 | JLH | Work on the Generator Joe claim objection issues, California law on contracts, etc. | 2.50 | $1,125.00 |

Invoice #:        7811                                                    Page        2

| 04 /29/22 | JLH | Telephone call to Jesse McClellan for status report. | 0.10 | $45.00 |
|---|---|---|---|---|

TOTAL HOURS        6.50

TOTAL FEES                        $2,925.00

**TOTAL AMOUNT DUE THIS STATEMENT        $2,925.00**

| SUMMARY OF FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Jeffrey L. Hartman | 6.50 | $450.00 | $2,925.00 |

**TOTAL AMOUNT DUE THIS STATEMENT                    $2,925.00**

Payments Received After "Account Through" Date Will Be Reflected On Next Statement.

Statement Amount Is Due Upon Receipt. Any Balance Not Paid Within Thirty Days Of Statement Date, Will Be Charged Interest At The Rate Of 12% Per Annum.

Please Make Checks Payable To: HARTMAN & HARTMAN (EIN 88-0461897)

510 West Plumb Lane, Suite B, Reno, Nevada  89509
Thank You

# EXHIBIT A-10

# EXHIBIT A-10

## *HARTMAN & HARTMAN*
### *a Professional Corporation*

**510 West Plumb Lane, Suite B**
**Reno, Nevada  89509**
Telephone: (775) 324-2800

Telecopier:  (775) 324-1818

May 18, 2022

STATEMENT OF ACCOUNT THROUGH        April 30, 2022

Invoice #:    7810

Christina W Lovato, Trustee

File #:11131007      DC Solar Solutions, Inc. - FEE / EMPLOYMENT
APPLICATIONS

LEGAL SERVICES THROUGH        April 30, 2022

| | | | | |
|---|---|---|---|---|
| 04 /01/22 | JLH | E-mail exchange with Trustee Lovato, Steve Harris and Trustee Gieseke on the proposed resolution of the Clark Hill fee application issues in the Double Jump cases and in the real estate cases. | 0.30 | $135.00 |
| 04 /05/22 | JLH | E-mail to Scott Schreiber re:  the status of the Clark Hill issue and the pending review by Trustee Gieseke on the allocation among the 6 real estate cases. | 0.30 | $135.00 |
| 04 /06/22 | JLH | E-mail from Sol Genet re:  redaction on the Winchester monthly statement. | 0.20 | $90.00 |
| | JLH | Telephone conference with Don Gieseke re:  the Clark Hill chapter 11 administrative expense issue  in the real estate cases. | 0.30 | $135.00 |
| 04 /12/22 | JLH | Begin drafting application re:  Clark Hill chapter 11 administrative expense with history of the | 2.50 | $1,125.00 |

Invoice #:          7810                                          Page          2

transaction including South Carolina litigation with East West Bank.

| | | | | |
|---|---|---|---|---|
| | JLH | Begin work on Hartman & Hartman's fee statement for February 2022. | 2.00 | $900.00 |
| 04 /13/22 | JLH | Revise and finalize Hartman & Hartman's fee statement for February 2022 Knudsen filing. | 1.50 | $675.00 |
| 04 /19/22 | JLH | E-mail draft Clark Hill motion to Trustee Lovato for review and approval.  Make minor revisions.  Draft Trustee Lovato's declaration in support and send for review and approval.  Prepare notice of hearing. | 2.50 | $1,125.00 |
| 04 /28/22 | JLH | E-mail from Scott Schreiber inquiring about the Clark Hill motion.  Reply with copy of filed motion and hearing date, indicating template has been provided to Trustee Gieseke and his counsel.  Requested comments from Scott Schreiber. | 0.30 | $135.00 |

TOTAL HOURS          9.90
TOTAL FEES                              $4,455.00


**TOTAL AMOUNT DUE THIS STATEMENT          $4,455.00**

| SUMMARY OF FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Jeffrey L. Hartman | 9.90 | $450.00 | $4,455.00 |


**TOTAL AMOUNT DUE THIS STATEMENT          $4,455.00**


Payments Received After "Account Through" Date Will Be Reflected On Next Statement.

# EXHIBIT A-11

# EXHIBIT A-11

### HARTMAN & HARTMAN
### a Professional Corporation

**510 West Plumb Lane, Suite B**
**Reno, Nevada  89509**
Telephone: (775) 324-2800

Telecopier:  (775) 324-1818

May 18, 2022

STATEMENT OF ACCOUNT THROUGH        April 30, 2022

Invoice #:    7812

Christina W Lovato, Trustee

File #:11131010      DC Solar Solutions, Inc. - LITIGATION

LEGAL SERVICES THROUGH        April 30, 2022

| | | | | |
|---|---|---|---|---|
| 04 /01/22 | JLH | E-mail from Alex Brody with the Hartford Fire settlement agreement.  Review and approve.  Work on Trustee Lovato's declaration in support. | 0.70 | $315.00 |
| | JLH | E-mail exchanges with Michael Budwick and Seth Freeman re:  the docket from the Solano County litgation involving CBTC and the SEIF. | 0.30 | $135.00 |
| 04 /04/22 | JLH | Weekly litigation conference call with Trustee Lovato, Michael Budwick, Sol Genet, Alex Brody, Meaghan Murphy, Gil Ben-Ezra, Carol Fox, and Seth Freeman.  Update on litigation and settlement issues, Nixon Peabody, Ahern, King Solarman, Wentz and Montage, Jansen, Hartford, Novogradac, CBTC and others. | 1.00 | $450.00 |
| | JLH | Telephone conference with Gil Ben-Ezra re: amended summons on the adversary v. Wentz, Montage and Yee.  Telephone call to court staff re: issuance of amended summonses. | 0.40 | $180.00 |

Invoice #:         7812                                                    Page         2

|  |  |  |  |  |
|---|---|---|---|---|
|  | JLH | E-mail exchange with Tim Lukas and Andrew Layden on the draft settlement agreement resolving the claims in the real estate cases as settled with Judge Cox. | 0.40 | $180.00 |
| 04 /05/22 | JLH | Work on draft of motion to approve compromise and settlement agreement in the matter of Trustee Lovato's claims in the real estate cases and claims by the Funds and Investors in those cases.  Review the documents from the earlier Global settlement and the Antioch Mini Storage settlement to incorporate integral references. Telephone conferences with Sallie Armstrong re:  the draft settlement agreement circulated by the Funds / Investors' counsel. Telephone conference with Steve Harris re:  same. Work on draft of Trustee Lovato's declaration in support.  Forward drafts to Trustee Lovato for review and comment. | 6.50 | $2,925.00 |
| 04 /06/22 | JLH | Work on the motion to approve the 9010 compromise in the real estate cases and the supporting declaration. Telephone conference with Steve Harris re:  same. Forward initial drafts to Trustee Lovato for review and comment.  E-mail to Trustee Lovato with change in math calculation for the motion. | 4.00 | $1,800.00 |
|  | JLH | E-mail from Meland Budwick re:  the Hartford Insurance settlement agreement.  Review the proposed terms.  Respond re: same to Trustee Lovato and Michael Budwick. | 0.30 | $135.00 |
|  | JLH | E-mail from Tim Lukas with latest version of the draft settlement agreement.  E-mail to Tim Lukas advising will attach draft version to Trustee Lovato's declaration if final is not received timely, E-mail from Sallie Armstrong to Tim Lukas re:  same. E-mail from Tim Lukas with proposed Exhibit 1 to the settlement agreement.  Check the exhibit against the Global settlement agreement exhibits. | 0.50 | $225.00 |
| 04 /07/22 | JLH | E-mail from Trustee Lovato re:  inquiry from Richard Sullivan on Ari Lauer, question of confirming trustee's privilege waiver as stated in the Forest Milder Rule 2004 examination in the Nixon Peabody matter.  Confirmation e-mail from Michael Budwick re:  same. | 0.20 | $90.00 |

Invoice #:          7812                                              Page        3

| | | | | |
|---|---|---|---|---|
| | JLH | E-mail from Gil Ben-Ezra with the frat settlement discussion issue with Marcel Bermudez.  Review same.  E-mail from Trustee Lovato re:  same. | 0.20 | $90.00 |
| | JLH | E-mail from Michael Budwick re:  press inquiry about the case.  Respond to same. | 0.20 | $90.00 |
| | JLH | E-mail from Kylie Huff at Cleary Gottlieb, counsel for Fund IX, to schedule call on the motion to approve the 9019 compromise and settlement related to the real estate cases. | 0.20 | $90.00 |
| | JLH | Review Trustee Gieseke's motion to approve compromise in the real estsate cases. | 0.20 | $90.00 |
| | JLH | Telephone conference with Jordan Lewis, counsel for Equipment Share, re:  the Ahern litigation.  Forward ECF 106, Agent Phillips' declaration and explain status of litigation. | 0.50 | $225.00 |
| 04 /08/22 | JLH | E-mail exchanges with Tim Lukas on the latest version of the 9019 settlement agreement re:  the real estate cases. | 0.20 | $90.00 |
| | JLH | Telephone conferences and e-mail exchanges with Trustee Lovato, Michael Budwick and Sol Genet re: various discussions related to confidential information. | 0.40 | $180.00 |
| | JLH | Conference call with Kylie Huff and Tom Kessler re: Fund IX not being part of discussions on the real estate cases settlement discussions.  Reviewed their proof of claim and discussed possible amendment to claim and filing response to the 9019 motions in both cases. | 0.50 | $225.00 |
| 04 /11/22 | JLH | Weekly litigation conference call with Trustee Lovato, Michael Budwick, Sol Genet, Alex Brody, Gil Ben-Ezra, Carol Fox, Bernadette Lombardo, and Seth Freeman.  Read Karmann's plea agreement. | 1.00 | $450.00 |
| | JLH | Telephone conferences with Kylie Huff re:  the Fund IX issues in the real estate cases, the asserted claim under a constructive trust/tracing theory, cited to In re Seaway Express case from the 9th Circuit. | 0.60 | $270.00 |

Invoice #:        7812                                Page        4

| | JLH | Telephone conference with Sallie Armstrong re: certain appeal issues and possible retention of Adam Hosmer at McDonald Carano and whether conflicts exist with ADHI / East West representation. | 0.50 | $225.00 |
|---|---|---|---|---|
| | JLH | E-mail exchanges with Liz Dendary at Cecilia Lee's office on the Mandalay settlement conference. Follow up e-mails from Alex Brody re:  Mandalay requesting extension on the settlement conference date. | 0.20 | $90.00 |
| | JLH | File the supplemental declaration for Trustee Lovato with the final version of the settlement agreement. Subsequent e-mails from Tim Lukas with more changes to the settlement agreement. | 0.40 | $180.00 |
| 04 /12/22 | JLH | E-mail exchanges with Tim Lukas re:  the final version of the settlement agreement for the Trustee's signature.  Review settlement agreement from the Funds on the Dora Dog / real estate cases agreement and Trustee Lovato's approval re:  same.  E-mail to Tim Lukas on who controls Fund IX.  Responded re: David Kaltsas. | 0.30 | $135.00 |
| | JLH | E-mail from Alex Brody with the proposed settlement agreement with Folium BioSciences / Whole Hemp.  Review for approval for Trustee Lovato. | 0.40 | $180.00 |
| | JLH | E-mail exchanges with various counsel and Cecilia Lee moving the Mandalay Bay settlement conference to May 24th, supplemental briefing, if any, by May 19, 2022. | 0.40 | $180.00 |
| 04 /18/22 | JLH | Weekly litigation conference call with Trustee Lovato, Michael Budwick, Sol Genet and others on the status of Nixon Peabody and other adversary proceedings, various settlement discussions, etc. | 1.00 | $450.00 |
| | JLH | Review various papers from the Solano County litigation by the Funds against Heritage Bank and CBTC. | 1.00 | $450.00 |
| | JLH | E-mail from Tim Lukas re:  still working settlement with Fund IX on the real estate cases settlement and extending time for Fund IX to object. | 0.20 | $90.00 |

Invoice #:        7812                                                                 Page          5

| | | | | |
|---|---|---|---|---|
| | JLH | Read and make initial edits/comments on the draft expert report and exhibits from Melissa Davis. Comments to Sol Genet. | 2.00 | $900.00 |
| 04 /19/22 | JLH | Contact court staff for upcoming hearing dates available for Judge Spraker. | 0.10 | $45.00 |
| | JLH | E-mail from Tim Lukas with proposed stipulation related to Fund IX's extension of time to object to the real estate cases settlement agreement.  Approve and return.  Subsequent multiple revisions for Fund IX and ADHI. | 0.40 | $180.00 |
| | JLH | E-mail from Alex Brody with draft responses to DCT first set of interrogatories.  Review same. | 0.50 | $225.00 |
| 04 /20/22 | JLH | E-mail from Carol Fox with her suggested edits to the Davis report.  Zoom video call with Trustee Lovato, Sol Genet, Carol Fox and Meaghan Murphy to review the Melissa Davis draft opinion and exhibits. | 1.50 | $675.00 |
| 04 /21/22 | JLH | Reviewed papers in unrelated Judge Spraker case (Fresh Mix) re:  prior counsel requirement to turnover books and records to a trustee.  Downloaded and reviewed Judge Markell's decision in Hotels Nevada case.  Forwarded to Sol Genet to use in connection with Lauer turnover motion. | 1.20 | $540.00 |
| 04 /25/22 | JLH | Weekly litigation call with Trustee Lovato, Michael Budwick, Sol Genet, Alex Brody, Bernadette Lombardo and others re:  litigation, status, partial summary judgment, Montage, Nixon Peabody, Ahern, Lauer, Jansen, CBTC, Alvarez. | 1.00 | $450.00 |
| 04 /26/22 | JLH | E-mail exchange with Michael Budwick re:  different date for Nixon matters.  Check with calendar deputy re:  same. | 0.20 | $90.00 |
| 04 /27/22 | JLH | E-mail from Sol Genet with settlement agreement on the Novogradac matter.  Follow up and prepare Trustee Lovato's declaration in support of compromise motion. | 1.50 | $675.00 |

Invoice #:          7812                                                    Page          6

| | JLH | E-mail from Sol Genet with the Novogradac documentation. | 0.70 | $315.00 |
|---|---|---|---|---|
| | JLH | Additional documentation from Tim Lukas on the stipulations and orders extending deadlines for Fund IX to object to the real estate case issues.  Related e-mails from Sallie Armstrong. E-mails from Kylie Huff for Fund IX re:  same. | 0.30 | $135.00 |
| | JLH | E-mail exchange with Illuminada Starzyk re:  June 3, 2022 as a date for Nixon matters with Judge Spraker.  Forward to Michael Budwick.  Additional e-mails from Michael Budwick re:  additional briefing time for Nixon. | 0.30 | $135.00 |
| 04 /28/22 | JLH | Attend telephone hearing on the motions for default against JCB and Bayshore, Lauer turnover motion. | 1.00 | $450.00 |
| | JLH | E-mail exchanges with Tim Lukas, Steve Harris and Kylie Huff, counsel for Fund IX, re:  the stipulation on reply date for the real estatet cases settlement hearing. | 0.30 | $135.00 |
| 04 /29/22 | JLH | E-mail from Alex Brody re:  the stipulation revising the briefing schedule dates with Nixon Peabody.  Respond re:  lodging a proposed order approving the stipulation. | 0.10 | $45.00 |
| | JLH | E-mail exchange with Michael Budwick re:  Paulette Carpoff sentencing. | 0.10 | $45.00 |

|  |  |
|---|---|
| TOTAL HOURS | 33.90 |
| TOTAL FEES | $15,255.00 |

**TOTAL AMOUNT DUE THIS STATEMENT          $15,255.00**

| SUMMARY OF FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Jeffrey L. Hartman | 33.90 | $450.00 | $15,255.00 |