Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com

Michael S. Budwick, Esq. #938777 – Admitted *Pro Hac Vice*
Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice*
Meaghan E. Murphy, Esq. #102770 – Admitted *Pro Hac Vice*
Gil Ben-Ezra, Esq. #118089 – Admitted *Pro Hac Vice*
Alexander E. Brody, Esq. #1025332 – Admitted *Pro Hac Vice*
**MELAND BUDWICK, P.A.**
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
T: (305) 358-6363
F: (305) 358-1221
mbudwick@melandbudwick.com
sgenet@melandbudwick.com
mmurphy@melandbudwick.com
gbenezra@melandbudwick.com
abrody@melandbudwick.com

Attorneys for Christina W. Lovato, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re

DOUBLE JUMP, INC.

       Debtor.

Lead Case No.: BK-19-50102-gs
(Chapter 7)

Substantively Consolidated with:

| 19-50130-gs | DC Solar Solutions, Inc. |
| 19-50131-gs | DC Solar Distribution, Inc. |
| 19-50135-gs | DC Solar Freedom, Inc. |

**TRUSTEE'S THIRD SUPPLEMENT TO STATUS REPORT**

**Hearing Date:  June 9, 2022**
**Hearing Time: 9:30 a.m.**

      Christina W. Lovato, as chapter 7 trustee ("***Trustee***") for the bankruptcy estates of DC Solar Solutions, Inc., DC Solar Distribution, Inc., DC Solar Freedom, Inc. and Double Jump, Inc. ("***DC Solar***" or the "***Debtors***"), files her Third Supplement to Status Report ("***Third Supplement to Status Report***") in the above-captioned bankruptcy case ("***Bankruptcy Case***") in advance of the Status Conference ("***Status Conference***") set for June 9, 2022 at 9:30 a.m.

      The Trustee filed her first status report on November 1, 2021 [ECF No. 2941]. The

1

Trustee filed her first supplement on November 15, 2021 [ECF No. 2971]. The Trustee filed her second supplement on March 28, 2022 [ECF No. 3185]. The Court conducted the related status hearings on November 15, 2021 and March 31, 2022. On March 31, 2022, the Court continued the Status Conference to June 9, 2022 [ECF No. 3204].

### I.    NOTICE

The Trustee will file this Third Supplement to Status Report in the Main Case and a notice of filing in each pending adversary proceeding and will serve it as reflected on the Certificate of Service.

### II.    RESERVATION

The Trustee reserves all rights given her ongoing investigation as well as the inherently fluid nature of litigation. Nothing in this Third Supplement to Status Report waives the Trustee's attorney-client, work-product, or other privileges or confidentiality. Nor does anything contained in this Third Supplement to Status Report bind the Trustee on any matter of fact or law.

### III.    THE PLEA AGREEMENTS AND CRIMINAL SENTENCING

The criminal investigation related to the Carpoff Ponzi Scheme is ongoing. Seven persons: (1) & (2) Jeff and Paulette Carpoff (husband and wife, and senior executives); (3) Robert Karmann (CFO and controller) (4) Ryan Guidry (senior operating executive); (5) Ron Roach (outside CPA) (6) Joseph Bayliss (outside electrician and purported engineer); and (7) Alan Hansen (a T-Mobile employee who was bribed by Carpoff and later hired by DC Solar); have pled guilty and stipulated to plea agreements and factual proffers ("***Plea Agreements***") with the United States of America discussing their particular roles, the roles of others, and some of the factual circumstances regarding the Carpoff Ponzi Scheme.

The dockets in these criminal cases reflect that:

- Jeff Carpoff was sentenced on November 9, 2021 and was taken into custody on January 18, 2022;

- Joseph Bayliss was sentenced on November 16, 2021 and is set to be taken into custody on June 7, 2022;

- Robert Karman was sentenced on April 12, 2022 and is set to be taken into custody on July 11, 2022;
- Alan Hansen was sentenced on May 31, 2022 and is set to be taken into custody on August 8, 2022.
- Ronald Roach is to be sentenced on June 28, 2022;
- Paulette Carpoff is to be sentenced on June 28, 2022; and
- Ryan Guidry is to be sentenced on July 26, 2022.

Each sentencing date has been continued multiple times, and the Trustee does not know whether there will be further continuances or other activity arising from the United States of America's ongoing criminal investigation.

### IV.     PROPOSED TOPICS TO DISCUSS AT STATUS CONFERENCE

The Status Conference provides an opportunity for the Court, the Trustee, and parties-in-interest to discuss the Bankruptcy Case, the pending adversary proceedings, and related matters. The Trustee proposes that at least the following topics be discussed: (1) overview of the Trustee's litigation claims and adversary proceedings in this Bankruptcy Case; and (2) the Trustee's Motion for Partial Summary Judgment Seeking Determination of a Ponzi Scheme.

#### 1.   Overview of the Trustee's Litigation Claims and Disposition

To date, the Trustee has filed forty-six adversary proceedings in the Bankruptcy Case and has asserted and resolved a series of claims pre-suit. Attached are the following exhibits:

- **Exhibit A** – Pending adversary proceedings, with some information regarding; (i) pleading status; (ii) settlement status; and (iii) motion practice.
- **Exhibit B** –Adversary proceedings that have been resolved by settlement, stipulation, final judgment, or dismissal.
- **Exhibit C** – Estate litigation claims that have been settled pre-suit.

The Trustee's pending adversary proceedings primarily assert claims for avoidance and recovery of transfers, with two adversary proceedings sounding primarily in tort but also

including claims for avoidance.[1] To date, the Trustee has recovered (either received or due to be received) over $50 million through the consensual resolution of litigation claims and approval of this Court pursuant to F.R.B.P. 9019.

**2.  Determination of a Ponzi Scheme**

On May 13, 2022, the Trustee filed her motion for partial summary judgment ("***MPSJ***") seeking a determination that a Ponzi scheme was perpetrated through DC Solar, in connection with the Ponzi Presumptions.[2] The Trustee filed her MPSJ in the pending adversary proceedings which primarily seek avoidance and recovery of fraudulent transfers.

Promptly following the Trustee's filing of her MPSJ, the Trustee engaged the applicable adversary defendants ("***Avoidance Defendants***") in a meet-and-confer process with the goal of a coordinated discovery and briefing schedule.

- On May 17, 2022 (four days after filing her MPSJ), Trustee's counsel sent a letter to the Avoidance Defendants asking that they discuss their views as to the next procedural steps toward resolution of the MPSJ, and requesting a conference call on May 27, 2022.
  - A copy of one such letter is attached as **Exhibit D**.
- On May 27, 2022, the Avoidance Defendants (many of them) and the Trustee participated in that conference call and discussed the Avoidance Defendants' proposed discovery and briefing schedule.
- On June 7, 2022, Trustee's counsel sent a letter following up on her initial letter and responding to the Avoidance Defendants with a counter proposal and explanation.
  - A copy of this letter is attached as **Exhibit E**.

While the parties have not reached agreement by the date of this Third Supplement to Status Report, the parties' good faith efforts have been useful.

---

[1] *Lovato v. Nixon Peabody, LLP*, Adv. No. 21-05072 (Bankr. D. Nev.) and *Lovato v. Scott Wentz, Raina Yee, Montage Services, Inc*, Adv. No 22-05008 (Bankr. D. Nev.).

[2] "***Ponzi Presumptions***" means the presumption of "actual intent" and "insolvency" in connection with avoidance claims where it is determined that a Ponzi scheme was perpetrated through the debtor. *See e.g., In re Nat'l Consumer Mortg., LLC*, 2013 WL 164247, *11 (D. Nev. Jan. 14, 2013).

DATED: June 7, 2022.

**HARTMAN & HARTMAN**

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq.
Attorney for Christina W. Lovato, Trustee

**MELAND BUDWICK, P.A.**

*/s/ Solomon B. Genet*
Michael S. Budwick, Esq.
Solomon B. Genet, Esq.
Meaghan E. Murphy, Esq.
Gil Ben-Ezra, Esq.
Alexander E. Brody, Esq.
Attorneys for Christina W. Lovato, Trustee

**CERTIFICATE OF SERVICE**

I certify that on June 7, 2022, I caused to be served the above-named document as indicated below:

✔ a.  Via ECF to the parties listed on the attached Exhibit 1;

✔ b.  Via Direct Email to:
mara@bayareadrainage.com;
taxinfo@tax.cccounty.us;
deboltcivil@earthlink.net;
jqyu1089@yahoo.com;
lesterray420@gmail.com;
rbpainting66@yahoo.com;
cromero@sfandb.com;
21techlife@gmail.com;
waterbilling@cityofmartinez.org;
fredsfloorcovering@gmail.com;
ctrent@msconstruction.com;
taxcollector@countyofnapa.org;
mail@nativesonslandscaping.com;
shaunrang@sbcglobal.net;
ttccc@solanocounty.com;
pacific_coast_wp@att.net;
ar@alpinepowersystems.com;
billing@kmhsystems.com;
ca@ahern.com;
jansen.carl9@gmail.com;
pmaddox@iscmotorsports.com;
erossi@cedantioch.com;
rachel.larrenaga@chargepoint.com;
jworthen@ganassi.com;
dcook@kansasspeedway.com;
jfarris@ejmjets.com;
troyv@pacificmetalfab.net;
erivera@talladegasuperspeedway.com;
mquall@quallcardot.com;
ben.nelson@wexinc.com;

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 7, 2022.

 /s/ Solomon B. Genet 
Solomon B. Genet, Esq.

## Pending – Adversary Proceedings

| | Case Number | Party/Entity | Status |
|---|---|---|---|
| 1 | 21-05037 | Bayshore Select Insurance<br>Champion Select Insurance | Amended complaint filed. |
| 2 | 21-05029 | DCT Valley Drive CA LP | Motion for partial summary judgment filed. |
| 3 | 21-05020 | Internal Revenue Service | Motion for partial summary judgment filed. |
| 4 | 21-05036 | JCB Consulting, Inc. f/k/a J&C Consulting, Inc.<br>Carrie Sue Boden-Carpoff a/k/a Caroline Sue<br>Boden-Carpoff<br>a/k/a Carrie Carpoff a/k/a Carrie Boden | JCB Consulting, Inc. f/k/a J&C Consulting, Inc.: Amended<br>Complaint filed.<br>Carrie Sue Boden-Carpoff a/k/a Caroline Sue Boden-Carpoff<br>a/k/a Carrie Carpoff a/k/a Carrie Boden: Dismissed. |
| 5 | 21-05030 | KMH Systems, Inc. | Motion for partial summary judgment filed. |
| 6 | 21-05027 | LBA Realty Fund II-Company I, LLC | Motion for partial summary judgment filed. |
| 7 | 19-05032 | Mandalay Bay, LLC (First Adversary Complaint) | Motion for partial summary judgment filed. |
| 8 | 21-05070 | Mandalay Bay, LLC (Consolidated with First<br>Adversary Complaint) | See lead case. |
| 9 | 21-05032 | Priscilla Amato<br>Robert Amato<br>Paula Jordan | Priscilla Amato: Motion for partial summary judgment filed.<br>Robert Amato: Dismissed.<br>Paula Jordan: Settled. |
| 10 | 21-05026 | Sandra Sarkissian, Successor Trustee of the Sam<br>Sarkissian<br>and Sandra Sarkissian Living Trust dated<br>September 4, 1997 | Motion for partial summary judgment filed. |
| 11 | 21-05025 | SMISC Holdings, LLC,<br>Atlanta Motor Speedway, LLC,<br>Bristol Motor Speedway, LLC,<br>Kentucky Motor Speedway, LLC,<br>Nevada Motor Speedway, LLC,<br>New Hampshire Motor Speedway, Inc.,<br>Speedway Sonoma, LLC,<br>Texas Motor Speedway, Inc. | Motion for partial summary judgment filed. |

**EXHIBIT A**

| 12 | 21-05028 | King Solarman, Inc., Chiang Lian Cung a/k/a Michael Cung, King Solarman (Indion) Fund I, LLC, and King Solarman (Indion) Fund II, LLC | Motion for partial summary judgment filed. |
| 13 | 21-05001 | Ahern Rentals, Inc. Xtreme Manufacturing, LLC | Motion for partial summary judgment filed. |
| 14 | 21-05073 | Chip Ganassi Racing with Felix Sabates, Inc. | Motion for partial summary judgment filed. |
| 15 | 21-05072 | Nixon Peabody LLP | Motion to dismiss under advisement. |
| 16 | 22-05008 | Montage, Wentz, Yee | Motion to dismiss set for hearing on August 4, 2022. |

**EXHIBIT B**

## Resolved – Adversary Proceedings

| | Case Number | Party/Entity | Status |
|---|---|---|---|
| 1 | 21-05018 | Renewable Waste Solutions, LLC and Sustainable Capital Finance, Inc. | Renewable Waste Solutions, LLC: Final Judgment. Sustainable Capital Finance, Inc.: Settled. |
| 2 | 21-05005 | Martinez Education Foundation | Settled. |
| 3 | 21-05042 | LV Stadium Events Company, LLC | Settled. |
| 4 | 21-05014 | NuLeaf Capital Investors Group, LLC | Settled. |
| 5 | 21-05044 | Tersuda, LLC | Settled. |
| 6 | 21-05040 | Enenstein Pham & Glass | Settled. |
| 7 | 21-05012 | 2750 Maxwell Way, LLC | Final Judgment. |
| 8 | 21-05011 | 4021 Pike Lane, LLC | Final Judgment. |
| 9 | 21-05017 | Bay Area ScreenPrint, Inc. Go Green Studio Rentals, Inc. CDRL Nutritional, Inc. and Headways Hair and Day Spa, Inc. | Final Judgment. |
| 10 | 21-05022 | Efficient Energy Distribution, Inc. | Final Judgment. |
| 11 | 21-05008 | Emerging Solar Technology LLC | Final Judgment. |
| 12 | 21-05001 | EventWright, LLC | Final Judgment. |
| 13 | 21-05007 | Halo Management Services, LLC | Final Judgment. |
| 14 | 21-05006 | Luminary Diffusion Systems, LLC | Final Judgment. |
| 15 | 21-05013 | Martinez Clippers Baseball Corp. | Final Judgment. |
| 16 | 21-05002 | Oakhurst Golf, LLC dba Oakhurst Country Club | Voluntarily dismissed. |
| 17 | 21-05035 | Panda Bear International, Limited Panda Solar Solutions, LLC | Final Judgment. |
| 18 | 21-05010 | Renewable Management Services, Inc. | Final Judgment. |
| 19 | 21-05033 | Sirius Light Towers, LLC | Final Judgment. |
| 20 | 21-05003 | Sparks Power Inc. | Final Judgment. |
| 21 | 21-05004 | Terroir Winery Fund, L.P. | Final Judgment. |
| 22 | 21-05024 | USB DC Solar Fund I, LLC and USB DC Solar Fund II, LLC | Final Judgment. |

| | | | |
|---|---|---|---|
| 23 | 21-05021 | Hancock Whitney Equipment Finance and Leasing, LLC | Voluntarily dismissed. |
| 24 | 21-05016 | Main Street Martinez, Inc. | Voluntarily dismissed. |
| 25 | 21-05023 | The Yountville Chamber of Commerce | Voluntarily dismissed. |
| 26 | 21-05019 | Folium Biosciences, LLC and Whole Hemp Company, LLC | 9019 pending. |
| 27 | 21-05034 | Lone Oak Fund, LLC | Settled. |
| 28 | 21-05031 | Matthew and Lauren Carpoff | Settled. |
| 29 | 21-05009 | Solarmore Investments, Inc. | Final Judgment. |
| 30 | 21-05009 | Patrick Moore | Voluntarily dismissed. |

**EXHIBIT C**

**Pre-Suit Settlements**

| | Party/Entity | Status of Settlement (Approved/Pending) |
|---|---|---|
| 1 | Solar Eclipse Investment Fund III, LLC | Approved. |
| 2 | Solar Eclipse Investment Fund IV, LLC | Approved. |
| 3 | Solar Eclipse Investment Fund V, LLC | Approved. |
| 4 | Solar Eclipse Investment Fund VI, LLC | Approved. |
| 5 | Solar Eclipse Investment Fund VII, LLC | Approved. |
| 6 | Solar Eclipse Investment Fund VIII, LLC | Approved. |
| 7 | Solar Eclipse Investment Fund X, LLC | Approved. |
| 8 | Solar Eclipse Investment Fund XI, LLC | Approved. |
| 9 | Solar Eclipse Investment Fund XII, LLC | Approved. |
| 10 | Solar Eclipse Investment Fund XIV, LLC | Approved. |
| 11 | Solar Eclipse Investment Fund XXXII, LLC | Approved. |
| 12 | Solar Eclipse Investment Fund XXXV, LLC | Approved. |
| 13 | Solar Eclipse Investment Fund XXXVII, LLC | Approved. |
| 14 | Progressive Casualty Insurance Company | Approved. |
| 15 | The Sherwin-Williams Company | Approved. |
| 16 | Geico Corporation | Approved. |
| 17 | People's United Bank, N.A. | Approved. |
| 18 | People's United Financial, Inc. | Approved. |
| 19 | DV VNB Community Renewables Fund LLC | Approved. |
| 20 | DV VNB Community Renewables Fund III LLC | Approved. |
| 21 | Pardee Solar 1, LLC | Approved. |
| 22 | SolarSense DCS I, LLC | Approved. |
| 23 | Alternative Energy Infrastructure Projects Fund I, LP | Approved. |
| 24 | KeyBank N.A. | Approved. |
| 25 | Heritage Bank of Commerce | Approved. |
| 26 | Solar Eclipse Fund IX, LLC | Approved. |
| 27 | Crestmark, a division of MetaBank, N.A. | Approved. |
| 28 | Radian Generation, LLC | Approved. |

| 29 | Wheels Up Partners, LLC | Approved. |
| 30 | Fallbrook Securities Corporation | Approved. |
| 31 | FEI Investors I, LLC | Approved. |
| 32 | Electrification Coalition | Approved. |
| 33 | Consolidated Electrical Distributors, Inc. | Approved. |
| 34 | Vistra International Expansion (USA) Inc. | Approved. |
| 35 | ISC Parties | Approved. |
| 36 | Truist Equipment Finance Corp. f/k/a Sun Trust Equipment Finance & leasing Corp. | Approved. |
| 37 | Hartford Fire Insurance Company | Approved. |
| 38 | CohnReznick Capital Markets Securities, LLC | Approved. |
| 39 | Live in the Vineyard, LLC | Approved. |
| 40 | Novogradac & Company LLP | 9019 pending. |



## MELAND | BUDWICK
### ATTORNEYS AT LAW

Meaghan Murphy, Esq.
mmurphy@melandbudwick.com

May 17, 2022

**_Via Electronic Mail_**
Mark J. Connot, Esq.
Fox Rothschild LLP
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
mconnot@foxrothschild.com

  **RE:** *In re Double Jump, Inc.,* **Case No. BK-19-50102-gs (lead case)**
     *Christina W. Lovato v. Ahern Rentals, Inc. et al.,* **Adv. No. 22-05001-gs**

Dear Mr. Connot:

  As you know, the Court has set a continued general status conference for June 9, 2022. In addition, on May 13, 2022, the Trustee filed her motion for partial summary judgment ("*MPSJ*") in a number of adversary proceedings, including the one in which you serve as counsel. Attached is a list of the relevant adversary proceedings to which the MPSJ relates along with the contact information for various defense counsel.

  As we stated at the March 31st status conference, we request that defense counsel as a group first meet and confer to discuss their views as to the next procedural steps to adjudicate the MPSJ. And then after conferral by defense counsel, we would like to speak with defense counsel or a representative(s) to discuss what the parties would like to propose to the Court. As to this second call, we suggest **May 27, 2022 at 2 pm ET / 11 am PT**. The dial call-in information is as follows: Dial in: (833) 548-0282, Code: 7906732073. If this date/time is inconvenient we can find another.

  And of course, I am also available for one-on-one communications.

  The Trustee's goal is an efficient procedure for the benefit of all parties and the Court.

  Thank you.

       Sincerely,

       */s/ Meaghan E. Murphy, Esq.*
       Meaghan E. Murphy

cc: Michael S. Budwick, Esq.
  Solomon B. Genet, Esq.
  Alexander E. Brody, Esq.

MELAND | BUDWICK

3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363 | F 305-358-1221
MELANDBUDWICK.COM

**EXHIBIT D**

| DEFENDANT | CASE NO. | CONTACT INFORMATION |
|---|---|---|
| AHERN RENTALS, INC. et al | 3:22-ap-05001 | Mark J. Connot, Esq.<br>Kevin M. Sutehall, Esq.<br>Colleen E. McCarty, Esq.<br>Fox Rothschild LLP<br>One Summerlin<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, NV 89135<br>Telephone: 702-699-5924<br>mconnot@foxrothschild.com<br>ksutehall@foxrothschild.com<br>cmccarty@foxrothschild.com |
| AMATO et al | 3:21-ap-05032 | Eric Yaeckel, Esq.<br>Sullivan & Yaeckel Law Group<br>2330 Third Avenue<br>San Diego, CA 92101<br>Telephone: 619-702-6761<br>yaeckel@sullivanlawgroupapc.com |
| CHIP GANASSI RACING WITH FELIX SABATES, INC. | 3:21-ap-05073 | Mark R. Owens (admitted *pro hac vice*)<br>Barnes & Thornburg LLP<br>11 South Meridian Street<br>Indianapolis, Indiana 46204<br>Tel.: (317) 236-1313<br>Fax: (317) 231-7433<br>Email: mark.owens@btlaw.com<br><br>Rick R. Hsu (NV Bar No. 5374)<br>Maupin Cox LeGoy<br>4785 Caughlin Parkway<br>Reno, Nevada 89519<br>Tel.: (775) 827-2000<br>Fax: (775) 827-2185<br>Email: rhsu@mcllawfirm.com<br><br>James H. Voyles, Jr. (admitted *pro hac vice*)<br>Voyles Vaiana Lukemeyer Baldwin & Webb<br>211 North Pennsylvania Street, Suite 2400<br>Indianapolis, Indiana 46204<br>Tel.: (317) 632-4463<br>Fax: (317) 631-1199<br>Email: jvoyles@voyleslegal.com |
| DCT VALLEY DRIVE CA LP | 3:21-ap-05029 | Brian P. Morgan, Esq.<br>Faegre Drinker Biddle & Reath LLP<br>1177 Avenue of the Americas, 41st Floor<br>New York, New York 10036 USA<br>brian.morgan@faegredrinker.com |

1

| | | Janice P. Dreher, Esq.<br>Downey Brand<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814<br>Telephone: 916-520-5478<br>jdreher@downeybrand.com |
|---|---|---|
| KING SOLARMAN, INC. et al | 3:21-ap-05028 | Kathryn S. Diemer, Esq.<br>Paul J. Johnson, Esq.<br>Diemer & Wei, LLP<br>55 S. Market Street, Suite 1420<br>San Jose, CA 95113<br>kdiemer@diemerwei.com<br>pjohnson@diemerwei.com |
| KMH SYSTEMS, INC. | 3:21-ap-05030 | N/A |
| LBA REALTY FUND II-COMPANY I, LLC | 3:21-ap-05027 | Ryan Pinkston, Esq.<br>Seyfarth Shaw LLP<br>560 Mission Street<br>Suite 3100<br>San Francisco, CA 94105<br>rpinkston@seyfarth.com<br><br>Talitha B. Gray Kozlowski, Esq.<br>Garman Turner Gordon<br>7251 Amigo Street<br>Suite 210<br>Las Vegas, NV 89119<br>tgray@gtg.legal |
| MANDALAY BAY, LLC (LEAD CASE) | 3:19-ap-05032 | Eric A. Browndorf<br>William P. Rubley<br>Cooper Levenson<br>1125 Atlantic Avenue<br>Atlantic City, NJ 08401<br>Telephone: 609-572-7538<br>ebrowndorf@cooperlevenson.com<br>wrubley@cooperlevenson.com<br><br>Gregory A. Kraemer<br>Cooper Levenson<br>6060 Elton Ave<br>Las Vegas, NV 89107<br>Telephone: 702-366-1125<br>gkraemer@cooperlevenson.com |
| SANDRA SARKISSIAN, SUCCESSOR TRUSTEE OF THE SAM SARKISSIAN etc. | 3:21-ap-05026 | Louis M. Bubala III, Esq.<br>Kaempfer Growell<br>50 West Liberty Street, Suite 700<br>Reno, NV 89501<br>lbubala@kcnvlaw.com |

| SMISC HOLDINGS, LLC et al | 3:21-ap-05025 | Thomas H. Fell, Esq.<br>Patrick J. Sheehan, Esq.<br>Fennemore Craig<br>300 S Fourth Street, Suite 1400<br>Las Vegas, NV 89101<br>tfell@fennemorelaw.com<br>psheehan@fennemorelaw.com |
|---|---|---|
| UNITED STATES OF AMERICA, DEPARTMENT OF THE ETC. | 3:21-ap-05020 | Boris Kukso, Esq.<br>Trial Attorney, Tax Division<br>United States Department of Justice<br>boris.kukso@usdoj.gov |



MELAND | BUDWICK

ATTORNEYS AT LAW

Meaghan Murphy, Esq.
mmurphy@melandbudwick.com

June 7, 2022

***Via Electronic Mail***

RE:   ***In re Double Jump, Inc.,*** **Case No. BK-19-50102-gs (main case)**
      ***Lovato v. Mandalay Bay, LLC, Adv. No. 19-5032-gs***
      ***Lovato v. United States of America etc., Adv. No. 21-05020-gs***
      ***Lovato v. SMISC Holdings, LLC et al., Adv. No. 21-05025-gs***
      ***Lovato v. Sandra Sarkissian, etc., Adv. No. 21-05026-gs***
      ***Lovato v. LBA Realty Fund II-Company I, LLC, Adv. No. 21-05027-gs***
      ***Lovato v. King Solarman, Inc. et al., Adv. No. 21-05028-gs***
      ***Lovato v. DCT Valley Drive CA LP, Adv. No. 21-05029-gs***
      ***Lovato v. KMH Systems, Inc., Adv. No. 21-05030-gs***
      ***Lovato v. Amato et al., Adv. No. 21-05032-gs***
      ***Lovato v. Chip Ganassi Racing with Felix Sabates, Inc., Adv. No. 21-05073-gs***
      ***Lovato v. Ahern Rentals, Inc., et al., Adv. No. 22-05001-gs***

Counsel:

As you know, my firm is counsel to Chapter 7 trustee, Christina Lovato ("***Trustee***") in the above-referenced bankruptcy proceeding. Thank you for participating on the May 27, 2022 call regarding next steps for the Trustee's motion for partial summary judgment ("***MPSJ***"). We appreciate your group efforts to coordinate positions and provide a proposal to the Trustee.

I will start with a short re-cap. On May 17, 2022, shortly after the Trustee filed her MPSJ, the Trustee sent you a letter requesting a meet-and-confer call on May 27, 2022. On that call was (1) counsel to the Trustee; and (2) counsel to defendants Internal Revenue Service, DCT Valley Drive CA LP, Mandalay Bay, LLC, King Solarman, Inc., Ahern Rentals, Inc., Xtreme Manufacturing, LLC, Chip Ganassi Racing with Felix Sabates, Inc., LBA Realty Fund II-Company I, LLC, and SMISC, LLC.

During the May 27th call, the defendants advised that they had communicated amongst themselves prior to that time, and most (but not all) defendants proposed the following timeline:

- June 9, 2022        Defendants' deadline to issue written discovery.

- July 29, 2022       Trustee's deadline to respond to written discovery.

- August 31, 2022     Deadline to meet and confer regarding written discovery and
                      defendants' deadline to file motions to compel.

**EXHIBIT E**

June 7, 2022
Page 2

- October 31, 2022 — Deadline for resolution of and compliance with any orders on motions to compel.

- November 30, 2022 — Deadline to complete all necessary depositions.

- January 13, 2023 — Deadline to disclose rebuttal expert reports and deadline for defendants to file opposition to MPSJ.

- February 3, 2023 — Trustee's deadline to file reply to opposition to MPSJ.

- After February 3, 2023 — Hearing on MPSJ.

Some defendants proposed a longer discovery schedule. Many of the defendants indicated their need to depose many individuals (some imprisoned, some awaiting sentencing, and some not charged) as part of the fact discovery process. Further, the Trustee notes that the defendants' proposed schedule does not provide a meaningful opportunity for the Trustee to take the deposition of the defendants' rebuttal expert, which would realistically add 30 days to the proposed timeline.

The Trustee appreciates the defendants' efforts. However, the Trustee does not believe the above proposal will efficiently advance these litigations.

The Trustee does not believe that the MPSJ presents any contested issues of material fact. And the defendants have not identified what specific contested factual issues exist that would give rise to numerous depositions. Accordingly, the Trustee does not believe that any further discovery is necessary other than the deposition of Melissa Davis, CPA, CFE, CIRA, the Trustee's expert witness. The Trustee has already offered to provide the defendants the documents Ms. Davis relied upon.

The Trustee believes that her proposal (below) is in accord with the Court's previously stated intention that the MPSJ be resolved efficiently and expeditiously. Indeed, following the Court's communications to the parties at previous status conferences, the Trustee purposefully limited the scope of her MPSJ to the determination of the fact of the Ponzi scheme, a narrow issue, in order to eliminate potential contested issues of material fact that would otherwise necessitate any, let alone numerous, depositions.

The Trustee proposes the following timeline:

- August 1, 2022 — Deadline for the defendants, through an agreed-to procedure, to depose Melissa Davis.

- September 15, 2022 — Deadline for the defendants to submit rebuttal expert reports and file any opposition to the MPSJ.

June 7, 2022
Page 3

- October 13, 2022      Deadline for the Trustee to depose the defendants' expert.

- November 14, 2022    Deadline for the Trustee to file her reply in support of her MPSJ.

- November 2022        Hearing on MPSJ.

In the event the Court determines any incarcerated individuals should be deposed, then in the interests of efficiency, the Trustee may alternatively request that the Court enter uniform pre-trial discovery plans and scheduling orders similar to those entered in some of the adversaries. In that regard, the Trustee would propose the following:

- January 31, 2023       Deadline for fact discovery.

- February 28, 2023     Deadline for expert reports.

- March 30, 2023        Deadline for expert discovery.

- April 27, 2023         Deadline for dispositive motions.

- June 2023 or as the Court is    Pre-trial conference.
  available

Please feel free to contact me by phone prior to the June 9, 2022 status conference or anytime. The Trustee intends to continue to work with you in good faith to advance these cases to an orderly contested conclusion.

Thank you.

Sincerely,

*/s/ Meaghan Murphy*

Meaghan E. Murphy

cc:    Michael S. Budwick, Esq.
       Solomon B. Genet, Esq.
       Alexander E. Brody, Esq.

## Mailing Information for Case 19-50102-gs

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **SETH J. ADAMS**   sadams@woodburnandwedge.com, jheston@woodburnandwedge.com
- **GREG ADDINGTON**   greg.addington@usdoj.gov, christi.dyer@usdoj.gov;danielle.bleecker@usdoj.gov
- **MEGAN M. ADEYEMO**   madeyemo@gordonrees.com, asoto@grsm.com
- **SALLIE B ARMSTRONG**   sarmstrong@mcdonaldcarano.com, mhale@mcdonaldcarano.com
- **SIMON ARON**   saron@wrslawyers.com
- **BRETT A. AXELROD**   baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com
- **GIL BEN-EZRA**   gbenezra@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **ALEXANDER E. BRODY**   abrody@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com;mrbnefs@yahoo.com
- **OGONNA M. BROWN**   OBrown@lrrc.com, nlord@lewisroca.com,ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com
- **ERIC A. BROWNDORF**   cwild@cooperlevenson.com
- **LOUIS M BUBALA**   lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com
- **MICHAEL S. BUDWICK**   mbudwick@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com
- **CHRISTOPHER PATRICK BURKE**   attycburke@charter.net
- **CANDACE C CARLYON**   ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;9232006420@filings.docketbird;Dcica@carlyoncica.com
- **JEFFREY D. CAWDREY**   jcawdrey@gordonrees.com
- **ROBERT M. CHARLES**   rcharles@lewisroca.com, BankruptcyNotices@lewisroca.com,robert-charles-1072@ecf.pacerpro.com
- **DAVID ERNESTO CHAVEZ**   chavezd@ballardspahr.com, LitDocket_West@ballardspahr.com
- **DAWN M. CICA**   dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.c
- **MARK J. CONNOT**   mconnot@foxrothschild.com, dloffredo@foxrothschild.com
- **WILLIAM D COPE**   william@copebklaw.com, r64042@notify.bestcase.com
- **EDWARD A. CORMA**   ecorma@cooperlevenson.com
- **TIMOTHY S. CORY**   tcory@crdslaw.com, creade@crdslaw.com
- **TRICIA M. DARBY**   tricia@darbylawpractice.com, kad@darbylawpractice.com
- **MICHAEL A DIGIACOMO**   saltlakedocketclerk@ballardspahr.com;paredesr@ballardspahr.com;hartt@ballardspahr.com
- **JAMIE P. DREHER**   jdreher@downeybrand.com, mfrazier@downeybrand.com;reno@downeybrand.com
- **VAN C. DURRER**   van.durrer@skadden.com
- **RICHARD W. ESTERKIN**   resterkin@morganlewis.com
- **LARS EVENSEN**   lkevensen@hollandhart.com, blschroeder@hollandhart.com;intaketeam@hollandhart.com
- **THOMAS H. FELL**   tfell@fennemorelaw.com, clandis@fennemorelaw.com;CourtFilings@fennemorelaw.com
- **ASHLEY N. FELLONA**   ashley.fellona@saul.com, Janice.Mast@saul.com
- **MARTIN L FINEMAN**   martinfineman@dwt.com, ExternalForwardUSBC_NEVADA@dwt.com
- **ELIZABETH A. FLETCHER**   efletcher@fletcherlawgroup.com, edendary@fletcherlawgroup.com
- **ROBERT C. FOLLAND**   rob.folland@btlaw.com
- **KIAH T. FORD**   chipford@parkerpoe.com
- **FRANCHISE TAX BOARD (cc)**   BKClaimConfirmation@ftb.ca.gov, kevin.hutty@ftb.ca.gov
- **DONALD L. GAFFNEY**   dgaffney@swlaw.com
- **SOLOMON B. GENET**   sgenet@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com
- **FRANK C. GILMORE**   fgilmore@rssblaw.com, mdavis@rssblaw.com
- **MICHAEL J GOMEZ**   mgomez@frandzel.com, dmoore@frandzel.com
- **REW R. GOODENOW**   ecf@parsonsbehle.com, rgoodenow@parsonsbehle.com
- **TALITHA B. GRAY KOZLOWSKI**   tgray@brg.legal, bknotices@gtg.legal
- **ELIZABETH A. GREEN**   egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- **JAMES D. GREENE**   jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
- **ALLEN J. GUON**   aguon@cozen.com, allen-guon-6333@ecf.pacerpro.com;cknez@cozen.com
- **STEPHEN R HARRIS**   steve@harrislawreno.com, hannah@harrislawreno.com;norma@harrislawreno.com
- **JEFFREY L HARTMAN**   notices@bankruptcyreno.com, abg@bankruptcyreno.com
- **PAYMON HIFAI**   phifai@hornerlawgroup.com
- **RICHARD F. HOLLEY**   rholley@nevadafirm.com,
oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@nevadafirm.com;dhigh@nevadafirm.com
- **RICK R. HSU**   rhsu@mclrenolaw.com, hmotta@mcllawfirm.com
- **CHRISTOPHER D. HUGHES**   chughes@nossaman.com
- **BRIAN R. IRVINE**   birvine@dickinsonwright.com, ashoults@dickinson-wright.com;RN_litdocket@dickinsonwright.com
- **NEAL R. JACOBSON**   jacobsonn@sec.gov
- **MATTHEW L. JOHNSON**   mjohnson@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com;danielle@mjohnsonlaw.com;carmen@mjohnsonlaw.com
- **PAUL J. JOHNSON**   pjohnson@diemerwei.com
- **NATHAN G. KANUTE**   nkanute@swlaw.com,
mfull@swlaw.com;jmath@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;ljtaylor@swlaw.com;credd@swlaw.com
- **GREGORY ALAN KRAEMER**   GKRAEMER@COOPERLEVENSON.COM, gdillingham@cooperlevenson.com
- **BORIS KUKSO**   boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- **MARY LANGSNER**   mlangsner@nevadafirm.com, oswibies@nevadafirm.com;rholley@nevadafirm.com;dhigh@nevadafirm.com;khalsey@nevadafirm.com
- **BART K. LARSEN**   BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com
- **ROBERT S. LARSEN**   rlarsen@grsm.com,
gangulo@grsm.com;wwong@grsm.com;WL_LVSupport@grsm.com;sowens@grsm.com;kkao@grsm.com;jschneringer@grsm.com
- **ANDREW V. LAYDEN**   alayden@bakerlaw.com, orlbankruptcy@bakerlaw.com
- **CECILIA LEE**   efletcher@fletcherlawgroup.com, edendary@fletcherlawgroup.com
- **ALEXANDER J. LEWICKI**   alewicki@diemerwei.com
- **CHRISTINA W. LOVATO**   trusteelovato@att.net, NV26@ecfcbis.com
- **TIMOTHY A LUKAS**   ecflukast@hollandhart.com
- **EDWARD M. MCDONALD**   edward.m.mcdonald@usdoj.gov
- **JEANETTE E. MCPHERSON**   bkfilings@s-mlaw.com
- **EDMOND BUDDY MILLER**   bmiller@buddymillerlaw.com, jepker@buddymillerlaw.com

**EXHIBIT 1**

- **ALI M. M. MOJDEHI**    amojdehi@btlaw.com, jgertz@btlaw.com;arego@btlaw.com
- **JAMES C. MOON**    jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com
- **MEAGHAN E. MURPHY**    mmurphy@melandbudwick.com
- **WILLIAM M. NOALL**    bknotices@gtg.legal, wnoall@gtg.legal
- **TRACY M. O'STEEN**    tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com
- **RICHARD A. OSHINSKI**    Rick@OshinskiForsberg.com, Linda@OshinskiForsberg.com
- **DONNA T PARKINSON**    donna@parkinsonphinney.com
- **PAUL J PASCUZZI**    ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- **KEVIN C. PAULE**    kpaule@melandbudwick.com, ltannenbaum@melandbudwick.com;ltannenbaum@ecf.courtdrive.com
- **MICHAEL RYAN PINKSTON**    rpinkston@seyfarth.com, jmcdermott@seyfarth.com;sfocalendar@seyfarth.com
- **MATTHEW W. QUALL**    mquall@quallcardot.com
- **JACK A. RAISNER**    jar@outtengolden.com
- **DONALD A. REA**    don.rea@saul.com
- **R. CHRISTOPHER READE**    creade@crdslaw.com, earthur@crdslaw.com;jshafer@crdslaw.com;mrodriguez@crdslaw.com;adavid@crdslaw.com
- **JULIE HOPE ROME-BANKS**    Julie@bindermalter.com
- **RENE' S ROUPINIAN**    rsr@raisnerroupinian.com, Jar@raisnerroupinian.com;warnlawyers@raisnerroupinian.com;rrllp@ecf.courtdrive.com
- **WILLIAM P. RUBLEY**    wrubley@cooperlevenson.com
- **JOHN M. SAMBERG**    jsamberg@wrslawyers.com, efilingjms@wrslawyers.com
- **THERESE SCHEUER**    scheuert@sec.gov
- **MICHAEL L. SCHUSTER**    schusterm@ballardspahr.com
- **BRIAN D. SHAFFER**    brian.shaffer@msrlegal.com, karen.wigylus@msrlegal.com
- **CONNOR H. SHEA**    cshea@bhfs.com, wcosby@bhfs.com
- **JAMES PATRICK SHEA**    jshea@shea.law, blarsen@shea.law;support@shea.law
- **PATRICK J SHEEHAN**    psheehan@fclaw.com, tday@fclaw.com
- **PAUL STEVEN SINGERMAN**    singerman@bergersingerman.com
- **DANIEL H. SLATE**    dslate@buchalter.com, smartin@buchalter.com
- **PETER J. SMITH**    peterjsmith@att.net
- **STEPHEN PAUL SORENSEN**    ssorensen@tafsattorneys.com
- **HOLLY S STOBERSKI**    hstoberski@duanemorris.com, AutoDocketLV@duanemorris.com;jldailey@duanemorris.com
- **KEVIN M. SUTEHALL**    ksutehall@foxrothschild.com, dloffredo@foxrothschild.com
- **T-MOBILE USA, INC. (sb)**    BankruptcyGroup@T-Mobile.com
- **AMY N. TIRRE**    amy@amytirrelaw.com, admin@amytirrelaw.com
- **U.S. TRUSTEE - RN - 7**    USTPRegion17.RE.ECF@usdoj.gov
- **DAVID F. WAGUESPACK**    Waguespack@carverdarden.com, plaisance@carverdarden.com
- **MARTIN L. WELSH**    mwelsh@lvlaw.com, k.bratton@hayesandwelsh.onmicrosoft.com;nv.ecf@aislegaltrac.com
- **HANNAH E. WINSTON**    hwinston@rssblaw.com, cobrien@rssblaw.com
- **RYAN A. WITTHANS**    rwitthans@fhlawllp.com
- **CONSTANCE L. YOUNG**    clyoung2014@gmail.com
- **MATTHEW C. ZIRZOW**    mzirzow@lzlawnv.com,
  carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com