_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
July 27, 2022

_____

| | |
|---|---|
| Jeffrey L. Hartman, Esq.<br>Nevada Bar No. 1607<br>**HARTMAN & HARTMAN**<br>510 W. Plumb Lane, Suite B<br>Reno, NV 89509<br>T: (775) 324-2800<br>F: (775) 324-1818<br>notices@bankruptcyreno.com | Michael S. Budwick, Esq. #938777 – Admitted *Pro Hac Vice*<br>Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice*<br>Gil Ben-Ezra, Esq. #118089- Admitted *Pro Hac Vice*<br>**MELAND BUDWICK, P.A.**<br>3200 Southeast Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida 33131<br>T: (305) 358-6363<br>F: (305) 358-1221<br>mbudwick@melandbudwick.com<br>sgenet@melandbudwick.com<br>gbenezra@melandbudwick.com |

Attorneys for Christina Lovato, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>    Debtor. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br><br>Substantively consolidated with:<br><br>\| 19-50130-gs \| DC Solar Solutions, Inc. \|<br>\| 19-50131-gs \| DC Solar Distribution, Inc. \|<br>\| 19-50135-gs \| DC Solar Freedom, Inc. \|<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON MOTION FOR PROTECTIVE ORDER RE: SUBPOENAS FOR RULE 2004 EXAMINATION TO (1) 281 ELLIS STREET LLC, (2) HAYDEN, LLC, (3) SUNSHINE BUSINESS ENTERPRISES, INC. (CALIFORNIA), (4) SUNSHINE BUSINESS ENTERPRISES, INC. (WYOMING), (5) SUGAR COVE, LLC (WYOMING), AND (6) SUGAR COVE, LLC (HAWAII) [ECF NO. 3367]** |

1

Old Hearing Date: August 9, 2022
Old Hearing Time: 9:30 a.m.
Remote: Participation Invite TBD

New Hearing Date: August 30, 2022
New Hearing Time: 9:30 a.m.
Remote: Participation Invite TBD

Having considered the Parties' stipulation, and good cause appearing, **IT IS HEREBY ORDERED:** The hearing on the Motion for Protective Order re: Subpoenas for 2004 Examination to: (1) 281 Ellis Street, LLC, (2) Hayden LLC, (3) Sunshine Business Enterprises, Inc., California, (4) Sunshine Business Enterprises, Inc., Wyoming, (5) Sugar Cove LLC, (Wyoming), and (6) Sugar Cove LLC, (Hawaii) [ECF No. 3367] is rescheduled from August 9, 2022 to Tuesday, August 30, 2022 at 9:30 a.m.

**IT IS SO ORDERED.**

**Respectfully submitted by:**

**MELAND BUDWICK, P.A.**

/s/ Gil Ben-Ezra
Gil Ben-Ezra, Esq. Admitted *Pro Hac Vice*
Attorney for Trustee Christina W. Lovato

**Approved by:**

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

/s/ Lucy C. Crow
Ogonna M. Brown, Esq.
Nevada Bar No. 7589
Lucy C. Crow, Esq.
Nevada Bar No. 15203
*Attorneys for Montage Services, Inc., Scott Wentz, Raina Yee, 281 Ellis Street LLC, Hayden LLC, Sunshine Business Enterprises, Inc., (California) Sunshine Business Enterprises, Inc., (Wyoming), Sugar Cove, LLC (Wyoming), and Sugar Cove, LLC (Hawaii)*

2