Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Lead Case No.: BK-19-50102-gs (Chapter 7) |
|---|---|
| DOUBLE JUMP, INC. | Substantively Consolidated with: |
| Debtor. | 19-50130-gs — DC Solar Solutions, Inc.<br>19-50131-gs — DC Solar Distribution, Inc.<br>19-50135-gs — DC Solar Freedom, Inc. |
| | ***EX PARTE* APPLICATION TO AMEND ORDER GRANTING STIPULATION AND APPROVING SALE OF PERSONAL PROPERTY AND DISPOSITION OF SALE PROCEEDS:<br>(15 MOBILE SOLAR GENERATORS)<br>[ECF No. 3444]**<br><br>Hearing Date:  N/A<br>Hearing Time: |

Christina Lovato, chapter 7 trustee for the substantively consolidated estates of Double Jump, Inc., DC Solar Solutions, Inc., DC Solar Distribution, Inc., and DC Solar Freedom, Inc. ("Trustee"), submits her *Ex Parte* Application To Amend Order Granting Stipulation And Approving Sale Of Personal Property And Disposition Of Sale Proceeds: (15 Mobile Solar Generators).

1.  On September 14, 2022, the Court entered its Order Granting Stipulation And Approving Sale Of Personal Property And Disposition Of Sale Proceeds: (15 Mobile Solar Generators), **ECF No. 3444**.

1

2. Trustee filed an Updated Allocation Table Re: Order Granting Stipulation And Approving Sale Of Personal Property And Disposition Of Sale Proceeds: (15 Mobile Solar Generators), **ECF No. 3469**.

3. To correct the Report of Sale, it is requested that this Order be amended to include trailer VIN 4HXSC1620CC162437 for a 2012 Carson 2 axle trailer (owned by USB I – the Estate) that was sold to CA Global for $500, which was inadvertently omitted from the Order Granting Stipulation And Approving Sale Of Personal Property And Disposition Of Sale Proceeds: (15 Mobile Solar Generators), **ECF No. 3444**.

**WHEREFORE**, Trustee Christina Lovato requests that the Court enter an amended Order Granting Stipulation And Approving Sale Of Personal Property And Disposition Of Sale Proceeds: (15 Mobile Solar Generators) and for such other and further relief this Court deems just and proper.

DATED: April 10, 2023.

**HARTMAN & HARTMAN**

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq., Attorney for Trustee

APPROVED
*/s/ Christina Lovato*
Christina Lovato, Trustee